IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION


QUEEN TIERA MILLER,

        Plaintiff,                        Case No.

    vs.                                      1:19-CV-01080

CITY OF SHAKER HEIGHTS,

OHIO, et al.,

        Defendants.

- - - - -

VIDEOTAPED DEPOSITION OF QUEEN TIERA R. MILLER

Taken on Monday, November 11, 2019 at 9:12 o'clock a.m.


At The Offices Of:

Mazanec, Raskin & Ryder Co., L.P.A.

100 Franklin's Row

34305 Solon Road

Solon, Ohio 44139


Before Kelly A. Dell'Anno, a Court Reporter and

Notary Public in and for the State of Ohio

- - - - -



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

2

1    APPEARANCES:

2    .

3         On behalf of the Plaintiff:

4             Klebanow Law, LLC, by

5             JARED S. KLEBANOW, ESQ.

6             850 Euclid Avenue, Suite 701

7             Cleveland, Ohio  44114

8             (216) 621-8230

9             jklebanow@klebanowlaw.com

10        On behalf of Defendant Tyler Smith:

11            Mazanec, Raskin & Ryder Co., L.P.A., by

12            JOHN T. MCLANDRICH, ESQ.

13            100 Franklin's Row

14            34305 Solon Road

15            Solon, Ohio  44139

16            (440) 248-7906

17            jmclandrich@mrrlaw.com

18        On behalf of Defendant City of Shaker Heights:

19            Gallagher, Sharp, LLP, by

20            STEVEN D. STRANG, ESQ.

21            Sixth Floor, Bulkley Building

22            1501 Euclid Avenue

23            Cleveland, Ohio  44115

24            (216) 241-5310

25            sstrang@gallaghersharp.com


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com       fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

3

1    APPEARANCES - CONTINUED:

2    .

3                          -   -   -   -   -

4         ALSO  PRESENT:

5              Commander  John  Cole

6              Dave  Tackla  -  Videographer

7                          -   -   -   -   -

8    .

9    .

10   .

11   .

12   .

13   .

14   .

15   .

16   .

17   .

18   .

19   .

20   .

21   .

22   .

23   .

24   .

25   .


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445,  Akron, OH  44308  -  330.253.8119

**4**

 1              THE VIDEOGRAPHER:  We are on the

 2      record.  Today's date is November 4th,

 3      2019.  The time is now 9:12:59.  This

 4      is the beginning of media 1.

 5              Ma'am, could you please raise

 6      your right hand to be sworn in by our

 7      court reporter.

 8              QUEEN TIERA R. MILLER, of lawful

 9      age, called for examination, as provided

10      by the Federal Rules of Civil Procedure,

11      being by me first duly sworn, as

12      hereinafter certified, deposed and said

13      as follows:

14      EXAMINATION OF QUEEN TIERA R. MILLER

15      BY-MR.MCLANDRICH:

16              Q.  Good morning.

17              A.  Good morning.

18              Q.  I'm John McLandrich, I

19      represent Officer Tyler Smith in the

20      lawsuit that you filed against him.  And

21      Mr. Strang represents Shaker Heights.

22              Today I'm going to ask you

23      questions about your claim, and if

24      there's anything I ask you that isn't

25      clear, if you let me know, I'll do my

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    best to make it clear.  Otherwise, if

2    you would just keep your voice up and

3    answer verbally that will help the court

4    reporter and speed things along.  And,

5    likewise, if there's any time you need a

6    break, let me know.  You can take a

7    break, provided there's no question on

8    the table at the time.  All right?

9              Would you start with your full

10   name for the record, please.

11             A.  Queen Tiera Rashe Miller.

12             COURT REPORTER:  Rashe?

13             THE WITNESS:  Rashe.

14             Q.  Would you spell it.

15             A.  R A S H E.

16             Q.  Are you on any medications

17   today that might affect your ability to

18   recall and relate information

19   truthfully?

20             A.  No.

21             Q.  Are you employed?

22             A.  Yes.

23             Q.  Where are you employed?

24             A.  I'm self-employed at Woo Spa.

25             COURT REPORTER:  I'm sorry?  At


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

**6**

1    Russa?

2              THE WITNESS:  Woo Spa W O O S P

3    A.

4              Q.  Is that two words or one

5    word?

6              A.  Two words.

7              Q.  And where is that?

8              A.  It's on 79th -- 7928 Lorain

9    Avenue.

10             Q.  In Cleveland?

11             A.  Yes.

12             Q.  Do you have a phone number?

13             A.  My cell 216-645-7142.

14             Q.  Is there a separate number

15   for Woo Spa?

16             A.  There is, but I don't know

17   it offhand.  I have a Google voice

18   number, and it goes to my phone.

19             Q.  What's a Google voice number?

20             A.  Where you can go off your

21   Gmail and you can add a line and use it

22   as like your business line.

23             Q.  And you've done that?

24             A.  Uh-huh.

25             COURT REPORTER:  I'm sorry, yes?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

**7**

```
 1                    THE  WITNESS:   Yes.
 2                Q.   And that's another one of
 3       the rules I should have reminded you
 4       about.   So things like uh-huh --
 5                A.   Okay.
 6                Q.   -- or yes, no, because they
 7       can be confused on the record.
 8                A.   Okay.
 9                Q.   And you still have that
10       line?
11                A.   Yes.
12                Q.   Had it at the time of the
13       events that form the basis of your
14       claims in this matter?
15                A.   It was active, yeah.  I've
16       been using it for years.
17                Q.   But you don't know the
18       number?
19                A.   No, it's a 440 number, it's
20       on my business cards you can look on
21       there.
22                COURT REPORTER:   I'm sorry?
23                THE  WITNESS:   It's on my business
24       cards.
25                Q.   Do you have a business card?
```


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1          A.  Let me see.  No, I changed

 2   my purse.

 3          Q.  Do you ever forward your

 4   cell phone to that business phone

 5   number?

 6          MR. KLEBANOW:  Objection.  You

 7   can answer.

 8          A.  I don't forward the number,

 9   the number is -- you have to call that

10   number to reach my number.

11          Q.  All right.  So if someone

12   calls this 440 Google number, it will

13   get forwarded to your cell phone?

14          A.  Correct.

15          Q.  And does it work in the

16   opposite direction as well?

17          A.  No.  Like if you call my

18   original number, would it go to that

19   number?  No.

20          Q.  Yes.

21          A.  I mean, it's all the same

22   number, but you have to dial out 440

23   number, and then it's going to ask you

24   to say your name and then it will tell

25   me who you are.

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

9

```
 1              Q.   Is that number 440-382-0777?
 2              A.   I don't really know,
 3    honestly.
 4              Q.   You don't know if that's it?
 5              A.   I don't think that -- it
 6    don't sound right.
 7              Q.   All right.  Do you have some
 8    record somewhere at home or at the
 9    office that would reflect what this
10    Google number is?
11              A.   Let me see.  It's
12    440-836-3131.
13              Q.   440-836-3131?
14              A.   Correct.
15              Q.   And so they would call that
16    number and it would forward to your cell
17    phone?
18              A.   (Nodding in the affirmative).
19              Q.   Yes?
20              A.   Yes.
21              Q.   Do you have a website or
22    Facebook page for your business?
23              A.   Yes.
24              Q.   And does that Facebook page
25    have a phone number on it for your
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

10

1    business?

2                A.   Yes.

3                Q.   And what number shows on

4    that page?

5                A.   I'm not sure, it's either my

6    cell phone number or the 440 number.  I

7    don't frequently look at them.

8                Q.   I'm sorry, you said it was

9    what?

10               A.   I don't know which one it

11   was.

12               Q.   Well, which two could it be,

13   I couldn't quite hear you?

14               A.   One of the two, the 440

15   number or 216-645 number.

16               Q.   Okay.  Because I looked on

17   your page and there's some other number

18   that shows on that page.

19               A.   I don't know, because I've

20   had several accounts, I've had several

21   numbers, I've switched lines.  And the

22   most recent is the Google voice number,

23   and it allows me to have the same

24   number.  So it's more convenient versus

25   me getting a separate line.  I even


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787   www.cefgroup.com   fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

11

1    have a different number on my window

2    that was supposed to have been

3    transported, but I don't ...

4              Q.  All right.  And so is it my

5    understanding that you don't know who

6    the number 440-382-0777 belongs to?

7              MR. KLEBANOW:  Objection.

8              A.  No.

9              Q.  You don't recognize that

10   number, don't know who it is?

11             A.  No.  It might have been an

12   old number, I don't know.  I've had

13   several numbers in the past pertaining

14   to my business.

15             Q.  Okay.  So you produced some

16   text messages in this case.

17             MR. MCLANDRICH:  Well, why don't

18   we go ahead ...

19                      -  -  -  -  -

20        (Thereupon, Defendants' Deposition

21        Exhibit-A was marked for

22        purposes of identification.)

23                      -  -  -  -  -

24             Q.  So, Ms. Miller, handing you

25   what's been marked as Defendants'


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

12

1    Exhibit A, are these the text messages

2    that you produced in this case?

3            A.   Yes.

4            Q.   And you see the phone number

5    on the top there?

6            A.   Correct.

7            Q.   216-930-1408?

8            A.   Yes.

9            Q.   Who does that number belong

10   to?

11           A.   The Officer Smith.

12           Q.   And how do you know that?

13           A.   Because that's the number he

14   called and texted me from.

15           Q.   Okay.  And so it's your

16   testimony that that number showed up on

17   your cell phone when he would call you?

18           A.   Yes.

19           Q.   And when he would text you?

20           A.   Yes.

21           Q.   And do you still have the

22   phone that you had at the time that you

23   received those calls and texts?

24           A.   Yes.

25           Q.   How did you go about

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

13

1   retrieving those text message images

2   from your phone?

3            A.   I believe I screenshotted it,

4   and I made copies.

5            Q.   You say you believe you did,

6   you're not sure?

7            A.   I think I e-mailed them -- I

8   had a couple lawyers, so I think -- I

9   don't know what I did the first time.

10  I think I just screenshotted it and sent

11  a text message.  I might have e-mailed

12  it to Jared --

13           COURT REPORTER:  I'm sorry, to

14  who? To Jerry?

15           THE WITNESS:  Jared.

16           MR. KLEBANOW:  Queen, just so you

17  know he's not asking you about

18  communications between you and I, those

19  are privileged.

20           Okay?

21           THE WITNESS:  Okay.

22           MR. KLEBANOW:  So just listen to

23  the question he's asking you and answer

24  it.  But I would assume he is not

25  asking you to talk about communication


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

14

1    that you've had between you and I or

2    you and Avery.

3              Okay?

4              THE WITNESS:  Okay.

5              MR. KLEBANOW:  Fair statement,

6    John?

7              MR. MCLANDRICH:  Yes.  Yes,

8    that's fair.

9              MR. KLEBANOW:  Okay.  Sorry to

10   interrupt.

11             Q.  All right.  So you think you

12   screenshotted the messages off your

13   phone and sent them to one of your

14   lawyers or maybe more than one of your

15   spa?

16             A.  (Nodding in the affirmative).

17             COURT REPORTER:  Yes?

18             THE WITNESS:  Yes.

19             Q.  And if I didn't say it

20   before we want to try and avoid the nod

21   of the head, the shrug of the shoulders

22   because, again, the court reporter can't

23   hear it, so it makes it difficult for

24   her.

25             All right.  So do you work at


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

15

1   the spa full time?

2            A.   Yes, sir.

3            Q.   40 hours a week sort of

4   thing?

5            A.   Or more, yes.

6            Q.   And how long have you had

7   that as your employment?

8            A.   I've been on Lorain about

9   four years, almost about four years.

10           Q.   And is that how long you've

11  operated Woo Spa?

12           A.   Yes.

13           Q.   What did you do prior to

14  that?

15           A.   I had another salon on Noble

16  in Cleveland Heights.

17           Q.   And what was that called?

18           A.   It was Menage Spa Fanatics.

19           Q.   Can you spell?

20           A.   M E N A G E, Spa Fanatics F

21  A N A T I C S.

22           Q.   Okay.  And how long did you

23  have Menage Spa Fanatics?

24           A.   About six years.

25           Q.   Always at the Noble location?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

16

```
 1              A.   That was my first salon,

 2    yes.  And other than that I was like an

 3    independent contractor in a few

 4    different salons where I rented a booth.

 5              Q.   And were those spas, or

 6    other salons rather, here in Cleveland?

 7              A.   Yes.

 8              Q.   Do you hold some sort of a

 9    license as a beautician?

10              A.   Yes.

11              Q.   And when did you get that?

12              A.   About -- was it 2009, maybe.

13              Q.   Okay.  So roughly ten years

14    ago?

15              A.   Yeah.

16              Q.   So that would be about --

17              A.   Or maybe eight, one of

18    those, 2009, eight, nine.

19              Q.   Well, did you have it when

20    you opened Menage Spa Fanatics?

21              A.   Yes.

22              Q.   And you had that license

23    through the State of Ohio?

24              A.   Yes.

25              Q.   Have you ever had sex with a
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

17

1    police officer other than Officer Smith?

2              A.  An active police officer, no.

3              Q.  Okay.  And what do you mean

4    when you qualify it by active police

5    officer?

6              A.  I have had sex with a

7    retired police officer.

8              Q.  Okay.  And how many sex

9    partners would you say that you've had?

10             MR. KLEBANOW:  Objection.  You

11   can answer.

12             A.  Um --

13             Q.  You can answer, it's just --

14             A.  I don't know.

15             Q.  You don't know.  More than

16   ten?

17             A.  Yeah, probably.

18             Q.  More than twenty?

19             A.  No.

20             Q.  So between ten and twenty?

21             A.  Yeah, maybe.  Yeah.

22             Q.  And that includes Officer

23   Smith in this occasion?

24             A.  Yes.

25             Q.  Ever been married?

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

```
 1                A.   No.

 2                Q.   Have any children?

 3                A.   Yes.

 4                Q.   How many?

 5                A.   One.

 6                Q.   Boy or girl?

 7                A.   A boy.

 8                Q.   Age?

 9                A.   Five.

10                Q.   Name?

11                A.   SirTerrance.

12                Q.   SirTerrance?

13                A.   Yes.

14                Q.   How do you spell Terrance?

15                A.   S I R capital T E R R A N C

16     E, it's all one word.

17                Q.   It's all one word.  I'm

18     sorry, so one more time slowly.

19                A.   Capital S I R capital T E R

20     R A N C E.

21                Q.   Okay.  Does SirTerrance have

22     any health issues?

23                A.   No, sir.

24                Q.   Ever had any health issues?

25                A.   No, sir.
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

19

1              Q.  Did you ever tell Officer

2      Smith he had health issues?

3              A.  No, sir.

4              Q.  Who's the father of

5      SirTerrance?

6              MR. KLEBANOW:  Objection.  You

7      can answer.

8              A.  His name is Terrance Horton.

9              Q.  I'm sorry, last name?

10             A.  Horton H O R T O N.

11             Q.  Is he here in the Cleveland

12     area?

13             A.  Yes.

14             Q.  How much do you earn at Woo

15     Spa?

16             MR. KLEBANOW:  Objection.  You

17     can answer.

18             A.  It varies.  I have up and

19     down days, months.

20             Q.  Well, give me some idea on

21     whatever basis you can, sort of monthly,

22     yearly?

23             A.  Maybe like 3,000, maybe

24     2,000.

25             Q.  Is that a month?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

20

1          A.   A month.

2          Q.   Is that gross?

3          A.   Yes.

4          Q.   And what do you net out of

5     that two to 3,000?

6               MR. KLEBANOW:  Objection.  You

7     can answer.

8          A.   Maybe 25 to 30,000, maybe.

9          Q.   In a year?

10         A.   Yes.

11         Q.   So is that what you show on

12    your tax returns, 25 to 30,000?

13         A.   Something like that, yes.

14         Q.   All right.  Ever tell

15    Officer Smith that you had money

16    problems?

17         A.   No.

18         Q.   Do you recall being in a

19    traffic stop with Officer Smith?

20         A.   Yes.

21         Q.   And on that occasion you

22    were the passenger in the car?

23         A.   Correct.

24         Q.   And someone else obviously

25    was driving?



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

21

1               A.  Yes.

2               Q.  All right.  And why was it

3     that you were a passenger and they were

4     driving?

5               A.  I knew I wasn't able to

6     drive.  I knew that I didn't pay my

7     insurance, so she -- the lady that was

8     driving was driving, but she was ...

9               Q.  So is that the reason that

10    she was driving and you weren't because

11    you hadn't paid into your insurance?

12              A.  Correct.

13              Q.  So you were physically able

14    to drive, just chose not to drive

15    because your insurance wasn't paid?

16              A.  Correct.

17              Q.  All right.  And the girl

18    that was driving, the woman that was

19    driving, she didn't have a driver's

20    license though, right?

21              A.  No.

22              Q.  So how did it seem okay to

23    let her drive if she didn't have a

24    driver's license?

25              A.  I didn't know she didn't.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

22

1    She told me she did, and that she could

2    drive.

3              Q.  Well, didn't you know this

4    lady?

5              A.  I knew her, but I didn't

6    know her personal business.

7              Q.  How did you know her?

8              A.  Through a mutual friend.

9              Q.  How many occasions had you

10   been in her company?

11             A.  Maybe two or three.

12             Q.  Where had you been prior to

13   getting in the car and driving?

14             A.  My friend's house, and we

15   were coming from the Thistledown Casino.

16             Q.  So you had been at the

17   casino and then stopped at a friend's

18   house, is that it?

19             MR. KLEBANOW:  Objection.  You

20   can answer.

21             A.  Well, we were coming from my

22   friend's house and then we went to

23   Thistledown.  And then we was on our

24   way back to my friend's house.

25             Q.  Okay.  So earlier in the



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

23

1    night you had been at your friend's

2    house; who's the friend?

3              A.   His name is Emerson.

4              Q.   Is that a first or last

5    name?

6              A.   First.

7              Q.   And what's his last name?

8              A.   Holly.

9              Q.   H O L L Y?

10             A.   Correct.

11             Q.   All right.  So you had been

12   at Emerson Holly's, went to Thistledown,

13   and were on your way back from

14   Thistledown to where?

15             A.   Emerson's house.

16             Q.   Okay.  What time were you at

17   Emerson's house?

18             A.   Before we left it was

19   probably --

20             Q.   Before you left to go to

21   Thistledown?

22             A.   About 11:00.  No, it's

23   Thistledown and Racino, I meant to say

24   the Racino.

25             Q.   All right.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

24

```
 1                    A.   I think that's the name.
 2                    Q.   You mean the casino that's
 3      in Northfield, is that what you mean?
 4                    A.   The one on Emery -- or not
 5      Emery the one on -- is that Emery?  The
 6      one on Warrensville, that's the Racino.
 7      The Racino.
 8                    Q.   All right.  That's where you
 9      were, the Racino?
10                    A.   Right.
11                    Q.   You had been at Emerson's
12      around 11:00.  What time did you go to
13      the Racino?
14                    A.   Probably like 1:00, 11:00,
15      12:00, 1:00.
16                    Q.   You went to the Racino about
17      1:00?
18                    A.   Yeah.
19                    Q.   What did do you at the
20      Racino?
21                    A.   We went to the -- there's a
22      bar in there or a club rather.
23                    Q.   Did you drink alcohol at the
24      bar?
25                    A.   No.
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Queen Tiera R. Miller                          11/11/2019

25

1           Q.  Did your friend?

2           A.  I think she did.

3           Q.  You think she did?

4           A.  Yeah.

5           Q.  Who drove to the Racino?

6           A.  She did.

7           Q.  What kind of vehicle were

8    you driving that night or were you

9    riding in as it turns out?

10          A.  I was riding on -- I had a

11   Jeep Compass.

12          Q.  Okay.  What year was that,

13   do you recall?

14          A.  2011.

15          Q.  2011; yes?

16          A.  Yes.

17          Q.  How long had you owned that

18   vehicle?

19          A.  It would have been four

20   years in May, this May.  So at the time

21   two and a half years, because last year

22   maybe -- I don't know.

23          Q.  I'm sorry?

24          A.  It would have been four

25   years this May.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103 -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308 -  330.253.8119

26

1          Q.   All right.  So this was

2     September of 18?

3          A.   Uh-huh.

4          COURT REPORTER:  Yes?

5          THE WITNESS:  Yes.

6          Q.   All right.  So it was four

7     years in 2019, May of 2019?

8          A.   No, it will be four years

9     next May.

10          Q.   In 2020?

11          A.   Yeah.

12          Q.   So you got it in May of

13     2016?

14          A.   Yes.

15          Q.   And you no longer have it?

16          A.   No.

17          Q.   What happened to it?

18          A.   It just got repossessed like

19     two weeks ago, actually.

20          Q.   And it was repossessed

21     because you weren't able to keep up with

22     the payments?

23          A.   Yes.

24          Q.   Where do you live?

25          A.   I stay at 14598 Lorain



1  Avenue.

2          Q.  14598?

3          A.  Correct.

4          Q.  Is that in Cleveland?

5          A.  Yes.

6          Q.  And who do you stay there

7  with?

8          A.  Me and my son, SirTerrance.

9          Q.  Just the two of you?

10         A.  Yes.

11         Q.  And why do you say that you

12  stay there versus you rent it, or how

13  is it that you stay there?

14         A.  What do you mean?

15         Q.  Well, stay there is sort of

16  an odd way to say where you live, so

17  I'm wondering, does someone just let

18  you, as you say, stay there, or do you

19  rent it or how is it that you come to

20  be at that location?

21         A.  Oh, yes, I'm renting.

22         Q.  Okay.  And how long have you

23  been at that address?

24         A.  Since September 6th of this

25  year.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

28

| | | |
|---|---|---|
| 1 | Q. | September 6th of 19; yes? |
| 2 | A. | Yes. |
| 3 | Q. | All right. And where were |

you prior to that?

| 5 | A. | I was on Cove. |
| 6 | Q. | Cove? |
| 7 | A. | Yes. |
| 8 | Q. | C O V E? |
| 9 | A. | Yes. |
| 10 | Q. | In Cleveland? |
| 11 | A. | Yes -- no, Lakewood. |
| 12 | Q. | Lakewood. How long were you |

on Cove?

| 14 | A. | April until July, end of |

July.

| 16 | Q. | You and your son? |
| 17 | A. | Yes. |
| 18 | Q. | And you mean April to July |

of 2019?

| 20 | A. | Correct. |
| 21 | Q. | And did you rent that |

address?

| 23 | A. | Yes. |
| 24 | Q. | Why so short? |
| 25 | A. | The place was infested. |


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

29

1          Q.  Bugs or rats or something?

2          A.  Bugs.

3          Q.  Bugs.  How about prior to

4     that, where did you live?

5          A.  650 East 123rd.

6          Q.  And how long were you at

7     that address?

8          A.  Maybe about two years or a

9     year and a half or so.

10         Q.  Did you leave there in April

11    of 2019?

12         A.  Yes.

13         Q.  So that's the address you

14    had when the events occurred that are

15    the subject matter of this lawsuit?

16         A.  Yes.

17         Q.  Did you rent that?

18         A.  Yes.

19         Q.  Lived there with your son?

20         A.  Yes.

21         Q.  Just the two of you?

22         A.  Yes.

23         Q.  Had you ever met Officer

24    Smith prior to the night of the stop?

25         A.  No.  And that's what made me


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

30

1    want to move from that last address.

2              Q.  You're talking about the

3    events of this lawsuit?

4              A.  Correct.

5              Q.  That's why you moved?

6              A.  Yes.

7              Q.  Okay.  What's Emerson Holly's

8    phone number?

9              A.  I don't know it.  I don't

10   know if he has the same number, I

11   haven't talked to him pretty much since

12   then.

13             Q.  Well, how did you make

14   arrangements to go over to his house

15   prior to Thistledown?

16             A.  What do you mean?  Well --

17             Q.  Let me ask it slightly

18   differently. How is it that you made

19   arrangements to go over to Emerson's

20   house, if you don't know how to call

21   him on the phone?

22             A.  I mean, that was a year ago,

23   I haven't talked to him.

24             Q.  Okay.  Not friends with

25   Emerson anymore?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787   www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

31

1              A.  No.

2              Q.  All right.

3              A.  I wouldn't say we're not

4    friends, I just haven't talked to him.

5              Q.  And I take it you don't have

6    his name as like a contact in your

7    phone or anything like that?

8              A.  I don't think so.

9              Q.  Okay.  So are you aware that

10   Officer Smith claims that you met him

11   prior to that evening?

12             A.  Yes.

13             Q.  All right.  And you say

14   that's not true?

15             A.  Correct.

16             Q.  All right.  And you're aware

17   that he claims that the two of you had

18   sex on a prior occasion?

19             A.  Correct.

20             Q.  And you're also saying that's

21   not true?

22             A.  Yes.

23             Q.  All right.  So do I

24   understand that it's your testimony that

25   you've never forwarded calls from your


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

32

1    cell phone to the phone number

2    440-382-0777?

3                 A.  No.

4                 Q.  No, you've never done that

5    or no that's not your testimony?

6                 A.  I don't believe -- I don't

7    even recognize that number.

8                 Q.  Okay.  Well, you wouldn't

9    forward calls from your cell phone to a

10   number you didn't know, would you?

11                A.  No, unless it was a landline

12   that I had, but I don't remember those

13   numbers that I had.  I had landlines

14   before.

15                Q.  Did you have a landline at

16   the time of this events?

17                A.  No, I didn't.

18                Q.  All right.

19                A.  I just had the Google voice

20   number.

21                Q.  All right.  So on September

22   21st, 2018, if you were forwarding your

23   phone to a phone number, it wouldn't

24   have been your landline?

25                A.  No.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

33

1          Q.   All right.  And, again, you

2     wouldn't forward your phone to a number

3     you didn't know, would you?

4          A.   No, I wouldn't.

5          Q.   All right.  So in this

6     litigation a copy of your phone records

7     have been produced to me.  And on

8     September 21st, 2018 there's a number of

9     phone calls, and on other days, that are

10    forwarded to 440-382-0777.

11         A.   Calls forwarded to that

12    number?

13         Q.   Yes.

14         A.   I don't know.

15         Q.   You don't know anything about

16    that?

17         A.   No.

18         Q.   You don't know what that

19    number is?

20         A.   No.

21         Q.   You didn't do it?

22         A.   Not that I know of.  I can't

23    recall the number.

24         Q.   Okay.  Do you ever forward

25    your cell phone to another number?



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103   -   216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308   -   330.253.8119

34

```
 1                A.   No.

 2                Q.   Have you ever?

 3                A.   No.

 4                Q.   Have you ever used a service

 5    that would make it appear to someone who

 6    received a call from you that the call

 7    was coming from another number, other

 8    than your 216-645-7142 number?

 9                A.   No.

10                Q.   Was there ever an occasion

11    where you called Officer Smith?

12                A.   Did I call him?

13                Q.   Yes.

14                A.   I think I might have called

15    him.  I don't know, it was a while ago.

16                Q.   All right.  Why would you

17    have called him?

18                A.   Because he said he was going

19    to pay for the ticket.

20                Q.   Okay.

21                A.   And he said he was erasing

22    the ticket.

23                Q.   And he said he was going to

24    erase the ticket?

25                A.   Right.
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

35

```
 1              Q.   How was he going to erase
 2    it?
 3              A.   I don't know, he -- I think
 4    he attempted to try it, to get it
 5    thrown out, and then he told me that it
 6    was a mandatory court date or something,
 7    and he couldn't change it.
 8              Q.   Okay.  When you say he told
 9    you it was a mandatory court date, do
10    you mean to say he told you you would
11    have to appear in court for the ticket?
12              A.   Correct.
13              Q.   And when did he tell you
14    that?
15              A.   I think he said the day of
16    court or the day before court.
17              Q.   So sometime well after you
18    had actually received the ticket?
19              A.   Right.
20              Q.   Do you take any medications
21    on a daily basis?
22              A.   I'm prescribed a couple
23    medications, I don't necessarily take
24    them every day.
25              Q.   What are you prescribed?
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

36

1          A.   Something for anxiety and

2     something for a stye I got on my eye.

3          Q.   All right.  Is the anxiety

4     medication some sort of pill?

5          A.   Yes.

6          Q.   Okay.  Did you take any of

7     those today?

8          A.   No.

9          Q.   You don't know what it is?

10          A.   No.  It's two different

11     types, I don't really know.  I don't

12     know the names of them.

13          Q.   All right.  I presume the

14     treatment for the stye on the eye is

15     some sort of ointment?

16          A.   I have an ointment, and then

17     I also have some type of pill, it's

18     some type of antibiotic.

19          Q.   Are you taking those

20     currently?

21          A.   I didn't take one today.

22     Like I said, I really don't like taking

23     medicine, so it's like I got to kind of

24     force myself to do it sometimes.

25          Q.   So at this traffic stop with


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

37

1    Officer Smith, obviously you spoke to

2    him at the stop, correct?

3              A.   Yes.

4              Q.   All right.  Did he say

5    anything to you at the stop that you

6    think was improper?

7              A.   Yes.

8              Q.   What did he say?

9              A.   He mentioned my friend

10   Emerson's name, and he was kind of like

11   telling me that like he -- he mentioned

12   Emerson's name, and he said that -- he

13   asked me, did I have a pool party?

14             And I told him, yeah, I had a

15   pool party.  And Emerson's mother was in

16   the car with me, and I was explaining

17   to her that the cop was acting weird,

18   like he wanted to talk to me.  And when

19   he mentioned Emerson's name, I said, oh,

20   my God, he just said your son's name,

21   and we never said his name.

22             I'm like, I think he's been

23   following us like on Instagram, and

24   that's why he pulled us over because my

25   truck had a personalized plate with Woo


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1    Spa on it.  But, I mean, believe that

 2    even he had been stalking me or seen me

 3    on Instagram before, or Facebook or

 4    anything, I don't know.  But that was a

 5    clear indication that he knew who I was,

 6    and I didn't know who he was.

 7              Q.  Okay.  All right.  So I

 8    assume that this comment you're

 9    testifying to was made during the

10    portion of the stop where someone had

11    come to get you, because you didn't want

12    to drive --

13              A.  I couldn't drive.

14              Q.  You couldn't drive.  Okay.

15    Couldn't drive.  And the other young

16    lady couldn't drive because she didn't

17    have a driver's license?

18              A.  Correct.

19              Q.  All right.  And so then

20    someone came to the scene, and that

21    someone is Emerson's mom?

22              A.  Correct.

23              Q.  And was it Emerson that

24    drove Emerson's mom to the scene?

25              A.  Yes.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

39

```
 1              Q.  All right.  And how did you
 2     get in touch with Emerson and his mom
 3     from the scene?
 4              A.  I called him.
 5              Q.  All right.  So there would
 6     be a call from your cell phone to
 7     Emerson to ask him to come to the
 8     scene?
 9              A.  Yes.
10              Q.  And do you know if you had
11     been talking to Emerson in the time
12     leading up to the stop?  In other
13     words, as you were driving in the car
14     before you got pulled over?
15              A.  I was communicating with him
16     beforehand, because I was telling him
17     that the girl that I was with was
18     acting kind of weird. Like I met him
19     through her, or whatever, so, yeah, I
20     was texting him and stuff.  And then
21     when we got pulled over I immediately
22     called him.
23              Q.  Okay.
24              A.  Even to where I was getting
25     handcuffed and they were about to arrest
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

40

1    me for a warrant.  And the officer --

2    the other officer, she took the phone

3    out of my hand, because I was literally

4    on the phone with him at the scene.

5              Q.  Okay.  And so at the time of

6    this traffic stop you had an outstanding

7    warrant?

8              A.  I don't know if it was

9    outstanding, but I had a warrant.

10             Q.  Okay.  And from what city

11   did you have a warrant?

12             A.  East Cleveland.

13             Q.  And what did you have a

14   warrant for?

15             A.  Telephone harassment.

16             Q.  And is that telephone

17   harassment case resolved or ongoing?

18             A.  It's ongoing.

19             Q.  And who are you alleged to

20   have harassed?

21             MR. KLEBANOW:  Objection.  You

22   can answer.

23             A.  Her name is Nechelle Taylor.

24             Q.  How do you spell the first

25   name?



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

1            A.   N E C H E L L E.

2            Q.   Okay.   How do you know

3    Emerson Holly?

4            A.   We used to work together at

5    Transformers.   He was a massage

6    therapist in the salon that we were at,

7    and I was a stylist.

8            Q.   Transformers you said?

9            A.   Yes.

10           Q.   All right.   So after

11   Emerson's mom arrives, the two of you

12   were in your Jeep sitting there, is that

13   where you are?

14           A.   Correct.

15           Q.   Is that when Officer Smith

16   makes the comment that you've testified

17   to where he mentions Emerson's name?

18           A.   Yes.

19           Q.   And what did he say in

20   reference to Emerson, what does he say

21   about Emerson, how does he use his name?

22           A.   At the time my battery was

23   dead on my car or my truck, and we

24   needed a jump.   So Ms. Holly, that's

25   Emerson's mother's name, she called her


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

42

1    son telling him we need a jump.  And I

2    guess he was taking a little bit longer,

3    and that's when the officer said his

4    name, he goes, where is Emerson at?

5    And I feel like he knew he put his foot

6    in his mouth, because we never said his

7    name.

8            Q.  All right.  And so it's your

9    belief that neither you nor Ms. Holly

10   made reference to Emerson anywhere

11   during the conversation, and then

12   Officer Smith volunteered Emerson's name

13   by saying something to the effect of

14   where's Emerson?

15           A.  Correct.

16           Q.  All right.  And is that when

17   he brings up the pool party in this

18   part of the conversation?

19           A.  Yes.  Because once he said

20   his name he like looked down at the

21   ground, and then he started saying my

22   license plate name Woo Spa, Woo Spa, my

23   business name, he said it like three or

24   four times, like he was thinking of

25   something. And he was like, did you have


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

43

1    a pool party in the summer?

2              And I'm like, yeah.  I'm like,

3    oh, my God, that's her house, talking

4    about Ms. Holly's house.

5              Q.  Because that's where the pool

6    party was, at Ms. Holly's?

7              A.  Correct.

8              Q.  So who said it was at Ms.

9    Holly's house?

10             A.  I said, oh, my God, that's

11   her house.

12             Q.  And by saying that's her

13   house, you're indicating that's where

14   the pool party was?

15             A.  Correct.

16             Q.  And what does he say,

17   Officer Smith?

18             A.  He said I always wanted to

19   come to one of those pool parties.

20             Q.  All right.  So he didn't say

21   he had been there?

22             A.  No.  No, he said -- he

23   didn't, he said, I asked -- he told me

24   he dropped somebody off before at the

25   pool party -- one of the pool parties,



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

**44**

 1    and he said he always wanted to come.

 2              Q.   Where does Ms. Holly live?

 3              A.   It's off of Mayfield, like

 4    across from Lakeview cemetery in

 5    Cleveland Heights.  I can't think of the

 6    name of the street, it was like a

 7    street that starts at Mayfield, it kind

 8    of curves.

 9              Q.   And has a pool at her house?

10              A.   Yes.

11              Q.   All right.  And then based

12    on that comment you formed this belief

13    that Officer Smith was somehow following

14    you on Instagram or Facebook?

15              A.   Correct.

16              Q.   And that's because he knew

17    Emerson's name?

18              A.   That and about the pool

19    party.

20              Q.   And about the pool party.

21              So you were drawing the inference

22    that he saw Emerson's name and face on

23    your Instagram or Facebook page?

24              MR. KLEBANOW:  Objection.  You

25    can answer.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

 1              A.  Yes.

 2              Q.  All right.  And also drawing

 3    the inference that he saw the pool party

 4    on one of these Instagram or Facebook

 5    pages; yes?

 6              A.  Yes.

 7              Q.  And recognized that Ms. Holly

 8    was having these parties?

 9              A.  No, me and Emerson were

10    having the parties.

11              Q.  All right.  So there would

12    be some sort of picture where you and

13    Emerson are at a pool party together?

14              A.  Correct.

15              Q.  Was there any more

16    conversation during the traffic stop

17    that you thought was improper?

18              A.  Just the way that he was

19    looking at me.

20              Q.  Okay.  And how was he

21    looking at you?

22              A.  It was just weird, like you

23    can tell he was up to no good, pretty

24    much.  Like he had this devious look in

25    his eye, he looked like a freak like


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

46

1    ...

2              Q.   And the way he was

3    appearing, as you just described it,

4    would that have been apparent to Ms.

5    Holly sitting in the car with you?

6              A.   I don't know if she was

7    looking at him, like I was.  But I was

8    telling her there was something not

9    right with this guy.

10             Q.   Okay.

11             A.   And I felt like he knew me

12   from somewhere, because just the way he

13   was looking at me and acting.

14             Q.   Did you express this concern

15   to the officer, police officer that was

16   there?

17             A.   No, she didn't seem like I

18   could approach her like that.

19             Q.   Did you tell your friend who

20   was there with you that evening?

21             A.   The lady, yes, and she was

22   telling me -- she just freaked out,

23   because he and I, both, were telling her

24   to calm down.

25             Q.   Because she had a warrant?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

47

1                    A.   She had a warrant so she was
2       freaking out.   And it's like, I'm
3       telling her to calm down, and he's
4       telling her to calm down.   We fell out
5       once he took her license, because she
6       was so scared.   That's why we had to
7       get separated, we ended up having to get
8       separated.
9                    Q.   And when -- what do you mean
10      by when you say you fell out from her?
11                   A.   Because she thought it was
12      my fault we are getting pulled over.
13      Because every time I was telling her to
14      go left, she would go right. Like we
15      were supposed to be going down
16      Warrensville, and all of a sudden she
17      just turns off Warrensville to whatever
18      street we got pulled over to.
19                   I'm like, what are you doing?
20      And I turned the wheel left, and the
21      next thing you know the lights came on.
22                   So she's thinking we getting
23      pulled over because we swerved somewhat.
24      But he jumps out the car and puts the
25      tint gun or mirror, whatever it is, on



48

1    the window and says your tint is da,

2    da, da, this.

3               So I'm telling her, calm down,

4    he's pulling us over for tint, like this

5    should be a warning.  But she's just

6    freaking out because she got a warrant.

7    I'm like, well, I should be mad because

8    you didn't tell me we had this cop

9    behind us.  She was like, well, I feel

10   like I didn't have to.

11              So we was -- that's why I said

12   we got into it, because she was thinking

13   it's my fault. But I was telling her to

14   calm down with the cop, he's pulling

15   over -- us over for tint.  During the

16   warning he's a young black cop at that,

17   it was like -- I don't like Cleveland,

18   I never had got pulled over for tint

19   before.  So I thought it was all weird,

20   but she was kind of incoherent just

21   because she was scared to go to jail,

22   so that's why I said, we fell out.

23              Q.  Okay.  And so with respect

24   to my prior question, there was nothing

25   else that was said during the stop that


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

49

1    was improper.  You just didn't like the

2    way he was looking at you, you thought

3    he was leering at you or something?

4              MR. KLEBANOW:  Objection.  You

5    can answer.

6              Q.  Is that right?

7              A.  Yes.

8              Q.  Yes?

9              A.  Yes.

10             Q.  All right.  And --

11             A.  I mean --

12             Q.  -- you thought that he

13   looked like a freak?

14             A.  Yes.

15             Q.  All right.  And anything

16   else happen during the stop that was

17   unusual, improper?

18             A.  Yeah, he called me.

19             Q.  During the stop?

20             A.  After the stop.

21             Q.  Well, we're talking about --

22             A.  Okay.

23             Q.  -- the stop.  Then we'll get

24   to after the stop.

25             A.  Okay.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

50

1          Q.   Okay.  So anything else

2     during the stop before you go on your

3     way?

4          A.   Nothing that I can think of

5     right now.

6          Q.   All right.  And so in terms

7     of your car not starting, you said Ms.

8     Holly calls Emerson to come give you a

9     jump?

10         A.   (Nodding in the affirmative).

11         Q.   Yes?

12         A.   Yes.

13         Q.   Is that what happens then?

14         A.   Yes.

15         Q.   Emerson comes back?

16         A.   Well, no, his father ends up

17    coming.

18         Q.   All right.  So Ms. Holly

19    calls Emerson, but Emerson's father

20    comes back?

21         A.   Right.  Emerson sent his

22    father.

23         Q.   All right.  And he jumps the

24    car; yes?

25         A.   Correct.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445,  Akron, OH 44308  -  330.253.8119

 1            Q.   And then Ms. Holly drives

 2    away?

 3            A.   Yes.

 4            Q.   And where do you all drive

 5    to?

 6            A.   Back to her house.

 7            Q.   All right.  And do you stay

 8    at her house?

 9            A.   I stayed there for a little

10    while, yes.

11            Q.   How long do you stay there?

12            A.   For maybe like an hour or

13    two.

14            Q.   Okay.  What time do you get

15    to her house?

16            A.   I'm not sure.

17            Q.   Approximately?

18            A.   Maybe 4:00, maybe 3:00, I

19    don't know. Probably around 4:00, maybe.

20            Q.   Are you at Ms. Holly's house

21    when the -- well, strike that.  Let me

22    start over.

23            So what's the next contact that

24    you have with Officer Smith, either in

25    person, text, phone, whatever?



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

52

```
 1              A.   Then I went home, and by the
 2     time I got home he called me.
 3              Q.   Did you drive to your home?
 4              A.   Yes, I did.
 5              Q.   Okay.  Is Ms. Holly's
 6     husband, is his last name Holly?
 7              A.   Yes.
 8              Q.   All right.  So you drive
 9     from Ms. Holly's house to your own home;
10     yes?
11              A.   Yes.
12              Q.   And then what happens?
13              A.   By the time I got there I
14     received a call -- I received a few
15     calls, I didn't want to answer it.  I
16     answered it and it was the officer.
17              Q.   Okay.  Were all these calls
18     from the same phone number?
19              A.   Yes.
20              Q.   All right.  So it rings the
21     first time and you don't answer it?
22              A.   Yes.
23              Q.   Does it ring another time
24     that you don't answer?
25              A.   Yes.
```

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

53

1              Q.   How about a third time and
2      you don't answer?
3              A.   Yes, and then I answered.
4              Q.   So it's the fourth time it
5      rings from this number that you answer?
6              A.   Maybe a third, I don't know.
7      It could have been two or three times.
8              Q.   All right.  Could it be more
9      than four times?
10             A.   No, I don't think so.
11             Q.   All right.  So it's the
12     third or fourth time that you answer?
13             A.   Yeah.
14             Q.   Yes?
15             A.   Yes.
16             Q.   And what number comes up on
17     your phone with these calls?
18             A.   This number was 216-930-1408.
19             Q.   And when it called the first
20     time you see this number on your cell
21     phone screen?
22             A.   Yes.
23             Q.   All right.  And did you know
24     who was associated with that number?
25             A.   No, I didn't.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

54

1              Q.   All right.   And I assume the

2    same for the second and third times?

3              A.   Correct.

4              Q.   All right.   Is there any

5    particular reason you didn't answer

6    them?

7              A.   It was late, I just had a

8    rough night, I didn't want to talk to

9    nobody.

10             Q.   Okay.   And then the third or

11   fourth time, whichever it was, you

12   decided you would answer?

13             A.   Right.

14             Q.   All right.   And then tell me

15   about that call, what do you recall?

16             A.   It was the officer, he

17   claimed that -- hi, this is the guy

18   that just pulled you over, sorry I

19   didn't mean to give you a ticket.   Are

20   you home?   I'm over near your house,

21   can I come over?

22             THE VIDEOGRAPHER:   Did your mic

23   fall off?

24             THE WITNESS:   Oh, yes.   I'm

25   sorry.

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

55

1             Q.   All right.   So you answer

2     the phone, there's a man on the phone

3     who identifies himself as the guy who

4     just pulled you over?

5             A.   Correct.

6             Q.   He said, I'm sorry I gave

7     you a ticket, asked if you were home,

8     says he's near your house, and asks if

9     he can come over?

10            A.   Yes.

11            Q.   All right.   And what did you

12    say in response to that?

13            A.   I say no.

14            Q.   Okay.   Then what happens?

15            A.   Then I asked him, like, why

16    are you calling me?   Like what do you

17    mean you're near my house?   And then he

18    asked me did I stay alone? And I told

19    him no.

20            And he was like, well, I'm on

21    St. Clair, I want to make it up to you.

22    I didn't want to give you a ticket, and

23    he's explaining to me that I shouldn't

24    have been with a girl like that.

25            Q.   A girl like what?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

56

```
 1              A.   I don't -- the girl that I
 2     was pulled over with.
 3              Q.   Okay.  And what did you take
 4     it to mean when he said a girl like
 5     that?
 6              A.   I didn't understand.  And
 7     then he was trying to tell me about
 8     what she had a warrant for, like it was
 9     for drugs or something.  And he was
10     saying like, she's a bad person, you
11     don't need to be around her or
12     something.
13              Q.   Okay.  So I just want to
14     make sure I heard you correctly because
15     you're very soft.
16              So you say, no, he can't come
17     over, you asked him why he's calling
18     you; yes?
19              A.   Yes.
20              Q.   All right.  And you say
21     something like what do you mean you're
22     near my house?
23              A.   Yes.
24              Q.   And he says he's on St.
25     Clair?
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

57

```
 1                A.   Yes.

 2                Q.   And asked if you're still

 3   home?

 4                A.   Right.  And then he said,

 5   are you wondering how I got your number?

 6                And I said, yes.

 7                He said I got it off the ticket.

 8   Because he had me write my number and

 9   my current address on the ticket,

10   because it didn't match my ID.

11                Q.   Okay.  Then what occurs from

12   there?

13                A.   He asked me, well, can we

14   meet?  He wanted to talk to me.

15                Q.   Did you ask what he wanted

16   to talk about?

17                A.   Yeah.

18                Q.   And what did he say?

19                A.   He said he wanted to fix the

20   ticket, he could make it go away.  And

21   he kept saying he didn't want to give

22   it to me.

23                Q.   Okay.  Did he say how he was

24   going to make it go away?

25                A.   He said he could change it.
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

58

1              Q.  To what?

2              A.  I don't know, I guess

3      somehow -- I don't know, he said he

4      could just change the ticket.

5              Q.  He didn't say how he was

6      going to change it?

7              A.  Nope.  But I went back to

8      Shaker and I got a copy of the ticket

9      and I seen where, I think he tried to

10     change it where it says, have to appear

11     and don't have to appear, so he checked

12     like two boxes.  So that's why I think

13     he meant that he could change it.  And

14     then he called me, I told you, but the

15     day before the ticket or the court day

16     and told me that he couldn't change it,

17     it's a mandatory, whatever ...

18             Q.  You don't have your copy of

19     the ticket?

20             A.  I provided it.

21             Q.  You provided your copy to

22     your lawyer?

23             A.  Yes.

24             MR. MCLANDRICH:  Did you produce

25     that to us?

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

59

```
 1           MR. KLEBANOW:  I believe it was
 2    produced.
 3           MR. MCLANDRICH:  Okay.
 4           MR. KLEBANOW:  If not, let me
 5    know, I'm pretty sure it was in our
 6    responses.
 7           MR. MCLANDRICH:  Yeah.  Just --
 8    I'm not saying it wasn't, I just don't
 9    remember.
10           MR. KLEBANOW:  Oh, okay.  Yeah,
11    I don't have it up in front of me, I
12    believe it was.
13           MR. MCLANDRICH:  Yeah, and I'll
14    try and get it.
15           Q.  All right.  So you're saying
16    after you received the ticket you then
17    changed the ticket with respect to this
18    box about whether you needed to appear
19    in court or not?
20           MR. KLEBANOW:  Objection.  You
21    can answer.
22           A.  Correct.
23           Q.  All right.  So he's saying
24    he can fix the ticket, wants to fix it
25    for you, will somehow change it or make
```


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

60

1   it go away, correct?

2           MR. KLEBANOW:  Objection.  Go

3   ahead.

4           A.  Yeah.

5           Q.  Yes?

6           A.  Yes.

7           Q.  All right.  And then what's

8   -- what do you say in response to that?

9           A.  I kept saying, how?  I'm

10  like, why did you give me a ticket in

11  the first place if you didn't want to

12  give me a ticket?  And he kept saying,

13  I'm sorry, if you can just meet me for

14  breakfast or something.

15          Q.  Okay.  And when you would

16  keep saying, how, would he answer that?

17          A.  He definitely kept saying I

18  can either pay for it or I can change

19  it.

20          Q.  So tell me about the rest of

21  the conversation.

22          A.  What did I say?  He asked me

23  for breakfast, and I'm like, I don't

24  know.

25          He was like, come on, please, I



1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

61

1    want to fix this for you.

2              And I met him at the Landmark.

3              Q.   Now, did you understand that

4    it would be wrong for him to fix your

5    ticket, as you say?

6              A.   I thought it was wrong that

7    he was calling me, but I didn't know

8    what I should do.

9              Q.   Well -- so another rule of

10   depositions is you ask -- answer the

11   question I actually ask you, then it

12   helps speed things along too.

13             A.   Okay.

14             Q.   So my question is, did you

15   appreciate that it would be wrong for

16   him to fix this ticket for you?

17             A.   Yes.

18             Q.   All right.  Did you tell him

19   that when he made the offer?

20             A.   Yes.

21             Q.   Did you say, you can't do

22   that, that's not right?

23             A.   Right.

24             Q.   You did tell him that?

25             A.   Yes.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

62

1          Q.  Okay.  And so he's asking

2    you to meet for breakfast, you're saying

3    I don't know, then what?

4          A.  Then I met him, I ended up

5    meeting him, because I said I'd rather

6    meet him then him attempt to try to

7    ride past my house, because it was

8    scary, I felt like he was so close.

9          Q.  Okay.  And so is that why

10   you met him for breakfast was to keep

11   him from being in your neighborhood?

12         A.  Correct.

13         MR. KLEBANOW:  Queen, we've been

14   going like an hour, do you need a break

15   or are you okay?

16         THE WITNESS:  I'm okay.

17         MR. KLEBANOW:  Okay.  Let us

18   know if you need one.

19         All right?

20         THE WITNESS:  All right.

21         Q.  Okay.  So eventually in the

22   conversation you say, okay, I'll meet

23   you for breakfast?

24         A.  Yes.

25         Q.  All right.  And then what


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

63

1  happens beyond that, tell me what else
2  is said?
3            A.   He just kept saying he was
4  sorry, he talked about the girl, he said
5  he was going to change it, but he
6  wanted me to have sex with him.
7            Q.   Okay.  Is this on the phone
8  or is this at breakfast?
9            A.   At breakfast.
10           Q.   All right.  So is there
11 anything -- well, here, strike that.
12 Back up.
13           So he's asking you to meet for
14 breakfast.  At some point I presume you
15 say, yes, I'll meet you for breakfast;
16 right?
17           A.   Yes.
18           Q.   All right.  And how do you
19 decide where you're going to meet, did
20 you discuss that?
21           A.   He looked up the places and
22 seen if they were open.
23           Q.   All right.  So he suggested
24 a restaurant to you?
25           A.   Yes.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 4308, Akron, OH 44308  -  330.253.8119

64

1              Q.  And it's your testimony that

2      you're having a conversation where it's

3      obvious to you he's looking at

4      restaurants on his phone or something to

5      see what's open?

6              A.  Yes.

7              Q.  And then suggests the

8      Landmark?

9              A.  Right.

10             Q.  Because that's where you

11     ultimately meet, right?  You don't know

12     were you met?

13             A.  No, that's where we met.

14             Q.  All right.  And your

15     testimony is, if I'm correct and correct

16     me if I'm not, that he suggests the

17     Landmark restaurant to you as the place

18     to meet?

19             A.  Yes.

20             Q.  All right.  And you agree to

21     meet there, and you go meet him at the

22     Landmark?

23             A.  Yes.

24             Q.  And you're going there

25     because you think he wants to talk about


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

65

1  how he's going to help you fix this

2  ticket or pay for it or whatever?

3       A.  Yes.

4       Q.  All right.  So tell me about

5  the conversation at the restaurant.

6       A.  He just kept saying he was

7  sorry, he didn't want to give me the

8  ticket, and he talked about the girl.

9       Q.  What girl?

10      A.  The girl that I was riding

11 with and her cases.  And then he asked

12 me would I sleep with him.

13      Q.  And what did he -- how did

14 he say, will you sleep with me?  What

15 words did he use?

16      A.  Like if I change the ticket

17 would you sleep with me like ...

18      Q.  Those are his words, to the

19 best of your recollection?

20      A.  Yes.

21      Q.  And what do you say?

22      A.  I'm like, no, I should have

23 never got the ticket in the first place.

24      Q.  Okay.

25      A.  And then he's like, well,


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

66

1   I'll pay for the ticket, and I'll change

2   it, if I can't -- if you -- if I can't

3   just give you the money to pay for it.

4              And I just couldn't believe it, I

5   wanted to scream and tell somebody in

6   the restaurant, but I didn't know how

7   crazy he was. I knew he was crazy,

8   because I was, in reality, there with

9   him after he just gave me a traffic

10  stop.  So I was scared to say

11  something, but it crossed my mind so

12  many times, I just didn't know how it

13  would end up.

14              Q.   It crossed your mind so many

15  times, is that what you said?

16              A.   Yeah.

17              Q.   What was crossing your mind?

18              A.   To scream for help.

19              Q.   Okay.  All right.  So at

20  some point during this breakfast

21  conversation he says to you, as best as

22  you can recall, that if I can change

23  the ticket will you sleep with me?

24              A.   No.  He said, I want to

25  change it, but will you sleep with me,


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

67

1  like are you gonna sleep with me?

2              Q.  Okay.  So now you're saying

3  his comment was not a question it was,

4  oh, I'm going to fix the ticket?

5              A.  Right.

6              Q.  I'm going to take care of

7  that ticket, will you sleep with me?

8              A.  Right.

9              Q.  And you say, no, I never

10  should have got the ticket?

11             A.  Right.

12             Q.  All right.  And then what is

13  said?

14             A.  I don't know.  He told me I

15  can like follow him --

16             Q.  Well, are we still in the

17  restaurant?

18             A.  We were leaving the

19  restaurant.

20             Q.  Okay.  So in the restaurant

21  he makes this statement that he's going

22  to fix the ticket or pay for it, and

23  then asks if you'll have sex with him,

24  and you say, no, I never should have

25  got the ticket?



68

1              A.   Right.

2              Q.   Is there more conversation

3    after that exchange?

4              A.   Yeah, he was just like, you

5    can follow me, I'll give you the money

6    for the ticket.

7              Q.   Was that the next thing he

8    says to you?

9              A.   Yeah.

10             Q.   Okay.  So you can follow

11   him, presumably right then, to go get

12   the money?

13             A.   Right.

14             Q.   Okay.  What else is said --

15   and what do you say in response to

16   that?

17             A.   I'm like -- I'm just like,

18   really, like -- I just couldn't believe

19   it.

20             Q.   Well, did you say no?

21             A.   At first I said no, and he

22   was like, well, just follow me.  I

23   followed him to his bank.

24             Q.   All right.  So he says you

25   can follow me to get the money.  You


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com       fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103   -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

69

1    say, really?  Sort of in a incred -- an

2    incredulous fashion of, I'm not going to

3    do that, is that what you mean?

4              A.   Yeah.

5              Q.   All right.  And so then what

6    is said? Are we still in the restaurant

7    at this point?

8              A.   No.

9              Q.   This is -- where is this

10   conversation?

11             A.   This is outside in the car.

12             Q.   This is in -- all right.  So

13   you leave the restaurant, walk to whose

14   car?

15             A.   My car.

16             Q.   All right.  So walk from the

17   restaurant, get in your car, then he

18   says something to the -- the next thing

19   he says to you once you get in the car

20   is, you can follow me to go get the

21   money?

22             A.   Right.

23             Q.   All right.  So from inside

24   the restaurant to the car there must

25   have been some conversation for the two



Queen Tiera R. Miller                    11/11/2019

70

1   of you to end up in the car together,

2   right?

3              A.   No, we weren't in the car

4   together. He was standing at the car

5   door, and I was in the car.

6              Q.   Okay.

7              A.   And then he got in his car

8   and I followed him like the next block

9   to the bank.

10             Q.   All right.  So when you

11  leave the restaurant you get in your

12  car, he gets in his car; yes?

13             A.   Yes.

14             Q.   And at that point he says,

15  you can follow me to my bank to go get

16  the money?

17             A.   Yes.

18             Q.   And is he saying that to you

19  in person or is he saying that over his

20  cell phone?

21             A.   In person.

22             Q.   In person.  All right.

23             And so it's your testimony then

24  that you follow him from the Landmark

25  restaurant to a bank?



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

71

```
 1                A.   Yes.

 2                Q.   What bank?

 3                A.   I believe it was Key Bank.

 4                Q.   All right.  And where is the

 5     Key Bank?

 6                A.   It's like right past 55th on

 7     St. Clair, across the street from a

 8     Shell gas station.

 9                Q.   Okay.  And when you get to

10     the bank does he withdraw money?

11                A.   Yes.

12                THE VIDEOGRAPHER:  Did your mic

13     fall again?

14                THE WITNESS:  Yes.  I'm sorry.

15                Q.   What time of day is this?

16                A.   It's -- I don't know, it's

17     after 6:00.  It's after 6:00, maybe

18     7:00.  After 6:00.

19                Q.   Okay.  And does he give you

20     whatever money he takes out?

21                A.   He gave me $100 and he told

22     me that's all he can get out right now.

23     He said he'll give me the rest when he

24     get paid.

25                Q.   Okay.  And at this point you
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

72

1   have not had sex with him, right?

2                A.   No.

3                Q.   All right.  And if he's

4   going to fix the ticket, why is he

5   giving you money?

6                A.   That's what I said.  And he

7   said, well, just in case I can't I will

8   still pay for it, for either way it

9   goes.  He was going to satisfy it,

10  that's what he kept saying.  And I was

11  just -- I couldn't believe the shit.

12               Q.   Well, why did you take the

13  money?

14               A.   Why did I take the money?

15               Q.   Yeah.

16               A.   To pay for the ticket.

17               Q.   Okay.  He gives you the

18  money at the bank, does he say anything

19  as he's giving you the money?

20               A.   He asked me was I going to

21  play him.

22               Q.   So I just want to be clear,

23  you have this exchange before you get in

24  -- or before you leave the restaurant

25  parking lot, about you can follow me to

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

73

1    get the money, and your comment is,

2    really; yes?

3              A.   Yes.

4              Q.   Any more conversation at that

5    point?

6              A.   (Nodding in the negative).

7              Q.   No?

8              A.   No.

9              Q.   All right.  So then he just

10   drives off; yes?

11             A.   Yes.

12             Q.   And you don't drive in a

13   different direction, you decide to go

14   ahead and follow him?

15             A.   Yes.

16             Q.   And you decide to follow him

17   to see, maybe he will give me some

18   money?

19             A.   Yeah.

20             Q.   All right.  You follow him

21   then to the bank.  Any more conversation

22   on the way to the bank?

23             A.   Not on the way to the bank,

24   no.

25             Q.   All right.  And then the



74

```
 1   next conversation is what you've just
 2   told me of after he takes money out;
 3   right?
 4              A.   Correct.
 5              Q.   And that conversation is,
 6   here's $100 in case I can't fix that
 7   ticket?
 8              A.   Uh-huh.
 9              Q.   Or words to that effect?
10              A.   And he said I will give you
11   the rest later when I get paid.
12              Q.   And then he says -- then the
13   next thing he says, if I'm correct, is
14   are you going to play me?
15              A.   Uh-huh.
16              Q.   Yes?
17              A.   Yes.
18              Q.   And there's no other
19   conversation in between?
20              A.   No.
21              Q.   All right.  And what does
22   that mean, are you going to play me?
23              MR. KLEBANOW:  Objection.  You
24   can answer.
25              A.   I think he probably knew
```



75

1   that I wanted to scream out for help,

2   like, or take off.

3            Q.  So as I understand it at the

4   restaurant he's asking you about having

5   sex; yes?

6            A.  Yes.

7            Q.  And you're terrified?

8            A.  Yes.

9            Q.  And you're so terrified that

10  you want to scream out for help to

11  someone else in the restaurant?

12           A.  Yes.

13           Q.  All right.  And then

14  notwithstanding that you walk out of the

15  restaurant with him?

16           A.  Yes.

17           Q.  All right.  And then

18  notwithstanding the fact that you're

19  terrified, instead of choosing to drive

20  to a police station or to another place

21  of safety, you decide to follow him to

22  the bank?

23           A.  Yes.

24           Q.  All right.  And then you

25  take the money; yes?

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1              A.   Yes.

 2              Q.   All right.  And then he says

 3    something to you to the effect of, are

 4    you going to play me?

 5              A.   Yes.

 6              Q.   And your feeling is that he

 7    said that because he was concerned that

 8    you were terrified by him?

 9              A.   Yes.

10              Q.   All right.  And because you

11    were terrified by him he would have this

12    concern that you were going to play him?

13              A.   Yes.

14              Q.   And what does it mean to

15    play him?

16              MR.  KLEBANOW:  Objection.  You

17    can answer.

18              A.   Like I said, I wanted to

19    scream out for help, I wanted to take

20    off, but I was trying to weigh the pros

21    and the cons in my head, like if I do

22    call the police, I could get arrested

23    for not being able to drive anyway.

24    And then it's a cop, he still had his

25    uniform on, it's like my word against



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

```
 1   his.
 2                Q.   Oh, he had his uniform on?
 3                A.   Yeah, he had a hoodie on top
 4   of it. So it's like -- I felt like I
 5   was in a no win situation.  He knew
 6   where I stayed, so he could follow me
 7   home.
 8                Q.   Okay.
 9                A.   We both had Jeeps, and he
10   had a Wrangler or something, Safari, I'm
11   thinking he can chase me or like he can
12   kill me and I cannot tell my story, you
13   know what I mean?  So I didn't know ...
14                Q.   Sure.  Did he have his duty
15   belt on?
16                A.   I know he had his gun,
17   because when he got --
18                Q.   Just, Miss, again --
19                A.   I think -- I don't know --
20                MR. KLEBANOW:  She's trying to
21   answer the question.  Isn't a gun part
22   of the duty belt?
23                MR. MCLANDRICH:  Well, that's
24   what we're going to find out if --
25                MR. KLEBANOW:  She's trying to
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

78

1    answer your question, if you'd let her.

2    The same thing that you asked in the

3    other question, she's trying to answer

4    it.

5                MR. MCLANDRICH:  Okay.  Well,

6    that's fine.

7                Q.  So did he have his duty belt

8    on?

9                A.  Yes.

10               Q.  And on his duty belt was his

11   gun?

12               A.  Yes.

13               Q.  And handcuffs?

14               A.  Yes.

15               Q.  Okay.  All right.

16               So back to my question, what did

17   you take it to mean when he said, are

18   you going to play me?

19               MR. KLEBANOW:  Objection.  You

20   can answer.

21               A.  That he was aware that I was

22   scared, and that I could possibly try to

23   run, possibly try to call 911, but ...

24               Q.  So that -- that's what it

25   means to play someone, it means you're

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

79

1    going to run or call 911 --

2                    A.  I mean, he knew he was

3    wrong.

4                    Q.  We can't both talk at the

5    same time. So let me just get it all

6    out and then you can answer.

7                    So when he said that, are you

8    going to play me, the way you took it

9    was he thinks I'm going to call 911 or

10   try to run off?

11                   A.  Yes.

12                   Q.  All right.  Anything else

13   that you believe he meant by that?

14                   A.  No.

15                   Q.  Do you say anything in

16   response to that question, are you going

17   to play me?

18                   A.  I told him no.

19                   Q.  All right.  And what does he

20   say after that?

21                   A.  He wanted me to follow him

22   somewhere and get in his car to have

23   sex.

24                   Q.  So he's giving you the

25   option, you can either follow me



80

1    somewhere or you can get in my car to

2    have sex, is that what you're saying?

3              MR. KLEBANOW:  Objection.

4              A.  No, he wants me to follow

5    him.

6              Q.  I'm sorry?

7              A.  He wanted me to follow him

8    and get in his car and have sex.

9              Q.  All right.  So as near as

10   you can recall his comment was, follow

11   me somewhere or words to this effect,

12   right, follow me somewhere so you can

13   get in my car and we'll have sex?

14             A.  Yes.

15             Q.  Okay.  And you say, no, I

16   presume?

17             A.  Yes.

18             Q.  All right.  And then what

19   happens after you say no?  Is that all

20   you say no, just no?

21             A.  I said, no, and then I asked

22   him did he have a condom.

23             Q.  Why would you want to know

24   if he had a condom if your answer was

25   no, I'm not going to go with you and



81

1    have sex?

2              A.  He was kind of telling me I

3    was going to have sex with him.  And

4    then I asked him, did he have a condom?

5    I didn't want to argue with him, but I

6    didn't know his plans like ...

7              Q.  So let me just make sure I'm

8    following along here.  So his statement

9    to you was he wanted you to follow him

10   somewhere so that you can get in his

11   car and have sex --

12             A.  Yes.

13             Q.  -- and your answer was no?

14             A.  Yes.

15             Q.  And then you ask him if he

16   has a condom?

17             A.  Yes.

18             Q.  All right.  And what's the

19   next thing he says?

20             A.  He said no, and then he

21   said --

22             Q.  He said what, I'm sorry?

23             A.  He said no, I can get one.

24             Q.  All right.

25             A.  And from the bank he went to



82

1    the gas station.  And I was going to

2    run in there and say something, and I

3    just got cold feet, I didn't know what

4    to do.  That's why I asked him that

5    like -- I just couldn't stomach to do

6    it, I just kept thinking about my son.

7               Q.  All right.  So you're still

8    at the bank and he asked you to follow

9    him somewhere where you can get in his

10   car and have sex.  No. You ask him if

11   he has a condom -- you're still at this

12   bank at this point, right?

13               A.  Yes.

14               Q.  All right.  And he says no,

15   but I can get one?

16               A.  Yes.

17               Q.  All right.  And at that

18   point is there any more conversation

19   before he drives off to the gas station?

20               A.  No.

21               Q.  He drives from the gas

22   station to go buy a condom?

23               A.  Yes.

24               Q.  And where are you when he's

25   driving from the gas station --


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com       fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

83

1              A.  No, he goes from the bank to

2     the gas station.

3              Q.  Right.  He drives from the

4     bank to the gas station; yes?

5              A.  Yes.

6              Q.  Are you still in your car at

7     this time?

8              A.  Yes.

9              Q.  All right.  And do you stay

10    there at the bank while he goes and

11    buys a condom at the gas station?

12             A.  No, the gas station is

13    across the street from the bank.

14             Q.  I appreciate that.  Does

15    your car stay at the bank or does your

16    car --

17             A.  No, I followed him.

18             Q.  You follow him to the gas

19    station?

20             A.  Yes.

21             Q.  All right.  Do you stay in

22    your car while he goes into the gas

23    station?

24             A.  Yes.

25             Q.  So he goes in, buys a



1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

84

1    condom, presumably; comes back out?

2              A.  Uh-huh.

3              Q.  When he comes back out, does

4    he go up to your car?

5              A.  Yes.

6              Q.  And does he have a

7    conversation with you?

8              A.  Yeah, he told me I can

9    follow him.

10             Q.  Okay.  And are those his

11   words as best as you can recall --

12             A.  Yeah.

13             Q.  -- you can follow me?

14             A.  Yeah.

15             Q.  And are you saying no, I'm

16   not going to follow you?

17             A.  No, at this point I'm trying

18   to do what he tells me to do.

19             Q.  All right.  So by this point

20   it seems then that you've decided, you

21   know what, I'm going to follow him, go

22   have sex with him and get this over

23   with?

24             A.  Right.

25             Q.  Yes?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

85

1               A.   Yes.

2               Q.   All right.  And is that what

3      you tell him, that's fine, I'll follow

4      you?

5               A.   I just said okay.

6               Q.   All right.  So when you say

7      okay does he then go get back in his

8      own car?

9               A.   Yes.

10              Q.   And drives off?

11              A.   Yes.

12              Q.   And you in fact follow him?

13              A.   Yes.

14              Q.   And where do you follow him

15     to?

16              A.   It was some side street off

17     St. Clair, a little past the Landmark.

18     I think it was a -- I think it was a

19     one-way street, I don't know.

20              Q.   What happens after you park

21     your car?

22              A.   He got out the car, and he

23     told me to come get in his car.  And I

24     told him, no.  And then he got in my

25     car.

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                          11/11/2019

86

1           Q.  I presume you unlocked the

2     door so he's able to get in your car?

3           A.  Yes.

4           Q.  You had your cell phone with

5     you at the restaurant?

6           A.  Yes.

7           Q.  And had it with you in the

8     car as you're driving to the bank --

9           A.  Yes.

10          Q.  -- and then to the gas

11    station and then to this side street?

12          A.  Yes.

13          Q.  And don't call 911 at any

14    point along the way?

15          A.  No.

16          Q.  All right.  You unlock the

17    door, he gets in.  Tell me what

18    conversation the two of you had?

19          A.  He asked me can he do oral

20    sex on me.

21          Q.  And what's your response?

22          A.  I was just shaking my head

23    no, and he put his gun on the dash

24    thing or whatever.  He started

25    unbuttoning his stuff and took his


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

1   jacket off, and we just started doing

2   it.

3            Q.  So you've already testified,

4   if I'm correct, and if I'm wrong correct

5   me, he's got his uniform shirt on with

6   his badge?

7            A.  I think he just had a white

8   T-shirt with his hoodie, but he still

9   had his pants on and his thing --

10           Q.  Before you said he --

11           A.  I want to say -- I think he

12  -- he still did have his shirt on and

13  then he unbuttoned his shirt and hoodie

14  -- took his hoodie off, so he had a

15  white shirt on underneath.

16           Q.  All right.  So let me just

17  be clear. He had on his police officer's

18  uniform shirt with the badge and a

19  hoodie over it?

20           A.  Yes.

21           Q.  And underneath the police

22  officer's uniform shirt was a white

23  T-shirt?

24           A.  Correct.

25           Q.  Once in the car he takes off


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    the hoodie, takes off the uniform police

2    shirt, and has on a T-shirt?

3              A.   Correct.

4              Q.   And what does he have on for

5    pants?

6              A.   The police pants.

7              Q.   His regular police pants?

8              A.   Right.

9              Q.   All right.  And takes those

10   off or leaves those on?

11             A.   He pulls them down,

12   eventually.

13             Q.   Okay.  And we'll get to that

14   part.

15             All right.  So once he gets in

16   the car he asks you if you can have

17   oral -- if he can have oral sex on you?

18             A.   Yes.

19             Q.   All right.  And you're just

20   shaking your head no, correct?

21             A.   Yes.

22             Q.   All right.  And how are you

23   dressed?

24             A.   I can't remember what I had

25   on.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

89

 1            Q.  Do you have on the same
 2    clothes you had at the traffic stop?
 3            A.  Yes.
 4            Q.  All right.  And do you take
 5    your shorts or pants or whatever you
 6    had, do you take those off?
 7            A.  I guess, I don't know.  I
 8    think he removed the stuff, I don't
 9    remember what I had on.
10            Q.  All right.  So it sounds
11    like, and correct me again, if I'm
12    wrong, it sounds like you don't remember
13    if he took your pants or shorts or
14    whatever --
15            A.  No, he took them down.
16            Q.  -- off or whether you took
17    them off?
18            A.  I know he pulled my panties
19    down and that's when he began to give
20    me oral sex.  I don't know what I had
21    on, I just remember him pulling my
22    pants.
23            Q.  So he pulls your panties
24    down?
25            A.  Right.

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

90

1            Q.  Does he pull down whatever

2     is on top of your panties or do you do

3     that?

4            A.  He did it.

5            Q.  He did.  All right.

6            And when he's doing this, are you

7     seated in the seat of your -- driver's

8     side of your car?

9            A.  No, he had me sit in the

10    passenger's side with him.

11           Q.  Okay.  So you're both in the

12    passenger seat of your car and he's

13    having oral sex with you?

14           A.  Yeah.

15           Q.  All right.  And is he seated

16    in the seat?

17           A.  No, I'm seated.

18           Q.  You're seated in the seat?

19           A.  (Nodding in the affirmative).

20           Q.  All right.  And I presume

21    when you first got to this side street

22    -- you drove there, right?

23           A.  Yes.

24           Q.  You're in the driver's seat?

25           A.  Yes.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

91

1          Q.   He comes over, you let him

2    into the passenger seat; yes?  He gets

3    in the car?

4          A.   He got in the car, yes.

5          Q.   When he gets in the car he

6    gets into the passenger seat, right?

7          A.   Yes.

8          Q.   All right.  And so at this

9    point you're in the driver's seat, he's

10   in the passenger seat, and he says to

11   you that he wants to have oral sex on

12   you?

13         A.   Yes.

14         Q.   All right.  And you decide

15   you're going to let him?

16         MR. KLEBANOW:  Objection.  You

17   can answer.

18         A.   I mean, I didn't let him, I

19   let him -- I don't know.

20         Q.   Well, did you say no?

21         A.   Yes, at first I shook my

22   head no.

23         Q.   All right.  Did you say no?

24         A.   Yes.

25         Q.   All right.  Did you resist


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1   him?

 2              A.   I tried.

 3              Q.   And how did you try?

 4              A.   I don't know.

 5              Q.   Okay.  When he's trying to

 6   pull your shorts or your panties or your

 7   skirt or your pants down, are you trying

 8   to hold them up?

 9              A.   I was holding it for a

10   minute and, I mean, it was --

11              Q.   So tell me --

12              A.   Then I --

13              Q.   Go ahead.  I didn't mean to

14   cut you off.

15              A.   I was trying not to be

16   afraid, but I was afraid.  But I was

17   trying not to make him want to hurt me,

18   so I was trying to do what he wanted me

19   to do.  Basically he put his gun like

20   on my dash thing.

21              Q.   And what kind of gun was

22   that?

23              MR. KLEBANOW:  Objection.  You

24   can answer.

25              A.   I don't know, it was a black


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

93

1    gun.

2              Q.   A black gun.  You've seen

3    guns on TV before, I presume, right?

4              A.   Yes.

5              Q.   Can you describe what it

6    looked like? Do you know the difference

7    between a revolver and a semi-automatic

8    pistol?

9              A.   Yeah, I know the difference,

10   it was an automatic.

11             Q.   It was a semi-automatic

12   pistol?

13             A.   Yes.

14             Q.   All right.  And it was

15   black?

16             A.   Yes, it was black.

17             Q.   All right.  And so how do

18   you get from the driver's seat to the

19   passenger seat?

20             A.   He's telling me to come over

21   there with him.

22             Q.   But how do you physically do

23   it, tell me how you do it?

24             A.   I climbed over the seat.

25             Q.   Okay.  So you climbed from


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    the driver's side to the passenger side,

2    and you get in the passenger seat?

3              A.   Right.

4              Q.   And then while you're seated

5    in the passenger seat, he's having oral

6    sex on you?

7              A.   Right.

8              Q.   All right.  And is he down

9    between your legs to do this?

10             A.   Yes.

11             Q.   And is he kneeling on the

12   floorboard of the car?

13             A.   Yes.

14             Q.   All right.  So you're seated

15   in the seat, he's kneeling on the

16   floorboard facing you?

17             A.   Yes.

18             Q.   All right.  And you

19   apparently have oral sex for some period

20   of time?

21             A.   Yes.

22             Q.   All right.  And how long

23   does that go on?

24             A.   I don't know.

25             Q.   All right.  And after some


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

95

1    period of oral sex what happens next, is

2    there conversation or is there more sex?

3              A.   Yeah, he asked me did I like

4    it.

5              Q.   And what do you say?

6              A.   I agreed.

7              Q.   You agree?

8              A.   I agreed.

9              Q.   Yes, is that what you're

10   saying?

11             A.   I told him yes.

12             Q.   All right.  And then what's

13   either the next thing that someone says

14   or the next thing that someone does?

15             A.   Then he put his thing in me.

16             Q.   All right.

17             A.   And that was like two

18   minutes, and then I'm like, okay, I'm

19   ready to go, I got to go.  And he was

20   like, can we do it again?  Like he

21   wanted to keep doing it.  I'm like it's

22   like 7:30 at this point, like it's time

23   to go.

24             Q.   Okay.  Does he put the

25   condom on himself?



96

1              A.   Yes.

2              Q.   All right.  And then as you

3     say he's inside of you?

4              A.   Yes.

5              Q.   For a couple of minutes?

6              A.   Yes.

7              Q.   And then apparently there's

8     an end to that; yes?

9              A.   Yes.  And then he mentioned

10    he had a girlfriend.

11             Q.   And then he says he wants to

12    do it again, but you're like, no, I'm

13    all done, let's get out of here?

14             A.   Right.

15             Q.   Okay.  And then he mentions

16    he has a girlfriend?

17             A.   Uh-huh.

18             Q.   And what does he say in that

19    regard?

20             A.   I guess she had called or

21    something, and he was saying he had to

22    go too, but he wanted to do it again.

23    And I'm like, no, I have to go.

24             Q.   Okay.  And do you then

25    leave?



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1              A.  Yes.

2              Q.  All right.  So after you say

3    no, I got to go, he gets out of your

4    car and goes back to his car?

5              A.  Correct.

6              Q.  And then you drive where?

7              A.  I go home.

8              Q.  Okay.  So after you two have

9    intercourse and finish, then he's saying

10   he wants to do it again?

11             A.  Yes.

12             Q.  And in response to that you

13   say no, I got to go home?

14             A.  Yes.

15             Q.  And then he eventually says,

16   I got to go too?

17             A.  Yes.  But he said he wanted

18   to do it again.  And he asked what --

19   like could he do it again, even after,

20   if we couldn't do it there. And he kept

21   asking me did I like it.

22             Q.  And you say what?

23             A.  I told him, yeah, just to

24   appease him.

25             Q.  Okay.  But you didn't like


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

98

1  it?

2           A.   Absolutely not.

3           Q.   Okay.  And so then you drive

4  home and presumably he drives somewhere?

5           A.   Right.

6           Q.   All right.  What's the next

7  thing that happens with respect to these

8  events?

9           A.   Then that's when I got a

10  text at 8:36, he texted me, are you

11  home?

12           Q.   So that's the same morning

13  that you've had sex you get the first

14  text message that's on Exhibit A?

15           A.   Correct.

16           Q.   All right.  And that's, are

17  you home -- you home, as it says on the

18  text?

19           A.   Yes.

20           Q.   And then you don't respond

21  at that time, right?

22           A.   No.

23           Q.   All right.  And so then the

24  next text it looks like it's coming from

25  your phone?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

99

1                  A.   Uh-huh.

2                  Q.   Yes?

3                  A.   Yes.

4                  Q.   And that's a text that you

5       send on September 24th at 1:57?

6                  A.   Yes.

7                  Q.   And that text reads, they

8       let us go early.

9                  A.   Yes.

10                 Q.   Okay.  So who is they?

11                 A.   I was doing community service

12      -- he had called me, and he was trying

13      to act like he was going to meet me to

14      give me the rest of the money for the

15      ticket, and I think I text him they let

16      us be early, so ...

17                 Q.   And so from what you're

18      saying, and correct me if I'm wrong,

19      that between his text of September 21 at

20      8:36 and your text of September 24th at

21      1:57, you had one or more phone

22      conversations with Officer Smith?

23                 A.   Yes.

24                 Q.   How many phone conversations

25      did you have?

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

100

1           A.   I don't know.

2           Q.   More than one?

3           A.   Yeah, more than one.

4           Q.   All right.

5           A.   I don't remember.

6           Q.   Do you know how -- whether

7      it's more than two or three or four?

8           A.   It was several because he

9      kept putting me off.  Because once I

10     told him I didn't want to have sex with

11     him, I mean, I think that was his main

12     objective to get me to meet him again

13     to have sex with him versus him just

14     giving me money, like he said, to pay

15     for the ticket. So it's like, I don't

16     know.

17          Q.   All right.  So between the

18     September 21 text and the September 24th

19     text, you had several or more phone

20     calls with Officer Smith; yes?

21          A.   You said between September

22     21st and 24th?

23          Q.   Yes.

24          A.   I guess, yes.

25          Q.   Well --



101

```
 1              A.   Yes.

 2              Q.   -- you tell me?

 3              A.   Yes.

 4              Q.   Yes.   Okay.

 5              And in these phone conversations

 6    there's discussion of the money?

 7              A.   Uh-huh.

 8              Q.   Yes?

 9              A.   Yes.

10              Q.   All right.   And the

11    discussions of the money are, and,

12    again, you correct me if I get it

13    wrong, because I'm trying to understand

14    what you said before.   That he's putting

15    you off giving you the money that you

16    had previously discussed?

17              A.   Correct.

18              Q.   All right.   And you're

19    trying to make arrangements presumably

20    to get the money?

21              A.   He kept calling me, he kept

22    acting like he was trying to give it to

23    me, so I was trying to confirm that,

24    when and where --

25              Q.   Right.
```



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1              A.   -- and he kept giving me the

 2    run around.

 3              Q.   Okay.  So he would call with

 4    you suggestions or representations that

 5    he's going to get you the money, and

 6    you're trying to pin him down as to

 7    when and where?

 8              A.   Yes.

 9              Q.   And he keeps putting you

10    off?

11              MR. KLEBANOW:   Objection.  You

12    can answer.

13              A.   Yes.

14              Q.   Yes?

15              A.   Yes.

16              Q.   All right.  And how would

17    those conversations go, tell me how they

18    -- how would they end, for instance?

19              A.   He would ask me like, where

20    are you now?  Can I come see you now?

21    I'm like, no, you can't come see me.

22    I'm like, you can bring me the money,

23    but I don't want to be seen like that.

24    And he's like, well, I have to go to

25    work or I'm going out of town.  Then it


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

1  turned into I can mail it to you.

2            Q.  Okay.  So, and, again,

3  correct me if I get it wrong, so what

4  it sounds like in these conversations

5  would be he would be calling you

6  suggesting that he's going to give you

7  the money, meanwhile he's trying to make

8  arrangements for the two of you to get

9  together, and you're trying to pin him

10  down as to when he's going to give you

11  the money, and you're not getting a

12  definite when you're going to get the

13  money.  And in response to his request

14  to get together with you, you're saying,

15  no, I don't want to do that --

16            MR. KLEBANOW:  Objection.  You

17  can answer.

18            Q.  -- right?

19            A.  Yes, because it seemed like

20  he wanted me to be alone wherever he

21  met me.

22            Q.  Right.  I understand.  But

23  he wants to get together with you, you

24  don't want to get together with him, and

25  you're saying, no, I'm not going to get



1    together with you, right?

2              MR. KLEBANOW:  Objection.  You

3    can answer.

4              A.  Yes.

5              Q.  And you're trying to get a

6    firm time and place to get the money,

7    but rejecting his overtures to get

8    together?

9              MR. KLEBANOW:  Objection.  You

10   can answer.

11             A.  Yes.

12             Q.  Yes?

13             A.  Yes.

14             Q.  All right.  And when you're

15   saying, no, I don't want to get

16   together, is there ever a time where he

17   just shows up at your house?

18             A.  No.

19             Q.  Is there ever a time when he

20   shows up at your spa?

21             A.  No.

22             Q.  Is there ever a time when he

23   pulls you over in his police car?

24             A.  The first time that I met

25   him.



105

1          Q.  Yes, but other than that?

2          A.  No.

3          Q.  All right.  Is there ever a

4    time where you're at a store or at a

5    restaurant, at a bar, at church,

6    anywhere, where he all of a sudden is

7    right there?

8          A.  No.  But I do believe he was

9    following me on Instagram.

10         Q.  Okay.  All right.

11         And so then other than these

12   phone calls, obviously we do have the

13   texts, which we'll talk about, what's

14   the next interaction that we have

15   between the two of you?

16         A.  He told me that he can meet

17   me at the Starbucks on Chagrin and

18   Beachwood.

19         Q.  Okay.  And we'll get to

20   that.  All right.

21         So where were you doing community

22   service?

23         A.  Cleveland Needs.

24         Q.  Cleveland Eats?

25         A.  Needs.



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1              Q.   Needs?

2              A.   Yes.

3              Q.   All right.  And what were

4    you doing community service for?

5              A.   Trying to pay off tickets.

6              Q.   Where was that ticket from?

7              A.   It was three tickets.  I

8    signed myself up, it wasn't court

9    ordered.  I was trying to alleviate

10   having to come out-of-pocket, so I had

11   previously signed myself up to do

12   community service because I qualified

13   with my food stamp card.

14             Q.   All right.  So just to make

15   sure I understand what you said.  You

16   had had three other traffic tickets --

17   traffic tickets?

18             A.   Correct.

19             Q.   All right.  What city were

20   the traffic tickets from?

21             A.   Cleveland.

22             Q.   All right.  And these three

23   traffic tickets in Cleveland, had you

24   gone to court for them yet?

25             A.   Yes.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

1          Q.  All right.  And as a result
2     of going to court presumably, and you
3     tell me, you got some fines and costs
4     assessed against you?
5          A.  Yes.
6          Q.  And then rather than just
7     giving Cleveland cash for the fines and
8     costs, you signed up to do community
9     service?
10          A.  Correct.
11          Q.  And you were eligible to
12     sign up to do the community service
13     because you were receiving food stamps?
14          A.  Correct.
15          Q.  And correct me if I'm wrong,
16     I'm presuming that the fact that you
17     were on food stamps evidenced that you
18     had an income level that qualified you
19     to do community service as opposed to
20     paying for the ticket?
21          A.  Correct.
22          Q.  All right.  Did you have a
23     regular schedule that you appeared for
24     to do your community service?  In other
25     words, was it prearranged, you did



```
 1   Monday, Wednesday, Friday at a certain
 2   time, anything like that?
 3              A.  Yes, I don't remember the
 4   schedule though.
 5              Q.  All right.  And was the
 6   schedule arranged directly with
 7   Cleveland Needs or was it arranged
 8   through the court service?
 9              A.  Cleveland Needs.
10              Q.  Where is Cleveland Needs?
11              A.  It's like two or three doors
12   down from my salon on Lorain, so it's
13   like 76 something Lorain.
14              Q.  What does Cleveland Needs do?
15              A.  It's like a place where
16   people can donate clothes or different
17   items, home goods. And as long as you
18   can have a -- or you have an ID you can
19   go in there and get free clothes and
20   stuff.
21              Q.  Okay.  And what would you do
22   when you volunteered or when you
23   performed your community service rather?
24              A.  To hang up and organize
25   clothes.
```



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

109

1                    Q.   Okay.  And so then going

2      back to Exhibit A, the text messages.

3      So they let us go early, was a

4      reference to the people at Cleveland

5      Needs letting you go before your

6      scheduled time was up?

7                    A.   Correct.

8                    Q.   All right.  And then --

9      well, so why did you reach out to him

10     on September 24th, was it to pursue the

11     details of getting the money?

12                   A.   I think he called me, and I

13     -- he told me to call him after I got

14     out of there, like he was gonna meet

15     me.  So I text him when they let us go

16     early, and he didn't respond.  And then

17     he responded later that evening.

18                   Q.   All right.  And his response

19     is, can you talk?  I wanted to share

20     something with you.

21                   A.   Right.

22                   Q.   All right.  Did you ever

23     find out what he wanted to share with

24     you?

25                   A.   That's when he told me he


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

110

1   couldn't change the ticket.

2           Q.  Okay.  And that's when he

3   tells you then you're going to have to

4   appear in court, I can't just change the

5   ticket?

6           MR. KLEBANOW:  Objection.  You

7   can answer.

8           A.  Oh, wait, hold on.  I think

9   -- no, I don't think that's what that

10  was, I want to share something with you.

11  I think later on he told me he couldn't

12  -- whatever the day before court

13  started, that's when he told me -- it

14  was in October.  I think he said he

15  wanted to share something with me -- I

16  don't know.  I don't know if he said he

17  liked me and he stayed in Berea, I

18  think he was trying to -- I don't know.

19          Q.  All right.  So the topic of

20  what he wanted to share with you, you

21  can't recall?

22          A.  Right.

23          Q.  All right.  But what you can

24  recall is that the day before you were

25  supposed to appear in court he contacted



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    you to tell you you have to go, you

2    have to go to court?

3                A.   Correct.

4                Q.   All right.  And then the

5    next text is from you on the 26th at

6    1:00 in the morning where you text him,

7    you forgot about me?

8                A.   Uh-huh.

9                Q.   And what is that about?

10               A.   Because he kept telling me

11   that he was gonna meet me or Cash App

12   me and everything ...

13               Q.   I'm sorry, I couldn't hear

14   you.

15               A.   He was telling me he was

16   going to meet me or Cash App me and he

17   kept lying.

18               Q.   Did you say cash at you?

19               A.   Yeah.

20               Q.   All right.  And by cash at

21   you, you mean give you cash?

22               A.   Cash App.  Cash App me.

23               Q.   I don't know what you're

24   saying.

25               A.   Cash App.



1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

```
 1              Q.   What's Cash App?  Oh, Cash
 2   App, like A P P?
 3              A.   Uh-huh.
 4              Q.   So indicating that he said
 5   he was going to send you the money
 6   through some app called Cash App?
 7              A.   Correct.
 8              Q.   That's what you're telling
 9   me?
10              A.   Correct.
11              Q.   Okay.  Forgive me.  All
12   right.
13              And so he had been saying this
14   to you sometime prior to the time you
15   sent that text message?
16              A.   Yes.
17              Q.   All right.  And so then at
18   1:00 in the morning on the 26th when
19   you hadn't received the money by then,
20   you thought to yourself, I'm going to
21   send him a text asking where the money
22   is, essentially, and that's what you
23   meant by you forgot me?  In other
24   words, you didn't send me the money?
25              A.   Right.
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

```
1              Q.  Right?  Okay.
2              And his response is to tell you
3    that he called you?
4              A.  Correct.
5              Q.  All right.  Had he called
6    you?
7              A.  No.
8              Q.  All right.  And then you
9    sent him back later that morning at 8:27
10   the text that says, GM?
11             A.  Uh-huh.
12             Q.  What does GM mean?
13             A.  Good morning.
14             Q.  Good morning.  All right.
15             And why would you send him the
16   text that said good morning?
17             A.  I was trying to be nice.
18             Q.  Okay.  And you figured if
19   I'm nice, there's a greater likelihood
20   he'll give me the money he's promised
21   me?
22             MR. KLEBANOW:  Objection.  You
23   can answer.
24             A.  Yes.
25             Q.  All right.  And then a
```



**114**

1    period of time goes by from September

2    26th at 8:27 in the morning, next text

3    October 1st at 5:27 p.m. you send

4    saying, you played me?

5              A.   Yeah.

6              Q.   All right.  And what does

7    that mean?

8              A.   He just kept promising me

9    that he was going to meet me or Cash

10   App me.

11             Q.   Okay.  And I take it you

12   sent the text that says, you played me,

13   because he had not followed through on

14   his promise of getting you the money

15   through a Cash App or otherwise?

16             A.   Correct.

17             Q.   All right.  And then he

18   responds to that on October 2nd at 8:34

19   a.m. saying, how? You don't answer when

20   I call.

21             Right?

22             A.   Yes.

23             Q.   All right.  And your

24   response to that is, you never call, so

25   you're going to play games and make me



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

115

1    pay for this ticket?

2               A.  Correct.

3               Q.  All right.  And now the fact

4    is though, according to you, he had

5    already given you a hundred dollars

6    towards the ticket?

7               A.  Correct.

8               Q.  All right.  So not entirely

9    true to say he was going to make you

10   pay for the ticket, you already had a

11   hundred dollars?

12              A.  Well, he told me the ticket

13   should be around 250.

14              Q.  All right.  But my question

15   is the same, you already had a hundred

16   dollars towards whatever the ticket was

17   going to be?

18              A.  Correct.

19              Q.  All right.  And then his

20   response to your text was see, what I

21   mean, I just called you, no answer.

22              Yes?

23              A.  Yes.

24              Q.  All right.  But he hadn't in

25   fact called, is that right?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

**116**

1              A.   He might have just called,

2   but I didn't want to talk because I

3   felt like he was just playing games.

4              Q.   All right.  Well, my

5   question is, do you recall getting a

6   call?

7              A.   Yes.

8              Q.   All right.  So he did call?

9              A.   Probably around -- after that

10  text, yes.

11             Q.   All right.  And then you

12  respond with the question, can we meet

13  today?

14             A.   Yes.

15             Q.   All right.  And what you

16  mean by, can we meet today is can you

17  give me the money today?

18             MR. KLEBANOW:  Objection.  You

19  can answer.

20             Q.   Right?

21             A.   Yes.

22             Q.   Because that's the only

23  reason you want to meet him, right,

24  it --

25             A.   Correct.



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

```
 1            Q.  -- it really means can you

 2     give me the money?

 3            MR. KLEBANOW:  Objection.  You

 4     can answer.

 5            A.  Yes.

 6            Q.  Yes?

 7            A.  Yes.

 8            Q.  All right.  And he says,

 9     Thursday evening, will that work?

10            A.  Yes.

11            Q.  All right.  And do you sense

12     there's anything wrong about taking this

13     money from him?

14            A.  I mean, the whole situation

15     was wrong.

16            Q.  All right.  So you thought,

17     you know, this is wrong taking money

18     from this guy?

19            MR. KLEBANOW:  Objection.  You

20     can answer.

21            Q.  For this ticket?

22            A.  Yes.

23            Q.  All right.  And you

24     certainly thought this sex in the car

25     was wrong?
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

118

```
 1              A.   Yes.
 2              Q.   All right.  But didn't go to
 3    the Cleveland Police, didn't go to the
 4    Cleveland Police, didn't go anywhere,
 5    right?
 6              A.   No.
 7              Q.   All right.  Your response,
 8    yes, or I can meet you in traffic
 9    today, right?
10              A.   Yes.
11              Q.   All right.  And you were
12    going to meet him in traffic to get the
13    money, if you hadn't gotten it yet?
14              A.   Yes.
15              Q.   All right.  And so the
16    thought would be you'd go to traffic
17    court and Officer Smith would be there
18    as well, right?
19              A.   Yes.
20              Q.   And then when the court said
21    the ticket is 250, he could give you
22    the other $150 to pay the fines?
23              MR. KLEBANOW:  Objection.  You
24    can answer.
25              Q.   Right?
```


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**119**

```
 1              A.  You said -- you could -- can
 2     you repeat that?
 3              Q.  Sure.  Your text was, or I
 4     can meet you in traffic today.  Traffic
 5     means traffic court, right?
 6              A.  No, in traffic, just outside.
 7              Q.  Oh, just like drive up to
 8     each other?
 9              A.  Right.
10              Q.  We'll just sort of randomly
11     meet at a crossroads and you can give
12     me the money?
13              A.  Correct.
14              Q.  All right.  And then he
15     responds, I'm not able to meet today.
16              A.  Correct.
17              Q.  Okay.
18              MR. KLEBANOW:  John, can we take
19     a bathroom break whenever you get a
20     chance?
21              MR. MCLANDRICH:  Sure.
22              MR. KLEBANOW:  If you want to
23     finish the texts or whatever, that's
24     fine, just in the next couple of
25     minutes, whatever is good for you.
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

                                                    120

1            MR. MCLANDRICH:  All right.

2            MR. KLEBANOW:  You let me know.

3            MR. MCLANDRICH:  Okay.

4            Q.  And then the text is --

5    well, it's probably part of the same one

6    just spilling over into the next page, I

7    don't know, maybe, maybe not.  But in

8    any event the next text is, can you

9    meet me tomorrow?  On October 7th at

10   11:22 p.m. from him, right?

11           A.  Yes.

12           Q.  And your response the next

13   day at 10:20 in the morning is, yes?

14           A.  Yes.

15           Q.  All right.  And then he

16   indicates, I called you the other day

17   but got no answer, can you meet me

18   tomorrow -- now this is on October 11th,

19   can you meet me tomorrow maybe around

20   8:00 or 9:00 p.m.?

21           And you go, yeah, yeah.

22           Right?

23           A.  Yes.

24           Q.  All right.  And what's the

25   little emoji below the yeah, yeah?

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1           A.   Because like he's playing

2    games and it's like he wanted to keep

3    me in late at night, like he was trying

4    to pull the same stunt, like he wanted

5    me just -- to get me alone so he can

6    like have sex with me or something.

7           Q.   All right.  And this is --

8    this would be unwanted sex, right?

9           A.   Absolutely.

10          Q.   All right.  And so now this

11   man is pursuing you to have additional

12   unwanted sex; yes?

13          A.   Yes.

14          Q.   All right.  And rather than

15   avoiding contact with this man that

16   wants to have unwanted sex with you, you

17   continue this text exchange trying to

18   get the money from him?

19          A.   Correct.

20          Q.   All right.  And so I'm not

21   versed in emojis, if you will, does this

22   emoji have a particular meaning to

23   people that know what emojis mean --

24          A.   It's like I'm rolling my

25   eyes, like, oh, come on.

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

122

```
 1            Q.  Oh, like, oh, really, kind
 2   of thing?
 3            MR. KLEBANOW:  Objection.
 4            Q.  Something like that?
 5            MR. KLEBANOW:  You can answer.
 6            Q.  Oh, come on, in your words;
 7   yes?
 8            A.  Yes.  Yes.
 9            Q.  All right.  And then his
10   response to the yeah, yeah, and the
11   emoji is, is that a yes?
12            And you respond, bet?
13            A.  Bet, yes.
14            Q.  And what does that mean?
15            A.  Yes.
16            Q.  That means yes?
17            A.  Yes.
18            Q.  Okay.  And then is that
19   checkmark below bet, is that another
20   emoji?
21            A.  No, it's just a checkmark --
22            Q.  Is that something that you
23   had to put on the page though?
24            A.  Yes.
25            Q.  All right.  So you put the
```


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

123

1    checkmark on?

2                A.  Yes.

3                Q.  All right.  And then he

4    responds with, okay; yes?

5                A.  Yes.

6                Q.  All right.  And then we're

7    on to October 15th, his text to you.

8    What happened?  I was saying can meet

9    you tomorrow?

10               And then you say, okay; yes?

11               A.  Yes.

12               Q.  So did you have a meeting

13   that didn't go forward?

14               A.  He was just lying at this

15   point.

16               Q.  Okay.  So when he was saying

17   what happened?  I was saying can you

18   meet -- can meet you tomorrow, that was

19   a lie he was spinning?

20               A.  Yes.

21               Q.  All right.  And your

22   response to that lie was, okay?

23               A.  Yes.

24               Q.  All right.  And then his

25   response to your okay was an okay as



**124**

1    well?

2                A.   Yes.

3                Q.   All right.  And that

4    concludes that day's messages?

5                A.   Yes.

6                Q.   All right.  Then the

7    following day on October 16th, he's

8    again texting, can you meet me around

9    6:30 or 7:00 p.m.; yes?

10               A.   Yes.

11               Q.   Are there phone calls that

12   are happening interspersed with these

13   text messages that we've been reading?

14               A.   I think sometimes, but I

15   don't know how many times.

16               Q.   All right.  And in none of

17   the text messages, would you agree with

18   me, that none of the text messages is

19   messaging you, can we meet for sex?

20               A.   No, he didn't put that in

21   there.

22               Q.   All right.  Is it your

23   testimony that he's calling you up still

24   and saying hey, let's get together and

25   have some sex?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1              A.   I mean, he mentioned it a

2    couple of times.  He didn't say it too

3    many times after the first few times.

4    But for him to keep trying to meet me

5    late in the evenings, and I just

6    insinuated that that's what this is all

7    about.

8              Q.   All right.  Because when you

9    were trying to arrange these meetings

10   you're saying to yourself, you know,

11   these meetings are late in the day, this

12   guy wants sex?

13             MR. KLEBANOW:  Objection.  You

14   can answer.

15             Q.   Yes?

16             A.   Yes.

17             Q.   That's the conclusion that

18   you were drawing?

19             A.   Yes.

20             Q.   All right.  And 6:30, 7:00,

21   is that in the sex time zone?

22             A.   Yes.

23             MR. KLEBANOW:  Objection.  You

24   can answer.

25             Q.   All right.  And then after,


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1  can you meet me at 6:30 or 7:00, he

2  sends question mark, and you send way.

3          A.   Yes.

4          Q.   And what does that mean?

5          A.   Where you at.

6          Q.   All right.  And he says on

7  East 185 by Lakeshore; yes?

8          A.   Yes.

9          Q.   And your response is, meet

10  here?

11          A.   Yes.

12          Q.   Indicating that you'll meet

13  him at that time?

14          A.   Yes.

15          Q.   All right.  And his response

16  is, yeah, if you can.

17          A.   Yeah.

18          Q.   All right.  And you tell him

19  I'm in Aurora now?

20          A.   Yes.

21          Q.   Okay.  And then he tells

22  you, okay, I'm over here until about

23  6:30, but I have to work tomorrow, if

24  you want to meet me there near where we

25  met or something, is his next text to


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

**127**

1    you also on October 16th, right?

2              A.  Yes.

3              Q.  All right.  And you don't

4    respond that day, you respond the next

5    day at noon with CMB?

6              A.  Yes.

7              Q.  What does CMB mean?

8              A.  Call me back.

9              Q.  Okay.  Does that mean you

10   had called him and were looking for a

11   return call?

12             A.  I think he called me and I

13   was trying to call him back and he

14   didn't answer, so I was telling him to

15   call me back.

16             Q.  All right.  So you think

17   maybe you exchanged missed calls, and

18   now you're saying call me back?

19             A.  Yes.

20             Q.  All right.  Are you guessing

21   at that answer or do you recall that?

22             A.  No, that's probably what it

23   was.

24             Q.  All right.  But you're not

25   sure?



1           A.   I mean, if I put CMB that
2    means call me back.
3           Q.   I get that part.  Okay.
4           And then he wrote back saying,
5    CMB with a question mark, because he
6    didn't know what it means either?
7           A.   I guess, yeah.
8           Q.   All right.  And then he in
9    fact asks later that day at 4:16, what
10   does CMB mean?
11          And your response was way, in
12   other words, where you at; yes?
13          A.   Yes.
14          Q.   All right.  And he tells you
15   he's at work?
16          A.   Uh-huh.  Yes.
17          Q.   And your response is, can I
18   come get it?
19          A.   Yes.
20          Q.   All right.
21          MR. KLEBANOW:  Objection.
22          Q.   And that's clearly a
23   reference to the money, right?
24          A.   Correct.
25          Q.   Can I come get the money?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

                                                              **129**

1              A.   Correct.

2              Q.   All right.  And so your

3     thought was you'd go to the police

4     department and come get the money,

5     right?

6              A.   No, I wasn't going to go to

7     the police department, but that's what

8     he was trying to act like he wanted me

9     to do.

10             Q.   Well, he says he's at work,

11    which he's a policeman, so --

12             A.   Uh-huh.

13             Q.   -- he's at the police

14    department or perhaps out patrolling,

15    right?

16             A.   Right.

17             Q.   And you're saying, can I

18    come get the money?

19             A.   Right.

20             Q.   All right.  And then he asks

21    again, what does CMB mean?

22             And you again ask him, were you

23    at -- or I'm sorry, that's the same

24    thing repeating, I apologize.

25             All right.  So after you say,



130

1    can I come get it, he says, after 8:00.

2    Yes?

3              A.  Yes.

4              Q.  And then with the little

5    ellipsis then says, hit me up around

6    then; yes?

7              A.  Yes.

8              Q.  And what does that mean?

9              MR. KLEBANOW:  Objection.  You

10   can answer.

11             A.  What does what mean?

12             Q.  Hit me up around then, what

13   does that mean to you?

14             MR. KLEBANOW:  Objection.  You

15   can answer.

16             A.  It means that he wanted me

17   to call him after 8:00.

18             Q.  All right.  That's what you

19   understood when you read that at the

20   time, right?

21             A.  Yeah.

22             Q.  All right.  And that's what

23   you understand now, correct?

24             A.  Yes.

25             Q.  All right.  And your


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1   response to that was, I can meet you in

 2   traffic now before then --

 3              A.   Correct.

 4              Q.   -- with an exclamation point?

 5              A.   Yes.

 6              Q.   Which is a way of stressing

 7   your point or being empathic about it,

 8   right?

 9              A.   Yeah, because every day your

10   -- it's the same thing, you know.

11              Q.   Because you -- you're getting

12   sick of this, you want the money?

13              MR. KLEBANOW:  Objection.

14              A.   I was sick of the whole

15   interaction, and it's like he was trying

16   to --

17              Q.   You wanted --

18              A.   -- wing me along.

19              Q.   Right.  You want to get to

20   the end of this, you want to get the

21   money and be done with this, right?

22              MR. KLEBANOW:  Objection.  You

23   can answer.

24              Q.   Right?  That's what the

25   exclamation point means?



1                A.   Yeah, pretty much.

2                Q.   Yeah.  All right.

3                And he tells you, I'm busy at

4     the moment.  And then texts you later

5     that -- actually, the next day now on

6     the 18th, October 18th at 2:47, and asks

7     if you can meet now, right?

8                A.   Yes.

9                Q.   And that you don't respond

10    to, right?

11               A.   Yes.

12               Q.   There's a text from him at

13    3:36 that's cut off on the bottom of

14    that page, right?

15               A.   Yeah.

16               Q.   All right.  And then the

17    next text we do have is from you

18    saying, you're playing games, right?

19               A.   Yes.

20               Q.   And we don't know when that

21    text is because there's no date stamp on

22    that one.

23               And his response is, how so when

24    I'm the one that continually reaches out

25    to you.  I tried to meet you last week

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    and this week and we are -- and we both

2    had scheduling conflicts, ellipsis, I

3    offered to mail it to you and you won't

4    give me an address, I don't understand

5    how that's playing games, please explain

6    that to me.

7              That's right?

8              A.   Yes.

9              Q.   All right.  And your

10   response is, I'm here, call me.  Okay.

11   So, with two Os, so you're playing

12   games.  Thumbs up emoji; yes?

13             A.   Yes.

14             Q.   What's the thumbs up emoji

15   mean?

16             A.   I'm good, like thanks.

17             Q.   Okay.  So that's what that

18   -- you were conveying to him I'm okay,

19   I'm good?

20             A.   Yes.

21             Q.   All right.  How does that

22   correlate with the okay, so you playing

23   games; or does it?

24             A.   Because like you said it was

25   just -- it was irritating, I was mad

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    that I had to keep communicating with

2    him.  I was mad I had to communicate

3    with him in the first place.

4              Q.  All right.

5              A.  I was mad about the whole

6    situation.

7              Q.  Sure.  And then your next

8    response, your next text rather, you're

9    just wasting my time.  And that's all

10   part of the same series of texts to him

11   at that time, right?

12             A.  Yes.

13             Q.  All right.  And then his

14   response is, I'm about to be there,

15   right?

16             A.  Yes.

17             Q.  All right.  So obviously you

18   two had arranged a place because you

19   start off with, I'm here, which is

20   apparently that place, because he's

21   eventually saying, I'm about to be

22   there, right?

23             A.  Yes.

24             Q.  So he's coming to the place,

25   wherever it is that you are, right?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

135

1          A.   Yes.

2          Q.   All right.  So that would

3    suggest there had been some phone

4    conversation or text that we don't have?

5          A.   Yes.

6          Q.   All right.  And where was

7    that place?

8          A.   The Starbucks on Chagrin.

9          Q.   All right.  So this is a

10   reference to when you were going to meet

11   at Starbucks?

12         A.   Yes.

13         Q.   All right.  And then your

14   next text is, where the fuck are you?

15         A.   Yes.

16         Q.   All right.  That's because

17   he's not there, right?

18         A.   Right.

19         Q.   Because he's supposed to be

20   bringing the money, and now you're

21   getting pissed --

22         MR. KLEBANOW:  Objection.  You

23   can answer.

24         Q.   -- right?

25         A.   I'm not just pissed, I'm


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

136

1   scared.  I'm like, I don't know what

2   kind of trick he had up his sleeve.  I

3   didn't know what to expect, you know

4   what I'm saying --

5            Q.  Sure.

6            A.  -- I didn't know if I was

7   just meeting him there for no reason.

8            Q.  Sure.  Okay.

9            And so the, where the fuck are

10  you, is an expression of your fear about

11  the impending meeting?

12           MR. KLEBANOW:  Objection.

13           A.  It's not just fear it was

14  aggravation.

15           Q.  Okay.  And the aggravation

16  is we keep going around and around on

17  this, right?

18           A.  Yes.

19           Q.  And I'm not getting the

20  money, getting this done, right?

21           MR. KLEBANOW:  Objection.  You

22  can answer.

23           Q.  Right?

24           A.  I can't believe this shit is

25  happening to me.



137

1          Q.   All right.  Okay.

2               All right.  And then his response

3    to, you know, where the fuck are you,

4    are you sure you're okay, you look

5    really sad?

6          A.   Yeah.

7          Q.   I assume that text was sent

8    after he had met you and given you the

9    money?

10         A.   Yes.

11         Q.   Because the look on your

12   face was sad?

13         A.   Yes.

14         Q.   All right.  And do you

15   respond to that?

16         A.   No.

17         Q.   And that's the last text

18   that you two ever have together?

19         A.   Yes.

20         Q.   And after the texts are

21   completed, are there more phone calls?

22         A.   No.

23         Q.   No?

24         A.   No.

25         Q.   All right.  So after you're



Queen Tiera R. Miller                    11/11/2019

138

1    finally able to complete this series of

2    phone calls and text messages

3    culminating in you receiving the

4    additional money from him, he doesn't

5    text you again, he doesn't call you

6    again?

7                A.   No.

8                Q.   All right.  And, likewise,

9    you don't call him or text him again?

10               A.   No.

11               Q.   All right.

12               MR. KLEBANOW:  Quick break, John?

13   Are you still going?  Before we take it

14   I just need like two minutes.

15               MR. MCLANDRICH:  I just have like

16   two questions and then we'll take the

17   break.

18               MR. KLEBANOW:  Okay.  It's just

19   a bathroom break for me, that's all.

20               MR. MCLANDRICH:  No, no, no, it

21   will just take a second --

22               MR. KLEBANOW:  Sure.  Take your

23   time.

24               MR. MCLANDRICH:  -- because I've

25   already forgot three times.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1           Q.   How much money did he give
2      you at Starbucks?
3           A.   150.
4           Q.   Okay.  And you're sure of
5      that?
6           A.   Yes.
7           Q.   Okay.  And we've seen about
8      two seconds of video of him walking
9      towards your car at the Starbucks.
10          A.   Yes.
11          Q.   Right?
12          A.   Yes.
13          Q.   All right.  Is that all that
14     that video is?
15          A.   Yes.
16          Q.   And why did you take that
17     video?
18          A.   Because it was evidence.
19          Q.   Evidence of what?
20          A.   I just didn't know where to
21     go with this.
22          Q.   But what would it be
23     evidence for?
24          A.   To prove that I just met
25     this cop that just made me have sex



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    with him and he offered to pay for the

2    ticket.  Because I do hear and, you

3    know -- sometimes I'm like a

4    psychiatrist to my clients.  So me

5    explaining this to some of my clients,

6    you know, like just the experience is

7    like unbelievable, even to my brother,

8    you know, father and family.

9             Q.  Sure.

10            A.  So --

11            Q.  And so what would this be

12   evidence for though?

13            A.  And I knew I still had to go

14   to court for this ticket, I didn't know

15   how it was going to play out.

16            Q.  Okay.  So did you use that

17   video when you went to court?

18            A.  Well, I provided the ticket

19   or the evidence to my lawyer.

20            Q.  Okay.  Miss, did you or your

21   lawyer at court, in traffic court, right

22   -- so you go to traffic court --

23            A.  I never --

24            Q.  Did you go to traffic court?

25            A.  I never went to traffic

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 -  330.253.8119

                                                    **141**

1    court.

2              Q.  All right.  All right.

3              A.  Once I told my lawyer --

4              MR. MCLANDRICH:  Go ahead take

5    your break.

6              THE VIDEOGRAPHER:  We're going to

7    go off the record.  This is the end of

8    media 1.  The time is now 11:30:08.

9    Off the record.

10                   (Short recess.)

11                   (Lunch break.)

12             THE VIDEOGRAPHER:  We are back on

13   the record.  This is the beginning of

14   media 2.  On the record.

15   CONTINUED EXAMINATION OF QUEEN TIERA R.

16   MILLER

17   BY-MR.MCLANDRICH:

18             Q.  So when we parted company

19   before the lunch break you had indicated

20   that when you met at the Starbucks

21   Officer Smith gave you $150, right?

22             A.  Correct.

23             Q.  All right.  And that was the

24   last time that you spoke to him in any

25   fashion, correct?

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

142

1              A.   Yes.

2              Q.   No more text messages, no

3    more phone calls, no nothing, right?

4              A.   No.

5              Q.   All right.  Have you looked

6    at the phone bills in this case, have

7    you looked at them?

8              A.   Yes.

9              Q.   Yes?

10             A.   (Nodding in the affirmative).

11             Q.   Have you looked at his as

12   well as yours?

13             A.   I don't know how to do that.

14             Q.   I'm sorry?

15             A.   I don't know how to look at

16   his.

17             Q.   All right.  So then if I was

18   to tell you that on the phone calls

19   between you and Officer Smith is

20   imbedded in the middle or what appears

21   to be the middle to me, this

22   216-930-1408 number, you wouldn't know

23   anything about that?

24             MR. KLEBANOW:  Objection.  You

25   can answer.



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

143

1                   A.   I don't know -- you said?

2                   Q.   Yes.  So I'm going to

3      explain it to you a little bit.  At the

4      same date and same time for essentially

5      the same duration or slightly different

6      there are phone calls that go from

7      216-930-1408 to your cell phone number

8      and then at that exact same time and

9      for essentially that same duration

10     there's a phone call from 216-930-1408,

11     Officer Smith's cell phone.

12                  And so the only way that both

13     you and he can be on the phone with

14     that same number at the same time is if

15     those three numbers are tied together in

16     one call --

17                  MR. KLEBANOW:  Objection.

18                  Q.   -- do you see what I'm

19     saying?

20                  MR. KLEBANOW:  You can answer if

21     you understand.

22                  A.   No.

23                  Q.   You don't understand what I'm

24     saying?

25                  A.   No.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 4308,  Akron, OH 44308 - 330.253.8119

Queen Tiera R. Miller                    11/11/2019

                                                    **144**

1          Q.  Okay.  I'm going to try it

2    one more time, Ms. Miller.  And I'll

3    just give you the example, if you will.

4              So on September 21st, 2018,

5    that's the morning of this traffic stop,

6    correct?

7          A.  Correct.

8          Q.  All right.  At 9:00 o'clock,

9    this is UCT time, which is how the

10   phone bills are, which is four hours

11   different, so this would be 5:00 in the

12   morning.  So at 5:00 a.m. and 49

13   seconds there's a phone call from

14   216-930-1408 to Officer Smith's cell

15   phone that lasts for 26 minutes and 23

16   seconds.

17             On your phone bill on the same

18   date 9-21-18 at 5:01 in the morning, so

19   11 seconds -- starting 11 seconds later

20   is a phone call that lasts for 26

21   minutes and 11 seconds from 216-930-1408

22   to your cell phone number.

23             So the only way that you could

24   be on the phone with 930-1408, and he

25   could be on the with 930-1408 at the

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

145

```
 1    same time is for all three of those
 2    numbers to be involved in the same phone
 3    call?
 4              A.   Correct.
 5              Q.   Correct?
 6              A.   Correct.
 7              Q.   All right.  Do you know of
 8    any other way that those numbers can be
 9    involved in the same call at the same
10    time?
11              A.   You said three numbers, so
12    you're saying my number, his number --
13              Q.   And 930-1408.
14              A.   Yeah, I believe he used like
15    a Spoof app or something to disguise his
16    number and call me from a number that
17    wasn't his.
18              Q.   Okay.  Or you did?
19              MR. KLEBANOW:   Objection.
20              A.   No, I didn't.
21              Q.   Okay.
22              MR. KLEBANOW:   You can answer.
23              Q.   Because he also says he
24    knows nothing about 216-930-1408.
25              A.   Well, I can't call myself.
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

146

1    I probably could if I Spoofed an app

2    and used a number, but I didn't do

3    that.

4              Q.  Okay.

5              A.  Is that the time he got off

6    work?

7              Q.  I don't -- so the reality is

8    that one of the two of you it looks

9    like is utilizing 216-930-1408, would

10   you agree with that?

11             MR. KLEBANOW:  Objection.  You

12   can answer.

13             A.  Yes.

14             Q.  Yes?

15             A.  Yes.

16             Q.  Okay.  In your -- so this

17   morning you testified that after you

18   left the restaurant you followed Officer

19   Smith to the bank where he gave you a

20   hundred dollars, correct?

21             A.  Correct.

22             Q.  All right.  In your

23   complaint, in paragraph 30, it alleges

24   as follows:  Prior to leaving the

25   restaurant Officer Smith handed Ms.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

147

```
 1   Miller a hundred dollars telling her it
 2   was to help pay for the ticket in the
 3   event he were unable to, quote, take
 4   care of, close quote, of the citation.
 5             Okay.  That's not true, correct?
 6             A.   What do you mean?
 7             Q.   Well, he didn't give you a
 8   hundred dollars at the restaurant he
 9   gave you a hundred dollars at the bank?
10             A.   Correct.
11             Q.   All right.
12             A.   After the restaurant.
13             Q.   Right.  After the restaurant,
14   drove to the bank, got the hundred
15   dollars, right?
16             A.   Correct.
17             Q.   Not at the restaurant?
18             A.   No.
19             Q.   All right.  Now, the
20   complaint alleges that you agreed to
21   have sex with Officer Smith out of some
22   fear of retaliation?
23             A.   Correct.
24             Q.   Yes?
25             A.   Yes.
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

148

```
 1              Q.   All right.   What retaliation
 2    were you fearing?
 3              A.   That he can try to harm me
 4    in some kind of way.
 5              Q.   Okay.   And what caused you
 6    to have that fear?
 7              A.   He's a police officer, he
 8    has the authority.   His word would be
 9    more credible than mine, I would think.
10              Q.   Okay.   And so because he's a
11    police officer you feared that he could
12    hurt you and that his explanation of how
13    he hurt you would be believed, and yours
14    would not, is that what you're saying?
15              A.   Yeah, I'm witnessing it every
16    day in news.
17              Q.   Okay.   And how do you know
18    you're witnessing it every day in the
19    news?
20              A.   I mean, with just different
21    police situations.   First, it's -- I
22    mean, the word -- your word -- a
23    victim's word versus an authority, it's
24    like -- it's ongoing situations every
25    day in the news about this type of
```



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

149

```
 1   stuff.
 2              Q.  All right.  And had he ever
 3   threatened you?
 4              A.  Did he threaten me?
 5              Q.  Yes.
 6              A.  Like saying he would do
 7   something to me?
 8              Q.  Yes.
 9              A.  No.
10              Q.  All right.  Never threatened
11   that he would physically injure you?
12              A.  No.
13              Q.  Never threatened that he
14   would cause some legal action to be
15   taken against you?
16              A.  No, I thought it was going
17   without saying, just because of his
18   title.
19              Q.  Okay.  And so the fear you
20   had of him was simply because he was a
21   police officer?
22              MR. KLEBANOW:  Objection.  You
23   can answer.
24              A.  Yes.
25              Q.  Yes?
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

150

1              A.   Yes.

2              Q.   All right.  So if I

3    understand correctly, never threatened

4    you, and once he gave you the money,

5    never saw him again, never spoke to him

6    again, never got another text from him,

7    nothing, right?

8              A.   No.

9              Q.   All right.  And until you

10   got the money you continued to stay in

11   a texting, phone calling interaction

12   with him?

13             A.   Yes.

14             Q.   The fear that you had of him

15   wasn't because you got a traffic ticket,

16   correct?

17             A.   I mean, that's one of the

18   reasons.  I mean, my traffic record

19   isn't good.

20             Q.   You've gotten traffic tickets

21   before though?

22             A.   Correct.

23             Q.   And it didn't cause you to

24   have some particular fear that something

25   was going to happen to you, right?

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

151

          1              A.  Well, a cop never called me

          2     after citing me.

          3              Q.  Never called you -- I'm

          4     sorry?

          5              A.  A cop has never called me

          6     after giving me a citation.

          7              Q.  And telling you you had to

          8     go to court?

          9              MR. KLEBANOW:  Objection.

         10              A.  No.

         11              Q.  No?

         12              A.  I've never been in a

         13     situation before to where a cop calls me

         14     after giving me a citation and tells me

         15     that he's by my house and wants to come

         16     over to fix the ticket -- a ticket.

         17              Q.  Okay.  And in any event,

         18     assuming that happened, there was

         19     nothing that made you accept the

         20     invitation either, right?

         21              A.  Nothing that made me accept

         22     the invitation?

         23              Q.  Yes.  To go to breakfast and

         24     talk about these things, right, you

         25     didn't have to go?



**152**

1          MR. KLEBANOW:  Objection.  You

2    can answer.

3          Q.  Correct?

4          A.  No, I probably didn't have

5    to go. But I was wondering what if I

6    stayed home and he tried to come over

7    to my house, like he was already about

8    to do it without my consent.

9          Q.  Then you can call the

10   police; no?

11         A.  Still I'm calling the police

12   on the police, it just didn't read well

13   with me.  I didn't see how that was

14   going to sound over the phone.  I have

15   called 911 before.  They don't

16   necessarily come in a neighborhood that

17   I was staying in all the time.  It

18   might take a while. I couldn't wait and

19   see what would happen with it.

20         Q.  Okay.  So if he had come

21   over to your house and come to the

22   door, you don't have to open the door,

23   right?

24         A.  No.  But he told me he was

25   already in the area, so it's like he

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

153

1    was over there -- he already had in his

2    mind what he was going to do.

3              Q.   All right.  Well, let's

4    assume that's true.  What do you think

5    was in his mind to do?

6              MR. KLEBANOW:   Objection.  You

7    can answer.

8              A.   What he got, to have sex

9    with me. His motive was to have sex

10   with me.

11             Q.   Okay.  And so let's say he

12   had come to your apartment to have sex

13   with you and knocked on the door.  You

14   don't have to open the door, right?

15             A.   No.  But what if he wanted

16   -- came through the door or something, I

17   don't know.

18             Q.   Okay.

19             A.   That just wasn't a risk I

20   was willing to take.  My son was there.

21             Q.   All right.  And so you said

22   to yourself, because he could come over

23   to my apartment, if he wanted to,

24   because he could conceivably break down

25   the door and break in, if I didn't want

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1   to let him in, I better go meet him at

2   the restaurant and agree to have sex

3   with him?

4              MR. KLEBANOW:  Objection.

5              A.  Not necessarily have sex with

6   him, but to see what his logic was.

7   Like I didn't understand his logic of

8   thinking, how none of this was okay, but

9   clearly he thought it was.  In my mind

10  it was a Lifetime story.

11             Q.  Okay.  Well, I think you

12  testified, and let me just make sure my

13  memory is right, that it was at -- yes,

14  your testimony was that it wasn't until

15  you were at the restaurant that he

16  brought up the idea that if he changes

17  the ticket, will you sleep with me,

18  right?

19             A.  Uh-huh.

20             COURT REPORTER:  I'm sorry, yes?

21             THE WITNESS:  Yes.

22             Q.  It wasn't during the phone

23  call with you at the house, right?

24             A.  I mean, but I kind of

25  figured it was more than just the


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

155

 1  ticket.  I mean, why else would a man

 2  call you in the middle of the morning

 3  or early in the day, and you just cited

 4  me for a ticket and then you're telling

 5  me you want to fix it?  It just didn't

 6  make sense to me.

 7          Q.  Okay.  And from that you

 8  inferred, well, what he really wants me

 9  to do is come to breakfast and talk

10  about having sex with me?

11          MR. KLEBANOW:  Objection.  You

12  can answer.

13          A.  I mean, once I got there it

14  was confirmed, yes.

15          Q.  But we're talking about when

16  you're back at the house.  When you're

17  back at the house you're saying to

18  yourself, well, there's only one reason

19  a man would be calling me at this time

20  of day, he wants to have sex with me?

21          MR. KLEBANOW:  Objection.  You

22  can answer.

23          A.  Of course I wanted to

24  believe that he was sympathetic, and

25  didn't want to give me the ticket.  But


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

156

1    then I had to look at the other side,

2    he's just a man and most men are -- I

3    don't know ...

4              Q.  So tell me again, why did

5    you have sex with Officer Smith?

6              MR. KLEBANOW:  Objection.  You

7    can answer.

8              A.  Why did I have sex with him?

9              Q.  Yes.

10             A.  I don't know.

11             Q.  Okay.  Are you making any

12   sort of claim for lost wages in this

13   matter, loss of dollars?

14             MR. KLEBANOW:  Objection.

15             Q.  Earnings?

16             A.  I mean, of course I don't

17   want to go to work just knowing -- I

18   don't want to do anything because I feel

19   like -- I mean, you guys know my whole

20   whereabouts, like -- it's just like, I

21   don't know.  But -- I don't know.

22             Q.  Okay.  Are you alleging

23   you've made less money at the spa

24   because of this?

25             A.  Yeah, I'm not comfortable



                                                    **157**

1    being there.

2              Q.  Do you have records that

3    would show that?

4              A.  No, I'm self-employed.

5              Q.  Well, you file tax returns,

6    don't you?

7              A.  Yeah.

8              Q.  Yes, you do?

9              A.  Yes, I do.

10             Q.  All right.  Would your tax

11   returns show that you've made more or

12   less since this happened?

13             A.  It should show less.

14             Q.  I'm sorry?

15             A.  It should show less this

16   year.  I just signed up for school, so

17   I'm trying to become a full-time

18   student.  I just don't know how this is

19   going to work, because I've never been

20   -- I mean ...

21             Q.  What do you intend on

22   studying?

23             A.  I want to become an

24   occupational therapist.

25             Q.  When Officer Smith is having

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

158

1  sex with you in the car, the two of are

2  you facing each other in the seat?

3          A.  Yes.

4          Q.  Yes?

5          A.  Yes.

6          Q.  So the day you have sex is

7  the same day as the traffic stop,

8  correct?

9          A.  Correct.

10          Q.  And then at some point in

11  time you make a complaint about these

12  allegations to the Shaker Heights Police

13  Department, correct?

14          A.  Correct.

15          Q.  When is that?

16          A.  When I had to go to court to

17  contest the ticket.

18          Q.  So do you raise it at

19  traffic court?

20          A.  Well, I never got a chance

21  to talk to the prosecutor.  Once I

22  informed my lawyer what had really

23  happened, he talked to the prosecutor.

24  And then I never went in front of the

25  judge for this case.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

                                                            159

1              Q.   Okay.

2              A.   And then that's when this

3    all started.

4              Q.   All right.  Was there ever a

5    time when anyone from the City of Shaker

6    Heights sought to talk to you about the

7    allegations that you've raised regarding

8    Officer Smith?

9              A.   Yes.

10             Q.   And did you give them a

11   statement?

12             A.   Are you talking about the

13   first initial conversation that me and

14   the officer had?

15             Q.   After you went or your

16   lawyer went to Shaker Heights or the

17   prosecutor and complained alleging that

18   Officer Smith pressured you into having

19   sex with him, are you with me so far?

20             A.   Yes.

21             Q.   Did there ever come a time

22   when a representative from the City of

23   Shaker Heights sought to talk to you

24   about the events?

25             A.   Yes.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                                    11/11/2019

160

1          Q.   All right.  And did you give

2     that person a statement?

3               A.   No.

4               Q.   Why not?

5               A.   Because I had a lawyer and I

6     felt that my lawyer should be present.

7     Officer Cole or Commander Cole called me

8     at 6:00 in the evening, one Sunday, and

9     he stated who he was from Shaker, and I

10    immediately hung up and I called my

11    lawyer.  And even my lawyer was like,

12    oh, yeah, he wants to talk to you.

13               I'm like, well, why would he want

14    to talk to me --

15               MR. KLEBANOW:  Queen, I'm going

16    to interrupt.  You don't have to talk

17    about anything that you talked about

18    with any of your attorneys.

19               THE WITNESS:  Okay.

20               MR. KLEBANOW:  Whether it be

21    Avery, me, or any of your other counsel,

22    John is not asking you to talk about

23    communications between you and any of

24    your spa.

25               Okay?

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787      www.cefgroup.com      fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1              THE WITNESS:  Okay.

2              MR. KLEBANOW:  You can continue

3    or John can ask you another question,

4    whatever you want to do.

5              Q.  All right.  So did Commander

6    Cole ask you to give a statement?

7              A.  He told me he wanted to talk

8    to me about it.

9              Q.  All right.  And then you

10   talked to your lawyer and had whatever

11   conversation you had with your lawyer?

12             A.  Correct.

13             Q.  All right.  And then did you

14   talk to Commander Cole again?

15             A.  I did, yes.

16             Q.  Yes.  And did you tell him

17   that you weren't going to give a

18   statement?

19             A.  When I talked to him it

20   wasn't supposed to be on the record, I

21   guess he was just taking notes.

22             Q.  Okay.  So did you give a

23   statement then to Commander Cole?

24             A.  Not to my knowledge.  I was

25   talking to him, the lawyer was present,

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

162

1  he was jotting stuff down, but he told

2  me I wasn't on the record.

3          Q.  And who was talking, you or

4  the lawyer?

5          A.  The commander and myself.

6          Q.  The commander was asking you

7  questions?

8          A.  And my lawyer was talking.

9          Q.  Okay.  And who was answering

10  the commander's questions, you or your

11  lawyer?

12          A.  Both.

13          Q.  When did you decide that you

14  were going to sue Officer Smith for

15  money damages?

16          MR. KLEBANOW:  Objection.  You

17  can answer.

18          A.  Once I found out that my

19  lawyer that I previously had showed no

20  interest in trying to resolve this

21  matter.  He just wanted me to see if he

22  can make it just go away, and not focus

23  on my other case.

24          Q.  I don't frankly understand

25  that.



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1                 When did you decide that you were

 2       going to bring a civil lawsuit against

 3       Officer Smith?

 4                 A.   Once I hired a new attorney.

 5                 Q.   Okay.  And obviously to hire

 6       a civil attorney you were thinking about

 7       a civil lawsuit, right?

 8                 A.   I don't know if I was

 9       thinking about a lawsuit, I was just

10       thinking about how many other women has

11       this happened to.  And like something

12       should be done about it versus them just

13       questioning me, you know what I'm

14       saying?

15                 Q.   Uh-huh.  Okay.

16                 And how long was it after you

17       and your criminal lawyer spoke to the

18       police department before you hired

19       counsel in the civil side?

20                 A.   I think it took maybe three

21       or four months.

22                 Q.   And is it the reason that

23       you're concerned about whether this

24       could happen to other women, because

25       what you think happened was wrong?



164

 1            A.   Absolutely.

 2            Q.   All right.   And

 3   notwithstanding that, at no time up

 4   until you finally got the money from

 5   him, and then even for months afterward,

 6   never went to the police and claimed

 7   that Officer Smith was threatening you,

 8   terrorizing you, pressuring you into

 9   having sex, making you have sex with him

10   or anything of the sort?

11            MR. KLEBANOW:   Objection.

12            Q.   Right?

13            A.   No.

14            Q.   And it's your testimony that

15   you never met Officer Smith before the

16   traffic stop?

17            A.   No, sir.

18            Q.   All right.   Any idea how he

19   could have your name and phone number

20   back in 2012, if you hadn't met before?

21            A.   Social media, advertising.

22            Q.   Okay.   And so you think he

23   was stalking you all the way back from

24   2012, is that right?

25            MR. KLEBANOW:   Objection.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

165

```
 1                A.   I hope not.

 2                Q.   But if he had your name and

 3      phone number back in 2012, that would

 4      have to be how he got it, right?

 5                A.   I didn't give it to him.

 6                Q.   All right.  What injuries

 7      have you suffered that you're suing

 8      detective Smith?

 9                A.   What injuries?

10                Q.   Uh-huh.

11                A.   Well, I just -- I just look

12      at the whole legal system in a whole

13      different way, not that I didn't

14      already, but it's like confirmation that

15      anything can happen if you're not like

16      an authority figure.  It's -- it's been

17      stressing me out.  I have had a stye on

18      my eye for like the past year, I think

19      it comes from stress.  It flares up, it

20      goes away, I try to wear makeup to

21      hide.  My acne I'm getting from stress,

22      I'm trying to hide this stye, but it's

23      not working.

24                Q.   I'm sorry, I couldn't hear

25      what you said?
```


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

```
 1              A.   I said me just trying to

 2       hide everything, sometimes it's not

 3       working.

 4              Q.   Okay.  And tell me what

 5       injury that's caused you?

 6              A.   I'm scared for my life --

 7              Q.   Okay.

 8              A.   -- like honestly.

 9       Whether --

10              Q.   What are you scared of?

11              A.   I'm scared that this man

12       might try to retaliate against me or one

13       of his friends or colleagues.

14              Q.   Okay.  And that's the same

15       fear you had before you had sex with

16       him, right?

17              A.   Right.

18              Q.   And so you were afraid he

19       might retaliate against you because you

20       had sex?  And now you're afraid he

21       might retaliate against you because you

22       had sex?

23              A.   Correct.

24              Q.   So, end of the day, it

25       wasn't worth having the sex because you
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1   still got the fear he's going to

2   retaliate against you whether you have

3   the sex or don't?

4               MR. KLEBANOW:  Objection.  Go

5   ahead and answer.

6               Q.  Right?

7               A.  Correct.

8               Q.  What other injuries or

9   damages do you have that you're seeking

10  recovery from?

11              A.  I don't know, emotional

12  distress, anxiety.

13              Q.  Okay.  Tell me about those?

14              A.  Depressed.

15              Q.  Tell me what -- how those

16  things manifest themselves in your life?

17              A.  I just don't feel safe.  And

18  it's just me and my son, I know men

19  prey on women and children every day.

20  And I'm a loner at heart, so it's like

21  I'm the majority of the time by myself.

22  And I've never thought I would have to

23  worry about constantly checking my back

24  or looking over my shoulder, but it's a

25  concern.  I'm totally in fear of law

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

168

1    enforcement.

2              Q.   Okay.  What else?

3              A.   I don't know, I just don't

4    know.

5              Q.   Any other ways these problems

6    are manifesting themselves in your life?

7              A.   I worry about other women.

8              Q.   Okay.

9              A.   Because, I mean, I can see

10   how people get raped or stalked and they

11   don't want to say anything just to be

12   on the safe side.  But it's like you're

13   never really safe.  It's like a no-win

14   situation, especially if you're going

15   against like an authority figure.

16             Q.   Any other -- excuse me, any

17   other manifestations of this fear or

18   other mental problems in your life?

19             A.   I don't know, it's costing

20   me.

21             Q.   How so?

22             A.   I mean, with me just having

23   to move, thinking that I'm running from

24   the law.  Because, I mean, you guys are

25   aware of where I stay, that doesn't help



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

1   me sleep easy at night.

2               Q.  Any other manifestations of

3   your fear, anxiety or depression?

4               A.  I feel like he's still

5   watching me on Instagram.  I know I

6   probably shouldn't be on there like I

7   am, but it's like I don't know if I'm

8   like -- I don't know.  It's like a

9   whole another devil in itself.  Because

10  it let's me know that anybody can be

11  watching you no matter who they are, and

12  what they are.  And if you put your

13  business out there then you're easy to

14  be found.

15              Q.  Sure.  And that's sort of

16  the nature of those kinds of things,

17  right?  Anybody can watch them if

18  they're out on the public airwaves of

19  the Internet and that sort of thing,

20  right?

21              A.  Uh-huh.

22              Q.  All right.  Any other

23  manifestations of fear, anxiety or

24  depression that you can tell me about?

25              A.  I'm just worried about my

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

170

1    son, because I don't want him to go

2    through what I've been through.  My job

3    is to protect him.

4              Q.  Sure.  And what's your

5    specific fear for him?

6              A.  For him to be profiled, for

7    him to be stalked, for him just to go

8    through this life and just have problems

9    period.

10             Q.  Okay.  So I noticed you

11   started treating with a psychologist

12   back in 2016?

13             A.  Uh-huh.

14             Q.  Yes?

15             A.  Yes.

16             Q.  Why was that?

17             A.  It was for personal reasons.

18             Q.  Okay.  Well, what personal

19   reasons were those?

20             A.  I had just got a DUI, and I

21   just found out I had an ectopic

22   pregnancy.  It was a lot.

23             Q.  And that was causing your

24   mental health issues?

25             A.  I definitely wanted to talk



1.800.694.4787     www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

171

1  to somebody.  Like I said, I'm a loaner

2  and I don't really open up to too many

3  people, I hold a lot of stuff in even

4  though it's not healthy.

5          Q.  I'm sorry?

6          A.  I said I hold a lot of stuff

7  in, and I know it's not healthy.  I'm

8  more introverted.

9          Q.  Who's JoAnn Holly?

10          A.  That's Ms. Holly.

11          Q.  That's Ms. Holly.  Okay.

12          The other lady in the car with

13  you is Charlie Mesha.

14          A.  I think her real name is

15  Mesha.

16          Q.  Mesha?

17          A.  But her maiden name is

18  Charlie.

19          Q.  Okay.

20          A.  I know her as Charlie.

21          Q.  And you spelled that in your

22  discovery responses M E S H A?

23          A.  Correct.

24          Q.  Do you know if that's

25  correct or not?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

172

```
 1              A.  I believe so, I don't really
 2    know.
 3              Q.  Okay.  The text messages
 4    that you've produced to us, are those
 5    all the text messages that you ever had
 6    with Officer Smith?
 7              A.  Yes.
 8              Q.  What's the status of your
 9    case in East Cleveland?
10              MR. KLEBANOW:  Objection.  You
11    can answer.
12              A.  I'm set for trial December
13    13th.
14              Q.  And is Louis Turner involved
15    in that civil case somehow?
16              MR. KLEBANOW:  Objection.  You
17    can answer.
18              A.  He's the core -- the cause
19    and the effect, but some kind of way
20    he's not implicated enough.
21              Q.  So it's his wife that filed
22    the telephone harassment charges against
23    you?
24              A.  His child's mother.
25              Q.  His child's mother?
```



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

173

```
 1              A.   They're not married.

 2              Q.   They're not married.   All

 3    right.

 4              And is Louis Turner a policeman

 5    or was he a policeman.

 6              A.   He's supposedly retired.

 7              Q.   He's retired?

 8              A.   Supposedly.

 9              Q.   Was he retired when you

10    first started having a relationship with

11    him?

12              A.   Yes.

13              Q.   And why do you say he's

14    supposedly retired?

15              A.   I think he left, I don't

16    know if he's like retired, retired,

17    because he's still kind of young.   I

18    don't know.  I just know he's not with

19    the force.

20              Q.   Officer Smith never forced

21    you to have sex with him, right?

22              MR. KLEBANOW:   Objection.   You

23    can answer.

24              A.   No, I think he did force me.

25              Q.   How did he force you?
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787   www.cefgroup.com   fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

174

```
 1              A.   Calling.

 2              Q.   Calling you?

 3              A.   Telling me he know where I

 4       stayed, and he was coming over anyway.

 5              Q.   Well, you never said that he

 6       said he was coming over anyway?

 7              A.   Well, he told me he was in

 8       the area, and can I come over?  So in

 9       his mind it was okay for him to come

10       over, so ...

11              Q.   So what you're saying is, if

12       he asked to come over that's the same

13       as him saying I'm coming over?

14              A.   He was already in the area,

15       he had already made the call, I just

16       didn't know what his plans was.

17              Q.   Okay.  And during that call,

18       as we've already talked about, there was

19       no mention of sex, right?

20              A.   No.

21              Q.   All right.  That conversation

22       happened at the restaurant, right?

23              A.   Correct.

24              Q.   And even then he asked you

25       to have sex with him, right?
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

175

1              A.   Yes.

2              Q.   And he never threatened you

3    with something if you didn't have sex

4    with him, right?

5              A.   Well, he threatened me with

6    his authority.

7              Q.   Just by the mere fact that

8    he had authority?

9              A.   And he had his gun on him.

10   I mean, what was I -- I didn't know

11   what to do.

12             Q.   Okay.  All right.

13             And so because he's a police

14   officer and he carries a gun as a

15   police officer, you felt that you had to

16   have sex with him; yes?

17             A.   I felt like it was a

18   robbery.

19             Q.   And I take it by that answer

20   you're saying, yes, because he's a

21   police officer and had a gun I felt I

22   had to have sex with him?

23             A.   Yes.

24             Q.   All right.  Anything other

25   than those two things that made you feel



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

Queen Tiera R. Miller                    11/11/2019

176

1    like you had to have sex with him?

2                A.   (Nodding in the negative).

3                Q.   No?

4                A.   I mean, just to get him to

5    leave me alone, I didn't know what else

6    to do.

7                Q.   All right.  And so the

8    thought was, if I have sex with him

9    maybe he'll leave me alone?

10               A.   Yeah.

11               Q.   All right.  But you didn't

12   leave him alone, you continued to have

13   text message exchanges and phone calls

14   with him?

15               MR. KLEBANOW:  Objection.  You

16   can answer.

17               A.   He initiated all the calls.

18               Q.   He initiated all the calls?

19               A.   Yeah.  From the first text

20   message, from the first call, to the

21   last text, asking me why do I look sad

22   or ...

23               Q.   But those texts were

24   primarily about getting the money,

25   right?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                                    11/11/2019

                                                                     177

1              A.   Correct.

2              Q.   The Woo Spa telephone number

3       is it 216-789-5163?

4              A.   No.

5              Q.   Whose number is that?

6              A.   I don't know, it might be an

7       old number.

8              Q.   If it comes up on your spa's

9       web page you don't know how?

10             MR. KLEBANOW:   Objection.

11             A.   It might have been an old

12      programmed number that I used, but it's

13      not current.

14             Q.   Do you know if you ever used

15      it?

16             A.   I don't know.

17             Q.   Do you recall ever using it?

18             MR. KLEBANOW:   Objection.

19             A.   I don't know.  I've had

20      several numbers pertaining to my

21      business.

22             Q.   So we received a copy of

23      your cell phone records.  And these

24      records run from September 21, 2018 at

25      5:11, this is UCT time.  So, again, that


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    would be 1:11 in the morning and a few

2    seconds, through October 19th, 2018, at

3    least up until noon, I guess it would

4    be -- or I'm sorry, I take that back.

5    It would be just about 8:00 at night.

6    But in any event there's one particular

7    call I want to ask you about.

8              On September 24th, 2018 at -- at

9    just about five minutes to 8:00, so UCT

10   time of 21:55:59, there's a phone call

11   from your cell phone number to his, that

12   has essentially no elapsed time with it

13   it just shows zeros.

14             MR. KLEBANOW:  John, when you say

15   her's, can you give her a number

16   because --

17             MR. MCLANDRICH:  Sure.

18             MR. KLEBANOW: -- there's been so

19   many floating around?

20             MR. MCLANDRICH:  Sure.  Yeah, let

21   me just start over.

22             MR. KLEBANOW:  I don't mean to

23   interrupt you, I just want to make sure

24   she understands the question.

25             MR. MCLANDRICH:  That's okay.

Queen Tiera R. Miller                    11/11/2019

179

1          Q.  On 9-24 at 7:55:59 there's a
2   phone call from 216-645-7142 to
3   216-374-5141, which is Officer Smith's
4   cell phone number.  That's the only
5   phone call I see from your cell phone
6   number to his number.
7              Are you aware of any other phone
8   calls from your cell phone number to his
9   number?
10         A.  No.
11         Q.  No.  But I'll tell you
12   that --
13         A.  You say it had no duration
14   behind it, like we never held a
15   conversation?
16         Q.  Correct.
17         A.  I'm thinking he called me
18   from his number without using this Spoof
19   app, and I called it back because I had
20   a miss call or something, I don't know.
21         Q.  Except that the bill shows
22   your number as the originating number
23   and his as the terminating number.  In
24   other words, the call went from your
25   phone to his.

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1              Any explanation or no?

 2              A.  Maybe it's not showing the

 3    Spoof number that he was using, and it

 4    just went directly to his original line.

 5              Q.  Okay.  So on September 21st,

 6    2018 there are six calls that go from

 7    216-930-1408 to Officer Smith's number

 8    at the same time essentially that six

 9    calls go from 216-930-1408 to your cell

10    number 216-645-7142.

11              Have any explanation for that?

12              A.  What was the question?

13              Q.  Sure.  We have six calls on

14    September 21st, 2018 where this

15    216-930-1408 number is calling you at

16    the same time it's calling Officer

17    Smith.

18              A.  Well, he's using a number,

19    so it might show that he's calling.

20              Q.  Okay.

21              A.  And he's calling --

22              Q.  And so it's your position

23    he's the one that uses the 930-1408, not

24    you?

25              A.  Correct.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

```
 1              MR. MCLANDRICH:  All right.  I'm
 2   going to pass the witness for now.
 3              MR. KLEBANOW:  Do you need a
 4   break, Queen, or are you okay?
 5              THE WITNESS:  I'm all right.
 6              MR. STRANG:  Ms. Miller, my name
 7   is Steven Strang, I'm representing the
 8   City of Shaker Heights in this case.
 9   I'm going to jump around a little bit
10   and cover some of the same ground that
11   Mr. McLandrich covered, as well as bring
12   up some additional issues that maybe we
13   haven't talked about before.
14   EXAMINATION OF QUEEN TIERA R. MILLER
15   BY-MR.STRANG:
16                   -  -  -  -  -
17       (Thereupon, Defendants' Deposition
18       Exhibit-B was marked for
19       purposes of identification.)
20                   -  -  -  -  -
21              Q.  The first thing I'm going to
22   do is I'm going to show you an exhibit.
23              MR. STRANG:  Jared, before I get
24   into it, I just want to clarify that we
25   can continue the deposition by -- if we
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    leave sometime today based on additional

2    cell phone records and additional mental

3    health treatment records we get from

4    her, correct?

5              MR. KLEBANOW:  Yeah, that's -- I

6    have no problem with her -- with that.

7              MR. STRANG:  Okay.

8              MR. KLEBANOW:  That's fine.

9              MR. STRANG:  All right.

10             MR. KLEBANOW:  Quickly, while

11   we're on it too, I just -- we can have

12   the discussion on or off the record, I

13   don't really care.

14             There have been additional

15   records, which you had -- John, I know

16   over the course of the last few weeks

17   have sent me presumably as you've gotten

18   them from Shaker.  And I understand that

19   they're from Commander Cole's

20   deposition, as well as other discussions

21   that they -- the investigation is still

22   ongoing on Shaker's end.

23             Is it the position of the city,

24   I guess, and of Officer Smith that those

25   records will be turned over completely

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

 1    as they are?  So am I -- I'm getting

 2    them piecemeal, and in our request we

 3    had requested from the city all

 4    documents relating to Ms. Miller and

 5    this case, so on and so forth through

 6    our request.  And there's that ongoing

 7    obligation to produce those, if

 8    additional records come up.

 9              Are we going to be getting

10    additional documents in bulk as the

11    investigation comes forward?  I mean, I

12    understand I'm getting them in

13    piecemeal, as you want to use them

14    presumably today, which is fine.  And

15    are there going to be additional

16    documents, which we would expect from

17    that internal investigation?  Or are you

18    claiming some sort of privilege on those

19    and not producing them?

20              MR. STRANG:  Right.  As I noted

21    in my discovery responses, anything

22    after suit was filed.  So anything

23    ongoing that we're obtaining as the case

24    goes around is work product.

25              MR. KLEBANOW:  So are you -- and

Cefaratti Group
THE LITIGATION SUPPORT COMPANY
1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

184

```
 1   I understand that.  So if there's
 2   documents that are work product
 3   requested from you, but simply because
 4   Shaker is doing something on their own,
 5   are you claiming anything that the city
 6   would do on their own as work product?
 7             MR. STRANG:  As long as they're
 8   a defendant in this lawsuit then
 9   anything that the city does is -- just
10   same as anything that you do is work
11   product.
12             MR. KLEBANOW:  Okay.
13             MR. STRANG:  So the phone records
14   that I produced are from before suit was
15   filed.
16             MR. KLEBANOW:  Are there any
17   other documents, like the phone records
18   prior to suit being filed, that we have
19   not received at this time?
20             MR. STRANG:  Well, I'm --
21   anything that I believe is not
22   privileged I'm providing you, which is
23   the phone records.  So I got a -- I got
24   a zip drive with those records and then
25   turned around and produced them --
```

185

1          MR. KLEBANOW:  Okay.

2          MR. STRANG: -- to you.

3          MR. KLEBANOW:  Okay.

4          MR. STRANG:  But I did note in

5    my discovery responses that I do believe

6    the internal investigation documents,

7    and ongoing internal investigation

8    documents, are privileged.

9          MR. KLEBANOW:  Are you -- and

10   last question, and I'll let you go on.

11         Are you -- do you plan or intend

12   to file a privilege log or update that

13   privilege log as additional things come

14   forth?  So I'm not --

15         MR. STRANG:  You know, I'm not

16   going to give you like a living,

17   breathing privilege log that I update

18   every time we get additional records

19   because of an ongoing investigation.

20         MR. KLEBANOW:  Will there be a

21   final privilege log?

22         MR. STRANG:  Well, I mean, I

23   guess when the investigation is over it

24   becomes a public record.  But I suspect

25   that as long as suit is ongoing that

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    the investigation is going to be

2    ongoing.

3              MR. KLEBANOW:  Okay.  My only

4    concern I guess would be -- and I

5    understand that would be that if there

6    are documents that you intend to use in

7    this lawsuit that you obtain -- and I

8    understand you can claim privilege, and

9    respect that, it's just I believe we

10   have a right to know about those if

11   something would come up that you intend

12   to use so that it's not sprung on us,

13   and there was never a privilege log or

14   anything like that.

15             Do you follow what I'm saying?

16             MR. STRANG:  I follow what you're

17   saying.

18             MR. KLEBANOW:  Okay.  So if

19   there is something that you intend to

20   use that comes up that would

21   traditionally be in a privilege log, can

22   you provide that to us in the form of a

23   privilege log?

24             MR. STRANG:  Yeah.  Before using

25   a document I will certainly --



 1              MR. KLEBANOW:  Okay.

 2              MR. STRANG: -- provide it to you.

 3              MR. KLEBANOW:  That's all --

 4      that's all we ask.  Okay.  Thank you.

 5      BY-MR.STRANG:

 6              Q.  Ms. Miller, do you recognize

 7      what I put in front of you?

 8              A.  Yes.

 9              Q.  Okay.  What is this?

10              A.  I believe it's my traffic

11      cases.

12              Q.  Okay.  Well, what I've

13      provided to everybody, and I marked as

14      Defendants' Exhibit B, is the entirety

15      of the discovery production that we

16      received in this play -- in this case.

17      At the very bottom you'll see

18      plaintiff's responses 001.

19              Do you see where that's marked?

20              MR. KLEBANOW:  Queen, if you want

21      to -- just tell them -- you're looking

22      at the very first page, he's asking you

23      about the whole document.  So if you

24      want to flip through it and then respond

25      to his question you have a right to do


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

1   that.

2              THE WITNESS:  Oh.

3              MR. KLEBANOW:  So if you want to

4   look through it, I think you were just

5   looking at the very first page.  He's

6   asking you about the entirety of the

7   document.

8              MR. STRANG:  Well, I'm just kind

9   of giving her a context as to what --

10             MR. KLEBANOW:  Okay.

11             MR. STRANG: -- that is right now.

12             MR. KLEBANOW:  Okay.  Okay.

13             MR. STRANG:  If you want to take

14   a ten minute --

15             A.  Yeah, and I see the phone

16   record.

17             Q.  Okay.  And I'll go through

18   the individual documents with you, so we

19   don't have to go through everything

20   right now.  Because part of the reason

21   I'm asking you this is to identify what

22   exactly these documents are.

23             Okay?

24             A.  Uh-huh.

25             Q.  I'm going to be referring to



1    them though based on the page number on

2    the bottom right-hand corner of the

3    first page.  I just wanted to point

4    that out to you.

5              The first document labeled

6    plaintiff's responses 0001, and then

7    they are numbered sequentially.  And so

8    I'm going to flip through them

9    sequentially, and I'm going to then

10   reference a page number and I ask that

11   you flip along with me when I do

12   reference the page number.

13             Okay?

14             A.  All right.

15             Q.  Okay.  And before I get

16   started, Ms. Miller, would you mind

17   taking off your sunglasses for my

18   portion of the deposition?

19             A.  All right.

20             Q.  Thank you so much.

21             MR. KLEBANOW:  Real quick.  Hold

22   on. Oh, okay.  There's just a duplicate

23   copy of hers of the very first page, if

24   that might be what's confusing there.

25   She has two ones in a row, but I think


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

190

 1    it's only the first thing.  So go

 2    ahead. I just wanted to make sure she

 3    had the same thing that I had.

 4              Q.  Ms. Miller, the first -- it

 5    appears to be the first 11 documents, so

 6    document number 1 through document -- it

 7    looks like actually document number 11,

 8    can you explain to me what those are?

 9              MR. KLEBANOW:  Objection.  You

10    can answer.

11              A.  Court cases and fines.

12              Q.  Those are court cases of

13    yours?

14              A.  Yes.

15              Q.  Have you ever been a

16    defendant in a criminal matter?

17              A.  No.

18              Q.  Never?

19              A.  A defendant?

20              Q.  Yeah, a criminal defendant.

21              A.  In a criminal matter, a

22    defendant?  I don't think so.

23              Q.  You're having a difficult

24    time remembering?

25              A.  Most of my offenses have



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

191

1   been traffic.  Am I a defendant when it

2   becomes traffic?  I'm the defendant,

3   right, when it's traffic?

4              Q.   Sure.

5              A.   Okay.  So, yes.

6              Q.   What about other than

7   traffic?

8              A.   No.  I've been a plaintiff.

9              Q.   You've never spent time in

10  jail for anything?

11             A.   For DUI.

12             Q.   Anything besides DUIs?

13             A.   No.

14             Q.   And where were those DUIs?

15             A.   One was -- the first one was

16  Mayfield Village, Bratenahl and The

17  Cleveland Clinic.

18             Q.   So those are three different

19  DUIs, is that correct?

20             A.   Correct.

21             Q.   Have you had any additional

22  DUIs except for those three?

23             A.   No, sir.

24             Q.   Have you ever lived outside

25  of Cuyahoga County?



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

192

| | |
|---|---|
| 1 | A.  Yes, sir. |
| 2 | Q.  Where? |
| 3 | A.  Chicago, Illinois. |
| 4 | Q.  When did you live in |
| 5 | Chicago? |
| 6 | A.  I moved out there right |
| 7 | after high school, so 2005.  So like |
| 8 | 2007 or 08. |
| 9 | Q.  Where did you live in |
| 10 | Chicago? |
| 11 | A.  I stayed in Lincoln Park.  I |
| 12 | stayed downtown off of Lake on Michigan |
| 13 | Avenue.  I stayed in Park Forest, I |
| 14 | stayed in Madison, I stayed in the City |
| 15 | of Chicago. |
| 16 | Q.  Is that all in Cook County, |
| 17 | to your knowledge? |
| 18 | A.  Yes. |
| 19 | Q.  Were you ever arrested in |
| 20 | Cook County? |
| 21 | A.  Yes. |
| 22 | Q.  For what? |
| 23 | A.  Driving under suspension. |
| 24 | Q.  Anything else? |
| 25 | A.  No. |



 1              Q.   Okay.  So we talked about

 2      Chicago, is there any other places that

 3      you lived besides Chicago and the

 4      Cleveland area?

 5              A.   No.

 6              Q.   Have you ever lived in

 7      Akron?

 8              A.   No.

 9              Q.   Were you ever a student at

10      Akron University?

11              A.   No, sir.

12              Q.   Did you ever have any -- did

13      you ever go to any college parties at

14      Akron University?

15              A.   I went to a fashion show at

16      Akron University, but that was right

17      before LeBron became pro, so that was

18      2005, maybe, 2000 -- yeah, 2004 or 05.

19              Q.   Besides that fashion show,

20      have you ever attended any other parties

21      at Akron University?

22              A.   No, sir.

23              Q.   Can you flip to document 18

24      for me in that packet, it says

25      plaintiff's responses 00018.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

 1              A.   Uh-huh.

 2              Q.   Can you identify that?

 3              A.   Yes.  Louis Turner had gave

 4    me a card, a just because card.

 5              Q.   When did he give you this

 6    card?

 7              MR. KLEBANOW:  Objection.  You

 8    can answer.

 9              A.   I don't know.  It was

10    probably -- I don't think it was 18, it

11    had to have been sometime in 17, 2017.

12              Q.   How long did you date Louis

13    Turner?

14              MR. KLEBANOW:  Objection.  You

15    can answer.

16              A.   About three years.

17              Q.   Okay.  Starting when?

18              A.   Like August of 16, like

19    before I got the last DUI.

20              Q.   When did you stop dating

21    Louis Turner?

22              A.   When we went to Vegas last

23    August of 18.

24              Q.   August of 18.  So that would

25    have been approximately about a month


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1    before this interaction with Officer

 2    Smith, is that correct?

 3              A.   Right.

 4              Q.   And how was the split with

 5    Louis Turner; amicable?

 6              MR. KLEBANOW:   Objection.   You

 7    can answer.

 8              A.   What was it?

 9              Q.   Did you leave on good terms?

10              A.   No.

11              Q.   What caused the split?

12              MR. KLEBANOW:   Objection.   You

13    can answer.

14              A.   We went to Vegas, it was

15    supposed to have been a two year

16    anniversary trip, and it was like a trip

17    from hell.  I couldn't really call it

18    -- I wouldn't say he would have tried

19    to hurt me while we were out there.  It

20    was kind of weird.

21              Q.   What does he do for a living

22    now?

23              A.   I'm not sure, I haven't

24    talked to him in a year.

25              Q.   Did you ever consider calling



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    him about what was going on between you

2    and Officer Tyler Smith?

3              A.   Absolutely not.

4              Q.   Why not?

5              A.   For what?  Once I came back

6    from Vegas I learned about the lawsuit

7    that his child's mother put against me,

8    and I put two and two together, the

9    judge from that court was actually in

10   the airport with us, and they spoke.

11   They had a conversation, actually, and I

12   just figured the conversation was about

13   me.

14              And when we came back home I

15   found out about the case that she was

16   trying to say I've been harassing her,

17   but she's really been harassing me for

18   the past couple of years that we were

19   together.  That case is like a

20   retaliation case, because I tried to

21   prosecute her in Cleveland Heights.

22              Q.   Did you still have Louis

23   Turner's phone number in September of

24   2018?

25              A.   Did you say did I have his



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    number?

2                Q.   Yes.

3                A.   Yes.

4                Q.   Did it ever cross your mind

5    that he could offer you some protection

6    from Officer Smith?

7                A.   Not at all.  He couldn't

8    protect me from his child's mother, so

9    he couldn't protect me from this.

10                Q.   But you never called him and

11    talked to him about that, correct?

12                A.   Not at all.

13                Q.   What is plaintiff's response

14    00019?

15                A.   What do you mean a response?

16                Q.   Can you identify that

17    document, document 19 at the very bottom

18    it got -- it appears to be the back of

19    the greeting card?

20                A.   Uh-huh.

21                Q.   Can you tell me what that

22    is?

23                A.   That's just the back of the

24    card. What I wrote on there it looks

25    just some numbers, I don't know what all


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    the numbers they are.

2              Q.   And that's your writing on

3    the back of the card?

4              A.   Yes, that's my writing.

5              Q.   That's a different card than

6    we just looked at though, correct?

7              A.   No, that's the same card,

8    it's just opened up.  And that's the

9    back and the front and the -- on page

10   18 is the inside of the card.

11             Q.   And what is document 20?

12             A.   That's a Valentine's Day card

13   Louis sent me.

14             Q.   When?

15             A.   I don't know if it was

16   Valentine's Day of 18 or 17.

17             Q.   What is document 21?

18             A.   The inside of the card.

19             Q.   And can you tell me what

20   document 22 is?

21             A.   This is -- I was hoping that

22   it would be proof to prove my case in

23   East Cleveland, that Nechelle Turner was

24   following me.  Louis had picked me up

25   from my salon one evening, I wasn't able



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller

**199**

1   to drive due to my DUI, so he was

2   supposedly picking me up to take me

3   home.  And right as we were about to

4   pull in my driveway we seen Nechelle

5   coming down Clifton.

6            And Louis took off, so we were

7   like in a high speed chase.  I'm in the

8   passenger seat of his Cadillac truck.

9   And he goes down a one way, running

10  from her, and he gets pulled over for

11  going down the one way.  So this is the

12  ticket that I got a copy of at the

13  Justice Center to try to prove my case

14  in East Cleveland.

15           Nechelle Taylor was issued a

16  citation, they didn't have it for me

17  when I went there, so I'm guessing they

18  just threw it out. And because he was

19  law enforcement, I'm pretty sure he

20  knows people that can do things like

21  that.  But this was hopefully to prove

22  my case in East Cleveland.

23           Q.  Does Louis Turner have any

24  -- does he have any idea or have you

25  had any conversations with him about



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

200

1    this present lawsuit against Officer

2    Smith?

3                A.   No.   I haven't talked to

4    him.   This happened after Vegas, and we

5    didn't speak.   Well, he tried to come

6    back and talk to me and apologize about

7    Vegas, but the incident with Tyler

8    hadn't happened yet.

9                Q.   I'm going to refer you to

10   document 23, it's a copy of your phone

11   records, correct?

12               A.   Correct.

13               Q.   And I flipped through these

14   phone records, and kind of tried to put

15   them in chronological order, the phone

16   records that you provided in this whole

17   packet.   And it looks like you've

18   provided some days, but some days, even

19   in October of 2018, you haven't

20   provided.

21               Would that be accurate?

22               A.   You said I didn't provide?

23               Q.   Correct.

24               A.   To who?

25               Q.   Well, to your attorney or to

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 · 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 · 330.253.8119

1    me, I don't have them.

2              A.  You said the phone calls for

3    October?

4              Q.  Some of the days.

5              A.  I just probably copied the

6    ones that I seen his number, I don't

7    know.

8              Q.  Okay.  I'll go over these in

9    a bit more detail, the actual -- some

10   of the calls and some of the records

11   themselves.

12             Are you able to access your AT&T

13   phone records from September of 2018?

14             A.  I used to, I tried to do it

15   and I was unable to pull them up, like

16   I did the first time.  They changed

17   their system.

18             Q.  When were you able to access

19   them, like when did you get the records

20   that I'm looking at right now?

21             A.  Probably in February, March.

22             Q.  Of 2019?

23             A.  Yes.

24             Q.  In looking at document number

25   23 here, can you tell me which calls


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

202

1   are highlighted in pink?

2             A.   The calls from the Officer

3   Smith.

4             Q.   Did you highlight those?

5             A.   Yes.

6             Q.   And I understand from Mr.

7   McLandrich's questioning that the 1408

8   number, this 930-1408 number is the

9   number that you are contending that

10  Officer Smith used to call you, correct?

11            A.   Correct.

12            Q.   So would that 5:00 -- do you

13  see the first highlighted call on this

14  record?

15            A.   Yes.

16            Q.   It's at 5:00 a.m., correct?

17            A.   Yes.

18            Q.   Is that the first time

19  Officer Smith called you on September

20  21st?

21            A.   Yes.

22            Q.   And he called you from what

23  you believe is his personal cell phone

24  number?

25            A.   Yes.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

203

1          Q.   The -- it appears that the
2     call took 27 minutes, do you see that?
3          A.   Yes.
4          Q.   Do you think that's accurate
5     that the call lasted about 27 minutes?
6          A.   Yes.
7          Q.   Where was he when he called
8     you?
9          A.   He told me he was on St.
10    Clair.
11         Q.   You believe he was driving
12    in his car?
13         A.   Yes.
14         Q.   Did he tell you that he was
15    close to your house?
16         A.   Yes.
17         Q.   And what did you guys talk
18    about for 27 minutes on the phone?
19         A.   He was trying to talk me
20    into meeting him, and that it would be
21    okay if I met him and he could make the
22    ticket and everything go away.
23         Q.   And where were you when you
24    hung up with him, were you not still in
25    your house?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

 1              A.   I was in front of my house
 2     scared to get out of the car.
 3              Q.   So when he originally called
 4     you, you were in your house, correct?
 5              A.   No, I was in front of my
 6     house.  I had just pulled up to my
 7     house, literally.  And that -- that's
 8     what made me think that he was following
 9     me or watching me.  So I was scared to
10     get out of the car.
11              Q.   So you didn't actually get
12     into your home?
13              A.   I never went into my house.
14              Q.   And when you -- when the
15     conversation ended 27 minutes later,
16     were you still in your car in front of
17     your house?
18              A.   Yes.
19              Q.   Did you ever ask him how
20     close he was to you?
21              A.   Yeah, he told me he was in
22     the area, just tell him where.
23              Q.   What else did you talk about
24     during that 27 minute call?
25              A.   He talked about the lady who


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

1    I was with, and he was saying that I

2    shouldn't be around her, and her cases

3    wasn't good.

4              Q.  Was your understanding that

5    he was still driving around while you

6    were talking?

7              A.  I don't know where he was

8    at, I just know he told me he was on

9    St. Clair in the area, and he was

10   trying to come over, and I was trying

11   not to -- or let him come over.

12             Q.  Did it ever cross your mind

13   that you should walk in your building

14   and lock the door?

15             A.  No, because my son was

16   there.

17             Q.  Who was watching your son

18   while you were out?

19             A.  My cousin.

20             Q.  Your cousin.  What's her

21   name?

22             A.  It's a guy.

23             Q.  What's his name?

24             A.  Devon Moss.

25             Q.  What's the last name?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

 1            A.   Devon Moss.

 2            Q.   Moss, M O S S?

 3            A.   Yes.

 4            Q.   How old is your cousin?

 5            MR. KLEBANOW:  Objection.  You

 6   can answer.

 7            A.   He's a year younger than me,

 8   so he's 33.

 9            Q.   Did you ever talk to Devon

10   Moss about what was going on with

11   Officer Smith?

12            A.   After the fact.

13            Q.   When?

14            A.   Probably later on that day.

15            Q.   You didn't give him a call

16   at the time though and tell him what

17   was going on?

18            A.   It was late, no.

19            Q.   Did it ever cross your mind

20   to give him a call?

21            A.   No.

22            Q.   Why not?

23            A.   He's a hot head, he's

24   security and I didn't -- I don't know,

25   I was scared.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

207

```
 1              Q.   Wouldn't -- wouldn't that
 2      exactly be what you needed at the time?
 3              A.   I didn't know what I needed.
 4      I didn't want a shoot out in front of
 5      my house with my son in there.
 6              Q.   Does your cousin carry a gun
 7      with him?
 8              A.   Yes.
 9              Q.   Well, what did your cousin
10      say when you actually did tell him what
11      happened?
12              A.   He told me that he was
13      wrong.
14              Q.   That who was wrong?
15              A.   The cop was wrong.
16              Q.   Did he threaten to hurt the
17      cop or anything like that?
18              A.   No.
19              Q.   How big is your cousin?
20              MR. KLEBANOW:  Objection.  You
21      can answer.
22              A.   He's a big guy.
23              Q.   How big?
24              A.   I don't know, he's like 6'3
25      or so.
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1           Q.   Do you have his contact

2    information?

3           A.   Yes.

4           Q.   Do you know the phone number

5    of your cousin off the top of your

6    head?

7           A.   Yes.

8           Q.   What is it?

9           A.   216-307-0977.

10          Q.   307?

11          A.   0977.

12          Q.   And when did you first tell

13   your cousin about what happened with

14   Officer Smith?

15          A.   Probably later on that day.

16          Q.   Was it over the phone or was

17   it in person?

18          A.   In person.

19          Q.   We talked about Emerson Holly

20   earlier, do you remember that?

21          A.   Yes.

22          Q.   Emerson Holly was a friend

23   of yours, correct?

24          A.   Yes.

25          Q.   Do you still talk to Emerson



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

**209**

1  Holly?

2            A.  No.

3            Q.  And was Emerson Holly's home

4  the one where the pool parties took

5  place?

6            A.  Correct.

7            Q.  Was Emerson Holly's phone

8  number in September of 2018

9  216-543-8120?

10           A.  Yes.

11           Q.  And I'm looking at this

12  document that we have, Plaintiff's

13  response 23?

14           A.  Yes.

15           Q.  And I'm looking at the call

16  log on that, do you see?

17           A.  Yes.

18           Q.  And it appears that there

19  are -- I counted more than a dozen

20  calls --

21           A.  Uh-huh.

22           Q.  -- between you and Mr. Holly

23  on September 21st, 2018, do you see

24  that?

25           A.  Yes.



210

1            Q.   There's a call starting at

2     2:16 a.m., right?

3            A.   Yes.

4            Q.   Okay.  And there's a call up

5     until 3:25 a.m., do you see that?

6            A.   Yes.

7            Q.   So you made several calls to

8     Mr. Holly, or at least one call to Mr.

9     Holly during the traffic stop, is that

10    correct?

11           A.   Yes.

12           Q.   Can you identify which calls

13    on this log you made to Mr. Holly

14    during the stop itself?

15           A.   The 3:25.

16           Q.   Okay.  What about the 3:11

17    calls?

18           A.   I told you I was calling him

19    prior to the stop because the girl I

20    was riding with, she wasn't driving

21    right, and it was a concern to me, so I

22    kept calling him.

23           Q.   And you're saying that the

24    girl you were driving with is a friend

25    of Emerson Holly's, is that correct?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1          A.  Yes.

2          Q.  Had you ever met her before

3     that night?

4          A.  Yes.

5          Q.  Where had you met her

6     before?

7          A.  At a -- at the pool party.

8          Q.  What pool party?

9          A.  That we had.

10          Q.  When?

11          A.  I think the fourth of July.

12          Q.  So you had met her only once

13     before September 21st, 2018?

14          A.  I had been around her a

15     couple of times, but the first time I

16     initially met her was the fourth of

17     July.

18          Q.  Why were you going out with

19     her on September 21st, 2018?

20          A.  Why was I going out with

21     her?  Just to go out.

22          Q.  Well, how did you set that

23     up?

24          A.  We all were supposed to go

25     out, actually.  And then she kind of



**212**

1    talked him into staying home, like we

2    could just go out.

3              Q.  When you say you all, you

4    meant everybody who was at Emerson's

5    house?

6              A.  Right.

7              Q.  Who else was there?

8              A.  I don't know, but he was

9    supposed to come with us and he ended

10   up staying home.

11             Q.  How many people at Emerson's

12   house that night?

13             A.  I don't know, I think it was

14   just us, but his parents were there.

15             Q.  Was there anyone else?

16             A.  Probably earlier, but I can't

17   remember if there was.

18             Q.  So the first call from

19   Officer Tyler Smith comes at 5:00 a.m.,

20   and it's that 27 minute call that we

21   talked about, right?

22             A.  Right.

23             Q.  And I have two either -- I

24   have two 543-8120 calls at 5:27 a.m. and

25   5:28 a.m., do you see those?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

213

1           A.   Yes.

2           Q.   Were those phone calls?

3           A.   Yes.

4           Q.   Those were not text messages,

5    those were calls?

6           A.   Correct.

7           Q.   Why did you call him?

8           A.   Did I call him or did he

9    call me?

10          Q.   It appears that you called

11   him.

12          A.   I think I told him I made

13   it.  I think I mentioned to him that

14   the cop had called me.

15          Q.   Do you remember whether you

16   talked to Emerson Holly about Officer

17   Smith that night?

18          A.   I think I told him that he

19   called.

20          Q.   Did you tell Emerson Holly

21   that you were uncomfortable at all?

22          A.   Yes.

23          Q.   What did he say?

24          A.   He didn't know what to say,

25   it was like unbelievable.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

214

1              Q.   Did you ask him for help?

2              A.   What was he going to do?

3      No.

4              Q.   You didn't ask him for help?

5              A.   No.

6              Q.   Did you ask him if you could

7      go over his house?

8              A.   Who?

9              Q.   Emerson's?

10             A.   No, I just came from there.

11             Q.   Well, right.  But by 5:27

12     a.m. you -- I think you had testified

13     earlier a policeman calls you and says

14     that he's driving around your house, and

15     that you were afraid, right?

16             A.   No, I didn't want to take a

17     risk and drive all the way back to

18     Cleveland Heights.

19             Q.   Why would that have been a

20     risk?

21             A.   Because if he was in the

22     area -- I mean, I stayed on the one

23     way, there's only one way out, one way

24     in, if he was up and down St. Clair he

25     would have seen me, he could have



1    followed me.  I mean, I wasn't supposed

2    to be driving anyway, I took a risk

3    driving home after the fact.

4              Q.  So you were comfortable

5    enough driving home after the stop?

6              A.  I mean, I really wasn't, but

7    I did what I had to do.

8              Q.  Okay.  But you elected not

9    to go to Cleveland Heights to Emerson

10   Holly's house?

11             A.  No.

12             Q.  How old is Emerson Holly?

13             A.  How old is he?

14             Q.  Yeah.

15             A.  I'm not sure.  He's a few

16   years older than me.  I don't know if

17   he's 37 or 38.  I don't know.

18             Q.  How big is he?

19             MR. KLEBANOW:  Objection.  You

20   can answer.

21             A.  I don't know.  He might be

22   six feet tall.  He's slim.

23             Q.  Did he offer to help you in

24   any way?

25             A.  He told me to call him if I

**216**

1    needed him.

2              Q.  Did you call him?

3              A.  I mean, I called him a few

4    times, but what was I going to say and

5    do?

6              Q.  Did he offer to come out and

7    meet you that night?

8              A.  No, I didn't want him to

9    meet me.

10             Q.  Well, why not?

11             A.  What was it going to do?

12             Q.  So we have the two calls

13   with Emerson Holly at 5:27 and 5:28.

14   And then we have two more incoming calls

15   from this 1408 number at 5:36 and 5:39.

16             Do you see that?

17             A.  Yes.

18             Q.  Are you contending that those

19   two numbers are from officer -- those

20   two calls are from Officer Smith as

21   well?

22             A.  Yes.

23             Q.  And what did you discuss

24   during these two calls?

25             A.  Probably the same thing, he


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

217

1    kept trying to get me to come to the

2    breakfast place, if he couldn't come

3    over to my house.

4              Q.  Do you remember where you

5    were during this 5:36 and 5:39 call?

6              A.  I probably was still at my

7    house.

8              Q.  Which call was it where it

9    was decided that you would meet at the

10   Landmark?

11             A.  Probably the last call.

12             Q.  The 5:37 call?

13             A.  Yeah.

14             Q.  And in between the 5:39 call

15   and the 5:47 call, you once again talked

16   to Emerson Holly, correct?

17             A.  Correct.

18             Q.  And that appears to have

19   been a four minute call, do you see

20   that?

21             A.  Yes.

22             Q.  Can you recall what you

23   talked to Emerson Holly about during

24   that four minute call?

25             A.  I probably advised him what



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

218

```
 1   was going on.
 2              Q.  And what was going on?
 3              A.  That the cop called me and
 4   wanted me to meet him.
 5              Q.  What did he tell you?
 6              A.  Be careful.
 7              Q.  Did he offer to help?
 8              A.  What was he going to do?
 9              Q.  Did he offer to help?
10              A.  No.
11              Q.  Did he offer to -- did he
12   say that you can come over to his
13   house?
14              A.  He might have, I can't
15   remember.
16              Q.  But you ultimately decided
17   not to do that, correct?
18              A.  Correct.
19              Q.  And you also decided not to
20   call your cousin who was just inside
21   your house, correct?
22              A.  Correct.
23              Q.  So you're saying after that
24   5:47 call you decided to drive from your
25   house to meet Officer Smith at the
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

**219**

1    Landmark restaurant, correct?

2              A.   Yes.

3              Q.   When did you arrive at the

4    Landmark restaurant?

5              A.   I don't know.  It had to

6    have been between 5:50 to 6:00 in the

7    morning.

8              Q.   And at 5:49 there's another

9    call, an eight minute call with Emerson

10   Holly, do you see that?

11             A.   Yeah.

12             Q.   What were you talking about

13   during that eight minute call with

14   Emerson Holly?

15             A.   I probably told him how I

16   was scared but I was going to meet the

17   guy.

18             Q.   What did he say during this

19   call?

20             A.   He kept telling me be

21   careful.  I think he did ask me was

22   there anything he wanted me to do.  But

23   I -- what was I going to ask him to do?

24             Q.   You didn't ask him to do

25   anything, you didn't ask him to help at



220

1    all?

2              A.   What was I supposed to ask

3    him to do?

4              Q.   So that's a no you didn't

5    ask him to do anything, right?

6              A.   No.

7              Q.   Do you know when you

8    actually arrived at the Landmark?

9              A.   Like I said, it was between

10   5:50 and 6:00.

11             Q.   Would it have been after

12   that 5:49 call with Emerson Holly?

13             A.   Maybe.

14             Q.   Well, did you talk to

15   Emerson Holly at all in the Landmark?

16             A.   No.

17             Q.   So that 5:49 call must have

18   been before the Landmark, is that

19   correct?

20             A.   Possibly, yes.

21             Q.   Do you know if you were

22   driving during that 5:49 call?

23             A.   Maybe, I'm not sure.

24             Q.   Who got in -- who arrived at

25   the Landmark first, you or Officer


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

1    Smith?

2               A.   The officer.

3               Q.   Was he sitting down when you

4    came in?

5               A.   I think so.  I can't

6    remember.

7               Q.   Was he sitting at the

8    counter or was he sitting at a booth?

9               A.   We sat at a table, a booth.

10              Q.   What were you wearing when

11   you showed up?

12              A.   Whatever I wore at the

13   traffic stop.

14              Q.   And what was that?

15              A.   I can't remember.

16              Q.   Were you wearing a sundress

17   or were you wearing shorts, can you

18   recall?

19              MR. KLEBANOW:  Objection.  You

20   can answer.

21              A.   No, I'm sorry.

22              Q.   You can't recall at all?

23              A.   No.

24              Q.   Were you wearing underwear?

25              A.   Yes.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

```
 1              Q.   What did you have for
 2    breakfast?
 3              A.   I don't think I ate.  I
 4    don't think I ate, I think I had a
 5    coffee.
 6              Q.   Did you order anything?
 7              A.   No.
 8              Q.   What did he order?
 9              A.   I don't know.  I can't even
10    remember that.
11              Q.   Did he eat anything?
12              A.   I think he did.  I don't
13    remember the specifics about all of
14    that, I just know the traumatizing part.
15              Q.   You can't recall the
16    specifics of the actual meet up with
17    Officer Smith at the Landmark, is that
18    what you're telling me?
19              MR.  KLEBANOW:   Objection.
20              A.   I'm talking about as far as
21    what we ate, what I had on.  I don't
22    remember that.
23              Q.   Did you leave the Landmark
24    with a to go box?
25              A.   I don't know, I might have.
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

223

```
 1   I don't know.
 2              Q.  Did Officer Smith?
 3              A.  He might have.
 4              Q.  Who paid the bill?
 5              A.  He did.
 6              Q.  With a credit card or with
 7   cash?
 8              A.  I can't remember that either.
 9              Q.  Did you ask him for the
10   change?
11              A.  No.
12              Q.  Where were you when you
13   first discussed him getting money to pay
14   you?
15              A.  You said where were we when
16   -- when we discussed --
17              Q.  Yeah, where were you --
18   where were you when you first --
19              A.  In the Landmark.
20              Q.  So it was while you were
21   sitting down and eating?
22              A.  Correct.
23              Q.  So when you left you guys
24   had already decided that he was going to
25   go to the bank and get money out for
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

224

1  you, is that correct?

2              A.  No.  Actually, he wanted to

3  go ahead and have sex.  And I think

4  that's when I'm like, well, what if you

5  don't change the ticket?

6              And then that's when he said,

7  well, I'll go to the bank and get

8  the --

9              Q.  So you had already discussed

10 the possibility of having sex when you

11 got up and left the restaurant, is that

12 correct?

13             A.  Yes.

14             Q.  And when he brought up the

15 possibility of having sex, you brought

16 up that he needed to -- I mean, to put

17 it bluntly, to get you the money first,

18 correct?

19             MR. KLEBANOW:  Objection.

20             A.  Well, I wasn't aware of how

21 he was going to change the ticket, but

22 he's telling me he'll pay for the ticket

23 just in case.  But he hadn't provided

24 any money for the ticket.

25             Q.  So just to be safe, you



225

1    wanted money before having sex with him,

2    correct?

3                MR. KLEBANOW:  Objection.

4                A.  I wanted money to compensate

5    for the ticket that I shouldn't have got

6    in the first place, because I wasn't ...

7                Q.  When you left the Landmark

8    then in your mind you already knew that

9    he was going to essentially go to a

10   bank and get money for you before having

11   sex with you, correct?

12               A.  I hope that he did, I didn't

13   know what his intentions were

14   necessarily.

15               Q.  You hoped that he was

16   actually going to get money out and pay

17   you, correct?

18               A.  Correct.

19               Q.  And you insisted on him

20   doing that before you have sex with him,

21   correct?

22               MR. KLEBANOW:  Objection.

23               A.  I didn't insist, I asked.

24               Q.  And he agreed to do that,

25   correct?

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

226

```
 1              A.   Correct.

 2              Q.   So you got in your car and

 3    he got in his car, and the two of you

 4    drive to an ATM, correct?

 5              A.   Yes.

 6              Q.   And did you make any phone

 7    calls during that drive?

 8              A.   I don't think so.

 9              Q.   Do you know what time that

10    drive took place?

11              A.   A little after 6:00, maybe.

12              Q.   How long did you actually

13    stay in the Landmark and eat?

14              A.   I don't know.  I don't

15    really remember eating.  I didn't have

16    an appetite.

17              Q.   Were you on any -- were you

18    on any drugs at all that night?

19              A.   No.

20              Q.   Did you have even one single

21    drink of alcohol that night?

22              A.   Not that I can recall.

23              Q.   So are you saying at 6:00

24    a.m. you were essentially stone cold

25    sober?
```



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

227

```
 1              A.   Yeah.

 2              Q.   Can you tell me which gas

 3    station the two of you went to?

 4              A.   The shell gas station on

 5    55th and St. Clair.

 6              Q.   Did you go to the ATM before

 7    or after you went to the gas station?

 8              A.   Before.

 9              Q.   So you got in your car, he

10    got in his car outside the Landmark,

11    correct?

12              A.   Correct.

13              Q.   He drove to the ATM,

14    correct?

15              A.   Correct.

16              Q.   You followed him, correct?

17              A.   Correct.

18              Q.   Did you get out of the car

19    at the ATM at all?

20              A.   No.

21              Q.   So then he gets back from

22    the ATM, correct?

23              A.   Yes.

24              Q.   Did he give you the money

25    right then?
```


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1              A.   Yes.

 2              Q.   And did he then -- did you

 3    roll your window -- or, I'm sorry, you

 4    don't roll down windows anymore.  Do you

 5    hit your window button down, and he

 6    actually reaches in and gives you the

 7    money?

 8              A.   Yes.

 9              Q.   And how much money is it?

10              A.   A hundred dollars.

11              Q.   Do you remember what bills

12    they were in?

13              A.   20s, I believe.

14              Q.   What did you do with the

15    money when you got it?

16              A.   I held onto it.

17              Q.   Where did you put it?

18              A.   I don't know, my wallet, my

19    purse, I don't know, I can't remember.

20              Q.   So then he went back to his

21    car, correct?

22              A.   Correct.

23              Q.   And when did the -- when did

24    this conversation about a condom take

25    place?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

229

 1            A.   After he got the money from

 2      the ATM.

 3            Q.   Okay.  So where was he

 4      standing when you guys talked about the

 5      condom?

 6            A.   He was standing in front of

 7      the ATM machine.

 8            Q.   So he was standing in front

 9      of the ATM and you are in your car, is

10      that correct?

11            A.   Right.

12            Q.   And how did the subject of a

13      condom even come up, who brought it up?

14            MR.  KLEBANOW:   Objection.  You

15      can answer.

16            A.   He asked me was I going to

17      play him when he gave me money.  And I

18      told him, no.

19            And then I asked him, did he

20      have a condom?

21            And he said, no.  So ...

22            Q.   By play him he means, he was

23      concerned that he would give you the

24      hundred dollars and you wouldn't have

25      sex with him, is that --


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

                                                             **230**

 1              MR.  KLEBANOW:   Objection.

 2         Q.   -- what he's saying?

 3         A.   That or drive off, I guess,

 4    or report him, anything, I don't know.

 5         Q.   But you didn't do any of

 6    that, correct?

 7         A.   Not at that time I didn't.

 8         Q.   You didn't drive off,

 9    correct?

10         A.   No.

11         Q.   You didn't report him,

12    correct?

13         A.   No.  No.

14         Q.   You didn't call your cousin,

15    correct?

16         A.   No.  No.

17         Q.   You didn't call Emerson

18    Holly, correct?

19         A.   No.

20         Q.   You followed him to the gas

21    station, right?

22         A.   Correct.

23         Q.   He -- are you saying that he

24    went in and bought a condom?

25         A.   Yes.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

231

1              Q.   What kind of condom was it?

2              A.   I don't know, Lifestyle,

3    maybe.

4              Q.   After going to the gas

5    station did you mention a one way street

6    close to the Landmark, is that correct?

7              A.   Yes.

8              Q.   How did you get to that one

9    way street?

10             A.   He found the street, he said

11   it would be a good street because

12   there's no traffic going a certain

13   direction, it was his idea.

14             Q.   The street?

15             A.   Yes.

16             Q.   When did you guys have a

17   discussion about the location of where

18   you were going to have sex?

19             A.   We didn't, he just told me

20   to follow him.

21             Q.   And did you?

22             A.   Yes.

23             Q.   Where was -- I understand

24   that the two of you had sex in your

25   car, correct?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

```
 1              A.   Yes.

 2              Q.   Where was he parked?

 3              A.   Behind me.

 4              Q.   And was he parked on the

 5   street?

 6              A.   Yes.

 7              Q.   You were parked on the

 8   street as well?

 9              A.   Yes.

10              Q.   You were not in the parking

11   lot you were on the street, correct?

12              A.   Correct.

13              Q.   Did he propose having sex in

14   his car?

15              A.   Yes.

16              Q.   What did you tell him?

17              A.   No.

18              Q.   You felt comfortable enough

19   to tell him no, correct?

20              A.   Yes.

21              Q.   Where exactly did the two of

22   you have sex in your car, which seat?

23              A.   In the passenger seat.

24              Q.   You had a Jeep Liberty,

25   correct?
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com       fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1              A.   Jeep Compass.

 2              Q.   Jeep Compass, a 2011,

 3    correct?

 4              A.   Correct.

 5              Q.   And I think you mentioned

 6    that you -- that's essentially the first

 7    sexual act was him performing oral sex

 8    on you, correct?

 9              A.   Correct.

10              Q.   And was he on his knees when

11    he was doing this?

12              A.   Yes.

13              Q.   And had you taken your pants

14    off?

15              A.   I don't know what I had on,

16    but he pulled my panties down.  I just

17    remember that part.

18              Q.   You can't remember whether

19    you were wearing a dress or whether you

20    were wearing shorts at this point?

21              A.   I can't remember.

22              Q.   Did you adjust your seat at

23    all before having oral sex with him?

24              A.   Yes, I had to adjust the

25    seat.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

234

```
 1              Q.  How did you adjust the seat?
 2              A.  I think move it back.
 3              Q.  What happened after he was
 4      performing oral sex on you?
 5              A.  He put the condom on and put
 6      himself in me.
 7              Q.  Well, what -- what sexual
 8      position did you guys actually have sex
 9      in?
10              A.  The first face-to-face deal.
11              Q.  Were you on top or was he on
12      top?
13              A.  He was on top.
14              Q.  So he sat down in the seat,
15      is that correct?
16              A.  No, I was in the seat.
17              Q.  He was on top, is that what
18      you're saying?
19              A.  Yes.
20              Q.  So did you recline your seat
21      then?
22              A.  I think he reclined it.
23              Q.  Did he ejaculate?
24              A.  What do you mean?
25              Q.  Did he ejaculate when you
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

235

```
 1   had sex?
 2              A.  Are you saying with his hand
 3   or did he come?
 4              Q.  Did he come?
 5              A.  Yes.
 6              Q.  He came in the condom, is
 7   that correct?
 8              A.  Yes.
 9              Q.  How long did it take him to
10   come?
11              A.  A couple of minutes.
12              Q.  Was he on top the entire
13   time?
14              A.  Yes.
15              Q.  You guys didn't change
16   positions at all?
17              A.  No.
18              Q.  You mentioned before that he
19   had a, I think a utility belt on, is
20   that correct?
21              A.  I guess that's what it's
22   called.
23              Q.  Did he have handcuffs?
24              A.  Yes.
25              Q.  What did he do with that
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

 1   while you were having sex?

 2              A.  I don't know.  It was a part

 3   of his pants, I just remember him

 4   putting the gun on top of the dash

 5   thing.

 6              Q.  Did he take the gun out of

 7   the holster?

 8              A.  Yes.

 9              Q.  And he put it on the dash?

10              A.  Yes.

11              Q.  Was the gun -- and I missed

12   this before, was it a revolver?

13              A.  No.

14              Q.  Was he wearing sweat pants?

15              A.  No.

16              Q.  Do you know if his pants

17   were cargo pants, did they have pockets

18   on them?

19              A.  Yes.

20              Q.  They did?

21              A.  Yes.

22              Q.  Did he take his pants all

23   the way off when the two of you had

24   sex?

25              A.  I don't know if he did or


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

237

1    not.

2              Q.  Well, what about his -- what

3    was he wearing on the top half of

4    himself?

5              A.  He had his jacket, his

6    hoodie on, his police top, and then he

7    had on a white t-shirt under it.

8              Q.  Did he take that off when

9    you were having sex?

10             A.  Yes.  He left his T-shirt

11   on.

12             Q.  What did he do with the rest

13   of his clothes while you were having

14   sex?

15             A.  I think he put it in the

16   backseat or the front seat, I don't

17   remember.

18             Q.  How do you know he was

19   wearing a police top under his hoodie?

20             A.  Because he had to take his

21   hoodie off.

22             Q.  And that's -- when did you

23   first see that he was wearing a police

24   uniform under his hoodie?

25             A.  I noticed that in the



238

1    restaurant.

2              Q.  What was poking out, how did

3    you notice?

4              A.  The color.

5              Q.  What did the color look

6    like?

7              A.  A blue color, a Navy blue

8    color.

9              Q.  Did you see any sort of --

10             A.  Or black, whatever it is, I

11   don't know.

12             Q.  -- stitching or anything on

13   his collar?

14             A.  I don't think -- I don't

15   know.

16             Q.  Was he wearing the same

17   uniform that he was wearing when he

18   pulled you over?

19             A.  More than likely, yes.

20             Q.  Well, I'm asking what you

21   remember. Do you remember whether he was

22   wearing the same uniform as when he

23   pulled you over, or do you not?

24             A.  Yes, I assume that he did.

25             Q.  Well --

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

1          A.   Yes.

2               Q.   Okay.   I'm not asking you to

3    assume I'm asking you specifically what

4    you remember.

5          A.   Okay.

6               Q.   Do you remember whether he

7    was wearing the same uniform as when he

8    pulled you over?

9          A.   Yes.

10              Q.   Who took the condom off when

11   he was finished?

12         A.   He did.

13              Q.   What did he do with it?

14         A.   I don't know.

15              Q.   Well, after he -- what

16   happened after he finished?

17         A.   He wanted to do it again.

18   And I kind of had to push him off of

19   me.

20              Q.   So let me get this straight.

21   So he had -- he's having sex with you,

22   he's on top of you, correct?

23         A.   Correct.

24              Q.   He ejaculates in a condom --

25         A.   Correct.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

                                                                    **240**

1              Q.   -- correct?

2              A.   Correct.

3              Q.   And how soon after he

4    ejaculates does he bring up that he

5    wants to have sex with you again?

6              A.   Immediately.

7              Q.   What does he say?

8              A.   Can he have some more, did

9    you like it?

10             Q.   Was he erect at this point?

11             A.   Was it good?  Was he good?

12             Q.   Was he hard when he asked

13   you to have sex again?

14             A.   I wasn't even looking at him

15   at this point.  I was trying not to

16   look at him.  I was -- I just wanted to

17   leave.

18             Q.   What did you tell him?

19             A.   I got to go.

20             Q.   And what did he say?

21             A.   I guess okay, and then he

22   told me that he had a girlfriend, and I

23   think she was calling and he had to go

24   too.  And then I think he asked me,

25   well, was I going to see him again?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                                    11/11/2019

241

```
 1              Q.   Well, where did that
 2      conversation take place?
 3              A.   What do you mean?
 4              Q.   The conversation about him
 5      having a girlfriend and --
 6              A.   In my car.
 7              Q.   Was he still on top of you
 8      when that conversation took place?
 9              A.   No.
10              Q.   Where was he then?
11              A.   He was probably in the
12      passenger seat, and I was in the
13      driver's seat.
14              Q.   So after -- after he
15      finished having sex with you, at some
16      point you ended up in the driver's seat,
17      is that what you're telling me?
18              A.   Yes.
19              Q.   How did you get in the
20      driver's seat?
21              A.   I climbed back over his
22      seat.
23              Q.   When you had this discussion
24      about him wanting to have sex with you
25      again, were you in the driver's seat or
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

242

1  the passenger seat?

2              A.  The passenger seat.

3              Q.  When did you get dressed?

4              A.  Immediately after.

5              MR. KLEBANOW:  Good time for a

6  few minute break, Steve, or do you want

7  to finish the line of questioning?

8              MR. STRANG:  No, that's fine.

9              MR. KLEBANOW:  Okay.

10             THE VIDEOGRAPHER:  We're gonna go

11 off the record.  This will be the end

12 of media 2. The time is now 2:27:17.

13 Off the record.

14                  (Short recess.)

15             THE VIDEOGRAPHER:  We're back on

16 the record.  This is the beginning of

17 media 3.  The time is now 2:36:52.  On

18 the record.

19 BY-MR.STRANG:

20             Q.  Ms. Miller, where did you go

21 after the sexual encounter with Officer

22 Smith?

23             A.  I went home.

24             Q.  You drove directly back to

25 your house?



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

243

```
 1                A.   Yes.

 2                Q.   Did you stop anywhere?

 3                A.   No.

 4                Q.   I'm looking at these phone

 5     records, which is plaintiff's responses

 6     00023.  And it appears that there are

 7     several phone calls with Emerson Holly,

 8     two -- two of them.  There's one at

 9     7:25 and one at 7:37, do you see that?

10                A.   Yes.

11                Q.   They appear to be for 13

12     minutes and 21 minutes, do you see that?

13                A.   Yes.

14                Q.   Would I be correct in

15     assuming that the sexual encounter with

16     Officer Smith took place before these

17     calls with Emerson Holly?

18                A.   Yes.

19                Q.   And how soon after the

20     sexual encounter with Officer Smith did

21     you have -- did you call Emerson Holly?

22                A.   I don't know if I called him

23     or if he called me, but -- I don't

24     know.  He wanted to see if I made it

25     home and was I okay.
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

                                                                    **244**

1            Q.  It looks like you called him

2      at 7:25?

3            A.  So I might have called him

4      afterwards, maybe.

5            Q.  Pardon?

6            A.  I might have called him

7      after it was over.

8            Q.  Do you remember where you

9      were when you called him?

10           A.  Probably on my way home.

11           Q.  I'm not asking you to guess,

12     do you specifically remember where you

13     were when you called him?

14           A.  No.

15           Q.  So you could have been in

16     your car, or you could have been in

17     your home, correct?

18           A.  Correct.

19           Q.  Do you remember what you

20     talked about?

21           MR. KLEBANOW:  Objection.  You

22     can answer.

23           A.  I probably told him what

24     happened.

25           Q.  Okay.  Again, I don't



245

1   want --
2              A.  Yes, I told him what
3   happened.
4              Q.  What did you tell him?
5              A.  That the officer made me
6   have sex with him, and he wanted to
7   have sex in exchange for him trying to
8   act like he can erase the ticket and
9   pay for the ticket, or whatever he said.
10             Q.  What did Mr. Holly say?
11             MR. KLEBANOW:  Objection.  You
12  can answer.
13             A.  He couldn't believe it.
14             Q.  Did he suggest doing anything
15  about it?
16             A.  I think he might have
17  mentioned like it was wrong.  I don't
18  think he said what I should do about
19  it.  I think he kind of maybe asked me
20  what am I going to do it about.
21             Q.  What did you tell him?
22             A.  I probably told him I don't
23  know.
24             Q.  Was Mr. Holly your -- one of
25  your closest friends around this time?



246

```
 1              A.   Yes.
 2              Q.   Did you ever have a -- did
 3    you ever have a sexual relationship with
 4    Mr. Holly?
 5              A.   Yes.
 6              Q.   Okay.  When?
 7              A.   Maybe years ago.
 8              Q.   Was it -- did you have --
 9    was the nature of your relationship with
10    Mr. Holly sexual in September of 2018?
11              A.   No.
12              Q.   Well, was the -- did you
13    have a sexual relationship with Mr.
14    Holly before or after the incident with
15    Officer Smith?
16              A.   Before.
17              Q.   Was Mr. Holly angry when you
18    told him about what happened?
19              A.   Yeah, he knew it wasn't
20    right.
21              Q.   There are a couple of other
22    phone calls that you have throughout the
23    next day, and I'm just going to go
24    through them and ask you whose number
25    that is.
```



247

1         A.   Uh-huh.

2         Q.   Do you know whose number is

3    the 216-253-0727?

4         A.   My son's father.

5         Q.   And you talked to him for

6    eight minutes?

7         A.   Yeah.

8         Q.   What did you talk to him

9    about?

10         A.   I don't know.

11         MR. KLEBANOW:   Objection.   You

12    can answer.

13         Q.   Do you know if you talked to

14    him about what happened with Officer

15    Smith?

16         A.   Not at that time.   I later

17    explained to him what happened, but I

18    don't believe it was that day.

19         Q.   When did you talk with your

20    child's father about what happened?

21         A.   I think with my first lawyer

22    when this all starts in the beginning.

23         Q.   So you did talk to him that

24    day, you just didn't talk to him about

25    what happened with Officer Smith, right?

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

```
 1              A.   No.

 2              Q.   What's his name?

 3              A.   Terrance.

 4              Q.   What's his last name?

 5              A.   Horton.

 6              Q.   Horton?

 7              A.   Yes.

 8              Q.   Who's number is 440-610-3310?

 9              A.   My cousin's.

10              Q.   Your cousin who?

11              A.   Alan.

12              Q.   It's a different cousin than

13    the one watching your son, correct?

14              A.   Correct.

15              Q.   What's Alan's last name?

16              A.   Williams.

17              Q.   Did you tell Alan Williams

18    what happened with Officer Smith that

19    day?

20              A.   No.

21              Q.   The next phone number is

22    216-536-0568, do you see that?

23              A.   Yes.

24              Q.   Whose number is that?

25              A.   A contractor.
```



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**249**

```
 1            Q.  Okay.  Contractor for what?
 2            A.  My friend, he fixes houses,
 3   he's helped fix my salon.
 4            Q.  Did you tell him what
 5   happened with Officer Smith?
 6            A.  Eventually, I don't think I
 7   told him that day.
 8            Q.  Whose number is 216-205-8705?
 9            A.  My sister.
10            Q.  What's your sisters name?
11            A.  Monique.
12            Q.  Monique what?
13            A.  Gray.
14            Q.  Where does she live?
15            A.  In Garfield.
16            Q.  Do you know her street?
17            A.  Garfield Boulevard.
18            Q.  It looks like you had a 44
19   minute call with your sister on
20   September 21st, 2018?
21            A.  Uh-huh.
22            Q.  Do you see that in the
23   record?
24            A.  Yes.
25            Q.  Did you talk to her about
```



250

1    what happened with Officer Smith?

2              A.   More than likely.

3              Q.   Do you remember whether you

4    talked to her about what happened with

5    Officer Smith?

6              A.   Yeah, I'm pretty sure I did.

7              Q.   What did she say?

8              MR. KLEBANOW:   Objection.   You

9    can answer.

10             A.   She thought it was crazy.

11             Q.   Do you know her exact

12   address?

13             A.   No.

14             Q.   Would you be able to get

15   that though, I assume?

16             A.   I'm not even communicating

17   with my sister right now.

18             Q.   Whose number is 216-401-3869?

19             A.   I don't know.

20             Q.   Do you know?

21             A.   No.

22             Q.   Whose number is 216-232-3864?

23             A.   I don't know.

24             Q.   How long did you have -- or

25   how long have you had the phone number


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44114  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

251

1    216-645-7142?

2              A.   Approximately ten years.

3              Q.   And have you had AT&T the

4    entire time?

5              A.   No.

6              Q.   What other providers have you

7    had with that number?

8              A.   I've had Page Plus, Sprint,

9    Verizon.

10             Q.   How long have you been with

11   AT&T?

12             A.   I think the last three

13   years, three or four years.

14             Q.   What provider did you have

15   before AT&T?

16             A.   Verizon.

17             Q.   How long were you on

18   Verizon?

19             A.   Probably about four or five

20   years.

21             Q.   In that -- and I want to --

22   I'm not going to get too deep into

23   what's going on with the East Cleveland

24   criminal case right now.  But would I

25   be correct in saying that you're being


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    accused of sending lewd text messages to

2    this woman?

3             A.  Yes.

4             Q.  And did you?

5             A.  No.

6             Q.  All right.  Did you -- have

7    you ever threatened that woman?

8             MR. KLEBANOW:  Objection.  You

9    can answer.

10            A.  No.

11            Q.  It's Ms. Taylor, correct?

12            A.  Correct.

13            Q.  Had you ever -- did you ever

14   follow her around her neighborhood?

15            MR. KLEBANOW:  Objection.  You

16   can answer.

17            A.  No.

18            Q.  Did you ever send her

19   daughter sexual pictures of you and her

20   father?

21            MR. KLEBANOW:  I'll object to the

22   line of questioning related to the East

23   Cleveland case.  But you can go ahead

24   and answer.

25            A.  Yes.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

 1            Q.   And how old was her daughter

 2   at the time?

 3            A.   21.

 4            Q.   Did you send her daughter

 5   pictures, graphic explicit pictures of

 6   you and the father's genitalia?

 7            A.   Yes.

 8            Q.   Why did you do that?

 9            MR. KLEBANOW:  Objection.

10            A.   She was playing on my phone,

11   and if you see --

12            COURT REPORTER:  I'm sorry, she

13   was playing?

14            A.   She was playing on my phone,

15   because you can see all the blocked

16   calls I have on all my messages, I

17   don't know if it was her or Smith, but

18   I assume that it was her.  And she had

19   been harassing me.  And her and her

20   daughters were calling me.  And so I

21   sent it.

22            And prior to that event, what

23   started all of this, her and her

24   daughter broke out my window with my son

25   in the backseat in Cleveland Heights.

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

254

1    And then after they did that, they

2    continued to play on my phone.

3              Q.  So in retaliation you sent

4    them graphic photos of you and Louis

5    Turner having sex, is that correct?

6              MR. KLEBANOW:  Objection.  You

7    can answer.

8              A.  Yes.

9              Q.  Do you still have those

10   photographs or videos?

11             A.  No.

12             Q.  Did you erase them?

13             A.  Yes.

14             Q.  Did those photographs contain

15   his penis or your vagina?

16             A.  Yes.

17             Q.  Did you ever threaten Ms.

18   Taylor that you were going to make her

19   catch a case?

20             MR. KLEBANOW:  Objection.  You

21   can answer.

22             A.  No.

23             Q.  Did you ever threaten Ms.

24   Taylor that you were going to give her

25   a sexually transmitted disease?

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

255

1          MR. KLEBANOW:  Objection.  You

2    can answer.

3          A.  No.

4          Q.  I'm going to reference a

5    series of phone records starting at

6    plaintiff's responses 45.  So I'm

7    looking at 45 and 46, do you see those

8    documents?

9          A.  Yes.

10         Q.  Okay.  You've got some

11   numbers highlighted in yellow, right?

12         A.  Uh-huh.

13         Q.  Yes?

14         A.  Yes.

15         Q.  Are you contending that the

16   highlight -- that the phone records

17   highlighted in yellow are from the Louis

18   Turner case or are they from -- are

19   they somehow related to you and Officer

20   Smith?

21         A.  Louis Turner.

22         Q.  And so those records -- it

23   appears that those calls are, I guess

24   I'm looking at plaintiff's 45, those are

25   from October 10th, 2018, right?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1            A.   Right.

 2            Q.   Okay.  So this -- these

 3    issues with Ms. Taylor and you were

 4    going on around the same time as the

 5    correspondence between you and Officer

 6    Smith, correct?

 7            A.   Yes.

 8            Q.   And you're contending that

 9    the blocked calls on this are from Ms.

10    Taylor's daughter, correct?

11            A.   Her and her daughter.

12            Q.   Those are not coming from

13    Officer Smith though, correct?

14            A.   Sometimes Louis -- I don't

15    know who they're coming from.

16            Q.   Not Officer Smith though,

17    correct?

18            A.   I'm not sure.

19            Q.   I'm looking at number 50,

20    are you looking at plaintiff's response

21    50?

22            A.   Yes.

23            Q.   You've highlighted some phone

24    calls on this, correct?

25            A.   Yes.



1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103   -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

257

```
 1              Q.  Can you tell me whether

 2    there's any sort of rhyme or reason

 3    between highlighting them in different

 4    colors?

 5              A.  The pink was all Louis's

 6    numbers and the green.

 7              Q.  And what about the yellow?

 8              A.  Those are blocked.

 9              Q.  Whose number did you block?

10              A.  I didn't block anybody's

11    number, somebody kept calling me

12    blocked.

13              Q.  Did you pick up any of those

14    calls?

15              A.  Some of them I did, some of

16    them I didn't.

17              Q.  And who was on the line when

18    you picked them up?

19              A.  I believe Ms. Taylor.

20              Q.  You believe?

21              A.  Sometimes she would say

22    stuff, sometimes she didn't.

23              Q.  I'm looking at the documents

24    after that, plaintiff's 56, plaintiff's

25    57, plaintiff's 58, and they're the same
```

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

258

1    color coded highlights, right?

2              A.   Yes.

3              Q.   And I just want to be clear

4    that the highlighted calls in these

5    phone records, most of them are relating

6    to the Louis Turner issue, correct?

7              A.   That's why I printed these

8    specifically off for that case, yes.

9              Q.   How many phone calls did you

10   and Officer Smith have between September

11   21st and October 18th, 2018?

12             A.   I don't know, I wasn't

13   counting them.

14             Q.   Pardon?

15             A.   I don't know, I wasn't

16   counting them. But I noticed once my

17   lawyer went public with the news I was

18   receiving more blocked calls that same

19   week that this all aired.

20             Q.   When you say all this, you

21   mean the allegations that -- the civil

22   lawsuit you brought against Officer

23   Smith --

24             A.   Correct.

25             Q.   -- and the City of Shaker


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

259

```
 1   Heights?

 2              Do you know if Louis Turner and

 3   Ms. Taylor are aware of your civil

 4   lawsuit.

 5              A.   I'm pretty sure they are.

 6              Q.   Why do you think that?

 7              A.   Because he was a former

 8   police officer, and I'm sure someone

 9   notified him, especially with his name

10   and all of this, and it's nothing

11   pertaining to him or her.

12              Q.   I'm going to direct your

13   attention to plaintiff's responses at

14   87.

15              Are you looking at plaintiff's

16   87?

17              A.   Yes.

18              Q.   Can you identify what this

19   document is?

20              A.   Yes.

21              Q.   What is it?

22              A.   Officer Smith walking away

23   from my car after giving me the $150 he

24   told me he was going to give me to pay

25   for the ticket at the Starbucks.
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

260

1            Q.   Okay.  So to be clear,

2    officer -- you're saying that Officer

3    Smith gave you money on two occasions,

4    correct?

5            A.   Correct.

6            Q.   He gave a hundred dollars

7    before you had sex with him, correct?

8            A.   Correct.

9            Q.   And he gave me $150 several

10   weeks after that, correct?

11           A.   Correct.

12           Q.   And you provided in discovery

13   a short cell phone video you took of

14   Officer Smith giving you money outside

15   of the Starbucks, correct?

16           A.   Correct.

17           Q.   When he gave you money, do

18   you know if he was on duty or off duty

19   at the Starbucks?

20           A.   I don't know.

21           Q.   You're not sure?

22           A.   No.

23           Q.   Well, did he pull up in a

24   Shaker Heights police car or his own

25   personal vehicle?



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

 1                 A.  He tried to hide his car,

 2     actually. I kind of followed him around

 3     to see where he was -- inconspicuous,

 4     because he was just all weird, I just

 5     didn't know how this was going to play

 6     out.  So that's why I took the video,

 7     and I followed him.  He parked at the

 8     bank next to the Starbucks, and he got

 9     into another -- a different truck, it

10     was like a Dodge Durango or something.

11                 Q.  It wasn't a Shaker Heights

12     squad car, right?

13                 A.  No.

14                 Q.  Was he wearing a uniform

15     when he met you outside of the

16     Starbucks?

17                 A.  Yes, he had on the same

18     hoodie and his uniform.

19                 Q.  He was wearing a hoodie over

20     his uniform, correct?

21                 A.  Correct.

22                 Q.  Did you think that he was on

23     duty or off duty when he met you at the

24     Starbucks?

25                 MR. KLEBANOW:  Objection.  You


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

262

1    can answer.

2              A.   I think he was on duty.

3              Q.   Why do you believe that?

4              A.   Because it was in the

5    daytime and when we left from there, it

6    seemed like he was headed back to the

7    police department.

8              Q.   Well, you understand that he

9    was working night shifts around the

10   time, correct?

11             A.   I didn't know his schedule,

12   I know it fluctuated.

13             Q.   How do you know it

14   fluctuated?

15             A.   Because that's what he was

16   -- he kept trying to tell me in the

17   text messages.

18             Q.   You understood that when he

19   met you the first time on -- when he

20   met you at the Landmark you understand

21   that he was no longer on duty, correct?

22             A.   Yes.

23             Q.   And you understand when he

24   called you at 5:00 a.m. he was no

25   longer on duty, correct?

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

```
 1                    A.   Correct.

 2                    Q.   You took that cell phone

 3      video of him walking over to your car

 4      to give you money, correct?

 5                    A.   Yes.

 6                    Q.   Do you have any other videos

 7      or recordings of him?

 8                    A.   No.

 9                    Q.   And I think you mentioned

10      before that you took that video as

11      evidence, right?

12                    A.   Right.

13                    Q.   Did you record as evidence

14      any of these phone calls before then

15      when you two talked about having -- the

16      possibility of having sex?

17                    A.   No.

18                    MR. KLEBANOW:   Objection.

19                    Q.   Did you record him actually

20      giving you the money?

21                    A.   No.  Well, I tried when we

22      were at Starbucks, but he was kind of,

23      I think looking to see if I was

24      recording.

25                    Q.   If you were interested in
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

264

1    getting evidence at this point, I'm

2    trying to figure out why you didn't

3    record any of these phone calls between

4    the two of you before then --

5              A.  I don't know --

6              Q.  -- can you explain that to

7    me a little bit?

8              A.  I don't know how to record

9    the phone calls.

10             Q.  You don't know how to recall

11   -- you don't know how to record a phone

12   call on your phone?

13             A.  No.

14             Q.  Did you put any effort into

15   figuring out how to do that?

16             MR. KLEBANOW:  Objection.  You

17   can answer.

18             A.  Yeah, I tried.

19             Q.  You tried to record some of

20   the phone calls between the two of you?

21             A.  Yeah.  Because I needed to

22   record the call with Nechelle Taylor and

23   Louis Turner, but I couldn't figure out

24   how to do it.

25             Q.  So you weren't able to


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

265

```
 1    figure out how to record any of the

 2    phone calls around this time, correct?

 3              A.   Nothing.

 4              Q.   And would I be correct in

 5    looking at your phone log that you had

 6    a lot of -- I would say, to put it

 7    mildly, stressful phone calls around

 8    this time, correct?

 9              A.   Yes.

10              Q.   A lot of important phone

11    calls, correct?

12              MR. KLEBANOW:   Objection.   You

13    can answer.

14              A.   Yes.

15              Q.   Did you ever look into

16    buying or renting any sort of tape

17    recorder or anything like that?

18              MR. KLEBANOW:   Objection.   You

19    can answer.

20              A.   No.

21              Q.   Did you ever look into or

22    consider using a friend's phone to

23    record any of the conversations between

24    you and Officer Smith?

25              A.   No.
```


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

266

1          Q.  My understanding is from my

2     summary of some of the phone

3     conversations with Officer Smith that

4     you're claiming, I think essentially

5     that he said some pretty damaging things

6     in these phone calls with you, right?

7               MR. KLEBANOW:  Objection.  You

8     can answer.

9          Q.  Correct?

10         A.  Yes.

11         Q.  Are you contending that he

12    explicitly suggested that the two of you

13    meet for sex during these phone calls?

14         A.  I think after the fact he

15    insinuated it.

16               (Witness sneezes.)

17               MR. KLEBANOW:  Bless you.

18               THE WITNESS:  Thank you.

19         Q.  Did he tell you over any of

20    these phone calls that he wanted to have

21    sex with you?

22         A.  I think one time he said he

23    wanted to do it again, and I told him

24    no.

25         Q.  You felt comfortable telling



267

 1    him no, correct?

 2              A.   Yes.

 3              Q.   And when you met him at the

 4    Starbucks you didn't have sex with him,

 5    correct?

 6              A.   No, sir.

 7              Q.   Did he ever tell you that

 8    there was going to be a -- that there

 9    needed to be any sort of like quid pro

10    quo to get that second $150?

11              A.   What do you mean?  Was he --

12    did he -- was he saying that we needed

13    to do it again for him to give it to

14    me?

15              Q.   Yeah.

16              A.   No, I think he was trying to

17    insinuate that, that's why he kept

18    prolonging the situation to give it to

19    me.  You know, that's what he wanted.

20    But I was trying to let him know that

21    that's not an option.

22              Q.   And at the end he didn't

23    have to have sex with you to get the

24    hundred -- the second $150, correct?

25              A.   No.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

268

1              Q.  You have a Woo Spa Instagram

2     page, correct?

3              A.  Correct.

4              Q.  And you also have a personal

5     Instagram page, correct?

6              A.  Yes.

7              Q.  And in the -- can you tell

8     me what the handle is for your personal

9     Instagram page?

10             A.  What do you mean a handle?

11             Q.  Well, what's your user name?

12             A.  Oh, I am love period queen.

13             Q.  That's a public page,

14    correct?

15             A.  Correct.

16             Q.  And you mentioned before that

17    you were -- that during the traffic stop

18    you were concerned that Tyler Smith had

19    been stalking you over Instagram,

20    correct?

21             A.  Correct.

22             Q.  But anyone can log in and

23    look at your Instagram page, correct?

24             A.  Correct.

25             Q.  Has he ever tried to friend


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

269

1    you or has he ever -- do you have -- do

2    you know if he's -- if he's been an

3    Instagram contact of yours?

4            A.   I'm not sure.  I have

5    reasons to believe that I've -- that

6    I've seen maybe a profile that's him on

7    my story.

8            Q.   Okay.  But somebody wouldn't

9    have to stalk you to look at your

10   Instagram posts, right? Anyone can do

11   that?

12           MR. KLEBANOW:  Objection.  You

13   can answer.

14           A.   Right.

15           Q.   And did it make you

16   uncomfortable during the traffic stop

17   that you thought that Tyler Smith had

18   been looking at your Instagram page?

19           A.   Yes.

20           Q.   But yet you never made your

21   Instagram page private, correct?

22           A.   No.

23           Q.   You understand how to do

24   that, correct?

25           A.   Yes.



```
 1              Q.  And without getting into the
 2   -- some of the -- all of the specific
 3   posts, there's -- I'll call it sexual
 4   content in your Instagram page, correct?
 5              MR. KLEBANOW:  Objection.  You
 6   can answer.
 7              A.  You said there is sexual
 8   content?
 9              Q.  Would you agree with me?
10              A.  I'm not sure.
11              Q.  Well, there are quite a few
12   photos of you wearing a bra and you
13   wearing very short shorts, would you
14   agree with that?
15              MR. KLEBANOW:  Objection.  You
16   can answer.
17              A.  Clothes?
18              Q.  There's some bathing suit
19   pictures on there?
20              A.  Okay.
21              Q.  Would you agree with me?
22              A.  Yes.
23              Q.  And you posted some of those
24   after the interaction with Tyler Smith,
25   correct?
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

271

1                    A.   The majority were reposted.

2                    Q.   Well, some of these are on

3    July 11th, did you post a picture of

4    yourself in a gold metallic bikini on

5    Instagram?

6                    A.   Yeah, but I originally had

7    posted it last year.

8                    Q.   But you decided to post it

9    again --

10                   A.   I reposted it.

11                   Q.   Okay.  You reposted it?

12                   A.   Correct.

13                   Q.   You did that on purpose,

14   correct?

15                   A.   Yes, I did.

16                   Q.   And if this -- this is the

17   time that you're saying that you felt

18   uncomfortable because you think that

19   Tyler Smith was still looking at your

20   Instagram photos, correct?

21                   A.   You said -- rephrase the

22   question.

23                   Q.   Yeah.  You posted that

24   bikini picture I talked about when you

25   were --


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1          A.   I wasn't doing it for Tyler.

2          Q.   Okay.  But you didn't not do

3    it because of Tyler, correct?  You

4    didn't refrain from posting that because

5    you thought Tyler Smith was looking at

6    your page?

7          MR. KLEBANOW:  Objection.  You

8    can answer.

9          A.   No.

10          Q.   Has Emerson Holly ever

11   appeared on your Instagram page?

12          A.   Yes.

13          Q.   Does he have dreadlocks?

14          A.   Yes.  I'm pretty sure all

15   you all are watching my Instagram at

16   this point.

17          Q.   Well, it's still a public

18   page, right, anyone can watch it?

19          A.   Yeah, it is.

20          Q.   Okay.  Who runs your

21   personal Instagram page?

22          A.   I do.

23          Q.   Who runs the Woo Spa

24   Instagram page?

25          A.   I do.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445,  Akron, OH 44308 -  330.253.8119

273

1              Q.   Did you post -- did you ever

2       share a post stating, if you got a

3       girlfriend or wife don't DM me unless

4       you got hush money?

5              A.   Uh-huh.

6              Q.   You did?

7              COURT REPORTER:   I'm sorry, yes?

8              A.   Yes.

9              Q.   Did you post that on August

10      6th, 2018?

11             A.   Maybe, yes.

12             Q.   And that would have been

13      approximately a month before this

14      interaction with Tyler Smith, correct?

15             A.   Yes, it probably was

16      pertaining to Louis Turner.

17             Q.   What do you mean by hush

18      money?

19             A.   I thought it was --

20             MR. KLEBANOW:   Objection.   You

21      can answer.

22             A.   I thought it was a funny

23      meme.

24             Q.   And I just want to be clear

25      what hush money means?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

274

 1              A.   You said you want me to be

 2    clear?

 3              Q.   Yeah, I just want to be

 4    clear that we understand hush money

 5    means the same thing.  What does it

 6    mean to you?

 7              A.   What does hush money mean?

 8    I guess money to be quiet.

 9              Q.   That's essentially money when

10    you threaten someone that they pay you

11    so that you're going to keep quiet,

12    correct?

13              MR. KLEBANOW:  Objection.  You

14    can answer.

15              A.   That's what that means, yes.

16              Q.   Did you ever tell Tyler

17    Smith that you were going to tell people

18    about your sexual encounter if he didn't

19    give you that second $150?

20              MR. KLEBANOW:  Objection.

21              A.   No.

22              MR. KLEBANOW:  Go ahead.

23              A.   No.

24              Q.   Did you ever threaten to go

25    public with your sexual encounter before


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1  filing the lawsuit?

2              A.  No.

3              Q.  Did you ever ask Tyler Smith

4  to pay you money or else you would go

5  public with the sexual encounter?

6              A.  No.

7              Q.  You never asked Tyler Smith

8  for hush money --

9              A.  No.

10             Q.  -- is that what you're

11 saying?

12             A.  No.

13             Q.  You mentioned before that you

14 went to the Racino in -- on Warrensville

15 before the traffic stop on September

16 21st, 2018, right?

17             A.  Correct.

18             Q.  Did you go to Swerve

19 nightclub at all that night?

20             A.  Did we go to Swerve?  We

21 might have passed through there, I think

22 they were closing though.  I can't

23 remember.

24             Q.  You can't remember whether

25 you went into Swerve that night?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                                    11/11/2019

276

```
 1              A.   I think they were closing, I

 2    think we might have rolled through the

 3    parking lot or something, I don't know.

 4              Q.   But you're saying you never

 5    actually went into Swerve, is that what

 6    you're saying?

 7              A.   Not that I can recall.

 8              Q.   Do you know what time you

 9    rolled through the parking lot of

10    Swerve?

11              A.   No, I don't.

12              Q.   Do you know what time you

13    left the Northfield Racino?

14              A.   Right before we got pulled

15    over.

16              Q.   Did you eat anything at

17    Northfield Racino?

18              MR. KLEBANOW:  Objection.  You

19    can answer.

20              A.   I can't remember.

21              Q.   Did you gamble at all?

22              A.   No.

23              Q.   Did you pay for anything

24    with a credit card at the Racino?

25              A.   I don't think so.
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

277

1          Q.  Did your friend?

2          A.  I really can't remember.

3          Q.  What was the other -- what

4    was the driver of the car's name?

5          A.  Mesha Charlie.

6          Q.  Have you ever talked to her

7    after that night?

8          A.  Yeah, I talked to her a

9    couple of times.

10         Q.  When was the last time you

11   talked to her?

12         A.  Maybe last month.

13         Q.  Does she know that you and

14   Officer Smith had sex later that night?

15         A.  Yes.

16         Q.  When did she learn that?

17         MR. KLEBANOW:  Objection.  You

18   can answer.

19         A.  I don't know.  I think

20   Emerson told her.

21         Q.  When did Emerson tell her?

22         MR. KLEBANOW:  Objection.  You

23   can answer.

24         A.  I don't know.

25         Q.  Do you believe that you


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

 1  should have been ticked on September

 2  21st, 2018 for allowing an unlicensed

 3  driver to drive your car?

 4            A.  No.

 5            Q.  Why not?

 6            A.  I think that that whole

 7  citation was kind of unjust, because how

 8  would I know someone else's driving

 9  privileges.

10            Q.  I thought you told me that

11  you knew that she couldn't drive?

12            A.  No, I didn't.

13            MR. KLEBANOW:  Objection.  You

14  can answer.

15            Q.  So it was a surprise to you

16  when she didn't have her license?

17            A.  Correct.

18            Q.  Did you ever ask her

19  beforehand whether she had her driver's

20  license?

21            A.  No.

22            Q.  So you let her drive your

23  car without knowing whether she had her

24  driver's license, is that correct?

25            A.  I mean, I would think if I

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

Queen Tiera R. Miller                                    11/11/2019

279

1    don't want to drive my own car, why

2    would you want to drive my car, with my

3    record, with my license plate, I mean,

4    that was the whole point.

5              Q.  But you didn't ask her

6    beforehand, correct?

7              A.  I asked Emerson to drive.

8              Q.  Emerson didn't want to go in

9    the end, correct?

10             A.  No, she talked him into not

11   going.

12             Q.  The -- it was the other

13   police officer that actually gave you

14   the ticket, the female police officer,

15   correct?

16             A.  I can't remember that.

17             Q.  Did you say anything

18   flirtatious to Officer Smith during the

19   traffic stop?

20             MR. KLEBANOW:  Objection.  You

21   can answer.

22             A.  Absolutely not.

23             Q.  Did you ever tell him that

24   he had nice eyes?

25             A.  Absolutely not.

1                Q.   You didn't?

2                A.   No.

3                Q.   You understand who Commander

4     John Cole is, correct?

5                A.   Yes.

6                Q.   The gentleman sitting right

7     here (indicating)?

8                A.   Correct.

9                Q.   Have you met him before?

10               A.   Yes, sir.

11               Q.   I understand that at one

12    point you and your criminal attorney met

13    with commander Cole at the Shaker

14    Heights Police Department, correct?

15               A.   Yes, sir.

16               Q.   What is that criminal

17    attorney's name?

18               A.   Robert Brooks.

19               Q.   Is he representing you with

20    respect to that East Cleveland criminal

21    matter?

22               A.   He was.

23               Q.   Is he still?

24               A.   No, sir.

25               Q.   Pardon?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

281

1              A.   No.

2              Q.   When did he stop representing

3    you?

4              A.   After the conversation with

5    Mr. Cole.

6              Q.   Did Commander Cole ask you

7    to give a formal statement?

8              A.   He wanted a statement, but

9    from my understanding it was supposed to

10   have been off the record.

11             Q.   Well, right, but he asked

12   you for an actual on the record written

13   statement, correct?

14             A.   I don't think so.  I don't

15   know.

16             Q.   You don't remember that?

17             A.   I remember him writing stuff

18   down, but I thought it was supposed to

19   have been off the record.

20             Q.   Well, right, but it was off

21   the record because he asked you for an

22   on the record statement, and you

23   refused, correct?

24             A.   I think so.

25             Q.   Okay.  So you -- one of the

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

282

1    reasons you said that you came forward

2    with these allegations against Officer

3    Smith is because you were concerned that

4    this would happen to other women,

5    correct?

6              A.   Correct.

7              Q.   And you eventually did report

8    this to the City of Shaker Heights,

9    correct?

10             A.   Well, I reported it to my

11   lawyer, I thought it was his job to

12   report it.

13             Q.   And he did, right?

14             A.   I guess, but I didn't think

15   the way that it went was ethical, it

16   didn't satisfy me.

17             Q.   Why not?

18             A.   Because with the first

19   conversation with me hanging up on

20   Officer Cole, and then me calling Mr.

21   Brooks, and then the following week I go

22   home, like on the last page, 95, or --

23   yeah, 95 and 96, I see this on my

24   doorstep.  And that was like

25   uncomfortable for me.



1              Q.   Commander Cole's business

2       card that you're pointing out, correct?

3              A.   Correct.

4              Q.   Okay.  Well, you -- through

5       your attorney you reported this incident

6       to the City of Shaker Heights, right?

7              A.   Through my attorney.

8              Q.   Okay.  And then commander

9       Cole reached out to you and you hung up

10      on him, right?

11             A.   Correct.

12             Q.   And so commander Cole left

13      his business card for you at your home,

14      correct?

15             A.   Correct.

16             Q.   So commander Cole made two

17      efforts to reach out to you after your

18      attorney reported this incident to the

19      City of Shaker Heights, correct?

20             A.   Correct.

21             Q.   And you understand that

22      commander Cole wanted to get your

23      version of what happened, correct?

24             MR. KLEBANOW:  Objection.  You

25      can answer.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1              A.  I guess.

 2              Q.  Well --

 3              A.  I thought the procedure was

 4     supposed to be with me with my lawyer

 5     present to ensure that ...

 6              Q.  Did your lawyer ever notify

 7     you that the City of Shaker Heights, as

 8     part of its internal investigation,

 9     wanted a written statement about what

10     happened with Officer Smith from you?

11              MR. KLEBANOW:  Objection.  Again,

12     you don't -- I'm instructing you not to

13     answer any communications that you had

14     between you and your lawyer.  Either

15     previous with Mr. Brooks while he was

16     your attorney, or with me or with Avery.

17     BY-MR.STRANG:

18              Q.  Well, let me ask it a

19     different way.

20              MR. KLEBANOW:  You can, go ahead.

21              Q.  Did you ever come to -- did

22     you ever come to know that the City of

23     Shaker Heights wanted either an on the

24     record statement from you verbally or a

25     written statement from you?

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

285

1              A.   Yes, I was aware of that.

2              Q.   Instead you provided an off

3      the record statement, correct?

4              A.   Well, that's what they said

5      that they were doing.  I was just going

6      along with whatever, I guess, the

7      procedure was.

8              Q.   Well, the procedure they had

9      asked you for an on the record statement

10     or a written statement, correct?

11             A.   Uh-huh.

12             Q.   And you understand that those

13     would have -- it would have been helpful

14     to Shaker Heights' investigation for you

15     to provide that, correct?

16             A.   Yes.

17             Q.   And still this is the first

18     time that you've actually given an on

19     the record statement where a City of

20     Shaker Heights representative has been

21     present, correct?

22             A.   Correct.

23             Q.   Are you alleging that there's

24     been anything improper with respect to

25     their internal investigation of Officer



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

286

1    Smith?

2              MR. KLEBANOW: Objection. You

3    can answer.

4              A.  Yeah, I didn't think it was

5    right to leave the business card at my

6    house.

7              Q.  You were intimated by that,

8    is that what you're saying?

9              A.  Absolutely.

10             Q.  Okay.  But previously John

11   Cole had called you and you hung up on

12   him, correct?

13             A.  That was a clear indication

14   don't come over my house.  I felt like

15   he would be like Tyler, I mean, it was

16   unwanted.

17             Q.  Well, I'm just trying to

18   figure out what -- what you would have

19   expected the city to do when you,

20   through your attorney, complained that

21   an officer had had sex with you and

22   then the city reached out to you -- I'm

23   just unclear as to what you think would

24   have been proper for the city to do at

25   that point?



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

287

```
 1                  A.   I thought it would have been
 2       proper to talk to me with an attorney
 3       present.
 4                  Q.   And eventually that happened,
 5       correct?
 6                  A.   Somewhat.
 7                  Q.   Have you ever been to the
 8       Landmark before September 21st, 2018?
 9                  A.   Yes, I've been there before.
10                  Q.   How often -- how many times
11       had you been there before that night?
12                  A.   I'm not sure.  Not that many
13       times.
14                  Q.   Are you saying it was
15       Officer Smith's idea to go to the
16       Landmark?
17                  A.   Yes.
18                  Q.   Do you know if Officer Smith
19       had ever been to the Landmark before?
20                  A.   I don't know.
21                  Q.   Were you sure you didn't
22       suggest the Landmark?
23                  A.   No.
24                  Q.   No you're not sure or no you
25       didn't?
```


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

288

1              A.   I didn't.

2              Q.   Did Officer Smith know how

3    to get to the Landmark when you were

4    talking to him?

5              A.   I guess, he was already on

6    St. Clair.

7              Q.   Well, did he ask you for

8    directions?

9              A.   No.

10             Q.   Have you ever used a call

11   forwarding app called Burner?

12             A.   No.

13             Q.   What about Phone:R?

14             A.   No.

15             Q.   What about twiDial, twiDial?

16             A.   No.

17             Q.   Have you ever used any sort

18   of call forwarding app?

19             A.   No.

20             Q.   Have you ever used any app

21   that masks your cellular phone number?

22             A.   Maybe.

23             Q.   Do you have any app like

24   that?

25             A.   No.

 **Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

```
 1              Q.  Have you ever had any app

 2    like that?

 3              A.  Probably once before.

 4              Q.  When?

 5              A.  Probably when they first came

 6    out.

 7              Q.  When did they first come

 8    out?

 9              A.  I don't know, maybe a few

10    years ago.

11              Q.  Do you know if you

12    downloaded -- ever downloaded an app

13    like that?

14              A.  Yes.

15              Q.  You mentioned before that you

16    thought that Officer Smith was going to

17    use a -- I think it was Cash app?

18              A.  Yes.

19              Q.  Is that actually the name of

20    the app?

21              A.  Yes.

22              Q.  Did he tell you that he had

23    that app on his phone?

24              A.  I don't know if he told me

25    or not.
```



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

290

```
 1          Q.  Well, whose idea was it to

 2    use that app?

 3          A.  I think I was first -- I

 4    think I asked him so we didn't have to

 5    meet.

 6          Q.  What did he say?

 7          A.  I think he told me he would,

 8    but didn't.  I don't know.  I can't

 9    remember.

10          Q.  Did you ever provide him

11    your ID on that app?

12          A.  No.

13          Q.  Do you actually have an ID

14    on that app?

15          A.  Yes.

16          Q.  Have you had any other bad

17    experiences with the Shaker Heights

18    Police Department besides this

19    interaction with Officer Smith?

20          A.  Have I had any other --

21          Q.  Bad interaction with the

22    Shaker Heights Police Department beside

23    this interaction with Officer Smith?

24          A.  Just recently.

25          Q.  What happened?
```



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1            A.   When I had to go to court to

2     pay on this fine.  I paid, I guess, two

3     weeks later, but in the same month of

4     when the ticket was due. And I had been

5     calling around since June trying to

6     figure out why I don't have a license.

7     Nobody can give me answers.

8            And then they told me that Shaker

9     had a hold on my license.  And it was

10    because I just paid a ticket later than

11    what the date was, a $40 payment plan.

12           Q.   Do you believe that that had

13    anything to do with this lawsuit or the

14    allegations against Officer Smith?

15           A.   I do.

16           Q.   Have you had any actual

17    physical meetings with any Shaker

18    Heights police officers since September

19    21st, 2018?

20           A.   Have I had any?

21           Q.   Yeah, have you ever been --

22    have you ever been pulled over by any

23    officers, have you run into any on the

24    street, anything like that?

25           A.   No, not that I know of.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

292

```
 1              Q.  Can you describe to me --
 2     you mentioned an issue with your eye
 3     before?
 4              A.  Uh-huh.
 5              Q.  What is that exactly?
 6              A.  A stye.
 7              Q.  Okay.  Which eye?
 8              A.  My right eye.
 9              Q.  And is that present right
10     now?
11              A.  Kind of, it's like it
12     appears and it disappears.  I think
13     because of today it's kind of
14     reappearing, that's why I kind of kept
15     my glasses on.
16                       -  -  -  -  -
17         (Thereupon, Defendants' Deposition
18         Exhibit-C was marked for
19         purposes of identification.)
20                       -  -  -  -  -
21              Q.  Ms. Miller, I've just handed
22     you what's been marked as Defendants'
23     Exhibit C and I'm going to tell you
24     that these are photographs that my
25     paralegal pulled off of your social
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

293

1    media page.

2              Do you recognize these?

3              A.   Uh-huh.

4              Q.   Yes?

5              A.   Yeah.

6              Q.   And do you see the one

7    labeled 125 out of 245?

8              A.   125 and 245?

9              Q.   Yeah, 120 -- at the bottom

10   it says 125 out of 245, do you see

11   that?

12             A.   Yes.

13             Q.   That's a video, correct?

14             A.   Yes.

15             Q.   Okay.  And what are you

16   doing in that video?

17             A.   Eating a banana.

18             Q.   Are you -- where was that

19   posted to, can you tell me what social

20   media page?

21             A.   Instagram.

22             Q.   And I'm going to show you

23   221 out of 245.

24             A.   Uh-huh.

25             Q.   Who is that guy?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1          A.   A client.

2          Q.   That's not Emerson Holly?

3          A.   No.

4                    -  -  -  -  -

5     (Thereupon, Defendants' Deposition

6     Exhibit-D was marked for

7     purposes of identification.)

8                    -  -  -  -  -

9          Q.   Ms. Miller, I've just handed

10    you what's been marked as Defendants'

11    Exhibit D, do you see that?

12         A.   Uh-huh.

13         Q.   Can you tell me what this

14    is?

15         A.   I think this is Facebook.

16         Q.   Okay.  These are the Woo Spa

17    photos on Facebook, right?

18         A.   Yeah.

19         Q.   And who's responsible for

20    posting these?

21         A.   Me.

22         Q.   Are these -- so these are

23    all photographs that you have uploaded

24    to Woo Spa's Facebook page, correct?

25         A.   Yeah.  You know the problem


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    with this is, I think at that point in

2    time Instagram will automatically, when

3    you post, will go directly to Facebook

4    whether you knew it or not.

5                  Q.  So you have the two accounts

6    linked, correct?

7                  A.  I think so.  They're not

8    linked now like to where every picture I

9    post goes to there. I think it's an

10   option where you cannot add it. And I

11   wasn't familiar with how not to add it

12   to my page.

13                 Q.  I'm looking at page 2 of 7,

14   do you see that?

15                 A.  Yes.

16                 Q.  And there's a photograph or

17   there's a picture on there that has a

18   caption, when you know how powerful sex

19   is you don't have sex with just anyone?

20                 A.  Uh-huh.

21                 Q.  Do you see that?

22                 A.  Yeah.

23                 Q.  Did you post that yourself?

24                 A.  More -- more than likely.

25                 Q.  Can you explain to me why

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

296

1   you posted that?

2              MR. KLEBANOW:  Objection.  You

3   can answer.

4              A.  It was a meme meant for my

5   personal page.

6              Q.  Well, sure, but obviously you

7   found that notable enough to post it on

8   your social media page, right?

9              A.  You said I did what?

10             Q.  You found that significant

11  enough to post it on your social media

12  page, correct?

13             A.  Do you have a date of when I

14  posted it?

15             Q.  I'll get to that.

16             You did post that, correct?

17             A.  Correct.

18             Q.  And what I'm asking is, I'm

19  trying to figure out why you found that

20  particular meme or photograph

21  significant enough to put that on your

22  Facebook page, right?

23             A.  That's a fact.

24             Q.  So you agree with that

25  sentiment?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                           11/11/2019

297

1              A.   Yes.

2              Q.   Is Emerson Holly in any of

3    these photographs?

4              A.   No.

5                         -  -  -  -  -

6         (Thereupon, Defendants' Deposition

7         Exhibit-E was marked for

8         purposes of identification.)

9                         -  -  -  -  -

10             Q.   Ms. Miller, I've just handed

11   you what's been marked Defendants'

12   Exhibit E, do you recognize that?

13             A.   Yes.

14             Q.   Is this a copy of the ticket

15   that you were issued?

16             A.   Yes.

17             Q.   Do you see on the bottom

18   there's a name at the very bottom it

19   says B. Meredith, do you see that?

20             A.   Uh-huh.

21             Q.   Do you know -- yes?

22             A.   Yes.

23             Q.   Do you know if that's the

24   officer who gave you the ticket on

25   September 21st, 2018?



298

```
 1              A.   Yes.
 2              Q.   That is?
 3              A.   Yes.
 4              Q.   Okay.  It was a female
 5    officer who gave you the citation,
 6    correct?
 7              A.   Yes.
 8              Q.   And you put your phone
 9    number on the ticket, correct?
10              A.   Correct.
11              Q.   Do you see on the side where
12    there's a field that says phone?
13              A.   Yes.
14              Q.   And that's your phone number
15    afterwards, correct?
16              A.   Correct.
17              Q.   Did you write your phone
18    number down or did Officer Smith?
19              A.   I wrote it down.
20              Q.   Were you handed the ticket
21    to write your phone number down by
22    Officer Smith or Officer Meredith?
23              A.   Smith.
24              Q.   Do you see there's --
25    towards the bottom of the ticket it says
```


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

299

1    to defendant summons personal appearance

2    required.  You are summoned in order to

3    appear on 10, and then the 15 is x'd

4    out and it says 10-17?

5              A.  Yes.

6              Q.  Okay.  Do you see that

7    there's that field it says, personal

8    appearance required?

9              A.  Yes.

10             Q.  Okay.  And then there's yes,

11   there's a big X in it, and then there's

12   a circle around the no with a checkmark

13   in it.

14             Do you see that?

15             A.  Correct.

16             Q.  You mentioned that you were

17   issued a citation, correct?  That you

18   gave it to your lawyers?

19             A.  This is the citation that I

20   said Mr. Smith tried to change.

21             Q.  How did Mr. Smith try and

22   change it?

23             A.  Where it says personal

24   appearance required, he first checked

25   yes, and then tried to come back and

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

1    correct it and check no.

2             Q.  When did he come back and

3    correct it and try --

4             A.  I don't know, he has this

5    stuff.  I don't know.

6             Q.  Are you contending that that

7    happened after Sept -- after the stop on

8    September 21st, 2018?

9             A.  Correct.

10            Q.  Did he -- did he provide you

11   a ticket then where yes is checked?

12            A.  Uh-huh.  Yes.

13            Q.  You have that?

14            A.  I might, I don't know.

15            Q.  Did you provide that to your

16   lawyers?

17            A.  No, I got a copy of this

18   journal entry from Shaker.

19            Q.  Okay.  But did he --

20            A.  This is what I provided my

21   lawyer.

22            Q.  I understand that when a

23   ticket is issued you're provided a

24   physical copy of the ticket, correct?

25            A.  What I did with that ticket,



1    I might have it, I might not.

2              Q.   Have you checked?

3              A.   I don't think it's relevant.

4              Q.   Do you know where it would

5    be?

6              A.   I moved twice this year, I'm

7    not sure.

8              Q.   Okay.   Have you made any

9    effort to find that actual physical

10   ticket?

11             A.   Yes.   I don't know if I can

12   find it or not, that's why I went to

13   Shaker to replace it with what you have

14   in your journal entry.

15             Q.   So you may have the original

16   citation or not, you're just not sure,

17   correct?

18             A.   Correct.

19             Q.   Because you haven't checked,

20   correct?

21             MR. KLEBANOW:   Objection.   You

22   can answer.

23             A.   I have checked.

24             Q.   How is Devon Moss related to

25   you?

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787   www.cefgroup.com   fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

 1              A.   He's my cousin on my

 2      mother's side.

 3              Q.   When was the last time you

 4      spoke to Devon Moss?

 5              MR. KLEBANOW:  Objection.  You

 6      can answer.

 7              A.   Maybe last weekend.

 8              Q.   Does he know about this

 9      lawsuit?

10              A.   Yes.

11              MR. STRANG:  Okay.  I'm going to

12      pass the witness.

13              MR. MCLANDRICH:  I just have a

14      couple of questions.

15      CONTINUED EXAMINATION OF QUEEN TIERA R.

16      MILLER

17      BY-MR.MCLANDRICH:

18              Q.   You said earlier that you

19      had reason to believe that Officer Smith

20      was still viewing your Instagram and/or

21      Facebook page.

22              Do you recall that?

23              A.   Yes.

24              Q.   What reason do you have to

25      believe that?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

1              A.  Because I would put stuff up

2     intentionally to see who is watching me

3     and I noticed like after the stop I had

4     put up there I was like in Chagrin

5     Falls, and he had mentioned to me that

6     he was in Chagrin Falls.  And then -- I

7     don't know with the name of Alex

8     something or I think it's his fake

9     profile.

10             Q.  So I don't know anything

11    about Instagram, so you'll have to

12    forgive me.  So when someone goes on

13    your page, do you see that they're

14    viewing your page?

15             A.  Yes, you can see on the

16    story.

17             Q.  What do you see?

18             A.  You would see their profile.

19             Q.  Okay.  And so you saw a

20    profile by the name of someone called

21    Alex in Chagrin Falls --

22             A.  Not in Chagrin Falls, but

23    when I was in Chagrin Falls I noticed

24    that Alex was following me, and I just

25    believe that that's Mr. Smith's fake


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1    account.

 2              Q.  Okay.  So -- and let me just

 3    see if I understand it correctly.  So

 4    when you're in Chagrin Falls, you're

 5    physically in Chagrin Falls and you're

 6    looking at your page on your phone?

 7              A.  Yes.

 8              Q.  All right.  And while you're

 9    looking at your page on your phone

10    you're seeing someone named Alex

11    following you, and you concluded, for

12    some reason, that that was Officer

13    Smith's fake profile?

14              A.  Correct.

15              Q.  And on what basis did you

16    conclude that it was Officer Smith's

17    fake profile?

18              A.  Because I noticed when he

19    would call I would post something and he

20    would call or say something pertaining

21    to when I posted it.  So that led me to

22    believe that that's his profile.

23              Q.  And when you say he would

24    comment on your posting it, you mean

25    Alex would?

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1           A.   He wouldn't comment, I could

2    just see him watching me.   It shows you

3    who's viewing it.

4           Q.   Okay.   So because you could

5    see Alex continue to view your page, you

6    assumed it was Mr. Smith?

7           A.   Correct.

8           Q.   And any other reason?

9           A.   Like I said just the timing

10   of certain things I would post, it just

11   led me to believe that it was him.

12          Q.   What is it about the timing

13   of certain things that you posted would

14   lead you to believe it was him?

15          A.   Like I said when I said I

16   was in Chagrin Falls out in Aurora and

17   he was telling me that he would meet

18   me, but he couldn't.   And then he'd

19   come back and say, well, I'm in Chagrin

20   Falls, like he knew I just left Chagrin

21   Falls.

22          Q.   And where did he say that in

23   the text?

24          A.   Over the phone.

25          Q.   Okay.   All right.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

306

```
 1                So if you look at Exhibit D, you

 2       see the phone number on the last page

 3       -- go to the very last page, you can

 4       see the whole number there.

 5                Do you see where it says

 6       216-789-5163?

 7                A.   Yes.

 8                Q.   Do you remember I asked you

 9       about that number earlier?

10                A.   Oh, that -- that doesn't

11       work.

12                Q.   I'm sorry?

13                A.   When I -- when I switched my

14       phone from Verizon to AT&T they

15       supposedly transported a number, but

16       they put one wrong number at the bottom.

17       So the number never transported over

18       right, and that's the number that's

19       still on my window.  It caused a big --

20       a big problem, because I lost my

21       landline that way.

22                Q.   Okay.  So I don't

23       understand, you're going to have to

24       explain it to me again.

25                So did you ever have the phone
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1  number 216-789-5163?

2              A.  Yes.

3              Q.  All right.  And you're

4  saying that that number you had with

5  Verizon?

6              A.  No, I had a different

7  number, it was one number off.  When

8  AT&T transported -- they were supposed

9  to transport my number, they -- the

10  salesperson missed one number, and I

11  don't call myself so I didn't know the

12  difference, so I just knew that my phone

13  never rang anymore.  So they imported

14  the number wrong off of one number.

15              Q.  And so is this the right

16  number or the wrong number?

17              A.  The wrong number.

18              Q.  But the right number is

19  still out there somewhere?

20              A.  Somebody else has it now.

21              Q.  Okay.  And so is there some

22  reason you continue to have the wrong

23  number up on your page?

24              A.  I thought I changed it.

25              Q.  Okay.



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1              A.   Because that's the old --

2              Q.   All right.

3              A.   -- profile.  But like I said

4    I don't really use Facebook.

5              Q.   Sure.

6              A.   Sometimes the pictures go on

7    there from Instagram.

8              MS. MCLANDRICH:  Let's go ahead

9    and mark this.

10                       -  -  -  -  -

11         (Thereupon, Defendants' Deposition

12         Exhibit-F was marked for

13         purposes of identification.)

14                       -  -  -  -  -

15             MR. MCLANDRICH:  Did I give you

16   the right one?  Let me make sure I gave

17   you the right one.  That's the wrong

18   one.  I'm sorry.

19             Q.   Do you do any other

20   advertising for your spa other than that

21   Facebook page?

22             A.   I haven't lately.  I've got

23   too much personal issues to even want to

24   advertise.

25             Q.   So does it concern you at



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    all as far as people finding your

2    business, that if they go to your page

3    it has the wrong phone number?

4              A.   Absolutely.

5              Q.   So how would you expect

6    people to find you if the only

7    advertising you do has the wrong phone

8    number on it?

9              MR. KLEBANOW:   Objection.   You

10   can answer.

11             A.   Well, actually, I'm on Google

12   and I'm on Yelp, so the correct numbers

13   are on there.

14             Q.   Okay.

15             A.   And the correct numbers are

16   on my current Instagram pages.

17             Q.   And when you say you're on

18   Google you mean if I put Woo Spa into

19   Google you'll come up?

20             A.   Yes.

21             Q.   Okay.   So handing you what's

22   been marked as Defendants' Exhibit F, do

23   you see that?

24             A.   Uh-huh.

25             Q.   That's a copy of your phone


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

310

```
 1    records?
 2              A.   Uh-huh.
 3              Q.   All right.  And just let's
 4    go through a few of these.  Do you see
 5    line 4 there on the left margin there's
 6    a 4?
 7              A.   Yes.
 8              Q.   And if you follow that
 9    across to the originating number, that's
10    your cell phone number, right, 645-7142?
11              A.   Yes.
12              Q.   And then there's a
13    terminating number, right?
14              A.   What's a terminating number?
15              Q.   See the column at the top it
16    says originating number and terminating
17    number?
18              A.   Yes.
19              Q.   Do you know who's number
20    that is, 216-536-0568?
21              A.   There's one too many numbers.
22              Q.   216-536-0568.
23              A.   Oh, yeah.
24              Q.   Do you see that?
25              A.   Yes.
```


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

311

1          Q.  Do you know whose number

2     that is?

3          A.  Yes, that's my contractor's

4     phone number.

5          Q.  I'm sorry, your what?

6          A.  My contractor friend.

7          Q.  Contractor friend.  And he's

8     forwarding that call to 440-382-0777?

9          A.  I don't know.

10          MR. KLEBANOW:  Objection.  You

11     can answer.

12          Q.  Okay.  So in the -- under

13     originating number see the 440-382-0777

14     under your cell phone number?

15          A.  Yes.

16          Q.  Do you see the F next to it?

17          A.  Yes.

18          Q.  According to the AT&T records

19     key that F means the number -- the

20     terminated number forwarded the call to.

21     So in other words, the phone number

22     under the terminated number forwarded

23     the call to that 440-382-0777.

24          Okay?  Are you with me?

25          A.  Yeah, but I don't know what



312

1    that means.

2              Q.  Okay.  And your testimony is

3    you don't know who owns 382-0777?

4              A.  No.

5              Q.  All right.  You go down to

6    line 8 and you see where your contractor

7    friend is calling you this time?

8              A.  Yes.

9              Q.  And then you're forwarding

10   the call to 440-382-0777?

11             MR. KLEBANOW:  Objection.  You

12   can answer.

13             A.  Yes.

14             Q.  All right.  And you don't

15   know who has 382-0777?

16             A.  The only explanation I can

17   maybe come up with that -- I don't know

18   if I -- this is before I had the new

19   Google voice number or prior Google

20   voice number.  I don't know what number

21   this is, so honestly ...

22             Q.  Okay.  Would it surprise you

23   to learn that when I put your Woo Spa

24   into Google I come up with the phone

25   number 216-645-7142, that's your cell,


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

```
 1   right?

 2              A.   Yes.

 3              Q.   All right.  Then if we go to

 4   the next page of the phone records,

 5   Exhibit F -- actually, we don't even

 6   have to go that far.  If we go back to

 7   the first page, line 16, the call

 8   216-543-8120, that's Mr. Holly, right?

 9              A.   Yeah.

10              Q.   And he's calling your cell

11   phone?

12              A.   Yeah.

13              Q.   And then the call is being

14   forwarded to 440-382-0777?

15              A.   I'm not sure how this

16   happens.

17              Q.   All right.  And then if we

18   go to the next page, line 19.  Again,

19   that's Mr. Holly calling your cell

20   phone?

21              A.   Yes.

22              Q.   And, again, it's being

23   forwarded to 382-0777?

24              A.   Yes.

25              Q.   All right.  So I'm going to
```



Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

 1    just tell you that I've added up the

 2    phone calls that are forwarded to that

 3    0777 number, and between September 21st

 4    through September 26th there are 159

 5    calls that are forwarded to 382-0777.

 6              MR. KLEBANOW:  Objection.  If

 7    there's a question you can --

 8              MR. MCLANDRICH:  Yeah, there is.

 9         Q.  Any explanation as to how

10    159 calls are forwarded from your cell

11    phone number?  I could have added wrong,

12    let's say plus minus 159 calls from your

13    cell phone number to 382-0777?

14         A.  My only explanation is maybe

15    Nechelle Taylor has some type of app or

16    something on my phone that I don't know

17    about.  I don't know I've never -- I

18    want to call the number now and see who

19    will answer.

20         Q.  All right.  And you have no

21    idea whose number that is?

22         A.  No.

23              MR. MCLANDRICH:  All right.

24    That's all I have for you.  Thank you.

25              MR. KLEBANOW:  Everyone done?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

 1              MR. STRANG:  Just briefly.

 2    CONTINUED EXAMINATION OF QUEEN TIERA R.

 3    MILLER

 4    BY-MR.STRANG:

 5              Q.  Ms. Miller, why were you in

 6    -- so intent on getting this ticket paid

 7    for by Officer Smith?

 8              A.  Because I already had one

 9    too many tickets prior to this stop and

10    incident, and I didn't need any more

11    tickets to come out of pocket for --

12    that's why I was doing community service

13    trying to save myself some money and a

14    headache from coming out of pocket.

15              Q.  So it was very important for

16    you to get the ticket expunged so that

17    you wouldn't have it on your license, is

18    that what you're telling me?

19              MR. KLEBANOW:  Objection.

20              A.  No, not expunged, paid for.

21              Q.  Okay.  Were you that hard up

22    for money at that point where you

23    couldn't afford the $250 for the ticket?

24              A.  Was I that hard up for

25    money? Actually, it was just mind


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1    boggling that I can receive a ticket and

2    get coerced into having sex with an

3    officer to pay for the ticket that I

4    don't even think I should have got

5    because I wasn't driving.  And then on

6    top of that knowing I'm probably going

7    to have to explain why I did what I

8    did.

9              Q.  Sure.  But that's not what I

10   asked you.  I asked you specifically

11   whether money was this tight at this

12   point in your life --

13             A.  Absolutely.

14             Q.  It was?

15             A.  It's like every day.  Being

16   self-employed, a single parent, trying

17   to go to school, keep my head on my

18   shoulders, yes, everything is very

19   tight.  Everything is going up.

20             Q.  So tight that you were in

21   fact willing to have sex with Officer

22   Smith for $150 --

23             MR. KLEBANOW:  Objection.

24             Q.  -- for the ticket, right?

25             MR. KLEBANOW:  Objection.  You


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

1    can answer.

2              A.  No, I didn't have sex -- no,

3    I didn't have sex with him for $150.

4              Q.  You had sex with him

5    partially to get your ticket paid for,

6    right?

7              MR. KLEBANOW:  Objection.  You

8    can answer.

9              A.  No, I had sex with him -- I

10   thought at the time so he could leave

11   me alone.

12             Q.  But also he gave you money,

13   right?

14             A.  But the money didn't make me

15   or break me.  What broke me was me

16   having sex with the officer.

17             Q.  But the money was important

18   enough so that you kept coming back and

19   initiating text message conversations

20   with him after the fact, correct?

21             A.  Well, the money was more so

22   a reassurance that I would be able to

23   pay for the ticket, if I needed to,

24   versus him changing the ticket, like he

25   said he would.

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

318

1           Q.   Would I be correct in

2    listening to your testimony it sounds

3    like you're pretty disgusted with

4    Officer Smith, correct?

5           A.   I'm extremely disgusted.  I'm

6    disgusted with myself.

7           Q.   It sounds like you didn't

8    want to have any contact with him after

9    this sexual encounter, correct?

10          A.   Not at all.

11          Q.   But looking through this text

12   message chain it looks like he texted

13   you sometimes, but then also you would

14   initiate text message conversation with

15   him, right?

16          A.   Uh-huh.  Yes.

17          Q.   And what you're telling me

18   today is getting that second --

19   essentially the second payoff of money

20   was important enough so that you were

21   willing to continue reaching out to him

22   even after the sexual encounter, right?

23          MR. KLEBANOW:  Objection.  You

24   can answer.

25          A.   The money was important



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

1  because I didn't have any more money to

2  pay for a ticket.

3          Q.  Did you have -- have you had

4  criminal legal bills because of the East

5  Cleveland matter?

6          MR. KLEBANOW:  Objection.

7          A.  Can you rephrase your

8  question?

9          Q.  Have you had legal bills

10  because of this East Cleveland matter?

11          A.  Legal bills?

12          Q.  Yes.

13          A.  No.

14          Q.  I noticed Robert Brooks was

15  representing you for that East Cleveland

16  criminal matter, correct?

17          A.  Correct.

18          Q.  Did you have -- were you

19  having to pay these criminal legal bills

20  at the time?

21          A.  No.

22          MR. KLEBANOW:  Objection.

23          A.  He was doing it pro bono.

24          Q.  Ms. Miller, have you ever

25  had sex for money?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                    11/11/2019

                                                          **320**

1          MR. KLEBANOW:  Objection.

2          A.  No.

3          MR. STRANG:  That's all I have.

4    Thank you.

5          MR. KLEBANOW:  We'll read.

6          THE VIDEOGRAPHER:  This will be

7    the end of media 3, the end of this

8    deposition.  The time is now 3:48:50.

9    We're going off the record.

10                    - - - - -

11   .

12   .

13   .

14   .

15   .

16   .

17   .

18   .

19   .

20   .

21   .

22   .

23   .

24   .

25   .



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 -  330.253.8119

Queen Tiera R. Miller                                    11/11/2019

321

1    CEFARATTI GROUP FILE NO. 21868

2    CASE CAPTION: QUEEN TIERA MILLER VS.

3         CITY OF SHAKER HEIGHTS, OHIO, ET AL.

4    DEPONENT: QUEEN TIERA R. MILLER

5    DEPOSITION DATE: NOVEMBER 4, 2019

6                        _____

7                             (SIGN HERE)

8    The State of Ohio,        )

9    County of Cuyahoga.       )    SS:

10        Before me, a Notary Public in and

11   for said County and State, personally

12   appeared QUEEN TIERA R. MILLER, who

13   acknowledged that he/she did read

14   his/her transcript in the above-

15   captioned matter, listed any necessary

16   corrections on the accompanying errata

17   sheet, and did sign the foregoing sworn

18   statement and that the same is his/her

19   free act and deed.

20        IN TESTIMONY WHEREOF, I have

21   hereunto affixed my name and official

22   seal at _____ , this _____

23   day of _____ , A.D. 2019.

24   _____      _____

25   Notary Public            Commission Expires

**322**

1                                  ERRATA SHEET

2      PAGE   LINE                        CORRECTION AND REASON

3        .

4        .

5        .

6        .

7        .

8        .

9        .

10       .

11       .

12       .

13       .

14       .

15       .

16       .

17       .

18       .

19       .

20       .

21       .

22       .

23       .

24       .

25       .

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787**       **www.cefgroup.com**       **fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

323

                          CERTIFICATE

  2    .

  3    State of Ohio        )       SS.:

  4    County of Cuyahoga   )

  5              I, Kelly A. Dell'Anno, a Notary

  6    Public within and for the State of Ohio,

  7    duly commissioned and qualified, do

  8    hereby certify that the within named

  9    witness, was duly sworn to testify the

 10    truth, the whole truth and nothing but

 11    the truth in the cause aforesaid; that

 12    the testimony then given by the witness

 13    was by me reduced to stenotypy in the

 14    presence of said witness; afterwards

 15    transcribed, and that the foregoing is a

 16    true and correct transcription of the

 17    testimony so given by the witness.

 18              I do further certify that this

 19    deposition was taken at the time and

 20    place in the foregoing caption

 21    specified.

 22              I do further certify that I am

 23    not a relative, counsel or attorney for

 24    either party, or otherwise interested in

 25    the event of this action.


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Queen Tiera R. Miller                                    11/11/2019

**324**

1            I am not, nor is the court

2    reporting firm with which I am

3    affiliated, under a contract as defined

4    in Civil Rule 28 (D).

5            IN WITNESS WHEREOF, I have

6    hereunto set my hand this _____26th_____ day of

7    _____ November _____ , 2019.

8    .

9    .

10   .

11   _____

12        Kelly A. Dell'Anno, Notary Public

13            within and for the State of Ohio

14   .

15   .

16   .

17   .

18        My commission expires

19        October 8, 2023.

20   .

21   .

22   .

23   .

24   .

25   .


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

| A | | | | |
|---|---|---|---|---|
| **A.D** 321:23 | 222:16 281:12 | **ahead** 11:18 60:3 | 78:1,3,20 79:6 | **answers** 291:7 |
| **a.m** 1:15 114:19 | 291:16 301:9 | 73:14 92:13 | 80:24 81:13 | **antibiotic** 36:18 |
| 144:12 202:16 | **add** 6:21 295:10 | 141:4 167:5 | 91:17 92:24 | **anxiety** 36:1,3 |
| 210:2,5 212:19 | 295:11 | 190:2 224:3 | 102:12 103:17 | 167:12 169:3,23 |
| 212:24,25 | **added** 314:1,11 | 252:23 274:22 | 104:3,10 110:7 | **anybody** 169:10 |
| 214:12 226:24 | **additional** 121:11 | 284:20 308:8 | 113:23 114:19 | 169:17 |
| 262:24 | 138:4 181:12 | **aired** 258:19 | 115:21 116:19 | **anybody's** 257:10 |
| **ability** 5:17 | 182:1,2,14 | **airport** 196:10 | 117:4,20 118:24 | **anymore** 30:25 |
| **able** 21:5,13 | 183:8,10,15 | **airwaves** 169:18 | 120:17 122:5 | 228:4 307:13 |
| 26:21 76:23 | 185:13,18 | **Akron** 193:7,10 | 125:14,24 | **anyway** 76:23 |
| 86:2 119:15 | 191:21 | 193:14,16,21 | 127:14,21 | 174:4,6 215:2 |
| 138:1 198:25 | **address** 27:23 | **al** 1:11 321:3 | 130:10,15 | **apartment** |
| 201:12,18 | 28:22 29:7,13 | **Alan** 248:11,17 | 131:23 135:23 | 153:12,23 |
| 250:14 264:25 | 30:1 57:9 133:4 | **Alan's** 248:15 | 136:22 142:25 | **apologize** 129:24 |
| 317:22 | 250:12 | **alcohol** 24:23 | 143:20 145:22 | 200:6 |
| **above-** 321:14 | **adjust** 233:22,24 | 226:21 | 146:12 149:23 | **app** 111:11,16,22 |
| **Absolutely** 98:2 | 234:1 | **Alex** 303:7,21,24 | 152:2 153:7 | 111:22,25 112:1 |
| 121:9 164:1 | **advertise** 308:24 | 304:10,25 305:5 | 155:12,22 156:7 | 112:2,6,6 |
| 196:3 279:22,25 | **advertising** | **allegations** | 162:17 167:5 | 114:10,15 |
| 286:9 309:4 | 164:21 308:20 | 158:12 159:7 | 172:11,17 | 145:15 146:1 |
| 316:13 | 309:7 | 258:21 282:2 | 173:23 175:19 | 179:19 288:11 |
| **accept** 151:19,21 | **advised** 217:25 | 291:14 | 176:16 190:10 | 288:18,20,23 |
| **access** 201:12,18 | **affect** 5:17 | **alleged** 40:19 | 194:8,15 195:7 | 289:1,12,17,20 |
| **accompanying** | **affiliated** 324:3 | **alleges** 146:23 | 195:13 206:6 | 289:23 290:2,11 |
| 321:16 | **affirmative** 9:18 | 147:20 | 207:21 215:20 | 290:14 314:15 |
| **account** 304:1 | 14:16 50:10 | **alleging** 156:22 | 221:20 229:15 | **apparent** 46:4 |
| **accounts** 10:20 | 90:19 142:10 | 159:17 285:23 | 244:22 245:12 | **apparently** 94:19 |
| 295:5 | **affixed** 321:21 | **alleviate** 106:9 | 247:12 250:9 | 96:7 134:20 |
| **accurate** 200:21 | **afford** 315:23 | **allowing** 278:2 | 252:9,16,24 | **appear** 34:5 |
| 203:4 | **aforesaid** 323:11 | **allows** 10:23 | 254:7,21 255:2 | 35:11 58:10,11 |
| **accused** 252:1 | **afraid** 92:16,16 | **amicable** 195:5 | 262:1 264:17 | 59:18 110:4,25 |
| **acknowledged** | 166:18,20 | **and/or** 302:20 | 265:13,19 266:8 | 243:11 299:3 |
| 321:13 | 214:15 | **angry** 246:17 | 269:13 270:6,16 | **appearance** |
| **acne** 165:21 | **afterward** 164:5 | **anniversary** | 272:8 273:21 | 299:1,8,24 |
| **act** 99:13 129:8 | **age** 4:9 18:8 | 195:16 | 274:14 276:19 | **APPEARANC...** |
| 233:7 245:8 | **aggravation** | **answer** 5:3 8:7 | 277:18,23 | 2:1 3:1 |
| 321:19 | 136:14,15 | 13:23 17:11,13 | 278:14 279:21 | **appeared** 107:23 |
| **acting** 37:17 | **ago** 16:14 26:19 | 19:7,17 20:7 | 283:25 284:13 | 272:11 321:12 |
| 39:18 46:13 | 30:22 34:15 | 22:20 40:22 | 286:3 296:3 | **appearing** 46:3 |
| 101:22 | 246:7 289:10 | 44:25 49:5 | 301:22 302:6 | **appears** 142:20 |
| **action** 149:14 | **agree** 64:20 95:7 | 52:15,21,24 | 309:10 311:11 | 190:5 197:18 |
| 323:25 | 124:17 146:10 | 53:2,5,12 54:5 | 312:12 314:19 | 203:1 209:18 |
| **active** 7:15 17:2,4 | 154:2 270:9,14 | 54:12 55:1 | 317:1,8 318:24 | 213:10 217:18 |
| **actual** 201:9 | 270:21 296:24 | 59:21 60:16 | **answered** 52:16 | 243:6 255:23 |
| | **agreed** 95:6,8 | 61:10 74:24 | 53:3 | 292:12 |
| | 147:20 225:24 | 76:17 77:21 | **answering** 162:9 | **appease** 97:24 |

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787   www.cefgroup.com   fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

appetite 226:16
appreciate 61:15
  83:14
approach 46:18
approximately
  51:17 194:25
  251:2 273:13
April 28:14,18
  29:10
area 19:12
  152:25 174:8,14
  193:4 204:22
  205:9 214:22
argue 81:5
arrange 125:9
arranged 108:6,7
  134:18
arrangements
  30:14,19 101:19
  103:8
arrest 39:25
arrested 76:22
  192:19
arrive 219:3
arrived 220:8,24
arrives 41:11
asked 37:13
  43:23 55:7,15
  55:18 56:17
  57:2,13 60:22
  65:11 72:20
  78:2 80:21 81:4
  82:4,8 86:19
  95:3 97:18
  174:12,24
  225:23 229:16
  229:19 240:12
  240:24 245:19
  275:7 279:7
  281:11,21 285:9
  290:4 306:8
  316:10,10
asking 13:17,23
  13:25 62:1
  63:13 75:4
  97:21 112:21

160:22 162:6
176:21 187:22
188:6,21 238:20
239:2,3 244:11
296:18
asks 55:8 67:23
  88:16 128:9
  129:20 132:6
assessed 107:4
associated 53:24
assume 13:24
  38:8 54:1 137:7
  153:4 238:24
  239:3 250:15
  253:18
assumed 305:6
assuming 151:18
  243:15
AT&T 201:12
  251:3,11,15
  306:14 307:8
  311:18
ate 222:3,4,21
ATM 226:4 227:6
  227:13,19,22
  229:2,7,9
attempt 62:6
attempted 35:4
attended 193:20
attention 259:13
attorney 163:4,6
  200:25 280:12
  283:5,7,18
  284:16 286:20
  287:2 323:23
attorney's 280:17
attorneys 160:18
August 194:18,23
  194:24 273:9
Aurora 126:19
  305:16
authority 148:8
  148:23 165:16
  168:15 175:6,8
automatic 93:10
automatically

295:2
Avenue 2:6,22
  6:9 27:1 192:13
Avery 14:2
  160:21 284:16
avoid 14:20
avoiding 121:15
aware 31:9,16
  78:21 168:25
  179:7 224:20
  259:3 285:1

## B

B 187:14 297:19
back 22:24 23:13
  50:15,20 51:6
  58:7 63:12
  78:16 84:1,3
  85:7 97:4 109:2
  113:9 127:8,13
  127:15,18 128:2
  128:4 141:12
  155:16,17
  164:20,23 165:3
  167:23 170:12
  178:4 179:19
  196:5,14 197:18
  197:23 198:3,9
  200:6 214:17
  227:21 228:20
  234:2 241:21
  242:15,24 262:6
  299:25 300:2
  305:19 313:6
  317:18
backseat 237:16
  253:25
bad 56:10 290:16
  290:21
badge 87:6,18
banana 293:17
bank 68:23 70:9
  70:15,25 71:2,3
  71:5,10 72:18
  73:21,22,23
  75:22 81:25

82:8,12 83:1,4
83:10,13,15
86:8 146:19
147:9,14 223:25
224:7 225:10
261:8
bar 24:22,24
  105:5
based 44:11
  182:1 189:1
Basically 92:19
basis 7:13 19:21
  35:21 304:15
bathing 270:18
bathroom 119:19
  138:19
battery 41:22
Beachwood
  105:18
beautician 16:9
began 89:19
beginning 4:4
  141:13 242:16
  247:22
behalf 2:3,10,18
belief 42:9 44:12
believe 13:3,5
  32:6 38:1 59:1
  59:12 66:4
  68:18 71:3
  72:11 79:13
  105:8 136:24
  145:14 155:24
  172:1 184:21
  185:5 186:9
  187:10 202:23
  203:11 228:13
  245:13 247:18
  257:19,20 262:3
  269:5 277:25
  291:12 302:19
  302:25 303:25
  304:22 305:11
  305:14
believed 148:13
belong 12:9

belongs 11:6
belt 77:15,22
  78:7,10 235:19
Berea 110:17
best 5:1 65:19
  66:21 84:11
bet 122:12,13,19
better 154:1
beyond 63:1
big 207:19,22,23
  215:18 299:11
  306:19,20
bikini 271:4,24
bill 144:17
  179:21 223:4
bills 142:6 144:10
  228:11 319:4,9
  319:11,19
bit 42:2 143:3
  181:9 201:9
  264:7
black 48:16 92:25
  93:2,15,16
  238:10
Bless 266:17
block 70:8 257:9
  257:10
blocked 253:15
  256:9 257:8,12
  258:18
blue 238:7,7
bluntly 224:17
boggling 316:1
bono 319:23
booth 16:4 221:8
  221:9
bottom 132:13
  187:17 189:2
  197:17 293:9
  297:17,18
  298:25 306:16
bought 230:24
Boulevard
  249:17
box 59:18 222:24
boxes 58:12

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**boy** 18:6,7
**bra** 270:12
**Bratenahl** 191:16
**break** 5:6,7 62:14
  119:19 138:12
  138:17,19 141:5
  141:11,19
  153:24,25 181:4
  242:6 317:15
**breakfast** 60:14
  60:23 62:2,10
  62:23 63:8,9,14
  63:15 66:20
  151:23 155:9
  217:2 222:2
**breathing** 185:17
**briefly** 315:1
**bring** 102:22
  163:2 181:11
  240:4
**bringing** 135:20
**brings** 42:17
**broke** 253:24
  317:15
**Brooks** 280:18
  282:21 284:15
  319:14
**brother** 140:7
**brought** 154:16
  224:14,15
  229:13 258:22
**Bugs** 29:1,2,3
**building** 2:21
  205:13
**bulk** 183:10
**Bulkley** 2:21
**Burner** 288:11
**business** 6:22
  7:20,23,25 8:4
  9:22 10:1 11:14
  22:6 42:23
  169:13 177:21
  283:1,13 286:5
  309:2
**busy** 132:3
**button** 228:5

**buy** 82:22
**buying** 265:16
**buys** 83:11,25
**BY-MR.MCL...**
  4:15 141:17
  302:17
**BY-MR.STRA...**
  181:15 187:5
  242:19 284:17
  315:4

**C**

**C** 15:21 18:15,20
  28:8 41:1
  292:23
**Cadillac** 199:8
**call** 8:9,17 9:15
  12:17 30:20
  34:6,6,12 39:6
  52:14 54:15
  76:22 78:23
  79:1,9 86:13
  102:3 109:13
  114:20,24 116:6
  116:8 127:8,11
  127:13,15,18
  128:2 130:17
  133:10 138:5,9
  143:10,16
  144:13,20 145:3
  145:9,16,25
  152:9 154:23
  155:2 174:15,17
  176:20 178:7,10
  179:2,5,20,24
  195:17 202:10
  202:13 203:2,5
  204:24 206:15
  206:20 209:15
  210:1,4,8
  212:18,20 213:7
  213:8,9 215:25
  216:2 217:5,8
  217:11,12,14,15
  217:19,24
  218:20,24 219:9

219:9,13,19
220:12,17,22
230:14,17
243:21 249:19
264:12,22 270:3
288:10,18
304:19,20
307:11 311:8,20
311:23 312:10
313:7,13 314:18
**called** 4:9 12:14
  15:17 34:11,14
  34:17 39:4,22
  41:25 49:18
  52:2 53:19
  58:14 96:20
  99:12 109:12
  112:6 113:3,5
  115:21,25 116:1
  120:16 127:10
  127:12 151:1,3
  151:5 152:15
  160:7,10 179:17
  179:19 197:10
  202:19,22 203:7
  204:3 213:10,14
  213:19 216:3
  218:3 235:22
  243:22,23 244:1
  244:3,6,9,13
  262:24 286:11
  288:11 303:20
**calling** 55:16
  56:17 61:7
  101:21 103:5
  124:23 150:11
  152:11 155:19
  174:1,2 180:15
  180:16,19,21
  195:25 210:18
  210:22 240:23
  253:20 257:11
  282:20 291:5
  312:7 313:10,19
**calls** 8:12 12:23
  31:25 32:9 33:9

33:11 50:8,19
52:15,17 53:17
100:20 105:12
124:11 127:17
137:21 138:2
142:3,18 143:6
151:13 176:13
176:17,18 179:8
180:6,9,13
201:2,10,25
202:2 209:20
210:7,12,17
212:24 213:2,5
214:13 216:12
216:14,20,24
226:7 243:7,17
246:22 253:16
255:23 256:9,24
257:14 258:4,9
258:18 263:14
264:3,9,20
265:2,7,11
266:6,13,20
314:2,5,10,12
**calm** 46:24 47:3,4
  48:3,14
**capital** 18:15,19
  18:19
**caption** 295:18
  321:2 323:20
**captioned** 321:15
**car** 20:22 22:13
  37:16 39:13
  41:23 46:5
  47:24 50:7,24
  69:11,14,15,17
  69:19,24 70:1,3
  70:4,5,7,12,12
  79:22 80:1,8,13
  81:11 82:10
  83:6,15,16,22
  84:4 85:8,21,22
  85:23,25 86:2,8
  87:25 88:16
  90:8,12 91:3,4,5
  94:12 97:4,4

104:23 117:24
139:9 158:1
171:12 203:12
204:2,10,16
226:2,3 227:9
227:10,18
228:21 229:9
231:25 232:14
232:22 241:6
244:16 259:23
260:24 261:1,12
263:3 278:3,23
279:1,2
**car's** 277:4
**card** 7:25 106:13
  194:4,4,6
  197:19,24 198:3
  198:5,7,10,12
  198:18 223:6
  276:24 283:2,13
  286:5
**cards** 7:20,24
**care** 67:6 147:4
  182:13
**careful** 218:6
  219:21
**cargo** 236:17
**carries** 175:14
**carry** 207:6
**case** 1:8 11:16
  12:2 40:17 72:7
  74:6 142:6
  158:25 162:23
  172:9,15 181:8
  183:5,23 187:16
  196:15,19,20
  198:22 199:13
  199:22 224:23
  251:24 252:23
  254:19 255:18
  258:8 321:2
**cases** 65:11
  187:11 190:11
  190:12 205:2
**cash** 107:7
  111:11,16,18,20

**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

111:21,22,22,25
112:1,1,6 114:9
114:15 223:7
289:17
**casino** 22:15,17
24:2
**catch** 254:19
**cause** 149:14
150:23 172:18
323:11
**caused** 148:5
166:5 195:11
306:19
**causing** 170:23
**CEFARATTI**
321:1
**cell** 6:13 8:4,13
9:16 10:6 12:17
32:1,9 33:25
39:6 53:20
70:20 86:4
143:7,11 144:14
144:22 177:23
178:11 179:4,5
179:8 180:9
182:2 202:23
260:13 263:2
310:10 311:14
312:25 313:10
313:19 314:10
314:13
**cellular** 288:21
**cemetery** 44:4
**Center** 199:13
**certain** 108:1
231:12 305:10
305:13
**certainly** 117:24
186:25
**CERTIFICATE**
323:1
**certified** 4:12
**certify** 323:8,18
323:22
**Chagrin** 105:17
135:8 303:4,6

303:21,22,23
304:4,5 305:16
305:19,20
**chain** 318:12
**chance** 119:20
158:20
**change** 35:7
57:25 58:4,6,10
58:13,16 59:25
60:18 63:5
65:16 66:1,22
66:25 110:1,4
223:10 224:5,21
235:15 299:20
299:22
**changed** 8:1
59:17 201:16
307:24
**changes** 154:16
**changing** 317:24
**charges** 172:22
**Charlie** 171:13
171:18,20 277:5
**chase** 77:11 199:7
**check** 300:1
**checked** 58:11
299:24 300:11
301:2,19,23
**checking** 167:23
**checkmark**
122:19,21 123:1
299:12
**Chicago** 192:3,5
192:10,15 193:2
193:3
**child's** 172:24,25
196:7 197:8
247:20
**children** 18:2
167:19
**choosing** 75:19
**chose** 21:14
**chronological**
200:15
**church** 105:5
**circle** 299:12

**citation** 147:4
151:6,14 199:16
278:7 298:5
299:17,19
301:16
**cited** 155:3
**citing** 151:2
**city** 1:10 2:18
40:10 106:19
159:5,22 181:8
182:23 183:3
184:5,9 192:14
258:25 282:8
283:6,19 284:7
284:22 285:19
286:19,22,24
321:3
**civil** 4:10 163:2,6
163:7,19 172:15
258:21 259:3
324:4
**claim** 4:23 156:12
186:8
**claimed** 54:17
164:6
**claiming** 183:18
184:5 266:4
**claims** 7:14 31:10
31:17
**Clair** 55:21 56:25
71:7 85:17
203:10 205:9
214:24 227:5
288:6
**clarify** 181:24
**clear** 4:25 5:1
38:5 72:22
87:17 258:3
260:1 273:24
274:2,4 286:13
**clearly** 128:22
154:9
**Cleveland** 2:7,23
6:10 15:16 16:6
19:11 27:4
28:10 40:12

44:5 48:17
105:23,24
106:21,23 107:7
108:7,9,10,14
109:4 118:3,4
172:9 191:17
193:4 196:21
198:23 199:14
199:22 214:18
215:9 251:23
252:23 253:25
280:20 319:5,10
319:15
**client** 294:1
**clients** 140:4,5
**Clifton** 199:5
**climbed** 93:24,25
241:21
**Clinic** 191:17
**close** 62:8 147:4
203:15 204:20
231:6
**closest** 245:25
**closing** 275:22
276:1
**clothes** 89:2
108:16,19,25
237:13 270:17
**club** 24:22
**CMB** 127:5,7
128:1,5,10
129:21
**coded** 258:1
**coerced** 316:2
**coffee** 222:5
**cold** 82:3 226:24
**Cole** 3:5 160:7,7
161:6,14,23
280:4,13 281:5
281:6 282:20
283:9,12,16,22
286:11
**Cole's** 182:19
283:1
**collar** 238:13
**colleagues** 166:13

**college** 193:13
**color** 238:4,5,7,8
258:1
**colors** 257:4
**column** 310:15
**come** 27:19 38:11
39:7 43:19 44:1
50:8 54:21 55:9
56:16 60:25
85:23 93:20
102:20,21
106:10 121:25
122:6 128:18,25
129:4,18 130:1
151:15 152:6,16
152:20,21
153:12,22 155:9
159:21 174:8,9
174:12 183:8
185:13 186:11
200:5 205:10,11
212:9 216:6
217:1,2 218:12
229:13 235:3,4
235:10 284:21
284:22 286:14
289:7 299:25
300:2 305:19
309:19 312:17
312:24 315:11
**comes** 50:15,20
53:16 84:1,3
91:1 165:19
177:8 183:11
186:20 212:19
**comfortable**
156:25 215:4
232:18 266:25
**coming** 22:15,21
34:7 50:17
98:24 134:24
174:4,6,13
199:5 256:12,15
315:14 317:18
**commander** 3:5
160:7 161:5,14



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

161:23 162:5,6
182:19 280:3,13
281:6 283:1,8
283:12,16,22
**commander's**
162:10
**comment** 38:8
41:16 44:12
67:3 73:1 80:10
304:24 305:1
**commission**
321:25 324:18
**commissioned**
323:7
**communicate**
134:2
**communicating**
39:15 134:1
250:16
**communication**
13:25
**communications**
13:18 160:23
284:13
**community** 99:11
105:21 106:4,12
107:8,12,19,24
108:23 315:12
**company** 22:10
141:18
**Compass** 25:11
233:1,2
**compensate**
225:4
**complained**
159:17 286:20
**complaint** 146:23
147:20 158:11
**complete** 138:1
**completed** 137:21
**completely**
182:25
**conceivably**
153:24
**concern** 46:14
76:12 167:25

186:4 210:21
308:25
**concerned** 76:7
163:23 229:23
268:18 282:3
**conclude** 304:16
**concluded** 304:11
**concludes** 124:4
**conclusion**
125:17
**condom** 80:22,24
81:4,16 82:11
82:22 83:11
84:1 95:25
228:24 229:5,13
229:20 230:24
231:1 234:5
235:6 239:10,24
**confirm** 101:23
**confirmation**
165:14
**confirmed** 155:14
**conflicts** 133:2
**confused** 7:7
**confusing** 189:24
**cons** 76:21
**consent** 152:8
**consider** 195:25
265:22
**constantly** 167:23
**contact** 31:6
51:23 121:15
208:1 269:3
318:8
**contacted** 110:25
**contain** 254:14
**contending** 202:9
216:18 255:15
256:8 266:11
300:6
**content** 270:4,8
**contest** 158:17
**context** 188:9
**continually**
132:24
**continue** 121:17

161:2 181:25
305:5 307:22
318:21
**continued** 3:1
141:15 150:10
176:12 254:2
302:15 315:2
**contract** 324:3
**contractor** 16:3
248:25 249:1
311:6,7 312:6
**contractor's**
311:3
**convenient** 10:24
**conversation**
42:11,18 45:16
60:21 62:22
64:2 65:5 66:21
68:2 69:10,25
73:4,21 74:1,5
74:19 82:18
84:7 86:18 95:2
135:4 159:13
161:11 174:21
179:15 196:11
196:12 204:15
228:24 241:2,4
241:8 281:4
282:19 318:14
**conversations**
99:22,24 101:5
102:17 103:4
199:25 265:23
266:3 317:19
**conveying** 133:18
**Cook** 192:16,20
**cop** 37:17 48:8,14
48:16 76:24
139:25 151:1,5
151:13 207:15
207:17 213:14
218:3
**copied** 201:5
**copies** 13:4
**copy** 33:6 58:8,18
58:21 177:22

189:23 199:12
200:10 297:14
300:17,24
309:25
**core** 172:18
**corner** 189:2
**correct** 8:14 9:14
12:6 20:23
21:12,16 23:10
27:3 28:20 30:4
31:15,19 35:12
37:2 38:18,22
41:14 42:15
43:7,15 44:15
45:14 50:25
54:3 55:5 59:22
60:1 62:12
64:15,15 74:4
74:13 87:4,4,24
88:3,20 89:11
97:5 98:15
99:18 101:12,17
103:3 106:18
107:10,14,15,21
109:7 111:3
112:7,10 113:4
114:16 115:2,7
115:18 116:25
119:13,16
121:19 128:24
129:1 130:23
131:3 141:22,25
144:6,7 145:4,5
145:6 146:20,21
147:5,10,16,23
150:16,22 152:3
158:8,9,13,14
161:12 166:23
167:7 171:23,25
174:23 177:1
179:16 180:25
182:4 191:19,20
195:2 197:11
198:6 200:11,12
200:23 202:10
202:11,16 204:4

208:23 209:6
210:10,25 213:6
217:16,17
218:17,18,21,22
219:1 220:19
223:22 224:1,12
224:18 225:2,11
225:17,18,21,25
226:1,4 227:11
227:12,14,15,16
227:17,22
228:21,22
229:10 230:6,9
230:12,15,18,22
231:6,25 232:11
232:12,19,25
233:3,4,8,9
234:15 235:7,20
239:22,23,25
240:1,2 243:14
244:17,18
248:13,14
251:25 252:11
252:12 254:5
256:6,10,13,17
256:24 258:6,24
260:4,5,7,8,10
260:11,15,16
261:20,21
262:10,21,25
263:1,4 265:2,4
265:8,11 266:9
267:1,5,24
268:2,3,5,14,15
268:20,21,23,24
269:21,24 270:4
270:25 271:12
271:14,20 272:3
273:14 274:12
275:17 278:17
278:24 279:6,9
279:15 280:4,8
280:14 281:13
281:23 282:5,6
282:9 283:2,3
283:11,14,15,19

283:20,23 285:3
285:10,15,21,22
286:12 287:5
293:13 294:24
295:6 296:12,16
296:17 298:6,9
298:10,15,16
299:15,17 300:1
300:3,9,24
301:17,18,20
304:14 305:7
309:12,15
317:20 318:1,4
318:9 319:16,17
323:16
**CORRECTION**
322:2
**corrections**
321:16
**correctly** 56:14
150:3 304:3
**correlate** 133:22
**correspondence**
256:5
**costing** 168:19
**costs** 107:3,8
**counsel** 160:21
163:19 323:23
**counted** 209:19
**counter** 221:8
**counting** 258:13
258:16
**County** 191:25
192:16,20 321:9
321:11 323:4
**couple** 13:8 35:22
96:5 119:24
125:2 196:18
211:15 235:11
246:21 277:9
302:14
**course** 155:23
156:16 182:16
**court** 1:3,23 4:7
5:3,12,25 6:25
7:22 13:13

14:17,22 26:4
35:6,9,11,16,16
58:15 59:19
106:8,24 107:2
108:8 110:4,12
110:25 111:2
118:17,20 119:5
140:14,17,21,21
140:22,24 141:1
151:8 154:20
158:16,19
190:11,12 196:9
253:12 273:7
291:1 324:1
**cousin** 205:19,20
206:4 207:6,9
207:19 208:5,13
218:20 230:14
248:10,12 302:1
**cousin's** 248:9
**Cove** 28:5,6,13
**cover** 181:10
**covered** 181:11
**crazy** 66:7,7
250:10
**credible** 148:9
**credit** 223:6
276:24
**criminal** 163:17
190:16,20,21
251:24 280:12
280:16,20 319:4
319:16,19
**cross** 197:4
205:12 206:19
**crossed** 66:11,14
**crossing** 66:17
**crossroads**
119:11
**culminating**
138:3
**current** 57:9
177:13 309:16
**currently** 36:20
**curves** 44:8
**cut** 92:14 132:13

**Cuyahoga** 191:25
321:9 323:4

———————
**D**
———————
**D** 2:20 294:11
306:1 324:4
**da** 48:1,2,2
**daily** 35:21
**damages** 162:15
167:9
**damaging** 266:5
**dash** 86:23 92:20
236:4,9
**date** 4:2 35:6,9
132:21 143:4
144:18 194:12
291:11 296:13
321:5
**dating** 194:20
**daughter** 252:19
253:1,4,24
256:10,11
**daughters** 253:20
**Dave** 3:6
**day** 35:15,16,24
58:15,15 71:15
110:12,24
120:13,16 124:7
125:11 127:4,5
128:9 131:9
132:5 148:16,18
148:25 155:3,20
158:6,7 166:24
167:19 198:12
198:16 206:14
208:15 246:23
247:18,24
248:19 249:7
316:15 321:23
324:6
**day's** 124:4
**days** 19:19 33:9
200:18,18 201:4
**daytime** 262:5
**dead** 41:23
**deal** 234:10

**December** 172:12
**decide** 63:19
73:13,16 75:21
91:14 162:13
163:1
**decided** 54:12
84:20 217:9
218:16,19,24
223:24 271:8
**deed** 321:19
**deep** 251:22
**defendant** 2:10
2:18 184:8
190:16,19,20,22
191:1,2 299:1
**Defendants** 1:12
**Defendants'**
11:20,25 181:17
187:14 292:17
292:22 294:5,10
297:6,11 308:11
309:22
**defined** 324:3
**definite** 103:12
**definitely** 60:17
170:25
**Dell'Anno** 1:23
323:5 324:12
**department**
129:4,7,14
158:13 163:18
262:7 280:14
290:18,22
**DEPONENT**
321:4
**deposed** 4:12
**deposition** 1:14
11:20 181:17,25
182:20 189:18
292:17 294:5
297:6 308:11
320:8 321:5
323:19
**depositions** 61:10
**Depressed** 167:14
**depression** 169:3

169:24
**describe** 93:5
292:1
**described** 46:3
**detail** 201:9
**details** 109:11
**detective** 165:8
**devil** 169:9
**devious** 45:24
**Devon** 205:24
206:1,9 301:24
302:4
**dial** 8:22
**difference** 93:6,9
307:12
**different** 11:1
16:4 36:10
73:13 108:16
143:5 144:11
148:20 165:13
191:18 198:5
248:12 257:3
261:9 284:19
307:6
**differently** 30:18
**difficult** 14:23
190:23
**direct** 259:12
**direction** 8:16
73:13 231:13
**directions** 288:8
**directly** 108:6
180:4 242:24
295:3
**disappears**
292:12
**discovery** 171:22
183:21 185:5
187:15 260:12
**discuss** 63:20
216:23
**discussed** 101:16
223:13,16 224:9
**discussion** 101:6
182:12 231:17
241:23


THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 – 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 – 330.253.8119

discussions
  101:11 182:20
disease 254:25
disguise 145:15
disgusted 318:3,5
  318:6
distress 167:12
DISTRICT 1:3,4
DIVISION 1:5
DM 273:3
document 186:25
  187:23 188:7
  189:5 190:6,6,7
  193:23 197:17
  197:17 198:11
  198:17,20
  200:10 201:24
  209:12 259:19
documents 183:4
  183:10,16 184:2
  184:17 185:6,8
  186:6 188:18,22
  190:5 255:8
  257:23
Dodge 261:10
doing 47:19 87:1
  90:6 95:21
  99:11 105:21
  106:4 184:4
  225:20 233:11
  245:14 272:1
  285:5 293:16
  315:12 319:23
dollars 115:5,11
  115:16 146:20
  147:1,8,9,15
  156:13 228:10
  229:24 260:6
donate 108:16
door 70:5 86:2,17
  152:22,22
  153:13,14,16,25
  205:14
doors 108:11
doorstep 282:24
downloaded

289:12,12
downtown
  192:12
dozen 209:19
drawing 44:21
  45:2 125:18
dreadlocks
  272:13
dress 233:19
dressed 88:23
  242:3
drink 24:23
  226:21
drive 21:6,14,14
  21:23 22:2
  38:12,13,14,15
  38:16 51:4 52:3
  52:8 73:12
  75:19 76:23
  97:6 98:3 119:7
  184:24 199:1
  214:17 218:24
  226:4,7,10
  230:3,8 278:3
  278:11,22 279:1
  279:2,7
driver 277:4
  278:3
driver's 21:19,24
  38:17 90:7,24
  91:9 93:18 94:1
  241:13,16,20,25
  278:19,24
drives 51:1 73:10
  82:19,21 83:3
  85:10 98:4
driveway 199:4
driving 20:25
  21:4,8,8,10,18
  21:19 22:13
  25:8 39:13
  82:25 86:8
  192:23 203:11
  205:5 210:20,24
  214:14 215:2,3
  215:5 220:22

278:8 316:5
dropped 43:24
drove 25:5 38:24
  90:22 147:14
  227:13 242:24
drugs 56:9
  226:18
due 199:1 291:4
DUI 170:20
  191:11 194:19
  199:1
DUIs 191:12,14
  191:19,22
duly 4:11 323:7,9
duplicate 189:22
Durango 261:10
duration 143:5,9
  179:13
duty 77:14,22
  78:7,10 260:18
  260:18 261:23
  261:23 262:2,21
  262:25

─────────
        E
─────────
E 5:15 15:20,20
  18:15,16,19,20
  28:8 41:1,1,1
  171:22 297:12
e-mailed 13:7,11
earlier 22:25
  208:20 212:16
  214:13 302:18
  306:9
early 99:8,16
  109:3,16 155:3
earn 19:14
Earnings 156:15
East 29:5 40:12
  126:7 172:9
  198:23 199:14
  199:22 251:23
  252:22 280:20
  319:4,10,15
EASTERN 1:5
easy 169:1,13

eat 222:11 226:13
  276:16
eating 223:21
  226:15 293:17
Eats 105:24
ectopic 170:21
effect 42:13 74:9
  76:3 80:11
  172:19
effort 264:14
  301:9
efforts 283:17
eight 16:17,18
  219:9,13 247:6
either 10:5 51:24
  60:18 72:8
  79:25 95:13
  128:6 151:20
  212:23 223:8
  284:14,23
  323:24
ejaculate 234:23
  234:25
ejaculates 239:24
  240:4
elapsed 178:12
elected 215:8
eligible 107:11
ellipsis 130:5
  133:2
else's 278:8
Emerson 23:3,12
  30:7,25 38:23
  39:2,7,11 41:3
  41:20,21 42:4
  42:10,14 45:9
  45:13 50:8,15
  50:19,21 208:19
  208:22,25 209:3
  209:7 210:25
  213:16,20 215:9
  215:12 216:13
  217:16,23 219:9
  219:14 220:12
  220:15 230:17
  243:7,17,21

272:10 277:20
  277:21 279:7,8
  294:2 297:2
Emerson's 23:15
  23:17 24:11
  30:19 37:10,12
  37:15,19 38:21
  38:24 41:11,17
  41:25 42:12
  44:17,22 50:19
  212:4,11 214:9
Emery 24:4,5,5
emoji 120:25
  121:22 122:11
  122:20 133:12
  133:14
emojis 121:21,23
emotional 167:11
empathic 131:7
employed 5:21,23
employment 15:7
encounter 242:21
  243:15,20
  274:18,25 275:5
  318:9,22
ended 47:7 62:4
  204:15 212:9
  241:16
ends 50:16
enforcement
  168:1 199:19
ensure 284:5
entire 235:12
  251:4
entirely 115:8
entirety 187:14
  188:6
entry 300:18
  301:14
erase 34:24 35:1
  245:8 254:12
erasing 34:21
erect 240:10
errata 321:16
  322:1
especially 168:14

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

259:9
**ESQ** 2:5,12,20
**essentially** 112:22
143:4,9 178:12
180:8 225:9
226:24 233:6
266:4 274:9
318:19
**et** 1:11 321:3
**ethical** 282:15
**Euclid** 2:6,22
**evening** 31:11
46:20 109:17
117:9 160:8
198:25
**evenings** 125:5
**event** 120:8 147:3
151:17 178:6
253:22 323:25
**events** 7:13 29:14
30:3 32:16 98:8
159:24
**eventually** 62:21
88:12 97:15
134:21 249:6
282:7 287:4
**everybody**
187:13 212:4
**evidence** 139:18
139:19,23
140:12,19
263:11,13 264:1
**evidenced** 107:17
**exact** 143:8
250:11
**exactly** 188:22
207:2 232:21
292:5
**examination** 4:9
4:14 141:15
181:14 302:15
315:2
**example** 144:3
**exchange** 68:3
72:23 121:17
245:7

**exchanged**
127:17
**exchanges** 176:13
**exclamation**
131:4,25
**excuse** 168:16
**exhibit** 12:1
98:14 109:2
181:22 187:14
292:23 294:11
297:12 306:1
309:22 313:5
**Exhibit-A** 11:21
**Exhibit-B** 181:18
**Exhibit-C** 292:18
**Exhibit-D** 294:6
**Exhibit-E** 297:7
**Exhibit-F** 308:12
**expect** 136:3
183:16 309:5
**expected** 286:19
**experience** 140:6
**experiences**
290:17
**expires** 321:25
324:18
**explain** 133:5
143:3 190:8
264:6 295:25
306:24 316:7
**explained** 247:17
**explaining** 37:16
55:23 140:5
**explanation**
148:12 180:1,11
312:16 314:9,14
**explicit** 253:5
**explicitly** 266:12
**express** 46:14
**expression**
136:10
**expunged** 315:16
315:20
**extremely** 318:5
**eye** 36:2,14 45:25
165:18 292:2,7

292:8
**eyes** 121:25
279:24

---

**F**

**F** 15:20 309:22
311:16,19 313:5
**face** 44:22 137:12
**face-to-face**
234:10
**Facebook** 9:22,24
38:3 44:14,23
45:4 294:15,17
294:24 295:3
296:22 302:21
308:4,21
**facing** 94:16
158:2
**fact** 75:18 85:12
107:16 115:3,25
128:9 175:7
206:12 215:3
266:14 296:23
316:21 317:20
**fair** 14:5,8
**fake** 303:8,25
304:13,17
**fall** 54:23 71:13
**Falls** 303:5,6,21
303:22,23 304:4
304:5 305:16,20
305:21
**familiar** 295:11
**family** 140:8
**Fanatics** 15:18,20
15:23 16:20
**far** 159:19 222:20
309:1 313:6
**fashion** 69:2
141:25 193:15
193:19
**father** 19:4 50:16
50:19,22 140:8
247:4,20 252:20
**father's** 253:6
**fault** 47:12 48:13

**fear** 136:10,13
147:22 148:6
149:19 150:14
150:24 166:15
167:1,25 168:17
169:3,23 170:5
**feared** 148:11
**fearing** 148:2
**February** 201:21
**Federal** 4:10
**feel** 42:5 48:9
156:18 167:17
169:4 175:25
**feeling** 76:6
**feet** 82:3 215:22
**fell** 47:4,10 48:22
**felt** 46:11 62:8
77:4 116:3
160:6 175:15,17
175:21 232:18
266:25 271:17
286:14
**female** 279:14
298:4
**field** 298:12
299:7
**figure** 165:16
168:15 264:2,23
265:1 286:18
291:6 296:19
**figured** 113:18
154:25 196:12
**figuring** 264:15
**file** 157:5 185:12
321:1
**filed** 4:20 172:21
183:22 184:15
184:18
**filing** 275:1
**final** 185:21
**finally** 138:1
164:4
**find** 77:24 109:23
301:9,12 309:6
**finding** 309:1
**fine** 78:6 85:3

119:24 182:8
183:14 242:25
291:2
**fines** 107:3,7
118:22 190:11
**finish** 97:9
119:23 242:7
**finished** 239:11
239:16 241:15
**firm** 104:6 324:2
**first** 4:11 13:9
16:1 23:4,6
40:24 52:21
53:19 60:11
65:23 68:21
90:21 91:21
98:13 104:24
125:3 134:3
148:21 159:13
173:10 176:19
176:20 181:21
187:22 188:5
189:3,5,23
190:1,4,5
191:15 201:16
202:13,18
208:12 211:15
212:18 220:25
223:13,18
224:17 225:6
233:6 234:10
237:23 247:21
262:19 282:18
285:17 289:5,7
290:3 299:24
313:7
**five** 18:9 178:9
251:19
**fix** 57:19 59:24,24
61:1,4,16 65:1
67:4,22 72:4
74:6 151:16
155:5 249:3
**fixes** 249:2
**flares** 165:19
**flip** 187:24 189:8



1.800.694.4787 www.cefgroup.com fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

189:11 193:23
**flipped** 200:13
**flirtatious** 279:18
**floating** 178:19
**Floor** 2:21
**floorboard** 94:12
  94:16
**fluctuated** 262:12
  262:14
**focus** 162:22
**follow** 67:15 68:5
  68:10,22,25
  69:20 70:15,24
  72:25 73:14,16
  73:20 75:21
  77:6 79:21,25
  80:4,7,10,12
  81:9 82:8 83:18
  84:9,13,16,21
  85:3,12,14
  186:15,16
  231:20 252:14
  310:8
**followed** 68:23
  70:8 83:17
  114:13 146:18
  215:1 227:16
  230:20 261:2,7
**following** 37:23
  44:13 81:8
  105:9 124:7
  198:24 204:8
  282:21 303:24
  304:11
**follows** 4:13
  146:24
**food** 106:13
  107:13,17
**foot** 42:5
**force** 36:24
  173:19,24,25
**forced** 173:20
**foregoing** 321:17
  323:15,20
**Forest** 192:13
**forgive** 112:11

303:12
**forgot** 111:7
  112:23 138:25
**form** 7:13 186:22
**formal** 281:7
**formed** 44:12
**former** 259:7
**forth** 183:5
  185:14
**forward** 8:3,8
  9:16 32:9 33:2
  33:24 123:13
  183:11 282:1
**forwarded** 8:13
  31:25 33:10,11
  311:20,22
  313:14,23 314:2
  314:5,10
**forwarding** 32:22
  288:11,18 311:8
  312:9
**found** 162:18
  169:14 170:21
  196:15 231:10
  296:7,10,19
**four** 15:9,9 25:19
  25:24 26:6,8
  42:24 53:9
  100:7 144:10
  163:21 217:19
  217:24 251:13
  251:19
**fourth** 53:4,12
  54:11 211:11,16
**Franklin's** 1:19
  2:13
**frankly** 162:24
**freak** 45:25 49:13
**freaked** 46:22
**freaking** 47:2
  48:6
**free** 108:19
  321:19
**frequently** 10:7
**Friday** 108:1
**friend** 22:8 23:2

25:1 37:9 46:19
  208:22 210:24
  249:2 268:25
  277:1 311:6,7
  312:7
**friend's** 22:14,17
  22:22,24 23:1
  265:22
**friends** 30:24
  31:4 166:13
  245:25
**front** 59:11
  158:24 187:7
  198:9 204:1,5
  204:16 207:4
  229:6,8 237:16
**fuck** 135:14
  136:9 137:3
**full** 5:9 15:1
**full-time** 157:17
**funny** 273:22
**further** 323:18,22

---

### G

**G** 15:20
**Gallagher** 2:19
**gamble** 276:21
**games** 114:25
  116:3 121:2
  132:18 133:5,12
  133:23
**Garfield** 249:15
  249:17
**gas** 71:8 82:1,19
  82:21,25 83:2,4
  83:11,12,18,22
  86:10 227:2,4,7
  230:20 231:4
**genitalia** 253:6
**gentleman** 280:6
**getting** 10:25
  22:13 39:24
  47:12,22 103:11
  109:11 114:14
  116:5 131:11
  135:21 136:19

136:20 165:21
  176:24 183:1,9
  183:12 223:13
  264:1 270:1
  315:6 318:18
**girl** 18:6 21:17
  39:17 55:24,25
  56:1,4 63:4
  65:8,9,10
  210:19,24
**girlfriend** 96:10
  96:16 240:22
  241:5 273:3
**give** 19:20 50:8
  54:19 55:22
  57:21 60:10,12
  65:7 66:3 68:5
  71:19,23 73:17
  74:10 89:19
  99:14 101:22
  103:6,10 111:21
  113:20 116:17
  117:2 118:21
  119:11 133:4
  139:1 144:3
  147:7 155:25
  159:10 160:1
  161:6,17,22
  165:5 178:15
  185:16 194:5
  206:15,20
  227:24 229:23
  254:24 259:24
  263:4 267:13,18
  274:19 281:7
  291:7 308:15
**given** 115:5 137:8
  285:18 323:12
  323:17
**gives** 72:17 228:6
**giving** 72:5,19
  79:24 100:14
  101:15 102:1
  107:7 151:6,14
  188:9 259:23
  260:14 263:20

**glasses** 292:15
**GM** 113:10,12
**Gmail** 6:21
**go** 6:20 8:18
  11:18 12:25
  23:20 24:12
  30:14,19 47:14
  47:14 48:21
  50:2 57:20,24
  60:1,2 64:21
  68:11 69:20
  70:15 73:13
  80:25 82:22
  84:4,21 85:7
  92:13 94:23
  95:19,19,23
  96:22,23 97:3,7
  97:13,16 99:8
  102:17,24
  108:19 109:3,5
  109:15 111:1,2
  118:2,3,4,16
  120:21 123:13
  129:3,6 139:21
  140:13,22,24
  141:4,7 143:6
  151:8,23,25
  152:5 154:1
  156:17 158:16
  162:22 167:4
  170:1,7 180:6,9
  185:10 188:17
  188:19 190:1
  193:13 201:8
  203:22 211:21
  211:24 212:2
  214:7 215:9
  222:24 223:25
  224:3,7 225:9
  227:6 240:19,23
  242:10,20
  246:23 252:23
  274:22,24 275:4
  275:18,20 279:8
  282:21 284:20
  287:15 291:1

295:3 306:3
308:6,8 309:2
310:4 312:5
313:3,6,6,18
316:17
**God** 37:20 43:3
43:10
**goes** 6:18 42:4
72:9 83:1,10,22
83:25 97:4
114:1 165:20
183:24 199:9
295:9 303:12
**going** 4:22 8:23
34:18,23 35:1
47:15 57:24
58:6 62:14 63:5
63:19 64:24
65:1 67:4,6,21
69:2 72:4,9,20
74:14,22 76:4
76:12 77:24
78:18 79:1,8,9
79:16 80:25
81:3 82:1 84:16
84:21 91:15
99:13 102:5,25
103:6,10,12,25
107:2 109:1
110:3 111:16
112:5,20 114:9
114:25 115:9,17
118:12 129:6
135:10 136:16
138:13 140:15
141:6 143:2
144:1 149:16
150:25 152:14
153:2 157:19
160:15 161:17
162:14 163:2
167:1 168:14
181:2,9,21,22
183:9,15 185:16
186:1 188:25
189:8,9 196:1

199:11 200:9
206:10,17
211:18,20 214:2
216:4,11 218:1
218:2,8 219:16
219:23 223:24
224:21 225:9,16
229:16 231:4,12
231:18 240:25
245:20 246:23
251:22,23
254:18,24 255:4
256:4 259:12,24
261:5 267:8
274:11,17
279:11 285:5
289:16 292:23
293:22 302:11
306:23 313:25
316:6,19 320:9
**gold** 271:4
**gonna** 67:1
109:14 111:11
242:10
**good** 4:16,17
45:23 113:13,14
113:16 119:25
133:16,19
150:19 195:9
205:3 231:11
240:11,11 242:5
**goods** 108:17
**Google** 6:17,19
8:12 9:10 10:22
32:19 309:11,18
309:19 312:19
312:19,24
**gotten** 118:13
150:20 182:17
**graphic** 253:5
254:4
**Gray** 249:13
**greater** 113:19
**green** 257:6
**greeting** 197:19
**gross** 20:2

**ground** 42:21
181:10
**GROUP** 321:1
**guess** 42:2 58:2
89:7 96:20
100:24 128:7
161:21 178:3
182:24 185:23
186:4 230:3
235:21 240:21
244:11 255:23
274:8 282:14
284:1 285:6
288:5 291:2
**guessing** 127:20
199:17
**gun** 47:25 77:16
77:21 78:11
86:23 92:19,21
93:1,2 175:9,14
175:21 207:6
236:4,6,11
**guns** 93:3
**guy** 46:9 54:17
55:3 117:18
125:12 205:22
207:22 219:17
293:25
**guys** 156:19
168:24 203:17
223:23 229:4
231:16 234:8
235:15

**H**

**H** 5:15 19:10 23:9
41:1 171:22
**half** 25:21 29:9
237:3
**hand** 4:6 40:3
235:2 324:6
**handcuffed** 39:25
**handcuffs** 78:13
235:23
**handed** 146:25
292:21 294:9

297:10 298:20
**handing** 11:24
309:21
**handle** 268:8,10
**hang** 108:24
**hanging** 282:19
**happen** 49:16
150:25 152:19
163:24 165:15
282:4
**happened** 26:17
123:8,17 151:18
157:12 158:23
163:11,25
174:22 200:4,8
207:11 208:13
234:3 239:16
244:24 245:3
246:18 247:14
247:17,20,25
248:18 249:5
250:1,4 283:23
284:10 287:4
290:25 300:7
**happening**
124:12 136:25
**happens** 50:13
52:12 55:14
63:1 80:19
85:20 95:1 98:7
313:16
**harassed** 40:20
**harassing** 196:16
196:17 253:19
**harassment**
40:15,17 172:22
**hard** 240:12
315:21,24
**harm** 148:3
**he'll** 71:23 113:20
176:9 224:22
**he/she** 321:13
**head** 14:21 76:21
86:22 88:20
91:22 206:23
208:6 316:17

**headache** 315:14
**headed** 262:6
**health** 18:22,24
19:2 170:24
182:3
**healthy** 171:4,7
**hear** 10:13 14:23
111:13 140:2
165:24
**heard** 56:14
**heart** 167:20
**Heights** 1:10 2:18
4:21 15:16 44:5
158:12 159:6,16
159:23 181:8
196:21 214:18
215:9 253:25
259:1 260:24
261:11 280:14
282:8 283:6,19
284:7,23 285:20
290:17,22
291:18 321:3
**Heights'** 285:14
**held** 179:14
228:16
**hell** 195:17
**help** 5:3 65:1
66:18 75:1,10
76:19 147:2
168:25 214:1,4
215:23 218:7,9
219:25
**helped** 249:3
**helpful** 285:13
**helps** 61:12
**her's** 178:15
**hereinafter** 4:12
**hereunto** 321:21
324:6
**hey** 124:24
**hi** 54:17
**hide** 165:21,22
166:2 261:1
**high** 192:7 199:7
**highlight** 202:4


**Cefaratti Group** THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

255:16
**highlighted** 202:1
202:13 255:11
255:17 256:23
258:4
**highlighting**
257:3
**highlights** 258:1
**hire** 163:5
**hired** 163:4,18
**his/her** 321:14,18
**hit** 130:5,12
228:5
**hold** 16:8 92:8
110:8 171:3,6
189:21 291:9
**holding** 92:9
**Holly** 23:8 41:3
41:24 42:9 44:2
45:7 46:5 50:8
50:18 51:1 52:6
171:9,10,11
208:19,22 209:1
209:22 210:8,9
210:13 213:16
213:20 215:12
216:13 217:16
217:23 219:10
219:14 220:12
220:15 230:18
243:7,17,21
245:10,24 246:4
246:10,14,17
272:10 294:2
297:2 313:8,19
**Holly's** 23:12
30:7 43:4,6,9
51:20 52:5,9
209:3,7 210:25
215:10
**holster** 236:7
**home** 9:8 52:1,2,3
52:9 54:20 55:7
57:3 77:7 97:7
97:13 98:4,11
98:17,17 108:17

152:6 196:14
199:3 204:12
209:3 212:1,10
215:3,5 242:23
243:25 244:10
244:17 282:22
283:13
**honestly** 9:3
166:8 312:21
**hoodie** 77:3 87:8
87:13,14,19
88:1 237:6,19
237:21,24
261:18,19
**hope** 165:1
225:12
**hoped** 225:15
**hopefully** 199:21
**hoping** 198:21
**Horton** 19:8,10
248:5,6
**hot** 206:23
**hour** 51:12 62:14
**hours** 15:3
144:10
**house** 22:14,18
22:22,24 23:2
23:15,17 30:14
30:20 43:3,4,9
43:11,13 44:9
51:6,8,15,20
52:9 54:20 55:8
55:17 56:22
62:7 104:17
151:15 152:7,21
154:23 155:16
155:17 203:15
203:25 204:1,4
204:6,7,13,17
207:5 212:5,12
214:7,14 215:10
217:3,7 218:13
218:21,25
242:25 286:6,14
**houses** 249:2
**hundred** 115:5

115:11,15
146:20 147:1,8
147:9,14 228:10
229:24 260:6
267:24
**hung** 160:10
203:24 283:9
286:11
**hurt** 92:17
148:12,13
195:19 207:16
**husband** 52:6
**hush** 273:4,17,25
274:4,7 275:8

---

**I**
**ID** 57:10 108:18
290:11,13
**idea** 19:20 154:16
164:18 199:24
231:13 287:15
290:1 314:21
**identification**
11:22 181:19
292:19 294:7
297:8 308:13
**identifies** 55:3
**identify** 188:21
194:2 197:16
210:12 259:18
**Illinois** 192:3
**images** 13:1
**imbedded** 142:20
**immediately**
39:21 160:10
240:6 242:4
**impending**
136:11
**implicated**
172:20
**important** 265:10
315:15 317:17
318:20,25
**imported** 307:13
**improper** 37:6
45:17 49:1,17

285:24
**incident** 200:7
246:14 283:5,18
315:10
**includes** 17:22
**incoherent** 48:20
**income** 107:18
**incoming** 216:14
**inconspicuous**
261:3
**incred** 69:1
**incredulous** 69:2
**independent** 16:3
**indicated** 141:19
**indicates** 120:16
**indicating** 43:13
112:4 126:12
280:7
**indication** 38:5
286:13
**individual** 188:18
**inference** 44:21
45:3
**inferred** 155:8
**infested** 28:25
**information** 5:18
208:2
**informed** 158:22
**initial** 159:13
**initially** 211:16
**initiate** 318:14
**initiated** 176:17
176:18
**initiating** 317:19
**injure** 149:11
**injuries** 165:6,9
167:8
**injury** 166:5
**inside** 69:23 96:3
198:10,18
218:20
**insinuate** 267:17
**insinuated** 125:6
266:15
**insist** 225:23
**insisted** 225:19

**Instagram** 37:23
38:3 44:14,23
45:4 105:9
169:5 268:1,5,9
268:19,23 269:3
269:10,18,21
270:4 271:5,20
272:11,15,21,24
293:21 295:2
302:20 303:11
308:7 309:16
**instance** 102:18
**instructing**
284:12
**insurance** 21:7
21:11,15
**intend** 157:21
185:11 186:6,11
186:19
**intent** 315:6
**intentionally**
303:2
**intentions** 225:13
**interaction**
105:14 131:15
150:11 195:1
270:24 273:1
290:19,21,23
**intercourse** 97:9
**interest** 162:20
**interested** 263:25
323:24
**internal** 183:17
185:6,7 284:8
285:25
**Internet** 169:19
**interrupt** 14:10
160:16 178:23
**interspersed**
124:12
**intimated** 286:7
**introverted** 171:8
**investigation**
182:21 183:11
183:17 185:6,7
185:19,23 186:1

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

284:8 285:14,25
**invitation** 151:20
151:22
**involved** 145:2,9
172:14
**irritating** 133:25
**issue** 258:6 292:2
**issued** 199:15
297:15 299:17
300:23
**issues** 18:22,24
19:2 170:24
181:12 256:3
308:23
**items** 108:17

**J**

**jacket** 87:1 237:5
**jail** 48:21 191:10
**Jared** 2:5 13:12
13:15 181:23
**Jeep** 25:11 41:12
232:24 233:1,2
**Jeeps** 77:9
**Jerry** 13:14
jklebanow@kl...
2:9
jmclandrich@...
2:17
**JoAnn** 171:9
**job** 170:2 282:11
**John** 2:12 3:5
4:18 14:6
119:18 138:12
160:22 161:3
178:14 182:15
280:4 286:10
**jotting** 162:1
**journal** 300:18
301:14
**judge** 158:25
196:9
**July** 28:14,15,18
211:11,17 271:3
**jump** 41:24 42:1
50:9 181:9

**jumps** 47:24
50:23
**June** 291:5
**Justice** 199:13

**K**

**keep** 5:2 26:21
60:16 62:10
95:21 121:2
125:4 134:1
136:16 274:11
316:17
**keeps** 102:9
**Kelly** 1:23 323:5
324:12
**kept** 57:21 60:9
60:12,17 63:3
65:6 72:10 82:6
97:20 100:9
101:21,21 102:1
111:10,17 114:8
210:22 217:1
219:20 257:11
262:16 267:17
292:14 317:18
**key** 71:3,5 311:19
**kill** 77:12
**kind** 25:7 36:23
37:10 39:18
44:7 48:20 81:2
92:21 122:1
136:2 148:4
154:24 172:19
173:17 188:8
195:20 200:14
211:25 231:1
239:18 245:19
261:2 263:22
278:7 292:11,13
292:14
**kinds** 169:16
**Klebanow** 2:4,5
8:6 11:7 13:16
13:22 14:5,9
17:10 19:6,16
20:6 22:19

40:21 44:24
49:4 59:1,4,10
59:20 60:2
62:13,17 74:23
76:16 77:20,25
78:19 80:3
91:16 92:23
102:11 103:16
104:2,9 110:6
113:22 116:18
117:3,19 118:23
119:18,22 120:2
122:3,5 125:13
125:23 128:21
130:9,14 131:13
131:22 135:22
136:12,21
138:12,18,22
142:24 143:17
143:20 145:19
145:22 146:11
149:22 151:9
152:1 153:6
154:4 155:11,21
156:6,14 160:15
160:20 161:2
162:16 164:11
164:25 167:4
172:10,16
173:22 176:15
177:10,18
178:14,18,22
181:3 182:5,8
182:10 183:25
184:12,16 185:1
185:3,9,20
186:3,18 187:1
187:3,20 188:3
188:10,12
189:21 190:9
194:7,14 195:6
195:12 206:5
207:20 215:19
221:19 222:19
224:19 225:3,22
229:14 230:1

242:5,9 244:21
245:11 247:11
250:8 252:8,15
252:21 253:9
254:6,20 255:1
261:25 263:18
264:16 265:12
265:18 266:7,17
269:12 270:5,15
272:7 273:20
274:13,20,22
276:18 277:17
277:22 278:13
279:20 283:24
284:11,20 286:2
296:2 301:21
302:5 309:9
311:10 312:11
314:6,25 315:19
316:23,25 317:7
318:23 319:6,22
320:1,5
**kneeling** 94:11,15
**knees** 233:10
**knew** 21:5,6 22:5
38:5 42:5 44:16
46:11 66:7
74:25 77:5 79:2
140:13 225:8
246:19 278:11
295:4 305:20
307:12
**knocked** 153:13
**know** 4:25 5:6
6:16 7:17 9:2,4
10:10,19 11:5
11:10,12 12:12
13:9,17 17:14
17:15 21:25
22:3,6,7 25:22
30:9,10,20
32:10 33:3,14
33:15,18,22
34:15 35:3 36:9
36:11,12 38:4,6
39:10 40:8 41:2

46:6 47:21
51:19 53:6,23
58:2,3 59:5
60:24 61:7 62:3
62:18 64:11
66:6,12 67:14
71:16 77:13,13
77:16,19 80:23
81:6 82:3 84:21
85:19 89:7,18
89:20 91:19
92:4,25 93:6,9
94:24 100:1,6
100:16 110:6
110:16,18
111:23 117:17
120:2,7 121:23
124:15 125:10
128:6 131:10
132:20 136:1,3
136:3,6 137:3
139:20 140:3,6
140:8,14 142:13
142:15,22 143:1
145:7 148:17
153:17 156:3,10
156:19,21,21
157:18 163:8,13
167:11,18 168:3
168:4,19 169:5
169:7,8,10
171:7,20,24
172:2 173:16,18
173:18 174:3,16
175:10 176:5
177:6,9,14,16
177:19 179:20
182:15 185:15
186:10 194:9
197:25 198:15
201:7 205:7,8
206:24 207:3,24
208:4 212:8,13
213:24 215:16
215:17,21 219:5
220:7,21 222:9



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

222:14,25 223:1
225:13 226:9,14
228:18,19 230:4
231:2 233:15
236:2,16,25
237:18 238:11
238:15 239:14
243:22,24
245:23 247:2,10
247:13 249:16
250:11,19,20,23
253:17 256:15
258:12,15 259:2
260:18,20 261:5
262:11,12,13
264:5,8,10,11
267:19,20 269:2
276:3,8,12
277:13,19,24
278:8 281:15
284:22 287:18
287:20 288:2
289:9,11,24
290:8 291:25
294:25 295:18
297:21,23 300:4
300:5,14 301:4
301:11 302:8
303:7,10 307:11
310:19 311:1,9
311:25 312:3,15
312:17,20
314:16,17
**knowing** 156:17
278:23 316:6
**knowledge**
161:24 192:17
**knows** 145:24
199:20

**L**

**L** 23:9,9 41:1,1
**L.P.A** 1:18 2:11
**labeled** 189:5
293:7
**lady** 21:7 22:4

38:16 46:21
171:12 204:25
**Lake** 192:12
**Lakeshore** 126:7
**Lakeview** 44:4
**Lakewood** 28:11
28:12
**landline** 32:11,15
32:24 306:21
**landlines** 32:13
**Landmark** 61:2
64:8,17,22
70:24 85:17
217:10 219:1,4
220:8,15,18,25
222:17,23
223:19 225:7
226:13 227:10
231:6 262:20
287:8,16,19,22
288:3
**lasted** 203:5
**lasts** 144:15,20
**late** 54:7 121:3
125:5,11 206:18
**lately** 308:22
**law** 2:4 167:25
168:24 199:19
**lawful** 4:8
**lawsuit** 4:20
29:15 30:3
163:2,7,9 184:8
186:7 196:6
200:1 258:22
259:4 275:1
291:13 302:9
**lawyer** 58:22
140:19,21 141:3
158:22 159:16
160:5,6,11,11
161:10,11,25
162:4,8,11,19
163:17 247:21
258:17 282:11
284:4,6,14
300:21

**lawyers** 13:8
14:14 299:18
300:16
**lead** 305:14
**leading** 39:12
**learn** 277:16
312:23
**learned** 196:6
**leave** 29:10 69:13
70:11 72:24
96:25 176:5,9
176:12 182:1
195:9 222:23
240:17 286:5
317:10
**leaves** 88:10
**leaving** 67:18
146:24
**LeBron** 193:17
**led** 304:21 305:11
**leering** 49:3
**left** 23:18,20
47:14,20 146:18
173:15 223:23
224:11 225:7
237:10 262:5
276:13 283:12
305:20 310:5
**legal** 149:14
165:12 319:4,9
319:11,19
**legs** 94:9
**let's** 96:13 124:24
153:3,11 169:10
308:8 310:3
314:12
**letting** 109:5
**level** 107:18
**lewd** 252:1
**Liberty** 232:24
**license** 16:9,22
21:20,24 38:17
42:22 47:5
278:16,20,24
279:3 291:6,9
315:17

**lie** 123:19,22
**life** 166:6 167:16
168:6,18 170:8
316:12
**Lifestyle** 231:2
**Lifetime** 154:10
**lights** 47:21
**liked** 110:17
**likelihood** 113:19
**likewise** 5:5 138:8
**Lincoln** 192:11
**line** 6:21,22 7:10
10:25 180:4
242:7 252:22
257:17 310:5
312:6 313:7,18
322:2
**lines** 10:21
**linked** 295:6,8
**listed** 321:15
**listen** 13:22
**listening** 318:2
**literally** 40:3
204:7
**litigation** 33:6
**little** 42:2 51:9
85:17 120:25
130:4 143:3
181:9 226:11
264:7
**live** 26:24 27:16
29:4 44:2 192:4
192:9 249:14
**lived** 29:19
191:24 193:3,6
**living** 185:16
195:21
**LLC** 2:4
**LLP** 2:19
**loaner** 171:1
**location** 15:25
27:20 231:17
**lock** 205:14
**log** 185:12,13,17
185:21 186:13
186:21,23

209:16 210:13
265:5 268:22
**logic** 154:6,7
**loner** 167:20
**long** 15:6,10,22
25:17 27:22
28:12 29:6
51:11 94:22
108:17 163:16
184:7 185:25
194:12 226:12
235:9 250:24,25
251:10,17
**longer** 26:15 42:2
262:21,25
**look** 7:20 10:7
45:24 137:4,11
142:15 156:1
165:11 176:21
188:4 238:5
240:16 265:15
265:21 268:23
269:9 306:1
**looked** 10:16
42:20 45:25
49:13 63:21
93:6 142:5,7,11
198:6
**looking** 45:19,21
46:7,13 49:2
64:3 127:10
167:24 187:21
188:5 201:20,24
209:11,15
240:14 243:4
255:7,24 256:19
256:20 257:23
259:15 263:23
265:5 269:18
271:19 272:5
295:13 304:6,9
318:11
**looks** 98:24 146:8
190:7 197:24
200:17 244:1
249:18 318:12



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 · 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 · 330.253.8119

**Lorain** 6:8 15:8
26:25 108:12,13
**loss** 156:13
**lost** 156:12
306:20
**lot** 72:25 170:22
171:3,6 232:11
265:6,10 276:3
276:9
**Louis** 172:14
173:4 194:3,12
194:21 195:5
196:22 198:13
198:24 199:6,23
254:4 255:17,21
256:14 258:6
259:2 264:23
273:16
**Louis's** 257:5
**love** 268:12
**lunch** 141:11,19
**lying** 111:17
123:14

—————

**M**

**M** 15:20 171:22
206:2
**Ma'am** 4:5
**machine** 229:7
**mad** 48:7 133:25
134:2,5
**Madison** 192:14
**maiden** 171:17
**mail** 103:1 133:3
**main** 100:11
**majority** 167:21
271:1
**makeup** 165:20
**making** 156:11
164:9
**man** 55:2 121:11
121:15 155:1,19
156:2 166:11
**mandatory** 35:6
35:9 58:17
**manifest** 167:16

**manifestations**
168:17 169:2,23
**manifesting**
168:6
**March** 201:21
**margin** 310:5
**mark** 126:2 128:5
308:9
**marked** 11:21,25
181:18 187:13
187:19 292:18
292:22 294:6,10
297:7,11 308:12
309:22
**married** 17:25
173:1,2
**masks** 288:21
**massage** 41:5
**match** 57:10
**matter** 7:14
29:15 156:13
162:21 169:11
190:16,21
280:21 319:5,10
319:16 321:15
**Mayfield** 44:3,7
191:16
**Mazanec** 1:18
2:11
**McLandrich** 2:12
4:18 11:17 14:7
58:24 59:3,7,13
77:23 78:5
119:21 120:1,3
138:15,20,24
141:4 178:17,20
178:25 181:1,11
302:13 308:8,15
314:8,23
**McLandrich's**
202:7
**mean** 8:21 17:3
24:2,3 27:14
28:18 30:16,22
35:10 38:1 47:9
49:11 54:19

55:17 56:4,21
69:3 74:22
76:14 77:13
78:17 79:2
91:18 92:10,13
100:11 111:21
113:12 114:7
115:21 116:16
117:14 121:23
122:14 125:1
126:4 127:7,9
128:1,10 129:21
130:8,11,13
133:15 147:6
148:20,22
150:17,18
154:24 155:1,13
156:16,19
157:20 168:9,22
168:24 175:10
176:4 178:22
183:11 185:22
197:15 214:22
215:1,6 216:3
224:16 234:24
241:3 258:21
267:11 268:10
273:17 274:6,7
278:25 279:3
286:15 304:24
309:18
**meaning** 121:22
**means** 78:25,25
117:1 119:5
122:16 128:2,6
130:16 131:25
229:22 273:25
274:5,15 311:19
312:1
**meant** 23:23
58:13 79:13
112:23 212:4
296:4
**media** 4:4 141:8
141:14 164:21
242:12,17 293:1

293:20 296:8,11
320:7
**medication** 36:4
**medications** 5:16
35:20,23
**medicine** 36:23
**meet** 57:14 60:13
62:2,6,22 63:13
63:15,19 64:11
64:18,21,21
99:13 100:12
105:16 109:14
111:11,16 114:9
116:12,16,23
118:8,12 119:4
119:11,15 120:9
120:17,19 123:8
123:18,18 124:8
124:19 125:4
126:1,9,12,24
131:1 132:7,25
135:10 154:1
216:7,9 217:9
218:4,25 219:16
222:16 266:13
290:5 305:17
**meeting** 62:5
123:12 136:7,11
203:20
**meetings** 125:9
125:11 291:17
**meme** 273:23
296:4,20
**memory** 154:13
**men** 156:2 167:18
**Menage** 15:18,23
16:20
**mental** 168:18
170:24 182:2
**mention** 174:19
231:5
**mentioned** 37:9
37:11,19 96:9
125:1 213:13
233:5 235:18
245:17 263:9

268:16 275:13
289:15 292:2
299:16 303:5
**mentions** 41:17
96:15
**mere** 175:7
**Meredith** 297:19
298:22
**Mesha** 171:13,15
171:16 277:5
**message** 13:1,11
98:14 112:15
176:13,20
317:19 318:12
318:14
**messages** 11:16
12:1 14:12
109:2 124:4,13
124:17,18 138:2
142:2 172:3,5
213:4 252:1
253:16 262:17
**messaging** 124:19
**met** 29:23 31:10
39:18 61:2 62:4
62:10 64:12,13
103:21 104:24
126:25 137:8
139:24 141:20
164:15,20
203:21 211:2,5
211:12,16
261:15,23
262:19,20 267:3
280:9,12
**metallic** 271:4
**mic** 54:22 71:12
**Michigan** 192:12
**middle** 142:20,21
155:2
**mildly** 265:7
**Miller** 1:7,14 4:8
4:14 5:11 11:24
141:16 144:2
147:1 181:6,14
183:4 187:6

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

189:16 190:4
242:20 292:21
294:9 297:10
302:16 315:3,5
319:24 321:2,4
321:12
**mind** 66:11,14,17
153:2,5 154:9
174:9 189:16
197:4 205:12
206:19 225:8
315:25
**mine** 148:9
**minus** 314:12
**minute** 92:10
188:14 204:24
212:20 217:19
217:24 219:9,13
242:6 249:19
**minutes** 95:18
96:5 119:25
138:14 144:15
144:21 178:9
203:2,5,18
204:15 235:11
243:12,12 247:6
**mirror** 47:25
**missed** 127:17
236:11 307:10
**mom** 38:21,24
39:2 41:11
**moment** 132:4
**Monday** 1:15
108:1
**money** 20:15 66:3
68:5,12,25
69:21 70:16
71:10,20 72:5
72:13,14,18,19
73:1,18 74:2
75:25 99:14
100:14 101:6,11
101:15,20 102:5
102:22 103:7,11
103:13 104:6
109:11 112:5,19

112:21,24
113:20 114:14
116:17 117:2,13
117:17 118:13
119:12 121:18
128:23,25 129:4
129:18 131:12
131:21 135:20
136:20 137:9
138:4 139:1
150:4,10 156:23
162:15 164:4
176:24 223:13
223:25 224:17
224:24 225:1,4
225:10,16
227:24 228:7,9
228:15 229:1,17
260:3,14,17
263:4,20 273:4
273:18,25 274:4
274:7,8,9 275:4
275:8 315:13,22
315:25 316:11
317:12,14,17,21
318:19,25 319:1
319:25
**Monique** 249:11
249:12
**month** 19:25 20:1
194:25 273:13
277:12 291:3
**monthly** 19:21
**months** 19:19
163:21 164:5
**morning** 4:16,17
98:12 111:6
112:18 113:9,13
113:14,16 114:2
120:13 144:5,12
144:18 146:17
155:2 178:1
219:7
**Moss** 205:24
206:1,2,10
301:24 302:4

**mother** 37:15
172:24,25 196:7
197:8
**mother's** 41:25
302:2
**motive** 153:9
**mouth** 42:6
**move** 30:1 168:23
234:2
**moved** 30:5 192:6
301:6
**mutual** 22:8

## N

**N** 15:20,21 18:15
18:20 19:10
41:1
**name** 5:10 8:24
18:10 19:8,9
23:3,5,7 24:1
31:6 37:10,12
37:19,20,21
40:23,25 41:17
41:21,25 42:4,7
42:12,20,22,23
44:6,17,22 52:6
164:19 165:2
171:14,17 181:6
205:21,23,25
248:2,4,15
249:10 259:9
268:11 277:4
280:17 289:19
297:18 303:7,20
321:21
**named** 304:10
323:8
**names** 36:12
**nature** 169:16
246:9
**Navy** 238:7
**near** 54:20 55:8
55:17 56:22
80:9 126:24
**necessarily** 35:23
152:16 154:5

225:14
**necessary** 321:15
**Nechelle** 40:23
198:23 199:4,15
264:22 314:15
**need** 5:5 42:1
56:11 62:14,18
138:14 181:3
315:10
**needed** 41:24
59:18 207:2,3
216:1 224:16
264:21 267:9,12
317:23
**Needs** 105:23,25
106:1 108:7,9
108:10,14 109:5
**negative** 73:6
176:2
**neighborhood**
62:11 152:16
252:14
**neither** 42:9
**net** 20:4
**never** 31:25 32:4
37:21 42:6
48:18 65:23
67:9,24 114:24
140:23,25
149:10,13 150:3
150:5,5,6 151:1
151:3,5,12
157:19 158:20
158:24 164:6,15
167:22 168:13
173:20 174:5
175:2 179:14
186:13 190:18
191:9 197:10
204:13 269:20
275:7 276:4
306:17 307:13
314:17
**new** 163:4 312:18
**news** 148:16,19
148:25 258:17

**nice** 113:17,19
279:24
**night** 23:1 25:8
29:24 54:8
121:3 169:1
178:5 211:3
212:12 213:17
216:7 226:18,21
262:9 275:19,25
277:7,14 287:11
**nightclub** 275:19
**nine** 16:18
**no-win** 168:13
**Noble** 15:15,25
**nod** 14:20
**Nodding** 9:18
14:16 50:10
73:6 90:19
142:10 176:2
**noon** 127:5 178:3
**Nope** 58:7
**NORTHERN** 1:4
**Northfield** 24:3
276:13,17
**notable** 296:7
**Notary** 1:24
321:10,25 323:5
324:12
**note** 185:4
**noted** 183:20
**notes** 161:21
**notice** 238:3
**noticed** 170:10
237:25 258:16
303:3,23 304:18
319:14
**notified** 259:9
**notify** 284:6
**notwithstanding**
75:14,18 164:3
**November** 1:15
4:2 321:5
**number** 6:12,14
6:18,19 7:18,19
8:5,8,9,10,10,12
8:18,19,22,23

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  –  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  –  330.253.8119

9:1,10,16,25
10:3,6,6,15,15
10:17,22,24
11:1,6,10,12
12:4,9,13,16
30:8,10 32:1,7
32:10,20,23
33:2,8,12,19,23
33:25 34:7,8
52:18 53:5,16
53:18,20,24
57:5,8 142:22
143:7,14 144:22
145:12,12,16,16
146:2 164:19
165:3 177:2,5,7
177:12 178:11
178:15 179:4,6
179:6,8,9,18,22
179:22,23 180:3
180:7,10,15,18
189:1,10,12
190:6,7 196:23
197:1 201:6,24
202:8,8,9,24
208:4 209:8
216:15 246:24
247:2 248:8,21
248:24 249:8
250:18,22,25
251:7 256:19
257:9,11 288:21
298:9,14,18,21
306:2,4,9,15,16
306:17,18 307:1
307:4,7,7,9,10
307:14,14,16,16
307:17,18,23
309:3,8 310:9
310:10,13,14,16
310:17,19 311:1
311:4,13,14,19
311:20,21,22
312:19,20,20,25
314:3,11,13,18
314:21

**numbered** 189:7
**numbers** 10:21
11:13 32:13
143:15 145:2,8
145:11 177:20
197:25 198:1
216:19 255:11
257:6 309:12,15
310:21

———— **O** ————

**O** 6:2,2 19:10,10
23:9 28:8 206:2
**o'clock** 1:15
144:8
**object** 252:21
**Objection** 8:6
11:7 17:10 19:6
19:16 20:6
22:19 40:21
44:24 49:4
59:20 60:2
74:23 76:16
78:19 80:3
91:16 92:23
102:11 103:16
104:2,9 110:6
113:22 116:18
117:3,19 118:23
122:3 125:13,23
128:21 130:9,14
131:13,22
135:22 136:12
136:21 142:24
143:17 145:19
146:11 149:22
151:9 152:1
153:6 154:4
155:11,21 156:6
156:14 162:16
164:11,25 167:4
172:10,16
173:22 176:15
177:10,18 190:9
194:7,14 195:6
195:12 206:5

207:20 215:19
221:19 222:19
224:19 225:3,22
229:14 230:1
244:21 245:11
247:11 250:8
252:8,15 253:9
254:6,20 255:1
261:25 263:18
264:16 265:12
265:18 266:7
269:12 270:5,15
272:7 273:20
274:13,20
276:18 277:17
277:22 278:13
279:20 283:24
284:11 286:2
296:2 301:21
302:5 309:9
311:10 312:11
314:6 315:19
316:23,25 317:7
318:23 319:6,22
320:1
**objective** 100:12
**obligation** 183:7
**obtain** 186:7
**obtaining** 183:23
**obvious** 64:3
**obviously** 20:24
37:1 105:12
134:17 163:5
296:6
**occasion** 17:23
20:21 31:18
34:10
**occasions** 22:9
260:3
**occupational**
157:24
**occurred** 29:14
**occurs** 57:11
**October** 110:14
114:3,18 120:9
120:18 123:7

124:7 127:1
132:6 178:2
200:19 201:3
255:25 258:11
324:19
**odd** 27:16
**offenses** 190:25
**offer** 61:19 197:5
215:23 216:6
218:7,9,11
**offered** 133:3
140:1
**offhand** 6:17
**office** 9:9
**officer** 4:19 12:11
17:1,1,2,5,7,22
19:1 20:15,19
29:23 31:10
34:11 37:1 40:1
40:2 41:15 42:3
42:12 43:17
44:13 46:15,15
51:24 52:16
54:16 99:22
100:20 118:17
141:21 142:19
143:11 144:14
146:18,25
147:21 148:7,11
149:21 156:5
157:25 159:8,14
159:18 160:7
162:14 163:3
164:7,15 172:6
173:20 175:14
175:15,21 179:3
180:7,16 182:24
195:1 196:2
197:6 200:1
202:2,10,19
206:11 208:14
212:19 213:16
216:19,20
218:25 220:25
221:2 222:17
223:2 242:21

243:16,20 245:5
246:15 247:14
247:25 248:18
249:5 250:1,5
255:19 256:5,13
256:16 258:10
258:22 259:8,22
260:2,2,14
265:24 266:3
277:14 279:13
279:14,18 282:2
282:20 284:10
285:25 286:21
287:15,18 288:2
289:16 290:19
290:23 291:14
297:24 298:5,18
298:22,22
302:19 304:12
304:16 315:7
316:3,21 317:16
318:4
**officer's** 87:17,22
**officers** 291:18,23
**Offices** 1:17
**official** 321:21
**oh** 27:21 37:19
43:3,10 54:24
59:10 67:4 77:2
110:8 112:1
119:7 121:25
122:1,1,6
160:12 188:2
189:22 268:12
306:10 310:23
**Ohio** 1:4,11,21
1:24 2:7,15,23
16:23 321:3,8
323:3,6 324:13
**ointment** 36:15
36:16
**okay** 7:5,8 10:16
11:15 12:15
13:20,21 14:3,4
14:9 15:22
16:13 17:3,8



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 – 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 – 330.253.8119

18:21 21:22
22:25 23:16
25:12 27:22
30:7,24 31:9
32:8 33:24
34:20 35:8 36:6
38:7,14 39:23
40:5,10 41:2
45:20 46:10
48:23 49:22,25
50:1 51:14 52:5
52:17 54:10
55:14 56:3,13
57:11,23 59:3
59:10 60:15
61:13 62:1,9,15
62:16,17,21,22
63:7 65:24
66:19 67:2,20
68:10,14 70:6
71:9,19,25
72:17 77:8 78:5
78:15 80:15
84:10 85:5,7
88:13 90:11
92:5 93:25
95:18,24 96:15
96:24 97:8,25
98:3 99:10
101:4 102:3
103:2 105:10,19
108:21 109:1
110:2 112:11
113:1,18 114:11
119:17 120:3
122:18 123:4,10
123:16,22,25,25
126:21,22 127:9
128:3 133:10,17
133:18,22 136:8
136:15 137:1,4
138:18 139:4,7
140:16,20 144:1
145:18,21 146:4
146:16 147:5
148:5,10,17

149:19 151:17
152:20 153:11
153:18 154:8,11
155:7 156:11,22
159:1 160:19,25
161:1,22 162:9
163:5,15 164:22
166:4,7,14
167:13 168:2,8
170:10,18
171:11,19 172:3
174:9,17 175:12
178:25 180:5,20
181:4 182:7
184:12 185:1,3
186:3,18 187:1
187:4,9,12
188:10,12,12,17
188:23 189:13
189:15,22 191:5
193:1 194:17
201:8 203:21
210:4,16 215:8
229:3 239:2,5
240:21 242:9
243:25 244:25
246:6 249:1
255:10 256:2
260:1 269:8
270:20 271:11
272:2,20 281:25
283:4,8 286:10
292:7 293:15
294:16 298:4
299:6,10 300:19
301:8 302:11
303:19 304:2
305:4,25 306:22
307:21,25
309:14,21
311:12,24 312:2
312:22 315:21
**old** 11:12 177:7
177:11 206:4
215:12,13 253:1
308:1

**older** 215:16
**once** 42:19 47:5
69:19 87:25
88:15 100:9
141:3 150:4
155:13 158:21
162:18 163:4
196:5 211:12
217:15 258:16
289:3
**one-way** 85:19
**ones** 189:25
201:6
**ongoing** 40:17,18
148:24 182:22
183:6,23 185:7
185:19,25 186:2
**open** 63:22 64:5
152:22 153:14
171:2
**opened** 16:20
198:8
**operated** 15:11
**opposed** 107:19
**opposite** 8:16
**option** 79:25
267:21 295:10
**oral** 86:19 88:17
88:17 89:20
90:13 91:11
94:5,19 95:1
233:7,23 234:4
**order** 200:15
222:6,8 299:2
**ordered** 106:9
**organize** 108:24
**original** 8:18
180:4 301:15
**originally** 204:3
271:6
**originating**
179:22 310:9,16
311:13
**Os** 133:11
**out-of-pocket**
106:10

**outside** 69:11
119:6 191:24
227:10 260:14
261:15
**outstanding** 40:6
40:9
**overtures** 104:7
**owned** 25:17
**owns** 312:3

———————
**P**
**P** 6:2 112:2,2
**p.m** 114:3 120:10
120:20 124:9
**packet** 193:24
200:17
**page** 9:22,24 10:4
10:17,18 44:23
120:6 122:23
132:14 177:9
187:22 188:5
189:1,3,10,12
189:23 198:9
251:8 268:2,5,9
268:13,23
269:18,21 270:4
272:6,11,18,21
272:24 282:22
293:1,20 294:24
295:12,13 296:5
296:8,12,22
302:21 303:13
303:14 304:6,9
305:5 306:2,3
307:23 308:21
309:2 313:4,7
313:18 322:2
**pages** 45:5
309:16
**paid** 21:11,15
71:24 74:11
223:4 291:2,10
315:6,20 317:5
**panties** 89:18,23
90:2 92:6
233:16

**pants** 87:9 88:5,6
88:7 89:5,13,22
92:7 233:13
236:3,14,16,17
236:22
**paragraph**
146:23
**paralegal** 292:25
**Pardon** 244:5
258:14 280:25
**parent** 316:16
**parents** 212:14
**park** 85:20
192:11,13
**parked** 232:2,4,7
261:7
**parking** 72:25
232:10 276:3,9
**part** 42:18 77:21
88:14 120:5
128:3 134:10
188:20 222:14
233:17 236:2
284:8
**parted** 141:18
**partially** 317:5
**particular** 54:5
121:22 150:24
178:6 296:20
**parties** 43:19,25
45:8,10 193:13
193:20 209:4
**partners** 17:9
**party** 37:13,15
42:17 43:1,6,14
43:25 44:19,20
45:3,13 211:7,8
323:24
**pass** 181:2 302:12
**passed** 275:21
**passenger** 20:22
21:3 90:12 91:2
91:6,10 93:19
94:1,2,5 199:8
232:23 241:12
242:1,2



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308 - 330.253.8119

Queen Tiera R. Miller

11/11/2019

passenger's 90:10
patrolling 129:14
pay 21:6 34:19
  60:18 65:2 66:1
  66:3 67:22 72:8
  72:16 100:14
  106:5 115:1,10
  118:22 140:1
  147:2 223:13
  224:22 225:16
  245:9 259:24
  274:10 275:4
  276:23 291:2
  316:3 317:23
  319:2,19
paying 107:20
payment 291:11
payments 26:22
payoff 318:19
penis 254:15
people 108:16
  109:4 121:23
  168:10 171:3
  199:20 212:11
  274:17 309:1,6
performed
  108:23
performing 233:7
  234:4
period 94:19 95:1
  114:1 170:9
  268:12
person 51:25
  56:10 70:19,21
  70:22 160:2
  208:17,18
personal 22:6
  170:17,18
  202:23 260:25
  268:4,8 272:21
  296:5 299:1,7
  299:23 308:23
personalized
  37:25
personally 321:11
pertaining 11:13

177:20 259:11
273:16 304:20
phone 6:12,18
  8:4,4,13 9:17,25
  10:6 12:4,17,22
  13:2 14:13 30:8
  30:21 31:7 32:1
  32:1,9,23,23
  33:2,6,9,25 39:6
  40:2,4 51:25
  52:18 53:17,21
  55:2,2 63:7
  64:4 70:20 86:4
  98:25 99:21,24
  100:19 101:5
  105:12 124:11
  135:3 137:21
  138:2 142:3,6
  142:18 143:6,7
  143:10,11,13
  144:10,13,15,17
  144:20,22,24
  145:2 150:11
  152:14 154:22
  164:19 165:3
  176:13 177:23
  178:10,11 179:2
  179:4,5,5,7,8,25
  182:2 184:13,17
  184:23 188:15
  196:23 200:10
  200:14,15 201:2
  201:13 202:23
  203:18 208:4,16
  209:7 213:2
  226:6 243:4,7
  246:22 248:21
  250:25 253:10
  253:14 254:2
  255:5,16 256:23
  258:5,9 260:13
  263:2,14 264:3
  264:9,11,12,20
  265:2,5,7,10,22
  266:2,6,13,20
  288:21 289:23

298:8,12,14,17
298:21 304:6,9
305:24 306:2,14
306:25 307:12
309:3,7,25
310:10 311:4,14
311:21 312:24
313:4,11,20
314:2,11,13,16
Phone:R 288:13
photograph
  295:16 296:20
photographs
  254:10,14
  292:24 294:23
  297:3
photos 254:4
  270:12 271:20
  294:17
physical 291:17
  300:24 301:9
physically 21:13
  93:22 149:11
  304:5
pick 257:13
picked 198:24
  257:18
picking 199:2
picture 45:12
  271:3,24 295:8
  295:17
pictures 252:19
  253:5,5 270:19
  308:6
piecemeal 183:2
  183:13
pill 36:4,17
pin 102:6 103:9
pink 202:1 257:5
pissed 135:21,25
pistol 93:8,12
place 28:25 60:11
  64:17 65:23
  75:20 104:6
  108:15 134:3,18
  134:20,24 135:7

209:5 217:2
225:6 226:10
228:25 241:2,8
243:16 323:20
places 63:21
  193:2
plaintiff 1:8 2:3
  191:8
plaintiff's 187:18
  189:6 193:25
  197:13 209:12
  243:5 255:6,24
  256:20 257:24
  257:24,25
  259:13,15
plan 185:11
  291:11
plans 81:6 174:16
plate 37:25 42:22
  279:3
play 72:21 74:14
  74:22 76:4,12
  76:15 78:18,25
  79:8,17 114:25
  140:15 187:16
  229:17,22 254:2
  261:5
played 114:4,12
playing 116:3
  121:1 132:18
  133:5,11,22
  253:10,13,14
please 4:5 5:10
  60:25 133:5
plus 251:8 314:12
pocket 315:11,14
pockets 236:17
point 63:14 66:20
  69:7 70:14
  71:25 73:5
  82:12,18 84:17
  84:19 86:14
  91:9 95:22
  123:15 131:4,7
  131:25 158:10
  189:3 233:20

240:10,15
241:16 264:1
272:16 279:4
280:12 286:25
295:1 315:22
316:12
pointing 283:2
poking 238:2
police 17:1,2,4,7
  46:15 75:20
  76:22 87:17,21
  88:1,6,7 104:23
  118:3,4 129:3,7
  129:13 148:7,11
  148:21 149:21
  152:10,11,12
  158:12 163:18
  164:6 175:13,15
  175:21 237:6,19
  237:23 259:8
  260:24 262:7
  279:13,14
  280:14 290:18
  290:22 291:18
policeman 129:11
  173:4,5 214:13
pool 37:13,15
  42:17 43:1,5,14
  43:19,25,25
  44:9,18,20 45:3
  45:13 209:4
  211:7,8
portion 38:10
  189:18
position 180:22
  182:23 234:8
positions 235:16
possibility 224:10
  224:15 263:16
possibly 78:22,23
  220:20
post 271:3,8
  273:1,2,9 295:3
  295:9,23 296:7
  296:11,16
  304:19 305:10

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**posted** 270:23 271:7,23 293:19 296:1,14 304:21 305:13
**posting** 272:4 294:20 304:24
**posts** 269:10 270:3
**powerful** 295:18
**prearranged** 107:25
**pregnancy** 170:22
**prescribed** 35:22 35:25
**presence** 323:14
**present** 3:4 160:6 161:25 200:1 284:5 285:21 287:3 292:9
**pressured** 159:18
**pressuring** 164:8
**presumably** 68:11 84:1 98:4 101:19 107:2 182:17 183:14
**presume** 36:13 63:14 80:16 86:1 90:20 93:3
**presuming** 107:16
**pretty** 30:11 45:23 59:5 132:1 199:19 250:6 259:5 266:5 272:14 318:3
**previous** 284:15
**previously** 101:16 106:11 162:19 286:10
**prey** 167:19
**primarily** 176:24
**printed** 258:7
**prior** 15:13 22:12 28:4 29:3,24

30:15 31:11,18 48:24 112:14 146:24 184:18 210:19 253:22 312:19 315:9
**private** 269:21
**privilege** 183:18 185:12,13,17,21 186:8,13,21,23
**privileged** 13:19 184:22 185:8
**privileges** 278:9
**pro** 193:17 267:9 319:23
**probably** 17:17 23:19 24:14 51:19 74:25 116:9 120:5 127:22 146:1 152:4 169:6 194:10 201:5,21 206:14 208:15 212:16 216:25 217:6,11,25 219:15 241:11 244:10,23 245:22 251:19 273:15 289:3,5 316:6
**problem** 182:6 294:25 306:20
**problems** 20:16 168:5,18 170:8
**procedure** 4:10 284:3 285:7,8
**produce** 58:24 183:7
**produced** 11:15 12:2 33:7 59:2 172:4 184:14,25
**producing** 183:19
**product** 183:24 184:2,6,11
**production** 187:15
**profile** 269:6

303:9,18,20 304:13,17,22 308:3
**profiled** 170:6
**programmed** 177:12
**prolonging** 267:18
**promise** 114:14
**promised** 113:20
**promising** 114:8
**proof** 198:22
**proper** 286:24 287:2
**propose** 232:13
**pros** 76:20
**prosecute** 196:21
**prosecutor** 158:21,23 159:17
**protect** 170:3 197:8,9
**protection** 197:5
**prove** 139:24 198:22 199:13 199:21
**provide** 186:22 187:2 200:22 285:15 290:10 300:10,15
**provided** 4:9 5:7 58:20,21 140:18 187:13 200:16 200:18,20 224:23 260:12 285:2 300:20,23
**provider** 251:14
**providers** 251:6
**providing** 184:22
**psychiatrist** 140:4
**psychologist** 170:11
**public** 1:24 169:18 185:24 258:17 268:13

272:17 274:25 275:5 321:10,25 323:6 324:12
**pull** 90:1 92:6 121:4 199:4 201:15 260:23
**pulled** 37:24 39:14,21 47:12 47:18,23 48:18 54:18 55:4 56:2 89:18 199:10 204:6 233:16 238:18,23 239:8 276:14 291:22 292:25
**pulling** 48:4,14 89:21
**pulls** 88:11 89:23 104:23
**purpose** 271:13
**purposes** 11:22 181:19 292:19 294:7 297:8 308:13
**purse** 8:2 228:19
**pursue** 109:10
**pursuing** 121:11
**push** 239:18
**put** 42:5 86:23 92:19 95:15,24 122:23,25 124:20 128:1 169:12 187:7 196:7,8 200:14 224:16 228:17 234:5,5 236:9 237:15 264:14 265:6 296:21 298:8 303:1,4 306:16 309:18 312:23
**puts** 47:24
**putting** 100:9 101:14 102:9 236:4

**Q**

**qualified** 106:12 107:18 323:7
**qualify** 17:4
**queen** 1:7,14 4:8 4:14 5:11 13:16 62:13 141:15 160:15 181:4,14 187:20 268:12 302:15 315:2 321:2,4,12
**question** 5:7 13:23 48:24 61:11,14 67:3 77:21 78:1,3,16 79:16 115:14 116:5,12 126:2 128:5 161:3 178:24 180:12 185:10 187:25 271:22 314:7 319:8
**questioning** 163:13 202:7 242:7 252:22
**questions** 4:23 138:16 162:7,10 302:14
**quick** 138:12 189:21
**Quickly** 182:10
**quid** 267:9
**quiet** 274:8,11
**quite** 10:13 270:11
**quo** 267:10
**quote** 147:3,4

**R**

**R** 1:14 4:8,14 5:15 18:15,15 18:15,19,19,20 19:10 141:15 181:14 302:15 315:2 321:4,12
**Racino** 23:23,24



1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 · 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 · 330.253.8119

24:6,7,9,13,16
24:20 25:5
275:14 276:13
276:17,24
**raise** 4:5 158:18
**raised** 159:7
**randomly** 119:10
**rang** 307:13
**raped** 168:10
**Rashe** 5:11,12,13
**Raskin** 1:18 2:11
**rats** 29:1
**reach** 8:10 109:9
283:17
**reached** 283:9
286:22
**reaches** 132:24
228:6
**reaching** 318:21
**read** 130:19
152:12 320:5
321:13
**reading** 124:13
**reads** 99:7
**ready** 95:19
**real** 171:14
189:21
**reality** 66:8 146:7
**really** 9:2 36:11
36:22 68:18
69:1 73:2 117:1
122:1 137:5
155:8 158:22
168:13 171:2
172:1 182:13
195:17 196:17
215:6 226:15
277:2 308:4
**reappearing**
292:14
**reason** 21:9 54:5
116:23 136:7
155:18 163:22
188:20 257:2
302:19,24
304:12 305:8

307:22 322:2
**reasons** 150:18
170:17,19 269:5
282:1
**reassurance**
317:22
**recall** 5:18 20:18
25:13 33:23
54:15 66:22
80:10 84:11
110:21,24 116:5
127:21 177:17
217:22 221:18
221:22 222:15
226:22 264:10
276:7 302:22
**receive** 316:1
**received** 12:23
34:6 35:18
52:14,14 59:16
112:19 177:22
184:19 187:16
**receiving** 107:13
138:3 258:18
**recess** 141:10
242:14
**recline** 234:20
**reclined** 234:22
**recognize** 11:9
32:7 187:6
293:2 297:12
**recognized** 45:7
**recollection** 65:19
**record** 4:2 5:10
7:7 9:8 141:7,9
141:13,14
150:18 161:20
162:2 182:12
185:24 188:16
202:14 242:11
242:13,16,18
249:23 263:13
263:19 264:3,8
264:11,19,22
265:1,23 279:3
281:10,12,19,21

281:22 284:24
285:3,9,19
320:9
**recorder** 265:17
**recording** 263:24
**recordings** 263:7
**records** 33:6
157:2 177:23,24
182:2,3,15,25
183:8 184:13,17
184:23,24
185:18 200:11
200:14,16
201:10,13,19
243:5 255:5,16
255:22 258:5
310:1 311:18
313:4
**recovery** 167:10
**reduced** 323:13
**refer** 200:9
**reference** 41:20
42:10 109:4
128:23 135:10
189:10,12 255:4
**referring** 188:25
**reflect** 9:9
**refrain** 272:4
**refused** 281:23
**regard** 96:19
**regarding** 159:7
**regular** 88:7
107:23
**rejecting** 104:7
**relate** 5:18
**related** 252:22
255:19 301:24
**relating** 183:4
258:5
**relationship**
173:10 246:3,9
246:13
**relative** 323:23
**relevant** 301:3
**remember** 32:12
59:9 88:24 89:9

89:12,21 100:5
108:3 208:20
212:17 213:15
217:4 218:15
221:6,15 222:10
222:13,22 223:8
226:15 228:11
228:19 233:17
233:18,21 236:3
237:17 238:21
238:21 239:4,6
244:8,12,19
250:3 275:23,24
276:20 277:2
279:16 281:16
281:17 290:9
306:8
**remembering**
190:24
**reminded** 7:3
**removed** 89:8
**rent** 27:12,19
28:21 29:17
**rented** 16:4
**renting** 27:21
265:16
**repeat** 119:2
**repeating** 129:24
**rephrase** 271:21
319:7
**replace** 301:13
**report** 230:4,11
282:7,12
**reported** 282:10
283:5,18
**reporter** 1:23 4:7
5:4,12,25 6:25
7:22 13:13
14:17,22 26:4
154:20 253:12
273:7
**reporting** 324:2
**repossessed** 26:18
26:20
**reposted** 271:1
271:10,11

**represent** 4:19
**representations**
102:4
**representative**
159:22 285:20
**representing**
181:7 280:19
281:2 319:15
**represents** 4:21
**request** 103:13
183:2,6
**requested** 183:3
184:3
**required** 299:2,8
299:24
**resist** 91:25
**resolve** 162:20
**resolved** 40:17
**respect** 48:23
59:17 98:7
186:9 280:20
285:24
**respond** 98:20
109:16 116:12
122:12 127:4,4
132:9 137:15
187:24
**responded**
109:17
**responds** 114:18
119:15 123:4
**response** 55:12
60:8 68:15
79:16 86:21
97:12 103:13
109:18 113:2
114:24 115:20
118:7 120:12
122:10 123:22
123:25 126:9,15
128:11,17 131:1
132:23 133:10
134:8,14 137:2
197:13,15
209:13 256:20
**responses** 59:6

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

171:22 183:21
185:5 187:18
189:6 193:25
243:5 255:6
259:13
**responsible**
294:19
**rest** 60:20 71:23
74:11 99:14
237:12
**restaurant** 63:24
64:17 65:5 66:6
67:17,19,20
69:6,13,17,24
70:11,25 72:24
75:4,11,15 86:5
105:5 146:18,25
147:8,12,13,17
154:2,15 174:22
219:1,4 224:11
238:1
**restaurants** 64:4
**result** 107:1
**retaliate** 166:12
166:19,21 167:2
**retaliation**
147:22 148:1
196:20 254:3
**retired** 17:7
173:6,7,9,14,16
173:16
**retrieving** 13:1
**return** 127:11
**returns** 20:12
157:5,11
**revolver** 93:7
236:12
**rhyme** 257:2
**ride** 62:7
**riding** 25:9,10
65:10 210:20
**right** 4:6 5:8 8:11
9:6,7 11:4
14:11,25 20:14
21:2,17,20
23:11,25 24:8

24:10 26:1,6
28:3 31:2,13,16
31:23 32:18,21
33:1,5 34:16,25
35:19 36:3,13
37:4 38:7,19
39:1,5 41:10
42:8,16 43:20
44:11 45:2,11
46:9 47:14 49:6
49:10,15 50:5,6
50:18,21,23
51:7 52:8,20
53:8,11,23 54:1
54:4,13,14 55:1
55:11 56:20
57:4 59:15,23
60:7 61:18,22
61:23 62:19,20
62:25 63:10,16
63:18,23 64:9
64:11,14,20
65:4 66:19 67:5
67:8,11,12 68:1
68:11,13,24
69:5,12,16,22
69:23 70:2,10
70:22 71:4,6,22
72:1,3 73:9,20
73:25 74:3,21
75:13,17,24
76:2,10 78:15
79:12,19 80:9
80:12,18 81:18
81:24 82:7,12
82:14,17 83:3,9
83:21 84:19,24
85:2,6 86:16
87:16 88:8,9,15
88:19,22 89:4
89:10,25 90:5
90:15,20,22
91:6,8,14,23,25
93:3,14,17 94:3
94:7,8,14,18,22
94:25 95:12,16

96:2,14 97:2
98:5,6,16,21,23
100:4,17 101:10
101:18,25
102:16 103:18
103:22 104:1,14
105:3,7,10,20
106:3,14,19,22
107:1,22 108:5
109:8,18,21,22
110:19,22,23
111:4,20 112:12
112:17,25 113:1
113:5,8,14,25
114:6,17,21,23
115:3,8,14,19
115:24,25 116:4
116:8,11,15,20
116:23 117:8,11
117:16,23 118:2
118:5,7,9,11,15
118:18,25 119:5
119:9,14 120:1
120:10,15,22,24
121:7,8,10,14
121:20 122:9,25
123:3,6,21,24
124:3,6,16,22
125:8,20,25
126:6,15,18
127:1,3,16,20
127:24 128:8,14
128:20,23 129:2
129:5,15,16,19
129:20,25
130:18,20,22,25
131:8,19,21,24
132:2,7,10,14
132:16,18 133:7
133:9,21 134:4
134:11,13,15,17
134:22,25 135:2
135:6,9,13,16
135:17,18,24
136:17,20,23
137:1,2,14,25

138:8,11 139:11
139:13 140:21
141:2,2,21,23
142:3,5,17
144:8 145:7
146:22 147:11
147:13,15,19
148:1 149:2,10
150:2,7,9,25
151:20,24
152:23 153:3,14
153:21 154:13
154:18,23
157:10 159:4
160:1 161:5,9
161:13 163:7
164:2,12,18,24
165:4,6 166:16
166:17 167:6
169:17,20,22
173:3,21 174:19
174:21,22,25
175:4,12,24
176:7,11,25
181:1,5 182:9
183:20 186:10
187:25 188:11
188:20 189:14
189:19 191:3
192:6 193:16
195:3 199:3
201:20 210:2,21
212:6,21,22
214:11,15 220:5
227:25 229:11
230:21 246:20
247:25 250:17
251:24 252:6
255:11,25 256:1
258:1 261:12
263:11,12 266:6
269:10,14
272:18 275:16
276:14 280:6
281:11,20
282:13 283:6,10

286:5 292:8,9
294:17 296:8,22
304:8 305:25
306:18 307:3,15
307:18 308:2,16
308:17 310:3,10
310:13 312:5,14
313:1,3,8,17,25
314:20,23
316:24 317:6,13
318:15,22
**right-hand** 189:2
**ring** 52:23
**rings** 52:20 53:5
**risk** 153:19
214:17,20 215:2
**Road** 1:20 2:14
**robbery** 175:18
**Robert** 280:18
319:14
**roll** 228:3,4
**rolled** 276:2,9
**rolling** 121:24
**rough** 54:8
**roughly** 16:13
**row** 1:19 2:13
189:25
**rule** 61:9 324:4
**rules** 4:10 7:3
**run** 78:23 79:1,10
82:2 102:2
177:24 291:23
**running** 168:23
199:9
**runs** 272:20,23
**Russa** 6:1
**Ryder** 1:18 2:11

---
**S**
---

**S** 2:5 5:15 6:2
15:21 18:15,19
171:22 206:2,2
**sad** 137:5,12
176:21
**Safari** 77:10
**safe** 167:17

**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

168:12,13
224:25
**safety** 75:21
**salesperson**
307:10
**salon** 15:15 16:1
41:6 108:12
198:25 249:3
**salons** 16:4,6
**sat** 221:9 234:14
**satisfy** 72:9
282:16
**save** 315:13
**saw** 44:22 45:3
150:5 303:19
**saying** 31:20
42:13,21 43:12
56:10 57:21
59:8,15,23 60:9
60:12,16,17
62:2 63:3 65:6
67:2 70:18,19
72:10 80:2
84:15 95:10
96:21 97:9
99:18 103:14,25
104:15 111:24
112:13 114:4,19
123:8,16,17
124:24 125:10
127:18 128:4
129:17 132:18
134:21 136:4
143:19,24
145:12 148:14
149:6,17 155:17
163:14 174:11
174:13 175:20
186:15,17 205:1
210:23 218:23
226:23 230:2,23
234:18 235:2
251:25 260:2
267:12 271:17
275:11 276:4,6
286:8 287:14

307:4
**says** 48:1 55:8
56:24 58:10
66:21 68:8,24
69:18,19 70:14
74:12,13 76:2
81:19 82:14
91:10 95:13
96:11 97:15
98:17 113:10
114:12 117:8
126:6 129:10
130:1,5 145:23
193:24 214:13
293:10 297:19
298:12,25 299:4
299:7,23 306:5
310:16
**scared** 47:6 48:21
66:10 78:22
136:1 166:6,10
166:11 204:2,9
206:25 219:16
**scary** 62:8
**scene** 38:20,24
39:3,8 40:4
**schedule** 107:23
108:4,6 262:11
**scheduled** 109:6
**scheduling** 133:2
**school** 157:16
192:7 316:17
**scream** 66:5,18
75:1,10 76:19
**screen** 53:21
**screenshotted**
13:3,10 14:12
**seal** 321:22
**seat** 90:7,12,16
90:18,24 91:2,6
91:9,10 93:18
93:19,24 94:2,5
94:15 158:2
199:8 232:22,23
233:22,25 234:1
234:14,16,20

237:16 241:12
241:13,16,20,22
241:25 242:1,2
**seated** 90:7,15,17
90:18 94:4,14
**second** 54:2
138:21 267:10
267:24 274:19
318:18,19
**seconds** 139:8
144:13,16,19,19
144:21 178:2
**security** 206:24
**see** 8:1 9:11 12:4
53:20 64:5
73:17 102:20,21
115:20 143:18
152:13,19 154:6
162:21 168:9
179:5 187:17,19
188:15 202:13
203:2 209:16,23
210:5 212:25
216:16 217:19
219:10 237:23
238:9 240:25
243:9,12,24
248:22 249:22
253:11,15 255:7
261:3 263:23
282:23 293:6,10
294:11 295:14
295:21 297:17
297:19 298:11
298:24 299:6,14
303:2,13,15,17
303:18 304:3
305:2,5 306:2,4
306:5 309:23
310:4,15,24
311:13,16 312:6
314:18
**seeing** 304:10
**seeking** 167:9
**seen** 38:2 58:9
63:22 93:2

102:23 139:7
199:4 201:6
214:25 269:6
**self-employed**
5:24 157:4
316:16
**semi-automatic**
93:7,11
**send** 99:5 112:5
112:21,24
113:15 114:3
126:2 252:18
253:4
**sending** 252:1
**sends** 126:2
**sense** 117:11
155:6
**sent** 13:10 14:13
50:21 112:15
113:9 114:12
137:7 182:17
198:13 253:21
254:3
**sentiment** 296:25
**separate** 6:14
10:25
**separated** 47:7,8
**Sept** 300:7
**September** 26:2
27:24 28:1
32:21 33:8 99:5
99:19,20 100:18
100:18,21
109:10 114:1
144:4 177:24
178:8 180:5,14
196:23 201:13
202:19 209:8,23
211:13,19
246:10 249:20
258:10 275:15
278:1 287:8
291:18 297:25
300:8 314:3,4
**sequentially**
189:7,9

**series** 134:10
138:1 255:5
**service** 34:4
99:11 105:22
106:4,12 107:9
107:12,19,24
108:8,23 315:12
**set** 172:12 211:22
324:6
**sex** 16:25 17:6,8
31:18 63:6
67:23 72:1 75:5
79:23 80:2,8,13
81:1,3,11 82:10
84:22 86:20
88:17 89:20
90:13 91:11
94:6,19 95:1,2
98:13 100:10,13
117:24 121:6,8
121:12,16
124:19,25
125:12,21
139:25 147:21
153:8,9,12
154:2,5 155:10
155:20 156:5,8
158:1,6 159:19
164:9,9 166:15
166:20,22,25
167:3 173:21
174:19,25 175:3
175:16,22 176:1
176:8 224:3,10
224:15 225:1,11
225:20 229:25
231:18,24
232:13,22 233:7
233:23 234:4,8
235:1 236:1,24
237:9,14 239:21
240:5,13 241:15
241:24 245:6,7
254:5 260:7
263:16 266:13
266:21 267:4,23

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 404, Akron, OH 44308 - 330.253.8119

Queen Tiera R. Miller                    11/11/2019

Page 347

277:14 286:21
295:18,19 316:2
316:21 317:2,3
317:4,9,16
319:25
**sexual** 233:7
234:7 242:21
243:15,20 246:3
246:10,13
252:19 270:3,7
274:18,25 275:5
318:9,22
**sexually** 254:25
**Shaker** 1:10 2:18
4:21 58:8
158:12 159:5,16
159:23 160:9
181:8 182:18
184:4 258:25
260:24 261:11
280:13 282:8
283:6,19 284:7
284:23 285:14
285:20 290:17
290:22 291:8,17
300:18 301:13
321:3
**Shaker's** 182:22
**shaking** 86:22
88:20
**share** 109:19,23
110:10,15,20
273:2
**Sharp** 2:19
**sheet** 321:17
322:1
**shell** 71:8 227:4
**shifts** 262:9
**shirt** 87:5,12,13
87:15,18,22
88:2
**shit** 72:11 136:24
**shook** 91:21
**shoot** 207:4
**short** 28:24
141:10 242:14

260:13 270:13
**shorts** 89:5,13
92:6 221:17
233:20 270:13
**shoulder** 167:24
**shoulders** 14:21
316:18
**show** 20:11 157:3
157:11,13,15
180:19 181:22
193:15,19
293:22
**showed** 12:16
162:19 221:11
**showing** 180:2
**shows** 10:3,18
104:17,20
178:13 179:21
305:2
**shrug** 14:21
**sick** 131:12,14
**side** 85:16 86:11
90:8,10,21 94:1
94:1 156:1
163:19 168:12
298:11 302:2
**sign** 107:12 321:7
321:17
**signed** 106:8,11
107:8 157:16
**significant**
296:10,21
**simply** 149:20
184:3
**single** 226:20
316:16
**sir** 15:2 18:23,25
19:3 164:17
191:23 192:1
193:11,22 267:6
280:10,15,24
**SirTerrance**
18:11,12,21
19:5 27:8
**sister** 249:9,19
250:17

**sisters** 249:10
**sit** 90:9
**sitting** 41:12 46:5
221:3,7,8
223:21 280:6
**situation** 77:5
117:14 134:6
151:13 168:14
267:18
**situations** 148:21
148:24
**six** 15:24 180:6,8
180:13 215:22
**Sixth** 2:21
**skirt** 92:7
**sleep** 65:12,14,17
66:23,25 67:1,7
154:17 169:1
**sleeve** 136:2
**slightly** 30:17
143:5
**slim** 215:22
**slowly** 18:18
**Smith** 2:10 4:19
12:11 17:1,23
19:2 20:15,19
29:24 31:10
34:11 37:1
41:15 42:12
43:17 44:13
51:24 99:22
100:20 118:17
141:21 142:19
146:19,25
147:21 156:5
157:25 159:8,18
162:14 163:3
164:7,15 165:8
172:6 173:20
180:17 182:24
195:2 196:2
197:6 200:2
202:3,10,19
206:11 208:14
212:19 213:17
216:20 218:25

221:1 222:17
223:2 242:22
243:16,20
246:15 247:15
247:25 248:18
249:5 250:1,5
253:17 255:20
256:6,13,16
258:10,23
259:22 260:3,14
265:24 266:3
268:18 269:17
270:24 271:19
272:5 273:14
274:17 275:3,7
277:14 279:18
282:3 284:10
286:1 287:18
288:2 289:16
290:19,23
291:14 298:18
298:22,23
299:20,21
302:19 305:6
315:7 316:22
318:4
**Smith's** 143:11
144:14 179:3
180:7 287:15
303:25 304:13
304:16
**sneezes** 266:16
**sober** 226:25
**social** 164:21
292:25 293:19
296:8,11
**soft** 56:15
**Solon** 1:20,21
2:14,15
**somebody** 43:24
66:5 171:1
257:11 269:8
307:20
**somewhat** 47:23
287:6
**son** 27:8 28:16

29:19 42:1 82:6
153:20 167:18
170:1 205:15,17
207:5 248:13
253:24
**son's** 37:20 247:4
**soon** 240:3
243:19
**sorry** 5:25 6:25
7:22 10:8 13:13
14:9 18:18 19:9
25:23 54:18,25
55:6 60:13 63:4
65:7 71:14 80:6
81:22 111:13
129:23 142:14
151:4 154:20
157:14 165:24
171:5 178:4
221:21 228:3
253:12 273:7
306:12 308:18
311:5
**sort** 15:3 16:8
19:21 27:15
36:4,15 45:12
69:1 119:10
156:12 164:10
169:15,19
183:18 238:9
257:2 265:16
267:9 288:17
**sought** 159:6,23
**sound** 9:6 152:14
**sounds** 89:10,12
103:4 318:2,7
**spa** 5:24 6:2,15
14:15 15:1,11
15:18,20,23
16:20 19:15
38:1 42:22,22
104:20 156:23
160:24 177:2
268:1 272:23
294:16 308:20
309:18 312:23

| | | | | |
|---|---|---|---|---|
| spa's 177:8 294:24 | stamps 107:13,17 standing 70:4 229:4,6,8 | 83:9,15,21 150:10 168:25 226:13 | 315:1 320:3 street 44:6,7 47:18 71:7 | summary 266:2 summer 43:1 summoned 299:2 |
| spas 16:5 speak 200:5 specific 170:5 270:2 | Starbucks 105:17 135:8,11 139:2 139:9 141:20 259:25 260:15 | stayed 51:9 77:6 110:17 152:6 174:4 192:11,12 192:13,14,14 | 83:13 85:16,19 86:11 90:21 231:5,9,10,11 231:14 232:5,8 | summons 299:1 Sunday 160:8 sundress 221:16 sunglasses 189:17 supposed 11:2 |
| specifically 239:3 244:12 258:8 316:10 | 260:19 261:8,16 261:24 263:22 267:4 | 214:22 staying 152:17 212:1,10 | 232:11 249:16 291:24 stress 165:19,21 | 47:15 110:25 135:19 161:20 195:15 211:24 |
| specifics 222:13 222:16 specified 323:21 | start 5:9 51:22 134:19 178:21 started 42:21 | stenotypy 323:13 Steve 242:6 Steven 2:20 181:7 | stressful 265:7 stressing 131:6 165:17 | 212:9 215:1 220:2 281:9,18 284:4 307:8 |
| speed 5:4 61:12 199:7 | 86:24 87:1 110:13 159:3 | stitching 238:12 stomach 82:5 | strike 51:21 63:11 | supposedly 173:6 173:8,14 199:2 |
| spell 5:14 15:19 18:14 40:24 | 170:11 173:10 189:16 253:23 | stone 226:24 stop 20:19 29:24 | student 157:18 193:9 | 306:15 sure 10:5 13:6 |
| spelled 171:21 spent 191:9 | starting 50:7 144:19 194:17 | 36:25 37:2,5 38:10 39:12 | studying 157:22 stuff 39:20 86:25 | 51:16 56:14 59:5 77:14 81:7 |
| spilling 120:6 spinning 123:19 | 210:1 255:5 starts 44:7 | 40:6 45:16 48:25 49:16,19 | 89:8 108:20 149:1 162:1 | 106:15 119:3,21 127:25 134:7 |
| split 195:4,11 spoke 37:1 | 247:22 State 1:24 16:23 | 49:20,23,24 50:2 66:10 89:2 | 171:3,6 257:22 281:17 300:5 | 136:5,8 137:4 138:22 139:4 |
| 141:24 150:5 163:17 196:10 | 321:8,11 323:3 323:6 324:13 | 144:5 158:7 164:16 194:20 | 303:1 stunt 121:4 | 140:9 154:12 169:15 170:4 |
| 302:4 Spoof 145:15 | stated 160:9 statement 14:5 | 210:9,14,19 215:5 221:13 | stye 36:2,14 165:17,22 292:6 | 178:17,20,23 180:13 190:2 |
| 179:18 180:3 Spoofed 146:1 | 67:21 81:8 159:11 160:2 | 243:2 268:17 269:16 275:15 | stylist 41:7 subject 29:15 | 191:4 195:23 199:19 215:15 |
| Sprint 251:8 sprung 186:12 | 161:6,18,23 281:7,8,13,22 | 279:19 281:2 300:7 303:3 | 229:12 sudden 47:16 | 220:23 250:6 256:18 259:5,8 |
| squad 261:12 SS 321:9 323:3 | 284:9,24,25 285:3,9,10,19 | 315:9 stopped 22:17 | 105:6 sue 162:14 | 260:21 269:4 270:10 272:14 |
| sstrang@gallag... 2:25 | 321:18 STATES 1:3 | store 105:4 story 77:12 | suffered 165:7 suggest 135:3 | 287:12,21,24 296:6 301:7,16 |
| St 55:21 56:24 71:7 85:17 | stating 273:2 station 71:8 | 154:10 269:7 303:16 | 245:14 287:22 suggested 63:23 | 308:5,16 313:15 316:9 |
| 203:9 205:9 214:24 227:5 | 75:20 82:1,19 82:22,25 83:2,4 | straight 239:20 Strang 2:20 4:21 | 266:12 suggesting 103:6 | surprise 278:15 312:22 |
| 288:6 stalk 269:9 | 83:11,12,19,23 86:11 227:3,4,7 | 181:6,7,23 182:7,9 183:20 | suggestions 102:4 suggests 64:7,16 | suspect 185:24 suspension |
| stalked 168:10 170:7 | 230:21 231:5 status 172:8 | 184:7,13,20 185:2,4,15,22 | suing 165:7 suit 183:22 | 192:23 sweat 236:14 |
| stalking 38:2 164:23 268:19 | stay 26:25 27:6 27:12,13,15,18 | 186:16,24 187:2 188:8,11,13 | 184:14,18 185:25 270:18 | Swerve 275:18,20 275:25 276:5,10 |
| stamp 106:13 132:21 | 51:7,11 55:18 | 242:8 302:11 | Suite 2:6 | |

CEFARATTI GROUP
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

swerved 47:23
switched 10:21
  306:13
sworn 4:6,11
  321:17 323:9
sympathetic
  155:24
system 165:12
  201:17

_____

**T**
**T** 2:12 15:21
  18:15,19 19:10
**t-shirt** 87:8,23
  88:2 237:7,10
**table** 5:8 221:9
**Tackla** 3:6
**take** 5:6 31:5
  35:20,23 36:6
  36:21 56:3 67:6
  72:12,14 75:2
  75:25 76:19
  78:17 89:4,6
  114:11 119:18
  138:13,16,21,22
  139:16 141:4
  147:3 152:18
  153:20 175:19
  178:4 188:13
  199:2 214:16
  228:24 235:9
  236:6,22 237:8
  237:20 241:2
**taken** 1:15
  149:15 233:13
  323:19
**takes** 71:20 74:2
  87:25 88:1,9
**talk** 13:25 37:18
  54:8 57:14,16
  64:25 79:4
  105:13 109:19
  116:2 151:24
  155:9 158:21
  159:6,23 160:12
  160:14,16,22

161:7,14 170:25
200:6 203:17,19
204:23 206:9
208:25 220:14
247:8,19,23,24
249:25 287:2
**talked** 30:11,23
  31:4 63:4 65:8
  158:23 160:17
  161:10,19
  174:18 181:13
  193:1 195:24
  197:11 200:3
  204:25 208:19
  212:1,21 213:16
  217:15,23 229:4
  244:20 247:5,13
  250:4 263:15
  271:24 277:6,8
  277:11 279:10
**talking** 30:2
  39:11 43:3
  49:21 155:15
  159:12 161:25
  162:3,8 205:6
  219:12 222:20
  288:4
**tall** 215:22
**tape** 265:16
**tax** 20:12 157:5
  157:10
**Taylor** 40:23
  199:15 252:11
  254:18,24 256:3
  257:19 259:3
  264:22 314:15
**Taylor's** 256:10
**telephone** 40:15
  40:16 172:22
  177:2
**tell** 8:24 19:1
  20:14 35:13
  45:23 46:19
  48:8 54:14 56:7
  60:20 61:18,24
  63:1 65:4 66:5

77:12 85:3
86:17 92:11
93:23 101:2
102:17 107:3
111:1 113:2
126:18 142:18
156:4 161:16
166:4 167:13,15
169:24 179:11
187:21 197:21
198:19 201:25
203:14 204:22
206:16 207:10
208:12 213:20
218:5 227:2
232:16,19
240:18 245:4,21
248:17 249:4
257:1 262:16
266:19 267:7
268:7 274:16,17
277:21 279:23
289:22 292:23
293:19 294:13
314:1
**telling** 37:11
  39:16 42:1 46:8
  46:22,23 47:3,4
  47:13 48:3,13
  81:2 93:20
  111:10,15 112:8
  127:14 147:1
  151:7 155:4
  174:3 219:20
  222:18 224:22
  241:17 266:25
  305:17 315:18
  318:17
**tells** 84:18 110:3
  126:21 128:14
  132:3 151:14
**ten** 16:13 17:16
  17:20 188:14
  251:2
**terminated**
  311:20,22

**terminating**
  179:23 310:13
  310:14,16
**terms** 50:6 195:9
**Terrance** 18:14
  19:8 248:3
**terrified** 75:7,9
  75:19 76:8,11
**terrorizing** 164:8
**testified** 41:16
  87:3 146:17
  154:12 214:12
**testify** 323:9
**testifying** 38:9
**testimony** 12:16
  31:24 32:5 64:1
  64:15 70:23
  124:23 154:14
  164:14 312:2
  318:2 321:20
  323:12,17
**text** 11:16 12:1
  12:19 13:1,11
  51:25 98:10,14
  98:18,24 99:4,7
  99:15,19,20
  100:18,19 109:2
  109:15 111:5,6
  112:15,21
  113:10,16 114:2
  114:12 115:20
  116:10 119:3
  120:4,8 121:17
  123:7 124:13,17
  124:18 126:25
  132:12,17,21
  134:8 135:4,14
  137:7,17 138:2
  138:5,9 142:2
  150:6 172:3,5
  176:13,19,21
  213:4 252:1
  262:17 305:23
  317:19 318:11
  318:14
**texted** 12:14

98:10 318:12
**texting** 39:20
  124:8 150:11
**texts** 12:23
  105:13 119:23
  132:4 134:10
  137:20 176:23
**Thank** 187:4
  189:20 266:18
  314:24 320:4
**thanks** 133:16
**therapist** 41:6
  157:24
**thing** 15:4 47:21
  68:7 69:18
  74:13 78:2
  81:19 86:24
  87:9 92:20
  95:13,14,15
  98:7 122:2
  129:24 131:10
  169:19 181:21
  190:1,3 216:25
  236:5 274:5
**things** 5:4 7:4
  61:12 151:24
  167:16 169:16
  175:25 185:13
  199:20 266:5
  305:10,13
**think** 9:5 13:7,8
  13:10 14:11
  24:1 25:2,3
  31:8 34:14 35:3
  35:15 37:6,22
  44:5 50:4 53:10
  58:9,12 64:25
  74:25 77:19
  85:18,18 87:7
  87:11 89:8
  99:15 100:11
  109:12 110:8,9
  110:11,14,18
  124:14 127:12
  127:16 148:9
  153:4 154:11

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

163:20,25
164:22 165:18
171:14 173:15
173:24 188:4
189:25 190:22
194:10 203:4
204:8 211:11
212:13 213:12
213:13,18
214:12 219:21
221:5 222:3,4,4
222:12 224:3
226:8 233:5
234:2,22 235:19
237:15 238:14
240:23,24
245:16,18,19
247:21 249:6
251:12 259:6
261:22 262:2
263:9,23 266:4
266:14,22
267:16 271:18
275:21 276:1,2
276:25 277:19
278:6,25 281:14
281:24 282:14
286:4,23 289:17
290:3,4,7
292:12 294:15
295:1,7,9 301:3
303:8 316:4
**thinking** 42:24
47:22 48:12
77:11 82:6
154:8 163:6,9
163:10 168:23
179:17
**thinks** 79:9
**third** 53:1,6,12
54:2,10
**Thistledown**
22:15,23 23:12
23:14,21,23
30:15
**thought** 45:17

47:11 48:19
49:2,12 61:6
112:20 117:16
117:24 118:16
129:3 149:16
154:9 167:22
176:8 250:10
269:17 272:5
273:19,22
278:10 281:18
282:11 284:3
287:1 289:16
307:24 317:10
**threaten** 149:4
207:16 254:17
254:23 274:10
274:24
**threatened** 149:3
149:10,13 150:3
175:2,5 252:7
**threatening**
164:7
**three** 22:11 42:23
53:7 100:7
106:7,16,22
108:11 138:25
143:15 145:1,11
163:20 191:18
191:22 194:16
251:12,13
**threw** 199:18
**thrown** 35:5
**thumbs** 133:12
133:14
**Thursday** 117:9
**ticked** 278:1
**ticket** 34:19,22
34:24 35:11,18
54:19 55:7,22
57:7,9,20 58:4,8
58:15,19 59:16
59:17,24 60:10
60:12 61:5,16
65:2,8,16,23
66:1,23 67:4,7
67:10,22,25

68:6 72:4,16
74:7 99:15
100:15 106:6
107:20 110:1,5
115:1,6,10,12
115:16 117:21
118:21 140:2,14
140:18 147:2
150:15 151:16
151:16 154:17
155:1,4,25
158:17 199:12
203:22 224:5,21
224:22,24 225:5
245:8,9 259:25
279:14 291:4,10
297:14,24 298:9
298:20,25
300:11,23,24,25
301:10 315:6,16
315:23 316:1,3
316:24 317:5,23
317:24 319:2
**tickets** 106:5,7,16
106:17,20,23
150:20 315:9,11
**tied** 143:15
**Tiera** 1:7,14 4:8
4:14 5:11
141:15 181:14
302:15 315:2
321:2,4,12
**tight** 316:11,19
316:20
**time** 4:3 5:5,8
7:12 12:22 13:9
15:1 18:18
23:16 24:12
25:20 32:16
39:11 40:5
41:22 47:13
51:14 52:2,13
52:21,23 53:1,4
53:12,20 54:11
71:15 79:5 83:7
94:20 95:22

98:21 104:6,16
104:19,22,24
105:4 108:2
109:6 112:14
114:1 125:21
126:13 130:20
134:9,11 138:23
141:8,24 143:4
143:8,14 144:2
144:9 145:1,10
146:5 152:17
155:19 158:11
159:5,21 164:3
167:21 177:25
178:10,12 180:8
180:16 184:19
185:18 190:24
191:9 201:16
202:18 206:16
207:2 211:15
226:9 230:7
235:13 242:5,12
242:17 245:25
247:16 251:4
253:2 256:4
262:10,19 265:2
265:8 266:22
271:17 276:8,12
277:10 285:18
295:2 302:3
312:7 317:10
319:20 320:8
323:19
**times** 42:24 53:7
53:9 54:2 66:12
66:15 124:15
125:2,3,3
138:25 211:15
216:4 277:9
287:10,13
**timing** 305:9,12
**tint** 47:25 48:1,4
48:15,18
**title** 149:18
**today** 4:22 5:17
36:7,21 116:13

116:16,17 118:9
119:4,15 182:1
183:14 292:13
318:18
**Today's** 4:2
**told** 22:1 35:5,8
35:10 37:14
43:23 55:18
58:14,16 67:14
71:21 74:2
79:18 84:8
85:23,24 95:11
97:23 100:10
105:16 109:13
109:25 110:11
110:13 115:12
141:3 152:24
161:7 162:1
174:7 203:9
204:21 205:8
207:12 210:18
213:12,18
215:25 219:15
229:18 231:19
240:22 244:23
245:2,22 246:18
249:7 259:24
266:23 277:20
278:10 289:24
290:7 291:8
**tomorrow** 120:9
120:18,19 123:9
123:18 126:23
**top** 12:5 77:3
90:2 208:5
234:11,12,13,17
235:12 236:4
237:3,6,19
239:22 241:7
310:15 316:6
**topic** 110:19
**totally** 167:25
**touch** 39:2
**town** 102:25
**traditionally**
186:21

CEFARATTI GROUP
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

traffic 20:19
36:25 40:6
45:16 66:9 89:2
106:16,17,20,23
118:8,12,16
119:4,4,5,6
131:2 140:21,22
140:24,25 144:5
150:15,18,20
158:7,19 164:16
187:10 191:1,2
191:3,7 210:9
221:13 231:12
268:17 269:16
275:15 279:19
**transcribed**
323:15
**transcript** 321:14
**transcription**
323:16
**Transformers**
41:5,8
**transmitted**
254:25
**transport** 307:9
**transported** 11:3
306:15,17 307:8
**traumatizing**
222:14
**treating** 170:11
**treatment** 36:14
182:3
**trial** 172:12
**trick** 136:2
**tried** 58:9 92:2
132:25 152:6
195:18 196:20
200:5,14 201:14
261:1 263:21
264:18,19
268:25 299:20
299:25
**trip** 195:16,16
**truck** 37:25 41:23
199:8 261:9
**true** 31:14,21

115:9 147:5
153:4 323:16
**truth** 323:10,10
323:11
**truthfully** 5:19
**try** 14:20 35:4
59:14 62:6
78:22,23 79:10
92:3 144:1
148:3 165:20
166:12 199:13
299:21 300:3
**trying** 56:7 76:20
77:20,25 78:3
84:17 92:5,7,15
92:17,18 99:12
101:13,19,22,23
102:6 103:7,9
104:5 106:5,9
110:18 113:17
121:3,17 125:4
125:9 127:13
129:8 131:15
157:17 162:20
165:22 166:1
196:16 203:19
205:10,10 217:1
240:15 245:7
262:16 264:2
267:16,20
286:17 291:5
296:19 315:13
316:16
**turned** 47:20
103:1 182:25
184:25
**Turner** 172:14
173:4 194:3,13
194:21 195:5
198:23 199:23
254:5 255:18,21
258:6 259:2
264:23 273:16
**Turner's** 196:23
**turns** 25:9 47:17
**TV** 93:3

**twenty** 17:18,20
**twice** 301:6
**twiDial** 288:15,15
**two** 6:4,6 10:12
10:14 20:5
22:11 25:21
26:19 27:9 29:8
29:21 31:17
36:10 41:11
51:13 53:7
58:12 69:25
86:18 95:17
97:8 100:7
103:8 105:15
108:11 133:11
134:18 137:18
138:14,16 139:8
146:8 158:1
175:25 189:25
195:15 196:8,8
212:23,24
216:12,14,19,20
216:24 226:3
227:3 231:24
232:21 236:23
243:8,8 260:3
263:15 264:4,20
266:12 283:16
291:2 295:5
**Tyler** 2:10 4:19
196:2 200:7
212:19 268:18
269:17 270:24
271:19 272:1,3
272:5 273:14
274:16 275:3,7
286:15
**type** 36:17,18
148:25 314:15
**types** 36:11

_____

**U**

**UCT** 144:9
177:25 178:9
**uh-huh** 6:24 7:4
26:3 74:8,15

84:2 96:17 99:1
101:7 111:8
112:3 113:11
128:16 129:12
154:19 163:15
165:10 169:21
170:13 188:24
194:1 197:20
209:21 247:1
249:21 255:12
273:5 285:11
292:4 293:3,24
294:12 295:20
297:20 300:12
309:24 310:2
318:16
**ultimately** 64:11
218:16
**Um** 17:12
**unable** 147:3
201:15
**unbelievable**
140:7 213:25
**unbuttoned**
87:13
**unbuttoning**
86:25
**unclear** 286:23
**uncomfortable**
213:21 269:16
271:18 282:25
**underneath**
87:15,21
**understand** 31:24
56:6 61:3 75:3
101:13 103:22
106:15 130:23
133:4 143:21,23
150:3 154:7
162:24 182:18
183:12 184:1
186:5,8 202:6
231:23 262:8,20
262:23 269:23
274:4 280:3,11
283:21 285:12

300:22 304:3
306:23
**understanding**
11:5 205:4
266:1 281:9
**understands**
178:24
**understood**
130:19 262:18
**underwear**
221:24
**uniform** 76:25
77:2 87:5,18,22
88:1 237:24
238:17,22 239:7
261:14,18,20
**UNITED** 1:3
**University**
193:10,14,16,21
**unjust** 278:7
**unlicensed** 278:2
**unlock** 86:16
**unlocked** 86:1
**unusual** 49:17
**unwanted** 121:8
121:12,16
286:16
**update** 185:12,17
**uploaded** 294:23
**use** 6:21 41:21
65:15 140:16
183:13 186:6,12
186:20 289:17
290:2 308:4
**user** 268:11
**uses** 180:23
**utility** 235:19
**utilizing** 146:9

_____

**V**

**V** 28:8
**vagina** 254:15
**Valentine's**
198:12,16
**varies** 19:18
**Vegas** 194:22

CEFARATTI GROUP
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

195:14 196:6
200:4,7
**vehicle** 25:7,18
260:25
**verbally** 5:3
284:24
**Verizon** 251:9,16
251:18 306:14
307:5
**versed** 121:21
**version** 283:23
**versus** 10:24
27:12 100:13
148:23 163:12
317:24
**victim's** 148:23
**video** 139:8,14,17
140:17 260:13
261:6 263:3,10
293:13,16
**Videographer**
3:6 4:1 54:22
71:12 141:6,12
242:10,15 320:6
**videos** 254:10
263:6
**VIDEOTAPED**
1:14
**view** 305:5
**viewing** 302:20
303:14 305:3
**Village** 191:16
**voice** 5:2 6:17,19
10:22 32:19
312:19,20
**volunteered**
42:12 108:22
**vs** 1:9 321:2

———————
W
———————
**W** 6:2
**wages** 156:12
**wait** 110:8 152:18
**walk** 69:13,16
75:14 205:13
**walking** 139:8

259:22 263:3
**wallet** 228:18
**want** 14:20 30:1
38:11 52:15
54:8 55:21,22
56:13 57:21
60:11 61:1 65:7
66:24 72:22
75:10 80:23
81:5 87:11
92:17 100:10
102:23 103:15
103:24 104:15
110:10 116:2,23
119:22 126:24
131:12,19,20
153:25 155:5,25
156:17,18
157:23 160:13
161:4 168:11
170:1 178:7,23
181:24 183:13
187:20,24 188:3
188:13 207:4
214:16 216:8
242:6 245:1
251:21 258:3
273:24 274:1,3
279:1,2,8
308:23 314:18
318:8
**wanted** 37:18
43:18 44:1
57:14,15,19
63:6 66:5 75:1
76:18,19 79:21
80:7 81:9 92:18
95:21 96:22
97:17 103:20
109:19,23
110:15,20 121:2
121:4 129:8
130:16 131:17
153:15,23
155:23 161:7
162:21 170:25

189:3 190:2
218:4 219:22
224:2 225:1,4
239:17 240:16
243:24 245:6
266:20,23
267:19 281:8
283:22 284:9,23
**wanting** 241:24
**wants** 59:24
64:25 80:4
91:11 96:11
97:10 103:23
121:16 125:12
151:15 155:8,20
160:12 240:5
**warning** 48:5,16
**warrant** 40:1,7,9
40:11,14 46:25
47:1 48:6 56:8
**Warrensville**
24:6 47:16,17
275:14
**wasn't** 21:5,15
59:8 106:8
129:6 145:17
150:15 153:19
154:14,22
161:20 162:2
166:25 198:25
205:3 210:20
215:1,6 224:20
225:6 240:14
246:19 258:12
258:15 261:11
272:1 295:11
316:5
**wasting** 134:9
**watch** 169:17
272:18
**watching** 169:5
169:11 204:9
205:17 248:13
272:15 303:2
305:2
**way** 22:24 23:13

27:16 45:18
46:2,12 49:2
50:3 72:8 73:22
73:23 79:8
86:14 126:2
128:11 131:6
143:12 144:23
145:8 148:4
164:23 165:13
172:19 199:9,11
214:17,23,23,23
215:24 231:5,9
236:23 244:10
282:15 284:19
306:21
**ways** 168:5
**we'll** 49:23 80:13
88:13 105:13,19
119:10 138:16
320:5
**we're** 31:3 49:21
77:24 123:6
141:6 155:15
182:11 183:23
242:10,15 320:9
**we've** 62:13
124:13 139:7
174:18
**wear** 165:20
**wearing** 221:10
221:16,17,24
233:19,20
236:14 237:3,19
237:23 238:16
238:17,22 239:7
261:14,19
270:12,13
**web** 177:9
**website** 9:21
**Wednesday**
108:1
**week** 15:3 132:25
133:1 258:19
282:21
**weekend** 302:7
**weeks** 26:19

182:16 260:10
291:3
**weigh** 76:20
**weird** 37:17
39:18 45:22
48:19 195:20
261:4
**went** 22:22 23:12
24:16,21 52:1
58:7 81:25
140:17,25
158:24 159:15
159:16 164:6
179:24 180:4
193:15 194:22
195:14 199:17
204:13 227:3,7
228:20 230:24
242:23 258:17
275:14,25 276:5
282:15 301:12
**weren't** 21:10
26:21 70:3
161:17 264:25
**wheel** 47:20
**whereabouts**
156:20
**WHEREOF**
321:20 324:5
**whichever** 54:11
**white** 87:7,15,22
237:7
**wife** 172:21 273:3
**Williams** 248:16
248:17
**willing** 153:20
316:21 318:21
**win** 77:5
**window** 11:1 48:1
228:3,5 253:24
306:19
**windows** 228:4
**wing** 131:18
**withdraw** 71:10
**witness** 5:13 6:2
7:1,23 13:15,21


THE LITIGATION SUPPORT COMPANY

1.800.694.4787          www.cefgroup.com          fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

14:4,18 26:5
54:24 62:16,20
71:14 154:21
160:19 161:1
181:2,5 188:2
266:16,18
302:12 323:9,12
323:14,17 324:5
**witnessing**
148:15,18
**woman** 21:18
252:2,7
**women** 163:10,24
167:19 168:7
282:4
**wondering** 27:17
57:5 152:5
**Woo** 5:24 6:2,15
15:11 19:14
37:25 42:22,22
177:2 268:1
272:23 294:16
294:24 309:18
312:23
**word** 6:5 18:16
18:17 76:25
148:8,22,22,23
**words** 6:4,6 39:13
65:15,18 74:9
80:11 84:11
107:25 112:24
122:6 128:12
179:24 311:21
**wore** 221:12
**work** 8:15 14:25
41:4 102:25
117:9 126:23
128:15 129:10
146:6 156:17
157:19 183:24
184:2,6,10
306:11
**working** 165:23
166:3 262:9
**worried** 169:25
**worry** 167:23

168:7
**worth** 166:25
**wouldn't** 31:3
32:8,23 33:2,4
142:22 195:18
207:1,1 229:24
269:8 305:1
315:17
**Wrangler** 77:10
**write** 57:8 298:17
298:21
**writing** 198:2,4
281:17
**written** 281:12
284:9,25 285:10
**wrong** 61:4,6,15
79:3 87:4 89:12
99:18 101:13
103:3 107:15
117:12,15,17,25
163:25 207:13
207:14,15
245:17 306:16
307:14,16,17,22
308:17 309:3,7
314:11
**wrote** 128:4
197:24 298:19

**X**

**X** 299:11
**x'd** 299:3

**Y**

**Y** 23:9
**yeah** 7:15 16:15
17:17,21,21
24:18 25:4
26:11 37:14
39:19 43:2
49:18 53:13
57:17 59:7,10
59:13 60:4
66:16 68:4,9
69:4 72:15
73:19 77:3 84:8

84:12,14 90:14
93:9 95:3 97:23
100:3 111:19
114:5 120:21,21
120:25,25
122:10,10
126:16,17 128:7
130:21 131:9
132:1,2,15
137:6 145:14
148:15 156:25
157:7 160:12
176:10,19
178:20 182:5
186:24 188:15
190:20 193:18
204:21 215:14
217:13 219:11
223:17 227:1
246:19 247:7
250:6 264:18,21
267:15 271:6,23
272:19 274:3
277:8 282:23
286:4 291:21
293:5,9 294:18
294:25 295:22
310:23 311:25
313:9,12 314:8
**year** 20:9 25:12
25:21 27:25
29:9 30:22
157:16 165:18
195:15,24 206:7
271:7 301:6
**yearly** 19:22
**years** 7:16 15:9,9
15:24 16:13
25:20,21,25
26:7,8 29:8
194:16 196:18
215:16 246:7
251:2,13,13,20
289:10
**yellow** 255:11,17
257:7

**Yelp** 309:12
**young** 38:15
48:16 173:17
**younger** 206:7

**Z**

**zeros** 178:13
**zip** 184:24
**zone** 125:21

**0**

**0001** 189:6
**00018** 193:25
**00019** 197:14
**00023** 243:6
**001** 187:18
**05** 193:18
**0777** 314:3
**08** 192:8
**0977** 208:11

**1**

**1** 4:4 141:8 190:6
**1:00** 24:14,15,17
111:6 112:18
**1:11** 178:1
**1:19-CV-01080**
1:9
**1:57** 99:5,21
**10** 299:3
**10-17** 299:4
**10:20** 120:13
**100** 1:19 2:13
71:21 74:6
**10th** 255:25
**11** 1:15 144:19,19
144:21 190:5,7
**11:00** 23:22 24:12
24:14
**11:22** 120:10
**11:30:08** 141:8
**11th** 120:18
271:3
**12:00** 24:15
**120** 293:9
**123rd** 29:5

**125** 293:7,8,10
**13** 243:11
**13th** 172:13
**1408** 202:7
216:15
**14598** 26:25 27:2
**15** 299:3
**150** 118:22 139:3
141:21 259:23
260:9 267:10,24
274:19 316:22
317:3
**1501** 2:22
**159** 314:4,10,12
**15th** 123:7
**16** 194:18 313:7
**16th** 124:7 127:1
**17** 194:11 198:16
**18** 26:2 193:23
194:10,23,24
198:10,16
**185** 126:7
**18th** 132:6,6
258:11
**19** 28:1 197:17
313:18
**19th** 178:2
**1st** 114:3

**2**

**2** 141:14 242:12
295:13
**2,000** 19:24
**2:16** 210:2
**2:27:17** 242:12
**2:36:52** 242:17
**2:47** 132:6
**20** 198:11
**2000** 193:18
**2004** 193:18
**2005** 192:7
193:18
**2007** 192:8
**2009** 16:12,18
**2011** 25:14,15
233:2

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**2012** 164:20,24
  165:3
**2016** 26:13
  170:12
**2017** 194:11
**2018** 32:22 33:8
  144:4 177:24
  178:2,8 180:6
  180:14 196:24
  200:19 201:13
  209:8,23 211:13
  211:19 246:10
  249:20 255:25
  258:11 273:10
  275:16 278:2
  287:8 291:19
  297:25 300:8
**2019** 1:15 4:3
  26:7,7 28:19
  29:11 201:22
  321:5,23 324:7
**2020** 26:10
**2023** 324:19
**20s** 228:13
**21** 99:19 100:18
  177:24 198:17
  243:12 253:3
**21:55:59** 178:10
**216** 2:8,24
**216-205-8705**
  249:8
**216-232-3864**
  250:22
**216-253-0727**
  247:3
**216-307-0977**
  208:9
**216-374-5141**
  179:3
**216-401-3869**
  250:18
**216-536-0568**
  248:22 310:20
  310:22
**216-543-8120**
  209:9 313:8

**216-645** 10:15
**216-645-7142**
  6:13 34:8 179:2
  180:10 251:1
  312:25
**216-789-5163**
  177:3 306:6
  307:1
**216-930-1408**
  12:7 53:18
  142:22 143:7,10
  144:14,21
  145:24 146:9
  180:7,9,15
**21868** 321:1
**21st** 32:22 33:8
  100:22 144:4
  180:5,14 202:20
  209:23 211:13
  211:19 249:20
  258:11 275:16
  278:2 287:8
  291:19 297:25
  300:8 314:3
**22** 198:20
**221** 293:23
**23** 144:15 200:10
  201:25 209:13
**241-5310** 2:24
**245** 293:7,8,10,23
**248-7906** 2:16
**24th** 99:5,20
  100:18,22
  109:10 178:8
**25** 20:8,12
**250** 115:13
  118:21 315:23
**26** 144:15,20
**26th** 111:5
  112:18 114:2
  314:4
**27** 203:2,5,18
  204:15,24
  212:20
**28** 324:4
**2nd** 114:18

**3**

**3** 242:17 320:7
**3,000** 19:23 20:5
**3:00** 51:18
**3:11** 210:16
**3:25** 210:5,15
**3:36** 132:13
**3:48:50** 320:8
**30** 146:23
**30,000** 20:8,12
**307** 208:10
**33** 206:8
**34305** 1:20 2:14
**37** 215:17
**38** 215:17
**382-0777** 312:3
  312:15 313:23
  314:5,13

**4**

**4** 310:5,6 321:5
**4:00** 51:18,19
**4:16** 128:9
**40** 15:3 291:11
**44** 249:18
**440** 2:16 7:19
  8:12,22 10:6,14
**440-382-0777** 9:1
  11:6 32:2 33:10
  311:8,13,23
  312:10 313:14
**440-610-3310**
  248:8
**440-836-3131**
  9:12,13
**44114** 2:7
**44115** 2:23
**44139** 1:21 2:15
**45** 255:6,7,24
**46** 255:7
**49** 144:12
**4th** 4:2

**5**

**5:00** 144:11,12
  202:12,16

  212:19 262:24
**5:01** 144:18
**5:11** 177:25
**5:27** 114:3 212:24
  214:11 216:13
**5:28** 212:25
  216:13
**5:36** 216:15 217:5
**5:37** 217:12
**5:39** 216:15 217:5
  217:14
**5:47** 217:15
  218:24
**5:49** 219:8 220:12
  220:17,22
**5:50** 219:6 220:10
**50** 256:19,21
**543-8120** 212:24
**55th** 71:6 227:5
**56** 257:24
**57** 257:25
**58** 257:25

**6**

**6'3** 207:24
**6:00** 71:17,17,18
  160:8 219:6
  220:10 226:11
  226:23
**6:30** 124:9 125:20
  126:1,23
**621-8230** 2:8
**645-7142** 310:10
**650** 29:5
**6th** 27:24 28:1
  273:10

**7**

**7** 295:13
**7:00** 71:18 124:9
  125:20 126:1
**7:25** 243:9 244:2
**7:30** 95:22
**7:37** 243:9
**7:55:59** 179:1
**701** 2:6

**76** 108:13
**7928** 6:8
**79th** 6:8
**7th** 120:9

**8**

**8** 312:6 324:19
**8:00** 120:20 130:1
  130:17 178:5,9
**8:27** 113:9 114:2
**8:34** 114:18
**8:36** 98:10 99:20
**850** 2:6
**87** 259:14,16

**9**

**9-21-18** 144:18
**9-24** 179:1
**9:00** 120:20 144:8
**9:12** 1:15
**9:12:59** 4:3
**911** 78:23 79:1,9
  86:13 152:15
**930-1408** 144:24
  144:25 145:13
  180:23 202:8
**95** 282:22,23
**96** 282:23

CEFARATTI GROUP
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

 AT&T LTE    9:43 PM    

< 43        (i)

+1 (216) 930-1408

Text Message
Fri, Sep 21, 8:36 AM

u home?

Mon, Sep 24, 1:57 PM

They let us go early

Mon, Sep 24, 6:04 PM

can u talk?

I wanted to share something with you

Wed, Sep 26, 1:01 AM

You forgot about me

I called you

Wed, Sep 26, 8:27 AM

Gm

Mon, Oct 1, 5:27 PM

You played me

   

      


DEFENDANT'S
EXHIBIT
A
11-4-19. KAD

 AT&T LTE 9:43 PM 



+1 (216) 930-1408

Tue, Oct 2, 8:34 AM

how

you don't answer when I call

> You never called. So you going to play games and make me pay for this ticket

see what I mean I just called you no answer

> Can we meet today

Thursday evening

Will that work?

> Yes

> Or I can meet you in traffic today

I'm not able to meet today

Sun, Oct 7, 11:22 PM

   Text Message 

      

 AT&T LTE  9:44 PM 

< 43



+1 (216) 930-1408

Sun, Oct 7, 11:22 PM

can you meet tomorrow

Mon, Oct 8, 10:20 AM

Yes

Thu, Oct 11, 10:27 PM

I called you the other day but got no answer..can you meet me tomorrow...maybe around 8 or 9pm

Yeah yeah



is that a yes?

Bet



Text Message

 AT&T LTE 9:44 PM 



+1 (216) 930-1408

ok

Mon, Oct 15, 4:24 PM

what happened

I was saying  can meet you tomorrow

 Ok

ok

Tue, Oct 16, 3:35 PM

can u meet me around 630 or 7pm?

Tue, Oct 16, 5:00 PM

?

 Wya

on east 185 by lakeshore

 Meet you

   Text Message 

      

43



+1 (216) 930-1408

Yea if u can

I'm in aurora now

Ok I'm over here until about 6:30
but I have to work tomorrow if you
want to meet me there near where
we met or something

Wed, Oct 17, 12:08 PM

Cmb

Wed, Oct 17, 1:48 PM

cmb?

Wed, Oct 17, 4:16 PM

what does cmb mean?

Wya

work

I can come get it

Text Message

43

+1 (216) 930-1408

Wed, Oct 17, 4:16 PM

what does cmb mean?

Wya

work

I can come get it

after 8 yes

...

hit me up around then

I can meet you in traffic now before then!

I'm busy @ the moment

Thu, Oct 18, 2:47 AM

can you meet now?

Thu, Oct 18, 3:36 PM

Text Message

43

+1 (216) 930-1408

> Your playing games

how so when I'm the one that continuously reaches out to you I try to meet you last week and this week and we both had scheduling conflicts ..I offer to mail it to you and you won't give me an address I don't understand how that's playing games please explain that to me

> I'm here

> Call me

> Ok soo your playing games 👍

> Your just wasting my time.

I'm about to be there

> Where the fuck are u

are you sure you're okay you look really sad

Text Message

DEFENDANT'S EXHIBIT
B
PENGAD 800-631-6989
11-14-19 KAD

Close
Open
Save
Print

Search Criteria  Search  Clear

2017 TRD 032113    STATE OF OHIO / CITY OF CLEVELAND -VS- MILLER, QUEEN T    SMS

Docket Entry    All Dockets
Images
Participant
Display    Exclude Non Display Dockets
Option

Begin Date    ^    SortDescending
End Date    ^

| Search Results | | | | Amt Owed/ | Amount Due |
| Docket Date | Reference | Description | | Amt Dism/Credit | |
| --- | --- | --- | --- | --- | --- |
| 7/30/2019 | | Journal Entry note: CASE DISPOSED - CWS COMPLETED | | 0.00 | 0.00 |
| 7/30/2019 | | Sentence satisfied. | | 0.00 | 0.00 |
| 7/30/2019 | | COMMUNITY WORK SERVICE COMPLETED, FINE SATISFIED, SENTENCE SATISFIED AS TO COSTS Charge #1: LICENSE REQUIRED TO OPERATE | | 0.00 | 0.00 |
| 7/24/2019 | | THE CENTRAL SCHEDULING DEPARTMENT HAS NOTIFIED THE ATTORNEY(S) FOR THE DEFENDANT OF THE COURT DATE BY TELEPHONE. | | 0.00 | 0.00 |
| 7/24/2019 | | Case continued. Event: Case scheduled for motion hearing. Date: 07/30/2019  Time: 9:00 am Judge: Sweeney, Suzan Marie  Location: 12th Floor Courtroom C | | 0.00 | 0.00 |
| 7/23/2019 | | MOTION FOR DRIVING PRIVILEGES Attorney: JOHNSON ESQ, CARLOS (74685) | | 0.00 | 0.00 |
| 7/9/2019 | | WARRANT BLOCK GIVEN TO DEFENDANT RELEASE OF WARRANT REGISTRATION BLOCK Sent on: 07/09/2019 12:08:38.68 | | 0.00 | 0.00 |

1 Add Record
2 Look/Display
3 Image
4 Parties
5 Doc

6 Forms

7 Events
8 Print Docket

9 Global Cost
0 Dismiss
1 Options
1 Time Filters

2 No Notions

1 Reorder Dockets
2 Find Tracking

3 Labels
4 System
5 Modification
5 Display
6 Docket
6 Calculate
7 Process
7 View Document
8 Delete Record

Cclose  Open  Sav  Prin  Search Criteria  Search  Clear

2017 TRD C32113        STATE OF OHIO / CITY OF CLEVELAND -VS- MILLER, QUEEN T        SMS

Docket Entry  All Dockets
Images
Participant
Display  Exclude Non Display Dockets        Begin Date        >        SortDescending        >
Option                                       End Date         >                          >

Search Results

| Docket Date | Referenc e | Description | Amt Owed/ Dism/Credit | Amount Due |
|---|---|---|---|---|
| 7/30/2019 | | Journal Entry note: CASE DISPOSED - CWS COMPLETED | 0.00 | 0.00 |
| 7/30/2019 | | Sentence satisfied. | 0.00 | 0.00 |
| 7/30/2019 | | COMMUNITY WORK SERVICE COMPLETED, FINE SATISFIED, SENTENCE SATISFIED AS TO COSTS Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 7/24/2019 | | THE CENTRAL SCHEDULING DEPARTMENT HAS NOTIFIED THE ATTORNEY(S) FOR THE DEFENDANT OF THE COURT DATE BY TELEPHONE. | 0.00 | 0.00 |
| 7/24/2019 | | Case continued. Event:Case scheduled for motion hearing. Date: 07/30/2019  Time: 9:00 am Judge: Sweeney, Suzan Marie  Location: 12th Floor Courtroom C | 0.00 | 0.00 |
| 7/23/2019 | | MOTION FOR DRIVING PRIVILEGES Attorney: JOHNSON ESQ, CARLOS (74685) | 0.00 | 0.00 |
| 7/9/2019 | | WARRANT BLOCK GIVEN TO DEFENDANT RELEASE OF WARRANT REGISTRATION BLOCK Sent on: 07/09/2019 12:08:33.68 | 0.00 | 0.00 |

Add Record
Loc/Display
Imge
Parties
Doc

Forms

Events
Prt Docket

G/nal Cost
Dmiss
Options
Tttles

No Motions

ReOrder Dockets
Prt Tracking

Labels

Summm
Nofication
Docket ID
Display

Docket
Calculate
Pages

Void Document
Delete Record

| | | |
|---|---|---|
| 7/9/2019 | Warrant block release ordered. | 0.00 | 0.00 |
| 7/9/2019 | WARRANT BLOCK INFORMATION SHEET<br>Sent on: 07/09/2019 11:37:44.36<br><br>Community Work Service ordered in lieu of fine &<br>cost 30 ___ hrs ___ 10/31/19 ___ date. fine + CC<br>converted. | 10.00 | 0.00 |
| 7/9/2019 | Defendant found unable to pay fine. | 10.00 | 0.00 |
| 7/9/2019 | Ability to pay fine hearing had. | 0.00 | 0.00 |
| 7/9/2019 | Defendant found guilty.<br>Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 7/9/2019 | Attorney of record is: ___ Antonio<br>Nicholason ___ . | 0.00 | 0.00 |
| 7/9/2019 | Warrant fee waived. | 0.00 | 0.00 |
| 7/9/2019 | Warrant block release ordered. | 0.00 | 0.00 |
| 7/9/2019 | Warrant recalled. | 0.00 | 0.00 |
| 6/27/2019 | THE CENTRAL SCHEDULING DEPARTMENT HAS NOTIFIED<br>THE ATTORNEY(S) FOR THE DEFENDANT OF THE COURT<br>DATE BY TELEPHONE. | 0.00 | 0.00 |

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080          PLAINTIFF'S RESPONSES 0002

| | | |
|---|---|---|
| 6/27/2019 | Case continued.<br>Event: Case scheduled for motion hearing.<br>Date: 07/09/2019   Time: 11:00 am<br>Judge: Sweeney, Susan Marie   Location: 12th<br>Floor Courtroom C | 0.00 | 0.00 |
| 6/26/2019 | Result: COMMUNITY WORK SERV IN LIEU OF FINE AND<br>COSTS<br>MOTION TO RECALL WARRANT BLOCK AND REINSTATE<br>COMMUNITY WORK SERVICE CAPIAS AND ISSUE NEW<br>COURT DATE<br>Attorney: JOHNSON ESQ, CARLOS (74685) | 0.00 | 0.00 |
| 3/15/2019 | ALERT ISSUED<br>WALK OUT NON PAYMENT CWS issued on: 03/15/2019<br>For: MILLER, QUEEN T<br>Bond Amt:<br>Bond Type: | 0.00 | 0.00 |
| 3/14/2019 | COMMUNITY WORK SERVICE TERMINATED/RETURNED | 0.00 | 0.00 |
| 3/14/2019 | ALERT CANCELLED<br>VEHICLE REGISTRATION BLOCK ISSUED canceled on:<br>03/14/2019<br>For: MILLER, QUEEN T | 0.00 | 0.00 |
| 2/28/2019 | ALERT ISSUED<br>VEHICLE REGISTRATION BLOCK ISSUED issued on:<br>02/28/2019<br>For: MILLER, QUEEN T<br>Bond Amt:<br>Bond Type:<br>VEHICLE REGISTRATION BLOCK SENT TO BMV<br>Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 2/28/2019 | VEHICLE REGISTRATION BLOCK SENT TO BMV | 0.00 | 0.00 |
| 12/21/2018 | VEHICLE REGISTRATION HOLD<br>Sent on: 12/21/2018   15:27:45.58<br>Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 9/12/2018 | As a community control sanction, defendant<br>ordered to complete 37 ____ hours of community<br>work service by _3/12/19_____ | 0.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 5/3/2018 | ALERT ISSUED<br>VEHICLE REGISTRATION BLOCK ISSUED issued on:<br>05/03/2018<br>For: MILLER, QUEEN T<br>Bond Amt: | 0.00 | 0.00 |
| 5/3/2018 | Bond Type:<br>VEHICLE REGISTRATION BLOCK ISSUED<br>VEHICLE REGISTRATION BLOCK ISSUED created on:<br>05/03/2018<br>For: MILLER, QUEEN T<br>Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 3/19/2018 | TIME TO PAY NON PAYMENT | 0.00 | 0.00 |
| 12/19/2017 | Defendant is hereby granted time to pay the<br>fine/costs assessed prior to: 03/19/2018<br>Charge #1: LICENSE REQUIRED TO OPERATE Receipt:<br>843352   Date: 12/19/2017 | 15.00 | 0.00 |
| 12/19/2017 | PARTIAL PAYMENT IN THE AMOUNT OF : 20.00 | 0.00 | 0.00 |
| 12/19/2017 | FINE AND COST SHEET GIVEN TO DEFENDANT | 0.00 | 0.00 |
| 12/19/2017 | FINE AND COSTS - BALANCE DUE<br>Sent on: 12/19/2017 11:15:13.36 | 0.00 | 0.00 |
| 12/19/2017 | Time to pay granted until ___ Clerk to accept<br>partial payments of $20 today and set up payment<br>plan___ | 0.00 | 0.00 |
| 12/19/2017 | DEFENDANT HAS PROVIDED PROFF OF A VALID DRIVERS<br>LICENSE | 0.00 | 0.00 |
| 12/19/2017 | Financial responsibility (insurance) shown.<br>Founders effective to 12/8/18. | 0.00 | 0.00 |
| 12/19/2017 | Officer present in court. #2126 | 0.00 | 0.00 |

| 12/19/2017 | Defendant is represented by public defender M.D. | 0.00 | 0.00 |
| 12/19/2017 | ON THE PROSECUTOR'S MOTION, THIS MATTER MARKED NOLLE PROSEQUI. DEFENDANT IS DISCHARGED ACCORDINGLY. Charge #2: DRIVER SEATBELT REQUIRED | 0.00 | 0.00 |
| 12/19/2017 | $ 850 of fine suspended. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/19/2017 | Fine and costs amounts due until waiver is paid or defendant found guilty Charge #1: LICENSE REQUIRED TO OPERATE | 1,000.00  1,000.00 | 0.00 |
| 12/19/2017 | Defendant entered no contest plea.    Defendant found guilty. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/19/2017 | Defendant withdrew not guilty plea. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/19/2017 | Prosecutor amended charge to __ 435.01 LICENSE REQUIRED TO OPERATE [MU]. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 11/30/2017 | Hearing scheduled: Event: Criminal Trial Date: 12/19/2017  Time: 10:00 am Judge: Sweeney, Suzan Marie    Location: 12th Floor  Courtroom C | 0.00 | 0.00 |
| 11/30/2017 | Case continued at defendants request. The following event: Case scheduled for pretrial hearing. scheduled for 11/30/2017 at 9:00 am has been resulted as follows: | 10.00 | 0.00 |
| 11/30/2017 | Result: Continued at Defendants request. Judge: Sweeney, Suzan Marie    Location: 12th Floor Courtroom C Defendant advised of right to an attorney. | 10.00 | |

| Date | Description | | |
|---|---|---|---|
| 11/30/2017 | BASED ON INFORMATION RECEIVED FROM THE DEFENDANT, LEADS, OHLEG OR OTHER SOURCE, THE RECORD IS HEREBY CORRECTED TO AMEND THE FOLLOWING: | 0.00 | 0.00 |
| 11/13/2017 | DEFENDANTS INITIAL NAME: DEFENDANTS NEW OR CORRECTED NAME: amend last name to "Miller" Case continued. Event: Case scheduled for pretrial hearing. Date: 11/30/2017 Time: 9:00 am Judge: Sweeney, Suzan Marie Location: 12th Floor Courtroom C | 0.00 | 0.00 |
| 11/13/2017 | Result: Continued at Defendants request. CASE ASSIGNED TO THE PERSONAL DOCKET OF: Participant(s): Judge Suzan Marie Sweeney | 0.00 | 0.00 |
| 11/13/2017 | Defendant entered not guilty plea. Charge #2: DRIVER SEATBELT REQUIRED | 0.00 | 0.00 |
| 11/13/2017 | Defendant entered not guilty plea. Charge #1: DRIVING UNDER SUSP/REVOC | 0.00 | 0.00 |
| 11/8/2017 | Financial responsibility (insurance) not shown. | 0.00 | 0.00 |
| 11/8/2017 | BASIC COURT COSTS Charge #1: DRIVING UNDER SUSP/REVOC Receipt: 843652 Date: 12/19/2017 | 141.00 | 0.00 |
| | | 136.00 | |
| 11/8/2017 | COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED Charge #2: DRIVER SEATBELT REQUIRED | 0.00 | 0.00 |
| 11/8/2017 | COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED Charge #1: DRIVING UNDER SUSP/REVOC | 0.00 | 0.00 |

11/8/2017

0.00                    0.00                    0.00

Hearing Scheduled:
Event: Traffic Arraignment (Afternoon)
Date: 11/13/2017   Time: 1:30 pm
Judge: Criminal, Judge/Magistrate    Location:
3rd Floor Courtroom B

1/1/1900

BACK FILED IMAGES

Close    Open    Save    Print    Search Criteria Search    Clear

2018 TRD 025518          STATE OF OHIO / CITY OF CLEVELAND -VS- MILLER, QUEEN R          ADMIN

Docket Entry      All Dockets
Images            > Begin Date          > SortDescending
Participant       > End Date            >
Display   Exclude Non Display Dockets
Option

Search Results

| Docket Date | Referenc e | Description | Amt Owed/ Dism/Credit | Amount Due |
|---|---|---|---|---|
| 12/21/2018 | | COMMUNITY WORK SERVICE COMPLETED, FINE SATISFIED, SENTENCE SATISFIED AS TO COSTS Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 9/12/2018 | | As a community control sanction, defendant ordered to complete 30 hours of community work service by 3/12/19 ___. | 0.00 | 0.00 |
| 9/11/2018 | | Magistrates decision adopted. | 0.00 | 0.00 |
| 9/4/2018 | | ALERT ISSUED WALK OUT NON PAYMENT issued on: 09/04/2018 For: MILLER, QUEEN R Bond Amt: Bond Type: | 0.00 | 0.00 |
| 8/31/2018 | | FINE AND COST SHEET GIVEN TO DEFENDANT FINE AND COSTS - BALANCE DUE Sent on: 08/31/2018 10:14:33.19 | 0.00 | 0.00 |
| 8/31/2018 | | A copy of the Magistrates decision and additional advisments was served on all parties or their attorneys at the conclusion of the hearing pursuant to Crim R19(E)(3)(a) | 0.00 | 0.00 |
| 8/31/2018 | | Financial responsibility (insurance) shown. | 0.00 | 0.00 |

1 Add Record
2 Line Display
3 Time
4 Parties
5 Doc

6 Forms

7 Events
8 Pmt Docket

9 Global Cost
0 Dismiss
0 Options
1 Timers

2 No Motions

1 Reorder Dockets
2 Pmt Tracking

3 Labels

4 System
5 Notification
5 Docket ID
5 Display

6 Docket
Calculate
Press

7 View Document
8 Delete Record

Miller v. City of Shaker Hts.    CASE NO. 1:19-cv-1080    PLAINTIFF'S RESPONSES 0008

| Date | Description | | |
|---|---|---|---|
| 8/31/2018 | Court granted prosecutor's motion to nolle, charge dismissed. Charge #4: REAR VIEW MIRROR; CLEAR VIEW | 0.00 | 0.00 |
| 8/31/2018 | Court granted prosecutor's motion to nolle, charge dismissed. Charge #3: TOO SLOW | 0.00 | 0.00 |
| 8/31/2018 | Court granted prosecutor's motion to nolle, charge dismissed. Charge #2: SIGNAL;CHANGE COURSE/TURN/STOP | 0.00 | 0.00 |
| 8/31/2018 | Court granted prosecutor's motion to nolle, charge dismissed. Charge #2: SIGNAL;CHANGE COURSE/TURN/STOP | 0.00 | 0.00 |
| 8/31/2018 | Fine and costs amounts due until waiver is paid or defendant found guilty. Charge #1: LICENSE REQUIRED TO OPERATE | 65.00 | 0.00 |
| 8/31/2018 | Defendant entered no contest plea. Defendant found guilty. Charge #1: LICENSE REQUIRED TO OPERATE | 65.00 | 0.00 |
| 8/31/2018 | Prosecutor amended charge to 435.01 LICENSE REQUIRED TO OPERATE. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 8/30/2018 | A PERSONAL BOND HAS BEEN EXECUTED BY THE DEFENDANT. | 0.00 | 0.00 |
| 8/30/2018 | PERSONAL BOND Sent on: 08/30/2018 15:18:09.55 | 0.00 | 0.00 |
| 8/30/2018 | Bond Processing Fee-Gen | 5.00 | 0.00 |
| 8/30/2018 | Hearing Scheduled: Event: Arraignment - Defendant posted bond. Date: 08/31/2018 Time: 8:30 am | 5.00 | 0.00 |

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080     PLAINTIFF'S RESPONSES 0009

Judge: Criminal, Judge/Magistrate       Location:
3rd Floor Courtroom C

BOND INFORMATION

Arrest Bond Added to Case with:
Action Code: DRIVING UNDER SUSP/REVOC
Arrest Date: 08/16/2018
Custody Location: BOND POSTED - DEFENDANT
RELEASED
Bond Status: POSTED
Status Date: 08/30/2018
Blanket Bond: No
Okay to Apply: No
Bond Type: PERSONAL BOND
Bond/Pwr No.: 2518431

8/30/2018                                                          0.00        0.00

Charge #1: DRIVING UNDER SUSP/REVOC
Failure to appear warrant ordered / bond
forfeited.

8/30/2018                                                         30.00        0.00

                                                                 30.00

Financial responsibility (insurance) not shown.

8/24/2018                                                          0.00        0.00

Fine and costs amounts due until waiver is paid
or defendant found guilty
Charge #4: REAR VIEW MIRROR:CLEAR VIEW

8/24/2018                                                         55.00        0.00

                                                                 55.00

Fine and costs amounts due until waiver is paid
or defendant found guilty
Charge #3: TOO SLOW

8/24/2018                                                         55.00        0.00

                                                                 55.00

Fine and costs amounts due until waiver is paid
or defendant found guilty
Charge #2: SIGNAL;CHANGE COURSE/TURN/STOP

8/24/2018                                                         55.00        0.00

                                                                 55.00

BASIC COURT COSTS
Charge #1: DRIVING UNDER SUSP/REVOC

8/24/2018                                                        141.00        0.00

                                                                141.00

COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED
Charge #4: REAR VIEW MIRROR:CLEAR VIEW

8/24/2018                                                          0.00        0.00

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080      PLAINTIFF'S RESPONSES 00010

8/24/2018    COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED    0.00    0.00
             Charge #3: TOO SLOW

8/24/2018    COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED    0.00    0.00
             Charge #2: SIGNAL;CHANGE COURSE/TURN/STOP

8/24/2018    COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED    0.00    0.00
             Charge #1: DRIVING UNDER SUSP/REVOC

8/24/2018    Hearing Scheduled:                                 0.00    0.00
             Event: Traffic Arraignment
             Date: 08/30/2018   Time: 1:30 pm
             Judge: Criminal, Judge/Magistrate        Location:
             3rd Floor Courtroom B

Sea**r**ch    **C**lear

| | Search Criteria | | | | |
|---|---|---|---|---|---|
| C**l**ose | | | | | |
| **O**pen | Last Name   MILLER | Case Number | | Begin Date | > |
| **S**ave | First Name   QUEEN | Case Type ALL | | End Date | > |
| | S.S.N. | Company | | DL Number | |
| **P**rint | D.O.B. | Party TypeDEFENDANT | | Ticket # | |
| | Status GroupALL | | | In AR | Include Affl |

"S"= Secret Case

| | Search Results | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 Add Case Receipts | Party | Affl | S.S.N. | Case Number | Status | Non AR Due | AR Plan Due | Collection Due | In AR |
| 2 Add AR Receipts | | | | | | | | | |
| 3 AR Maintenance | MILLER, QUEENIE M | | 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 | 1997 TRD 078243 | CLOSED | | | | F |
| 4 Docket Entries | MILLER, QUEENIE M | | 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 | 2003 TRD 078397 | CLOSED | 0.00 | 0.00 | 0.00 | F |
| 5 Generate Documents | MILLER, QUEEN R | | 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 | 2004 TRD 044191 | CLOSED | 0.00 | 0.00 | 0.00 | F |
| 6 No Events | MILLER, QUEEN R | | 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 | 2004 TRD 059282 | CLOSED | 0.00 | 0.00 | 0.00 | F |
| 7 Parties | MILLER, QUEEN R | | 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 | 2007 TRD 010490 | CLOSED | 0.00 | 0.00 | 0.00 | F |
| 8 Costs | MILLER, QUEEN R | | 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 | 2008 TRD 053725 | CLOSED | 0.00 | 0.00 | 0.00 | F |
| 9 File Tracking | MILLER, QUEEN R | | 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 | 2012 TRC 032752 | CLOSED | 0.00 | 0.00 | 0.00 | T |
| 10 Service Maintenance | MILLER, QUEEN R | A | 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 | 2012 TRD 038496 | CLOSED | 0.00 | 0.00 | 0.00 | T |
| 11 Print Docket | MILLER, QUEEN R | | 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 | 2013 TRD 040038 | CLOSED | 0.00 | 0.00 | 0.00 | T |
| 12 No Ticklers | MILLER, QUEEN R | A | 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 | 2015 TRD 044837 | CLOSED | 0.00 | 771.00 | 0.00 | T |
| 1 Case Disposition | MILLER, QUEEN R | | 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 | 2016 TRC 028863 | CLOSED | 0.00 | 0.00 | 0.00 | T |
| 2 Auto AR Assignment | MILLER, QUEEN R | A | 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 | 2016 TRD 024861 | CLOSED | 0.00 | 0.00 | 0.00 | T |
| 3 Identifier | MILLER, QUEEN R | A | 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 | 2016 TRD 025757 | CLOSED | 0.00 | 0.00 | 0.00 | T |
| 4 BMV Reporting | MILLER, QUEEN R | | 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 | 2017 TRD 000204 | CLOSED | 0.00 | 0.00 | 0.00 | T |
| | MILLER, QUEEN T | A | 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 | 2017 TRD 032113 | CLOSED | 0.00 | 0.00 | 0.00 | T |
| | MILLER, QUEEN R | A | 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 | 2018 TRD 025518 | CLOSED | 0.00 | 0.00 | 0.00 | T |

Totals:                    0.00              771.00

Close          Search          SClear

Search Criteria

2015 TRD 044837          STATE OF OHIO / CITY OF CLEVELAND -VS- MILLER, QUEEN R          JJZ

Docket Entry    All Dockets                          Begin Date          ∧   SortDescending
Images                                                End Date            ∧
Participant
Display         Exclude Non Display Dockets
Option

Search Results

| Docket Date | Reference | Description | Amt Owed/ Dism/Credit | Amount Due |
|---|---|---|---|---|
| 3/15/2019 | | ALERT ISSUED WALK OUT NON PAYMENT CWS issued on: 03/15/2019 For: MILLER, QUEEN R Bond Amt: Bond Type: | 0.00 | 0.00 |
| 3/14/2019 | | COMMUNITY WORK SERVICE TERMINATED/RETURNED | 0.00 | 0.00 |
| 3/14/2019 | | ALERT CANCELLED VEHICLE REGISTRATION BLOCK ISSUED canceled on: 03/14/2019 For: MILLER, QUEEN R | 0.00 | 0.00 |
| 2/28/2019 | | ALERT ISSUED VEHICLE REGISTRATION BLOCK ISSUED issued on: 02/28/2019 For: MILLER, QUEEN R Bond Amt: Bond Type: | 0.00 | 0.00 |
| 2/28/2019 | | VEHICLE REGISTRATION BLOCK SENT TO BMV Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/21/2018 | | VEHICLE REGISTRATION BLOCK SENT TO BMV VEHICLE REGISTRATION HOLD Sent on: 12/21/2018 15:30:03.44 Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 10/15/2018 | | ALERT ISSUED VEHICLE REGISTRATION BLOCK ISSUED issued on: 10/15/2018 For: MILLER, QUEEN R | 0.00 | 0.00 |

Close
Op...
Sa...
Pr...
1 A..ew Record
2 L..g Display
3 I..ge
4 Parties
5 Doc.
6 Forms
7 Events
8 Pr...nt Docket
9 G...bal Cost
10 D...miss
11 T..xlers
12 N.Motions
1 R..rder Dockets
2 F..e Tracking
3 L..els
4 S..tem
5 N..ification
6 D..sp..ID
7 D..play
6 D..cket
P..cess
C..culate
7 V..w Document
8 D..ete Record

Bond Amt:
Bond Type:
As a community control sanction, defendant
ordered to complete 107 hours of community
work service by __3/12/19__.

| Date | Description | | |
|---|---|---|---|
| 9/12/2018 | | 0.00 | 0.00 |
| 5/19/2017 | VEHICLE REGISTRATION BLOCK RELEASE FORM GIVEN TO DEFT. PER R. TABOR | 0.00 | 0.00 |
| 4/14/2017 | FAILURE TO PAY VEHICLE REGISTRATION BLOCK<br>Sent on:  05/19/2017 14:24:05.41 | 0.00 | 0.00 |
| 4/14/2017 | ALERT ISSUED<br>VEHICLE REGISTRATION BLOCK ISSUED issued on:<br>04/14/2017<br>For: MILLER, QUEEN R<br>Bond Amt:<br>Bond Type:<br>VEHICLE REGISTRATION BLOCK ISSUED<br>VEHICLE REGISTRATION BLOCK ISSUED created on:<br>04/14/2017<br>For: MILLER, QUEEN R<br>Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 2/27/2017 | TIME TO PAY NON PAYMENT | 0.00 | 0.00 |
| 8/15/2016 | Defendant is hereby granted time to pay the<br>fine/costs assessed prior to: 02/15/2017<br>Charge #1: LICENSE REQUIRED TO OPERATE  Receipt:<br>761903  Date: 08/15/2016 | 30.00 | 0.00 |
| 8/15/2016 | PARTIAL PAYMENT IN THE AMOUNT OF : $50.00 | 0.00 | 0.00 |
| 8/15/2016 | TIME TO PAY NON PAYMENT | 0.00 | 0.00 |
| 3/15/2016 | DEFENDANT IS HEREBY GRANTED TIME TO PAY THE<br>FINE/COSTS ASSESSED PRIOR TO 08/15/2016<br>Charge #1: LICENSE REQUIRED TO OPERATE  Receipt:<br>735538  Date: 03/15/2016 | 25.00 | 0.00 |
| 3/15/2016 | PARTIAL PAYMENT IN THE AMOUNT OF : $100.00 | 0.00 | 0.00 |

| Date | TIME TO PAY NON PAYMENT | | |
|---|---|---|---|
| 3/1/2016 | | 0.00 | 0.00 |
| 12/8/2015 | DEFENDANT IS HEREBY GRANTED TIME TO PAY THE FINE/COSTS ASSESSED PRIOR TO 3/1/2016 Charge #1: LICENSE REQUIRED TO OPERATE  Receipt: 735538  Date: 03/15/2016 | 15.00 | 0.00 |
| 12/8/2015 | ON THE PROSECUTOR'S MOTION, THIS MATTER MARKED NOLLE PROSEQUI. DEFENDANT IS DISCHARGED ACCORDINGLY. Charge #3: DRIVER SEATBELT REQUIRED | 0.00 | 0.00 |
| 12/8/2015 | ON THE PROSECUTOR'S MOTION, THIS MATTER MARKED NOLLE PROSEQUI. DEFENDANT IS DISCHARGED ACCORDINGLY. Charge #2: "U" TURNS RESTRICTED | 0.00 | 0.00 |
| 12/8/2015 | FINE AMOUNT DUE Charge #1: LICENSE REQUIRED TO OPERATE  Receipt: 911622  Date: 03/09/2019 | 800.00 | 771.00 |
| 12/8/2015 | THE PROSECUTOR'S MOTION TO AMEND THE COMPLAINT IS GRANTED. THE COMPLAINT IS AMENDED TO BE A VIOLATION OF 435.01 - LICENSE REQUIRED TO OPERATE. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/8/2015 | DEFENDANT IN COURT, ENTERS A PLEA OF NO CONTEST AND CONSENTS TO A FINDING OF GUILTY. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/8/2015 | DEFENDANT WITHDRAWS PREVIOUSLY ENTERED PLEA OF NOT GUILTY. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/8/2015 | THE DEFENDANT HAS PROVIDED PROOF OF COMPLIANCE WITH OHIO'S FINANCIAL RESPONSIBILITY LAW. | 0.00 | 0.00 |
| 11/18/2015 | HEARING SCHEDULED: Event: CRIMINAL PRETRIAL | 0.00 | 0.00 |

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080      PLAINTIFF'S RESPONSES 00015

Date: 12/08/2015   Time: 9:00 am   Location: 14TH FLOOR
Judge: ZONE, JOSEPH J.
COURTROOM D

| Date | Description | | |
|---|---|---|---|
| 11/18/2015 | CASE ASSIGNED TO THE PERSONAL DOCKET OF:<br>Participant(s): Judge JOSEPH J. ZONE | 0.00 | 0.00 |
| 11/18/2015 | DEFENDANT HAVING BEEN ADVISED OF HIS/HER RIGHTS,<br>ENTERS A PLEA OF NOT GUILTY.<br>Charge #3: DRIVER SEATBELT REQUIRED | 0.00 | 0.00 |
| 11/18/2015 | DEFENDANT HAVING BEEN ADVISED OF HIS/HER RIGHTS,<br>ENTERS A PLEA OF NOT GUILTY.<br>Charge #2: "U" TURNS RESTRICTED | 0.00 | 0.00 |
| 11/18/2015 | DEFENDANT HAVING BEEN ADVISED OF HIS/HER RIGHTS,<br>ENTERS A PLEA OF NOT GUILTY.<br>Charge #1: DRIVING UNDER SUSP/REVOC | 0.00 | 0.00 |
| 11/14/2015 | DEFENDANT HAS FAILED TO PROVIDE PROOF OF<br>FINANCIAL RESPONSIBILITY | 0.00 | 0.00 |
| 11/14/2015 | BASIC COURT COSTS<br>Charge #1: DRIVING UNDER SUSP/REVOC   Receipt:<br>735538   Date: 03/15/2016   Receipt: 761903 Date:<br>08/15/2016   Receipt: 911622   Date: 03/09/2019 | 141.00 | 0.00 |
| 11/14/2015 | HEARING SCHEDULED:<br>Event: TRAFFIC ARRAIGNMENT (AFTERNOON)<br>Date: 11/18/2015   Time: 1:30 pm<br>Judge: CRIMINAL, JUDGE/MAGISTRATE   Location:<br>3RD FLOOR COURTROOM B | 0.00 | 0.00 |
| 11/14/2015 | FINE AMOUNT DUE<br>Charge #3: DRIVER SEATBELT REQUIRED | 30.00 | 0.00 |
| | | 30.00 | |
| 11/14/2015 | COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED<br>Charge #3: DRIVER SEATBELT REQUIRED | 0.00 | 0.00 |
| 11/14/2015 | FINE AMOUNT DUE | | |

| | | 55.00 | 0.00 |
|---|---|---|---|
| Charge #2: "U" TURNS RESTRICTED | 11/14/2015 | 55.00 | |
| COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED<br>Charge #2: "U" TURNS RESTRICTED | 11/14/2015 | 0.00 | 0.00 |
| COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED<br>Charge #1: DRIVING UNDER SUSP/REVOC | | 0.00 | 0.00 |
| BACK FILED IMAGES | 1/1/1900 | | 0.00 |

We'll be together – forever,
and then some!

Lou
L. T.
Always!!







I know in my heart...



Whenever
we're alone together,
I lose myself in your eyes
and the way you look
into my soul....

In your touch
and the way it deepens
my desire...

In your kisses
and the way they leave me
wanting so much more.

HAPPY VALENTINE'S DAY
WITH LOVE

You mean
the world to me.

Of you.
Of us.
Of everything
we share.

I love
you more + more
everyday.

Love Lisa 😘

Defendant

Ticket      2323524
Nbr.
S.S.N.      272-72-070   D.C.B10/09/1970
            0
Full Name   TURNER, LEWIS J                    >

Address     C/O    JAMES LEVIN
            2800 EUCLID AVE.    SUITE
            #524

City/ST/ZC  CLEVELAND     OH  44115   >
ip
Address     14340 EUCLID AVE

City/ST/ZE  EAST CLEVELAND  OH  44112   >
ip
State       OH    License  RP631774

Race        BLACK/AFRIC  Gender Male
            AN AMERICAN
Height      5'11"        Weight 240
Hair        BLACK        yes    BROWN

Phone                    County

Judge       Zone, Joseph J.
            Administrative - General
. Date

Case, Vehicle and Offic
Info.
Proof Shown   Y                      2nd/More GUI

Off Dt /       04/02/2017        2:33AM
Time / HAC
Type           Passenger          Haz Mat
               Automobile
Year / Type    2009               CADILLAC
Veh Color      WHITE

Plate # /      FXT 5339           OH
State
Primary Str.   DETROIT

Secondary      WEST 97TH
Str.
Agency         - CLEVELAND POLICE
               DEPARTMENT
Officer Code   KEANE, MICHAEL              >
Jurisdiction   CITY OF CLEVELAND
Code
Sec. Officer                                  >
Complainant                    1st DISTRICT

Balance Due   0.00

AR Balance    0.00
Due

                                    1 of 2
Charges                      Speed   Zone       Lic. Taken   F
ion Code                                        Accident     F
.02A   RECKLESS OPERATION;STREET/HGWY  >        Acc. Chrg
       Ticket 2323524     DegreeMinor    Payable0
       #                  Misdemeanor            2nd Off.
  0    ONE-WAY STR/ROTARY TRAF ISLAND   >        Const Zone
       Ticket 2323524     DegreeMinor    Payable0
       #                  Misdemeanor

ments                        Case
                             Attributes
                                 2017 TRD 011155    Incmp F
                             Status CLOSED      Filed 04/11/2017  ...



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-9 of 31
**Bill Cycle Date:** 09/04/18 - 10/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X10112018

Visit us online at: **www.att.com/business**

## 216 645-7142
**QUEEN RASHE MILLER**

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|------|------|------|------|------|------|------|
| Wednesday, 09/19 | | | | | | | |
| 06:08p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 06:29p | CLEVEL OH | 216-205-8705 | SDDV | | 6 | 0.00 | 0.00 |
| 08:01p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 08:48p | CLEVEL OH | 216-536-0568 | SDDV | | 9 | 0.00 | 0.00 |
| 08:50p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 08:58p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 08:59p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 09:01p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 09:06p | CLEVEL OH | 216-240-0429 | SDDV | | 4 | 0.00 | 0.00 |
| 09:58p | AKRON OH | 330-344-0946 | SDDV | | 15 | 0.00 | 0.00 |
| 10:54p | CLEVEL OH | 216-536-0568 | SDDV | | 1 | 0.00 | 0.00 |
| 10:56p | CLEVEL OH | 216-421-6666 | SDDV | | 2 | 0.00 | 0.00 |
| 10:58p | CLEVEL OH | 216-262-2896 | SDDV | | 4 | 0.00 | 0.00 |
| Thursday, 09/20 | | | | | | | |
| 08:01a | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 10:17a | INCOMI CL | 877-825-4490 | SDDV | | 1 | 0.00 | 0.00 |
| 10:18a | Toll F CL | 877-825-4490 | SDDV | | 1 | 0.00 | 0.00 |
| 10:35a | INCOMI CL | 216-553-3440 | SDDV | | 1 | 0.00 | 0.00 |
| 10:36a | CLEVEL OH | 216-553-3440 | SDDV | | 1 | 0.00 | 0.00 |
| 10:44a | INCOMI CL | 216-536-0568 | SDDV | | 18 | 0.00 | 0.00 |
| 11:38a | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 11:44a | INCOMI CL | 216-215-1194 | SDDV | | 1 | 0.00 | 0.00 |
| 12:45p | CLEVEL OH | 216-242-9505 | SDDV | | 1 | 0.00 | 0.00 |
| 01:14p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 01:46p | INCOMI CL | 888-544-4877 | SDDV | | 1 | 0.00 | 0.00 |
| 01:53p | INCOMI CL | 216-205-8705 | SDDV | | 3 | 0.00 | 0.00 |
| 01:57p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 01:59p | Toll F CL | 800-686-9901 | SDDV | | 32 | 0.00 | 0.00 |
| 02:16p | INCOMI CL | 216-672-4191 | SDDV | | 1 | 0.00 | 0.00 |
| 02:31p | CLEVEL OH | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 02:40p | Toll F CL | 800-503-1283 | SDDV | | 1 | 0.00 | 0.00 |
| 02:42p | Toll F CL | 800-503-1283 | SDDV | | 1 | 0.00 | 0.00 |
| 02:42p | CLEVEL OH | 216-443-5100 | SDDV | | 9 | 0.00 | 0.00 |
| 02:49p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 02:51p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 02:53p | Toll F CL | 866-387-7363 | SDDV | | 4 | 0.00 | 0.00 |
| 03:09p | INCOMI CL | 216-529-0181 | SDDV | | 1 | 0.00 | 0.00 |
| 03:43p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 03:47p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 03:48p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 03:48p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 03:50p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 03:51p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 03:55p | INCOMI CL | 440-610-3310 | SDDV | | 5 | 0.00 | 0.00 |
| 04:39p | INCOMI CL | 281-466-4763 | SDDV | | 2 | 0.00 | 0.00 |
| 04:46p | INCOMI CL | 216-543-8120 | SDDV | | 4 | 0.00 | 0.00 |
| 05:04p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 05:29p | INCOMI CL | 216-645-2559 | SDDV | | 1 | 0.00 | 0.00 |
| 05:44p | INCOMI CL | 216-253-0727 | SDDV | | 12 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|------|------|------|------|------|------|------|
| Thursday, 09/20 | | | | | | | |
| 06:12p | CLEVEL OH | 216-297-9232 | SDDV | | 1 | 0.00 | 0.00 |
| 06:54p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 06:56p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 07:54p | CLEVEL OH | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| 07:56p | INCOMI CL | 216-543-8120 | SDDV | | 2 | 0.00 | 0.00 |
| 08:01p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 08:01p | CLEVEL OH | 216-205-8705 | SDDV | | 3 | 0.00 | 0.00 |
| 08:12p | CLEVEL OH | 216-451-2990 | SDDV | | 2 | 0.00 | 0.00 |
| 08:47p | MONTRS OH | 216-632-1775 | SDDV | | 2 | 0.00 | 0.00 |
| 08:48p | MONTRS OH | 216-632-1775 | SDDV | | 2 | 0.00 | 0.00 |
| 11:23p | CLEVEL OH | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| Friday, 09/21 | | | | | | | |
| 01:11a | INCOMI CL | 216-376-4300 | SDDV | | 3 | 0.00 | 0.00 |
| 01:53a | CLEVEL OH | 216-536-0568 | SDDV | | 1 | 0.00 | 0.00 |
| 02:12a | CLEVEL OH | 216-240-0429 | SDDV | | 1 | 0.00 | 0.00 |
| 02:16a | CLEVEL OH | 216-543-8120 | SDDV | | 8 | 0.00 | 0.00 |
| 02:34a | CLEVEL OH | 216-543-8120 | SDDV | | 5 | 0.00 | 0.00 |
| 02:42a | CLEVEL OH | 216-543-8120 | SDDV | | 3 | 0.00 | 0.00 |
| 02:48a | CLEVEL OH | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| 02:51a | INCOMI CL | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| 03:05a | CLEVEL OH | 216-543-8120 | SDDV | | 7 | 0.00 | 0.00 |
| 03:11a | CLEVEL OH | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| 03:11a | CLEVEL OH | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| 03:11a | INCOMI CL | 216-543-8120 | SDDV | | 7 | 0.00 | 0.00 |
| 03:25a | CLEVEL OH | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| 05:00a | INCOMI CL | 216-930-1408 | SDDV | | 27 | 0.00 | 0.00 |
| 05:27a | CLEVEL OH | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| 05:28a | CLEVEL OH | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| 05:36a | INCOMI CL | 216-930-1408 | SDDV | | 2 | 0.00 | 0.00 |
| 05:39a | INCOMI CL | 216-930-1408 | SDDV | | 1 | 0.00 | 0.00 |
| 05:45a | CLEVEL OH | 216-543-8120 | SDDV | | 4 | 0.00 | 0.00 |
| 05:47a | INCOMI CL | 216-930-1408 | SDDV | | 2 | 0.00 | 0.00 |
| 05:49a | CLEVEL OH | 216-543-8120 | SDDV | | 8 | 0.00 | 0.00 |
| 07:25a | CLEVEL OH | 216-543-8120 | SDDV | | 13 | 0.00 | 0.00 |
| 07:37a | INCOMI CL | 216-543-8120 | SDDV | | 21 | 0.00 | 0.00 |
| 11:07a | INCOMI CL | 216-253-0727 | SDDV | | 8 | 0.00 | 0.00 |
| 11:21a | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 12:33p | INCOMI CL | 216-536-0568 | SDDV | | 3 | 0.00 | 0.00 |
| 01:05p | INCOMI CL | 216-205-8705 | SDDV | | 9 | 0.00 | 0.00 |
| 01:15p | CLEVEL OH | 216-205-8705 | SDDV | | 44 | 0.00 | 0.00 |
| 01:58p | INCOMI CL | 216-401-3869 | SDDV | | 20 | 0.00 | 0.00 |
| 02:18p | CLEVEL OH | 216-205-8705 | SDDV | | 17 | 0.00 | 0.00 |
| 02:35p | CLEVEL OH | 216-815-0470 | SDDV | | 5 | 0.00 | 0.00 |
| 02:39p | INCOMI CL | 216-232-3864 | SDDV | | 26 | 0.00 | 0.00 |
| 03:05p | INDEPE OH | 216-232-3864 | SDDV | | 2 | 0.00 | 0.00 |
| 03:08p | INCOMI CL | 216-232-3864 | SDDV | | 46 | 0.00 | 0.00 |
| 03:56p | CLEVEL OH | 216-672-4049 | SDDV | | 1 | 0.00 | 0.00 |
| 04:32p | INCOMI CL | 844-206-9035 | SDDV | | 1 | 0.00 | 0.00 |
| 04:45p | INDEPE OH | 216-253-0727 | SDDV | | 5 | 0.00 | 0.00 |
| 05:05p | CLEVEL OH | 216-205-8705 | SDDV | | 28 | 0.00 | 0.00 |
| 06:04p | INCOMI CL | 440-610-3310 | SDDV | | 9 | 0.00 | 0.00 |
| 08:18p | INCOMI CL | 216-645-5682 | SDDV | | 1 | 0.00 | 0.00 |
| 09:00p | INCOMI CL | 216-376-4300 | SDDV | | 2 | 0.00 | 0.00 |
| 09:39p | INCOMI CL | 216-543-8120 | SDDV | | 29 | 0.00 | 0.00 |

# Cleveland Heights

40 Severance Circle Cleveland Heights, OH 44118 216-321-1234    *Incident / Offense Report*

**Incident Number**

*18-00201*

| Method Received | Time Received | Time Dispatched | Time Arrived | Time Cleared |
|---|---|---|---|---|
| T | 14:44:37 | 14:44:49 | 14:47:46 | 15:32:52 |

| Report Date / Time | | Incident Occurred From | | Incident Occured To | |
|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time |
| Friday 01/12/2018 | 15:32:52 | Friday 01/12/2018 | 14:44:37 | Friday 01/12/2018 | 14:44:37 |

Location of the Incident (Street #, Street, Apt. #, City, State, Zip)

**1817 COVENTRY RD CLEVELAND HEIGHTS OH 44118 LOT #20 SURFACE LOT**

Zone
**D**

Persons: Involved:
**QUEEN TIERA RASHE MILLER - VIC**
**NECHELLE L TAYLOR - SUS**
**RYIANE LA'SHA NATHAN - SUS**
**SIR TERRANCE HORTON - OIV**
**NECHELLE L TAYLOR - ARA**
**RYIANE LA'SHA NATHAN - ARA**

Property:

Amount:

| | Units: | Officers: |
|---|---|---|
| 1st: | 8562 | ELIZABETH H METTLER |
| 2nd: | | |
| 3rd: | | |
| 4th: | | |
| 5th: | | |

| Codes: | Descriptions: | OFFEN |
|---|---|---|
| 2996 | CRIMINAL MISCHIEF | |
| 2902A | DAMAGE TO AUTO | |

*[handwritten note on sticky: TIFFANY Hill 216-291-3811]*

Weapons Used:
**OTHER WEAPON**

Trade Marks:
**Not Known**

Hate Bias

Entry: **Unkown**

Location Type:
**Parking Lot**

Refer to Arrest:    Incident #:    Tow#:    Dispatcher: **R329**   Officer in Charge: **R329**   Entry Id: **R329**

Case Status: **Arrest - Adult**    Cleared Date: **03/12/2018**    Cleared By: **CMB**

**Narrative:  18-00201   Page: 1**

CALLER REPORTS CRIMINAL MISCHIEF AT THE ABOVE LOCATION. C- 1102 REPORTS TCO.

**JEREMY YOUNG**

Reviewing Supervisor:    Bureau Supervisor:    Officer:

**.veland Heights**

Incident Number

| .vestigative Report | Title / Subject: CRIMINAL MISCHIEF | **18-00201** |

ON 01/15/2018 AT APPROXIMATELY 1000 HRS, MS. MILLER RESPONDED TO THE CLEVELAND HEIGHTS POLICE DEPARTMENT TO PROVIDED THE PROPER INFORMATION FOR THE SECOND PARTY INVOLVED. MS. MILLER WAS ABLE TO IDENTIFY RYIANE LA'SHA NATHAN (11/16/1998) AS MS. TAYLOR'S DAUGHTER. A BMV PHOTO OF BOTH MS. TAYLOR AND MS. NATHAN WERE SHOWN TO MS. MILLER FOR IDENTIFICATION AND MS. MILLER POSITIVELY IDENTIFIED BOTH PARTIES AS THE SUSPECTS INVOLVED IN THIS INCIDENT. MS. MILLER SIGNED COMPLAINTS FOR CRIMINAL MISCHIEF AGAINST MS. TAYLOR AND MS. NATHAN.

| By:  PO ELIZABETH H METTLER | Badge# EHM | Date: 01/15/2018 | Time: 14:57:4 | No. 002 | Page #: 1 |
| Reviewing Supervisor: | | | Date: | | |

| eveland Heights | Incident Number |
|---|---|
| investigative Report     Title / Subject: CRIMINAL MISCHIEF | **18-00201** |

ON 01/12/2018 AT APPROXIMATELY 1444 HRS, I RESPONDED TO 1849 COVENTRY RD, LOT #15, IN REGARDS TO A REPORT OF CRIMINAL MISCHIEF AND DAMAGE TO AUTO. UPON ARRIVAL, THE CALLER WAS IDENTIFIED AS QUEEN TIERA RASHE MILLER (12/18/1984), WHO STATED THAT PRIOR TO MY ARRIVAL, SHE WAS PARKED AND INSIDE OF HER VEHICLE WITH HER SON, SIR TERRANCE HORTON (06/06/2014), IN LOT #20, NEAR MARC'S, WHEN TWO KNOWN PARTIES, NECHELLE L TAYLOR (08/03/1974) AND HER DAUGHTER "RYIANE TAYLOR", APPROACHED HER VEHICLE. MS. MILLER STATED THAT NECHELLE L TAYLOR WAS HOLDING A METAL LOCK IN HER HAND AND ATTEMPTED TO BREAK HER DRIVER'S SIDE WINDOW OUT, HOWEVER SHE WAS UNSUCCESSFUL. MS. MILLER STATED THAT SHE THEN OBSERVED MS. TAYLOR'S DAUGHTER STRIKE HER WINDOW, CAUSING IT TO SHATTER. MS. MILLER STATED THAT BOTH PARTIES RETREATED BACK TO A VEHICLE, OH PC: 713YWG/2016/WHITE/ MERZ), AND FLED THE SCENE, SOUTHBOUND ON COVENTRY RD.

MS. MILLER WAS ABLE TO PROVIDE NECHELLE TAYLOR'S INFORMATION, HOWEVER SHE WAS UNABLE TO PROVIDE THE PROPER INFORMATION TO IDENTIFY "RYIANE TAYLOR". MS. MILLER STATED THAT SHE DOES WANT TO PURSUE CHARGES AGAINST THESE TWO PARTIES FOR THE DAMAGES TO HER VEHICLE AND SHE WILL ATTEMPT PROVIDE THE NECESSARY INFORMATION AT A LATER TIME, IN REGARDS TO "RYIANE TAYLOR".

DOCUMENTATION OF THE DAMAGES TO MS. MILLER'S DRIVER'S SIDE WINDOW WAS CAPTURED ON BODY CAMERA. AND NO VIDEO SURVEILLANCE WAS ABLE TO BE OBTAINED FROM MARC'S.

By: PO ELIZABETH H METTLER     Badge# EHM     Date: 01/13/2018    Time: 07:41:2    No. 001   Page #: 5



## CLEVELAND HEIGHTS POLICE DEPARTMENT
### MISCELLANEOUS REPORT FORM



**FOR OFFICIAL USE ONLY**

FILE # 1800201                          DATE 01/12/2018

INV OFF: METTZER #10          SUBJECT/CRIME: DAMAGE TO AUTO

**FOR OFFICIAL USE ONLY**

**STATEMENT FROM**

NAME: Queen Miller          DOB/AGE: 10/18/81  SEX: F

ADDRESS: 7128 / Lorain          APT:

CITY: Cleveland          STATE: Ohio  ZIP: 44102

TELEPHONE: HOME 216 645 7120  CELL:          OTHER: SR 709657

**STATEMENT DETAILS**

01-12-18    2:45 pm,  I was followed by upper
a Known party (213?) Rechelle Taylor 1445 est 135th
East Cleveland) from Monticello and Mayfield
to MARCS parking lot. ReChelle Taylor
I noticed was outside her car trying to
hit my passenger window with a lock (pad)
when I was parked with my son. So proceeded
to pull off then noticed she was following me
in her white Benz then her daughter Ryiane
Taylor (14/14) got out now tried to bust my window
and did while I was pulling out lot so
in the middle of traffic.
8/(WOOSPA) Gray/Jeep/Compass

COMPLAINTANT/REPORTER'S SIGNATURE:          DATE: 01-12-2018
ACCEPTING OFFICER'S SIGNATURE:          #10          DATE: 01-12-2018
OIC'S SIGNATURE:          DATE: 1/16/18  TIME: 0838

Cleveland Heights Police Department    Sept/2017          Form: 1030




## CLEVELAND HEIGHTS POLICE DEPARTMENT
### MISCELLANEOUS REPORT FORM

SIR TERRANCE HORTON (6/6/2014)

COMPLAINTANT/REPORTER'S SIGNATURE: _____ DATE: 01-12-2 08

ACCEPTING OFFICER'S SIGNATURE: _____ DATE: _____

OIC'S SIGNATURE: _____ DATE: 1/16/18  TIME: 0658

Cleveland Heights Police Department   Sept/2017

Form: 1030-A

# Cleveland Heights

**Incident Number**

**18-00201**

| Investigative Report | Title / Subject: ARREST |
|---|---|

ON 03/12/18 AT 0700 HRS RYIANE NATHAN(11/16/98) AND NECHELLE TAYLOR (08/03/74) CAME INTO THE STATION TO TURN THEMSELVES IN FOR ACTIVE WARRANTS (CRB 18001118) CRIMINAL MISCHIEF (CRB1801119) CRIMINAL MISCHIEF WITH OUR CITY.

BOTH MS. NATHAN AND MS. TAYLOR WERE BOOKED IN AND PROCESSED INTO CHPD JAIL WITHOUT INCIDENT.

By:  BPO DONTE L WALLACE

**Badge# DLW**  **Date:** 03/12/2018  **Time:** 09:13:0  No. 003  P

Reviewing Supervisor: _____

**Date:**

FORM 10.03-D:   PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE
PROTECTION ORDER

IN THE COURT OF COMMON PLEAS

_Cuyahoga_   COUNTY, OHIO

NeChelle Taylor
**Petitioner**
1447 E. 135th street
**Address**
East Cleveland, Oh. 44112
**City, State, Zip Code**

Date of Birth: 08/03/1974

v.

QueenTiera Miller
**Respondent**
1252 East 123rd St.
**Address**
Cleveland, Ohio 44108
**City, State, Zip Code**

Date of Birth: 12/18/84

KATHLEEN ANN SUTUL   Complaint
CV 18 902090

CV18902090                    105028306

**PETITION FOR CIVIL STALKING PROTECTION
ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE
PROTECTION ORDER (R.C. 2903.214)**

2018 AUG 14   A 11:01
CLERK OF COURTS
CUYAHOGA COUNTY

CHECK EVERY [ ] THAT APPLIES. IF YOU ARE REQUESTING YOUR ADDRESS REMAIN CONFIDENTIAL,
DO NOT WRITE YOUR ADDRESS ON THIS FORM. PLEASE PROVIDE ANOTHER MAILING ADDRESS
WHERE YOU CAN SAFELY RECEIVE NOTICES FROM THE COURT. THIS FORM IS A PUBLIC RECORD.

[X] 1.   Petitioner seeks relief on Petitioner's own behalf.

[X] 2.   Petitioner seeks relief on behalf of the following family or household members:

| NAME | DATE OF BIRTH | HOW RELATED TO PETITIONER |
|---|---|---|
| NeChelle Taylor | 08/03/1974 | Self |
| Nia Turner | 1/15/2004 | daughter |
| Rylane Nathan | 11/16/1998 | daughter |

Ohio law defines "Menacing by Stalking" as follows:

"No person by engaging in a pattern of conduct shall knowingly cause another person to believe that the
offender will cause physical harm to the other person or cause mental distress to the other person." R.C.
2903.211(A)(1).

"No person, through the use of any electronic method of remotely transferring information, including, but not
limited to, any computer, computer network, computer program, or computer system, shall post a message
with purpose to urge or incite another to commit a violation of division (A)(1) of this section (above)." R.C.
2903.211(A)(2).

Ohio law defines "Sexually Oriented Offenses" in R.C 2950.01.

FORM 10.03-D:  PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION
ORDER
Amended: March 1, 2014
Discard all previous versions of this form

Miller v. City of Shaker Hts.            CASE NO. 1:19-cv-1080     PLAINTIFF'S RESPONSES 00030

[Page 2 of 4 Form 10.03-D]     Judge. KATHLEEN ANN SUTULA

CV 18 902090

3.   Petitioner states that Respondent has engaged in the following act(s) which create an immediate present danger. For (a), (b), or (c) below, **attach additional pages if necessary.**

☒ (a)   For a civil stalking protection order due to menacing by stalking, describe the nature and extent of the pattern of conduct that causes you to believe that Respondent will cause you physical harm or causes (or has caused) mental distress. Also describe any previous convictions of Respondent for the crime of Menacing by Stalking, if known.

_See attached_

☐ (b)   For a civil sexually oriented offense protection order due to a sexually oriented offense, describe the acts of Respondent as fully as possible. You do not need to include any pattern of conduct information for a protection order due to a sexually oriented offense.

☐ (c)   For electronic monitoring of the Respondent, describe the nature and extent of the Respondent's conduct before the filing of this Petition that puts you or your family or household members' health, welfare, or safety at risk. Also describe how the Respondent presents a continuing danger to you or your family or household members.

4.   Petitioner requests the Court grant relief under R.C. 2903.214 for the Petitioner and the family or household members named in this Petition by granting a Civil Stalking Protection Order or Civil Sexually Oriented Offense Protection Order that:

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: March 1, 2014
Discard all previous versions of this form

I NeChelle Taylor am filling for civil protection order against QueenTiera Miller for stalking, threats, harrasment, and menacing. It started two years ago when she started having an affair with my kids father. QueenTiera sent messages and pics to me on social media (Facebook). She then proceeded to send my daughter who was 16 at the time graphic sexual explicit pictures of her and father's my child genitalia (penis/vagina). Following this she started calling and texting my oldest daughter threating her and telling her that her cousins would kill her. QueenTiera also called my youngest daughter who was 12 yrs old at the time. At that time, she was staying on the westside on West Blvd then about a year ago she moved around the corner from us and things escalated. She began to come to our home sit out front blow her horn pull in drive way throw things at the vehicle (my children father truck) in rage because he was still there. This went on for awhile.

Most recently this January from past to present she filed a complaint against me and my 18 yrs old daughter who attends college in Atlanta at Spelman which cause her to have to come home from school to go to court. The charges were dismissed but it caused us much anxiety. She never should of

dismissed she was at my daughter (14yrs) old job
she pulled up beside me and said "Bitch you
havent had enough yet." In addition to that
she has had my lights turned off sent video
of them having sex, pictures, messages,
playing on my cell phone, calling house phone,
and whenever she see me she tries to
video me every time to make it look like
I'm following her. She has said she is going
to make me catch a case that is her intent
She is determined to cause trouble to me
and my kid and I have had enough im
at my wick end. I dont feel safe she
knows where I live and it always at
the corner of my street does threating
behavior it makes me scare for myself
and my children. It causes sleepless nights
anxiety it causes my daughter suffer in
school stress because she worries if
we are ok back at home.

I'm asking this court for the
protection order so myself and my children
can be safe and have a normal worry free
life from harm. It is my belief that she will
not stop without intervention as i believe
she is obsessed with destroying my family
out of jealous and i believe she has mental
health issues.



**CaseLook**
Provided by Henschen & Associates, Inc
Cleveland Heights Municipal Court

## You searched by name for "miller, queen"
### 15 matches were found

---

1  **CRB0901180A     MILLER, QUEEN**

Concerning: Miller, Queen                      Filed: 05/28/2009
D.B.A./A.K.A.:                                 Case Type: Criminal
                                               Viol./Cause: dom violence

---

2  **CRB0901180B     MILLER, QUEEN**

Concerning: Miller, Queen                      Filed: 05/28/2009
D.B.A./A.K.A.:                                 Case Type: Criminal
                                               Viol./Cause: assault

---

3  **CRB1500392     MILLER, QUEEN**

Concerning: Miller, Queen                      Filed: 03/16/2015
D.B.A./A.K.A.: C/O Menage Spa Fanatics         Case Type: Criminal
                                               Viol./Cause: bus cert of occ

---

4  **CVG1500399     Miller, Queen**

Concerning: Miller, Queen                      Filed: 04/15/2015
D.B.A./A.K.A.:                                 Case Type: Civil
                                               Viol./Cause: forcible 2nd cause

---

5  **CVG1501291     Miller, Queen**

Concerning: Miller, Queen                      Filed: 11/06/2015
D.B.A./A.K.A.:                                 Case Type: Civil
                                               Viol./Cause: forcible

---

6  **CRB1600408     MILLER, QUEEN**

Concerning: Miller, Queen                      Filed: 04/05/2016
D.B.A./A.K.A.: C/O Menage Spa Fanatics         Case Type: Criminal
                                               Viol./Cause: bus cert of occ

---

7  **TRD0909074A     MILLER, QUEEN R**

Concerning: Miller, Queen R                    Filed: 06/29/2009
D.B.A./A.K.A.:                                 Case Type: Traffic
                                               Viol./Cause: driv under susp

---

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080          PLAINTIFF'S RESPONSES 00034

Municipal Court - Record Search

6/28/18, 8:02 AM

**D0909074B**    MILLER, QUEEN R

Concerning: Miller, Queen R

D.B.A./A.K.A.:

Filed: 06/29/2009

Case Type: Traffic

Viol./Cause: unsafe vehicle

---

9   **TRD1104018A**    MILLER, QUEEN R

Concerning: Miller, Queen R

D.B.A./A.K.A.:

Filed: 03/25/2011

Case Type: Traffic

Viol./Cause: 50/50% ovi.dus

---

10   **TRD1104018B**    MILLER, QUEEN R

Concerning: Miller, Queen R

D.B.A./A.K.A.:

Filed: 03/25/2011

Case Type: Traffic

Viol./Cause: drv un12pt susp

---

11   **TRD1104018C**    MILLER, QUEEN R

Concerning: Miller, Queen R

D.B.A./A.K.A.:

Filed: 03/25/2011

Case Type: Traffic

Viol./Cause: driv under susp

---

12   **TRD1104018D**    MILLER, QUEEN R

Concerning: Miller, Queen R

D.B.A./A.K.A.:

Filed: 03/25/2011

Case Type: Traffic

Viol./Cause: f r suspension

---

13   **TRD1104018E**    MILLER, QUEEN R

Concerning: Miller, Queen R

D.B.A./A.K.A.:

Filed: 03/25/2011

Case Type: Traffic

Viol./Cause: no o.l.

---

14   **TRD1104018F**    MILLER, QUEEN R

Concerning: Miller, Queen R

D.B.A./A.K.A.:

Filed: 03/25/2011

Case Type: Traffic

Viol./Cause: drv w/no/one lt

---

15   **CRB0401318**    MILLER, QUEEN T

Concerning: Miller, Queen T

D.B.A./A.K.A.:

Filed: 07/09/2004

Case Type: Criminal

Viol./Cause: unreasnbl noise

---

search completed in 0.16399 seconds

Copyright © 2012 - 2018 Cleveland Heights Municipal Court

Henschen & Associates, Inc.

Miller v. City of Shaker Hts.      CASE NO. 1:19-cv-1080      PLAINTIFF'S RESPONSES 00035

[Page 3 of 4 Form 10.03-

Judge: KATHLEEN ANN SUTULA

CV 18 902090

☒ (a)  Requires Respondent to not abuse the Petitioner and the family or household members in this Petition by harming, attempting to harm, threatening, following, stalking, harassing, contacting, forcing sexual relations upon them, or by committing sexually oriented offenses against them.

☒ (b)  Requires Respondent to refrain from entering the residence, school, business, place of employment, child care providers, or day care centers of Petitioner and the family or household members named in this Petition, including the buildings, grounds, and parking lots at those locations.

☒ (c)  Requires Respondent not to interfere with Petitioner's right to occupy the residence including, but not limited to canceling any utilities or insurance or interrupting phone service, mail delivery, or the delivery of any other documents or items.

☒ (d)  Requires Respondent not to remove, damage, hide, or dispose of any property or pets owned or possessed by the Petitioner and Petitioner's family or household members named in this Petition.

☒ (e)  Requires Respondent not to possess, use, carry, or obtain any deadly weapon.

☐ (f)  Requires Respondent to be electronically monitored.

☒ (g)  Includes the following additional provisions:

_____

_____

_____

_____

_____

_____

_____

☒ 5.  Petitioner further requests that the Court issue an *ex parte* (emergency) protection order under R.C. 2903.214(D) and this Petition.

☒ 6.  Petitioner further requests that the Court not issue any mutual protection orders or other orders against Petitioner unless all of the conditions of R.C. 2903.214(E)(3) are met.

☒ 7.  Petitioner further requests that if Petitioner has a victim advocate, the Court permit the victim advocate to accompany Petitioner at all stages of these proceedings as required by R.C. 2903.214(L).

☒ 8.  Petitioner further requests that the Court grant such other relief as the Court considers equitable and fair.

☐ 9.  The following is a list of all present and past court cases involving Respondent, that Petitioner knows of:

| CASE NAME | CASE NUMBER | COURT/COUNTY | OUTCOME OF CASE |
|-----------|-------------|--------------|-----------------|
|           |             |              |                 |
|           |             |              |                 |

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: March 1, 2014
Discard all previous versions of this form

Miller v. City of Shaker Hts.        CASE NO. 1:19-cv-1080        PLAINTIFF'S RESPONSES 00036

[Page 4 of 4 Form 10.03-D]

Case No. _____

I hereby swear or affirm that the answers above are true, complete, and accurate to the best of my knowledge. I understand that falsifying this document may result in a contempt of court finding against me which could result in a jail sentence and fine, and that falsifying this document may also subject me to criminal penalties for perjury under R.C. 2921.11.

**DO NOT SIGN THIS FORM UNLESS YOU ARE IN FRONT OF THE PERSON WHO WILL NOTARIZE THE PETITION FOR YOU.**

_Nic Chelle Saylor_
SIGNATURE OF PETITIONER

Sworn to and subscribed before me on this ___9___ day of _August_ , _2018_

_Jakolya R Gordon_
NOTARY PUBLIC

Judge: KATHLEEN ANN SUTULA

CV 18 902090

IF YOU ARE REQUESTING YOUR ADDRESS REMAIN CONFIDENTIAL, DO NOT WRITE YOUR ADDRESS ON THIS FORM. PLEASE PROVIDE ANOTHER MAILING ADDRESS WHERE YOU CAN SAFELY RECEIVE NOTICES FROM THE COURT. THIS FORM IS A PUBLIC RECORD.

Petitioner's Safe Address

_____

_____

_____

_____

JAKOLYA R. GORDON
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Cuyahoga County
My Comm. Exp. 3/28/2023

_____
Signature of Attorney for Petitioner (if applicable)

_____
Name of Attorney (if applicable)

_____
Attorney's Address

_____
City, State, Zip Code

_____
Attorney's Registration Number

_____
Attorney's Telephone

_____
Attorney's Fax

_____
Attorney's Email

FORM 10.03-D: PETITION FOR CIVIL STALKING PROTECTION ORDER OR CIVIL SEXUALLY ORIENTED OFFENSE PROTECTION ORDER
Amended: March 1, 2014
Discard all previous versions of this form

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080          PLAINTIFF'S RESPONSES 00037

Complaint /Warrant

Case No. *1YCRB00512*

EAST CLEVELAND MUNICIPAL COURT
THE STATE OF OHIO
CUYAHOGA COUNTY, ss.

To the Chief of Police and all East Cleveland
Police Officers be advised that this Complaint
and Warrant were filed with the Court.

City of East Cleveland

    vs.

Queen Tiera Rashe Miller

Violation: Telephone Harassment
M.C.  537.10   M/1

Complainant, **Ne'Chelle Taylor**, being duly sworn states that on or about the 14th of January, 2018 through 19th of April, 2018 in the City of East Cleveland, County of Cuyahoga, one, Queen Tiera Rashe Miller, did knowingly make or cause to be made a telecommunication or permit a telecommunication to be made from a telecommunications device under the person's control with purpose to abuse, threaten or harass another person to wit: "Queen Tiera Rashe Miller repeatedly made telephone calls to Ne'Chelle Taylor for the sole purpose of harassing and annoying her.

_____
**Complainant's/Affiant's Signature**

Sworn to and subscribed before me, Deputy Clerk of the East Cleveland Municipal Court, this _11th_
day of _June_, 2018.

_____
Clerk of the East Cleveland Municipal Court

_____
Deputy Clerk

    **You are ordered to arrest Queen Tiera Rashe Miller and bring her before this Court without unnecessary delay and present her before the Judge of the East Cleveland Municipal Court.**

**GIVEN UNDER MY HAND**, and the seal of said court, this _11th_ day of _June 2018_

_____
Deputy Clerk of the East Cleveland Municipal Court

_____

**Return of Warrant**

    I served this warrant on _____
                     Date

_____
Signature of Arresting Officer

| 14340 Euclid Avenue | THE EAST CLEVELAND MUNICIPAL COURT<br>CRIMINAL BRANCH | 009085 |

17CRB00512

## CASH BAIL RECEIPT

($ 304.00 ) Amount                                    Date Oct 29 20 18

Received of _____ Queen Tura R. Miller

the sum of Three hundred and four——— ($ 304.00,) dollars as

additional security to accompany personal bond given to secure defendant's appearance
for trial and all further appearances as required by the court
in case of CITY OF EAST CLEVELAND                    vs.
STATE OF OHIO

Court Date Nov. 15 ,20 18  Queen Tura R. Miller

at 9:30Am                         DD

ST CLEVELAND MUNICIPA COURT

E OF OHIO
Y OF EAST CLEVELAND

CASE NO: __18CRB00512__

-VS-

JUDGE WILLIAM L. DAWSON

## QUEEN TIERA RASHE MILLER

JOURNAL ENTRY
(Conditions of Release)

The Court having considered the information available to it concerning the nature and circumstances of the offense charged, the weight of the evidence against the accused from the investigative reports, the accused's family ties to the East Cleveland community, employment, financial resources, character and mental condition, the length of residence in the community, the accused's record of convictions, record of appearance at court proceedings or of flight to avoid prosecution or other failure to appear at court proceedings, the Court sets the following bail and restrictions thereon subject to further order of this Court.

**IT IS ORDERED** that the accused be released upon the following condition(s):

( )     That the accused deposit **CASH** in the amount of $__304.00__ with the clerk of the court.

( )     The execution of an appearance bond in the amount of $__304.00__, with a deposit of **TEN PERCENT** of the bond plus $54.00 (State assessment), payable to the clerk of the court.

( )     The execution of a **BONDSMAN'S** bond in the amount of $_____.

( )     The accused's **PERSONAL BOND** $_____

( )     That the accused have **NO CONTACT**, directly or indirectly, with the following individuals: _____
_____

( )     That the accused be placed in the **PERSONAL CUSTODY** of _____, who
agrees to supervise him/her.
                                                                        (person/organization)

( )     That the accused **ABSTAIN** from the consumption of any **ALCOHOLIC BEVERAGE** or the use of any **DRUG OF ABUSE** and immediately submit to an alcohol or drug test at the request of any law enforcement officer or probation officer during the bonding period.

( )     That the accused remove all firearms from his place of residence during the bonding period and not otherwise possess or have access to any firearm.

_____
                                                        Judge/Clerk/Officer

( )     Per telephone approval from Judge William L. Dawson on the _____ day of _____, 20____.

**BOND: ANY BOND POSTED BY OR ON BEHALF OF THE DEFENDANT MAY BE HELD TO INSURE THAT THE DEFENDANT APPEARS AT ALL REQUIRED COURT PROCEEDINGS, TO PAY ALL UNSUSPENDED FINES AND COURT COSTS, TO SERVE ANY UNSUSPENDED JAIL TIME AND TO COMPLETE ANY COMMUNITY SERVICE OR RESTITUTION. IF DEFENDANT FAILS TO APPEAR TO ANY COURT HEARING THE BOND WILL BE FORFEITED.**

The undersigned hereby acknowledges the receipt of the above CONDITIONS OF RELEASE and has read and initialed all checked paragraphs.

## QUEEN TIERA RASHE MILLER
Defendant/Accused

Person who posted bond
(If not by the Defendant)

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080     PLAINTIFF'S RESPONSES 00040          1/2012

# EAST CLEVELAND MUNICIPAL COURT

### WARNING!

## BOND (Cash Only) DEPOSITED WITH THIS COURT
## IS ACCEPTED IN THE DEFENDANT'S NAME ONLY!!

You are about to post bond for a person accused of a traffic or criminal offense in this Court. This bond will be receipted in the name of the accused and if and when released will be returned to the accused.

I hereby acknowledge and understand that the bond deposited by me with the East Cleveland Municipal Court in the sum of **$304.00** is deposited in the name of and for the Defendant, <u>**QUEEN TIERA RASHE MILLER**</u> and may be forfeited upon the Defendant's failure to comply with any of the following conditions:

1) That Defendant personally appear before this Court on **November 15, 2018** at **09:30 AM** or any continuance of such appearance and then and there answer to a charge of **TELEPHONE HARASSMENT** in violation of O.R.C. **537.10**

2) If bound over to Cuyahoga County Common Pleas Court, to appear before that Court as ordered;

3) To attend from day to day any scheduled appearance in this Court until this case is completed and the Defendant is discharged;

4) To abide by any order of this Court and not to leave any appearance in this Court without permission of this Court to do so;

5) To appear for any jail sentence ordered by this Court promptly at the designated date and time;

6) To comply with any and all probation requirements;

7) To comply with any and all conditions of bond or release;

8) If the defendant is found guilty of a charge and is fines and/or assessed court costs, to appear and pay all fines and costs as ordered by this Court or in accordance with any payment agreement entered into with this Court;

9) **NOTICE:** If the Defendant has other fines or costs in the East Cleveland Municipal Court, this bond money may be held until **ALL** fines and costs are paid or may be applied to the payment of those fines and costs. **THIS BOND WILL BE APPLIED TO ANY FINES AND COSTS OWED TO THIS COURT BY THE DEFENDANT WITHOUT CONSIDERING WHO DEPOSITED THE MONEY WITH THE COURT.**

If any balance remains after all appearances are made as scheduled, all fines and costs are paid in full and all other conditions of this bond or Defendant's probation are performed as ordered, a check will be issued by the Court payable to the DEFENDANT. Otherwise any balance shall remain on deposit with the Court until full compliance or forfeiture.

WENDY J. HOWARD, CLERK

X _____

PERSON DEPOSITING BOND
Receipt #:   009085

DEPUTY CLERK
Case #: 18CRB00512

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080          PLAINTIFF'S RESPONSES 00041



Have a wonderful day
and a year of wishes come true.
You deserve nothing less.

you deserve
the best!

I Love!!
you!!
love T.

## IN THE CLEVELAND HEIGHTS MUNICIPAL COURT

City of Cleveland Heights;
State of Ohio,
                    Plaintiff,

VS.

Case No. CRB1800118

Nechelle L. Taylor            ,
                    Defendant.

### JUDGMENT ENTRY OF DISMISSAL

This matter is hereby dismissed:

_____✓_____ On motion of the Prosecutor for the following reason: NO WITNESS AND

UPON   FURTHER   EVIDENCE                                              .

_____ On motion of the Court for the following reason:

_____ Defective Complaint

_____ Lack of Service of Summons

_____ Compliance with order, notice, requirements or laws of the City of Cleveland
             Heights

____✓____ Failure, without cause, of complaining witness to appear and/or prosecute

_____ Other_____

             _____

Complaint is dismissed.  SO ORDERED.

Date  JUN 2 8 2018

FILED & JOURNALIZED
18 JUN 28 AM 10: 25
CLEVELAND HEIGHTS
MUNICIPAL COURT
CLERK OF COURTS



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-3 of 32
**Bill Cycle Date:** 10/04/18 - 11/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X11112018

Visit us online at: **www.att.com/business**

## 216 645-7142
### QUEEN RASHE MILLER

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|------|------|------|------|------|------|------|
| **Wednesday, 10/10** | | | | | | | |
| 08:09a | INCOMI CL | 216-632-1775 | SDDV | | 9 | 0.00 | 0.00 |
| 11:09a | CLEVEL OH | 216-485-2199 | SDDV | | 1 | 0.00 | 0.00 |
| 12:57p | INCOMI CL | 216-760-2197 | SDDV | | 3 | 0.00 | 0.00 |
| 01:35p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 01:36p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 01:38p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 01:39p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 01:41p | BLOCKED | 000-000-0000 | SDDV | | 3 | 0.00 | 0.00 |
| 01:43p | INCOMI CL | 216-230-0737 | SDDV | | 1 | 0.00 | 0.00 |
| 01:44p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 01:45p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 02:02p | AKRON OH | 330-861-2246 | SDDV | | 1 | 0.00 | 0.00 |
| 02:03p | CLEVEL OH | 216-421-6666 | SDDV | | 8 | 0.00 | 0.00 |
| 02:13p | INCOMI CL | 216-849-5673 | SDDV | | 2 | 0.00 | 0.00 |
| 02:15p | CLEVEL OH | 216-421-6666 | SDDV | | 3 | 0.00 | 0.00 |
| 03:44p | INCOMI CL | 216-421-6666 | SDDV | | 1 | 0.00 | 0.00 |
| 06:11p | INCOMI CL | 216-205-8705 | SDDV | | 4 | 0.00 | 0.00 |
| 07:40p | CLEVEL OH | 216-323-5715 | SDDV | | 2 | 0.00 | 0.00 |
| 10:35p | INCOMI CL | 216-632-1775 | SDDV | | 3 | 0.00 | 0.00 |
| 10:41p | CLEVEL OH | 216-645-5295 | SDDV | | 1 | 0.00 | 0.00 |
| **Thursday, 10/11** | | | | | | | |
| 12:01a | MONTRS OH | 216-632-1775 | SDDV | | 2 | 0.00 | 0.00 |
| 12:25a | INCOMI CL | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 12:34a | INCOMI CL | 216-632-1775 | SDDV | | 6 | 0.00 | 0.00 |
| 01:10a | AKRON OH | 330-344-0946 | SDDV | | 9 | 0.00 | 0.00 |
| 01:20a | CLEVEL OH | 216-408-0532 | SDDV | | 1 | 0.00 | 0.00 |
| 01:31a | CLEVEL OH | 216-408-0532 | SDDV | | 4 | 0.00 | 0.00 |
| 02:07a | MONTRS OH | 216-632-1775 | SDDV | | 2 | 0.00 | 0.00 |
| 02:12a | INCOMI CL | 216-762-4246 | SDDV | | 9 | 0.00 | 0.00 |
| 02:13a | INCOMI CL | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 11:15a | INCOMI CL | 216-322-5064 | SDDV | | 1 | 0.00 | 0.00 |
| 12:05p | INCOMI CL | 216-323-5715 | SDDV | | 3 | 0.00 | 0.00 |
| 12:42p | INCOMI CL | 216-230-0839 | SDDV | | 1 | 0.00 | 0.00 |
| 01:05p | CLEVEL OH | 216-421-6666 | SDDV | | 15 | 0.00 | 0.00 |
| 01:21p | CLEVEL OH | 216-404-8941 | SDDV | | 1 | 0.00 | 0.00 |
| 01:25p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 01:45p | CLEVEL OH | 216-215-1435 | SDDV | | 6 | 0.00 | 0.00 |
| 02:11p | INCOMI CL | 216-404-8941 | SDDV | | 3 | 0.00 | 0.00 |
| 03:35p | CLEVEL OH | 216-316-4789 | SDDV | | 2 | 0.00 | 0.00 |
| 04:43p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 04:44p | CLEVEL OH | 216-205-8705 | SDDV | | 3 | 0.00 | 0.00 |
| 04:49p | INCOMI CL | 216-215-1435 | SDDV | | 1 | 0.00 | 0.00 |
| 05:34p | INDEPE OH | 216-253-0727 | SDDV | | 4 | 0.00 | 0.00 |
| 08:34p | INCOMI CL | 216-930-5113 | SDDV | | 1 | 0.00 | 0.00 |
| 08:46p | RICHFI OH | 330-523-0207 | SDDV | | 1 | 0.00 | 0.00 |
| 08:49p | ELYRIA OH | 440-610-3310 | SDDV | | 3 | 0.00 | 0.00 |
| 08:58p | INCOMI CL | 330-523-0207 | SDDV | | 3 | 0.00 | 0.00 |
| 09:07p | MONTRS OH | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 09:08p | MONTRS OH | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|------|------|------|------|------|------|------|
| **Thursday, 10/11** | | | | | | | |
| 09:08p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 09:09p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 09:42p | INCOMI CL | 216-316-4789 | SDDV | | 5 | 0.00 | 0.00 |
| 09:49p | CLEVEL OH | 216-647-1127 | SDDV | | 5 | 0.00 | 0.00 |
| 10:04p | INCOMI CL | 216-647-1127 | SDDV | | 1 | 0.00 | 0.00 |
| 10:08p | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 10:15p | INCOMI CL | 216-666-1141 | SDDV | | 1 | 0.00 | 0.00 |
| 10:45p | INCOMI CL | 216-647-1127 | SDDV | | 1 | 0.00 | 0.00 |
| 10:46p | INCOMI CL | 216-647-1127 | SDDV | | 1 | 0.00 | 0.00 |
| **Friday, 10/12** | | | | | | | |
| 07:11a | CLEVEL OH | 216-848-7080 | SDDV | | 3 | 0.00 | 0.00 |
| 07:18a | INCOMI CL | 216-848-7080 | SDDV | | 1 | 0.00 | 0.00 |
| 07:22a | INCOMI CL | 216-848-7080 | SDDV | | 2 | 0.00 | 0.00 |
| 07:34a | INCOMI CL | 216-848-7080 | SDDV | | 1 | 0.00 | 0.00 |
| 07:35a | INCOMI CL | 216-848-7080 | SDDV | | 1 | 0.00 | 0.00 |
| 07:36a | INCOMI CL | 216-848-7080 | SDDV | | 1 | 0.00 | 0.00 |
| 07:42a | INCOMI CL | 216-848-7080 | SDDV | | 1 | 0.00 | 0.00 |
| 07:55a | CLEVEL OH | 216-316-4789 | SDDV | | 3 | 0.00 | 0.00 |
| 09:32a | CLEVEL OH | 216-316-4789 | SDDV | | 1 | 0.00 | 0.00 |
| 09:42a | INCOMI CL | 216-242-9505 | SDDV | | 26 | 0.00 | 0.00 |
| 10:37a | INCOMI CL | 216-230-0626 | SDDV | | 1 | 0.00 | 0.00 |
| 11:02a | INCOMI CL | 216-316-4789 | SDDV | | 1 | 0.00 | 0.00 |
| 12:04p | INCOMI CL | 216-672-4049 | SDDV | | 1 | 0.00 | 0.00 |
| 01:38p | CLEVEL OH | 216-513-8138 | SDDV | | 1 | 0.00 | 0.00 |
| 02:35p | INCOMI CL | 216-438-9327 | SDDV | | 1 | 0.00 | 0.00 |
| 03:00p | CLEVEL OH | 216-513-8138 | SDDV | | 2 | 0.00 | 0.00 |
| 03:48p | MONTRS OH | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 04:13p | INCOMI CL | 216-848-7080 | SDDV | | 2 | 0.00 | 0.00 |
| 05:34p | CLEVEL OH | 216-688-9426 | SDDV | | 3 | 0.00 | 0.00 |
| 06:38p | INCOMI CL | 216-658-4526 | SDDV | | 1 | 0.00 | 0.00 |
| 06:46p | INCOMI CL | 216-849-5673 | SDDV | | 2 | 0.00 | 0.00 |
| 07:13p | MONTRS OH | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 07:47p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 09:43p | INCOMI CL | 216-242-9505 | SDDV | | 2 | 0.00 | 0.00 |
| 10:49p | INCOMI CL | 330-861-2246 | SDDV | | 5 | 0.00 | 0.00 |
| **Saturday, 10/13** | | | | | | | |
| 12:30a | AKRON OH | 330-861-2246 | SDDV | | 3 | 0.00 | 0.00 |
| 12:47a | AKRON OH | 330-861-2246 | SDDV | | 1 | 0.00 | 0.00 |
| 12:48a | AKRON OH | 330-861-2246 | SDDV | | 1 | 0.00 | 0.00 |
| 12:48a | AKRON OH | 330-861-2246 | SDDV | | 1 | 0.00 | 0.00 |
| 01:11a | CLEVEL OH | 216-737-1000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:08a | MONTRS OH | 216-632-1775 | SDDV | | 40 | 0.00 | 0.00 |
| 10:04a | CLEVEL OH | 216-421-6666 | SDDV | | 1 | 0.00 | 0.00 |
| 11:22a | CLEVEL OH | 216-421-6666 | SDDV | | 1 | 0.00 | 0.00 |
| 11:35a | CLEVEL OH | 216-316-4789 | SDDV | | 1 | 0.00 | 0.00 |
| 11:35a | CLEVEL OH | 216-316-4789 | SDDV | | 1 | 0.00 | 0.00 |
| 11:39a | CLEVEL OH | 216-485-2199 | SDDV | | 1 | 0.00 | 0.00 |
| 11:51a | BEREA OH | 440-503-8041 | SDDV | | 2 | 0.00 | 0.00 |
| 11:53a | INCOMI CL | 216-485-2199 | SDDV | | 1 | 0.00 | 0.00 |
| 11:55a | CLEVEL OH | 216-485-2199 | SDDV | | 2 | 0.00 | 0.00 |
| 11:55a | INCOMI CL | 216-507-7258 | SDDV | | 6 | 0.00 | 0.00 |
| 12:02p | CLEVEL OH | 216-507-7258 | SDDV | | 1 | 0.00 | 0.00 |
| 12:06p | AKRON OH | 330-861-2246 | SDDV | | 1 | 0.00 | 0.00 |
| 12:07p | CLEVEL OH | 216-485-2199 | SDDV | | 1 | 0.00 | 0.00 |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-1 of 32
**Bill Cycle Date:** 10/04/18 - 11/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X11112018

Visit us online at: **www.att.com/business**

## 216 645-7142
QUEEN RASHE MILLER

### Call Detail

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| **Thursday, 10/04** | | | | | | | |
| 08:59a | AKRON OH | 330-344-0946 | SDDV | | 16 | 0.00 | 0.00 |
| 09:17a | INCOMI CL | 330-344-0946 | SDDV | | 8 | 0.00 | 0.00 |
| 09:27a | BLOCKED | 000-000-0000 | SDDV | | 5 | 0.00 | 0.00 |
| 10:33a | AKRON OH | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 10:37a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 10:59a | CLEVEL OH | 216-273-4350 | SDDV | | 1 | 0.00 | 0.00 |
| 11:20a | INCOMI CL | 216-930-5081 | SDDV | | 1 | 0.00 | 0.00 |
| 11:35a | INCOMI CL | 216-246-7095 | SDDV | | 1 | 0.00 | 0.00 |
| 11:54a | INCOMI CL | 216-849-5673 | SDDV | | 1 | 0.00 | 0.00 |
| 03:07p | CLEVEL OH | 216-417-3250 | SDDV | | 3 | 0.00 | 0.00 |
| 03:13p | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 03:14p | INCOMI CL | 330-344-0946 | SDDV | | 2 | 0.00 | 0.00 |
| 03:40p | TERRAC OH | 216-376-4421 | SDDV | | 3 | 0.00 | 0.00 |
| 04:41p | INCOMI CL | 216-930-5081 | SDDV | | 1 | 0.00 | 0.00 |
| 05:35p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 05:38p | CLEVEL OH | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 05:39p | INCOMI CL | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 05:40p | CLEVEL OH | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 05:55p | INCOMI CL | 718-643-5711 | SDDV | | 1 | 0.00 | 0.00 |
| 06:51p | CLEVEL OH | 216-421-4734 | SDDV | | 1 | 0.00 | 0.00 |
| 06:57p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 06:57p | INCOMI CL | 216-205-8705 | SDDV | | 33 | 0.00 | 0.00 |
| 07:27p | INCOMI CL | 216-421-4734 | SDDV | | 10 | 0.00 | 0.00 |
| 07:37p | CLEVEL OH | 216-205-8705 | SDDV | | 15 | 0.00 | 0.00 |
| 07:58p | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 10:45p | CLEVEL OH | 216-246-7095 | SDDV | | 2 | 0.00 | 0.00 |
| **Friday, 10/05** | | | | | | | |
| 03:12a | INCOMI CL | 216-215-7580 | SDDV | | 1 | 0.00 | 0.00 |
| 09:02a | INCOMI CL | 330-344-0946 | SDDV | | 5 | 0.00 | 0.00 |
| 09:07a | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 09:08a | INCOMI CL | 216-205-8705 | SDDV | | 16 | 0.00 | 0.00 |
| 09:10a | INCOMI CL | 216-912-7209 | SDDV | | 1 | 0.00 | 0.00 |
| 09:15a | INCOMI CL | 800-362-7557 | SDDV | | 6 | 0.00 | 0.00 |
| 01:56p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 02:00p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 02:00p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 02:20p | INCOMI CL | 216-870-3374 | SDDV | | 1 | 0.00 | 0.00 |
| 02:49p | CLEVEL OH | 216-420-8061 | SDDV | | 6 | 0.00 | 0.00 |
| 02:55p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 02:56p | CLEVEL OH | 216-664-4741 | SDDV | | 4 | 0.00 | 0.00 |
| 03:01p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 04:26p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:27p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:28p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| | INCOMI CL | 330-344-0946 | SDDV | | 34 | 0.00 | 0.00 |
| :p | BEREA OH | 440-503-8041 | SDDV | | 3 | 0.00 | 0.00 |
| :9p | CLEVEL OH | 216-420-3765 | SDDV | | 9 | 0.00 | 0.00 |
| :30p | INCOMI CL | 330-344-0946 | SDDV | | 10 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| **Friday, 10/05** | | | | | | | |
| 05:40p | CLEVEL OH | 216-671-8080 | SDDV | | 3 | 0.00 | 0.00 |
| 06:00p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 06:00p | Toll F CL | 800-503-1283 | SDDV | | 1 | 0.00 | 0.00 |
| 06:18p | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 06:54p | BEREA OH | 440-503-8041 | SDDV | | 14 | 0.00 | 0.00 |
| 07:19p | INCOMI CL | 440-610-3310 | SDDV | | 2 | 0.00 | 0.00 |
| 07:40p | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 08:51p | 911 Em CL | 000-000-0911 | SDDV | | 1 | 0.00 | 0.00 |
| 08:53p | INCOMI CL | 216-623-4560 | SDDV | | 1 | 0.00 | 0.00 |
| 09:01p | CLEVEL OH | 216-849-5673 | SDDV | | 2 | 0.00 | 0.00 |
| 10:39p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:40p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:41p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:41p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:42p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 10:43p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 10:46p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 10:46p | INCOMI CL | 440-503-8041 | SDDV | | 2 | 0.00 | 0.00 |
| 10:48p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:48p | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 10:49p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:49p | INCOMI CL | 440-503-8041 | SDDV | | 2 | 0.00 | 0.00 |
| 10:52p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:53p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:53p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:53p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:53p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:54p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:54p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:54p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:55p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:55p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:55p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:55p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:55p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:56p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:56p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:56p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:56p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:56p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:57p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:57p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:57p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:01p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| **Saturday, 10/06** | | | | | | | |
| 09:37a | INCOMI CL | 330-344-0946 | SDDV | | 8 | 0.00 | 0.00 |
| 10:01a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:02a | CLEVEL OH | 216-414-5390 | SDDV | | 3 | 0.00 | 0.00 |
| 10:33a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:58a | INCOMI CL | 216-414-5390 | SDDV | | 1 | 0.00 | 0.00 |
| 10:59a | BEREA OH | 440-503-8041 | SDDV | | 2 | 0.00 | 0.00 |
| 11:00a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-6 of 32
**Bill Cycle Date:** 10/04/18 - 11/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X11112018

Visit us online at: **www.att.com/business**

## 216 645-7142
**QUEEN RASHE MILLER**

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| Thursday, 10/18 | | | | | | | |
| 09:59a | CLEVEL OH | 216-420-3765 | SDDV | | 2 | 0.00 | 0.00 |
| 10:02a | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 10:03a | BEREA OH | 440-503-8041 | SDDV | | 2 | 0.00 | 0.00 |
| 10:04a | INCOMI CL | 440-503-8041 | SDDV | | 27 | 0.00 | 0.00 |
| 10:29a | INCOMI CL | 216-712-5623 | SDDV | | 11 | 0.00 | 0.00 |
| 10:39a | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 10:40a | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 10:40a | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 10:41a | CLEVEL OH | 216-323-5715 | SDDV | | 5 | 0.00 | 0.00 |
| 10:54a | CLEVEL OH | 216-612-7444 | SDDV | | 2 | 0.00 | 0.00 |
| 10:56a | CLEVEL OH | 216-849-5673 | SDDV | | 1 | 0.00 | 0.00 |
| 10:58a | INCOMI CL | 216-536-0568 | SDDV | | 1 | 0.00 | 0.00 |
| 10:58a | CLEVEL OH | 216-536-0568 | SDDV | | 14 | 0.00 | 0.00 |
| 11:38a | CLEVEL OH | 216-400-8213 | SDDV | | 3 | 0.00 | 0.00 |
| 11:56a | CLEVEL OH | 216-612-7444 | SDDV | | 1 | 0.00 | 0.00 |
| 11:57a | CLEVEL OH | 216-612-7444 | SDDV | | 2 | 0.00 | 0.00 |
| 12:00p | INCOMI CL | 216-612-7444 | SDDV | | 3 | 0.00 | 0.00 |
| 12:03p | CLEVEL OH | 216-536-0568 | SDDV | | 18 | 0.00 | 0.00 |
| 12:14p | INCOMI CL | 216-612-7444 | SDDV | | 1 | 0.00 | 0.00 |
| 12:19p | INCOMI CL | 877-825-4490 | SDDV | | 1 | 0.00 | 0.00 |
| 12:20p | INCOMI CL | 216-612-7444 | SDDV | | 1 | 0.00 | 0.00 |
| 12:21p | INCOMI CL | 216-536-0568 | SDDV | | 15 | 0.00 | 0.00 |
| 12:34p | INCOMI CL | 216-246-7095 | SDDV | | 2 | 0.00 | 0.00 |
| 12:47p | INCOMI CL | 216-612-7444 | SDDV | | 1 | 0.00 | 0.00 |
| 12:51p | INCOMI CL | 216-536-0568 | SDDV | | 6 | 0.00 | 0.00 |
| 03:17p | INCOMI CL | 800-825-8038 | SDDV | | 1 | 0.00 | 0.00 |
| 03:19p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 03:41p | CLEVEL OH | 216-930-5051 | SDDV | | 1 | 0.00 | 0.00 |
| 03:44p | CLEVEL OH | 216-612-5689 | SDDV | | 1 | 0.00 | 0.00 |
| 04:10p | INCOMI CL | 216-930-1408 | SDDV | | 7 | 0.00 | 0.00 |
| 04:17p | CLEVEL OH | 216-205-8705 | SDDV | | 3 | 0.00 | 0.00 |
| 04:20p | CLEVEL OH | 216-401-3869 | SDDV | | 1 | 0.00 | 0.00 |
| 04:45p | MONTRS OH | 216-632-1775 | SDDV | | 3 | 0.00 | 0.00 |
| 04:47p | INCOMI CL | 216-323-5715 | SDDV | | 2 | 0.00 | 0.00 |
| 04:48p | INCOMI CL | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 04:49p | INCOMI CL | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 04:56p | INCOMI CL | 216-954-5827 | SDDV | | 1 | 0.00 | 0.00 |
| 05:03p | INCOMI CL | 216-930-1408 | SDDV | | 2 | 0.00 | 0.00 |
| 05:04p | CLEVEL OH | 216-205-8705 | SDDV | | 42 | 0.00 | 0.00 |
| 05:31p | INCOMI CL | 216-930-1408 | SDDV | | 1 | 0.00 | 0.00 |
| 05:46p | INCOMI CL | 216-647-1127 | SDDV | | 1 | 0.00 | 0.00 |
| 05:46p | INCOMI CL | 216-647-1127 | SDDV | | 1 | 0.00 | 0.00 |
| 05:53p | INCOMI CL | 216-930-1408 | SDDV | | 1 | 0.00 | 0.00 |
| 05:59p | CLEVEL OH | 216-647-1127 | SDDV | | 1 | 0.00 | 0.00 |
| 06:00p | CLEVEL OH | 216-205-8705 | SDDV | | 5 | 0.00 | 0.00 |
| 06:05p | CLEVEL OH | 216-647-1127 | SDDV | | 4 | 0.00 | 0.00 |
| 06:09p | CLEVEL OH | 216-612-5689 | SDDV | | 2 | 0.00 | 0.00 |
| 06:10p | CLEVEL OH | 216-420-3765 | SDDV | | 8 | 0.00 | 0.00 |
| 06:20p | CLEVEL OH | 216-205-8705 | SDDV | | 11 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| Thursday, 10/18 | | | | | | | |
| 06:30p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 06:30p | INCOMI CL | 216-205-8705 | SDDV | | 24 | 0.00 | 0.00 |
| 06:54p | CLEVEL OH | 216-612-5689 | SDDV | | 1 | 0.00 | 0.00 |
| 07:23p | CLEVEL OH | 216-536-0568 | SDDV | | 1 | 0.00 | 0.00 |
| 07:25p | CLEVEL OH | 216-536-0568 | SDDV | | 3 | 0.00 | 0.00 |
| 07:32p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:35p | INCOMI CL | 216-401-3869 | SDDV | | 33 | 0.00 | 0.00 |
| 07:37p | INCOMI CL | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 08:12p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 08:13p | MONTRS OH | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 08:16p | INCOMI CL | 216-205-8705 | SDDV | | 3 | 0.00 | 0.00 |
| 08:23p | INCOMI CL | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 08:52p | CLEVEL OH | 216-536-0568 | SDDV | | 1 | 0.00 | 0.00 |
| 08:55p | CLEVEL OH | 216-401-3869 | SDDV | | 1 | 0.00 | 0.00 |
| 09:26p | CLEVEL OH | 216-401-3869 | SDDV | | 1 | 0.00 | 0.00 |
| 09:51p | CLEVEL OH | 216-536-0568 | SDDV | | 1 | 0.00 | 0.00 |
| 09:58p | CLEVEL OH | 216-536-0568 | SDDV | | 2 | 0.00 | 0.00 |
| 10:00p | MONTRS OH | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 10:04p | INCOMI CL | 216-401-3869 | SDDV | | 7 | 0.00 | 0.00 |
| 10:23p | INCOMI CL | 614-695-1014 | SDDV | | 36 | 0.00 | 0.00 |
| 10:40p | INCOMI CL | 216-536-0568 | SDDV | | 3 | 0.00 | 0.00 |
| 11:03p | CLEVEL OH | 216-536-0568 | SDDV | | 4 | 0.00 | 0.00 |
| 11:14p | CLEVEL OH | 216-543-8120 | SDDV | | 6 | 0.00 | 0.00 |
| Friday, 10/19 | | | | | | | |
| 12:01a | CLEVEL OH | 216-612-5689 | SDDV | | 1 | 0.00 | 0.00 |
| 12:28a | CLEVEL OH | 216-543-8120 | SDDV | | 28 | 0.00 | 0.00 |
| 12:56a | CLEVEL OH | 216-420-3765 | SDDV | | 3 | 0.00 | 0.00 |
| 12:59a | INCOMI CL | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 12:59a | INCOMI CL | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 01:03a | CLEVEL OH | 216-820-3777 | SDDV | | 1 | 0.00 | 0.00 |
| 01:15a | CLEVEL OH | 216-536-0568 | SDDV | | 1 | 0.00 | 0.00 |
| 01:17a | INCOMI CL | 216-536-0568 | SDDV | | 4 | 0.00 | 0.00 |
| 02:56a | CLEVEL OH | 216-420-3765 | SDDV | | 4 | 0.00 | 0.00 |
| 02:59a | INCOMI CL | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 03:03a | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 03:27a | INCOMI CL | 216-420-3765 | SDDV | | 2 | 0.00 | 0.00 |
| 09:14a | INCOMI CL | 216-536-0568 | SDDV | | 8 | 0.00 | 0.00 |
| 09:54a | INCOMI CL | 800-915-2847 | SDDV | | 1 | 0.00 | 0.00 |
| 10:37a | INCOMI CL | 216-632-5518 | SDDV | | 2 | 0.00 | 0.00 |
| 10:44a | INCOMI CL | 216-632-5518 | SDDV | | 1 | 0.00 | 0.00 |
| 10:53a | INCOMI CL | 216-246-7095 | SDDV | | 2 | 0.00 | 0.00 |
| 11:00a | CLEVEL OH | 216-849-5673 | SDDV | | 1 | 0.00 | 0.00 |
| 11:13a | CLEVEL OH | 216-536-0568 | SDDV | | 6 | 0.00 | 0.00 |
| 11:18a | INCOMI CL | 216-536-0568 | SDDV | | 91 | 0.00 | 0.00 |
| 11:43a | INCOMI CL | 216-632-5329 | SDDV | | 2 | 0.00 | 0.00 |
| 12:25p | INCOMI CL | 216-760-4538 | SDDV | | 2 | 0.00 | 0.00 |
| 12:59p | INCOMI CL | 216-536-0568 | SDDV | | 18 | 0.00 | 0.00 |
| 01:03p | CALL WAIT | 216-235-5689 | SDDV | CW | 103 | 0.00 | 0.00 |
| 02:48p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 02:48p | CLEVEL OH | 216-401-3869 | SDDV | | 1 | 0.00 | 0.00 |
| 02:51p | INCOMI CL | 216-205-8705 | SDDV | | 20 | 0.00 | 0.00 |
| 03:11p | INCOMI CL | 216-205-8705 | SDDV | | 10 | 0.00 | 0.00 |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-5 of 32
**Bill Cycle Date:** 11/04/18 - 12/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X12112018

Visit us online at: **www.att.com/business**

**216 645-7142**
QUEEN RASHE MILLER

## Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|---|---|---|---|---|---|---|---|
| Wednesday, 11/14 | | | | | | | |
| 03:28p | BLOCKED | 000-000-0000 | SDOV | | 1 | 0.00 | 0.00 |
| 03:29p | BLOCKED | 000-000-0000 | SDOV | | 3 | 0.00 | 0.00 |
| 03:31p | BLOCKED | 000-000-0000 | SDOV | | 1 | 0.00 | 0.00 |
| 03:49p | INDEPE OH | 216-253-0727 | SDOV | | 1 | 0.00 | 0.00 |
| 04:40p | INDEPE OH | 216-253-0727 | SDOV | | 3 | 0.00 | 0.00 |
| 04:42p | INCOMI CL | 216-253-0727 | SDOV | | 1 | 0.00 | 0.00 |
| 04:43p | INCOMI CL | 216-253-0727 | SDOV | | 2 | 0.00 | 0.00 |
| 04:51p | CLEVEL OH | 216-535-8388 | SDOV | | 2 | 0.00 | 0.00 |
| 04:55p | INDEPE OH | 216-253-0727 | SDOV | | 4 | 0.00 | 0.00 |
| 05:40p | INCOMI CL | 440-503-8041 | SDOV | | 9 | 0.00 | 0.00 |
| 10:03p | CLEVEL OH | 216-401-3869 | SDOV | | 1 | 0.00 | 0.00 |
| 10:04p | CLEVEL OH | 216-401-3869 | SDOV | | 4 | 0.00 | 0.00 |
| 10:22p | CLEVEL OH | 216-303-3907 | SDOV | | 1 | 0.00 | 0.00 |
| Thursday, 11/15 | | | | | | | |
| 07:37a | INDEPE OH | 216-253-0727 | SDOV | | 1 | 0.00 | 0.00 |
| 07:41a | INDEPE OH | 216-253-0727 | SDOV | | 1 | 0.00 | 0.00 |
| 08:11a | INCOMI CL | 202-740-9901 | SDOV | | 1 | 0.00 | 0.00 |
| 08:42a | INCOMI CL | 216-642-9700 | SDOV | | 1 | 0.00 | 0.00 |
| 08:45a | CLEVEL OH | 216-544-5656 | SDOV | | 1 | 0.00 | 0.00 |
| 08:46a | CLEVEL OH | 216-246-7095 | SDOV | | 1 | 0.00 | 0.00 |
| 08:47a | CLEVEL OH | 216-321-0214 | SDOV | | 1 | 0.00 | 0.00 |
| 08:48a | CLEVEL OH | 216-246-7095 | SDOV | | 1 | 0.00 | 0.00 |
| 08:48a | CLEVEL OH | 216-544-5656 | SDOV | | 3 | 0.00 | 0.00 |
| 09:12a | INCOMI CL | 216-253-0727 | SDOV | | 1 | 0.00 | 0.00 |
| 09:34a | INCOMI CL | 216-246-7095 | SDOV | | 1 | 0.00 | 0.00 |
| 09:38a | INCOMI CL | 216-290-6567 | SDOV | | 1 | 0.00 | 0.00 |
| 10:25a | BLOCKED | 000-000-0000 | SDOV | | 1 | 0.00 | 0.00 |
| 10:26a | BLOCKED | 000-000-0000 | SDOV | | 2 | 0.00 | 0.00 |
| 10:28a | BLOCKED | 000-000-0000 | SDOV | | 2 | 0.00 | 0.00 |
| 10:32a | INCOMI CL | 216-930-5082 | SDOV | | 1 | 0.00 | 0.00 |
| 11:32a | CLEVEL OH | 216-529-7780 | SDOV | | 1 | 0.00 | 0.00 |
| 01:29p | INCOMI CL | 440-759-2358 | SDOV | | 2 | 0.00 | 0.00 |
| 02:54p | INCOMI CL | 844-640-6446 | SDOV | | 2 | 0.00 | 0.00 |
| 02:57p | CLEVEL OH | 216-635-2918 | SDOV | | 1 | 0.00 | 0.00 |
| 02:58p | CLEVEL OH | 216-987-6978 | SDOV | | 2 | 0.00 | 0.00 |
| 03:11p | BLOCKED | 000-000-0000 | SDOV | | 2 | 0.00 | 0.00 |
| 03:23p | INCOMI CL | 877-825-4490 | SDOV | | 1 | 0.00 | 0.00 |
| 03:57p | INCOMI CL | 216-290-6565 | SDOV | | 1 | 0.00 | 0.00 |
| 04:38p | INCOMI CL | 310-351-7096 | SDOV | | 2 | 0.00 | 0.00 |
| 05:36p | INCOMI CL | 216-205-8705 | SDOV | | 24 | 0.00 | 0.00 |
| Friday, 11/16 | | | | | | | |
| 09:19a | INCOMI CL | 888-851-7472 | SDOV | | 1 | 0.00 | 0.00 |
| 09:21a | INCOMI CL | 440-503-8041 | SDOV | | 20 | 0.00 | 0.00 |
| 10:06a | INCOMI CL | 440-610-3310 | SDOV | | 1 | 0.00 | 0.00 |
| 10:32a | INCOMI CL | 888-851-7472 | SDOV | | 1 | 0.00 | 0.00 |
| 10:49a | INDEPE OH | 216-253-0727 | SDOV | | 1 | 0.00 | 0.00 |
| 11:06a | INCOMI CL | 216-323-5715 | SDOV | | 24 | 0.00 | 0.00 |
| 01:23p | INCOMI CL | 216-205-8705 | SDOV | | 28 | 0.00 | 0.00 |
| 01:54p | INCOMI CL | 216-205-8705 | SDOV | | 10 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|---|---|---|---|---|---|---|---|
| Friday, 11/16 | | | | | | | |
| 02:22p | BLOCKED | 000-000-0000 | SDOV | | 1 | 0.00 | 0.00 |
| 02:25p | CLEVEL OH | 216-401-3869 | SDOV | | 7 | 0.00 | 0.00 |
| 03:10p | INCOMI CL | 216-262-2896 | SDOV | | 3 | 0.00 | 0.00 |
| 03:21p | INCOMI CL | 216-930-5113 | SDOV | | 1 | 0.00 | 0.00 |
| 03:32p | CLEVEL OH | 216-242-9505 | SDOV | | 2 | 0.00 | 0.00 |
| 04:21p | CLEVEL OH | 216-854-5996 | SDOV | | 18 | 0.00 | 0.00 |
| 05:48p | CLEVEL OH | 216-854-5996 | SDOV | | 1 | 0.00 | 0.00 |
| 06:44p | INCOMI CL | 216-854-5996 | SDOV | | 1 | 0.00 | 0.00 |
| 07:56p | INCOMI CL | 440-610-3310 | SDOV | | 1 | 0.00 | 0.00 |
| 10:48p | CHICAG IL | 872-588-2117 | SDOV | | 1 | 0.00 | 0.00 |
| 10:49p | INCOMI CL | 872-588-2117 | SDOV | | 1 | 0.00 | 0.00 |
| 10:49p | INCOMI CL | 872-588-2117 | SDOV | | 24 | 0.00 | 0.00 |
| Saturday, 11/17 | | | | | | | |
| 08:49a | INCOMI CL | 872-588-2117 | SDOV | | 5 | 0.00 | 0.00 |
| 08:54a | CLEVEL OH | 216-205-8705 | SDOV | | 5 | 0.00 | 0.00 |
| 08:55a | CALL WAIT | 872-588-2117 | SDOV | CW | 37 | 0.00 | 0.00 |
| 09:02a | CLEVEL OH | 216-205-8705 | SDOV | | 1 | 0.00 | 0.00 |
| 09:09a | CALL WAIT | 216-205-8705 | SDOV | CW | 3 | 0.00 | 0.00 |
| 11:23a | CLEVEL OH | 216-727-8553 | SDOV | | 5 | 0.00 | 0.00 |
| 11:23a | CALL WAIT | 330-861-2246 | SDOV | CW | 17 | 0.00 | 0.00 |
| 11:27a | CALL WAIT | 216-727-8553 | SDOV | CW | 1 | 0.00 | 0.00 |
| 11:53a | CLEVEL OH | 216-246-7095 | SDOV | | 1 | 0.00 | 0.00 |
| 11:54a | CLEVEL OH | 216-321-0214 | SDOV | | 1 | 0.00 | 0.00 |
| 11:54a | INCOMI CL | 216-246-7095 | SDOV | | 2 | 0.00 | 0.00 |
| 01:08p | INCOMI CL | 216-512-4770 | SDOV | | 3 | 0.00 | 0.00 |
| 01:12p | AKRON OH | 330-861-2246 | SDOV | | 3 | 0.00 | 0.00 |
| 01:14p | BLOCKED | 000-000-0000 | SDOV | | 2 | 0.00 | 0.00 |
| 02:14p | INCOMI CL | 216-262-2896 | SDOV | | 3 | 0.00 | 0.00 |
| 02:41p | INCOMI CL | 216-205-8705 | SDOV | | 14 | 0.00 | 0.00 |
| 02:56p | INCOMI CL | 330-861-2246 | SDOV | | 1 | 0.00 | 0.00 |
| 03:11p | INCOMI CL | 216-727-8553 | SDOV | | 2 | 0.00 | 0.00 |
| 03:21p | INCOMI CL | 216-512-4770 | SDOV | | 2 | 0.00 | 0.00 |
| 03:45p | CLEVEL OH | 216-630-8870 | SDOV | | 2 | 0.00 | 0.00 |
| 04:44p | INCOMI CL | 216-205-8705 | SDOV | | 4 | 0.00 | 0.00 |
| 04:45p | CALL WAIT | 216-485-3611 | SDOV | CW | 1 | 0.00 | 0.00 |
| 05:45p | INCOMI CL | 216-512-4770 | SDOV | | 2 | 0.00 | 0.00 |
| 06:09p | INCOMI CL | 872-588-2117 | SDOV | | 7 | 0.00 | 0.00 |
| 07:22p | INDEPE OH | 216-253-0727 | SDOV | | 1 | 0.00 | 0.00 |
| 08:22p | CLEVEL OH | 216-571-1315 | SDOV | | 11 | 0.00 | 0.00 |
| 10:26p | INCOMI CL | 872-588-2117 | SDOV | | 2 | 0.00 | 0.00 |
| Sunday, 11/18 | | | | | | | |
| 12:47p | INCOMI CL | 216-262-2896 | SDOV | | 3 | 0.00 | 0.00 |
| 01:46p | INCOMI CL | 216-512-4770 | SDOV | | 2 | 0.00 | 0.00 |
| 01:51p | CLEVEL OH | 216-932-0464 | SDOV | | 2 | 0.00 | 0.00 |
| 02:27p | CLEVEL OH | 216-205-8705 | SDOV | | 3 | 0.00 | 0.00 |
| 02:51p | INCOMI CL | 216-205-8705 | SDOV | | 2 | 0.00 | 0.00 |
| 03:15p | INCOMI CL | 216-630-8870 | SDOV | | 11 | 0.00 | 0.00 |
| 03:21p | CALL WAIT | 216-205-8705 | SDOV | CW | 2 | 0.00 | 0.00 |
| 03:26p | INCOMI CL | 216-258-6069 | SDOV | | 1 | 0.00 | 0.00 |
| 03:27p | CLEVEL OH | 216-258-6069 | SDOV | | 1 | 0.00 | 0.00 |
| 03:31p | INCOMI CL | 216-205-8705 | SDOV | | 1 | 0.00 | 0.00 |
| 03:39p | INCOMI CL | 216-246-7095 | SDOV | | 1 | 0.00 | 0.00 |
| 05:56p | INCOMI CL | 216-416-1658 | SDOV | | 1 | 0.00 | 0.00 |
| 09:33p | CLEVEL OH | 216-258-6069 | SDOV | | 1 | 0.00 | |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-2 of 32
**Bill Cycle Date:** 10/04/18 - 11/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X11112018

Visit us online at: **www.att.com/business**

## 216 645-7142
### QUEEN RASHE MILLER

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|-------------|---------------|-----------|--------------|-----|-----------------|-----------------|
| Saturday, 10/06 | | | | | | | |
| 11:01a | CLEVEL OH | 216-414-5390 | SDDV | | 2 | 0.00 | 0.00 |
| 12:28p | CLEVEL OH | 216-273-4350 | SDDV | | 1 | 0.00 | 0.00 |
| 12:29p | CLEVEL OH | 216-273-4350 | SDDV | | 1 | 0.00 | 0.00 |
| 01:21p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 01:26p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 02:15p | CLEVEL OH | 216-414-5390 | SDDV | | 1 | 0.00 | 0.00 |
| 02:16p | INCOMI CL | 216-414-5390 | SDDV | | 1 | 0.00 | 0.00 |
| 08:46p | AKRON OH | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 08:47p | CLEVEL OH | 216-414-5390 | SDDV | | 1 | 0.00 | 0.00 |
| 08:48p | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| Sunday, 10/07 | | | | | | | |
| 12:02a | CLEVEL OH | 216-307-0977 | SDDV | | 4 | 0.00 | 0.00 |
| 09:32a | INCOMI CL | 216-421-4734 | SDDV | | 11 | 0.00 | 0.00 |
| 09:48a | INCOMI CL | 216-421-4734 | SDDV | | 2 | 0.00 | 0.00 |
| 11:55a | CLEVEL OH | 216-406-3559 | SDDV | | 1 | 0.00 | 0.00 |
| 03:31p | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 03:52p | CLEVEL OH | 216-307-0977 | SDDV | | 1 | 0.00 | 0.00 |
| 04:33p | CLEVEL OH | 216-544-5656 | SDDV | | 1 | 0.00 | 0.00 |
| 05:25p | CLEVEL OH | 216-534-1744 | SDDV | | 2 | 0.00 | 0.00 |
| 05:26p | CLEVEL OH | 216-534-1744 | SDDV | | 1 | 0.00 | 0.00 |
| 06:13p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 06:18p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 06:47p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 08:40p | AKRON OH | 330-344-0946 | SDDV | | 2 | 0.00 | 0.00 |
| 08:55p | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 09:01p | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 09:34p | CLEVEL OH | 216-322-5289 | SDDV | | 1 | 0.00 | 0.00 |
| 09:35p | CLEVEL OH | 216-303-3907 | SDDV | | 1 | 0.00 | 0.00 |
| 09:36p | CLEVEL OH | 216-303-3907 | SDDV | | 1 | 0.00 | 0.00 |
| 09:40p | CLEVEL OH | 216-624-0105 | SDDV | | 1 | 0.00 | 0.00 |
| 09:54p | AKRON OH | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 09:55p | AKRON OH | 330-344-0946 | SDDV | | 15 | 0.00 | 0.00 |
| 10:16p | INCOMI CL | 216-246-7095 | SDDV | | 2 | 0.00 | 0.00 |
| Monday, 10/08 | | | | | | | |
| 05:11a | INCOMI CL | 330-344-0946 | SDDV | | 22 | 0.00 | 0.00 |
| 09:00a | INCOMI CL | 330-344-0946 | SDDV | | 4 | 0.00 | 0.00 |
| 10:12a | CLEVEL OH | 216-344-7700 | SDDV | | 8 | 0.00 | 0.00 |
| 10:22a | CLEVEL OH | 216-849-5673 | SDDV | | 1 | 0.00 | 0.00 |
| 10:28a | TERRAC OH | 216-376-4300 | SDDV | | 1 | 0.00 | 0.00 |
| 10:59a | INCOMI CL | 330-344-0946 | SDDV | | 25 | 0.00 | 0.00 |
| 11:24a | AKRON OH | 330-344-0946 | SDDV | | 5 | 0.00 | 0.00 |
| 01:34p | INCOMI CL | 330-344-0946 | SDDV | | 7 | 0.00 | 0.00 |
| 02:08p | INCOMI CL | 216-870-3374 | SDDV | | 1 | 0.00 | 0.00 |
| 02:22p | INCOMI CL | 216-930-5112 | SDDV | | 1 | 0.00 | 0.00 |
| 03:40p | AKRON OH | 330-344-0946 | SDDV | | 3 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|-------------|---------------|-----------|--------------|-----|-----------------|-----------------|
| Monday, 10/08 | | | | | | | |
| 05:01p | AKRON OH | 330-344-0946 | SDDV | | 31 | 0.00 | 0.00 |
| 05:43p | INDEPE OH | 216-253-0727 | SDDV | | 13 | 0.00 | 0.00 |
| 06:13p | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 06:16p | INCOMI CL | 330-344-0946 | SDDV | | 37 | 0.00 | 0.00 |
| 07:17p | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 07:44p | INCOMI CL | 216-760-2197 | SDDV | | 2 | 0.00 | 0.00 |
| Tuesday, 10/09 | | | | | | | |
| 08:27a | CLEVEL OH | 216-205-8705 | SDDV | | 11 | 0.00 | 0.00 |
| 08:37a | CHICAG IL | 872-588-2117 | SDDV | | 1 | 0.00 | 0.00 |
| 09:51a | CLEVEL OH | 216-215-7580 | SDDV | | 8 | 0.00 | 0.00 |
| 10:11a | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 11:02a | CLEVEL OH | 216-849-5673 | SDDV | | 5 | 0.00 | 0.00 |
| 11:19a | CLEVEL OH | 216-215-7580 | SDDV | | 1 | 0.00 | 0.00 |
| 11:44a | INCOMI CL | 216-723-4917 | SDDV | | 1 | 0.00 | 0.00 |
| 12:02p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 01:53p | INCOMI CL | 216-240-1465 | SDDV | | 1 | 0.00 | 0.00 |
| 04:05p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 04:08p | CLEVEL OH | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 04:09p | INCOMI CL | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 04:09p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 04:14p | MONTRS OH | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 04:23p | INCOMI CL | 216-205-8705 | SDDV | | 11 | 0.00 | 0.00 |
| 04:42p | INCOMI CL | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 05:08p | INCOMI CL | 216-253-0727 | SDDV | | 9 | 0.00 | 0.00 |
| 05:22p | INCOMI CL | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 05:29p | INCOMI CL | 216-253-0727 | SDDV | | 4 | 0.00 | 0.00 |
| 06:32p | INCOMI CL | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 06:43p | INCOMI CL | 216-930-5052 | SDDV | | 1 | 0.00 | 0.00 |
| 07:09p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:10p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:11p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:12p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:12p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:12p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:12p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:13p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:13p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:13p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:13p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:13p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 08:26p | INCOMI CL | 216-408-0532 | SDDV | | 2 | 0.00 | 0.00 |
| 09:06p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:07p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:06p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| Wednesday, 10/10 | | | | | | | |
| 12:57a | MONTRS OH | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 12:57a | MONTRS OH | 216-632-1775 | SDDV | | 1 | 0.00 | 0.00 |
| 01:30a | TERRAC OH | 216-376-4300 | SDDV | | 2 | 0.00 | 0.00 |
| 07:37a | CLEVEL OH | 216-205-8705 | SDDV | | 5 | 0.00 | 0.00 |
| 07:59a | MONTRS OH | 216-632-1775 | SDDV | | 3 | 0.00 | 0.00 |

© 2012 AT&T Intellectual Property. All rights reserved.



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-4 of 25
**Bill Cycle Date:** 05/04/18 - 06/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X06112018

Visit us online at: **www.att.com/business**

## 216 645-7142
### QUEEN RASHE MILLER

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|-------|--------|------|------|-----|---------|---------|
| Thursday, 05/10 | | | | | | | |
| 07:26p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:26p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:27p | INCOMI CL | 216-253-0727 | SDDV | | 6 | 0.00 | 0.00 |
| 07:36p | INCOMI CL | 216-820-3777 | SDDV | | 1 | 0.00 | 0.00 |
| 07:39p | CLEVEL OH | 216-246-7095 | SDDV | | 1 | 0.00 | 0.00 |
| 07:39p | CLEVEL OH | 216-307-0977 | SDDV | | 15 | 0.00 | 0.00 |
| 07:50p | INCOMI CL | 216-820-3777 | SDDV | | 1 | 0.00 | 0.00 |
| 08:50p | CLEVEL OH | 216-961-8038 | SDDV | | 2 | 0.00 | 0.00 |
| 09:01p | CLEVEL OH | 216-648-3901 | SDDV | | 1 | 0.00 | 0.00 |
| 11:17p | INCOMI CL | 872-588-2117 | SDDV | | 2 | 0.00 | 0.00 |
| Friday, 05/11 | | | | | | | |
| 12:00a | INCOMI CL | 216-618-2000 | SDDV | | 2 | 0.00 | 0.00 |
| 01:21a | BEREA OH | 440-503-8041 | SDDV | | 2 | 0.00 | 0.00 |
| 01:26a | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 01:27a | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 01:28a | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 01:41a | INCOMI CL | 216-609-2014 | SDDV | | 1 | 0.00 | 0.00 |
| 08:31a | INCOMI CL | 216-823-7739 | SDDV | | 62 | 0.00 | 0.00 |
| 10:44a | INCOMI CL | 541-551-3026 | SDDV | | 1 | 0.00 | 0.00 |
| 12:18p | INDEPE OH | 216-253-0727 | SDDV | | 7 | 0.00 | 0.00 |
| 12:35p | CLEVEL OH | 216-314-8940 | SDDV | | 1 | 0.00 | 0.00 |
| 12:36p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 12:37p | CLEVEL OH | 216-314-8940 | SDDV | | 1 | 0.00 | 0.00 |
| 12:40p | CLEVEL OH | 216-314-8940 | SDDV | | 1 | 0.00 | 0.00 |
| 12:40p | CLEVEL OH | 216-314-8940 | SDDV | | 1 | 0.00 | 0.00 |
| 12:44p | INCOMI CL | 216-823-7739 | SDDV | | 45 | 0.00 | 0.00 |
| 01:28p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 01:29p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 01:30p | INCOMI CL | 216-379-0286 | SDDV | | 5 | 0.00 | 0.00 |
| 01:33p | INCOMI CL | 216-823-7739 | SDDV | | 12 | 0.00 | 0.00 |
| 01:40p | INCOMI CL | 216-823-7739 | SDDV | | 13 | 0.00 | 0.00 |
| 02:07p | CLEVEL OH | 216-465-3231 | SDDV | | 3 | 0.00 | 0.00 |
| 02:24p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 02:58p | INCOMI CL | 216-314-8940 | SDDV | | 82 | 0.00 | 0.00 |
| 04:56p | CLEVEL OH | 216-314-8940 | SDDV | | 1 | 0.00 | 0.00 |
| 04:56p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 05:03p | CLEVEL OH | 216-314-8940 | SDDV | | 1 | 0.00 | 0.00 |
| 05:03p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 05:09p | BLOCKED | 000-000-0000 | SDDV | | 9 | 0.00 | 0.00 |
| 06:00p | INCOMI CL | 440-503-8041 | SDDV | | 4 | 0.00 | 0.00 |
| 06:04p | CLEVEL OH | 216-314-8940 | SDDV | | 1 | 0.00 | 0.00 |
| 06:05p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 10:02p | STRONG OH | 440-732-6154 | SDDV | | 5 | 0.00 | 0.00 |
| Saturday, 05/12 | | | | | | | |
| 07:06a | CLEVEL OH | 216-323-5715 | SDDV | | 7 | 0.00 | 0.00 |
| 07:18a | BEDFOR OH | 440-439-5578 | SDDV | | 1 | 0.00 | 0.00 |
| 07:18a | BEDFOR OH | 440-439-5578 | SDDV | | 1 | 0.00 | 0.00 |
| 07:20a | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 09:06a | CLEVEL OH | 216-203-3901 | SDDV | | 2 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|-------|--------|------|------|-----|---------|---------|
| Saturday, 05/12 | | | | | | | |
| 09:08a | BEDFOR OH | 440-439-5578 | SDDV | | 1 | 0.00 | 0.00 |
| 09:16a | CLEVEL OH | 216-323-5715 | SDDV | | 3 | 0.00 | 0.00 |
| 09:21a | CHICAG IL | 773-294-4616 | SDDV | | 2 | 0.00 | 0.00 |
| 09:52a | INCOMI CL | 773-294-4616 | SDDV | | 1 | 0.00 | 0.00 |
| 10:52a | CLEVEL OH | 216-414-5390 | SDDV | | 1 | 0.00 | 0.00 |
| 10:53a | CLEVEL OH | 216-414-5390 | SDDV | | 1 | 0.00 | 0.00 |
| 11:17a | INCOMI CL | 216-727-6542 | SDDV | | 2 | 0.00 | 0.00 |
| 11:20a | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 11:22a | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 11:52a | INCOMI CL | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 11:57a | CLEVEL OH | 216-323-5715 | SDDV | | 2 | 0.00 | 0.00 |
| 12:00p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 12:00p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 12:03p | CHICAG IL | 773-294-4616 | SDDV | | 1 | 0.00 | 0.00 |
| 12:04p | INCOMI CL | 216-536-0568 | SDDV | | 1 | 0.00 | 0.00 |
| 12:06p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 12:07p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 12:07p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 12:08p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 12:11p | CLEVEL OH | 216-314-8940 | SDDV | | 1 | 0.00 | 0.00 |
| 12:15p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 12:17p | INCOMI CL | 216-823-7739 | SDDV | | 43 | 0.00 | 0.00 |
| 01:01p | CLEVEL OH | 216-205-8705 | SDDV | | 5 | 0.00 | 0.00 |
| 01:06p | CLEVEL OH | 216-323-5715 | SDDV | | 3 | 0.00 | 0.00 |
| 01:16p | INCOMI CL | 216-253-0727 | SDDV | | 16 | 0.00 | 0.00 |
| 01:27p | INCOMI CL | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 01:33p | INCOMI CL | 216-253-0727 | SDDV | | 9 | 0.00 | 0.00 |
| 01:42p | INCOMI CL | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 01:43p | INDEPE OH | 216-253-0727 | SDDV | | 8 | 0.00 | 0.00 |
| 01:51p | INCOMI CL | 216-215-1435 | SDDV | | 6 | 0.00 | 0.00 |
| 02:52p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 02:52p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 03:26p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 03:28p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 03:30p | INCOMI CL | 216-205-8705 | SDDV | | 7 | 0.00 | 0.00 |
| 03:55p | CLEVEL OH | 216-421-6666 | SDDV | | 1 | 0.00 | 0.00 |
| 03:56p | CLEVEL OH | 216-323-5715 | SDDV | | 2 | 0.00 | 0.00 |
| 04:12p | INCOMI CL | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 04:13p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 04:17p | INCOMI CL | 216-823-7739 | SDDV | | 4 | 0.00 | 0.00 |
| 04:28p | INCOMI CL | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 04:29p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:29p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:30p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:30p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 05:31p | CLEVEL OH | 216-205-8705 | SDDV | | 6 | 0.00 | 0.00 |
| 06:24p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 07:09p | BRONX NY | 347-584-3264 | SDDV | | 1 | 0.00 | 0.00 |
| 07:29p | MALIBU CA | 310-919-8959 | SDDV | | 3 | 0.00 | 0.00 |
| 07:31p | CLEVEL OH | 216-381-4444 | SDDV | | 1 | 0.00 | 0.00 |
| 07:32p | CLEVEL OH | 216-215-1435 | SDDV | | 1 | 0.00 | 0.00 |
| 07:33p | CLEVEL OH | 216-215-1435 | SDDV | | 2 | 0.00 | 0.00 |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-14 of 31
**Bill Cycle Date:** 09/04/18 - 10/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X10112018

Visit us online at: www.att.com/business

## 216 645-7142
### QUEEN RASHE MILLER

### Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|------|------|------|------|------|------|------|------|
| Tuesday, 10/02 | | | | | | | |
| 11:08a | AKRON OH | 330-344-0946 | SDDV | | 5 | 0.00 | 0.00 |
| 11:13a | AKRON OH | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 11:14a | INCOMI CL | 330-344-0946 | SDDV | | 15 | 0.00 | 0.00 |
| 12:06p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 01:02p | INCOMI CL | 216-538-0568 | SDDV | | 2 | 0.00 | 0.00 |
| 01:32p | INCOMI CL | 330-344-0946 | SDDV | | 7 | 0.00 | 0.00 |
| 01:49p | CLEVEL OH | 216-609-2014 | SDDV | | 1 | 0.00 | 0.00 |
| 01:55p | CLEVEL OH | 216-401-3869 | SDDV | | 1 | 0.00 | 0.00 |
| 01:56p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 02:12p | BLOCKED | 000-000-0000 | SDDV | | 7 | 0.00 | 0.00 |
| 02:20p | INCOMI CL | 216-509-3279 | SDDV | | 1 | 0.00 | 0.00 |
| 02:38p | INCOMI CL | 330-344-0946 | SDDV | | 25 | 0.00 | 0.00 |
| 02:55p | INCOMI CL | 216-849-5673 | SDDV | | 2 | 0.00 | 0.00 |
| 03:04p | INCOMI CL | 330-344-0946 | SDDV | | 66 | 0.00 | 0.00 |
| 04:09p | INCOMI CL | 216-401-3869 | SDDV | | 13 | 0.00 | 0.00 |
| 04:35p | INCOMI CL | 167-715-4214 | SDDV | | 1 | 0.00 | 0.00 |
| 04:36p | INCOMI CL | 330-344-0946 | SDDV | | 2 | 0.00 | 0.00 |
| 04:38p | AKRON OH | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 04:41p | CLEVEL OH | 216-420-3765 | SDDV | | 2 | 0.00 | 0.00 |
| 04:46p | INCOMI CL | 216-658-9876 | SDDV | | 1 | 0.00 | 0.00 |
| 06:31p | CLEVEL OH | 216-609-2014 | SDDV | | 3 | 0.00 | 0.00 |
| 06:38p | INCOMI CL | 212-658-1932 | SDDV | | 1 | 0.00 | 0.00 |
| 07:04p | INCOMI CL | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 07:06p | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 07:13p | INCOMI CL | 216-205-8705 | SDDV | | 4 | 0.00 | 0.00 |
| 07:22p | AKRON OH | 330-344-0946 | SDDV | | 5 | 0.00 | 0.00 |
| 07:38p | INCOMI CL | 216-246-7095 | SDDV | | 1 | 0.00 | 0.00 |
| 08:42p | CLEVEL OH | 216-323-5715 | SDDV | | 2 | 0.00 | 0.00 |
| 08:43p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 08:44p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 08:45p | INCOMI CL | 330-344-0946 | SDDV | | 45 | 0.00 | 0.00 |
| 09:31p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| Wednesday, 10/03 | | | | | | | |
| 05:43a | INCOMI CL | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 09:08a | AKRON OH | 330-344-0946 | SDDV | | 1 | 0.00 | 0.00 |
| 09:24a | INCOMI CL | 216-323-5715 | SDDV | | 7 | 0.00 | 0.00 |
| 09:53a | INCOMI CL | 216-513-8138 | SDDV | | 3 | 0.00 | 0.00 |
| 10:15a | CLEVEL OH | 216-400-8213 | SDDV | | 2 | 0.00 | 0.00 |
| 10:52a | INCOMI CL | 216-567-3977 | SDDV | | 1 | 0.00 | 0.00 |
| 01:19p | INCOMI CL | 216-930-5051 | SDDV | | 1 | 0.00 | 0.00 |
| 01:32p | INCOMI CL | 330-344-0946 | SDDV | | 8 | 0.00 | 0.00 |
| 02:09p | CLEVEL OH | 216-647-1127 | SDDV | | 1 | 0.00 | 0.00 |
| 02:10p | CLEVEL OH | 216-647-1127 | SDDV | | 1 | 0.00 | 0.00 |
| 05:56p | INCOMI CL | 330-344-0946 | SDDV | | 4 | 0.00 | 0.00 |
| 06:10p | INCOMI CL | 216-672-4049 | SDDV | | 1 | 0.00 | 0.00 |
| 06:29p | INCOMI CL | 216-485-3611 | SDDV | | 1 | 0.00 | 0.00 |
| 06:42p | INCOMI CL | 216-408-0532 | SDDV | | 2 | 0.00 | 0.00 |
| 06:45p | INCOMI CL | 216-408-0532 | SDDV | | 1 | 0.00 | 0.00 |
| 07:33p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|------|------|------|------|------|------|------|------|
| Wednesday, 10/03 | | | | | | | |
| 07:34p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 08:31p | INCOMI CL | 718-643-5711 | SDDV | | 1 | 0.00 | 0.00 |
| 08:41p | OLEAN NY | 716-307-4826 | SDDV | | 1 | 0.00 | 0.00 |
| 08:53p | INCOMI CL | 216-421-4734 | SDDV | | 103 | 0.00 | 0.00 |
| 10:38p | INCOMI CL | 216-421-4734 | SDDV | | 7 | 0.00 | 0.00 |
| 10:54p | INCOMI CL | 216-421-4734 | SDDV | | 1 | 0.00 | 0.00 |
| 11:15p | CLEVEL OH | 216-421-4734 | SDDV | | 1 | 0.00 | 0.00 |
| 11:23p | CLEVEL OH | 216-421-4734 | SDDV | | 1 | 0.00 | 0.00 |
| 11:24p | INCOMI CL | 216-421-4734 | SDDV | | 1 | 0.00 | 0.00 |
| Subtotal | | | | | 5,509 | 0.00 | 0.00 |

### Rate Code:
SDDV = Shared Minutes

### Feature Code:
3WC = Three Way Calling
VM = VoiceMail

### Data Detail

| Time | To/From | Type/Unit | Rate Code | |
|------|------|------|------|------|
| Text Messages | | | | |
| Tuesday, 09/04 | | | | |
| 07:02a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 09:05a | Rcvd | 216-501-9194 | Text Message | UNLMSG | 0.00 |
| 09:20a | Rcvd | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 10:03a | Rcvd | 216-534-1744 | Text Message | UNLMSG | 0.00 |
| 10:04a | Rcvd | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 10:07a | Rcvd | 216-534-1744 | Text Message | UNLMSG | 0.00 |
| 10:19a | Rcvd | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 11:11a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:11a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:11a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:12a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:15a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:15a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:16a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:16a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:16a | Sent | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:20a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:20a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:21a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:22a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:24a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:24a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:24a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:25a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:27a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:27a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:27a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:28a | Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

Page: A-7 of 34
Bill Cycle Date: 08/04/18 - 09/03/18
Account: 287274193964
Foundation Account: FAN 07155927
Invoice: 287274193964X09112018

Visit us online at: www.att.com/business

## 216 645-7142
### QUEEN RASHE MILLER

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| Tuesday, 08/14 | | | | | | | |
| 02:47p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 02:48p | CLEVEL OH | 216-323-5715 | SDDV | | 68 | 0.00 | 0.00 |
| 03:14p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 03:16p | INCOMI CL | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 03:24p | CLEVEL OH | 218-858-0726 | SDDV | | 1 | 0.00 | 0.00 |
| 03:28p | INCOMI CL | 216-205-8705 | SDDV | | 6 | 0.00 | 0.00 |
| 03:42p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 03:42p | INCOMI CL | 216-205-8705 | SDDV | | 14 | 0.00 | 0.00 |
| 03:57p | CLEVEL OH | 216-205-8705 | SDDV | | 19 | 0.00 | 0.00 |
| 04:15p | INCOMI CL | 216-205-8705 | SDDV | | 26 | 0.00 | 0.00 |
| 04:53p | INCOMI CL | 216-815-1275 | SDDV | | 1 | 0.00 | 0.00 |
| 04:54p | INCOMI CL | 216-376-4421 | SDDV | | 18 | 0.00 | 0.00 |
| 05:12p | INDEPE OH | 216-253-0727 | SDDV | | 3 | 0.00 | 0.00 |
| 05:15p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 05:16p | INDEPE OH | 216-253-0727 | SDDV | | 3 | 0.00 | 0.00 |
| 05:18p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 05:20p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 05:25p | Toll F CL | 833-200-3123 | SDDV | | 3 | 0.00 | 0.00 |
| 05:29p | CLEVEL OH | 216-609-2014 | SDDV | | 3 | 0.00 | 0.00 |
| 05:33p | TERRAC OH | 216-376-4421 | SDDV | | 2 | 0.00 | 0.00 |
| 05:57p | INCOMI CL | 216-228-9296 | SDDV | | 1 | 0.00 | 0.00 |
| 06:23p | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 06:25p | BEREA OH | 440-503-8041 | SDDV | | 2 | 0.00 | 0.00 |
| 07:04p | INCOMI CL | 216-322-5099 | SDDV | | 3 | 0.00 | 0.00 |
| 07:27p | INCOMI CL | 216-309-5338 | SDDV | | 4 | 0.00 | 0.00 |
| 07:39p | INCOMI CL | 216-323-5715 | SDDV | | 4 | 0.00 | 0.00 |
| 08:18p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 09:27p | INCOMI CL | 216-376-4421 | SDDV | | 2 | 0.00 | 0.00 |
| 09:28p | CLEVEL OH | 216-543-8120 | SDDV | | 25 | 0.00 | 0.00 |
| 09:44p | CLEVEL OH | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 10:16p | CLEVEL OH | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 10:45p | CHICAG IL | 872-588-2117 | SDDV | | 1 | 0.00 | 0.00 |
| Wednesday, 08/15 | | | | | | | |
| 09:15a | INCOMI CL | 216-228-9296 | SDDV | | 1 | 0.00 | 0.00 |
| 09:39a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 09:51a | INCOMI CL | 216-258-2966 | SDDV | | 1 | 0.00 | 0.00 |
| 09:54a | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 10:06a | INDEPE OH | 216-253-0727 | SDDV | | 4 | 0.00 | 0.00 |
| 10:09a | INCOMI CL | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 10:15a | INCOMI CL | 216-924-9613 | SDDV | | 5 | 0.00 | 0.00 |
| 10:20a | INCOMI CL | 216-924-9613 | SDDV | | 3 | 0.00 | 0.00 |
| 11:01a | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 11:04a | CHICAG IL | 773-294-4616 | SDDV | | 13 | 0.00 | 0.00 |
| 11:22a | CLEVEL OH | 216-258-2966 | SDDV | | 4 | 0.00 | 0.00 |
| 11:45a | INCOMI CL | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 11:55a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:56a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:57a | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 11:59a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| Wednesday, 08/15 | | | | | | | |
| 11:59a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 12:00p | CLEVEL OH | 216-235-9616 | SDDV | | 6 | 0.00 | 0.00 |
| 12:01p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 12:05p | INCOMI CL | 216-551-8451 | SDDV | | 1 | 0.00 | 0.00 |
| 12:16p | INCOMI CL | 888-807-0864 | SDDV | | 1 | 0.00 | 0.00 |
| 12:23p | CLEVEL OH | 216-551-8451 | SDDV | | 3 | 0.00 | 0.00 |
| 12:31p | CLEVEL OH | 216-385-8453 | SDDV | | 33 | 0.00 | 0.00 |
| 02:42p | INCOMI CL | 937-639-3124 | SDDV | | 1 | 0.00 | 0.00 |
| 03:23p | INCOMI CL | 216-262-2896 | SDDV | | 5 | 0.00 | 0.00 |
| 03:30p | CLEVEL OH | 216-924-9613 | SDDV | | 1 | 0.00 | 0.00 |
| 04:04p | INCOMI CL | 216-513-8138 | SDDV | | 1 | 0.00 | 0.00 |
| 04:25p | INCOMI CL | 216-810-1825 | SDDV | | 2 | 0.00 | 0.00 |
| 04:57p | INCOMI CL | 216-815-1275 | SDDV | | 1 | 0.00 | 0.00 |
| 05:08p | INCOMI CL | 216-205-8705 | SDDV | | 18 | 0.00 | 0.00 |
| 05:26p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 05:27p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 05:30p | INDEPE OH | 216-253-0727 | SDDV | | 11 | 0.00 | 0.00 |
| 06:01p | CLEVEL OH | 216-205-8705 | SDDV | | 20 | 0.00 | 0.00 |
| 06:21p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 06:29p | INCOMI CL | 216-262-2896 | SDDV | | 2 | 0.00 | 0.00 |
| 06:52p | TERRAC OH | 216-682-8907 | SDDV | | 3 | 0.00 | 0.00 |
| 06:54p | ELYRIA OH | 440-610-3310 | SDDV | | 5 | 0.00 | 0.00 |
| 07:21p | INCOMI CL | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:53p | INCOMI CL | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 08:24p | INCOMI CL | 440-610-3310 | SDDV | | 20 | 0.00 | 0.00 |
| 08:47p | CLEVEL OH | 216-254-1931 | SDDV | | 8 | 0.00 | 0.00 |
| 09:04p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 09:05p | CLEVEL OH | 216-205-8705 | SDDV | | 36 | 0.00 | 0.00 |
| 11:11p | INCOMI CL | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| Thursday, 08/16 | | | | | | | |
| 12:09a | INCOMI CL | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 12:10a | INCOMI CL | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 12:11a | INCOMI CL | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 12:13a | INCOMI CL | 216-823-7739 | SDDV | | 121 | 0.00 | 0.00 |
| 02:19a | INCOMI CL | 216-823-7739 | SDDV | | 29 | 0.00 | 0.00 |
| 12:52p | CLEVEL OH | 216-321-1211 | SDDV | | 1 | 0.00 | 0.00 |
| 12:59p | CLEVEL OH | 216-851-9352 | SDDV | | 3 | 0.00 | 0.00 |
| 01:02p | CLEVEL OH | 216-391-4762 | SDDV | | 3 | 0.00 | 0.00 |
| 03:42p | CLEVEL OH | 216-941-5478 | SDDV | | 2 | 0.00 | 0.00 |
| 03:43p | NEW YO NY | 212-377-6791 | SDDV | | 23 | 0.00 | 0.00 |
| 04:25p | INCOMI CL | 212-377-6791 | SDDV | | 2 | 0.00 | 0.00 |
| 05:03p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 05:04p | INCOMI CL | 216-823-7739 | SDDV | | 13 | 0.00 | 0.00 |
| 07:41p | CLEVEL OH | 216-205-8705 | SDDV | | 7 | 0.00 | 0.00 |
| 07:48p | CLEVEL OH | 216-205-8705 | SDDV | | 9 | 0.00 | 0.00 |
| 08:03p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 08:04p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 08:18p | INCOMI CL | 216-823-7739 | SDDV | | 12 | 0.00 | 0.00 |
| 08:30p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 08:50p | CLEVEL OH | 216-254-1931 | SDDV | | 4 | 0.00 | 0.00 |
| Friday, 08/17 | | | | | | | |
| 11:18a | INCOMI CL | 212-377-6791 | SDDV | | 49 | 0.00 | 0.00 |
| 02:01p | CLEVEL OH | 216-926-4187 | SDDV | | 1 | 0.00 | 0.00 |
| 02:46p | CLEVEL OH | 216-835-2310 | SDDV | | 1 | 0.00 | 0.00 |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-11 of 34
**Bill Cycle Date:** 08/04/18 - 09/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X09112018

Visit us online at: **www.att.com/business**

**216 645-7142**
**QUEEN RASHE MILLER**

## Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| Saturday, 08/25 | | | | | | | |
| 05:53p | BEDFOR OH | 440-439-5578 | SDDV | | 1 | 0.00 | 0.00 |
| 05:54p | BEDFOR OH | 440-439-5578 | SDDV | | 4 | 0.00 | 0.00 |
| 06:04p | INCOMI CL | 872-588-2117 | SDDV | | 16 | 0.00 | 0.00 |
| 06:38p | CLEVEL OH | 216-254-1931 | SDDV | | 1 | 0.00 | 0.00 |
| 07:10p | INCOMI CL | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 07:15p | INCOMI CL | 216-667-7536 | SDDV | | 1 | 0.00 | 0.00 |
| 07:48p | CLEVEL OH | 216-635-8763 | SDDV | | 5 | 0.00 | 0.00 |
| 07:53p | CLEVEL OH | 216-906-9557 | SDDV | | 2 | 0.00 | 0.00 |
| 07:55p | AKRON OH | 330-344-0946 | SDDV | | 8 | 0.00 | 0.00 |
| 08:03p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 08:06p | CLEVEL OH | 216-215-7580 | SDDV | | 1 | 0.00 | 0.00 |
| 08:23p | CLEVEL OH | 216-254-1931 | SDDV | | 5 | 0.00 | 0.00 |
| 10:02p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 10:58p | WILLOU OH | 440-856-3910 | SDDV | | 2 | 0.00 | 0.00 |
| 10:59p | INCOMI CL | 216-536-0568 | SDDV | | 7 | 0.00 | 0.00 |
| Sunday, 08/26 | | | | | | | |
| 07:46a | CLEVEL OH | 216-205-8705 | SDDV | | 4 | 0.00 | 0.00 |
| 07:50a | CLEVEL OH | 216-205-8705 | SDDV | | 3 | 0.00 | 0.00 |
| 09:48a | INCOMI CL | 440-610-3310 | SDDV | | 5 | 0.00 | 0.00 |
| 10:00a | CLEVEL OH | 216-307-0977 | SDDV | | 1 | 0.00 | 0.00 |
| 10:01a | CLEVEL OH | 216-307-0977 | SDDV | | 1 | 0.00 | 0.00 |
| 10:13a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 10:13a | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 10:20a | INCOMI CL | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 10:45a | INCOMI CL | 216-924-9613 | SDDV | | 11 | 0.00 | 0.00 |
| 02:01p | INCOMI CL | 440-503-8041 | SDDV | | 3 | 0.00 | 0.00 |
| 03:45p | INCOMI CL | 216-376-4421 | SDDV | | 2 | 0.00 | 0.00 |
| 04:10p | COLUMB OH | 614-603-1013 | SDDV | | 9 | 0.00 | 0.00 |
| 04:19p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 04:20p | CLEVEL OH | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 04:22p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 04:22p | INCOMI CL | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 04:24p | INCOMI CL | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 04:24p | CLEVEL OH | 216-205-8705 | SDDV | | 43 | 0.00 | 0.00 |
| 05:42p | CLEVEL OH | 216-351-9911 | SDDV | | 11 | 0.00 | 0.00 |
| 05:55p | CLEVEL OH | 216-635-1485 | SDDV | | 3 | 0.00 | 0.00 |
| 05:58p | CLEVEL OH | 216-635-1485 | SDDV | | 3 | 0.00 | 0.00 |
| 06:16p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 06:25p | INCOMI CL | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 08:54p | CLEVEL OH | 216-513-8138 | SDDV | | 8 | 0.00 | 0.00 |
| 09:23p | CLEVEL OH | 216-323-5715 | SDDV | | 13 | 0.00 | 0.00 |
| 10:11p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 10:33p | ELYRIA OH | 440-610-3310 | SDDV | | 2 | 0.00 | 0.00 |
| 10:35p | CLEVEL OH | 216-635-1485 | SDDV | | 1 | 0.00 | 0.00 |
| 11:16p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 11:18p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:19p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 11:21p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 11:22p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| Sunday, 08/26 | | | | | | | |
| 11:24p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:24p | CLEVEL OH | 216-323-5715 | SDDV | | 9 | 0.00 | 0.00 |
| 11:26p | BLOCKED | 000-000-0000 | SDDV | | 4 | 0.00 | 0.00 |
| 11:30p | BLOCKED | 000-000-0000 | SDDV | | 4 | 0.00 | 0.00 |
| 11:33p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:34p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:34p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 11:46p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| Monday, 08/27 | | | | | | | |
| 07:09a | ELYRIA OH | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 07:24a | CLEVEL OH | 216-774-4774 | SDDV | | 3 | 0.00 | 0.00 |
| 07:54a | INCOMI CL | 216-774-4774 | SDDV | | 10 | 0.00 | 0.00 |
| 09:43a | INCOMI CL | 716-228-0799 | SDDV | | 1 | 0.00 | 0.00 |
| 10:02a | CLEVEL OH | 216-906-9557 | SDDV | | 1 | 0.00 | 0.00 |
| 10:26a | ELYRIA OH | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 10:27a | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 10:33a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 10:45a | CLEVEL OH | 216-307-0977 | SDDV | | 1 | 0.00 | 0.00 |
| 10:49a | CLEVEL OH | 216-262-2896 | SDDV | | 3 | 0.00 | 0.00 |
| 11:01a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:27a | INCOMI CL | 216-649-8385 | SDDV | | 1 | 0.00 | 0.00 |
| 11:42a | INCOMI CL | 440-735-5100 | SDDV | | 1 | 0.00 | 0.00 |
| 12:05p | INCOMI CL | 877-825-4490 | SDDV | | 1 | 0.00 | 0.00 |
| 12:06p | INCOMI CL | 216-509-3279 | SDDV | | 2 | 0.00 | 0.00 |
| 01:41p | INCOMI CL | 216-414-9476 | SDDV | | 1 | 0.00 | 0.00 |
| 05:28p | CLEVEL OH | 216-323-5715 | SDDV | | 2 | 0.00 | 0.00 |
| 05:30p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 05:35p | INCOMI CL | 216-649-8385 | SDDV | | 1 | 0.00 | 0.00 |
| 09:45p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| Tuesday, 08/28 | | | | | | | |
| 09:42a | INCOMI CL | 530-441-0817 | SDDV | | 1 | 0.00 | 0.00 |
| 10:16a | MARYSV CA | 530-441-0817 | SDDV | | 1 | 0.00 | 0.00 |
| 10:23a | TERRAC OH | 216-376-0446 | SDDV | | 1 | 0.00 | 0.00 |
| 10:35a | CLEVEL OH | 216-513-8138 | SDDV | | 1 | 0.00 | 0.00 |
| 10:36a | CLEVEL OH | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| 10:43a | INCOMI CL | 216-635-8763 | SDDV | | 2 | 0.00 | 0.00 |
| 11:08a | INCOMI CL | 216-262-2896 | SDDV | | 2 | 0.00 | 0.00 |
| 12:58p | CHICAG IL | 872-588-2117 | SDDV | | 2 | 0.00 | 0.00 |
| 01:44p | CLEVEL OH | 216-543-8120 | SDDV | | 3 | 0.00 | 0.00 |
| 03:00p | INCOMI CL | 216-635-8763 | SDDV | | 1 | 0.00 | 0.00 |
| 03:03p | INCOMI CL | 216-430-0059 | SDDV | | 1 | 0.00 | 0.00 |
| 03:59p | INCOMI CL | 336-387-6259 | SDDV | | 2 | 0.00 | 0.00 |
| 04:36p | INCOMI CL | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 04:49p | CLEVEL OH | 216-420-3765 | SDDV | | 2 | 0.00 | 0.00 |
| 04:52p | INCOMI CL | 216-645-5295 | SDDV | | 2 | 0.00 | 0.00 |
| 05:22p | INCOMI CL | 216-648-0574 | SDDV | | 1 | 0.00 | 0.00 |
| 05:34p | CLEVEL OH | 216-205-8705 | SDDV | | 17 | 0.00 | 0.00 |
| 05:52p | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 06:37p | CLEVEL OH | 216-543-8120 | SDDV | | 6 | 0.00 | 0.00 |
| 07:00p | INCOMI CL | 872-588-2117 | SDDV | | 4 | 0.00 | 0.00 |
| 07:05p | INCOMI CL | 216-645-5295 | SDDV | | 1 | 0.00 | 0.00 |
| 07:05p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 07:16p | CLEVEL OH | 216-278-4002 | SDDV | | 1 | 0.00 | 0.00 |
| 11:01p | CHICAG IL | 872-588-2117 | SDDV | | 1 | 0.00 | 0.00 |



**AT&T**

QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

Page: A-15 of 31
Bill Cycle Date: 09/04/18 - 10/03/18
Account: 287274193964
Foundation Account: FAN 07155927
Invoice: 287274193964X10112018

Visit us online at: **www.att.com/business**

## 216 645-7142
### QUEEN RASHE MILLER

**Data Detail** - Continued

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| **Text Messages** | | | | |
| **Tuesday, 09/04** | | | | |
| 11:28a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:29a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:30a Sent | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:30a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:30a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:30a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:31a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:47a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:47a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:48a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:51a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 11:51a Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 12:08p Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 12:08p Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 01:45p Sent | 216-534-1744 | Text Message | UNLMSG | 0.00 |
| 01:45p Sent | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 01:46p Sent | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 01:46p Sent | 216-534-1744 | Text Message | UNLMSG | 0.00 |
| 01:46p Sent | 216-534-1744 | Text Message | UNLMSG | 0.00 |
| 01:46p Sent | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 04:12p Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 04:12p Rcvd | 216-823-7739 | Text Message | UNLMSG | 0.00 |
| 04:30p Rcvd | 216-704-2286 | Text Message | UNLMSG | 0.00 |
| 05:49p Rcvd | 56266 | Text Message | UNLMSG | 0.00 |
| **Wednesday, 09/05** | | | | |
| 08:35a Rcvd | 216-215-7580 | Text Message | UNLMSG | 0.00 |
| 09:37a Rcvd | 32665 | Text Message | UNLMSG | 0.00 |
| 09:37a Rcvd | 32665 | Text Message | UNLMSG | 0.00 |
| 10:11a Rcvd | 89448 | Text Message | UNLMSG | 0.00 |
| 10:27a Rcvd | 287898 | Text Message | UNLMSG | 0.00 |
| 10:47a Rcvd | 216-215-7580 | Text Message | UNLMSG | 0.00 |
| 03:52p Rcvd | 50145 | Text Message | UNLMSG | 0.00 |
| 04:30p Rcvd | 50145 | Text Message | UNLMSG | 0.00 |
| 05:08p Rcvd | 216-214-5844 | Text Message | UNLMSG | 0.00 |
| 05:14p Sent | 216-214-5844 | Text Message | UNLMSG | 0.00 |
| 05:15p Rcvd | 216-214-5844 | Text Message | UNLMSG | 0.00 |
| **Thursday, 09/06** | | | | |
| 08:39a Rcvd | 50145 | Text Message | UNLMSG | 0.00 |
| 09:15a Rcvd | 216-513-8138 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 10:45a Rcvd | 32665 | Text Message | UNLMSG | 0.00 |
| 10:45a Rcvd | 32665 | Text Message | UNLMSG | 0.00 |
| 11:26a Rcvd | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 11:26a Sent | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 11:26a Rcvd | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 11:33a Rcvd | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 12:13p Rcvd | 70388 | Text Message | UNLMSG | 0.00 |
| 12:14p Rcvd | 216-214-5844 | Text Message | UNLMSG | 0.00 |
| 12:26p Rcvd | 50145 | Text Message | UNLMSG | 0.00 |
| 12:34p Sent | 216-630-8870 | Text Message | UNLMSG | 0.00 |

| Time | To/From | Type/Unit | Rate Code | |
|------|---------|-----------|-----------|---|
| **Text Messages** | | | | |
| **Thursday, 09/06** | | | | |
| 12:35p Sent | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 12:35p Rcvd | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 12:36p Sent | 216-214-5844 | Text Message | UNLMSG | 0.00 |
| 12:37p Rcvd | 89448 | Text Message | UNLMSG | 0.00 |
| 12:38p Sent | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 12:41p Sent | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 12:41p Rcvd | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 02:12p Rcvd | 22000 | Text Message | UNLMSG | 0.00 |
| 02:43p Rcvd | 216-214-5844 | Text Message | UNLMSG | 0.00 |
| 05:39p Rcvd | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 05:42p Sent | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 06:38p Rcvd | 216-835-2310 | Text Message | UNLMSG | 0.00 |
| 07:05p Rcvd | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 07:05p Rcvd | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 07:06p Rcvd | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 07:06p Rcvd | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 07:06p Rcvd | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 07:06p Rcvd | 216-205-8705 | Text Message | UNLMSG | 0.00 |
| 07:27p Rcvd | 330-344-0946 | Text Message | UNLMSG | 0.00 |
| 08:10p Sent | 330-344-0946 | Text Message | UNLMSG | 0.00 |
| 08:10p Sent | 330-344-0946 | Text Message | UNLMSG | 0.00 |
| 08:12p Rcvd | 330-344-0946 | Text Message | UNLMSG | 0.00 |
| 08:44p Rcvd | 216-214-5844 | Text Message | UNLMSG | 0.00 |
| 10:06p Rcvd | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| **Friday, 09/07** | | | | |
| 12:26a Sent | 216-258-6069 | Text Message | UNLMSG | 0.00 |
| 12:27a Rcvd | 216-258-6069 | Text Message | UNLMSG | 0.00 |
| 06:07a Rcvd | 614-515-0974 | Text Message | UNLMSG | 0.00 |
| 10:50a Rcvd | 56266 | Text Message | UNLMSG | 0.00 |
| 11:05a Rcvd | 216-539-6421 | Text Message | UNLMSG | 0.00 |
| 11:06a Rcvd | 216-539-6421 | Text Message | UNLMSG | 0.00 |
| 11:29a Rcvd | 216-513-8138 | MTM TEXT MESSAG | UNLMSG | 0.00 |
| 11:46a Rcvd | 216-278-4002 | Text Message | UNLMSG | 0.00 |
| 11:48a Sent | 216-278-4002 | Text Message | UNLMSG | 0.00 |
| 01:13p Rcvd | 216-539-6421 | Text Message | UNLMSG | 0.00 |
| 01:13p Rcvd | 216-539-6421 | Text Message | UNLMSG | 0.00 |
| 01:29p Rcvd | 32665 | Text Message | UNLMSG | 0.00 |
| 07:41p Rcvd | 216-313-7844 | Text Message | UNLMSG | 0.00 |
| 07:56p Rcvd | 216-704-2286 | Text Message | UNLMSG | 0.00 |
| 08:10p Rcvd | 216-214-5844 | Text Message | UNLMSG | 0.00 |
| 08:23p Sent | 216-704-2286 | Text Message | UNLMSG | 0.00 |
| 08:24p Sent | 216-214-5844 | Text Message | UNLMSG | 0.00 |
| 08:24p Rcvd | 216-704-2286 | Text Message | UNLMSG | 0.00 |
| 08:25p Rcvd | 216-214-5844 | Text Message | UNLMSG | 0.00 |
| **Saturday, 09/08** | | | | |
| 12:58a Rcvd | 216-322-9998 | Text Message | UNLMSG | 0.00 |
| 02:02a Rcvd | 216-262-2896 | Text Message | UNLMSG | 0.00 |
| 08:13a Rcvd | 50145 | Text Message | UNLMSG | 0.00 |
| 10:30a Rcvd | 89448 | Text Message | UNLMSG | 0.00 |
| 04:14p Sent | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 04:17p Sent | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 04:17p Sent | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 04:18p Rcvd | 216-630-8870 | Text Message | UNLMSG | 0.00 |
| 06:52p Rcvd | 202-352-4353 | Text Message | UNLMSG | 0.00 |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-3 of 34
**Bill Cycle Date:** 08/04/18 - 09/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X09112018

Visit us online at: **www.att.com/business**

## 216 645-7142
### QUEEN RASHE MILLER

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|-----|------|------|
| **Tuesday, 08/07** | | | | | | | |
| 05:32p | INCOMI CL | 216-870-3374 | SDDV | | 2 | 0.00 | 0.00 |
| 06:02a | INCOMI CL | 216-246-7095 | SDDV | | 1 | 0.00 | 0.00 |
| 06:11p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 06:12p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 06:13p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 07:36p | INCOMI CL | 216-376-4421 | SDDV | | 4 | 0.00 | 0.00 |
| 07:41p | MONTRS OH | 216-823-7739 | SDDV | | 4 | 0.00 | 0.00 |
| 07:45p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 07:47p | MONTRS OH | 216-823-7739 | SDDV | | 4 | 0.00 | 0.00 |
| 07:58p | MONTRS OH | 216-662-4000 | SDDV | | 1 | 0.00 | 0.00 |
| 08:01p | CLEVEL OH | 216-303-6448 | SDDV | | 1 | 0.00 | 0.00 |
| 08:03p | CLEVEL OH | 216-952-9843 | SDDV | | 1 | 0.00 | 0.00 |
| 08:05p | CLEVEL OH | 216-221-8711 | SDDV | | 1 | 0.00 | 0.00 |
| 08:10p | INCOMI CL | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 08:11p | CLEVEL OH | 216-287-2065 | SDDV | | 2 | 0.00 | 0.00 |
| 08:13p | CLEVEL OH | 216-287-2065 | SDDV | | 1 | 0.00 | 0.00 |
| 08:14p | CLEVEL OH | 218-835-9457 | SDDV | | 1 | 0.00 | 0.00 |
| 08:22p | CLEVEL OH | 216-832-7967 | SDDV | | 1 | 0.00 | 0.00 |
| 08:29p | CLEVEL OH | 216-543-8120 | SDDV | | 10 | 0.00 | 0.00 |
| 08:55p | INCOMI CL | 216-287-2065 | SDDV | | 2 | 0.00 | 0.00 |
| 09:01p | CLEVEL OH | 216-544-5656 | SDDV | | 2 | 0.00 | 0.00 |
| 09:19p | INDEPE OH | 216-856-2665 | SDDV | | 1 | 0.00 | 0.00 |
| 09:37p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 09:56p | BLOCKED | 000-000-0000 | SDDV | | 4 | 0.00 | 0.00 |
| 09:59p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 10:01p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 10:02p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:03p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:04p | CLEVEL OH | 216-235-9616 | SDDV | | 3 | 0.00 | 0.00 |
| 10:05p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:06p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:10p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 10:10p | CLEVEL OH | 216-235-9616 | SDDV | | 7 | 0.00 | 0.00 |
| 10:12p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 10:15p | INCOMI CL | 216-823-7739 | SDDV | | 36 | 0.00 | 0.00 |
| **Wednesday, 08/08** | | | | | | | |
| 12:30a | INCOMI CL | 216-309-5338 | SDDV | | 2 | 0.00 | 0.00 |
| 01:22a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 01:23a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 01:25a | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 03:51a | CLEVEL OH | 216-307-0977 | SDDV | | 2 | 0.00 | 0.00 |
| 08:04a | MONTRS OH | 216-823-7739 | SDDV | 3WC | 37 | 0.00 | 0.00 |
| 08:24a | CLEVEL OH | 216-251-8500 | SDDV | 3WC | 2 | 0.00 | 0.00 |
| 08:27a | ELYRIA OH | 440-822-3619 | SDDV | 3WC | 3 | 0.00 | 0.00 |
| 09:11a | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 12:52p | INCOMI CL | 216-357-8306 | SDDV | | 2 | 0.00 | 0.00 |
| 01:28p | INCOMI CL | 216-823-7739 | SDDV | | 5 | 0.00 | 0.00 |
| 01:33p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 01:48p | INCOMI CL | 216-823-7739 | SDDV | | 3 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|-----|------|------|
| **Wednesday, 08/08** | | | | | | | |
| 01:52p | INCOMI CL | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 01:53p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 01:54p | 911 Em CL | 000-000-0911 | SDDV | | 1 | 0.00 | 0.00 |
| 01:56p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 01:57p | CLEVEL OH | 216-291-4987 | SDDV | 3WC | 6 | 0.00 | 0.00 |
| 01:58p | BLOCKED | 000-000-0000 | SDDV | | 6 | 0.00 | 0.00 |
| 02:04p | INCOMI CL | 216-553-3403 | SDDV | | 1 | 0.00 | 0.00 |
| 02:04p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 02:04p | INCOMI CL | 216-253-0727 | SDDV | | 10 | 0.00 | 0.00 |
| 02:14p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 02:15p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 02:16p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 02:17p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 02:19p | BLOCKED | 000-000-0000 | SDDV | | 11 | 0.00 | 0.00 |
| 02:20p | INCOMI CL | 440-610-3310 | SDDV | | 10 | 0.00 | 0.00 |
| 02:29p | INCOMI CL | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 02:35p | CLEVEL OH | 216-712-8292 | SDDV | | 1 | 0.00 | 0.00 |
| 02:36p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 02:37p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 02:38p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 02:39p | INCOMI CL | 216-712-8292 | SDDV | | 5 | 0.00 | 0.00 |
| 04:07p | CLEVEL OH | 216-544-5656 | SDDV | | 1 | 0.00 | 0.00 |
| 04:08p | CLEVEL OH | 216-544-5656 | SDDV | | 1 | 0.00 | 0.00 |
| 04:08p | CLEVEL OH | 216-544-5656 | SDDV | | 1 | 0.00 | 0.00 |
| 04:08p | INCOMI CL | 216-544-5656 | SDDV | | 2 | 0.00 | 0.00 |
| 04:11p | INCOMI CL | 216-823-7739 | SDDV | | 15 | 0.00 | 0.00 |
| 05:04p | INCOMI CL | 216-438-9327 | SDDV | | 1 | 0.00 | 0.00 |
| 05:14p | INCOMI CL | 216-303-5568 | SDDV | | 5 | 0.00 | 0.00 |
| 05:31p | INCOMI CL | 216-485-2199 | SDDV | | 1 | 0.00 | 0.00 |
| 06:53p | INCOMI CL | 216-712-8292 | SDDV | | 4 | 0.00 | 0.00 |
| 06:57p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:04p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:04p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:05p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:05p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:06p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:11p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:14p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 07:15p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:16p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 07:17p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:19p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 07:22p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:23p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 07:26p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:34p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 07:37p | INCOMI CL | 216-413-6787 | SDDV | | 1 | 0.00 | 0.00 |
| 07:44p | Toll F CL | 866-345-2315 | SDDV | | 1 | 0.00 | 0.00 |
| 08:12p | INCOMI CL | 216-823-7739 | SDDV | | 8 | 0.00 | 0.00 |
| 08:39p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 08:40p | CLEVEL OH | 216-712-8292 | SDDV | | 2 | 0.00 | 0.00 |
| 10:39p | INCOMI CL | 216-823-7739 | SDDV | | 4 | 0.00 | 0.00 |
| 10:42p | MONTRS OH | 216-823-7739 | SDDV | | 13 | 0.00 | 0.00 |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-5 of 34
**Bill Cycle Date:** 08/04/18 - 09/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X09112018

Visit us online at: **www.att.com/business**

## 216 645-7142
QUEEN RASHE MILLER

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|------|------|------|------|------|------|------|
| Friday, | 08/10 | | | | | | |
| 10:06p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 10:11p | CLEVEL OH | 216-228-9296 | SDDV | | 1 | 0.00 | 0.00 |
| 10:12p | CLEVEL OH | 216-228-9296 | SDDV | 3MC | 8 | 0.00 | 0.00 |
| 10:17p | CLEVEL OH | 216-932-4808 | SDDV | 3MC | 3 | 0.00 | 0.00 |
| 10:20p | CLEVEL OH | 216-932-4808 | SDDV | | 1 | 0.00 | 0.00 |
| 10:20p | CLEVEL OH | 216-932-4808 | SDDV | | 10 | 0.00 | 0.00 |
| 10:33p | INCOMI CL | 216-932-4808 | SDDV | | 2 | 0.00 | 0.00 |
| Saturday, | 08/11 | | | | | | |
| 07:19a | CLEVEL OH | 216-205-8705 | SDDV | | 2 | 0.00 | 0.00 |
| 08:16a | BLOCKED | 000-000-0000 | SDDV | | 4 | 0.00 | 0.00 |
| 08:44a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:37a | CLEVEL OH | 216-215-1435 | SDDV | | 2 | 0.00 | 0.00 |
| 10:51a | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 01:22p | CLEVEL OH | 216-215-1435 | SDDV | | 1 | 0.00 | 0.00 |
| 01:24p | INCOMI CL | 216-215-1435 | SDDV | | 2 | 0.00 | 0.00 |
| 01:39p | LORAIN OH | 440-246-6217 | SDDV | | 1 | 0.00 | 0.00 |
| 01:42p | VICTOR OH | 440-345-7167 | SDDV | | 2 | 0.00 | 0.00 |
| 02:33p | CLEVEL OH | 216-221-1617 | SDDV | | 8 | 0.00 | 0.00 |
| 02:49p | LORAIN OH | 440-308-4931 | SDDV | | 1 | 0.00 | 0.00 |
| 02:50p | CLEVEL OH | 216-252-6580 | SDDV | | 2 | 0.00 | 0.00 |
| 03:02p | CLEVEL OH | 216-273-4350 | SDDV | | 1 | 0.00 | 0.00 |
| 03:45p | CLEVEL OH | 216-761-1509 | SDDV | | 2 | 0.00 | 0.00 |
| 03:54p | INCOMI CL | 216-215-1435 | SDDV | | 11 | 0.00 | 0.00 |
| 04:38p | ELYRIA OH | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 05:06p | CLEVEL OH | 216-307-0977 | SDDV | | 12 | 0.00 | 0.00 |
| 06:41p | INCOMI CL | 216-262-2896 | SDDV | | 3 | 0.00 | 0.00 |
| 06:48p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 07:00p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 07:07p | CLEVEL OH | 216-481-1180 | SDDV | | 6 | 0.00 | 0.00 |
| 07:39p | CLEVEL OH | 216-383-8343 | SDDV | | 2 | 0.00 | 0.00 |
| 08:49p | INCOMI CL | 216-246-7095 | SDDV | | 2 | 0.00 | 0.00 |
| 10:11p | INCOMI CL | 216-318-4143 | SDDV | | 1 | 0.00 | 0.00 |
| 10:12p | INCOMI CL | 216-318-4143 | SDDV | | 1 | 0.00 | 0.00 |
| 10:13p | INCOMI CL | 216-318-4143 | SDDV | | 4 | 0.00 | 0.00 |
| 10:28p | INCOMI CL | 216-456-1804 | SDDV | | 2 | 0.00 | 0.00 |
| Sunday, | 08/12 | | | | | | |
| 09:48a | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 10:34a | INCOMI CL | 713-568-6973 | SDDV | | 1 | 0.00 | 0.00 |
| 10:35a | INCOMI CL | 216-823-7739 | SDDV | | 64 | 0.00 | 0.00 |
| 11:45a | INCOMI CL | 216-926-7808 | SDDV | | 2 | 0.00 | 0.00 |
| 11:50a | CLEVEL OH | 216-215-1435 | SDDV | | 1 | 0.00 | 0.00 |
| 12:10p | CLEVEL OH | 216-215-1435 | SDDV | | 2 | 0.00 | 0.00 |
| 12:16p | INCOMI CL | 440-610-3310 | SDDV | | 3 | 0.00 | 0.00 |
| 12:17p | INCOMI CL | 800-483-8314 | SDDV | | 2 | 0.00 | 0.00 |
| 12:20p | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 01:59p | MONTRS OH | 216-823-7739 | SDDV | | 3 | 0.00 | 0.00 |
| 02:17p | INCOMI CL | 216-823-7739 | SDDV | | 3 | 0.00 | 0.00 |
| 02:28p | INCOMI CL | 216-823-7739 | SDDV | | 2 | 0.00 | 0.00 |
| 03:05p | INCOMI CL | 216-215-1435 | SDDV | | 1 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|------|------|------|------|------|------|------|
| Sunday, | 08/12 | | | | | | |
| 03:09p | CLEVEL OH | 216-801-4535 | SDDV | | 1 | 0.00 | 0.00 |
| 03:10p | CLEVEL OH | 216-307-0977 | SDDV | | 7 | 0.00 | 0.00 |
| 03:54p | INCOMI CL | 216-215-1435 | SDDV | | 1 | 0.00 | 0.00 |
| 03:55p | CLEVEL OH | 216-926-7808 | SDDV | | 1 | 0.00 | 0.00 |
| 04:00p | CLEVEL OH | 216-544-5656 | SDDV | | 1 | 0.00 | 0.00 |
| 04:00p | CLEVEL OH | 216-926-7808 | SDDV | | 3 | 0.00 | 0.00 |
| 05:35p | CLEVEL OH | 216-307-0977 | SDDV | | 1 | 0.00 | 0.00 |
| 05:36p | CLEVEL OH | 216-307-0977 | SDDV | | 1 | 0.00 | 0.00 |
| 06:45p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 06:48p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 08:29p | INCOMI CL | 216-823-7739 | SDDV | | 2 | 0.00 | 0.00 |
| 09:10p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 09:56p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 09:58p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:59p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:00p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 10:01p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 10:02p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| Monday, | 08/13 | | | | | | |
| 01:23a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:05a | INCOMI CL | 216-924-9613 | SDDV | | 4 | 0.00 | 0.00 |
| 09:26a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 09:30a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:31a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:33a | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 09:34a | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 09:35a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:36a | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 09:36a | CLEVEL OH | 216-235-9616 | SDDV | | 1 | 0.00 | 0.00 |
| 09:37a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:37a | CLEVEL OH | 216-235-9616 | SDDV | | 2 | 0.00 | 0.00 |
| 09:38a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:39a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:39a | CLEVEL OH | 216-235-9616 | SDDV | | 4 | 0.00 | 0.00 |
| 09:40a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:41a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:41a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:42a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:42a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:43a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:43a | MONTRS OH | 216-823-7739 | SDDV | | 2 | 0.00 | 0.00 |
| 09:45a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:45a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:46a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:47a | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 09:48a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:48a | BLOCKED | 000-000-0000 | SDDV | | 3 | 0.00 | 0.00 |
| 09:50a | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 09:52a | BLOCKED | 000-000-0000 | SDDV | | 3 | 0.00 | 0.00 |
| 09:55a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:55a | CLEVEL OH | 216-235-9616 | SDDV | | 2 | 0.00 | 0.00 |
| 09:56a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:56a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:57a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-6 of 34
**Bill Cycle Date:** 08/04/18 - 09/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X09112018

Visit us online at: **www.att.com/business**

## 216 645-7142
### QUEEN RASHE MILLER

### Call Detail - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|--------------|---------------|-----------|--------------|-----|-----------------|-----------------|
| Monday, 08/13 | | | | | | | |
| 09:58a | CLEVEL OH | 216-235-9616 | SDDV | | 8 | 0.00 | 0.00 |
| 09:59a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:01a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:02a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:03a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:03a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:03a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:04a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:05a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:05a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:06a | BEREA OH | 440-234-8746 | SDDV | | 2 | 0.00 | 0.00 |
| 10:06a | INCOMI CL | 216-823-7739 | SDDV | | 2 | 0.00 | 0.00 |
| 10:07a | BLOCKED | 000-000-0000 | SDDV | | 7 | 0.00 | 0.00 |
| 10:08a | BEREA OH | 440-234-8746 | SDDV | 3MC | 1 | 0.00 | 0.00 |
| 10:08a | Toll F CL | 855-725-1721 | SDDV | 3MC | 5 | 0.00 | 0.00 |
| 10:13a | CLEVEL OH | 216-235-9616 | SDDV | | 3 | 0.00 | 0.00 |
| 10:13a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:14a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:14a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:15a | Toll F CL | 866-605-2034 | SDDV | 3MC | 1 | 0.00 | 0.00 |
| 10:15a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:15a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:15a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:16a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:16a | Toll F CL | 855-393-6998 | SDDV | 3MC | 1 | 0.00 | 0.00 |
| 10:16a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:16a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:17a | Toll F CL | 855-393-6998 | SDDV | 3MC | 1 | 0.00 | 0.00 |
| 10:17a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:17a | Toll F CL | 855-393-6998 | SDDV | 3MC | 1 | 0.00 | 0.00 |
| 10:18a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:18a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:18a | BLOCKED | 000-000-0000 | SDDV | | 4 | 0.00 | 0.00 |
| 10:19a | Toll F CL | 877-987-7706 | SDDV | 3MC | 4 | 0.00 | 0.00 |
| 10:20a | CLEVEL OH | 216-235-9616 | SDDV | | 2 | 0.00 | 0.00 |
| 10:21a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:22a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:22a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:22a | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 10:39a | INCOMI CL | 216-420-3765 | SDDV | | 3 | 0.00 | 0.00 |
| 11:21a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 11:22a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 11:23a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 11:24a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 11:25a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 11:38a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 11:40a | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 11:42a | INCOMI CL | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 11:42a | INCOMI CL | 800-483-8314 | SDDV | | 1 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|--------------|---------------|-----------|--------------|-----|-----------------|-----------------|
| Monday, 08/13 | | | | | | | |
| 11:51a | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 11:56a | INCOMI CL | 216-438-9327 | SDDV | | 1 | 0.00 | 0.00 |
| 12:16p | BLOCKED | 000-000-0000 | SDDV | | 3 | 0.00 | 0.00 |
| 12:53p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 03:19p | Toll F CL | 888-807-0864 | SDDV | | 1 | 0.00 | 0.00 |
| 03:49p | TRINIT OH | 440-716-8880 | SDDV | | 1 | 0.00 | 0.00 |
| 04:44p | CLEVEL OH | 216-417-3250 | SDDV | | 3 | 0.00 | 0.00 |
| 04:57p | INCOMI CL | 216-815-1275 | SDDV | | 1 | 0.00 | 0.00 |
| 05:24p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 05:27p | CLEVEL OH | 216-235-9616 | SDDV | | 1 | 0.00 | 0.00 |
| 05:46p | CLEVEL OH | 216-273-4350 | SDDV | | 1 | 0.00 | 0.00 |
| 06:34p | CLEVEL OH | 216-650-6180 | SDDV | | 1 | 0.00 | 0.00 |
| 06:43p | INCOMI CL | 216-205-8705 | SDDV | | 4 | 0.00 | 0.00 |
| 07:19p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:31p | INCOMI CL | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 07:36p | CLEVEL OH | 216-205-8705 | SDDV | | 5 | 0.00 | 0.00 |
| 07:51p | INCOMI CL | 216-205-8705 | SDDV | | 3 | 0.00 | 0.00 |
| 07:53p | INCOMI CL | 216-650-6180 | SDDV | | 2 | 0.00 | 0.00 |
| 10:10p | INCOMI CL | 216-544-5656 | SDDV | | 1 | 0.00 | 0.00 |
| 10:22p | INCOMI CL | 216-544-5656 | SDDV | | 1 | 0.00 | 0.00 |
| Tuesday, 08/14 | | | | | | | |
| 07:46a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:46a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 07:46a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 09:52a | INCOMI CL | 216-246-7095 | SDDV | | 1 | 0.00 | 0.00 |
| 11:24a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:25a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:38a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:38a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 12:07p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 12:08p | INCOMI CL | 216-253-0727 | SDDV | | 4 | 0.00 | 0.00 |
| 12:12p | CLEVEL OH | 216-269-4320 | SDDV | | 1 | 0.00 | 0.00 |
| 12:12p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 12:12p | INCOMI CL | 216-269-4320 | SDDV | | 4 | 0.00 | 0.00 |
| 12:16p | INDEPE OH | 216-253-0727 | SDDV | | 12 | 0.00 | 0.00 |
| 12:34p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 12:52p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 12:53p | CHICAG IL | 872-588-2117 | SDDV | | 1 | 0.00 | 0.00 |
| 12:55p | INCOMI CL | 216-205-8705 | SDDV | | 8 | 0.00 | 0.00 |
| 01:02p | INCOMI CL | 872-588-2117 | SDDV | | 3 | 0.00 | 0.00 |
| 01:04p | CLEVEL OH | 218-205-8705 | SDDV | | 3 | 0.00 | 0.00 |
| 01:07p | CLEVEL OH | 218-205-8705 | SDDV | | 6 | 0.00 | 0.00 |
| 01:11p | INCOMI CL | 216-551-6451 | SDDV | | 3 | 0.00 | 0.00 |
| 01:13p | CLEVEL OH | 216-205-8705 | SDDV | | 38 | 0.00 | 0.00 |
| 02:01p | INCOMI CL | 216-210-2445 | SDDV | | 1 | 0.00 | 0.00 |
| 02:15p | CLEVEL OH | 216-210-2445 | SDDV | | 1 | 0.00 | 0.00 |
| 02:20p | CLEVEL OH | 216-645-5295 | SDDV | | 1 | 0.00 | 0.00 |
| 02:24p | CLEVEL OH | 216-210-2445 | SDDV | | 1 | 0.00 | 0.00 |
| 02:35p | CLEVEL OH | 216-862-3097 | SDDV | | 1 | 0.00 | 0.00 |
| 02:36p | CLEVEL OH | 216-344-9001 | SDDV | | 1 | 0.00 | 0.00 |
| 02:38p | CLEVEL OH | 216-273-4350 | SDDV | | 1 | 0.00 | 0.00 |
| 02:41p | CLEVEL OH | 216-338-3548 | SDDV | | 1 | 0.00 | 0.00 |



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

Page: A-1 of 34
Bill Cycle Date: 08/04/18 - 09/03/18
Account: 287274193964
Foundation Account: FAN 07155927
Invoice: 287274193964X09112018

Visit us online at: **www.att.com/business**

## 216 645-7142
### QUEEN RASHE MILLER

### Call Detail

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|------|------|------|------|------|------|------|
| Saturday, 08/04 | | | | | | | |
| 07:59a | CLEVEL OH | 216-307-0977 | SDDV | | 1 | 0.00 | 0.00 |
| 08:17a | OLMSTE OH | 440-454-4249 | SDDV | | 1 | 0.00 | 0.00 |
| 08:30a | INCOMI CL | 440-610-3310 | SDDV | | 2 | 0.00 | 0.00 |
| 08:42a | INCOMI CL | 216-262-2896 | SDDV | | 4 | 0.00 | 0.00 |
| 10:09a | PONTIA MI | 248-334-3819 | SDDV | | 1 | 0.00 | 0.00 |
| 10:10a | AURORA OH | 330-995-0665 | SDDV | | 3 | 0.00 | 0.00 |
| 10:47a | OLMSTE OH | 440-454-4249 | SDDV | | 1 | 0.00 | 0.00 |
| 11:04a | INCOMI CL | 440-381-2033 | SDDV | | 11 | 0.00 | 0.00 |
| 11:38a | INCOMI CL | 440-610-3310 | SDDV | | 10 | 0.00 | 0.00 |
| 11:42a | INCOMI CL | 216-254-1931 | SDDV | | 3 | 0.00 | 0.00 |
| 01:12p | ASHTAB OH | 440-381-2033 | SDDV | | 3 | 0.00 | 0.00 |
| 02:27p | ASHTAB OH | 440-381-2033 | SDDV | | 2 | 0.00 | 0.00 |
| 03:07p | INCOMI CL | 440-381-2033 | SDDV | | 1 | 0.00 | 0.00 |
| 03:28p | INCOMI CL | 440-381-2033 | SDDV | | 3 | 0.00 | 0.00 |
| 03:32p | ASHTAB OH | 440-381-2033 | SDDV | | 7 | 0.00 | 0.00 |
| 03:39p | CLEVEL OH | 216-609-2014 | SDDV | | 1 | 0.00 | 0.00 |
| 04:45p | CLEVEL OH | 216-543-8120 | SDDV | | 5 | 0.00 | 0.00 |
| 05:01p | OLMSTE OH | 440-454-4249 | SDDV | | 1 | 0.00 | 0.00 |
| 05:26p | BRBN B CA | 818-720-4671 | SDDV | | 1 | 0.00 | 0.00 |
| 06:29p | INCOMI CL | 218-860-5345 | SDDV | | 1 | 0.00 | 0.00 |
| 07:07p | INCOMI CL | 202-276-6918 | SDDV | | 1 | 0.00 | 0.00 |
| Sunday, 08/05 | | | | | | | |
| 10:02a | CLEVEL OH | 216-526-5733 | SDDV | | 1 | 0.00 | 0.00 |
| 10:10a | CHAGRI OH | 440-514-9702 | SDDV | | 1 | 0.00 | 0.00 |
| 12:06p | CLEVEL OH | 216-254-0256 | SDDV | | 4 | 0.00 | 0.00 |
| 12:25p | INCOMI CL | 216-254-0256 | SDDV | | 1 | 0.00 | 0.00 |
| 12:46p | INCOMI CL | 216-416-1924 | SDDV | | 1 | 0.00 | 0.00 |
| 01:09p | INCOMI CL | 216-254-0256 | SDDV | | 1 | 0.00 | 0.00 |
| 01:10p | CLEVEL OH | 216-543-8120 | SDDV | | 23 | 0.00 | 0.00 |
| 01:43p | INCOMI CL | 216-254-1931 | SDDV | | 2 | 0.00 | 0.00 |
| 03:04p | INCOMI CL | 218-856-2665 | SDDV | | 2 | 0.00 | 0.00 |
| 03:47p | INCOMI CL | 216-254-1931 | SDDV | | 3 | 0.00 | 0.00 |
| 04:07p | CLEVEL OH | 216-255-1781 | SDDV | | 2 | 0.00 | 0.00 |
| 04:51p | INCOMI CL | 216-205-8705 | SDDV | | 3 | 0.00 | 0.00 |
| 04:54p | INCOMI CL | 216-205-8705 | SDDV | | 7 | 0.00 | 0.00 |
| 04:56p | INCOMI CL | 216-255-1781 | SDDV | | 2 | 0.00 | 0.00 |
| 05:08p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 05:09p | INCOMI CL | 216-205-8705 | SDDV | | 74 | 0.00 | 0.00 |
| 08:06p | CLEVEL OH | 216-536-0568 | SDDV | | 2 | 0.00 | 0.00 |
| Monday, 08/06 | | | | | | | |
| 07:10a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 09:33a | WILLOU OH | 440-749-8916 | SDDV | | 2 | 0.00 | 0.00 |
| 09:45a | INCOMI CL | 440-462-4549 | SDDV | | 2 | 0.00 | 0.00 |
| 10:18a | INCOMI CL | 440-749-8916 | SDDV | | 1 | 0.00 | 0.00 |
| 10:50a | INCOMI CL | 440-749-8916 | SDDV | | 1 | 0.00 | 0.00 |
| 11:03a | CLEVEL OH | 216-906-9557 | SDDV | | 3 | 0.00 | 0.00 |
| 11:10a | INCOMI CL | 440-749-8916 | SDDV | | 2 | 0.00 | 0.00 |
| 11:21a | INCOMI CL | 216-635-8763 | SDDV | | 1 | 0.00 | 0.00 |
| 11:35a | INCOMI CL | 216-438-9327 | SDDV | | 1 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|------|------|------|------|------|------|------|
| Monday, 08/06 | | | | | | | |
| 11:39a | CLEVEL OH | 440-462-4549 | SDDV | | 1 | 0.00 | 0.00 |
| 11:40a | CLEVEL OH | 216-430-7194 | SDDV | | 1 | 0.00 | 0.00 |
| 11:40a | CLEVEL OH | 216-906-9557 | SDDV | | 1 | 0.00 | 0.00 |
| 11:46a | BLOCKED | 000-000-0000 | SDDV | | 3 | 0.00 | 0.00 |
| 11:56a | INCOMI CL | 216-906-9557 | SDDV | | 2 | 0.00 | 0.00 |
| 12:06p | CLEVEL OH | 440-462-4549 | SDDV | | 1 | 0.00 | 0.00 |
| 12:11p | INCOMI CL | 440-462-4549 | SDDV | | 2 | 0.00 | 0.00 |
| 12:14p | INCOMI CL | 216-415-9010 | SDDV | | 25 | 0.00 | 0.00 |
| 12:27p | INCOMI CL | 216-635-8763 | SDDV | | 1 | 0.00 | 0.00 |
| 12:41p | INCOMI CL | 216-906-9557 | SDDV | | 1 | 0.00 | 0.00 |
| 01:16p | CLEVEL OH | 216-635-8763 | SDDV | | 1 | 0.00 | 0.00 |
| 01:27p | INCOMI CL | 216-906-9557 | SDDV | | 1 | 0.00 | 0.00 |
| 01:47p | INCOMI CL | 216-635-8763 | SDDV | | 2 | 0.00 | 0.00 |
| 01:50p | INCOMI CL | 866-402-4525 | SDDV | | 1 | 0.00 | 0.00 |
| 02:44p | ELYRIA OH | 440-610-3310 | SDDV | | 3 | 0.00 | 0.00 |
| 02:46p | CLEVEL OH | 440-462-4549 | SDDV | | 2 | 0.00 | 0.00 |
| 03:00p | INCOMI CL | 216-254-1931 | SDDV | | 9 | 0.00 | 0.00 |
| 03:19p | INCOMI CL | 216-512-2597 | SDDV | | 1 | 0.00 | 0.00 |
| 03:39p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 03:42p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 03:42p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 03:43p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 03:47p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 03:47p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 04:00p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:01p | INCOMI CL | 216-253-0727 | SDDV | | 5 | 0.00 | 0.00 |
| 04:04p | BLOCKED | 000-000-0000 | SDDV | | 3 | 0.00 | 0.00 |
| 04:07p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 04:20p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:50p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:52p | INCOMI CL | 216-324-7986 | SDDV | | 1 | 0.00 | 0.00 |
| 04:53p | CLEVEL OH | 216-815-1275 | SDDV | | 2 | 0.00 | 0.00 |
| 05:05p | INCOMI CL | 216-416-1924 | SDDV | | 1 | 0.00 | 0.00 |
| 05:07p | CLEVEL OH | 216-543-8120 | SDDV | | 2 | 0.00 | 0.00 |
| 05:09p | CLEVEL OH | 216-860-5345 | SDDV | | 1 | 0.00 | 0.00 |
| 05:11p | TERRAC OH | 216-376-0446 | SDDV | | 1 | 0.00 | 0.00 |
| 05:14p | INCOMI CL | 888-807-0864 | SDDV | | 4 | 0.00 | 0.00 |
| 05:42p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 05:59p | ASHTAB OH | 440-381-2033 | SDDV | | 6 | 0.00 | 0.00 |
| 06:03p | INCOMI CL | 216-823-7739 | SDDV | | 11 | 0.00 | 0.00 |
| 06:13p | ASHTAB OH | 440-381-2033 | SDDV | | 7 | 0.00 | 0.00 |
| 06:20p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 06:21p | ASHTAB OH | 440-381-2033 | SDDV | | 12 | 0.00 | 0.00 |
| 06:28p | BLOCKED | 000-000-0000 | SDDV | | 13 | 0.00 | 0.00 |
| 06:39p | MONTRS OH | 216-823-7739 | SDDV | 3MC | 2 | 0.00 | 0.00 |
| 06:41p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 06:42p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 06:52p | INCOMI CL | 440-381-2033 | SDDV | | 3 | 0.00 | 0.00 |
| 07:02p | INCOMI CL | 216-860-5345 | SDDV | | 1 | 0.00 | 0.00 |
| 07:15p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 07:16p | INCOMI CL | 216-860-5345 | SDDV | | 1 | 0.00 | 0.00 |
| 07:18p | TERRAC OH | 216-376-4421 | SDDV | | 1 | 0.00 | 0.00 |
| 07:20p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:21p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |

Miller v. City of Shaker Hts.         CASE NO. 1:19-cv-1080         PLAINTIFF'S RESPONSES 00058


**AT&T**

QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-2 of 34
**Bill Cycle Date:** 08/04/18 - 09/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X09112018

Visit us online at: **www.att.com/business**

**216 645-7142**
QUEEN RASHE MILLER

**Call Detail - Continued**

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| Monday, 08/06 | | | | | | | |
| 07:22p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 07:24p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:25p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 08:42p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 08:44p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 08:46p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:56p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 10:57p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 11:06p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 11:08p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:09p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:10p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:11p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:11p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:12p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:12p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:12p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:13p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:13p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:14p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:14p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:14p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:14p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:15p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:16p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:16p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:16p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:17p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:17p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:18p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:18p | BLOCKED | 000-000-0000 | SDDV | | 5 | 0.00 | 0.00 |
| 11:23p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:24p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| Tuesday, 08/07 | | | | | | | |
| 08:02a | INCOMI CL | 216-823-7739 | SDDV | | 22 | 0.00 | 0.00 |
| 08:21a | BLOCKED | 000-000-0000 | SDDV | | 3 | 0.00 | 0.00 |
| 08:24a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 08:24a | MONTRS OH | 216-823-7739 | SDDV | | 140 | 0.00 | 0.00 |
| 08:41a | INCOMI CL | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 11:07a | INCOMI CL | 216-513-8138 | SDDV | | 2 | 0.00 | 0.00 |
| 11:08a | MONTRS OH | 216-823-7739 | SDDV | | 13 | 0.00 | 0.00 |
| 11:22a | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 11:30a | MONTRS OH | 216-823-7739 | SDDV | | 5 | 0.00 | 0.00 |
| 11:39a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 11:40a | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|------|------|------|------|------|------|------|------|
| Tuesday, 08/07 | | | | | | | |
| 11:42a | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 11:46a | CLEVEL OH | 216-513-8138 | SDDV | | 2 | 0.00 | 0.00 |
| 11:55a | BLOCKED | 000-000-0000 | SDDV | | 3 | 0.00 | 0.00 |
| 11:55a | MONTRS OH | 216-823-7739 | SDDV | 3WC | 3 | 0.00 | 0.00 |
| 11:58a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 11:58a | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 12:06p | TERRAC OH | 216-376-0446 | SDDV | | 1 | 0.00 | 0.00 |
| 12:23p | INCOMI CL | 216-513-8138 | SDDV | | 1 | 0.00 | 0.00 |
| 12:54p | INCOMI CL | 216-438-9327 | SDDV | | 1 | 0.00 | 0.00 |
| 01:02p | INCOMI CL | 216-513-8138 | SDDV | | 1 | 0.00 | 0.00 |
| 01:07p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 01:19p | CLEVEL OH | 216-513-8138 | SDDV | | 1 | 0.00 | 0.00 |
| 01:20p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 01:21p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 01:22p | CLEVEL OH | 216-513-8138 | SDDV | | 1 | 0.00 | 0.00 |
| 01:35p | INCOMI CL | 216-645-5295 | SDDV | | 2 | 0.00 | 0.00 |
| 01:37p | INCOMI CL | 216-870-3374 | SDDV | | 1 | 0.00 | 0.00 |
| 02:32p | CLEVEL OH | 216-553-3542 | SDDV | | 1 | 0.00 | 0.00 |
| 02:54p | CLEVEL OH | 216-205-8705 | SDDV | | 44 | 0.00 | 0.00 |
| 03:04p | CLEVEL OH | 216-303-6448 | SDDV | | 1 | 0.00 | 0.00 |
| 03:38p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 03:39p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 03:41p | INCOMI CL | 216-253-0727 | SDDV | | 6 | 0.00 | 0.00 |
| 03:47p | CLEVEL OH | 216-303-6448 | SDDV | | 1 | 0.00 | 0.00 |
| 03:48p | OLHSTE OH | 440-454-4249 | SDDV | | 2 | 0.00 | 0.00 |
| 03:49p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 03:49p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 03:50p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 03:51p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 03:52p | BLOCKED | 000-000-0000 | SDDV | | 4 | 0.00 | 0.00 |
| 03:55p | CLEVEL OH | 216-205-8705 | SDDV | | 4 | 0.00 | 0.00 |
| 03:58p | INCOMI CL | 216-823-7739 | SDDV | | 17 | 0.00 | 0.00 |
| 03:59p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:13p | CLEVEL OH | 216-712-8292 | SDDV | | 2 | 0.00 | 0.00 |
| 04:15p | MONTRS OH | 216-823-7739 | SDDV | 3WC | 18 | 0.00 | 0.00 |
| 04:28p | INCOMI CL | 216-712-8292 | SDDV | | 2 | 0.00 | 0.00 |
| 04:30p | INCOMI CL | 216-712-8292 | SDDV | | 1 | 0.00 | 0.00 |
| 04:43p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:44p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:45p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 04:46p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 64:47p | CLEVEL OH | 216-205-8705 | SDDV | | 5 | 0.00 | 0.00 |
| 04:48p | BLOCKED | 000-000-0000 | SDDV | | 6 | 0.00 | 0.00 |
| 04:55p | BLOCKED | 000-000-0000 | SDDV | | 4 | 0.00 | 0.00 |
| 05:00p | INCOMI CL | 216-712-8292 | SDDV | | 5 | 0.00 | 0.00 |
| 05:07p | INDEPE OH | 216-253-0727 | SDDV | | 4 | 0.00 | 0.00 |
| 05:10p | NOROYA OH | 440-390-8847 | SDDV | | 1 | 0.00 | 0.00 |
| 05:11p | INDEPE OH | 216-253-0727 | SDDV | | 3 | 0.00 | 0.00 |
| 05:14p | NOROYA OH | 440-390-8847 | SDDV | | 1 | 0.00 | 0.00 |
| 05:22p | INCOMI CL | 216-417-3248 | SDDV | | 1 | 0.00 | 0.00 |

© 2012 AT&T Intellectual Property. All rights reserved.



QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

**Page:** A-10 of 25
**Bill Cycle Date:** 05/04/18 - 06/03/18
**Account:** 287274193964
**Foundation Account:** FAN 07155927
**Invoice:** 287274193964X06112018

Visit us online at: **www.att.com/business**

## 216 645-7142
QUEEN RASHE MILLER

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|--------------|---------------|-----------|--------------|-----|-----------------|------------------|
| Friday, 05/25 | | | | | | | |
| 03:33p | CLEVEL OH | 216-200-3032 | SDDV | | 1 | 0.00 | 0.00 |
| 03:36p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 03:37p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 03:53p | CLEVEL OH | 216-205-8705 | SDDV | | 6 | 0.00 | 0.00 |
| 04:04p | INCOMI CL | 216-205-8705 | SDDV | | 21 | 0.00 | 0.00 |
| 04:33p | BEREA OH | 440-503-8041 | SDDV | | 12 | 0.00 | 0.00 |
| 05:03p | CLEVEL OH | 216-961-9422 | SDDV | | 4 | 0.00 | 0.00 |
| 05:09p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 05:11p | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 05:12p | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 05:13p | CLEVEL OH | 216-420-3765 | SDDV | | 1 | 0.00 | 0.00 |
| 05:15p | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 05:17p | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 05:18p | CLEVEL OH | 216-420-3765 | SDDV | | 4 | 0.00 | 0.00 |
| 05:42p | INCOMI CL | 440-503-8041 | SDDV | | 12 | 0.00 | 0.00 |
| 05:48p | CLEVEL OH | 216-420-3765 | SDDV | | 6 | 0.00 | 0.00 |
| 05:54p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 05:55p | INCOMI CL | 216-823-7739 | SDDV | | 4 | 0.00 | 0.00 |
| 06:51p | INCOMI CL | 216-823-7739 | SDDV | | 16 | 0.00 | 0.00 |
| 07:29p | INCOMI CL | 800-557-8158 | SDDV | | 1 | 0.00 | 0.00 |
| 07:31p | INCOMI CL | 216-823-7739 | SDDV | | 8 | 0.00 | 0.00 |
| 08:16p | INCOMI CL | 216-647-8982 | SDDV | | 2 | 0.00 | 0.00 |
| 08:34p | INCOMI CL | 216-647-8982 | SDDV | | 2 | 0.00 | 0.00 |
| Saturday, 05/26 | | | | | | | |
| 12:46a | INCOMI CL | 216-404-8941 | SDDV | | 1 | 0.00 | 0.00 |
| 12:47a | INCOMI CL | 216-404-8941 | SDDV | | 1 | 0.00 | 0.00 |
| 01:08a | INCOMI CL | 216-823-7739 | SDDV | | 5 | 0.00 | 0.00 |
| 01:13a | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 01:15a | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 01:19a | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 01:21a | INCOMI CL | 216-823-7739 | SDDV | | 7 | 0.00 | 0.00 |
| 01:58a | INCOMI CL | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 09:03a | INCOMI CL | 216-823-7739 | SDDV | | 2 | 0.00 | 0.00 |
| 09:18a | INCOMI CL | 216-823-7739 | SDDV | | 21 | 0.00 | 0.00 |
| 09:57a | INCOMI CL | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 10:06a | INCOMI CL | 216-609-2014 | SDDV | | 1 | 0.00 | 0.00 |
| 10:23a | MONTRS OH | 216-823-7739 | SDDV | | 4 | 0.00 | 0.00 |
| 01:12p | INCOMI CL | 216-609-2014 | SDDV | | 1 | 0.00 | 0.00 |
| 01:13p | CLEVEL OH | 216-659-4493 | SDDV | | 2 | 0.00 | 0.00 |
| 01:19p | CLEVEL OH | 216-407-7190 | SDDV | | 1 | 0.00 | 0.00 |
| 02:00p | CLEVEL OH | 216-336-2097 | SDDV | | 1 | 0.00 | 0.00 |
| 02:32p | INCOMI CL | 216-844-1000 | SDDV | | 2 | 0.00 | 0.00 |
| 02:39p | INCOMI CL | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 03:12p | INCOMI CL | 216-512-5252 | SDDV | | 2 | 0.00 | 0.00 |
| 03:23p | INCOMI CL | 216-716-1383 | SDDV | | 1 | 0.00 | 0.00 |
| 03:47p | CLEVEL OH | 216-262-2896 | SDDV | | 4 | 0.00 | 0.00 |
| 03:53p | INDEPE OH | 216-253-0727 | SDDV | | 8 | 0.00 | 0.00 |
| 04:10p | AKRON OH | 330-861-2246 | SDDV | | 1 | 0.00 | 0.00 |
| 04:10p | AKRON OH | 330-861-2246 | SDDV | | 1 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add'l Charges |
|------|--------------|---------------|-----------|--------------|-----|-----------------|------------------|
| Saturday, 05/26 | | | | | | | |
| 04:13p | AKRON OH | 330-861-2246 | SDDV | | 1 | 0.00 | 0.00 |
| 04:38p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 04:39p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 04:39p | CLEVEL OH | 216-262-2896 | SDDV | | 2 | 0.00 | 0.00 |
| 04:42p | MONTRS OH | 216-823-7739 | SDDV | | 3 | 0.00 | 0.00 |
| 04:44p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 04:45p | CLEVEL OH | 216-420-3765 | SDDV | | 5 | 0.00 | 0.00 |
| 04:46p | INCOMI CL | 216-336-2097 | SDDV | | 1 | 0.00 | 0.00 |
| 04:50p | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 04:52p | CLEVEL OH | 216-262-2896 | SDDV | | 2 | 0.00 | 0.00 |
| 04:54p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 04:57p | CLEVEL OH | 216-761-1509 | SDDV | | 1 | 0.00 | 0.00 |
| 04:59p | CLEVEL OH | 216-338-4621 | SDDV | | 1 | 0.00 | 0.00 |
| 05:06p | INCOMI CL | 440-503-8041 | SDDV | | 7 | 0.00 | 0.00 |
| 05:12p | INCOMI CL | 216-336-2097 | SDDV | | 1 | 0.00 | 0.00 |
| 05:13p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 05:13p | INCOMI CL | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 05:14p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 05:16p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 05:34p | INCOMI CL | 216-336-2097 | SDDV | | 1 | 0.00 | 0.00 |
| 05:38p | INCOMI CL | 216-338-4621 | SDDV | | 4 | 0.00 | 0.00 |
| 07:20p | INCOMI CL | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 07:30p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 07:33p | MONTRS OH | 216-823-7739 | SDDV | | 1 | 0.00 | 0.00 |
| 07:59p | INCOMI CL | 216-536-0568 | SDDV | | 4 | 0.00 | 0.00 |
| 09:12p | CLEVEL OH | 216-205-8705 | SDDV | | 1 | 0.00 | 0.00 |
| 09:28p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 09:35p | INCOMI CL | 216-823-7739 | SDDV | | 18 | 0.00 | 0.00 |
| 09:58p | PERRYS OH | 567-331-4989 | SDDV | | 1 | 0.00 | 0.00 |
| 10:03p | PERRYS OH | 567-331-4989 | SDDV | | 1 | 0.00 | 0.00 |
| 10:04p | CLEVEL OH | 216-215-7580 | SDDV | | 1 | 0.00 | 0.00 |
| 10:14p | INCOMI CL | 216-215-7580 | SDDV | | 6 | 0.00 | 0.00 |
| 10:19p | CLEVEL OH | 216-326-9514 | SDDV | | 1 | 0.00 | 0.00 |
| 10:20p | INCOMI CL | 216-215-7580 | SDDV | | 11 | 0.00 | 0.00 |
| 10:36p | INCOMI CL | 567-331-4989 | SDDV | | 4 | 0.00 | 0.00 |
| 10:40p | MONTRS OH | 216-823-7739 | SDDV | | 8 | 0.00 | 0.00 |
| 10:53p | INCOMI CL | 216-262-2896 | SDDV | | 4 | 0.00 | 0.00 |
| 11:32p | INCOMI CL | 216-205-8705 | SDDV | | 28 | 0.00 | 0.00 |
| Sunday, 05/27 | | | | | | | |
| 12:47a | CLEVEL OH | 216-407-7190 | SDDV | | 1 | 0.00 | 0.00 |
| 12:48a | CLEVEL OH | 216-407-7190 | SDDV | | 1 | 0.00 | 0.00 |
| 09:43a | MONTRS OH | 216-823-7739 | SDDV | | 9 | 0.00 | 0.00 |
| 09:47a | INCOMI CL | 216-823-7739 | SDDV | | 11 | 0.00 | 0.00 |
| 10:14a | INCOMI CL | 216-823-7739 | SDDV | | 12 | 0.00 | 0.00 |
| 11:45a | INCOMI CL | 216-262-2896 | SDDV | | 2 | 0.00 | 0.00 |
| 12:44p | INCOMI CL | 216-823-7739 | SDDV | | 5 | 0.00 | 0.00 |
| 02:09p | INCOMI CL | 216-823-7739 | SDDV | | 9 | 0.00 | 0.00 |
| 02:31p | MONTRS OH | 216-823-7739 | SDDV | | 4 | 0.00 | 0.00 |
| 02:34p | INCOMI CL | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 05:21p | CLEVEL OH | 216-421-6666 | SDDV | | 1 | 0.00 | 0.00 |
| 05:28p | CLEVEL OH | 216-215-1435 | SDDV | | 1 | 0.00 | 0.00 |
| 05:42p | INCOMI CL | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |


**AT&T**

Page: A1 of A20
Issue Date: Apr 03, 2019
Account Number: 287274193964
Foundation Account: 07155927
Invoice: 287274193964X04112019

## Your detailed usage

### Wireless, 216.645.7142
QUEEN RASHIE MILLER

### Call Detail

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|------|--------------|---------------|-----------|--------------|-----|-----------------|-----------------|
| **Tuesday, Feb 19** | | | | | | | |
| 10:39am | CLEVEL OH | 216.420.3765 | SDDV | | 1 | $0.00 | $0.00 |
| **Monday, Mar 04** | | | | | | | |
| 09:03am | INCOMI CL | 216.612.5689 | SDDV | | 3 | $0.00 | $0.00 |
| 09:37am | INCOMI CL | 216.862.9882 | SDDV | | 1 | $0.00 | $0.00 |
| 11:19am | CLEVEL OH | 216.612.5689 | SDDV | | 1 | $0.00 | $0.00 |
| 11:20am | CLEVEL OH | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 11:24am | INCOMI CL | 216.727.6542 | SDDV | | 2 | $0.00 | $0.00 |
| 12:25pm | INCOMI CL | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 12:27pm | INCOMI CL | 216.215.1194 | SDDV | | 3 | $0.00 | $0.00 |
| 12:40pm | INCOMI CL | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 12:51pm | CLEVEL OH | 216.543.8120 | SDDV | | 34 | $0.00 | $0.00 |
| 01:24pm | CLEVEL OH | 216.543.8120 | SDDV | | 7 | $0.00 | $0.00 |
| 01:31pm | CLEVEL OH | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 01:53pm | INCOMI CL | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 05:24pm | CLEVEL OH | 216.402.3750 | SDDV | | 1 | $0.00 | $0.00 |
| 05:28pm | CLEVEL OH | 216.402.3750 | SDDV | | 1 | $0.00 | $0.00 |
| 06:29pm | Toll F CL | 800.826.4477 | SDDV | | 1 | $0.00 | $0.00 |
| 06:30pm | Toll F CL | 800.829.4477 | SDDV | | 4 | $0.00 | $0.00 |
| 09:14pm | INCOMI CL | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 10:45pm | CLEVEL OH | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| **Tuesday, Mar 05** | | | | | | | |
| 10:54am | CLEVEL OH | 216.262.2896 | SDDV | | 3 | $0.00 | $0.00 |
| 11:11am | CLEVEL OH | 216.371.0046 | SDDV | | 2 | $0.00 | $0.00 |
| 12:11pm | INCOMI CL | 216.862.9882 | SDDV | | 1 | $0.00 | $0.00 |
| 12:22pm | INCOMI CL | 440.804.4252 | SDDV | | 5 | $0.00 | $0.00 |
| 01:44pm | CLEVEL OH | 216.544.5656 | SDDV | | 18 | $0.00 | $0.00 |
| 02:02pm | CLEVEL OH | 440.799.9389 | SDDV | | 1 | $0.00 | $0.00 |
| 02:26pm | CLEVEL OH | 440.799.9389 | SDDV | | 1 | $0.00 | $0.00 |
| 02:49pm | CLEVEL OH | 216.307.0977 | SDDV | | 1 | $0.00 | $0.00 |
| 02:49pm | CLEVEL OH | 216.307.0977 | SDDV | | 2 | $0.00 | $0.00 |
| 03:37pm | CLEVEL OH | 440.799.9389 | SDDV | | 2 | $0.00 | $0.00 |
| 03:56pm | CLEVEL OH | 216.307.0977 | SDDV | | 1 | $0.00 | $0.00 |
| 04:15pm | INCOMI CL | 863.238.8924 | SDDV | | 1 | $0.00 | $0.00 |
| 04:17pm | CLEVEL OH | 216.215.1435 | SDDV | | 1 | $0.00 | $0.00 |
| 04:19pm | INCOMI CL | 216.215.1435 | SDDV | | 6 | $0.00 | $0.00 |
| 04:24pm | CALL WAIT | 216.744.4912 | SDDV | CW | 5 | $0.00 | $0.00 |
| 04:30pm | INCOMI CL | 440.799.9389 | SDDV | | 1 | $0.00 | $0.00 |
| 04:30pm | CLEVEL OH | 216.307.0977 | SDDV | | 1 | $0.00 | $0.00 |
| 04:32pm | CLEVEL OH | 216.307.0977 | SDDV | | 2 | $0.00 | $0.00 |
| 04:50pm | INCOMI CL | 330.696.3774 | SDDV | | 1 | $0.00 | $0.00 |
| 05:25pm | CLEVEL OH | 216.307.0977 | SDDV | | 1 | $0.00 | $0.00 |
| 05:27pm | CLEVEL OH | 216.533.3356 | SDDV | | 2 | $0.00 | $0.00 |
| 05:50pm | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 05:55pm | INCOMI CL | 216.262.6564 | SDDV | | 2 | $0.00 | $0.00 |
| 06:21pm | INCOMI CL | 216.224.8470 | SDDV | | 1 | $0.00 | $0.00 |
| 06:42pm | INCOMI CL | 216.224.8470 | SDDV | | 1 | $0.00 | $0.00 |
| 06:47pm | CLEVEL OH | 216.224.8470 | SDDV | | 1 | $0.00 | $0.00 |
| 08:24pm | INCOMI CL | 216.202.1017 | SDDV | | 12 | $0.00 | $0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|------|--------------|---------------|-----------|--------------|-----|-----------------|-----------------|
| 08:35pm | CLEVEL OH | 216.307.0977 | SDDV | | 3 | $0.00 | $0.00 |
| 08:58pm | INCOMI CL | 216.404.8941 | SDDV | | 9 | $0.00 | $0.00 |
| **Wednesday, Mar 06** | | | | | | | |
| 07:42am | STRONG OH | 440.732.6154 | SDDV | | 1 | $0.00 | $0.00 |
| 07:43am | BEREA OH | 440.593.8041 | SDDV | | 1 | $0.00 | $0.00 |
| 07:49am | INCOMI CL | 440.732.6154 | SDDV | | 3 | $0.00 | $0.00 |
| 08:29am | INCOMI CL | 440.593.8041 | SDDV | | 6 | $0.00 | $0.00 |
| 09:55am | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 10:21am | INCOMI CL | 216.612.5689 | SDDV | | 2 | $0.00 | $0.00 |
| 10:32am | INCOMI CL | 216.645.5295 | SDDV | | 2 | $0.00 | $0.00 |
| 12:02pm | CLEVEL OH | 216.916.9337 | SDDV | | 2 | $0.00 | $0.00 |
| 12:08pm | CLEVEL OH | 216.612.5689 | SDDV | | 1 | $0.00 | $0.00 |
| 12:10pm | CLEVEL OH | 216.645.5295 | SDDV | | 2 | $0.00 | $0.00 |
| 12:21pm | CLEVEL OH | 216.612.5689 | SDDV | | 1 | $0.00 | $0.00 |
| 12:25pm | WILLOU OH | 440.749.8916 | SDDV | | 2 | $0.00 | $0.00 |
| 12:48pm | WILLOU OH | 440.749.8916 | SDDV | | 1 | $0.00 | $0.00 |
| 12:55pm | INCOMI CL | 440.749.8916 | SDDV | | 1 | $0.00 | $0.00 |
| 01:05pm | CLEVEL OH | 216.645.5295 | SDDV | | 1 | $0.00 | $0.00 |
| 01:06pm | INCOMI CL | 216.673.4543 | SDDV | | 1 | $0.00 | $0.00 |
| 04:25pm | BEREA OH | 440.593.8041 | SDDV | | 1 | $0.00 | $0.00 |
| 04:26pm | BEREA OH | 440.593.8041 | SDDV | | 1 | $0.00 | $0.00 |
| 04:26pm | BEREA OH | 440.593.8041 | SDDV | | 1 | $0.00 | $0.00 |
| 04:26pm | CLEVEL OH | 216.612.5689 | SDDV | | 1 | $0.00 | $0.00 |
| 04:27pm | CLEVEL OH | 216.612.5689 | SDDV | | 1 | $0.00 | $0.00 |
| 05:40pm | Toll F CL | 800.503.1283 | SDDV | | 1 | $0.00 | $0.00 |
| 05:42pm | INDEPE OH | 216.642.9700 | SDDV | | 4 | $0.00 | $0.00 |
| 10:30pm | CLEVEL OH | 216.224.8470 | SDDV | | 2 | $0.00 | $0.00 |
| **Thursday, Mar 07** | | | | | | | |
| 12:34am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 12:35am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 12:36am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 12:37am | BLOCKED | 000.000.0000 | SDDV | | 3 | $0.00 | $0.00 |
| 12:40am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 01:03am | MONTRS OH | 216.823.7739 | SDDV | | 1 | $0.00 | $0.00 |
| 08:15am | Toll F CL | 855.955.2534 | SDDV | | 1 | $0.00 | $0.00 |
| 08:16am | Toll F CL | 800.503.1283 | SDDV | | 1 | $0.00 | $0.00 |
| 08:16am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 08:17am | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 08:18am | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 08:51am | Toll F CL | 800.841.3000 | SDDV | | 7 | $0.00 | $0.00 |
| 10:43am | CLEVEL OH | 216.544.5656 | SDDV | | 9 | $0.00 | $0.00 |
| 10:53am | CLEVEL OH | 216.401.3869 | SDDV | | 1 | $0.00 | $0.00 |
| 11:01am | CLEVEL OH | 440.799.9389 | SDDV | | 1 | $0.00 | $0.00 |
| 11:03am | Toll F CL | 800.633.4766 | SDDV | | 2 | $0.00 | $0.00 |
| 11:04am | CLEVEL OH | 216.664.4600 | SDDV | | 12 | $0.00 | $0.00 |
| 11:10am | CALL WAIT | 234.651.2323 | SDDV | CW | 1 | $0.00 | $0.00 |
| 11:16am | Toll F CL | 800.633.4766 | SDDV | | 10 | $0.00 | $0.00 |
| 12:23pm | CLEVEL OH | 216.818.5451 | SDDV | | 1 | $0.00 | $0.00 |
| 12:27pm | INCOMI CL | 440.799.9389 | SDDV | | 5 | $0.00 | $0.00 |
| 12:49pm | CLEVEL OH | 440.799.9389 | SDDV | | 16 | $0.00 | $0.00 |
| 01:04pm | CALL WAIT | 216.401.3869 | SDDV | CW | 8 | $0.00 | $0.00 |
| 01:21pm | BLOCKED | 000.000.0000 | SDDV | | 3 | $0.00 | $0.00 |
| 01:43pm | INCOMI CL | 216.889.3447 | SDDV | | 1 | $0.00 | $0.00 |
| 02:12pm | INCOMI CL | 216.930.5947 | SDDV | | 1 | $0.00 | $0.00 |
| 02:16pm | INCOMI CL | 330.615.4875 | SDDV | | 1 | $0.00 | $0.00 |
| 02:30pm | INCOMI CL | 203.884.7833 | SDDV | | 1 | $0.00 | $0.00 |
| 02:36pm | CLEVEL OH | 216.401.3869 | SDDV | | 1 | $0.00 | $0.00 |
| 03:30pm | INCOMI CL | 216.401.3869 | SDDV | | 54 | $0.00 | $0.00 |
| 04:21pm | CALL WAIT | 216.844.3601 | SDDV | CW | 2 | $0.00 | $0.00 |
| 04:30pm | INCOMI CL | 704.550.2927 | SDDV | | 1 | $0.00 | $0.00 |

*216.645.7142 continues.*



Page: A3 of A21
Issue Date: Jun 03, 2019
Account Number: 287274193964
Foundation Account: 07155927
Invoice: 287274193964X06112019

216.645.7142 continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 04:53pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 04:54pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 04:55pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 04:57pm | CLEVEL OH | 216.544.5656 | SDDV | | 2 | $0.00 | $0.00 |
| 05:22pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 05:23pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 05:24pm | CLEVEL OH | 216.544.5656 | SDDV | | 3 | $0.00 | $0.00 |
| 05:26pm | BLOCKED | 000.000.0000 | SDDV | | 3 | $0.00 | $0.00 |
| 05:29pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 05:32pm | CLEVEL OH | 216.338.4621 | SDDV | | 1 | $0.00 | $0.00 |
| 05:32pm | CLEVEL OH | 216.338.4621 | SDDV | | 1 | $0.00 | $0.00 |
| 06:19pm | INCOM CL | 216.544.5656 | SDDV | | 2 | $0.00 | $0.00 |
| 08:29pm | INCOM CL | 216.544.5656 | SDDV | | 2 | $0.00 | $0.00 |
| 08:35pm | CLEVEL OH | 216.215.1435 | SDDV | | 1 | $0.00 | $0.00 |
| 08:36pm | INCOM CL | 216.215.1435 | SDDV | | 24 | $0.00 | $0.00 |
| 09:52pm | CLEVEL OH | 216.323.5715 | SDDV | | 2 | $0.00 | $0.00 |
| 10:17pm | INCOM CL | 216.544.5656 | SDDV | | 5 | $0.00 | $0.00 |

**Sunday, May 12**

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 07:28am | INCOM CL | 216.543.8318 | SDDV | | 1 | $0.00 | $0.00 |
| 08:32am | CLEVEL OH | 216.420.3765 | SDDV | | 25 | $0.00 | $0.00 |
| 10:30am | BLOCKED | 000.000.0000 | SDDV | | 5 | $0.00 | $0.00 |
| 10:36am | CLEVEL OH | 216.539.8404 | SDDV | 3WC | 7 | $0.00 | $0.00 |
| 10:39am | CALL WAIT | 216.420.3765 | SDDV | CW | 5 | $0.00 | $0.00 |
| 10:43am | CLEVEL OH | 216.539.8404 | SDDV | | 3 | $0.00 | $0.00 |
| 10:46am | CLEVEL OH | 216.420.3765 | SDDV | | 8 | $0.00 | $0.00 |
| 10:54am | INDEPE OH | 216.253.0727 | SDDV | | 6 | $0.00 | $0.00 |
| 12:16pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 12:30pm | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 12:32pm | CLEVEL OH | 216.420.3765 | SDDV | | 2 | $0.00 | $0.00 |
| 12:45pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 01:25pm | INCOM CL | 216.544.5656 | SDDV | | 3 | $0.00 | $0.00 |
| 01:28pm | CLEVEL OH | 216.420.3765 | SDDV | | 2 | $0.00 | $0.00 |
| 03:20pm | CLEVEL OH | 216.338.4621 | SDDV | | 8 | $0.00 | $0.00 |
| 03:28pm | CLEVEL OH | 216.544.5656 | SDDV | | 6 | $0.00 | $0.00 |
| 03:55pm | INDEPE OH | 216.253.0727 | SDDV | | 2 | $0.00 | $0.00 |
| 03:56pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 03:57pm | INDEPE OH | 216.253.0727 | SDDV | | 2 | $0.00 | $0.00 |
| 04:03pm | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 04:15pm | BEDFOR OH | 440.439.5578 | SDDV | | 4 | $0.00 | $0.00 |
| 06:08pm | CLEVEL OH | 216.420.3765 | SDDV | | 2 | $0.00 | $0.00 |
| 06:19pm | CLEVEL OH | 216.323.5715 | SDDV | | 4 | $0.00 | $0.00 |
| 06:20pm | CALL WAIT | 216.321.2328 | SDDV | CW | 4 | $0.00 | $0.00 |
| 07:50pm | INCOM CL | 216.321.2328 | SDDV | | 5 | $0.00 | $0.00 |
| 09:41pm | CLEVEL OH | 216.321.2328 | SDDV | | 2 | $0.00 | $0.00 |
| 09:42pm | CLEVEL OH | 216.321.2328 | SDDV | | 1 | $0.00 | $0.00 |
| 09:51pm | CLEVEL OH | 216.321.2328 | SDDV | | 1 | $0.00 | $0.00 |
| 09:55pm | CLEVEL OH | 216.420.3765 | SDDV | | 1 | $0.00 | $0.00 |
| 09:59pm | CLEVEL OH | 216.420.3765 | SDDV | | 1 | $0.00 | $0.00 |
| 10:12pm | INCOM CL | 216.321.2328 | SDDV | | 9 | $0.00 | $0.00 |
| 10:42pm | CLEVEL OH | 216.321.2328 | SDDV | | 1 | $0.00 | $0.00 |
| 10:43pm | INCOM CL | 216.321.2328 | SDDV | | 10 | $0.00 | $0.00 |
| 11:37pm | CLEVEL OH | 216.321.2328 | SDDV | | 13 | $0.00 | $0.00 |
| 11:59pm | INCOM CL | 216.321.2328 | SDDV | | 1 | $0.00 | $0.00 |

**Monday, May 13**

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 12:03am | INCOM CL | 216.321.2328 | SDDV | | 9 | $0.00 | $0.00 |
| 12:20am | INCOM CL | 216.321.2328 | SDDV | | 12 | $0.00 | $0.00 |
| 08:46am | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 09:23am | INDEPE OH | 216.253.0727 | SDDV | | 2 | $0.00 | $0.00 |
| 09:25am | BLOCKED | 000.000.0000 | SDDV | | 23 | $0.00 | $0.00 |
| 09:28am | CALL WAIT | 216.621.8230 | SDDV | CW | 2 | $0.00 | $0.00 |

216.645.7142 continues

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 09:57am | CLEVEL OH | 216.351.2106 | SDDV | | 7 | $0.00 | $0.00 |
| 10:02am | CLEVEL OH | 216.206.3301 | SDDV | | 1 | $0.00 | $0.00 |
| 10:02am | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 10:09am | BLOCKED | 000.000.0000 | SDDV | | 27 | $0.00 | $0.00 |
| 10:36am | CLEVEL OH | 216.221.1333 | SDDV | | 6 | $0.00 | $0.00 |
| 11:28am | Toll F CL | 888.246.7822 | SDDV | | 6 | $0.00 | $0.00 |
| 11:36am | CLEVEL OH | 216.835.2310 | SDDV | | 2 | $0.00 | $0.00 |
| 12:04pm | INCOM CL | 440.799.9389 | SDDV | | 1 | $0.00 | $0.00 |
| 12:06pm | INCOM CL | 216.290.3435 | SDDV | | 1 | $0.00 | $0.00 |
| 12:13pm | INCOM CL | 440.799.9389 | SDDV | | 2 | $0.00 | $0.00 |
| 12:15pm | INCOM CL | 216.321.2328 | SDDV | | 2 | $0.00 | $0.00 |
| 12:46pm | INCOM CL | 440.799.9389 | SDDV | | 1 | $0.00 | $0.00 |
| 01:01pm | CLEVEL OH | 440.799.9369 | SDDV | | 2 | $0.00 | $0.00 |
| 01:49pm | CLEVEL OH | 216.321.2328 | SDDV | | 1 | $0.00 | $0.00 |
| 01:52pm | INCOM CL | 480.984.6643 | SDDV | | 1 | $0.00 | $0.00 |
| 01:52pm | CLEVEL OH | 216.321.2328 | SDDV | | 4 | $0.00 | $0.00 |
| 02:03pm | INCOM CL | 440.799.9389 | SDDV | | 2 | $0.00 | $0.00 |
| 02:15pm | CLACKA OR | 971.204.1750 | SDDV | | 1 | $0.00 | $0.00 |
| 02:39pm | INCOM CL | 216.230.2888 | SDDV | | 3 | $0.00 | $0.00 |
| 02:43pm | WASHIN DC | 202.441.9446 | SDDV | | 1 | $0.00 | $0.00 |
| 02:50pm | INCOM CL | 202.441.9446 | SDDV | | 6 | $0.00 | $0.00 |
| 04:51pm | INCOM CL | 216.721.1943 | SDDV | | 1 | $0.00 | $0.00 |
| 04:52pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 04:59pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 05:00pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 05:01pm | BLOCKED | 000.000.0000 | SDDV | | 11 | $0.00 | $0.00 |
| 05:17pm | INDEPE OH | 216.253.0727 | SDDV | | 2 | $0.00 | $0.00 |
| 05:19pm | CLEVEL OH | 216.323.5715 | SDDV | | 1 | $0.00 | $0.00 |
| 05:19pm | BLOCKED | 000.000.0000 | SDDV | CW | 1 | $0.00 | $0.00 |
| 05:54pm | INCOM CL | 216.727.6542 | SDDV | | 2 | $0.00 | $0.00 |
| 06:34pm | CLEVEL OH | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 06:34pm | CLEVEL OH | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 06:42pm | AKRON OH | 330.861.2246 | SDDV | | 1 | $0.00 | $0.00 |
| 06:55pm | INCOM CL | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 07:05pm | CLEVEL OH | 216.310.4448 | SDDV | | 4 | $0.00 | $0.00 |
| 07:16pm | CLEVEL OH | 216.224.8470 | SDDV | | 1 | $0.00 | $0.00 |
| 07:30pm | INCOM CL | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 07:40pm | INCOM CL | 216.224.8470 | SDDV | | 5 | $0.00 | $0.00 |
| 09:43pm | CLEVEL OH | 216.224.8470 | SDDV | | 26 | $0.00 | $0.00 |

**Tuesday, May 14**

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 09:21am | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 09:23am | INDEPE OH | 216.253.0727 | SDDV | | 3 | $0.00 | $0.00 |
| 09:53am | INCOM CL | 216.910.4522 | SDDV | | 1 | $0.00 | $0.00 |
| 10:19am | INCOM CL | 216.621.8230 | SDDV | | 1 | $0.00 | $0.00 |
| 10:34am | CLEVEL OH | 216.621.2929 | SDDV | | 2 | $0.00 | $0.00 |
| 10:35am | CLEVEL OH | 216.406.8365 | SDDV | | 3 | $0.00 | $0.00 |
| 10:40am | CLEVEL OH | 216.206.3301 | SDDV | | 1 | $0.00 | $0.00 |
| 10:41am | INCOM CL | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 10:42am | CALL WAIT | 216.645.6034 | SDDV | CW | 1 | $0.00 | $0.00 |
| 11:10am | INCOM CL | 216.727.6542 | SDDV | | 2 | $0.00 | $0.00 |
| 11:35am | INCOM CL | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 11:43am | INCOM CL | 216.727.6542 | SDDV | | 2 | $0.00 | $0.00 |
| 01:39pm | 911 Em CL | 000.000.0911 | SDDV | | 1 | $0.00 | $0.00 |
| 02:02pm | INDEFE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 02:09pm | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 02:11pm | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 02:11pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 02:13pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 02:14pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 02:14pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 02:15pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |

Miller v. City of Shaker Hts.     CASE NO. 1:19-cv-1080     PLAINTIFF'S RESPONSES 00062



Page: A4 of A21
Issue Date: Jun 03, 2019
Account Number: 287274193964
Foundation Account: 07155927
Invoice: 287274193964X06112019

216.645.7142 continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 02:15pm | BLOCKED | 000.000.0000 | SDDV | CW | 1 | $0.00 | $0.00 |
| 02:16pm | BLOCKED | 000.000.0000 | SDDV | CW | 1 | $0.00 | $0.00 |
| 02:22pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 02:24pm | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 02:25pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 02:27pm | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 02:29pm | BLOCKED | 000.000.0000 | SDDV | | 3 | $0.00 | $0.00 |
| 02:32pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 02:32pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 02:33pm | CLEVEL OH | 216.406.8365 | SDDV | | 6 | $0.00 | $0.00 |
| 02:33pm | BLOCKED | 000.000.0000 | SDDV | CW | 1 | $0.00 | $0.00 |
| 02:34pm | BLOCKED | 000.000.0000 | SDDV | CW | 1 | $0.00 | $0.00 |
| 02:35pm | BLOCKED | 000.000.0000 | SDDV | CW | 2 | $0.00 | $0.00 |
| 02:36pm | BLOCKED | 000.000.0000 | SDDV | CW | 2 | $0.00 | $0.00 |
| 02:38pm | BLOCKED | 000.000.0000 | SDDV | CW | 1 | $0.00 | $0.00 |
| 02:39pm | BLOCKED | 000.000.0000 | SDDV | | 2 | $0.00 | $0.00 |
| 02:40pm | CALL WAIT | 216.771.1363 | SDDV | CW | 1 | $0.00 | $0.00 |
| 03:39pm | CLEVEL OH | 216.664.4930 | SDDV | | 2 | $0.00 | $0.00 |
| 03:43pm | CLEVEL OH | 216.491.1300 | SDDV | | 3 | $0.00 | $0.00 |
| 04:07pm | INCOMI CL | 440.610.3310 | SDDV | | 9 | $0.00 | $0.00 |
| 04:15pm | CLEVEL OH | 216.338.1832 | SDDV | | 9 | $0.00 | $0.00 |
| 04:37pm | INCOMI CL | 216.972.4892 | SDDV | | 1 | $0.00 | $0.00 |
| 04:39pm | CLEVEL OH | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 04:42pm | INCOMI CL | 216.727.6542 | SDDV | | 2 | $0.00 | $0.00 |
| 05:20pm | CLEVEL OH | 216.727.6542 | SDDV | | 2 | $0.00 | $0.00 |
| 05:34pm | INCOMI CL | 216.645.9273 | SDDV | | 1 | $0.00 | $0.00 |
| 05:36pm | CLEVEL OH | 216.727.6542 | SDDV | | 1 | $0.00 | $0.00 |
| 06:18pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 06:19pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 06:19pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 06:21pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 07:08pm | BLOCKED | 000.000.0000 | SDDV | | 4 | $0.00 | $0.00 |
| 07:32pm | INCOMI CL | 216.253.0727 | SDDV | | 2 | $0.00 | $0.00 |
| 07:51pm | INCOMI CL | 440.985.2641 | SDDV | | 1 | $0.00 | $0.00 |
| 07:52pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 08:12pm | INCOMI CL | 216.272.6944 | SDDV | | 3 | $0.00 | $0.00 |
| 08:33pm | TERRAC OH | 216.378.2139 | SDDV | | 2 | $0.00 | $0.00 |
| 08:48pm | INCOMI CL | 216.636.6310 | SDDV | | 2 | $0.00 | $0.00 |
| 09:08pm | CLEVEL OH | 216.321.2328 | SDDV | | 3 | $0.00 | $0.00 |
| 09:27pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 09:27pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 09:28pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 09:29pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 09:42pm | CLEVEL OH | 216.544.5656 | SDDV | | 10 | $0.00 | $0.00 |
| 10:29pm | CLEVEL OH | 216.321.2328 | SDDV | | 3 | $0.00 | $0.00 |
| 11:10pm | CLEVEL OH | 216.323.5715 | SDDV | | 12 | $0.00 | $0.00 |
| 11:33pm | CLEVEL OH | 216.321.2328 | SDDV | | 1 | $0.00 | $0.00 |
| 11:33pm | CALL WAIT | 216.321.2328 | SDDV | CW | 1 | $0.00 | $0.00 |

Wednesday, May 15

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 05:51am | SALT L UT | 801.401.2222 | SDDV | | 2 | $0.00 | $0.00 |
| 05:58am | SALT L UT | 801.401.2222 | SDDV | | 3 | $0.00 | $0.00 |
| 06:01am | SALT L UT | 801.401.2222 | SDDV | | 4 | $0.00 | $0.00 |
| 06:17am | WASHIN DC | 202.441.9446 | SDDV | | 2 | $0.00 | $0.00 |
| 06:30am | INDEPE OH | 216.253.0727 | SDDV | | 2 | $0.00 | $0.00 |
| 06:33am | SALT L UT | 801.401.2222 | SDDV | | 1 | $0.00 | $0.00 |
| 06:36am | WASHIN DC | 202.441.9446 | SDDV | | 1 | $0.00 | $0.00 |
| 09:05am | INCOMI CL | 216.515.7140 | SDDV | | 1 | $0.00 | $0.00 |
| 09:38am | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 09:56am | INCOMI CL | 216.910.4385 | SDDV | | 1 | $0.00 | $0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 10:05am | INCOMI CL | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 10:05am | INDEPE OH | 216.253.0727 | SDDV | | 2 | $0.00 | $0.00 |
| 10:08am | CLEVEL OH | 216.321.2328 | SDDV | | 1 | $0.00 | $0.00 |
| 10:34am | INCOMI CL | 216.625.6435 | SDDV | | 1 | $0.00 | $0.00 |
| 10:34am | INCOMI CL | 216.321.2328 | SDDV | | 14 | $0.00 | $0.00 |
| 12:57pm | CLEVEL OH | 216.323.5715 | SDDV | | 3 | $0.00 | $0.00 |
| 01:02pm | INCOMI CL | 216.323.5715 | SDDV | | 3 | $0.00 | $0.00 |
| 01:18pm | CLEVEL OH | 216.323.5715 | SDDV | | 5 | $0.00 | $0.00 |
| 01:27pm | INCOMI CL | 216.323.5715 | SDDV | | 3 | $0.00 | $0.00 |
| 02:25pm | BEREA OH | 440.503.6041 | SDDV | | 3 | $0.00 | $0.00 |
| 06:06pm | Toll F CL | 844.205.2135 | SDDV | | 1 | $0.00 | $0.00 |
| 06:29pm | INCOMI CL | 252.827.0034 | SDDV | | 1 | $0.00 | $0.00 |
| 06:43pm | INCOMI CL | 202.441.9446 | SDDV | | 2 | $0.00 | $0.00 |
| 07:41pm | INCOMI CL | 352.237.9958 | SDDV | | 1 | $0.00 | $0.00 |
| 07:58pm | WASHIN DC | 202.441.9446 | SDDV | | 1 | $0.00 | $0.00 |
| 08:17pm | WASHIN DC | 202.441.9446 | SDDV | | 1 | $0.00 | $0.00 |
| 08:34pm | WASHIN DC | 202.441.9446 | SDDV | | 2 | $0.00 | $0.00 |
| 09:01pm | INCOMI CL | 202.441.9446 | SDDV | | 6 | $0.00 | $0.00 |
| 09:39pm | CLEVEL OH | 216.609.2014 | SDDV | | 1 | $0.00 | $0.00 |

Thursday, May 16

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 08:52am | INCOMI CL | 216.253.0727 | SDDV | | 2 | $0.00 | $0.00 |
| 11:37am | CLEVEL OH | 216.356.4922 | SDDV | | 1 | $0.00 | $0.00 |
| 11:39am | INCOMI CL | 216.323.5715 | SDDV | | 8 | $0.00 | $0.00 |
| 11:46am | INCOMI CL | 216.323.5715 | SDDV | | 2 | $0.00 | $0.00 |
| 12:02pm | INCOMI CL | 216.250.9481 | SDDV | | 1 | $0.00 | $0.00 |
| 12:46pm | INCOMI CL | 216.253.0727 | SDDV | | 9 | $0.00 | $0.00 |
| 12:55pm | INCOMI CL | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 12:57pm | CLEVEL OH | 216.323.5715 | SDDV | | 15 | $0.00 | $0.00 |
| 12:59pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 02:29pm | INCOMI CL | 514.255.9477 | SDDV | | 1 | $0.00 | $0.00 |
| 02:33pm | WASHIN DC | 202.441.9446 | SDDV | | 1 | $0.00 | $0.00 |
| 03:00pm | CLEVEL OH | 216.501.1099 | SDDV | | 1 | $0.00 | $0.00 |
| 03:01pm | CLEVEL OH | 216.521.1099 | SDDV | | 1 | $0.00 | $0.00 |
| 03:02pm | CLEVEL OH | 216.521.1099 | SDDV | | 1 | $0.00 | $0.00 |
| 03:05pm | CLEVEL OH | 216.407.4485 | SDDV | | 2 | $0.00 | $0.00 |
| 03:07pm | CLEVEL OH | 216.407.4485 | SDDV | | 1 | $0.00 | $0.00 |
| 04:10pm | INCOMI CL | 216.521.1099 | SDDV | | 4 | $0.00 | $0.00 |
| 04:21pm | INCOMI CL | 216.910.4481 | SDDV | | 1 | $0.00 | $0.00 |
| 06:59pm | WASHIN DC | 202.441.9446 | SDDV | | 1 | $0.00 | $0.00 |
| 07:19pm | INCOMI CL | 216.551.2644 | SDDV | | 3 | $0.00 | $0.00 |
| 06:12pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 08:13pm | Toll F CL | 866.679.4869 | SDDV | | 2 | $0.00 | $0.00 |
| 08:14pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 08:15pm | INDEPE OH | 216.253.0727 | SDDV | | 2 | $0.00 | $0.00 |
| 11:23pm | INCOMI CL | 216.272.6944 | SDDV | | 1 | $0.00 | $0.00 |

Friday, May 17

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 01:19am | WASHIN DC | 202.631.8090 | SDDV | | 1 | $0.00 | $0.00 |
| 06:16am | INCOMI CL | 866.619.5834 | SDDV | | 2 | $0.00 | $0.00 |
| 08:18am | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 08:49am | INDEPE OH | 216.253.0727 | SDDV | | 3 | $0.00 | $0.00 |
| 08:53am | INCOMI CL | 216.253.0727 | SDDV | | 4 | $0.00 | $0.00 |
| 10:12am | INCOMI CL | 216.385.2707 | SDDV | | 2 | $0.00 | $0.00 |
| 10:33am | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 10:49am | WASHIN DC | 202.441.9446 | SDDV | | 1 | $0.00 | $0.00 |
| 11:03am | INCOMI CL | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 11:13am | INCOMI CL | 216.264.5344 | SDDV | | 1 | $0.00 | $0.00 |
| 11:25am | WASHIN DC | 202.441.9446 | SDDV | | 2 | $0.00 | $0.00 |
| 11:58am | INCOMI CL | 478.258.6979 | SDDV | | 3 | $0.00 | $0.00 |
| 12:03pm | WASHIN DC | 202.441.9446 | SDDV | | 2 | $0.00 | $0.00 |

216.645.7142 continues...



**AT&T**

QUEEN RASHE MILLER
7928 LORAIN AVE
CLEVELAND, OH 44102-4256

| | |
|---|---|
| **Page:** | A-3 of 21 |
| **Bill Cycle Date:** | 02/04/19 - 03/03/19 |
| **Account:** | 287274193964 |
| **Foundation Account:** | FAN 07155927 |
| **Invoice:** | 287274193964X03112019 |

Visit us online at: **www.att.com/business**

## 216 645-7142
### QUEEN RASHE MILLER

**Call Detail** - Continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|---|---|---|---|---|---|---|---|
| Friday, 02/08 | | | | | | | |
| 03:08p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 03:27p | INCOMI CL | 216-404-8941 | SDDV | | 1 | 0.00 | 0.00 |
| 03:49p | INCOMI CL | 216-404-8941 | SDDV | | 2 | 0.00 | 0.00 |
| 03:55p | INCOMI CL | 216-256-9508 | SDDV | | 1 | 0.00 | 0.00 |
| 04:02p | INCOMI CL | 216-307-0977 | SDDV | | 1 | 0.00 | 0.00 |
| 04:03p | CLEVEL OH | 216-256-9508 | SDDV | | 1 | 0.00 | 0.00 |
| 04:05p | INCOMI CL | 216-256-9508 | SDDV | | 1 | 0.00 | 0.00 |
| 04:08p | CLEVEL OH | 216-404-8941 | SDDV | | 2 | 0.00 | 0.00 |
| 04:13p | INCOMI CL | 216-404-8941 | SDDV | | 2 | 0.00 | 0.00 |
| 04:42p | INCOMI CL | 440-799-9389 | SDDV | | 9 | 0.00 | 0.00 |
| 04:52p | CLEVEL OH | 216-486-9929 | SDDV | | 3 | 0.00 | 0.00 |
| 05:07p | INCOMI CL | 216-401-3869 | SDDV | | 2 | 0.00 | 0.00 |
| 05:14p | INCOMI CL | 216-755-7065 | SDDV | | 1 | 0.00 | 0.00 |
| 06:16p | INCOMI CL | 216-256-9508 | SDDV | | 11 | 0.00 | 0.00 |
| 06:27p | INCOMI CL | 216-404-8941 | SDDV | | 1 | 0.00 | 0.00 |
| 06:27p | CALL WAIT | 216-256-9508 | SDDV | CW | 2 | 0.00 | 0.00 |
| 06:29p | INCOMI CL | 216-256-9508 | SDDV | | 1 | 0.00 | 0.00 |
| 07:32p | CLEVEL OH | 216-262-2896 | SDDV | | 1 | 0.00 | 0.00 |
| 07:32p | CLEVEL OH | 216-401-3869 | SDDV | | 1 | 0.00 | 0.00 |
| 07:33p | CLEVEL OH | 216-401-3869 | SDDV | | 1 | 0.00 | 0.00 |
| 07:39p | BLOCKED | 000-000-0000 | SDDV | | 3 | 0.00 | 0.00 |
| 07:42p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:42p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:43p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 07:46p | BLOCKED | 000-000-0000 | SDDV | | 2 | 0.00 | 0.00 |
| 07:47p | CLEVEL OH | 216-401-3869 | SDDV | | 1 | 0.00 | 0.00 |
| 07:47p | BLOCKED | 000-000-0000 | SDDV | CW | 2 | 0.00 | 0.00 |
| 07:49p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 07:51p | BLOCKED | 000-000-0000 | SDDV | | 1 | 0.00 | 0.00 |
| 08:47p | CLEVEL OH | 216-401-3869 | SDDV | | 2 | 0.00 | 0.00 |
| 08:50p | INCOMI CL | 207-994-5760 | SDDV | | 1 | 0.00 | 0.00 |
| 09:17p | INCOMI CL | 216-404-8941 | SDDV | | 7 | 0.00 | 0.00 |
| 09:53p | ELYRIA OH | 440-610-3310 | SDDV | | 2 | 0.00 | 0.00 |
| 10:08p | CLEVEL OH | 216-533-8153 | SDDV | | 1 | 0.00 | 0.00 |
| 10:09p | AKRON OH | 330-861-2246 | SDDV | | 1 | 0.00 | 0.00 |
| 11:38p | CLEVEL OH | 216-612-5689 | SDDV | | 1 | 0.00 | 0.00 |
| 11:39p | AKRON OH | 330-861-2246 | SDDV | | 1 | 0.00 | 0.00 |
| 11:40p | CLEVEL OH | 216-543-8120 | SDDV | | 30 | 0.00 | 0.00 |
| Saturday, 02/09 | | | | | | | |
| 12:39a | CLEVEL OH | 216-432-8023 | SDDV | | 1 | 0.00 | 0.00 |
| 12:48a | CLEVEL OH | 216-307-0977 | SDDV | | 1 | 0.00 | 0.00 |
| 12:50a | CLEVEL OH | 216-543-8120 | SDDV | | 1 | 0.00 | 0.00 |
| 10:10a | INCOMI CL | 440-777-3399 | SDDV | | 1 | 0.00 | 0.00 |
| 10:22a | INCOMI CL | 440-610-3310 | SDDV | | 2 | 0.00 | 0.00 |
| 10:35a | CLEVEL OH | 216-396-6798 | SDDV | | 2 | 0.00 | 0.00 |
| 11:35a | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 11:47a | BLOCKED | 000-000-0000 | SDDV | | 7 | 0.00 | 0.00 |
| 02:16p | INDEPE OH | 216-253-0727 | SDDV | | 2 | 0.00 | 0.00 |
| 02:36p | INCOMI CL | 216-323-5715 | SDDV | | 4 | 0.00 | 0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Add1 Charges |
|---|---|---|---|---|---|---|---|
| Saturday, 02/09 | | | | | | | |
| 02:54p | INCOMI CL | 216-319-3764 | SDDV | | 1 | 0.00 | 0.00 |
| 04:43p | CLEVEL OH | 216-323-5715 | SDDV | | 7 | 0.00 | 0.00 |
| 08:23p | INCOMI CL | 478-258-6979 | SDDV | | 15 | 0.00 | 0.00 |
| Sunday, 02/10 | | | | | | | |
| 03:53a | INCOMI CL | 216-235-8357 | SDDV | | 4 | 0.00 | 0.00 |
| 03:57a | INCOMI CL | 216-235-8357 | SDDV | | 1 | 0.00 | 0.00 |
| 04:20a | INCOMI CL | 216-235-8357 | SDDV | | 2 | 0.00 | 0.00 |
| 04:22a | CLEVEL OH | 216-612-5689 | SDDV | | 1 | 0.00 | 0.00 |
| 05:09a | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 05:12a | INCOMI CL | 440-610-3310 | SDDV | | 1 | 0.00 | 0.00 |
| 05:13a | CLEVEL OH | 216-612-5689 | SDDV | | 1 | 0.00 | 0.00 |
| 09:18a | CLEVEL OH | 216-612-5689 | SDDV | | 1 | 0.00 | 0.00 |
| 12:27p | INCOMI CL | 424-202-9153 | SDDV | | 2 | 0.00 | 0.00 |
| 02:23p | INCOMI CL | 440-799-9389 | SDDV | | 1 | 0.00 | 0.00 |
| 03:39p | Toll F CL | 800-503-1283 | SDDV | | 2 | 0.00 | 0.00 |
| 03:57p | Toll F CL | 866-679-4869 | SDDV | | 3 | 0.00 | 0.00 |
| 04:23p | INCOMI CL | 424-202-9153 | SDDV | | 2 | 0.00 | 0.00 |
| 05:03p | INCOMI CL | 424-202-9153 | SDDV | | 1 | 0.00 | 0.00 |
| 05:46p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 05:46p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 05:47p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 05:48p | CLEVEL OH | 216-323-5715 | SDDV | | 1 | 0.00 | 0.00 |
| 06:18p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 06:56p | INCOMI CL | 216-246-7095 | SDDV | | 2 | 0.00 | 0.00 |
| 07:30p | INCOMI CL | 216-323-5715 | SDDV | | 3 | 0.00 | 0.00 |
| 09:50p | Toll F CL | 866-679-4869 | SDDV | | 4 | 0.00 | 0.00 |
| 09:59p | Toll F CL | 866-679-4869 | SDDV | | 1 | 0.00 | 0.00 |
| Monday, 02/11 | | | | | | | |
| 09:37a | INCOMI CL | 212-377-6696 | SDDV | | 1 | 0.00 | 0.00 |
| 10:28a | INCOMI CL | 216-253-0727 | SDDV | | 4 | 0.00 | 0.00 |
| 10:33a | BEREA OH | 440-503-8041 | SDDV | | 1 | 0.00 | 0.00 |
| 10:35a | INCOMI CL | 440-799-9389 | SDDV | | 3 | 0.00 | 0.00 |
| 10:39a | INCOMI CL | 440-503-8041 | SDDV | | 11 | 0.00 | 0.00 |
| 12:57p | INCOMI CL | 216-246-7095 | SDDV | | 1 | 0.00 | 0.00 |
| 12:57p | INCOMI CL | 216-246-7095 | SDDV | | 1 | 0.00 | 0.00 |
| 01:38p | CLEVEL OH | 216-521-2299 | SDDV | | 2 | 0.00 | 0.00 |
| 01:58p | INCOMI CL | 440-610-3310 | SDDV | | 2 | 0.00 | 0.00 |
| 02:02p | CLEVEL OH | 216-650-8180 | SDDV | | 1 | 0.00 | 0.00 |
| 02:03p | HILLCR OH | 440-565-7707 | SDDV | | 6 | 0.00 | 0.00 |
| 02:10p | INDEPE OH | 216-253-0727 | SDDV | | 9 | 0.00 | 0.00 |
| 02:19p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 02:19p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 02:26p | CLEVEL OH | 216-727-6542 | SDDV | | 1 | 0.00 | 0.00 |
| 02:26p | CLEVEL OH | 216-727-6542 | SDDV | | 1 | 0.00 | 0.00 |
| 03:03p | INCOMI CL | 216-253-0727 | SDDV | | 4 | 0.00 | 0.00 |
| 03:30p | INCOMI CL | 440-732-6154 | SDDV | | 3 | 0.00 | 0.00 |
| 05:09p | INCOMI CL | 440-732-6154 | SDDV | | 1 | 0.00 | 0.00 |
| 05:24p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 05:25p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 05:25p | STRONG OH | 440-732-6154 | SDDV | | 2 | 0.00 | 0.00 |
| 05:35p | INCOMI CL | 440-732-6154 | SDDV | | 1 | 0.00 | 0.00 |
| 06:30p | INCOMI CL | 216-401-3869 | SDDV | | 2 | 0.00 | 0.00 |
| 06:32p | INDEPE OH | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |
| 06:36p | INCOMI CL | 216-253-0727 | SDDV | | 1 | 0.00 | 0.00 |

 **AT&T**

Page: A1 of A19
Issue Date: May 03, 2019
Account Number: 287274193964
Foundation Account: 07155927
Invoice: 287274193964X05112019

## Your detailed usage

**Wireless, 216.645.7142**
QUEEN RASHE MILLER

### Call Detail

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| *Thursday, Apr 04* | | | | | | | |
| 07:27am | INCOMI CL | 216.323.5715 | SDDV | | 1 | $0.00 | $0.00 |
| 08:48am | CLEVEL OH | 216.323.5715 | SDDV | | 1 | $0.00 | $0.00 |
| 09:20am | CLEVEL OH | 216.323.5715 | SDDV | | 1 | $0.00 | $0.00 |
| 11:07am | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 11:11am | INDEPE OH | 216.253.0727 | SDDV | | 4 | $0.00 | $0.00 |
| 12:09pm | CLEVEL OH | 216.681.2021 | SDDV | | 4 | $0.00 | $0.00 |
| 02:16pm | INCOMI CL | 216.532.1274 | SDDV | | 1 | $0.00 | $0.00 |
| 02:19pm | INCOMI CL | 855.899.8218 | SDDV | | 1 | $0.00 | $0.00 |
| 02:25pm | INCOMI CL | 216.724.9374 | SDDV | | 1 | $0.00 | $0.00 |
| 03:47pm | CLEVEL OH | 216.215.1435 | SDDV | | 5 | $0.00 | $0.00 |
| 04:18pm | INCOMI CL | 216.323.5715 | SDDV | | 1 | $0.00 | $0.00 |
| 04:33pm | CLEVEL OH | 216.323.5715 | SDDV | | 1 | $0.00 | $0.00 |
| 04:39pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 04:40pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 04:41pm | CLEVEL OH | 216.323.5715 | SDDV | | 2 | $0.00 | $0.00 |
| 04:42pm | BLOCKED | 000.000.0000 | SDDV | CW | 1 | $0.00 | $0.00 |
| 04:43pm | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 05:01pm | Toll F CL | 800.633.4766 | SDDV | | 4 | $0.00 | $0.00 |
| 05:04pm | CLEVEL OH | 216.323.5715 | SDDV | | 1 | $0.00 | $0.00 |
| 05:05pm | Toll F CL | 800.633.4766 | SDDV | | 2 | $0.00 | $0.00 |
| 05:07pm | Toll F CL | 800.633.4766 | SDDV | | 1 | $0.00 | $0.00 |
| 05:08pm | Toll F CL | 800.633.4766 | SDDV | 3WC | 80 | $0.00 | $0.00 |
| 05:50pm | Toll F CL | 800.633.4766 | SDDV | 3WC | 30 | $0.00 | $0.00 |
| 06:32pm | TERRAC OH | 216.260.2260 | SDDV | | 1 | $0.00 | $0.00 |
| 06:33pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 06:47pm | CLEVEL OH | 216.323.5715 | SDDV | | 10 | $0.00 | $0.00 |
| 08:41pm | INCOMI CL | 216.529.7780 | SDDV | | 4 | $0.00 | $0.00 |
| 09:35pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| *Friday, Apr 05* | | | | | | | |
| 07:54am | INCOMI CL | 216.404.8941 | SDDV | | 20 | $0.00 | $0.00 |
| 08:30am | INCOMI CL | 216.323.5715 | SDDV | | 18 | $0.00 | $0.00 |
| 09:29am | INCOMI CL | 800.362.7557 | SDDV | | 1 | $0.00 | $0.00 |
| 09:34am | 911 Em CL | 000.000.0911 | SDDV | | 10 | $0.00 | $0.00 |
| 09:51am | CLEVEL OH | 216.815.1275 | SDDV | | 1 | $0.00 | $0.00 |
| 09:51am | CLEVEL OH | 216.815.1275 | SDDV | | 2 | $0.00 | $0.00 |
| 10:21am | INCOMI CL | 216.930.3975 | SDDV | | 1 | $0.00 | $0.00 |
| 10:27am | CLEVEL OH | 216.930.3975 | SDDV | | 1 | $0.00 | $0.00 |
| 10:28am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:29am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:29am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:29am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:29am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:29am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:30am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:31am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:31am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:32am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:32am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:33am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 10:33am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:34am | BLOCKED | 000.000.0000 | SDDV | | 1 | $0.00 | $0.00 |
| 10:53am | INCOMI CL | 216.623.4560 | SDDV | | 1 | $0.00 | $0.00 |
| 12:18pm | INCOMI CL | 440.799.9389 | SDDV | | 11 | $0.00 | $0.00 |
| 12:37pm | INCOMI CL | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 12:46pm | CLEVEL OH | 216.544.5656 | SDDV | | 10 | $0.00 | $0.00 |
| 02:50pm | INCOMI CL | 216.278.7216 | SDDV | | 1 | $0.00 | $0.00 |
| 02:58pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 03:00pm | Toll F CL | 866.679.4869 | SDDV | | 2 | $0.00 | $0.00 |
| 03:19pm | CLEVEL OH | 216.521.1099 | SDDV | | 1 | $0.00 | $0.00 |
| 03:35pm | CLEVEL OH | 216.916.9337 | SDDV | | 2 | $0.00 | $0.00 |
| 03:58pm | CLEVEL OH | 216.521.1099 | SDDV | | 1 | $0.00 | $0.00 |
| 04:03pm | INCOMI CL | 216.260.2254 | SDDV | | 1 | $0.00 | $0.00 |
| 04:29pm | INCOMI CL | 216.323.5715 | SDDV | | 1 | $0.00 | $0.00 |
| 04:31pm | INCOMI CL | 216.780.0427 | SDDV | | 1 | $0.00 | $0.00 |
| 04:52pm | INCOMI CL | 216.916.9337 | SDDV | | 3 | $0.00 | $0.00 |
| 04:56pm | Toll F CL | 800.362.7557 | SDDV | | 16 | $0.00 | $0.00 |
| 05:15pm | INDEPE OH | 216.253.0727 | SDDV | | 2 | $0.00 | $0.00 |
| 05:17pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 05:17pm | INDEPE OH | 216.253.0727 | SDDV | | 1 | $0.00 | $0.00 |
| 05:36pm | BEREA OH | 440.503.8041 | SDDV | | 8 | $0.00 | $0.00 |
| 05:48pm | CLEVEL OH | 216.215.1435 | SDDV | | 1 | $0.00 | $0.00 |
| 05:48pm | CLEVEL OH | 216.215.1435 | SDDV | | 1 | $0.00 | $0.00 |
| 05:49pm | INCOMI CL | 216.666.5614 | SDDV | | 1 | $0.00 | $0.00 |
| 05:50pm | CLEVEL OH | 216.215.1435 | SDDV | | 1 | $0.00 | $0.00 |
| 05:51pm | INCOMI CL | 216.323.5715 | SDDV | | 17 | $0.00 | $0.00 |
| 06:07pm | CLEVEL OH | 216.215.1435 | SDDV | | 1 | $0.00 | $0.00 |
| 06:57pm | CLEVEL OH | 216.215.1435 | SDDV | | 5 | $0.00 | $0.00 |
| *Saturday, Apr 06* | | | | | | | |
| 09:46am | INCOMI CL | 216.253.0727 | SDDV | | 5 | $0.00 | $0.00 |
| 09:51am | CLEVEL OH | 216.407.9855 | SDDV | | 1 | $0.00 | $0.00 |
| 10:47am | CLEVEL OH | 216.544.5656 | SDDV | | 1 | $0.00 | $0.00 |
| 10:50am | INCOMI CL | 419.549.3896 | SDDV | | 1 | $0.00 | $0.00 |
| 10:54am | BEREA OH | 440.503.8041 | SDDV | | 7 | $0.00 | $0.00 |
| 11:14am | INCOMI CL | 800.589.3101 | SDDV | | 3 | $0.00 | $0.00 |
| 11:17am | Toll F CL | 800.589.3101 | SDDV | | 1 | $0.00 | $0.00 |
| 11:23am | BEREA OH | 440.503.8041 | SDDV | | 1 | $0.00 | $0.00 |
| 11:24am | INCOMI CL | 440.503.8041 | SDDV | | 9 | $0.00 | $0.00 |
| 11:32am | INCOMI CL | 440.799.9389 | SDDV | | 20 | $0.00 | $0.00 |
| 11:53am | CLEVEL OH | 216.544.5656 | SDDV | | 1 | $0.00 | $0.00 |
| 12:33pm | INCOMI CL | 440.799.9389 | SDDV | | 1 | $0.00 | $0.00 |
| 12:36pm | INCOMI CL | 216.544.5656 | SDDV | | 6 | $0.00 | $0.00 |
| 12:41pm | CALL WAIT | 216.404.8941 | SDDV | CW | 1 | $0.00 | $0.00 |
| 12:42pm | BEREA OH | 440.503.8041 | SDDV | | 1 | $0.00 | $0.00 |
| 12:42pm | BEREA OH | 440.503.8041 | SDDV | | 1 | $0.00 | $0.00 |
| 12:48pm | CLEVEL OH | 440.799.9389 | SDDV | | 7 | $0.00 | $0.00 |
| 01:26pm | INCOMI CL | 440.503.8041 | SDDV | | 2 | $0.00 | $0.00 |
| 03:09pm | CLEVEL OH | 216.661.5855 | SDDV | | 3 | $0.00 | $0.00 |
| 04:59pm | CLEVEL OH | 216.741.1452 | SDDV | | 1 | $0.00 | $0.00 |
| 05:02pm | CLEVEL OH | 440.331.3624 | SDDV | | 2 | $0.00 | $0.00 |
| 05:53pm | CLEVEL OH | 216.339.5037 | SDDV | | 6 | $0.00 | $0.00 |
| 06:02pm | INCOMI CL | 440.610.3310 | SDDV | | 4 | $0.00 | $0.00 |
| 06:52pm | INCOMI CL | 216.609.2014 | SDDV | | 3 | $0.00 | $0.00 |
| 06:55pm | CLEVEL OH | 216.609.2014 | SDDV | | 2 | $0.00 | $0.00 |
| 07:01pm | INCOMI CL | 216.609.2014 | SDDV | | 1 | $0.00 | $0.00 |
| 07:29pm | CLEVEL OH | 216.404.8941 | SDDV | | 1 | $0.00 | $0.00 |
| 07:55pm | INCOMI CL | 440.732.6154 | SDDV | | 11 | $0.00 | $0.00 |
| 08:34pm | INCOMI CL | 216.246.7095 | SDDV | | 20 | $0.00 | $0.00 |
| 08:53pm | CALL WAIT | 216.609.2014 | SDDV | CW | 1 | $0.00 | $0.00 |
| 08:54pm | CLEVEL OH | 216.609.2014 | SDDV | | 1 | $0.00 | $0.00 |
| 08:54pm | CLEVEL OH | 216.246.7095 | SDDV | | 1 | $0.00 | $0.00 |

*216.645.7142 continues..*



CLEVELAND MUNICIPAL COURT
**Office of the Clerk of Court**
**Earle B. Turner**
Justice Center • Level Three
1200 Ontario Street • Cleveland, Ohio 44113-1669
**216-664-4790**

# GO THE CLERK OF COURTS OFFICE ON THE 3RD FLOOR FOR

## WARRANT BLOCK RELEASE

**How to apply for a Warrant Block Release:**

**YOU MUST COMPLY WITH ALL COURT ORDERS AND REQUIREMENTS:**

- Pay outstanding fine, fee and cost for each case.  NO CHECKS accepted for cases with warrant block(s).
- Case adjudicated in court. (i.e. Found Not Guilty, Nolle Pros, Dismissed for Want of Prosecution, or Sentence Suspended)
- Once released from incarceration and case has been satisfied.

There will be a **$20.00 WARRANT BLOCK FEE** for each case regardless of the outcome of the case.
NO CHECKS accepted for cases with a Warrant Block.
Time-To-Pay will not be used for cases with a history of Warrant Blocks.

**A WARRANT BLOCK RELEASE WILL NOT BE GIVEN AT ANY TIME IF THE $20.00 PER CASE WARRANT BLOCK RELEASE FEE IS NOT SATISFIED.  NO CHECKS WILL BE ACCEPTED FOR CASES WITH A WARRANT BLOCK.**

Upon satisfaction of the case(s) with Warrant Block, the Court will notify The State of Ohio Bureau of Motor Vehicles to release the block or a Warrant Block Release form can be given to the defendant to be taken to:

**The State of Ohio Bureau of Motor Vehicles Office**
**12000 Snow Road**
**Parma, Ohio 44130**

To receive a Warrant Block release form, please go to the Counter Information Services Department located on the 3rd floor of the Clerk of Courts office.

**By the order of the Court, immediately issue a Warrant Block Release upon receipt of $20.00 fee on the following:**

      **Case Number:    2017 TRD 032113**
      **Defendant Name: QUEEN T MILLER**

CRTR7226

OFFICIAL RECEIPT
CLEVELAND MUNICIPAL COURT       OH018071J
1200 ONTARIO AVE
CLEVELAND, OH 44113

PHONE #           -  FAX #              WEBSITE:

Date:  03/09/2019        Citation: 2351271        Case Number: 2015 TRD 044837        Receipt:  911622

:                                         ID Number:
DEFENDANT:     MILLER, QUEEN R

RECEIVED FROM:
2016 TRD 024861 M1

ON BEHALF OF:     MILLER, QUEEN R

PAYMENT FOR:                                        AMOUNT
    FINE AMOUNT DUE                                 29.00
    Charge #1: LICENSE REQUIRED TO OPERATE  Receipt:

    BASIC COURT COSTS                              61.00
    Charge #1: DRIVING UNDER SUSP/REVOC  Receipt: 735538


PAYMENT TYPE:           REFERENCE NUMBER       AMOUNT PAID
CASH                                              40.00
ZZ OFFLINE CREDIT CARD  847165                    50.00

RECEIPT TOTAL:                                     90.00
CHANGE:                                             0.00

BALANCE DUE                         771.00

COMMENTS:

NEXT PAYMENT DATE:                  NEXT PAYMENT AMOUNT:
COURT RETURN DATE: 12/24/2018

NEXT APPEARANCE DATE:
                                              OPERATOR:    AWEST
                                              RECEIPT LOCATION:
JUDGE:                          DEPT:
LOCATION:

                                            PAGE:    1
This transaction is subject to final audit.

Miller v. City of Shaker Hts.        CASE NO. 1:19-cv-1080    PLAINTIFF'S RESPONSES 00067

Search Criteria    Search    Clear

2017 TRD 032113         STATE OF OHIO / CITY OF CLEVELAND -VS- MILLER, QUEEN T         SMS

Docket Entry    All Dockets
Images                        >    Begin Date    >    SortDescending
Participant                   >    End Date      >
Display    Exclude Non Display Dockets
Option

Search Results

| Docket Date | Reference | Description | Amt Owed/ Dism/Credit | Amount Due |
|---|---|---|---|---|
| 7/30/2019 | | Journal Entry  note: CASE DISPOSED - CMS COMPLETED | 0.00 | 0.00 |
| 7/30/2019 | | Sentence satisfied. | 0.00 | 0.00 |
| 7/30/2019 | | COMMUNITY WORK SERVICE COMPLETED, FINE SATISFIED, SENTENCE SATISFIED AS TO COSTS Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 7/24/2019 | | THE CENTRAL SCHEDULING DEPARTMENT HAS NOTIFIED THE ATTORNEY(S) FOR THE DEFENDANT OF THE COURT DATE BY TELEPHONE. | 0.00 | 0.00 |
| 7/24/2019 | | Case continued. Event: Case scheduled for motion hearing. Date: 07/30/2019   Time: 9:00 am Judge: Sweeney, Suzan Marie   Location: 12th Floor Courtroom C | 0.00 | 0.00 |
| 7/23/2019 | | MOTION FOR DRIVING PRIVILEGES Attorney: JOHNSON ESQ, CARLOS  (74685) | 0.00 | 0.00 |
| 7/9/2019 | | WARRANT BLOCK GIVEN TO DEFENDANT  RELEASE OF WARRANT REGISTRATION BLOCK Sent on: 07/09/2019  12:08:38.68 | 0.00 | 0.00 |

Close
Open

Save
Print

Add Record
Log Display
Image
Patches
Doc

Forms

Events
Print Docket
Legal Cost
Dismiss
Options
Tillers

No Motions

Reorder Dockets
File Tracking

Labels

System
Notification
Docket ID
Display

Docket
Calculate
Presets
View Document
Delete Record

| Date | Description | | |
|---|---|---|---|
| 7/9/2019 | Warrant block release ordered. | 0.00 | 0.00 |
| 7/9/2019 | WARRANT BLOCK INFORMATION SHEET<br>Sent on: 07/09/2019 11:37:44.36 | 10.00 | 0.00 |
| 7/9/2019 | Community Work Service ordered in lieu of fine &<br>cost __30__ hrs __10/31/19__ date, fine + CC<br>converted. | 10.00 | 0.00 |
| 7/9/2019 | Defendant found unable to pay fine. | 0.00 | 0.00 |
| 7/9/2019 | Ability to pay fine hearing had. | 0.00 | 0.00 |
| 7/9/2019 | Defendant found guilty.<br>Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 7/9/2019 | Attorney of record is: __Antonio<br>Nicholson__ | 0.00 | 0.00 |
| 7/9/2019 | Warrant fee waived. | 0.00 | 0.00 |
| 7/9/2019 | Warrant block release ordered. | 0.00 | 0.00 |
| 7/9/2019 | Warrant recalled. | 0.00 | 0.00 |
| 6/27/2019 | THE CENTRAL SCHEDULING DEPARTMENT HAS NOTIFIED<br>THE ATTORNEY(S) FOR THE DEFENDANT OF THE COURT<br>DATE BY TELEPHONE. | 0.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 6/27/2019 | Case continued.<br>Event: Case scheduled for motion hearing.<br>Date: 07/09/2019   Time: 11:00 am<br>Judge: Sweeney, Suzan Marie  Location: 12th<br>Floor Courtroom C | 0.00 | 0.00 |
| 6/26/2019 | Result: COMMUNITY WORK SERV IN LIEU OF FINE AND<br>COSTS<br>MOTION TO RECALL WARRANT BLOCK AND REINSTATE<br>COMMUNITY WORK SERVICE CAPIAS AND ISSUE NEW<br>COURT DATE<br>Attorney: JOHNSON ESQ, CARLOS (746685) | 0.00 | 0.00 |
| 3/15/2019 | ALERT ISSUED<br>WALK OUT NON PAYMENT CWS issued on: 03/15/2019<br>For: MILLER, QUEEN T<br>Bond Amt:<br>Bond Type: | 0.00 | 0.00 |
| 3/14/2019 | COMMUNITY WORK SERVICE TERMINATED/RETURNED | 0.00 | 0.00 |
| 3/14/2019 | ALERT CANCELED<br>VEHICLE REGISTRATION BLOCK ISSUED canceled on:<br>03/14/2019<br>For: MILLER, QUEEN T | 0.00 | 0.00 |
| 2/28/2019 | ALERT ISSUED<br>VEHICLE REGISTRATION BLOCK ISSUED issued on:<br>02/28/2019<br>For: MILLER, QUEEN T<br>Bond Amt:<br>Bond Type: | 0.00 | 0.00 |
| 2/28/2019 | VEHICLE REGISTRATION BLOCK SENT TO BMV<br>Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/21/2018 | VEHICLE REGISTRATION BLOCK SENT TO BMV<br>VEHICLE REGISTRATION HOLD<br>Sent on: 12/21/2018 15:27:45.58<br>Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 9/12/2018 | As a community control sanction, defendant<br>ordered to complete 37 __ hours of community<br>work service by _3/12/19 _____ | 0.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 5/3/2018 | ALERT ISSUED<br>VEHICLE REGISTRATION BLOCK ISSUED issued on:<br>05/03/2018<br>For: MILLER, QUEN T<br>Bond Amt:<br>Bond Type: | 0.00 | 0.00 |
| 5/3/2018 | VEHICLE REGISTRATION BLOCK ISSUED<br>VEHICLE REGISTRATION BLOCK ISSUED created on:<br>05/03/2018<br>For: MILLER, QUEN T<br>Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 3/19/2018 | TIME TO PAY NON PAYMENT | 0.00 | 0.00 |
| 12/19/2017 | Defendant is hereby granted time to pay the<br>fine/costs assessed prior to: 03/19/2018<br>Charge #1: LICENSE REQUIRED TO OPERATE  Receipt:<br>843652  Date: 12/19/2017 | 15.00 | 0.00 |
| 12/19/2017 | PARTIAL PAYMENT IN THE AMOUNT OF : 20.00 | 0.00 | 0.00 |
| 12/19/2017 | FINE AND COST SHEET GIVEN TO DEFENDANT | 0.00 | 0.00 |
| 12/19/2017 | FINE AND COSTS - BALANCE DUE<br>Sent on: 12/19/2017 11:15:13.36 | 0.00 | 0.00 |
| 12/19/2017 | Time to pay granted until __Clerk to accept<br>partial payments of $20 today and set up payment<br>plan.__ | 0.00 | 0.00 |
| 12/19/2017 | DEFENDANT HAS PROVIDED PROFF OF A VALID DRIVERS<br>LICENSE | 0.00 | 0.00 |
| 12/19/2017 | Financial responsibility (insurance) shown.<br>Founders effective to 12/8/18. | 0.00 | 0.00 |
| 12/19/2017 | Officer present in court. #2126 | 0.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 12/19/2017 | Defendant is represented by public defender M.D. | 0.00 | 0.00 |
| 12/19/2017 | ON THE PROSECUTOR'S MOTION, THIS MATTER MARKED NOLLE PROSSQUI. DEFENDANT IS DISCHARGED ACCORDINGLY. Charge #2: DRIVER SEATBELT REQUIRED | 0.00 | 0.00 |
| 12/19/2017 | $_850_ of fine suspended. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/19/2017 | Fine and costs amounts due until waiver is paid or defendant found guilty Charge #1: LICENSE REQUIRED TO OPERATE | 1,000.00 | 0.00 |
| | | 1,000.00 | |
| 12/19/2017 | Defendant entered no contest plea. Defendant found guilty. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/19/2017 | Defendant withdrew not guilty plea. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 12/19/2017 | Prosecutor amended charge to _435.01 LICENSE REQUIRED TO OPERATE.[MU]. Charge #1: LICENSE REQUIRED TO OPERATE | 0.00 | 0.00 |
| 11/30/2017 | Hearing Scheduled: Event: Criminal Trial Date: 12/19/2017  Time: 10:00 am Judge: Sweeney, Suzan Marie  Location: 12th Floor Courtroom C | 0.00 | 0.00 |
| 11/30/2017 | Case continued at defendants request. The following event: Case scheduled for pretrial hearing, scheduled for 11/30/2017 at 9:00 am has been resolved as follows: | 10.00 | 0.00 |
| 11/30/2017 | Result: Continued at Defendants request. Judge: Sweeney, Suzan Marie  Location: 12th Floor Courtroom C Defendant advised of right to an attorney. | 10.00 | |

| Date | Description | Amount 1 | Amount 2 |
|---|---|---|---|
| 11/30/2017 | BASED ON INFORMATION RECEIVED FROM THE DEFENDANT, LEADS, OHLEG OR OTHER SOURCE, THE RECORD IS HEREBY CORRECTED TO AMEND THE FOLLOWING:<br><br>DEFENDANTS INITIAL NAME:<br>DEFENDANTS NEW OR CORRECTED NAME: amend last name to "Miller" | 0.00 | 0.00 |
| 11/13/2017 | Case continued.<br>Event: Case scheduled for pretrial hearing.<br>Date: 11/30/2017  Time: 9:00 am<br>Judge: Sweeney, Suzan Marie  Location: 12th Floor Courtroom C | 0.00 | 0.00 |
| 11/13/2017 | Result: Continued at Defendants request.<br>CASE ASSIGNED TO THE PERSONAL DOCKET OF:<br>Participant(s): Judge Suzan Marie Sweeney | 0.00 | 0.00 |
| 11/13/2017 | Defendant entered not guilty plea.<br>Charge #2: DRIVER SEATBELT REQUIRED | 0.00 | 0.00 |
| 11/13/2017 | Defendant entered not guilty plea.<br>Charge #1: DRIVING UNDER SUSP/REVOC | 0.00 | 0.00 |
| 11/8/2017 | Financial responsibility (insurance) not shown. | 0.00 | 0.00 |
| 11/8/2017 | BASIC COURT COSTS<br>Charge #1: DRIVING UNDER SUSP/REVOC  Receipt:<br>843652  Date: 12/19/2017 | 141.00<br>136.00 | 0.00 |
| 11/8/2017 | COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED<br>Charge #2: DRIVER SEATBELT REQUIRED | 0.00 | 0.00 |
| 11/8/2017 | COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED<br>Charge #1: DRIVING UNDER SUSP/REVOC | 0.00 | 0.00 |



11/8/2017

Hearing Scheduled:
Event: Traffic Arraignment (Afternoon)
Date: 11/13/2017   Time: 1:30 pm
Judge: Criminal, Judge/Magistrate   Location:
3rd Floor Courtroom B

0.00

0.00

1/1/1900

BACK FILED IMAGES

0.00

| Date | Description | Amount |
|---|---|---|
| 3/13/2018 | NOTE MADE BY CLERK - DEF. STATED SHE WILL RETURN LATER TODAY TO PAY THE $9.85. | 0.00 |
| 2/21/2018 | TIME TO PAY NON PAYMENT | 0.00 |
| 5/19/2017 | PARTIAL PAYMENT IN THE AMOUNT OF : $115.15 | 0.00 |
| 3/20/2017 | THIS CASE WAS PLACED ON THE DOCKET FOR REVIEW. THERE IS NO ACTION REQUIRED AT THIS TIME. REFER TO PREVIOUS JOURNAL FOR STATUS OF CASE | 0.00 |
| 3/15/2017 | DEFENDANT IS REFERRED TO THE PROBATION/COMMUNITY CONTROL DEPARTMENT FOR INTERVIEW AND INSTRUCTION. | 0.00 |
| 3/15/2017 | Case continued. Event: Case scheduled for motion hearing. Date: 03/20/2017  Time: 9:00 am Judge: Adrine, Ronald B.  Location: 15th Floor Courtroom A | 0.00 |
| 3/15/2017 | Result: JUDICIAL REVIEW MOTION FILED BY DEFENDANT  Receipt: 813355 Date: 05/19/2017 | 5.00 |
| 2/21/2017 | Defendant is hereby granted time to pay the fine/costs assessed prior to:02/21/2018 Charge #1: DRIV UNDER INFLUENCE ALC/DRUG OR COMBINATION OF THEM  Receipt: 813355  Date: 05/19/2017 | 5.00 |
| 2/21/2017 | Limited driving privileges granted: Mondays through Saturdays 8:00am to 9:00pm until 2/27/2017 for work & child care. | 0.00 |
| 2/21/2017 | Substance abuse assessment and counseling ordered. | 0.00 |

Close    Open    Search    Search    Clear

Search Criteria

2016 TRC 028863          STATE OF OHIO / CITY OF CLEVELAND -VS- MILLER, QUEEN          RBA

Docket Entry    All Dockets
Images          All Dockets
Participant
Display         Exclude Non Display Dockets
Option

Begin Date    >    Sort Descending
End Date      >

Search Results

| Docket Date | Referenc e | Description | Amt Owed/ Dism/Credit | Amt Owed/ Amount Due |
|---|---|---|---|---|
| 7/25/2019 | | MOTION FOR DRIVING PRIVILEGES Attorney: JOHNSON ESQ., CARLOS (74685) | 0.00 | 0.00 |
| 10/31/2018 | | CASE REFERRED TO PROBATION (JAIL FILE) | 0.00 | 0.00 |
| 10/30/2018 | | Journal Entry note: DEFT REQUEST INACTIVE PROBATION PROBATION TO REMAIN ACTIVE W/ SAME TERMS | 0.00 | 0.00 |
| 10/30/2018 | | Motion to/for ____ MODIFY PROBATION ____ denied. | 0.00 | 0.00 |
| 10/12/2018 | | Hearing Scheduled: Event: Probation Violation Hearing Date: 10/30/2018  Time: 9:00 am Judge: Earley, Michelle Denise  Location: 14th Floor Courtroom C | 0.00 | 0.00 |
| 3/13/2018 | | Result: Community Control Violation hearing held. FINE AND/OR COURT COSTS HAVE BEEN PAID. | 0.00 | 0.00 |
| 3/13/2018 | | PAYMENT MADE ONLINE | 0.00 | 0.00 |

1 Add Record
2 Doc Display
3 Image

4 Parties
5 Dockets

6 Forms

7 Events
8 Print Docket

9 G/Bal Cost
10 Dismiss
Options
11 Ticklers

12 NG Options

1 Reorder Dockets
2 Fine Tracking

3 Labels

4 System
Notification
5 Docket ID
6 Docket
Calculate
Press
7 V/ Document
8 Delete Record

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080          PLAINTIFF'S RESPONSES 00076

| Date | Description | | |
|------|-------------|---|---|
| 2/21/2017 | Defendant ordered to complete 5 Mother's Against Drunk Driving sessions. | 0.00 | 0.00 |
| 2/21/2017 | PROBATION CONDITION - NO ALCOHOL OR ABUSE OF DRUGS | 0.00 | 0.00 |
| 2/21/2017 | Defendant ordered to active community control supervision for 3 yrs. | 150.00 | 0.00 |
| 2/21/2017 | Financial responsibility (insurance) shown. | 150.00 | |
| 2/21/2017 | | 0.00 | 0.00 |
| 2/21/2017 | Vehicle ordered immobilized for 90 days. | 0.00 | 0.00 |
| 2/21/2017 | Administrative license suspension (ALS) terminated. | 0.00 | 0.00 |
| 2/21/2017 | BASED UPON INFORMATION PROVIDED TO THIS COURT IT HAS BEEN DETERMINED THAT THIS IS THE DEFENDANT'S 2. DUI WITHIN THE PAST SIX YEARS | 0.00 | 0.00 |
| 2/21/2017 | Driver's license suspended from 09/02/2016 to 09/02/2017. | 0.00 | 0.00 |
| 2/21/2017 | Defendant found indigent, cost waived. | 0.00 | 0.00 |
| 2/21/2017 | Defendant found unable to pay fine. | 0.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 2/21/2017 | Ability to pay fine hearing had. | 0.00 | 0.00 |
| 2/21/2017 | COMMITMENT PAPERS ONLY ISSUED SEE JOURNAL FOR DETAILS - Days to be served on 10 consecutive Sundays, beginning @ 9:00am and ending @ 9:00pm starting on Sunday 2/26/2017. | 0.00 | 0.00 |
| 2/21/2017 | Execution of sentence stayed until 02/26/2017, defendant to report directly to Cuyahoga County Jail. | 0.00 | 0.00 |
| 2/21/2017 | SOE 10 Days in Jail | 0.00 | 0.00 |
| 2/21/2017 | HAVING BEEN FOUND GUILTY, THE DEFENDANT IS SENTENCED TO 180 DAYS OF INCARCERATION AT THE CLEVELAND HOUSE OF CORRECTIONS. 170 DAYS OF INCARCERATION ARE HEREBY SUSPENDED. Charge #1: DRIV UNDER INFLUENCE ALC/DRUG OR COMBINATION OF THEM | 0.00 | 0.00 |
| 2/21/2017 | FINE AMOUNT DUE Charge #1: DRIV UNDER INFLUENCE ALC/DRUG OR COMBINATION OF THEM  Receipt: 813355 Date: 05/19/2017 Receipt: 813356 Date: 05/19/2017. Receipt 813356 reversed by 813357 on 05/19/2017. Receipt: 813358 Date: 05/19/2017 Receipt: 813649 Date: 12/19/2017 Receipt: 85897 Date: 03/13/2018 Receipt: 855949 Date: 03/13/2018 | 525.00 | 0.00 |
| 2/21/2017 | Defendant found guilty. Charge #1: DRIV UNDER INFLUENCE ALC/DRUG OR COMBINATION OF THEM | 0.00 | 0.00 |
| 2/21/2017 | Defendant withdrew not guilty plea. Charge #1: DRIV UNDER INFLUENCE ALC/DRUG OR COMBINATION OF THEM | 0.00 | 0.00 |
| 2/2/2017 | MOTION FOR DRIVING PRIVILEGES Attorney: TRIVERS ESQ, OSCAR (19588) | 0.00 | 0.00 |

| Date | Description | | Amount |
|---|---|---|---|
| 1/31/2017 | Case continued.<br>Event: Presentence Investigation. Sentencing<br>hearing set.<br>Date: 02/21/2017  Time: 9:00 am<br>Judge: Adrine, Ronald B.  Location: 15th Floor<br>Courtroom A | 0.00 | 0.00 |
| 1/31/2017 | Case continued by court's order.<br>The following event: Bratenahl Pretrial<br>scheduled for 01/31/2017 at 9:00 am has been<br>resulted as follows: | 0.00 | 0.00 |
| 1/31/2017 | Result: Continued<br>Judge: Adrine, Ronald B.  Location: 15th Floor<br>Courtroom A<br>Financial Responsibility (insurance) shown. | | 0.00 |
| 1/31/2017 | ON THE PROSECUTOR'S MOTION, THIS MATTER MARKED<br>NOLLE PROSEQUI. DEFENDANT IS DISCHARGED<br>ACCORDINGLY<br>Charge #3: SEATBELT LAW - DRIVER | 0.00 | 0.00 |
| 1/31/2017 | ON THE PROSECUTOR'S MOTION, THIS MATTER MARKED<br>NOLLE PROSEQUI. DEFENDANT IS DISCHARGED<br>ACCORDINGLY.<br>Charge #2: DUI REFUSAL | 0.00 | 0.00 |
| 1/31/2017 | Defendant withdrew not guilty plea.  Defendant<br>entered no contest plea.<br>Charge #1: DRIV UNDER INFLUENCE ALC/DRUG OR<br>COMBINATION OF THEM | 0.00 | 0.00 |
| 1/10/2017 | Hearing Scheduled:<br>Event: Bratenahl Pretrial<br>Date: 01/31/2017  Time: 9:00 am<br>Judge: Adrine, Ronald B.  Location: 15th Floor<br>Courtroom A | 0.00 | 0.00 |
| 1/10/2017 | Case continued at defendant's request.<br>The following event: Bratenahl Pretrial<br>scheduled for 01/10/2017 at 9:00 am has been<br>resulted as follows: | 10.00 | 0.00 |
| 1/10/2017 | Result: Continued at Defendant's request.<br>Judge: Vagi, John B.  Location: 15th Floor<br>Courtroom A<br>Attorney of record is: O Tribers. | 10.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 11/22/2016 | Hearing Scheduled:<br>Event: Bratenahl Pretrial<br>Date: 01/10/2017  Time: 9:00 am<br>Judge: Adrine, Ronald B.  Location: 15th Floor<br>Courtroom A | 0.00 | 0.00 |
| 11/22/2016 | Case continued at defendant's request.<br>The following event: Bratenahl Pretrial<br>scheduled for 11/22/2016 at 9:00 am has been<br>resulted as follows: | 10.00 | 0.00 |
| | Result: Continued at Defendant's request.<br>Judge: Adrine, Ronald B.  Location: 15th Floor<br>Courtroom A. | 10.00 | |
| 11/22/2016 | Statutory period waived. | 0.00 | 0.00 |
| 11/1/2016 | Hearing Scheduled:<br>Event: Bratenahl Pretrial<br>Date: 11/22/2016  Time: 9:00 am<br>Judge: Adrine, Ronald B.  Location: 15th Floor<br>Courtroom A | 0.00 | 0.00 |
| 11/1/2016 | Case continued at defendant's request.<br>The following event: Bratenahl Pretrial<br>scheduled for 11/01/2016 at 9:00 am has been<br>resulted as follows: | 10.00 | 0.00 |
| | Result: Continued at Defendant's request.<br>Judge: Adrine, Ronald B.  Location: 15th Floor<br>Courtroom A. | 10.00 | |
| 10/4/2016 | Hearing Scheduled:<br>Event: Bratenahl Pretrial<br>Date: 11/01/2016  Time: 9:00 am<br>Judge: Adrine, Ronald B.  Location: 15th Floor<br>Courtroom A | 0.00 | 0.00 |
| 10/4/2016 | Case continued at defendant's request.<br>The following event: Case scheduled for<br>pretrial, scheduled for 10/04/2016 at 9:00 am<br>has been resulted as follows: | 10.00 | 0.00 |
| | Result: Continued at Defendant's request.<br>Judge: Adrine, Ronald B.  Location: 15th Floor<br>Courtroom A | 10.00 | |
| 9/27/2016 | MOTION/DEMAND FOR DISCOVERY FILED BY DEFENDANT<br>Attorney: TRIVERS ESQ, OSCAR (19588) | 5.00 | 0.00 |
| 9/27/2016 | | 5.00 | |
| 9/27/2016 | MOTION FOR BILL OF PARTICULARS FILED BY DEFENDANT<br>Attorney: TRIVERS ESQ, OSCAR (19588) | 5.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| 9/13/2016 | Case continued to:<br>Event: Case scheduled for pretrial.<br>Date: 10/04/2016  Time: 9:00 am<br>Judge: Adrine, Ronald B.    Location: 15th Floor<br>Courtroom A | 5.00 | 0.00 |
| 9/13/2016 | CASE CONTINUED BY AGREEMENT OF PARTIES.<br>The following event: Bratenahl Pretrial<br>scheduled for 09/13/2016 at 10:00 am has been<br>resulted as follows:<br><br>Result: CONT. BY AGREEMENT OF PARTIES<br>Judge: Adrine, Ronald B.    Location: 15th Floor<br>Courtroom A | 0.00 | 0.00 |
| 9/13/2016 | Hearing scheduled:<br>Event: Bratenahl Pretrial<br>Date: 09/13/2016  Time: 10:00 am<br>Judge: Adrine, Ronald B.    Location: 15th Floor<br>Courtroom A | 0.00 | 0.00 |
| 9/10/2016 | Result: CONT. BY AGREEMENT OF PARTIES<br>CASE ASSIGNED TO THE PERSONAL DOCKET OF:<br>Participant(s): Judge Ronald B. Adrine | 0.00 | 0.00 |
| 9/10/2016 | Defendant entered not guilty plea.<br>Charge #3: SEATBELT LAW - DRIVER | 0.00 | 0.00 |
| 9/10/2016 | Defendant entered not guilty plea.<br>Charge #2: OVI REFUSAL | 0.00 | 0.00 |
| 9/10/2016 | Defendant entered not guilty plea.<br>Charge #1: DRIV UNDER INFLUENCE ALC/DRUG OR<br>COMBINATION OF THEM | 0.00 | 0.00 |
| 9/9/2016 | INSURANCE BOX UNCHECKED BY OFFICER UNKNOWN<br>INSURANCE | 0.00 | 0.00 |
| 9/9/2016 | BASIC COURT COSTS<br>Charge #1: DRIV UNDER INFLUENCE ALC/DRUG OR<br>COMBINATION OF THEM | 141.00 | 141.00 |

141.00

| | | | |
|---|---|---|---|
| 9/9/2016 | Hearing Scheduled:<br>Event: Bratenahl Pretrial<br>Date: 09/13/2016   Time: 10:00 am<br>Judge: Adrine, Ronald B.   Location: 15th Floor<br>Courtroom A | 0.00 | 0.00 |
| 9/9/2016 | COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED<br>Charge #3: SEATBELT LAW - DRIVER | 0.00 | 0.00 |
| 9/9/2016 | COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED<br>Charge #2: DUI REFUSAL | 0.00 | 0.00 |
| 9/9/2016 | COMPLAINT HAS BEEN RECEIVED AND IS HEREBY FILED<br>Charge #1: DRIV UNDER INFLUENCE ALC/DRUG OR<br>COMBINATION OF THEM | 0.00 | 0.00 |
| 1/1/1900 | BACK FILED IMAGES | | 0.00 |



**Signature**
HEALTH

When you need help now.

**Client Name:** Queen Miller

**Prescriber:** Julia Bissett          Friday
                              **Appt. Date:** 7-19-19 **Time:** 2:30

**Counselor/Therapist:** Brenda          Wed.
                 Dillane    **Appt. Date:** 6-19-19 **Time:** 11:30am

**IOP orientation:**_____ **Appt. Date**_____ **Time:**_____

**CPST Worker (case manager):**_____
*cpst worker will contact you to schedule

**Mobile Crisis: (216) 623-6888**

14701 Detroit Avenue
Lakewood Ohio 44107
P: (216) 766-6080
www.signaturehealthinc.com

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080          PLAINTIFF'S RESPONSES 00083

WCPN18 1210

# IMPORTANT CHILD CARE NOTICE

0003581

CUYAHOGA COUNTY DEPT OF JOB AND FAMILY SERVICES
VIRGIL E. BROWN BUILDING
1641 PAYNE AVE
CLEVELAND      OH 44114-0000



QUEEN MILLER
7928 LORAIN AV

CLEVELAND  OH  44102-0000

---

Mailing Date: 08/19/2019
Caseworker: CHRISTOPHER P NOVISH

Phone: (216) 987-8119 Ext:
Case Number: 6007829900

**This information is about your child care benefits. Please read all pages.**

We have made decisions about your child care benefits. You can appeal if you disagree with any of our decisions. This notice explains our decisions and how you can appeal. You can reapply at any time if we denied or stopped your benefits.   If you are unable to read English and need this notice translated into your preferred language, contact your case worker. Please call the number listed above for assistance.

If you believe you have been discriminated against or if your county agency has not provided you with an interpreter or a translation of this notice; and you wish to file a complaint, contact ODJFS Bureau of Civil Rights at 1-866-227-6353; the hearing impaired may call TDD 7-1-1.

This agency has received your application for child care benefits on 08/13/2019.  Certain eligibility factors must be verified before the county department of Job and Family Services can determine your eligibility.
Checked below are the verifications and/or documents you need to provide:

---

KEEP READING >>>

Page  1  of  3

SEQ# 0003581
JFS 01148 (Rev. 12/2018)

THIS SPACE FOR OFFICIAL USE ONLY
6007829900

PRINT SEQ. 0003581
NOTICE TYPE: CC61N1

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080          PLAINTIFF'S RESPONSES 00084

If you cannot get any of the above verifications, please contact the County Department of Job and Family Services office listed below immediately. We may be able to help you. You must provide this information by 08/30/2019. If we do not have the required verifications by this date, your application may be denied or your current benefits may be stopped.

County Department of Job and Family Services Contact Information

CUYAHOGA COUNTY DEPT OF JOB AND FAMILY SERVICES
VIRGIL E. BROWN BUILDING
1641 PAYNE AVE
CLEVELAND      OH 44114-0000


Caseworker:

CHRISTOPHER P NOVISH
(216) 987-8119 Ext:

END                                                     Page  3  of  3

SEQ# 0003581                    THIS SPACE FOR OFFICIAL USE ONLY        PRINT SEQ. 0003581
JFS 01148 (Rev. 12/2018)                6007829900                          NOTICE TYPE: CC61N1

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080        PLAINTIFF'S RESPONSES 00085

**Verifications needed:**

| | |
|---|---|
| ☐ Income verification (eg. pay stubs) | ☐ Verification that caretaker is unable to provide appropriate care of child(ren) |
| ☐ Income tax returns | ☐ Verification of child's special needs |
| ☐ Employer verification | ☐ Proof of citizenship or qualified alien status (for children needing care) |
| ☐ Business records | ☐ Proof of identity |
| ☐ Child support payments (paid and/or received) | ☐ Birth certificate |
| ☐ Unemployment compensation letter | ☐ Other JFS benefits (LEAP, FSET, OWF) |
| ☐ Veterans benefits | ☐ Social security award letter |
| ☐ Alimony statement | ☐ OWF self sufficiency plan |
| ☐ Workers Comp Letter | ☐ School attendance |
| ☐ Work schedule | ☐ School/training schedule |
| ☐ Contact CDJFS with provider selection | ☐ No income/provide expense statement |

☑ Other (specify)

**LAST THIRTY (30) DAYS OF   PAYSTUBS AND VERIFICATI   OF SELF EMPLOYMENT**

SEQ# 0003581
JFS 01148 (Rev. 12/2018)

THIS SPACE FOR OFFICIAL USE ONLY
6007829900

PRINT SEQ. 0003581
NOTICE TYPE: CC61N1

Miller v. City of Shaker Hts.          CASE NO. 1:19-cv-1080     PLAINTIFF'S RESPONSES 00086



Tue, Oct 2, 8:34 AM

how

you don't answer when I call

> You never called. So you going to play games and make me pay for this ticket

see what I mean I just called you no answer

> Can we meet today

Thursday evening

Will that work?

> Yes

> Or I can meet you in traffic today

I'm not able to meet today

Sun, Oct 7, 11:22 PM

Sun, Oct 7, 11:22 PM

can you meet tomorrow

Mon, Oct 8, 10:20 AM



Thu, Oct 11, 10:27 PM

I called you the other day but got no
answer..can you meet me
tomorrow...maybe around 8 or 9pm





is that a yes?





ok

Mon, Oct 15, 4:24 PM

what happened

I was saying  can meet you tomorrow



ok

Tue, Oct 16, 3:35 PM

can u meet me around 630 or 7pm?

Tue, Oct 16, 5:00 PM

?



on east 185 by lakeshore

Yea if u can

I'm in aurora now

Ok I'm over here until about 6:30 but I have to work tomorrow if you want to meet me there near where we met or something

Wed, Oct 17, 12:08 PM

Cmb

Wed, Oct 17, 1:48 PM

cmb?

Wed, Oct 17, 4:16 PM

what does cmb mean?

Wya

work

I can come get it

what does cmb mean?

Wya

work

I can come get it

after 8 yes

...

hit me up around then

I can meet you in traffic now before then!

I'm busy @ the moment

Thu, Oct 18, 2:47 AM

can you meet now?

Thu, Oct 18, 3:36 PM

Your playing games

how so when I'm the one that continuously reaches out to you I try to meet you last week and this week and we both had scheduling conflicts ..I offer to mail it to you and you won't give me an address I don't understand how that's playing games please explain that to me

I'm here

Call me

Ok soo your playing games 

Your just wasting my time.

I'm about to be there

Where the fuck are u

are you sure you're okay you look really sad

Text Message
Fri, Sep 21, 8:36 AM

u home?

Mon, Sep 24, 1:57 PM

They let us go early

Mon, Sep 24, 6:04 PM

can u talk?

I wanted to share something with you

Wed, Sep 26, 1:01 AM

You forgot about me

I called you

Wed, Sep 26, 8:27 AM

Gm

Mon, Oct 1, 5:27 PM

You blamed me

**JOHN COLE**
COMMANDER | POLICE DEPARTMENT



# SHAKER HEIGHTS

CITY OF SHAKER HEIGHTS
3455 LEE ROAD
SHAKER HEIGHTS, OH 44120-3728

TEL 216.491.1261 | CELL 216.570.9641
OHIO RELAY SERVICE 800.750.0750
E-MAIL john.cole@shakeronline.com

WEB www.shakeronline.com

Ms. Queen Tiera Miller,
        Please call me @ either
the cell phone or office phone
Thank you.

                        Cmdr. Cole #85





DEFENDANT'S EXHIBIT
PENGAD 800-631-6989
11-4-19 KAD

0:00


JJ☉ Spc
916 789 5165

How these policemen be. 😿













Email or Phone     Password     Log In

Forgot account?

**Woo Spa**
@clewoospa

Home

Posts

Reviews

Videos

**Photos**

About

Community

Create a Page

Albums                                                                                          See All

If you pay attention to the patterns of your life you'll realize everything always works out. Everything always takes you to a greater destination. You always grow and the things you think you can't survive you somehow divinely make it through. That is life. Always remember that.







Timeline Photos     Instagram Photos     Mobile Uploads     Cover Photos
102 Photos          21 Photos            6 Photos           2 Photos

All Photos

If you pay attention to the patterns of your life you'll realize everything always works out. Everything always takes you to a greater destination. You always grow and the things you think you can't survive you somehow divinely make it through. That is life. Always remember that.











RELEASING LACK, CLAIMING ABUNDANCE. AVOIDING DRAMA, HAVING PEACE!





DEFENDANT'S EXHIBIT
D
11-4-19 KAD



## Woo Spa
@clewoospa

Home

Posts

Reviews

Videos

**Photos**

About

Community

Create a Page











**FACTS!**

Life has taught me that you can't control someone's loyalty. No matter how good you are to them, doesn't mean they'll treat you the same. No matter how much they mean to you, doesn't mean they'll value you the same. Sometimes the people you love the most, turn out to be the people you can trust the least.

**DON'T LET NOBODY TAKE YOU BACK TO A LEVEL THAT YOU'VE ALREADY LEVELED UP FROM.**



Madame Woo

Invite Customers. Get $5




If that pussy gone put me to sleep, tell me in advance so I can tell my girl I'm spending the night at my cousin house

Keep taking time for yourself until you're you again.



"I am fire—if you want something salty and sweet, with no opinion, I am not the woman for you. I spit flames, often."

*Jena Robinson*
THIS IS FOR THE WOMEN WHO DON'T GIVE A FUCK



When you know how powerful sex is, you don't have sex with just anyone





PERIOD.

**Niggas be thinking they too street for a job** 🙄 **nigga u too old to be broke** 😴💯

synergysoul_



Hard 2 forget

*Affirmations*

1. I have an abundance of energy
2. I am free of pain
3. Today is my day
4. Today I will change my life
5. I am strong
6. I am beautiful
7. I am loved
8. Unlimited energy will fill me today
9. Today, I'm a magnet for ideas
10. I will be a giver of love today

Some kind of miracle..

will happen for you this week. You'll manifest something you've been waiting on.

Be ready to receive and start counting your blessing for it right now.

some of you bitches r trying ur absolute hardest to stay positive and maintain a good hopeful attitude despite all of the stupid bullshit life has thrown at u and I'm so fucking proud of u bitch keep it up shits gonna get better soon

7/17/2019
Woo Spa - Photos | Facebook



Woo Spa
@clewoospa

Home

Posts

Reviews

Videos

**Photos**

About

Community

Create a Page



7/17/2019                                                    Woo Spa - Photos | Facebook



Woo Spa
@clewoospa

Home

Posts

Reviews

Videos

**Photos**

About

Community

Create a Page



7/17/2019

Woo Spa - Photos | Facebook



# Woo Spa

## 16.789.5167

**Woo Spa**
@clewoospa

Home

Posts

Reviews

Videos

**Photos**

About

Community

Create a Page

   

    

   

  

    

  

7/17/2019                    Woo Spa - Photos | Facebook



## Woo Spa
@clewoospa

Home

Posts

Reviews

Videos

**Photos**

About

Community

Create a Page

  

     

    

   

    

   

7/17/2019                                    Woo Spa - Photos | Facebook



  

**Woo Spa**
@clewoospa

Home

Posts

Reviews

Videos

**Photos**

About

Community

Create a Page



English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  हिन्दी  日本語

Sign Up    Log In    Messenger    Facebook Lite    Watch    People    Profiles    Pages    Page Categories    Events    Places    Games
Locations    Marketplace    Groups    Instagram    Local    Fundraisers    Services    About    Create Ad    Create Page    Developers
Careers    Privacy    Cookies    Ad Choices    Terms    Account Security    Login Help    Help

Facebook © 2019

☑ SHAKER HEIGHTS MUNICIPAL COURT, CUYAHOGA COUNTY, OHIO
☐ CUYAHOGA COUNTY JUVENILE COURT
☑ STATE **OHIO**          TICKET #  SH:F 324443
☑ CITY OF SHAKER HEIGHTS   CASE # 05992

NAME  QUEEN TIERA R. Miller
STREET  1228 WEST BLVD.  APT. 4
CITY, STATE  CLEVELAND, OH      ZIP 44102

| OPERATOR LICENSE/STATE ID # ☐ None | BIRTH DATE | ISSUE DATE | STATE |
|---|---|---|---|
| SR709657 | 12.18.84 | 10.3.17 | OH |

| CLASS | EXPIRES | ENDORSEMENT(s)/RESTRICTION(s) | SS# (last 4 digits) |
|---|---|---|---|
| D | 12.18.20 | ☐CDL ☐MC ☐Other | 1699 |

| SEX | HEIGHT | WEIGHT | EYES | HAIR | RACE | FINANCIAL RESPONSIBILITY PROOF? |
|---|---|---|---|---|---|---|
| F | 5'03 | 150 | BRO | BRO | B | ☑ Yes BM |
|   |   |   |   |   |   | ☐ Yes |

☐ If no OL/State ID REQUIRED documentation attached.

TO DEFENDANT: COMPLAINT ON 9-21 20 18 AT 0229 AM/PM, YOU
Operate/Passenger/Parked/Walked a ☐ Passenger ☐Motorcycle ☐Bicycle ☑Other OWNER
☐Commercial DOT#_____ ☐226,001 lbs. ☐<16 Pass. Bus ☐≥16 Pass. Bus ☐Haz. Mat.
VEHICLE: YEAR 2011 MAKE Jeep MODEL COMPASS
COLOR GRAY  LICENSE WDMSPA  STATE OH
UPON A PUBLIC HIGHWAY, NAMELY Warrensville Cntr (N/B) (M.P.)
AT (YEAR) Shaker blvd
IN THE City OF Shaker Heights IN Cuyahoga
COUNTY (NO.) 18 STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

| | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|
| SPEED: _____ MPH in _____ MPH zone | |
| ☐ Over limits ☐ Unsafe for conditions ☐ ACDA | |
| ☐ Radar ☐ Air ☐ VASCAR ☐ Pace ☐ Laser | ☐ Stationary ☐ Moving |

| OVI: ☐ Under the influence of alcohol/drug of abuse. | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|
| ☐ Prohibited blood alcohol concentration. BAC _____ | |
| ☐ Blood ☐ Breath ☐ Urine ☐ Refused | |
| # of prior OVIs Years of prior OVIs | |
| Prior OVIs: | |

| DRIVER LICENSE: ☐None ☐Not on person ☐Revoked ☐Suspended | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|
| EXPIRED: ☐<6 months ☐>6 months ☐Failure to Reinstate | |
| Suspension Type: | |

| SAFETY BELT: Failure to wear | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|
| ☐Driver ☐ Passenger ☐ Child Restraint ☐ Booster Seat | |

| ☒ OTHER OFFENSE: Wrongful | ☐ ORC ☑ ORD ☐ T.P. |
|---|---|
| Entrustment | 1135.05 |

| OTHER OFFENSE: | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|

☐ DRIVER LICENSE HELD    ☐ VEHICLE SEIZED    ☐ JUVENILE OFFENDER

PAVEMENT: ☑ Dry  ☐ Wet  ☐ Snow ☐ Icy  # of Lanes ____ ☐Construction Zone
VISIBILITY: ☐ Clear  ☐ Cloudy  ☐ Dusk  ☑ Night ☐ Dawn
WEATHER: ☐ Rain  ☐ Snow  ☐ Fog  ☑ No Adverse
TRAFFIC: ☐ Heavy  ☐ Moderate ☑ Light  ☐ None
AREA: ☐ Business ☐ Rural  ☑ Residential ☐ Industry  ☐ School
CRASH: ☐ Yes  ☑ No ☐ Almost Caused ☐ Non-Injury ☐ Injury ☐ Fatal
Crash Report Number:

REMARKS: 31    6728

ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☐ No  TOTAL # OFFENSES 1

TO DEFENDANT: SUMMONS    PERSONAL APPEARANCE REQUIRED ☑ Yes ☐ No
You are summoned and ordered to appear at 10-18 20 18 at 1:30 AM/PM

☑ SHAKER HTS MUNICIPAL COURT
3355 LEE ROAD, SHAKER HTS, OHIO 44120    17    TS/32  P.M.
☐ CUYAHOGA COUNTY JUVENILE COURT
9300 QUINCY AVENUE, CLEVELAND, OH 44106

If you fail to appear at this time and place you may be arrested or your license may be cancelled.
This summons served personally on the defendant on _____ 20 ____
The issuing/charging law enforcement officer states under the penalties of perjury and falsification that
he/she has read the above complaint and that it is true.
PTLM. M. #32

B. Meredith
Charging Law Enforcement Officer

Issuing Officer: Verify address. If different from license address, write present address in space provided. ☐ SAME AS ABOVE
Issuing Officer: Verify address.

COURT RECORD

OHP0060  10-0060-00 (REVISION 0509)                OSHP HP7 (B6305)

DEFENDANT'S
EXHIBIT
E
11-4-19  KAD
PENGAD 800-631-6989



**AT&T**

DEFENDANT'S EXHIBIT — PENGAD 800-631-6989

**MOBILITY**

2727965
05/17/2019

Run Date: 05/17/2019
Run Time: 21:53:47
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm.
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/21/18 | 05:11:48 | 0:13 | 2:28 | 12163764300 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 2 | 09/21/18 | 05:54:05 | 0:22 | 0:00 | 12166457142 | 12165360568 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 3 | 09/21/18 | 05:54:06 | 0:23 | 0:05 | 12166457142 5360568(D) | 12165360568 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 4 | 09/21/18 | 05:54:06 | 0:23 | 0:05 | 12165360568 14403820777(F) | 12165360568 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 5 | 09/21/18 | 06:12:33 | 0:32 | 0:11 | 12166457142 | 12162400429 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 6 | 09/21/18 | 06:16:31 | 0:11 | 7:35 | 12166457142 5438120(D) | 12165438120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 7 | 09/21/18 | 06:31:29 | 0:08 | 0:00 | 12165360568 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 8 | 09/21/18 | 06:31:31 | 0:10 | 0:08 | 12165360568 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 9 | 09/21/18 | 06:31:31 | 0:11 | 0:08 | 12165360568 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 10 | 09/21/18 | 06:34:52 | 0:10 | 4:50 | 12166457142 5438120(D) | 12165438120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 11 | 09/21/18 | 06:42:58 | 0:10 | 1:58 | 12166457142 5438120(D) | 12165438120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 12 | 09/21/18 | 06:48:22 | 0:05 | 0:41 | 12166457142 5438120(D) | 12165438120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 13 | 09/21/18 | 06:51:45 | 0:01 | 0:56 | 12165438120 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 14 | 09/21/18 | 07:05:15 | 0:13 | 6:16 | 12166457142 5438120(D) | 12165438120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 15 | 09/21/18 | 07:11:39 | 0:00 | 0:00 | 12165438120 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 16 | 09/21/18 | 07:11:39 | 0:00 | 0:03 | 12165438120 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap

# MOBILITY



```
Run Date:        05/17/2019
Run Time:        21:53:47
Voice Usage For: (216)645-7142
```

2727965
05/17/2019

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm.
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|-------------------|-------------------|------|------|-----|---------|
| 17 | 09/21/18 | 07:11:40 | 0:03 | 0:02 | 1216457142 | 1216543B120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 18 | 09/21/18 | 07:11:47 | 0:00 | 0:00 | 1216543B120 5438120(D) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 19 | 09/21/18 | 07:11:48 | 0:01 | 0:04 | 1216543B120 1440382077777(F) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 20 | 09/21/18 | 07:11:49 | 0:03 | 0:02 | 1216457142 5438120(D) | 1216543B120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 21 | 09/21/18 | 07:11:59 | 0:03 | 6:51 | 1216543B120 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 22 | 09/21/18 | 07:22:54 | 0:23 | 0:00 | 1216764300 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 23 | 09/21/18 | 07:22:54 | 0:23 | 0:03 | 1216764300 1440382077777(F) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 24 | 09/21/18 | 07:25:11 | 0:09 | 0:24 | 1216457142 | 1216543B120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 25 | 09/21/18 | 09:01:00 | 0:09 | 26:11 | 1216301408 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 26 | 09/21/18 | 09:27:50 | 0:30 | 0:03 | 1216457142 | 1216543B120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 27 | 09/21/18 | 09:28:56 | 0:29 | 0:03 | 1216457142 | 1216543B120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 28 | 09/21/18 | 09:35:57 | 0:11 | 0:00 | 1216301408 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 29 | 09/21/18 | 09:35:57 | 0:11 | 0:09 | 1216301408 1440382077777(F) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 30 | 09/21/18 | 09:36:15 | 0:07 | 0:00 | 1216457142 | 1216301408 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap

Page 2



**MOBILITY**

2727965
05/17/2019

Run Date:     05/17/2019
Run Time:     21:53:47
Voice Usage For:  (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 31 | 09/21/18 | 09:36:21 | 0:02 | 1:31 | 12169301408 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 32 | 09/21/18 | 09:38:40 | 0:03 | 0:00 | 12166457142 | 12165438120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 33 | 09/21/18 | 09:39:20 | 0:08 | 0:35 | 12169301408 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 34 | 09/21/18 | 09:45:42 | 0:09 | 3:14 | 12166457142 | 12165438120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [CMR] |
| 35 | 09/21/18 | 09:48:11 | 0:13 | 1:27 | 12169301408 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 36 | 09/21/18 | 09:49:56 | 0:10 | 7:28 | 12166457142 | 12165438120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 37 | 09/21/18 | 11:25:10 | 0:09 | 12:22 | 12166457142 | 12165438120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 38 | 09/21/18 | 11:37:46 | 0:02 | 20:00 | 12165438120 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 39 | 09/21/18 | 12:12:40 | 0:22 | 0:00 | 12169301408 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 40 | 09/21/18 | 12:12:40 | 0:22 | 0:05 | 12169301408 14403820777 (F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 41 | 09/21/18 | 12:39:05 | 0:01 | 0:00 | 12166457142 | 12169301408 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 42 | 09/21/18 | 12:57:16 | 0:22 | 0:00 | 18442069035 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 43 | 09/21/18 | 12:57:18 | 0:24 | 0:04 | 18442069035 14403820777 (F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 44 | 09/21/18 | 14:36:33 | 0:01 | 0:00 | 12165138138 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.



ap

Page 3

# MOBILITY



2727965
05/17/2019

Run Date: 05/17/2019
Run Time: 21:53:47
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 09/21/18 | 14:36:34 | 0:02 | 0:11 | 12165138138 14403820777(F) | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFB:VM] |
| 46 | 09/21/18 | 14:37:34 | 0:17 | 0:00 | 12165533542 | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 47 | 09/21/18 | 14:48:28 | 0:22 | 0:00 | 12166429700 | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 48 | 09/21/18 | 14:48:28 | 0:22 | 0:13 | 12166429700 14403820777(F) | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 49 | 09/21/18 | 14:49:16 | 0:22 | 0:00 | 12166429700 | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 50 | 09/21/18 | 14:49:17 | 0:23 | 0:13 | 12166429700 14403820777(F) | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 51 | 09/21/18 | 15:08:09 | 0:13 | 7:18 | 12162530727 | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:VCORR] |
| 52 | 09/21/18 | 15:15:37 | 0:21 | 0:00 | 18008258038 | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 53 | 09/21/18 | 15:15:38 | 0:22 | 0:05 | 18008258038 14403820777(F) | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 54 | 09/21/18 | 15:21:06 | 0:06 | 0:16 | 14406103310 | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MO | [VCORR] |
| 55 | 09/21/18 | 15:21:06 | 0:06 | 0:16 | 14406103310 | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:VCORR] |
| 56 | 09/21/18 | 15:55:56 | 0:10 | 0:00 | 18442069035 | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 57 | 09/21/18 | 15:55:57 | 0:11 | 0:05 | 18442069035 14403820777(F) | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFB:VM] |
| 58 | 09/21/18 | 16:33:25 | 0:17 | 2:12 | 12165360568 | 12166457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:VCORR] |
| 59 | 09/21/18 | 16:33:25 | 0:17 | 2:12 | 12165360568 | 12166457142 | | | MO | [VCORR] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap

Page 4



**MOBILITY**

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:    05/17/2019
Run Time:    21:53:47
Voice Usage For:   (216) 645-7142

2727965
05/17/2019

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|-------------------|-------------------|------|------|-----|---------|
| 60 | 09/21/18 | 16:34:06 | 0:21 | 0:00 | 18778254490 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 61 | 09/21/18 | 16:34:06 | 0:21 | 0:06 | 18778254490 14403820777(F) | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 62 | 09/21/18 | 17:05:35 | 0:12 | 8:15 | 12162058705 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 63 | 09/21/18 | 17:15:15 | 0:09 | 43:50 | 12166457142 | 12162058705 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [CMH] |
| 64 | 09/21/18 | 17:58:40 | 0:10 | 19:41 | 12164013869 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 65 | 09/21/18 | 18:07:27 | 0:20 | 0:00 | 18442069035 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 66 | 09/21/18 | 18:07:28 | 0:21 | 0:05 | 18442069035 14403820777(F) | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 67 | 09/21/18 | 18:18:37 | 0:10 | 16:14 | 12166457142 | 12162058705 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 68 | 09/21/18 | 18:35:54 | 0:04 | 3:59 | 12166457142 | 12168150470 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 69 | 09/21/18 | 18:39:59 | 0:02 | 25:39 | 12162323864 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 70 | 09/21/18 | 19:06:19 | 0:32 | 0:46 | 12166457142 | 12162323864 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 71 | 09/21/18 | 19:08:17 | 0:04 | 45:43 | 12162323864 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 72 | 09/21/18 | 19:52:20 | 0:20 | 0:00 | 12166724049 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 73 | 09/21/18 | 19:52:21 | 0:21 | 0:10 | 12166724049 14403820777(F) | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |

ap

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

Page 5

**MOBILITY**

2727965
05/17/2019

Run Date:      05/17/2019
Run Time:      21:53:47
Voice Usage For:  (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 09/21/18 | 19:56:59 | 0:02 | 0:02 | 12166457142 | 12166724049 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 75 | 09/21/18 | 20:32:07 | 0:05 | 0:06 | 18442069035 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 76 | 09/21/18 | 20:42:29 | 0:02 | 0:00 | 12625307227 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 77 | 09/21/18 | 20:45:48 | 0:09 | 4:12 | 12166457142 | 12625307227 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 78 | 09/21/18 | 21:05:29 | 0:10 | 27:02 | 12166457142 | 12162058705 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 79 | 09/21/18 | 21:28:57 | 0:18 | 0:00 | 12162300619 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 80 | 09/21/18 | 22:04:24 | 0:16 | 7:50 | 14406103310 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOP:VCORR] |
| 81 | 09/21/18 | 22:04:24 | 0:16 | 7:50 | 14406103310 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 82 | 09/21/18 | 22:12:22 | 0:01 | 0:00 | 12166457142 | 12681504070 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 83 | 09/21/18 | 22:42:21 | 0:00 | 0:00 | 14406103310 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 84 | 09/21/18 | 22:42:21 | 0:00 | 0:00 | 14406103310 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 85 | 09/22/18 | 00:18:28 | 0:03 | 0:17 | 12166455682 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 86 | 09/22/18 | 01:00:09 | 0:05 | 1:27 | 12163764300 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 87 | 09/22/18 | 01:39:16 | 0:05 | 28:30 | 12165438120 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 88 | 09/22/18 | 02:08:23 | 0:07 | 64:59 | 12166457142 | 12165438120 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |

ap

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.



**MOBILITY**

2727965
05/17/2019

Run Date:       05/17/2019
Run Time:       21:53:41
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 89 | 09/22/18 | 03:30:17 | 0:10 | 5:49 | 12166457142 | 12165438120 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 90 | 09/22/18 | 16:04:25 | 0:21 | 0:01 | 12165093279 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 91 | 09/22/18 | 16:04:26 | 0:22 | 0:02 | 12165093279 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNA:VM] |
| 92 | 09/22/18 | 16:23:41 | 0:04 | 0:00 | 12163010153 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 93 | 09/22/18 | 16:40:29 | 0:06 | 1:04 | 12165441460 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:VCORR] |
| 94 | 09/22/18 | 16:40:29 | 0:06 | 1:04 | 12165441460 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 95 | 09/22/18 | 16:43:54 | 0:33 | 0:04 | 12166457142 2622896(D) | 12162622896 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 96 | 09/22/18 | 16:44:47 | 0:34 | 1:51 | 12166457142 | 12162401465 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 97 | 09/22/18 | 17:02:59 | 0:05 | 6:53 | 12162467095 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:VCORR] |
| 98 | 09/22/18 | 17:02:59 | 0:07 | 6:53 | 12162467095 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MO | [] |
| 99 | 09/22/18 | 18:57:39 | 0:07 | 5:36 | 12162401465 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:VCORR] |
| 100 | 09/22/18 | 19:53:35 | 0:00 | 0:00 | 14406010310 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 101 | 09/22/18 | 19:53:36 | 0:01 | 0:04 | 14406103310 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 102 | 09/22/18 | 19:53:36 | 0:01 | 0:04 | 14406010310 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNR:VM] |
| 103 | 09/22/18 | 19:54:20 | 0:00 | 0:00 | 12162401465 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 104 | 09/22/18 | 19:54:21 | 0:01 | 0:05 | 12162401465 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNR:VM] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.



ap

**MOBILITY**



2727965
05/17/2019

Run Date:       05/17/2019
Run Time:       21:53:47
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 105 | 09/22/18 | 19:54:38 | 0:00 | 0:00 | 12162401465 | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 106 | 09/22/18 | 19:54:39 | 0:01 | 0:07 | 12162401465 14403820777(F) | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 107 | 09/22/18 | 19:55:33 | 0:00 | 0:00 | 12162401465 | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOR] |
| 108 | 09/22/18 | 19:55:34 | 0:01 | 0:02 | 12162401465 14403820777(F) | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOR:CFNR:VM] |
| 109 | 09/22/18 | 19:56:51 | 0:01 | 0:00 | 12162401465 | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 110 | 09/22/18 | 19:56:52 | 0:02 | 0:02 | 12162401465 14403820777(F) | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 111 | 09/22/18 | 20:01:53 | 0:16 | 0:52 | 12162401465 | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 112 | 09/22/18 | 20:50:20 | 0:11 | 0:43 | 12162401465 | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 113 | 09/22/18 | 21:27:28 | 0:15 | 3:32 | 12163229998 | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 114 | 09/22/18 | 21:33:33 | 0:19 | 0:00 | 12162401465 | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 115 | 09/22/18 | 21:51:58 | 0:22 | 0:00 | 14406103310 | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 116 | 09/22/18 | 21:52:00 | 0:24 | 0:01 | 14406103310 | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 117 | 09/22/18 | 21:52:00 | 0:24 | 0:01 | 14406103310 14403820777(F) | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 118 | 09/23/18 | 00:06:34 | 0:22 | 0:00 | 12163229998 | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 119 | 09/23/18 | 00:06:34 | 0:22 | 0:04 | 12163229998 14403820777(F) | 12166457142 | 358290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not
for general distribution.

ap



**AT&T**

**MOBILITY**

2727965
05/17/2019

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date: 05/17/2019
Run Time: 21:53:47
Voice Usage For: (216)645-7142

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 120 | 09/23/18 | 00:52:06 | 0:12 | 3:25 | 12166457142 | 12163229998 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MO | [VCORR] |
| 121 | 09/23/18 | 01:08:18 | 0:18 | 6:49 | 12163229998 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP:VCORR] |
| 122 | 09/23/18 | 01:52:45 | 0:21 | 0:00 | 12162401465 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP] |
| 123 | 09/23/18 | 01:52:46 | 0:22 | 0:12 | 12162401465 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP:CFNA:VM] |
| 124 | 09/23/18 | 02:26:39 | 0:01 | 0:00 | 14406103310 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MO | [] |
| 125 | 09/23/18 | 02:26:39 | 0:01 | 0:00 | 14406103310 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP] |
| 126 | 09/23/18 | 03:23:52 | 0:28 | 0:38 | 12166457142 | 12163229998 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MO | [VCORR] |
| 127 | 09/23/18 | 03:31:32 | 0:03 | 3:46 | 12163229998 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP:VCORR] |
| 128 | 09/23/18 | 05:13:29 | 0:05 | 6:19 | 12163229998 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP:VCORR] |
| 129 | 09/23/18 | 05:20:32 | 0:07 | 2:18 | 12163229998 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP:VCORR] |
| 130 | 09/23/18 | 05:25:54 | 0:21 | 0:00 | 12163229998 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP] |
| 131 | 09/23/18 | 05:25:54 | 0:21 | 0:05 | 12163229998 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP:CFNA:VM] |
| 132 | 09/23/18 | 05:26:54 | 0:20 | 0:00 | 12163229998 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP] |
| 133 | 09/23/18 | 05:26:55 | 0:21 | 0:14 | 12163229998 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP:CFNA:VM] |
| 134 | 09/23/18 | 05:27:40 | 0:03 | 0:00 | 12163229998 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 31041002544S332 | MT | [NIOP] |

**AT&T Proprietary**

ap          The information contained here is for use by authorized persons only and is not
for general distribution.

Page 9

# MOBILITY


AT&T

272965
05/17/2019

| Run Date: | 05/17/2019 |
| Run Time: | 21:53:47 |
| Voice Usage For: | (216)645-7142 |

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 135 | 09/23/18 | 05:27:41 | 0:04 | 0:09 | 12163229998 14403820777(EF) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 136 | 09/23/18 | 05:31:05 | 0:21 | 0:00 | 12163229998 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 137 | 09/23/18 | 05:31:06 | 0:22 | 0:16 | 12163229998 14403820777(EF) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 138 | 09/23/18 | 05:33:19 | 0:20 | 0:01 | 12163229998 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 139 | 09/23/18 | 05:33:20 | 0:21 | 0:04 | 12163229998 14403820777(EF) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 140 | 09/23/18 | 05:38:56 | 0:19 | 0:00 | 12166457142 | 12163229998 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 141 | 09/23/18 | 05:42:05 | 0:21 | 0:00 | 12163229998 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 142 | 09/23/18 | 05:42:06 | 0:22 | 0:05 | 12163229998 14403820777(EF) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 143 | 09/23/18 | 05:42:40 | 0:04 | 8:04 | 12163229998 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 144 | 09/23/18 | 05:56:28 | 0:05 | 0:00 | 12163229998 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 145 | 09/23/18 | 05:56:29 | 0:06 | 0:06 | 12163229998 14403820777(EF) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 146 | 09/23/18 | 06:04:50 | 0:32 | 0:04 | 12166457142 | 12162003032 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 147 | 09/23/18 | 06:06:43 | 0:33 | 0:14 | 12166457142 | 12162003032 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 148 | 09/23/18 | 06:10:49 | 0:30 | 0:03 | 12166457142 | 12162003032 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap



**2727965**
**05/17/2019**

MOBILITY

Run Date:      05/17/2019
Run Time:      21:53:47
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|--------------------|--------------------|------|------|-----|---------|
| 149 | 09/23/18 | 06:11:34 | 0:00 | 0:00 | 12166457142 | 12162622896 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 150 | 09/23/18 | 06:12:09 | 0:35 | 0:05 | 12166457142 A672622896(D) | 12162622896 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOR-VCORR] |
| 151 | 09/23/18 | 06:16:52 | 0:35 | 0:06 | 12166457142 | 13303440946 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 152 | 09/23/18 | 06:23:37 | 0:31 | 0:03 | 12166457142 | 12167042286 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 153 | 09/23/18 | 06:37:55 | 0:09 | 3:42 | 12162003032 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP-VCORR] |
| 154 | 09/23/18 | 07:16:57 | 0:11 | 0:00 | 12163229998 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 155 | 09/23/18 | 12:25:31 | 0:11 | 3:48 | 12166457142 | 12165360568 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 156 | 09/23/18 | 12:25:31 | 0:11 | 3:48 | 12166457142 | 12165360568 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP-VCORR] |
| 157 | 09/23/18 | 12:42:22 | 0:00 | 0:00 | 12166457142 | 12168359129 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 158 | 09/23/18 | 12:42:28 | 0:06 | 0:00 | 12166457142 A678359129(D) | 12168359129 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOR] |
| 159 | 09/23/18 | 13:04:17 | 0:01 | 0:03 | 12166457142 | 14404651955 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 160 | 09/23/18 | 13:46:19 | 0:22 | 0:00 | 14406103310 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 161 | 09/23/18 | 13:46:21 | 0:24 | 0:05 | 14406103310 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 162 | 09/23/18 | 13:46:21 | 0:24 | 0:05 | 14406103310 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP-CFNA-VM] |
| 163 | 09/23/18 | 13:47:05 | 0:08 | 1:37 | 12166457142 | 12162003032 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |



ap

AT&T Proprietary

The information contained here is for use by authorized persons only and is not
for general distribution.

Page 11

2727965
05/17/2019

**MOBILITY**

Run Date:
Run Time: 21:53:47
Voice Usage For: (216)645-7142

05/17/2019

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 164 | 09/23/18 | 13:55:30 | 0:23 | 1:09 | 12166457142 6816791(D) | 1216681791 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 165 | 09/23/18 | 13:58:51 | 0:25 | 0:24 | 12166457142 2622896(D) | 1216262896 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 166 | 09/23/18 | 14:15:44 | 0:06 | 0:11 | 12166457142 | 12162003032 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 167 | 09/23/18 | 14:26:28 | 0:07 | 0:14 | 12166457142 | 12162003032 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 168 | 09/23/18 | 15:17:30 | 0:10 | 0:41 | 12166457142 | 1216681791 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [CMR:VCORR] |
| 169 | 09/23/18 | 15:18:37 | 0:09 | 0:27 | 12166457142 | 1216681791 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 170 | 09/23/18 | 15:39:43 | 0:06 | 4:24 | 1216262896 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 171 | 09/23/18 | 15:56:01 | 0:06 | 1:05 | 12166457142 | 1216681791 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 172 | 09/23/18 | 16:41:18 | 0:21 | 0:00 | 12169249613 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 173 | 09/23/18 | 16:41:19 | 0:22 | 0:03 | 12162249613 1440382077(E) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 174 | 09/23/18 | 16:41:58 | 0:03 | 0:06 | 12166457142 | 12169249613 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 175 | 09/23/18 | 16:56:03 | 0:18 | 0:00 | 12166457142 | 1216906957 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 176 | 09/23/18 | 17:32:32 | 0:09 | 1:29 | 12166457142 2550099(D) | 12162550099 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 177 | 09/23/18 | 17:40:27 | 0:34 | 0:07 | 12166457142 | 12162784002 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |

ap

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T Proprietary

Page 12



2727965
05/17/2019

**MOBILITY**

AT&T

Run Date:       05/17/2019
Run Time:       21:53:47
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 178 | 09/23/18 | 20:14:08 | 0:01 | 0:00 | 12165138138 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 179 | 09/23/18 | 20:14:09 | 0:02 | 0:04 | 12165138138 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 180 | 09/23/18 | 20:40:11 | 0:15 | 56:26 | 12166457142 2058705(D) | 12162058705 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 181 | 09/23/18 | 21:23:20 | 0:20 | 0:00 | 14195209355 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 182 | 09/23/18 | 21:23:21 | 0:21 | 1:00 | 14195209355 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 183 | 09/23/18 | 21:40:18 | 0:16 | 0:54 | 12166457142 2622896(D) | 12162622896 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 184 | 09/23/18 | 21:47:37 | 0:18 | 2:02 | 12166457142 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 185 | 09/23/18 | 22:18:41 | 0:31 | 0:05 | 12166457142 | 12163764300 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 186 | 09/23/18 | 22:20:41 | 0:22 | 0:46 | 12166457142 | 14408563910 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 187 | 09/23/18 | 22:24:30 | 0:04 | 0:00 | 13308612246 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 188 | 09/23/18 | 22:24:31 | 0:05 | 0:04 | 13308612246 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 189 | 09/23/18 | 22:26:48 | 0:11 | 0:00 | 12166457142 | 12166471127 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 190 | 09/23/18 | 22:28:17 | 0:08 | 3:26 | 12166457142 | 13308612246 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [CMH:VCORR] |
| 191 | 09/23/18 | 22:29:53 | 0:05 | 0:00 | 12166457142 2541931(D) | 12162541931 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |

**AT&T Proprietary**

Page 13

ap       The information contained here is for use by authorized persons only and is not for general distribution.

2727965
05/17/2019

**MOBILITY**

Run Date:        05/17/2019
Run Time:        21:53:47
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|--------------------|--------------------|------|------|------|---------|
| 192 | 09/23/18 | 22:32:03 | 0:06 | 0:35 | 1216645142 | 1216632175 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 193 | 09/23/18 | 22:32:58 | 0:01 | 0:00 | 1216254142 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 194 | 09/23/18 | 22:32:59 | 0:02 | 0:13 | 1216254142 1440382077(EF) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 195 | 09/23/18 | 22:33:20 | 0:01 | 0:00 | 1216254142 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 196 | 09/23/18 | 22:33:20 | 0:01 | 0:05 | 1216254142 1440382077(EF) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 197 | 09/23/18 | 22:57:16 | 0:12 | 2:38 | 1216704286 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 198 | 09/23/18 | 23:03:08 | 0:06 | 1:05 | 1216645142 | 1330861246 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [CMR] |
| 199 | 09/23/18 | 23:04:12 | 0:08 | 1:03 | 1216647127 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 200 | 09/23/18 | 23:19:38 | 0:05 | 0:00 | 1216254142 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 201 | 09/23/18 | 23:19:38 | 0:05 | 0:03 | 1216254142 1440382077(EF) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 202 | 09/23/18 | 23:24:56 | 0:07 | 0:17 | 1330861246 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 203 | 09/23/18 | 23:35:08 | 0:21 | 0:00 | 1216240912 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 204 | 09/23/18 | 23:35:09 | 0:22 | 0:04 | 1216040912 1440382077(EF) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 205 | 09/23/18 | 23:42:26 | 0:08 | 1:38 | 1216645142 | 1330861246 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |

ap

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T Proprietary





**MOBILITY**

2727965
05/17/2019

Run Date:      05/17/2019
Run Time:      21:53:47
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 206 | 09/23/18 | 23:44:13 | 0:05 | 0:00 | 12166457142 | 12166471127 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MO | [] |
| 207 | 09/23/18 | 23:59:04 | 0:22 | 0:00 | 12163229998 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 208 | 09/23/18 | 23:59:04 | 0:22 | 0:04 | 12163229998 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNA:VM] |
| 209 | 09/24/18 | 00:03:19 | 0:31 | 0:00 | 12162409126 | 12166457142 | APPLE IPHONE8PLUS | | ST | [NIOP] |
| 210 | 09/24/18 | 00:03:19 | 0:31 | 0:01 | 12162409126 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNA:VM] |
| 211 | 09/24/18 | 00:23:38 | 0:31 | 0:00 | 12163764300 | 12166457142 | APPLE IPHONE8PLUS | | ST | [NIOP] |
| 212 | 09/24/18 | 00:23:38 | 0:31 | 0:04 | 12163764300 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNA:VM] |
| 213 | 09/24/18 | 01:21:34 | 0:09 | 2:13 | 12166471127 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:VCORR] |
| 214 | 09/24/18 | 02:05:59 | 0:02 | 0:00 | 12166457142 | 13308612246 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MO | [] |
| 215 | 09/24/18 | 02:06:48 | 0:34 | 0:05 | 12166457142 | 13303440946 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 216 | 09/24/18 | 02:16:34 | 0:11 | 0:11 | 13308612246 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:VCORR] |
| 217 | 09/24/18 | 02:16:52 | 0:05 | 1:23 | 13303440946 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:VCORR] |
| 218 | 09/24/18 | 02:24:43 | 0:06 | 0:22 | 12166457142 | 13303440946 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 219 | 09/24/18 | 02:25:54 | 0:03 | 0:00 | 12166457142 | 12166471127 | 354829094644209 APPLE IPHONE8PLUS | 31041002545332 | MO | [] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.



ap

Page 15

**MOBILITY**

2727965
05/17/2019

Run Date:
Run Time:
Voice Usage For:

05/17/2019
21:53:47
(216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 220 | 09/24/18 | 02:49:43 | 0:06 | 0:33 | 1216376430O | 1216645714 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 221 | 09/24/18 | 02:54:39 | 0:31 | 0:09 | 1216645714 | 1216471127 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 222 | 09/24/18 | 02:55:19 | 0:28 | 0:15 | 1216645714 | 1216471127 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 223 | 09/24/18 | 02:56:14 | 0:08 | 1:58 | 1216457142 | 13303440946 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 224 | 09/24/18 | 03:09:29 | 0:02 | 0:00 | 1216457142 | 13303440946 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 225 | 09/24/18 | 04:21:00 | 0:06 | 3:45 | 1216764300 | 1216457142 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 226 | 09/24/18 | 04:44:08 | 0:17 | 0:00 | 1216400532 | 1216457142 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 227 | 09/24/18 | 04:44:08 | 0:17 | 0:00 | 1216400532 | 1216457142 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 228 | 09/24/18 | 05:24:38 | 0:06 | 0:00 | 1216457142 | 1216400532 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 229 | 09/24/18 | 05:24:38 | 0:06 | 0:00 | 1216457142 | 1216400532 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MT | [] |
| 230 | 09/24/18 | 05:25:21 | 0:35 | 0:06 | 1216457142 2622896(D) | 1216262896 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 231 | 09/24/18 | 05:31:56 | 0:17 | 4:52 | 1216400532 | 1216457142 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 232 | 09/24/18 | 05:31:56 | 0:17 | 4:52 | 1216400532 | 1216457142 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 233 | 09/24/18 | 05:45:28 | 0:34 | 0:48 | 1216457142 | 13303440946 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 234 | 09/24/18 | 05:47:17 | 0:13 | 3:02 | 1216457142 | 1216400532 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 235 | 09/24/18 | 05:47:18 | 0:14 | 3:01 | 1216457142 | 1216400532 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 236 | 09/24/18 | 05:48:04 | 0:21 | 0:00 | 1216321775 | 1216457142 | 35482909464422O9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

ap

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T Proprietary

Page 16





**MOBILITY**

AT&T

27277965
05/17/2019

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm.
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:     05/17/2019
Run Time:     21:53:48
Voice Usage For: (216)645-7142

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|-------------------|--------------------|------|------|-----|---------|
| 237 | 09/24/18 | 05:48:05 | 0:22 | 0:12 | 12166321775 14403820777(F) | 12166457142 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP:CFNA:VM] |
| 238 | 09/24/18 | 05:51:17 | 0:06 | 0:02 | 12166457142 | 12166816791 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 239 | 09/24/18 | 05:51:29 | 0:04 | 0:02 | 12166457142 | 12166816791 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 240 | 09/24/18 | 06:01:12 | 0:00 | 0:00 | 12166457142 | 12166816791 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MO | [] |
| 241 | 09/24/18 | 06:01:26 | 0:10 | 0:24 | 12166457142 | 12164080532 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP:VCORR] |
| 242 | 09/24/18 | 06:01:26 | 0:10 | 0:24 | 12166457142 | 12164080532 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 243 | 09/24/18 | 06:02:35 | 0:09 | 0:11 | 12164080532 | 12166457142 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 244 | 09/24/18 | 06:02:35 | 0:09 | 0:11 | 12164080532 | 12166457142 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP:VCORR] |
| 245 | 09/24/18 | 06:02:56 | 0:03 | 1:42 | 12166457142 | 12166321775 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 246 | 09/24/18 | 06:30:28 | 0:05 | 5:40 | 12166457142 | 12166321775 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 247 | 09/24/18 | 06:33:54 | 0:01 | 0:00 | 12164080532 | 12166457142 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MO | [] |
| 248 | 09/24/18 | 06:33:54 | 0:01 | 0:00 | 12164080532 | 12166457142 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP] |
| 249 | 09/24/18 | 06:34:25 | 0:05 | 0:00 | 12164080532 | 12166457142 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP] |
| 250 | 09/24/18 | 06:34:26 | 0:06 | 0:02 | 12164080532 14403820777(F) | 12166457142 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP:CFB:VM] |
| 251 | 09/24/18 | 06:34:26 | 0:07 | 0:02 | 12164080532 | 12166457142 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 252 | 09/24/18 | 06:39:00 | 0:06 | 21:47 | 12166321775 | 12166457142 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP:VCORR] |
| 253 | 09/24/18 | 09:19:47 | 0:01 | 0:00 | 12167042286 | 12166457142 | 354829094644220 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

ap



**MOBILITY**

2727965
05/17/2019

Run Date:  05/17/2019
Run Time:  21:53:48
Voice Usage For:  (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 254 | 09/24/18 | 09:19:48 | 0:02 | 0:03 | 1216704.2286 1440382077(F) | 1216457142 | 35482909464422209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 255 | 09/24/18 | 09:19:56 | 0:00 | 0:00 | 1216704.2286 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 256 | 09/24/18 | 09:19:57 | 0:01 | 0:03 | 1216704.2286 1440382077(F) | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 257 | 09/24/18 | 09:47:30 | 0:22 | 0:00 | 1216457142 | 1216360568 | 35482909464422209 IPHONE8PLUS APPLE | 310410025445332 | MO | [NIOP] |
| 258 | 09/24/18 | 09:47:31 | 0:23 | 0:08 | 1216457142 | 1216360568 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 259 | 09/24/18 | 09:47:31 | 0:23 | 0:08 | 1216457142 1440382077(F) | 1216360568 | 35482909464422209 | 310410025445332 | MO | [NIOP:CFNR:VM] |
| 260 | 09/24/18 | 10:07:45 | 0:15 | 0:38 | 1216457142 262896(D) | 1216262896 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 261 | 09/24/18 | 10:14:20 | 0:02 | 1:38 | 1216457142 611(D) | 18665260002 | 35482909464422209 IPHONE8PLUS APPLE | 310410025445332 | MO | [VCORR] |
| 262 | 09/24/18 | 10:31:55 | 0:06 | 1:53 | 1216262896 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 263 | 09/24/18 | 10:38:44 | 0:03 | 0:00 | 1216262896 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 264 | 09/24/18 | 10:38:44 | 0:03 | 0:03 | 1216262896 1440382077(F) | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 265 | 09/24/18 | 10:38:53 | 0:02 | 0:00 | 1216262896 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 266 | 09/24/18 | 10:38:54 | 0:03 | 0:03 | 1216262896 1440382077(F) | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 267 | 09/24/18 | 10:39:02 | 0:01 | 0:00 | 1216262896 | 1216457142 | 35482909464422209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 268 | 09/24/18 | 10:39:03 | 0:02 | 0:02 | 1216262896 1440382077(F) | 1216457142 | 35482909464422209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFB:VM] |

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T Proprietary

ap



**MOBILITY**

2727965
05/17/2019

Run Date:      05/17/2019
Run Time:      21:53:48
Voice Usage For:   (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|--------------------|--------------------|------|------|------|---------|
| 269 | 09/24/18 | 10:39:11 | 0:01 | 0:00 | 12162622896 | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 270 | 09/24/18 | 10:39:12 | 0:02 | 0:03 | 12162622896 14403820777(F) | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 271 | 09/24/18 | 10:39:20 | 0:02 | 0:44 | 12162622896 | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 272 | 09/24/18 | 10:40:19 | 0:01 | 0:00 | 12162622896 | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 273 | 09/24/18 | 10:40:20 | 0:02 | 0:03 | 12162622896 14403820777(F) | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 274 | 09/24/18 | 10:40:28 | 0:01 | 0:00 | 12162622896 | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 275 | 09/24/18 | 10:40:29 | 0:02 | 0:03 | 12162622896 | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 276 | 09/24/18 | 10:40:38 | 0:02 | 0:00 | 12162622896 | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 277 | 09/24/18 | 10:40:38 | 0:02 | 0:03 | 12162622896 14403820777(F) | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 278 | 09/24/18 | 10:40:47 | 0:01 | 0:00 | 12162622896 | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 279 | 09/24/18 | 10:40:48 | 0:02 | 0:06 | 12162622896 14403820777(F) | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 280 | 09/24/18 | 10:40:58 | 0:00 | 0:01 | 12162622896 | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 281 | 09/24/18 | 10:40:59 | 0:01 | 0:05 | 12162622896 14403820777(F) | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 282 | 09/24/18 | 10:41:08 | 0:01 | 0:00 | 12162622896 | 12164457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

**AT&T Proprietary**

ap          The information contained here is for use by authorized persons only and is not
            for general distribution.

Page 19

2727965
05/17/2019

MOBILITY 

Run Date: 05/17/2019
Run Time: 21:53:48
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 283 | 09/24/18 | 10:41:08 | 0:01 | 0:13 | 1216262896 / 1440382077(F) | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 284 | 09/24/18 | 10:41:28 | 0:02 | 0:00 | 1216262896 | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 285 | 09/24/18 | 10:41:28 | 0:02 | 0:15 | 1216262896 / 1440382077(F) | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 286 | 09/24/18 | 10:41:47 | 0:00 | 0:00 | 1216262896 | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 287 | 09/24/18 | 10:41:47 | 0:00 | 0:07 | 1216262896 / 1440382077(F) | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 288 | 09/24/18 | 10:41:59 | 0:01 | 0:00 | 1216262896 | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 289 | 09/24/18 | 10:41:59 | 0:01 | 0:11 | 1216262896 / 1440382077(F) | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 290 | 09/24/18 | 10:42:15 | 0:01 | 0:00 | 1216262896 | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 291 | 09/24/18 | 10:42:16 | 0:02 | 0:00 | 1216262896 / 1440382077(F) | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 292 | 09/24/18 | 12:46:14 | 0:00 | 0:00 | 1877854490 | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 293 | 09/24/18 | 12:46:15 | 0:22 | 0:06 | 1877854490 / 1440382077(F) | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 294 | 09/24/18 | 13:39:32 | 0:22 | 0:00 | 1440610310 | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 295 | 09/24/18 | 13:39:33 | 0:23 | 0:06 | 1440610310 / 1440382077(F) | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 296 | 09/24/18 | 13:39:34 | 0:24 | 0:05 | 1440610310 | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORE] |
| 297 | 09/24/18 | 14:32:44 | 0:01 | 0:00 | 1216262896 | 1216657142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap



**2727965**
**05/17/2019**

MOBILITY

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        05/17/2019
Run Time:        2:53:48
Voice Usage For: (216)645-7142

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|--------------------|--------------------|------|------|------|---------|
| 298 | 09/24/18 | 14:32:45 | 0:02 | 0:04 | 12162622896<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 299 | 09/24/18 | 14:49:49 | 0:12 | 0:10 | 12166478147 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 300 | 09/24/18 | 15:02:49 | 0:34 | 1:53 | 12166457142 | 12168562665 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 301 | 09/24/18 | 15:02:54 | 0:00 | 0:00 | 12165138138 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 302 | 09/24/18 | 15:02:54 | 0:00 | 0:17 | 12165138138<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 303 | 09/24/18 | 15:05:24 | 0:34 | 1:28 | 12166457142 | 12168562665 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 304 | 09/24/18 | 15:09:16 | 0:06 | 0:40 | 12168562665 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 305 | 09/24/18 | 15:20:19 | 0:14 | 0:00 | 13303440946 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 306 | 09/24/18 | 15:20:45 | 0:06 | 7:39 | 12166457142 | 13303440946 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 307 | 09/24/18 | 16:10:01 | 0:21 | 0:00 | 12166429700 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 308 | 09/24/18 | 16:10:02 | 0:22 | 0:34 | 12166429700<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 309 | 09/24/18 | 16:34:05 | 0:21 | 0:00 | 12166515136 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 310 | 09/24/18 | 16:34:06 | 0:22 | 0:11 | 12166515136<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 311 | 09/24/18 | 16:41:38 | 0:02 | 0:00 | 12162622896 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

AT&T Proprietary



ap          The information contained here is for use by authorized persons only and is not
                              for general distribution.

Page 21

**MOBILITY**

2727965
05/17/2019

Run Date: 05/17/2019
Run Time: 21:53:48
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm. AT&T's records are stored and provided in UTC. AT&T has queried for records using Eastern Time Zone.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 312 | 09/24/18 | 16:41:39 | 0:03 | 0:04 | 1216262896 14403820777(F) | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 313 | 09/24/18 | 16:42:03 | 0:02 | 0:00 | 1216262896 | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 314 | 09/24/18 | 16:42:03 | 0:02 | 0:43 | 1216262896 14403820777(F) | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 315 | 09/24/18 | 16:42:52 | 0:01 | 0:00 | 1216262896 | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 316 | 09/24/18 | 16:42:52 | 0:01 | 0:03 | 1216262896 14403820777(F) | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 317 | 09/24/18 | 17:10:47 | 0:08 | 0:00 | 1216457142 | 1216515136 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MO | [] |
| 318 | 09/24/18 | 17:11:00 | 0:03 | 24:40 | 1216457142 (611D) | 18669260002 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 319 | 09/24/18 | 17:21:16 | 0:21 | 0:00 | 1440610310 | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 320 | 09/24/18 | 17:21:18 | 0:23 | 0:03 | 1440610310 | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 321 | 09/24/18 | 17:21:18 | 0:23 | 0:03 | 1440610310 14403820777(F) | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 322 | 09/24/18 | 17:39:53 | 0:05 | 2:42 | 1216206170 | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 323 | 09/24/18 | 17:58:26 | 0:04 | 10:08 | 1216301408 | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 324 | 09/24/18 | 18:10:57 | 0:28 | 0:06 | 1216457142 2530727(D) | 1216230727 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 325 | 09/24/18 | 18:30:53 | 0:24 | 7:49 | 1216457142 5138138(D) | 1216513138138 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MO | [CMH] |
| 326 | 09/24/18 | 18:37:59 | 0:11 | 6:54 | 1216360568 | 1216457142 | 35482909464442209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMH:MFS:VCORR] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.





**MOBILITY**

2727965
05/17/2019

Run Date:     05/17/2019
Run Time:     21:53:48
Voice Usage For:  (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 327 | 09/24/18 | 18:37:59 | 0:11 | 6:54 | 12165360568 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 328 | 09/24/18 | 18:41:12 | 0:12 | 3:41 | 13303440946 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMH:MPS] |
| 329 | 09/24/18 | 18:41:12 | 0:12 | 3:41 | 13303440946 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMH:MPS:VCORR] |
| 330 | 09/24/18 | 18:44:50 | 0:00 | 0:03 | 12166457142 | -1 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MO | [MPS] |
| 331 | 09/24/18 | 18:45:06 | 0:09 | 1:35 | 12166457142 | 12165360568 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MO | [CMH:VCORR] |
| 332 | 09/24/18 | 18:45:06 | 0:09 | 1:35 | 12166457142 | 12165360568 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 333 | 09/24/18 | 18:46:29 | 0:14 | 10:35 | 12162058705 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMH:VCORR] |
| 334 | 09/24/18 | 18:48:07 | 0:01 | 0:00 | 12165138138 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 335 | 09/24/18 | 18:48:07 | 0:01 | 0:03 | 12165138138 14403820777(F) | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 336 | 09/24/18 | 18:48:20 | 0:00 | 0:00 | 12165138138 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 337 | 09/24/18 | 18:48:20 | 0:00 | 0:04 | 12165138138 14403820777(F) | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 338 | 09/24/18 | 18:48:30 | 0:00 | 0:00 | 12165138138 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 339 | 09/24/18 | 18:48:31 | 0:01 | 0:02 | 12165138138 14403820777(F) | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 340 | 09/24/18 | 18:49:12 | 0:17 | 0:00 | 12162300621 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 341 | 09/24/18 | 18:52:14 | 0:00 | 0:00 | 12165138138 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

**AT&T Proprietary**

Page 23

ap          The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**

2729965
05/17/2019

Run Date: 05/17/2019
Run Time: 21:53:48
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm. AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | Ef | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 342 | 09/24/18 | 18:52:15 | 0:01 | 0:02 | 12165138138<br>14403820777(F) | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MT | [NIOP:CFB:VM] |
| 343 | 09/24/18 | 18:54:47 | 0:00 | 0:00 | 14405038041 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MT | [NIOP] |
| 344 | 09/24/18 | 18:54:48 | 0:01 | 0:05 | 14405038041<br>14403820777(F) | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MT | [NIOP:CFB:VM] |
| 345 | 09/24/18 | 18:54:48 | 0:01 | 0:05 | 14405038041 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MO | [NIOP] |
| 346 | 09/24/18 | 18:54:48 | 0:01 | 0:05 | 12165360568 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MO | [VCORR] |
| 347 | 09/24/18 | 18:54:49 | 0:21 | 0:04 | 12165360568<br>14403820777(F) | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MO | [NIOP:CFNA:VM] |
| 348 | 09/24/18 | 18:54:49 | 0:20 | 0:04 | 12165360568 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MO | [VCORR] |
| 349 | 09/24/18 | 18:55:19 | 0:20 | 0:00 | 14405038041 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MO | [NIOP] |
| 350 | 09/24/18 | 18:55:21 | 0:22 | 0:02 | 14405038041<br>14403820777(F) | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 351 | 09/24/18 | 18:55:21 | 0:22 | 0:02 | 14405038041 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MO | [VCORR] |
| 352 | 09/24/18 | 18:57:19 | 0:02 | 2:24 | 14405038041 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MO | [NIOP:CMH] |
| 353 | 09/24/18 | 18:57:19 | 0:02 | 2:24 | 14405038041 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MO | [VCORR] |
| 354 | 09/24/18 | 18:58:29 | 0:11 | 9:05 | 12162058705 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MO | [NIOP:VCORR] |
| 355 | 09/24/18 | 19:00:44 | 0:01 | 0:00 | 12165138138 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MT | [NIOP] |
| 356 | 09/24/18 | 19:00:45 | 0:02 | 0:02 | 12165138138<br>14403820777(F) | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MT | [NIOP:CFB:VM] |
| 357 | 09/24/18 | 19:17:36 | 0:11 | 0:45 | 13303440946 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MT | [NIOP:VCORR] |
| 358 | 09/24/18 | 19:21:21 | 0:21 | 0:00 | 12166724049 | 12166457142 | 3548290946442209<br>IPHONE8PLUS<br>APPLE | 310410025445332 | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap



**AT&T**

**MOBILITY**

Page 25

2727965
05/17/2019

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        05/17/2019
Run Time:        21:53:48
Voice Usage For: (216)645-7142

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|----|--------------------|--------------------|------|------|----|---------|
| 359 | 09/24/18 | 19:21:22 | 0:22 | 0:10 | 12166724049<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 360 | 09/24/18 | 19:23:16 | 0:08 | 0:00 | 12165138138 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 361 | 09/24/18 | 19:23:16 | 0:08 | 0:27 | 12165138138<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 362 | 09/24/18 | 19:38:30 | 0:06 | 0:00 | 12165441460 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 363 | 09/24/18 | 19:38:31 | 0:07 | 0:04 | 12165441460<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 364 | 09/24/18 | 19:38:31 | 0:07 | 0:04 | 12165441460 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 365 | 09/24/18 | 19:43:04 | 0:21 | 0:00 | 13303440946 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 366 | 09/24/18 | 19:43:05 | 0:22 | 0:04 | 13303440946<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 367 | 09/24/18 | 20:01:40 | 0:21 | 0:01 | 12164664608 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 368 | 09/24/18 | 20:01:41 | 0:22 | 0:24 | 12164664608<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 369 | 09/24/18 | 20:09:44 | 0:22 | 0:00 | 12165360568 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 370 | 09/24/18 | 20:09:45 | 0:23 | 0:02 | 12165360568<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 371 | 09/24/18 | 20:09:45 | 0:23 | 0:02 | 12165360568 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 372 | 09/24/18 | 20:10:44 | 0:22 | 0:00 | 12169301408 | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 373 | 09/24/18 | 20:10:45 | 0:23 | 0:05 | 12169301408<br>14403820777(F) | 12166457142 | 35482909464422209<br>APPLE<br>IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |

**AT&T Proprietary**

ap

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**

```
Run Date:    2729965
Run Time:    05/17/2019
Voice Usage For:   05/17/2019
                   21:53:48
                   (216)645-7142
```

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 374 | 09/24/18 | 20:20:02 | 0:08 | 1:15 | 12169301408 | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:VCORR] |
| 375 | 09/24/18 | 20:21:45 | 0:08 | 0:14 | 12169301408 | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:VCORR] |
| 376 | 09/24/18 | 20:53:13 | 0:20 | 0:00 | 12165138138 | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 377 | 09/24/18 | 20:55:12 | 0:08 | 19:03 | 1216457142 | 13303440946 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MO | [VCORR] |
| 378 | 09/24/18 | 21:35:52 | 0:23 | 0:00 | 12164853611 | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 379 | 09/24/18 | 21:35:52 | 0:23 | 0:12 | 12164853611 14403820777(F) | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 380 | 09/24/18 | 21:55:56 | 0:02 | 1:44 | 1216457142 | 12164853611 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MO | [VCORR] |
| 381 | 09/24/18 | 21:55:59 | 0:19 | 0:00 | 12166457142 | 12163745141 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 382 | 09/24/18 | 22:01:38 | 0:22 | 0:00 | 12169301408 | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 383 | 09/24/18 | 22:01:39 | 0:23 | 0:05 | 12169301408 14403820777(F) | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 384 | 09/24/18 | 22:02:46 | 0:22 | 0:00 | 1216000000 | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 385 | 09/24/18 | 22:02:46 | 0:22 | 0:06 | 1216000000 14403820777(F) | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 386 | 09/24/18 | 22:03:46 | 0:22 | 0:00 | 12169301408 | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 387 | 09/24/18 | 22:03:46 | 0:22 | 0:04 | 12169301408 14403820777(F) | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 388 | 09/24/18 | 22:05:50 | 0:21 | 0:00 | 12169301408 | 1216457142 | 354829094642209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page 26

ap



**MOBILITY**

2727965
05/17/2019

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:     05/17/2019
Run Time:     21:53:48
Voice Usage For: (216)645-7142



| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 389 | 09/24/18 | 22:05:51 | 0:22 | 0:03 | 12169301408 / 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 390 | 09/24/18 | 22:28:29 | 0:22 | 0:00 | 12168324152 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 391 | 09/24/18 | 22:28:30 | 0:23 | 0:06 | 12168324152 / 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 392 | 09/24/18 | 22:36:21 | 0:22 | 0:00 | 12166471127 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 393 | 09/24/18 | 22:36:21 | 0:22 | 0:13 | 12166471127 / 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 394 | 09/24/18 | 22:50:29 | 0:01 | 0:00 | 12162541931 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 395 | 09/24/18 | 22:50:29 | 0:01 | 0:04 | 12162541931 / 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 396 | 09/24/18 | 22:58:01 | 0:21 | 0:00 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 397 | 09/24/18 | 22:58:02 | 0:22 | 0:02 | 13303440946 / 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 398 | 09/24/18 | 23:02:59 | 0:03 | 4:40 | 12166457142 | 18006869901 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 399 | 09/24/18 | 23:07:43 | 0:02 | 0:00 | 10000000 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 400 | 09/24/18 | 23:07:44 | 0:03 | 0:05 | 10000000 / 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 401 | 09/24/18 | 23:08:01 | 0:00 | 0:00 | 10000000 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 402 | 09/24/18 | 23:08:01 | 0:00 | 0:05 | 10000000 / 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 403 | 09/24/18 | 23:08:24 | 0:35 | 0:04 | 12166457142 / 2058705(D) | 12162058705 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |

Page 27

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

ap

**MOBILITY**

2727965
05/11/2019

Run Date: 05/17/2019
Run Time: 21:53:48
Voice Usage For: (216) 645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm EST. AT&T's records are stored and provided in UTC. AT&T has queried for records using Eastern Time Zone.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 404 | 09/24/18 | 23:08:34 | 0:04 | 6:44 | 1216870B000 | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 405 | 09/24/18 | 23:09:46 | 0:20 | 0:00 | 12162058705 | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 406 | 09/24/18 | 23:09:47 | 0:21 | 0:01 | 12162058705 1440382077?(F) | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 407 | 09/24/18 | 23:15:31 | 0:09 | 28:43 | 1216457142 | 12162058705 | 354829094642209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 408 | 09/24/18 | 23:34:40 | 0:05 | 0:00 | 1216438120 | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 409 | 09/24/18 | 23:34:41 | 0:06 | 0:06 | 1216438120 1440382077?(F) | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 410 | 09/24/18 | 23:37:46 | 0:20 | 0:00 | 1440263931 4 | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 411 | 09/24/18 | 23:37:47 | 0:21 | 0:03 | 1440263931 4 1440382077?(F) | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 412 | 09/24/18 | 23:44:42 | 0:09 | 0:25 | 1440263931 4 | 1440263931 4 | 354829094642209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 413 | 09/24/18 | 23:46:16 | 0:12 | 63:55 | 1216457142 | 1216438120 | 354829094642209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 414 | 09/25/18 | 00:10:24 | 0:20 | 0:00 | 1440610310 | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MO | [NIOP] |
| 415 | 09/25/18 | 00:10:26 | 0:22 | 0:03 | 1440610310 | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 416 | 09/25/18 | 00:10:26 | 0:22 | 0:03 | 1440610310 1440382077?(F) | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 417 | 09/25/18 | 00:26:57 | 0:00 | 0:00 | 1216622896 | 1216457142 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 418 | 09/25/18 | 00:26:57 | 0:00 | 0:13 | 1216622896 1440382077?(F) | 354829094642209 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap



**MOBILITY**

AT&T

**2727965**
**05/17/2019**

Run Date:    05/17/2019
Run Time:    2:53:48
Voice Usage For:  (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 419 | 09/25/18 | 00:51:05 | 0:09 | 1:42 | 12166457142 | 14406103310 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 420 | 09/25/18 | 00:51:05 | 0:09 | 1:42 | 12166457142 | 14406103310 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 421 | 09/25/18 | 00:53:05 | 0:12 | 7:34 | 12166457142 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 422 | 09/25/18 | 00:56:18 | 0:21 | 0:00 | 14406103310 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 423 | 09/25/18 | 00:56:19 | 0:22 | 0:03 | 14406103310 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 424 | 09/25/18 | 00:56:19 | 0:22 | 0:03 | 14406103310 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 425 | 09/25/18 | 01:00:44 | 0:02 | 0:00 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 426 | 09/25/18 | 01:38:43 | 0:14 | 0:09 | 12166457142 | 14404392390 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 427 | 09/25/18 | 01:39:10 | 0:07 | 9:21 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 428 | 09/25/18 | 13:04:26 | 0:05 | 34:58 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 429 | 09/25/18 | 13:47:38 | 0:10 | 20:58 | 12166457142 3070977(D) | 12163070977 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 430 | 09/25/18 | 14:12:47 | 0:07 | 0:35 | 12162467095 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 431 | 09/25/18 | 14:12:47 | 0:08 | 0:35 | 12162467095 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 432 | 09/25/18 | 14:16:18 | 0:15 | 0:15 | 12166457142 | 12166471127 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 433 | 09/25/18 | 14:52:55 | 0:04 | 0:33 | 12163225099 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 434 | 09/25/18 | 15:08:40 | 0:05 | 0:00 | 12166457142 4213765(D) | 12164213765 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

ap

Page 29

# MOBILITY


AT&T

Run Date: 2727965
Run Time: 05/17/2019
Voice Usage For: 05/17/2019 21:53:48 (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 435 | 09/25/18 | 15:08:48 | 0:00 | 0:00 | 12166457142 | 12164203765 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 436 | 09/25/18 | 15:09:10 | 0:22 | 0:51 | 12166457142 A67420377765(D) | 12164203765 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOR:VCORR] |
| 437 | 09/25/18 | 15:15:04 | 0:20 | 0:01 | 12166429700 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 438 | 09/25/18 | 15:15:05 | 0:21 | 0:34 | 12166429700 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 439 | 09/25/18 | 16:05:47 | 0:09 | 0:00 | 14406103310 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 440 | 09/25/18 | 16:05:49 | 0:11 | 0:02 | 14406103310 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 441 | 09/25/18 | 16:05:49 | 0:12 | 0:02 | 14406103310 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 442 | 09/25/18 | 16:12:43 | 0:00 | 0:00 | 12162622896 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 443 | 09/25/18 | 16:12:44 | 0:01 | 1:21 | 12162622896 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 444 | 09/25/18 | 16:14:10 | 0:01 | 0:00 | 12162622896 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 445 | 09/25/18 | 16:14:37 | 0:00 | 0:00 | 12162622896 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 446 | 09/25/18 | 16:14:38 | 0:01 | 0:41 | 12162622896 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 447 | 09/25/18 | 16:41:34 | 0:22 | 0:00 | 13475843264 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 448 | 09/25/18 | 16:41:35 | 0:23 | 0:04 | 13475843264 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 449 | 09/25/18 | 17:09:34 | 0:13 | 1:44 | 12166457142 | 13475843264 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.



**MOBILITY**

2727965
05/17/2019

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:      05/17/2019
Run Time:      21:53:48
Voice Usage For: (216)645-7142

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 | 09/25/18 | 17:17:09 | 0:22 | 0:00 | 12166515036 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 451 | 09/25/18 | 17:17:10 | 0:23 | 0:12 | 12166515036 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNA:VM] |
| 452 | 09/25/18 | 17:27:47 | 0:08 | 0:00 | 12166457142 | 12166515036 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MO | [] |
| 453 | 09/25/18 | 17:43:22 | 0:09 | 2:44 | 13475843264 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:VCORR] |
| 454 | 09/25/18 | 18:09:38 | 0:15 | 2:52 | 12166457142 2058705(D) | 12162058705 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 455 | 09/25/18 | 18:14:44 | 0:22 | 0:00 | 12165093279 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 456 | 09/25/18 | 18:14:45 | 0:23 | 0:03 | 12165093279 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNA:VM] |
| 457 | 09/25/18 | 18:16:30 | 0:36 | 0:04 | 12166457142 4145390(D) | 12164145390 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 458 | 09/25/18 | 18:16:57 | 0:09 | 2:50 | 12166457142 | 12164455295 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 459 | 09/25/18 | 18:21:03 | 0:10 | 39:00 | 12166457142 | 13475843264 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 460 | 09/25/18 | 18:33:55 | 0:00 | 0:00 | 12162622896 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 461 | 09/25/18 | 18:33:56 | 0:01 | 0:03 | 12162622896 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFB:VM] |
| 462 | 09/25/18 | 18:37:16 | 0:21 | 0:00 | 18778254490 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 463 | 09/25/18 | 18:37:17 | 0:22 | 0:05 | 18778254490 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNA:VM] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

ap

Page 31

# MOBILITY



2727965
05/17/2019

Run Date:      05/17/2019
Run Time:      21:53:48
Voice Usage For:   (216) 645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 464 | 09/25/18 | 19:05:28 | 0:03 | 0:05 | 12166515133 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 465 | 09/25/18 | 19:06:56 | 0:06 | 1:00 | 12164203765 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOR:VCORR] |
| 466 | 09/25/18 | 19:15:55 | 0:07 | 3:02 | 12163605068 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 467 | 09/25/18 | 19:15:55 | 0:07 | 3:02 | 12163605068 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 468 | 09/25/18 | 19:31:19 | 0:06 | 0:34 | 12166457142 | 12166455295 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 469 | 09/25/18 | 19:33:27 | 0:20 | 7:41 | 12166457142 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 470 | 09/25/18 | 19:40:48 | 0:17 | 0:00 | 12162058705 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 471 | 09/25/18 | 19:41:22 | 0:07 | 0:09 | 12166457142 | 12162058705 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 472 | 09/25/18 | 19:41:42 | 0:08 | 51:22 | 12166457142 | 12162058705 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 473 | 09/25/18 | 19:50:05 | 0:20 | 0:00 | 13475843264 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 474 | 09/25/18 | 19:50:06 | 0:21 | 0:04 | 13475843264 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 475 | 09/25/18 | 20:25:24 | 0:20 | 0:00 | 13475843264 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 476 | 09/25/18 | 20:25:25 | 0:21 | 0:04 | 13475843264 14403820777(EF) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 477 | 09/25/18 | 20:38:26 | 0:34 | 0:11 | 12166457142 | 12166455295 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 478 | 09/25/18 | 20:39:21 | 0:05 | 0:19 | 12166457142 | 12166455295 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



**MOBILITY**

2727965
05/17/2019

Run Date: 05/17/2019
Run Time: 21:53:48
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 479 | 09/25/18 | 20:40:29 | 0:09 | 1:25 | 12166457142 | 12162058705 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 480 | 09/25/18 | 20:42:20 | 0:24 | 0:09 | 12166457142 | 13475843264 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 481 | 09/25/18 | 21:11:23 | 0:13 | 1:13 | 13475843264 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:VCORR] |
| 482 | 09/25/18 | 21:26:23 | 0:07 | 0:12 | 12166457142 | 12166455295 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 483 | 09/25/18 | 21:43:00 | 0:10 | 1:20 | 12166457142 | 13303440946 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 484 | 09/25/18 | 21:45:17 | 0:03 | 0:00 | 12166457142 | 12163225099 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MO | [] |
| 485 | 09/25/18 | 21:48:50 | 0:22 | 0:00 | 12166455295 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 486 | 09/25/18 | 21:48:51 | 0:23 | 0:03 | 12166455295 14403820777 (F) | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNA:VM] |
| 487 | 09/25/18 | 21:56:04 | 0:21 | 0:00 | 12166515036 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 488 | 09/25/18 | 21:56:04 | 0:21 | 0:11 | 12166515036 14403820777 (F) | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNA:VM] |
| 489 | 09/25/18 | 22:20:48 | 0:11 | 1:30 | 12166457142 2530727 (D) | 12162530727 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MO | [VCORR] |
| 490 | 09/25/18 | 22:43:44 | 0:12 | 0:08 | 12166471769 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:VCORR] |
| 491 | 09/25/18 | 23:14:59 | 0:23 | 0:00 | 12165441460 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP] |
| 492 | 09/25/18 | 23:15:01 | 0:25 | 0:01 | 12165441460 14403820777 (F) | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002545332 | MT | [NIOP:CFNA:VM] |
| 493 | 09/25/18 | 23:15:01 | 0:25 | 0:01 | 12165441460 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | | MO | [VCORR] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not
for general distribution.

ap

**MOBILITY**

2727965
05/17/2019

Run Date:         05/17/2019
Run Time:         21:53:49
Voice Usage For:  (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 494 | 09/25/18 | 23:18:05 | 0:21 | 0:00 | 12164711127 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 495 | 09/25/18 | 23:18:06 | 0:22 | 0:12 | 12164711127 14403820777(#) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 496 | 09/25/18 | 23:52:11 | 0:21 | 0:00 | 12164711127 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 497 | 09/25/18 | 23:52:12 | 0:22 | 0:12 | 12164711127 14403820777(#) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 498 | 09/25/18 | 23:59:06 | 0:18 | 0:00 | 1216485955 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 499 | 09/25/18 | 23:59:06 | 0:18 | 0:04 | 1216485955 14403820777(#) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 500 | 09/25/18 | 00:15:44 | 0:18 | 0:00 | 13308612246 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 501 | 09/26/18 | 00:15:45 | 0:19 | 0:12 | 13308612246 14403820777(#) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 502 | 09/26/18 | 01:55:26 | 0:22 | 0:00 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 503 | 09/26/18 | 01:55:26 | 0:22 | 0:06 | 13303440946 14403820777(#) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 504 | 09/26/18 | 01:56:36 | 0:08 | 59:59 | 12166457142 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 505 | 09/26/18 | 02:59:46 | 0:13 | 20:12 | 12166457142 | 13475843264 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 506 | 09/26/18 | 03:21:57 | 0:01 | 0:00 | 13475843264 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 507 | 09/26/18 | 03:21:57 | 0:01 | 0:10 | 13475843264 14403820777(#) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap

Page 34

2727965
05/17/2019

**MOBILITY**



Run Date:        05/17/2019
Run Time:        21:53:49
Voice Usage For: (216)645-7142



| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 508 | 09/26/18 | 03:25:50 | 0:17 | 0:42 | 12166457142 5438120(D) | 12165438120 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 509 | 09/26/18 | 03:27:06 | 0:24 | 0:00 | 12166457142 | 12166471127 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 510 | 09/26/18 | 03:28:15 | 0:02 | 0:16 | 12165438120 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 511 | 09/26/18 | 03:28:32 | 0:02 | 9:36 | 13475843264 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 512 | 09/26/18 | 03:50:07 | 0:05 | 0:24 | 12163729263 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 513 | 09/26/18 | 03:50:45 | 0:04 | 2:15 | 12163729263 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 514 | 09/26/18 | 04:30:15 | 0:09 | 0:31 | 12166457142 | 12165438120 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 515 | 09/26/18 | 04:33:23 | 0:04 | 0:33 | 12165438120 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 516 | 09/26/18 | 04:44:45 | 0:04 | 1:05 | 12165438120 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 517 | 09/26/18 | 05:03:06 | 0:35 | 0:09 | 12166457142 | 12164216666 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 518 | 09/26/18 | 05:06:16 | 0:06 | 2:16 | 12166457142 | 12164555295 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 519 | 09/26/18 | 05:35:48 | 0:25 | 0:00 | 12169301408 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 520 | 09/26/18 | 05:35:48 | 0:25 | 0:04 | 12169301408 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA-VM] |
| 521 | 09/26/18 | 11:48:59 | 0:01 | 0:00 | 12162622896 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

AT&T Proprietary

The information contained here is for use by authorized persons only and is not
for general distribution.

ap

2727965
05/17/2019

Run Date:    05/17/2019
Run Time:    (21:53:49)
Voice Usage For:  (216)645-7142

# MOBILITY

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 522 | 09/26/18 | 11:49:00 | 0:02 | 0:12 | 1216262282896 14403820777(E) | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFB:VM] |
| 523 | 09/26/18 | 11:49:18 | 0:00 | 0:00 | 1216262282896 | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 524 | 09/26/18 | 12:36:53 | 0:00 | 0:00 | 18778254449490 | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 525 | 09/26/18 | 12:36:53 | 0:00 | 0:06 | 18778254449490 14403820777(E) | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFB:VM] |
| 526 | 09/26/18 | 12:37:05 | 0:34 | 0:11 | 1216645714142 | 1330340094946 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MO | [VCORR] |
| 527 | 09/26/18 | 12:39:36 | 0:32 | 0:01 | 1216645714142 | 1347584432644 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MO | [VCORR] |
| 528 | 09/26/18 | 13:01:25 | 0:04 | 7:44 | 1330340094946 | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:VCORR] |
| 529 | 09/26/18 | 13:01:57 | 0:21 | 0:00 | 1347584432644 | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 530 | 09/26/18 | 13:01:57 | 0:21 | 0:09 | 1347584432644 | 1347584432644 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 531 | 09/26/18 | 13:09:31 | 0:12 | 31:15 | 1216645714142 | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MO | [VCORR] |
| 532 | 09/26/18 | 13:43:34 | 0:17 | 0:08 | 1216954545834 | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:VCORR] |
| 533 | 09/26/18 | 14:17:55 | 0:01 | 0:00 | 1866529025216 | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |
| 534 | 09/26/18 | 14:17:55 | 0:01 | 0:13 | 1866529025216 14403820777(E) | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP:CFB:VM] |
| 535 | 09/26/18 | 14:17:55 | 0:02 | 0:00 | 1866529025216 | 1216645714142 | 354829094644442209 IPHONE8PLUS APPLE | 310410025445332 | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap



**AT&T**

**MOBILITY**

2727965
05/17/2019

Run Date:    05/17/2019
Run Time:    21:53:49
Voice Usage For:    (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 536 | 09/26/18 | 14:21:18 | 0:11 | 0:07 | 12164161670 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 537 | 09/26/18 | 14:26:00 | 0:12 | 0:05 | 12164307194 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 538 | 09/26/18 | 14:26:22 | 0:01 | 0:00 | 12166457142 | 12164161670 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 539 | 09/26/18 | 14:45:11 | 0:12 | 1:22 | 12166457142 | 14402392090 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 540 | 09/26/18 | 14:48:49 | 0:00 | 0:00 | 18652902516 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 541 | 09/26/18 | 14:48:50 | 0:01 | 0:12 | 18652902516 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 542 | 09/26/18 | 14:48:50 | 0:02 | 0:00 | 18652902516 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 543 | 09/26/18 | 14:50:31 | 0:27 | 0:31 | 12166457142 | 13475843264 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 544 | 09/26/18 | 15:12:30 | 0:10 | 3:52 | 12165438120 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 545 | 09/26/18 | 15:22:54 | 0:00 | 0:00 | 18652902516 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 546 | 09/26/18 | 15:23:11 | 0:16 | 0:00 | 18652902516 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 547 | 09/26/18 | 15:23:12 | 0:17 | 0:12 | 18652902516 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 548 | 09/26/18 | 15:37:52 | 0:22 | 0:00 | 12166429700 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 549 | 09/26/18 | 15:37:53 | 0:23 | 0:12 | 12166429700 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |

**AT&T Proprietary**

ap          The information contained here is for use by authorized persons only and is not
for general distribution.

Page 37

**MOBILITY**


AT&T

2727965
05/11/2019

Run Date:   05/11/2019
Run Time:   21:53:49
Voice Usage For:   (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMSI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|-------------------|--------------------|------|------|-----|---------|
| 550 | 09/26/18 | 15:56:28 | 0:22 | 0:00 | 1216799239 | 1216645142 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 551 | 09/26/18 | 15:56:29 | 0:23 | 0:09 | 12167993239 14403820771(F) | 1216645142 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 552 | 09/26/18 | 16:08:06 | 0:09 | 1:02 | 1216509279 | 1216645142 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 553 | 09/26/18 | 16:19:47 | 0:12 | 3:48 | 1347584264 | 1216645142 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 554 | 09/26/18 | 16:40:05 | 0:11 | 0:24 | 1216645142 | 13475843264 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 555 | 09/26/18 | 16:43:18 | 0:39 | 2:30 | 1216645142 | 1216626669 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 556 | 09/26/18 | 16:46:12 | 0:05 | 5:11 | 1216645142 | 1216321775 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 557 | 09/26/18 | 17:01:57 | 0:29 | 0:02 | 1216645142 25307727(D) | 1216230727 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 558 | 09/26/18 | 17:02:07 | 0:03 | 0:08 | 18008258038 | 1216645142 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 559 | 09/26/18 | 17:02:44 | 0:10 | 0:40 | 1216645142 | 12167993239 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 560 | 09/26/18 | 17:04:29 | 0:03 | 0:04 | 1216645142 | 1216645295 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 561 | 09/26/18 | 17:04:40 | 0:03 | 0:04 | 1216645142 | 1216645295 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 562 | 09/26/18 | 17:14:28 | 0:03 | 0:02 | 1216645142 | 1216645295 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 563 | 09/26/18 | 17:39:57 | 0:01 | 0:00 | 1216645142 | 1216645295 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 564 | 09/26/18 | 17:40:18 | 0:02 | 0:17 | 1216645142 | 1216125689 | 354829094644220 9 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

ap

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page 38



**MOBILITY**

2727965
05/17/2019

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:       05/17/2019
Run Time:       21:53:49
Voice Usage For: (216)645-7142

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|----|--------------------|--------------------|------|------|----|---------|
| 565 | 09/26/18 | 17:40:18 | 0:06 | 0:17 | 12166457142 | 12166125689 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | ST | [] |
| 566 | 09/26/18 | 17:40:19 | 0:08 | 0:16 | 12166457142 | 12166125689 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 567 | 09/26/18 | 17:45:50 | 0:08 | 0:27 | 12166457142 | 12166321775 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 568 | 09/26/18 | 17:48:25 | 0:09 | 0:10 | 12163079960 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 569 | 09/26/18 | 17:49:46 | 0:22 | 0:00 | 13475843264 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 570 | 09/26/18 | 17:49:47 | 0:23 | 0:04 | 13475843264 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 571 | 09/26/18 | 17:53:05 | 0:22 | 0:00 | 13475843264 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 572 | 09/26/18 | 17:53:05 | 0:22 | 0:07 | 13475843264 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 573 | 09/26/18 | 17:57:06 | 0:21 | 0:00 | 12166321775 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 574 | 09/26/18 | 17:57:07 | 0:22 | 0:08 | 12166321775 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 575 | 09/26/18 | 18:04:27 | 0:12 | 0:06 | 12166457142 | 12166321775 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 576 | 09/26/18 | 18:04:45 | 0:00 | 0:00 | 12166457142 | 89448 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 577 | 09/26/18 | 18:05:16 | 0:18 | 0:05 | 12166457142 | 12166321775 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 578 | 09/26/18 | 18:06:48 | 0:04 | 0:07 | 12166321775 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 579 | 09/26/18 | 18:09:34 | 0:13 | 0:26 | 12166321775 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |

**AT&T Proprietary**

ap          The information contained here is for use by authorized persons only and is not
for general distribution.

Page 39

2727965
05/17/2019

# MOBILITY

Run Date:      05/17/2019
Run Time:      21:53:49
Voice Usage For:      (216) 645-7142
(UTC)

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:10pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 580 | 09/26/18 | 18:16:49 | 0:02 | 3:48 | 13475843264 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 581 | 09/26/18 | 18:22:13 | 0:05 | 0:03 | 12166457142 | 12166455295 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 582 | 09/26/18 | 18:22:26 | 0:00 | 0:00 | 12166457142 | 12166455295 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 583 | 09/26/18 | 18:22:30 | 0:04 | 0:03 | 12166457142 A6764552925(D) | 12166455295 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOR:VCORR] |
| 584 | 09/26/18 | 18:37:20 | 0:20 | 0:00 | 13903440946 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 585 | 09/26/18 | 18:38:52 | 0:08 | 0:36 | 13475843264 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 586 | 09/26/18 | 18:40:53 | 0:16 | 0:04 | 12166724191 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 587 | 09/26/18 | 18:45:26 | 0:22 | 5:40 | 12166457142 | 13903440946 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 588 | 09/26/18 | 18:48:56 | 0:20 | 0:00 | 12167993239 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 589 | 09/26/18 | 18:48:57 | 0:21 | 0:06 | 12167993239 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 590 | 09/26/18 | 18:52:27 | 0:35 | 0:09 | 12166457142 | 12167993239 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 591 | 09/26/18 | 19:17:32 | 0:22 | 0:00 | 13903440946 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 592 | 09/26/18 | 19:17:33 | 0:23 | 0:03 | 13903440946 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 593 | 09/26/18 | 19:22:46 | 0:10 | 4:36 | 12166457142 | 12169416611 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |

ap

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T Proprietary

Page 40





**2727965**
**05/17/2019**

**MOBILITY**

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:      05/17/2019
Run Time:      21:53:49
Voice Usage For:  (216)645-7142

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|--------------------|--------------------|------|------|------|---------|
| 594 | 09/26/18 | 19:29:39 | 0:18 | 1:17 | 12165138138 | 12165138138 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 595 | 09/26/18 | 19:31:18 | 0:06 | 6:14 | 12166457142 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 596 | 09/26/18 | 19:44:19 | 0:18 | 2:49 | 12166457142 | 12165138138 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 597 | 09/26/18 | 19:49:10 | 0:05 | 16:04 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMH:VCORR] |
| 598 | 09/26/18 | 19:52:59 | 0:17 | 0:00 | 17204581850 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 599 | 09/26/18 | 19:56:46 | 0:08 | 0:19 | 13475843264 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 600 | 09/26/18 | 20:32:29 | 0:22 | 0:00 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 601 | 09/26/18 | 20:32:29 | 0:22 | 0:02 | 13303440946 14403820777 (F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 602 | 09/26/18 | 20:35:31 | 0:03 | 0:00 | 12166457142 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 603 | 09/26/18 | 20:36:49 | 0:05 | 22:32 | 12166457142 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 604 | 09/26/18 | 20:38:03 | 0:21 | 0:00 | 17279855566 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 605 | 09/26/18 | 20:38:03 | 0:21 | 0:07 | 17279855566 14403820777 (F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 606 | 09/26/18 | 20:59:31 | 0:21 | 0:00 | 12162151435 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 607 | 09/26/18 | 20:59:32 | 0:22 | 0:12 | 12162151435 14403820777 (F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |

**AT&T Proprietary**

ap              The information contained here is for use by authorized persons only and is not
for general distribution.

2727965
05/17/2019

Run Date:   05/17/2019
Run Time:   21:53:49
Voice Usage For:  (216)645-7142

# MOBILITY

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 608 | 09/26/18 | 20:59:42 | 0:10 | 0:00 | 13475843264 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 609 | 09/26/18 | 20:59:42 | 0:10 | 0:05 | 13475843264 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 610 | 09/26/18 | 21:00:58 | 0:22 | 0:00 | 13475843264 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 611 | 09/26/18 | 21:00:58 | 0:22 | 0:04 | 13475843264 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 612 | 09/26/18 | 21:03:05 | 0:00 | 0:00 | 12166457142 | 13475843264 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 613 | 09/26/18 | 21:03:27 | 0:12 | 0:19 | 12166457142 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 614 | 09/26/18 | 21:05:38 | 0:19 | 1:08 | 12166457142 | 12162151435 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 615 | 09/26/18 | 21:06:49 | 0:06 | 0:00 | 12166455295 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 616 | 09/26/18 | 21:06:49 | 0:06 | 0:07 | 12166455295 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 617 | 09/26/18 | 21:07:21 | 0:21 | 0:01 | 12166455295 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 618 | 09/26/18 | 21:07:22 | 0:22 | 0:03 | 12166455295 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 619 | 09/26/18 | 21:15:32 | 0:25 | 0:00 | 14406103310 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 620 | 09/26/18 | 21:15:33 | 0:26 | 0:03 | 14406103310 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 621 | 09/26/18 | 21:15:33 | 0:27 | 0:03 | 14406103310 | 12166457142 | | | MO | [VCORR] |
| 622 | 09/26/18 | 21:16:30 | 0:00 | 0:00 | 12166457142 | 14406103310 | | | MT | [NIOP] |
| 623 | 09/26/18 | 21:16:30 | 0:00 | 0:01 | 12166457142 14099749000(F) | 14406103310 | | | MT | [NIOP:CFB:VM] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap

AT&T



**2727965**
**05/17/2019**

**MOBILITY**

Run Date: 05/17/2019
Run Time: 21:53:49
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 624 | 09/26/18 | 21:16:30 | 0:01 | 0:01 | 12166457142 | 14406103310 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 625 | 09/26/18 | 21:30:52 | 0:21 | 0:00 | 12166455295 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 626 | 09/26/18 | 21:30:53 | 0:22 | 0:02 | 12166455295 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 627 | 09/26/18 | 21:56:09 | 0:08 | 1:03 | 12166457142 | 13303440946 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 628 | 09/26/18 | 21:58:13 | 0:00 | 0:00 | 12162151435 | 12166457142 | | 310410025445332 | MT | [NIOP] |
| 629 | 09/26/18 | 21:58:14 | 0:01 | 0:08 | 12162151435 14403820777(F) | 12166457142 | | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 630 | 09/26/18 | 21:59:34 | 0:00 | 0:00 | 13303440946 | 12166457142 | | 310410025445332 | MT | [NIOP] |
| 631 | 09/26/18 | 21:59:35 | 0:01 | 0:09 | 13303440946 14403820777(F) | 12166457142 | | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 632 | 09/26/18 | 22:00:00 | 0:01 | 0:00 | 13303440946 | 12166457142 | | 310410025445332 | MT | [NIOP] |
| 633 | 09/26/18 | 22:00:00 | 0:01 | 0:13 | 13303440946 14403820777(F) | 12166457142 | | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 634 | 09/26/18 | 22:01:00 | 0:20 | 0:00 | 13303440946 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 635 | 09/26/18 | 22:01:01 | 0:21 | 0:04 | 13303440946 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 636 | 09/26/18 | 22:02:06 | 0:21 | 0:00 | 13303440946 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 637 | 09/26/18 | 22:02:07 | 0:22 | 0:02 | 13303440946 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 638 | 09/26/18 | 22:02:18 | 0:08 | 9:40 | 12166457142 | 13303440946 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 639 | 09/26/18 | 22:07:39 | 0:23 | 0:00 | 12165438120 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 640 | 09/26/18 | 22:07:40 | 0:24 | 0:03 | 12165438120 14403820777(F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

ap

Page 43

2727965
05/17/2019

**MOBILITY**

Run Date: 05/17/2019
Run Time: 21:53:49
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm. AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 641 | 09/26/18 | 22:12:54 | 0:14 | 0:52 | 1216457142 | 1347584326 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 642 | 09/26/18 | 22:14:08 | 0:18 | 0:49 | 1216457142 | 1216151435 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 643 | 09/26/18 | 22:17:05 | 0:09 | 0:42 | 1216457142 | 12186624008 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 644 | 09/26/18 | 22:18:20 | 0:15 | 0:25 | 1216624008 | 12186624008 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 645 | 09/26/18 | 22:21:33 | 0:04 | 10:56 | 1303040946 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMR:VCORR] |
| 646 | 09/26/18 | 22:28:10 | 0:13 | 0:47 | 1216151435 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 647 | 09/26/18 | 22:39:25 | 0:01 | 0:00 | 1216230727 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 648 | 09/26/18 | 22:40:24 | 0:20 | 0:00 | 1216566265 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 649 | 09/26/18 | 22:40:25 | 0:21 | 0:00 | 1216566265 1440382077(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMR:VM] |
| 650 | 09/26/18 | 22:55:19 | 0:20 | 0:00 | 1347584326 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 651 | 09/26/18 | 22:55:20 | 0:21 | 0:04 | 1347584326 1440382077(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 652 | 09/26/18 | 22:59:02 | 0:04 | 0:36 | 1216230727 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 653 | 09/26/18 | 23:02:10 | 0:17 | 0:46 | 1216457142 | 1216230727 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 654 | 09/26/18 | 23:04:06 | 0:01 | 0:00 | 15402534294 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap



2727965
05/17/2019



**MOBILITY**

Run Date:        05/17/2019
Run Time:        21:53:49
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 655 | 09/26/18 | 23:04:06 | 0:01 | 0:13 | 15402534294 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 656 | 09/26/18 | 23:04:06 | 0:02 | 0:00 | 15402534294 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 657 | 09/26/18 | 23:04:26 | 0:03 | 0:29 | 12162530727 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 658 | 09/26/18 | 23:05:48 | 0:04 | 10:49 | 12162530727 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 659 | 09/26/18 | 23:13:40 | 0:01 | 0:00 | 12162622896 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 660 | 09/26/18 | 23:13:40 | 0:01 | 0:11 | 12162622896 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 661 | 09/26/18 | 23:33:40 | 0:22 | 0:00 | 13475843264 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 662 | 09/26/18 | 23:33:41 | 0:23 | 0:04 | 13475843264 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 663 | 09/26/18 | 23:39:18 | 0:00 | 0:00 | 15402534294 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 664 | 09/26/18 | 23:39:18 | 0:00 | 0:13 | 15402534294 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 665 | 09/26/18 | 23:39:18 | 0:02 | 0:00 | 15402534294 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 666 | 09/26/18 | 23:49:09 | 0:02 | 16:46 | 12162058705 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 667 | 09/26/18 | 23:55:26 | 0:12 | 0:00 | 12165360568 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 668 | 09/26/18 | 23:55:26 | 0:13 | 0:00 | 12165360568 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | | MO | [] |
| 669 | 09/27/18 | 00:06:09 | 0:01 | 0:00 | 12162058705 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |



ap

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

Page 45

2727965
05/17/2019

MOBILITY



Run Date:
Run Time:
Voice Usage For:

05/17/2019
21:53:49
(216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 670 | 09/27/18 | 00:06:10 | 0:02 | 0:02 | 1216058705 14403820777(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 671 | 09/27/18 | 00:06:27 | 0:01 | 0:00 | 1216058705 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 672 | 09/27/18 | 00:06:27 | 0:01 | 0:03 | 1216058705 14403820777(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 673 | 09/27/18 | 00:11:15 | 0:01 | 0:00 | 1540254294 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 674 | 09/27/18 | 00:11:15 | 0:02 | 0:00 | 1540254294 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 675 | 09/27/18 | 00:11:16 | 0:02 | 0:12 | 1540254294 14403820777(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 676 | 09/27/18 | 00:12:40 | 0:11 | 0:00 | 1216457142 | 1216568265 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 677 | 09/27/18 | 00:12:52 | 0:07 | 5:21 | 1216457142 | 1303440946 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 678 | 09/27/18 | 00:16:46 | 0:22 | 0:00 | 1216799239 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 679 | 09/27/18 | 00:16:47 | 0:23 | 0:10 | 1216799239 14403820777(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 680 | 09/27/18 | 00:19:51 | 0:05 | 1:22 | 1347584264 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 681 | 09/27/18 | 00:19:51 | 0:06 | 1:22 | 1347584264 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | ST | [NIOP] |
| 682 | 09/27/18 | 00:21:41 | 0:11 | 4:27 | 1216457142 | 1303440946 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 683 | 09/27/18 | 00:28:07 | 0:36 | 0:19 | 1216457142 | 1330861246 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |

ap

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page 46



**2727965**
**05/17/2019**

**MOBILITY**

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        05/17/2019
Run Time:        21:53:49
Voice Usage For: (216)645-7142

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 684 | 09/27/18 | 00:30:19 | 0:01 | 0:00 | 13308612246 | 12166457142 | | | ST | [NIOP] |
| 685 | 09/27/18 | 00:30:19 | 0:01 | 0:04 | 13308612246<br>14403820777 (F) | 12166457142 | APPLE<br>IPHONE8PLUS | | ST | [NIOP:CFB:VM] |
| 686 | 09/27/18 | 00:30:22 | 0:20 | 0:37 | 12166321775 | 12166457142 | APPLE<br>IPHONE8PLUS | | ST | [NIOP] |
| 687 | 09/27/18 | 00:30:22 | 0:09 | 0:37 | 12166321775 | 12166457142 | APPLE<br>IPHONE8PLUS<br>354829094642209 | 31041002544532 | MT | [NIOP] |
| 688 | 09/27/18 | 01:03:55 | 0:22 | 0:00 | 14406103310 | 12166457142 | APPLE<br>IPHONE8PLUS<br>354829094642209 | 31041002544532 | MT | [NIOP] |
| 689 | 09/27/18 | 01:03:56 | 0:23 | 0:03 | 14406103310 | 12166457142 | APPLE<br>IPHONE8PLUS | | MO | [VCORR] |
| 690 | 09/27/18 | 01:03:56 | 0:23 | 0:03 | 14406103310<br>14403820777 (F) | 12166457142 | APPLE<br>IPHONE8PLUS<br>354829094642209 | 31041002544532 | MT | [NIOP:CFNA:VM] |
| 691 | 09/27/18 | 01:23:01 | 0:23 | 0:00 | 12162151435 | 12166457142 | APPLE<br>IPHONE8PLUS<br>354829094642209 | 31041002544532 | MT | [NIOP] |
| 692 | 09/27/18 | 01:23:01 | 0:23 | 0:06 | 12162151435<br>14403820777 (F) | 12166457142 | APPLE<br>IPHONE8PLUS<br>354829094642209 | 31041002544532 | MT | [NIOP:CFNA:VM] |
| 693 | 09/27/18 | 01:26:22 | 0:14 | 0:11 | 12166457142 | 12162151435 | APPLE<br>IPHONE8PLUS | | MO | [VCORR] |
| 694 | 09/27/18 | 01:33:29 | 0:01 | 0:00 | 12166321775 | 12166457142 | APPLE<br>IPHONE8PLUS<br>354829094642209 | 31041002544532 | MT | [NIOP] |
| 695 | 09/27/18 | 01:33:29 | 0:01 | 0:03 | 12166321775<br>14403820777 (F) | 12166457142 | APPLE<br>IPHONE8PLUS<br>354829094642209 | 31041002544532 | MT | [NIOP:CFB:VM] |
| 696 | 09/27/18 | 01:33:33 | 0:58 | 0:00 | 12166457142 | 14408823884 | APPLE<br>IPHONE8PLUS<br>354829094642209 | 31041002544532 | MO | [] |
| 697 | 09/27/18 | 01:34:33 | 0:24 | 0:15 | 12166457142 | 12168620519 | APPLE<br>IPHONE8PLUS<br>354829094642209 | 31041002544532 | MO | [VCORR] |
| 698 | 09/27/18 | 01:36:28 | 0:21 | 0:00 | 12166457142 | 12165338153 | | | MT | [NIOP] |
| 699 | 09/27/18 | 01:36:48 | 0:25 | 0:00 | 12166457142 | 12165338153 | | | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap

Page 47

**MOBILITY**

2727965
05/17/2019

Run Date: 05/17/2019
Run Time: 21:53:49
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 700 | 09/27/18 | 01:36:49 | 0:26 | 0:12 | 1216645712 | 1216533815 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MT | [NIOP:CFNA:VM] |
| 701 | 09/27/18 | 01:36:49 | 0:26 | 0:12 | 14403820777(F) | 1216533815 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MO | [NIOP] |
| 702 | 09/27/18 | 01:51:25 | 0:33 | 0:03 | 1216645712 | 134758437264 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MO | [VCORR] |
| 703 | 09/27/18 | 01:51:54 | 0:23 | 0:40 | 1216645712 | 134758437264 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MO | [VCORR] |
| 704 | 09/27/18 | 02:46:16 | 0:08 | 0:00 | 1216645712 | 134758437264 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MO | [] |
| 705 | 09/27/18 | 03:20:20 | 0:09 | 0:21 | 1216321775 | 1216645712 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MT | [VCORR] |
| 706 | 09/27/18 | 04:52:46 | 0:08 | 0:40 | 134758437264 | 1216645712 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MT | [NIOP:VCORR] |
| 707 | 09/27/18 | 05:07:01 | 0:04 | 2:41 | 134758437264 | 1216645712 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MT | [VCORR] |
| 708 | 09/27/18 | 12:29:34 | 0:22 | 0:00 | 1216799239 | 1216645712 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MT | [NIOP] |
| 709 | 09/27/18 | 12:29:34 | 0:22 | 0:31 | 1216799239 14403820777(F) | 1216645712 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MT | [NIOP:CFNA:VM] |
| 710 | 09/27/18 | 12:37:29 | 0:15 | 1:37 | 1216645712 | 1216799239 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MO | [VCORR] |
| 711 | 09/27/18 | 12:40:46 | 0:34 | 0:08 | 1216645712 | 13303440946 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MO | [VCORR] |
| 712 | 09/27/18 | 12:46:48 | 0:15 | 0:27 | 1216645712 | 1216852310 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MO | [VCORR] |
| 713 | 09/27/18 | 12:47:55 | 0:22 | 0:00 | 1216645712 | 1216536056 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MT | [NIOP] |
| 714 | 09/27/18 | 12:47:56 | 0:23 | 0:03 | 1216645712 | 1216536056 | 354829094644242099 APPLE IPHONE8PLUS | 31041002544532 | MO | [VCORR] |

ap

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page 48



**MOBILITY**

2727965
05/17/2019

Run Date:      05/17/2019
Run Time:      21:53:49
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 715 | 09/27/18 | 12:47:56 | 0:23 | 0:03 | 12166457142 14403820777 (F) | 12165360568 | | | MT | [NTOP:CFNA:VM] |
| 716 | 09/27/18 | 12:48:09 | 0:04 | 0:25 | 12166457142 | 15402534294 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 717 | 09/27/18 | 12:49:12 | 0:18 | 2:45 | 12166457142 | 12166455295 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 718 | 09/27/18 | 13:00:32 | 0:06 | 9:23 | 13303440946 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MT | [NTOP:VCORR] |
| 719 | 09/27/18 | 13:15:00 | 0:24 | 0:04 | 12166457142 2530727 (D) | 12162530727 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 720 | 09/27/18 | 13:15:31 | 0:24 | 0:54 | 12166457142 2530727 (D) | 12162530727 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 721 | 09/27/18 | 13:16:24 | 0:01 | 0:00 | 12162530727 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP] |
| 722 | 09/27/18 | 13:16:25 | 0:02 | 0:05 | 12162530727 14403820777 (F) | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MT | [NTOP:CFB:VM] |
| 723 | 09/27/18 | 13:16:34 | 0:00 | 0:00 | 12162530727 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP] |
| 724 | 09/27/18 | 13:16:35 | 0:01 | 0:03 | 12162530727 14403820777 (F) | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MT | [NTOP:CFB:VM] |
| 725 | 09/27/18 | 13:16:35 | 0:02 | 0:07 | 12166457142 2530727 (D) | 12162530727 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MO | [VCORR] |
| 726 | 09/27/18 | 13:16:53 | 0:08 | 2:56 | 12166457142 2530727 (D) | 12162530727 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MO | [CMH:MFS] |
| 727 | 09/27/18 | 13:18:27 | 0:05 | 0:00 | 12164488735 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MT | [NIOP] |
| 728 | 09/27/18 | 13:19:07 | 0:02 | 4:51 | 12166457142 44355100 (D) | 12164435100 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MO | [CMH:MFS:VCORR] |
| 729 | 09/27/18 | 13:19:10 | 0:00 | 4:48 | 12166457142 | -1 | 35482909464442209 APPLE IPHONE8PLUS | 31041002544332 | MO | [CMH:MFS] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap

Page 49

2727965
05/17/2019

Run Date: 05/17/2019
Run Time: 21:53:49
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

# MOBILITY

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 730 | 09/27/18 | 13:20:17 | 0:16 | 0:16 | 1216645 7142 | 1216253 0727 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 731 | 09/27/18 | 13:23:10 | 0:32 | 0:05 | 1216645 7142 | 1216253 0727 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 732 | 09/27/18 | 13:23:51 | 0:30 | 0:07 | 1216645 7142 | 1216253 0727 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 733 | 09/27/18 | 13:24:38 | 0:29 | 0:10 | 1216645 7142 | 1216253 0727 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 734 | 09/27/18 | 13:27:08 | 0:03 | 0:11 | 1216799 3239 | 1216645 7142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 735 | 09/27/18 | 13:27:52 | 0:28 | 0:02 | 1216645 7142 | 1216253 0727 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 736 | 09/27/18 | 14:10:35 | 0:22 | 0:00 | 1216799 3239 | 1216645 7142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 737 | 09/27/18 | 14:10:36 | 0:23 | 0:04 | 1216799 3239 1440380207717(F) | 1216645 7142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 738 | 09/27/18 | 14:15:46 | 0:15 | 0:17 | 1216645 7142 | 1216799 3239 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 739 | 09/27/18 | 14:19:09 | 0:21 | 0:00 | 1216799 3239 | 1216645 7142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 740 | 09/27/18 | 14:19:09 | 0:21 | 0:05 | 1216799 3239 1440380207717(F) | 1216645 7142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 741 | 09/27/18 | 14:34:13 | 0:13 | 0:20 | 1216645 7142 | 1216799 3239 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 742 | 09/27/18 | 14:39:12 | 0:09 | 0:04 | 1224316753 | 1216645 7142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOP:VCORR] |
| 743 | 09/27/18 | 14:53:55 | 0:01 | 0:00 | 1304881 6741 | 1216645 7142 | | 310410025445332 | MT | [NIOP] |
| 744 | 09/27/18 | 14:53:55 | 0:01 | 0:05 | 1304881 6741 1440380207717(F) | 1216645 7142 | | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 745 | 09/27/18 | 14:54:14 | 0:00 | 0:00 | 1304881 6741 | 1216645 7142 | | 310410025445332 | MT | [NIOP] |

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T Proprietary

ap

Page 50


AT&T



**MOBILITY**

Page 51

2727965
05/17/2019

Run Date:   05/17/2019
Run Time:   21:53:50
Voice Usage For::  (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 746 | 09/27/18 | 14:54:15 | 0:01 | 0:03 | 13048816741 14403820777(F) | 12166457142 | | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 747 | 09/27/18 | 15:03:57 | 0:00 | 0:00 | 13303440946 | 12166457142 | | 310410025445332 | MT | [NIOP] |
| 748 | 09/27/18 | 15:03:58 | 0:01 | 0:03 | 13303440946 14403820777(F) | 12166457142 | | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 749 | 09/27/18 | 15:05:41 | 0:00 | 0:00 | 13303440946 | 12166457142 | | 310410025445332 | MT | [NIOP] |
| 750 | 09/27/18 | 15:05:42 | 0:01 | 0:04 | 13303440946 14403820777(F) | 12166457142 | | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 751 | 09/27/18 | 15:14:58 | 0:01 | 0:00 | 13303440946 | 12166457142 | | 310410025445332 | MT | [NIOP] |
| 752 | 09/27/18 | 15:14:58 | 0:01 | 0:02 | 13303440946 14403820777(F) | 12166457142 | | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 753 | 09/27/18 | 15:28:04 | 0:01 | 0:00 | 12166471618 | 12166457142 | | 310410025445332 | MT | [NIOP] |
| 754 | 09/27/18 | 15:28:04 | 0:01 | 0:12 | 12166471618 14403820777(F) | 12166457142 | | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 755 | 09/27/18 | 15:33:45 | 0:08 | 2:34 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMH] |
| 756 | 09/27/18 | 15:34:47 | 0:12 | 3:32 | 12166455295 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMH:MPS] |
| 757 | 09/27/18 | 15:38:14 | 0:12 | 0:05 | 12166457142 | 12166321775 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [CMH:MPS:VCORR] |
| 758 | 09/27/18 | 15:38:16 | 0:00 | 0:03 | 12166457142 | -1 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [MPS] |
| 759 | 09/27/18 | 15:38:40 | 0:05 | 1:40 | 12166457142 | 12166455295 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 760 | 09/27/18 | 15:41:15 | 0:15 | 0:00 | 12166457142 | 12166321775 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 761 | 09/27/18 | 15:42:44 | 0:06 | 2:00 | 12166457142 | 12162550099 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 762 | 09/27/18 | 15:44:18 | 0:21 | 0:00 | 12166455295 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 763 | 09/27/18 | 15:44:19 | 0:22 | 0:03 | 12166455295 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |

AT&T Proprietary

ap                 The information contained here is for use by authorized persons only and is not
                   for general distribution.

**MOBILITY**

2727965
05/17/2019

Run Date:          05/17/2019
Run Time:          21:53:50
Voice Usage For:   (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 778 | 09/27/18 | 17:47:20 | 0:29 | 0:05 | 12166457142 | 1216253072 7 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 777 | 09/27/18 | 17:42:25 | 0:35 | 0:05 | 12166457142 2058705(D) | 1216205870 5 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 776 | 09/27/18 | 17:31:45 | 0:14 | 7:41 | 1330340096 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NTOP:VCORR] |
| 775 | 09/27/18 | 17:06:10 | 0:12 | 0:15 | 12166457142 | 12166816791 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 774 | 09/27/18 | 17:03:33 | 0:12 | 1:12 | 12166457142 | 1304881674 1 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 773 | 09/27/18 | 16:46:09 | 0:22 | 1:14 | 12166457142 | 1216481868 2 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 772 | 09/27/18 | 16:42:46 | 0:22 | 0:08 | 18778254490 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NTOP:CFNA:VM] |
| 771 | 09/27/18 | 16:42:46 | 0:22 | 0:00 | 18778254490 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NTOP] |
| 770 | 09/27/18 | 16:41:02 | 0:09 | 0:04 | 12166457142 4013869(D) | 12164013869 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 769 | 09/27/18 | 16:38:56 | 0:22 | 0:07 | 14406103310 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NTOP:CFNA:VM] |
| 768 | 09/27/18 | 16:38:56 | 0:22 | 0:07 | 14406103310 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 767 | 09/27/18 | 16:38:55 | 0:21 | 0:00 | 14406103310 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NTOP] |
| 766 | 09/27/18 | 16:09:27 | 0:16 | 5:45 | 12166457142 | 1216307996 0 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 765 | 09/27/18 | 15:49:52 | 0:01 | 0:22 | 12166457142 | 14403820777 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR:VM] |
| 764 | 09/27/18 | 15:44:58 | 0:05 | 3:32 | 12166457142 | 1216645295 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap

Page 52





**MOBILITY**

**Page 53**

2727965
05/17/2019

Run Date:     05/17/2019
Run Time:     21:53:50
Voice Usage For:  (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|--------------------|--------------------|------|------|------|---------|
| 779 | 09/27/18 | 17:50:42 | 0:05 | 2:15 | 12166321775 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 780 | 09/27/18 | 18:00:36 | 0:13 | 0:00 | 12166429700 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 781 | 09/27/18 | 18:00:53 | 0:09 | 0:00 | 12166429700 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 782 | 09/27/18 | 18:01:01 | 0:07 | 0:00 | 12166429700 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 783 | 09/27/18 | 18:01:35 | 0:26 | 0:00 | 12166420602 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 784 | 09/27/18 | 18:01:36 | 0:27 | 0:36 | 12166420602 14403820777(F) | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 785 | 09/27/18 | 18:03:08 | 0:19 | 0:01 | 12126581932 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 786 | 09/27/18 | 18:16:23 | 0:08 | 0:00 | 12166457142 | 12126581932 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 787 | 09/27/18 | 18:29:31 | 0:18 | 0:00 | 12162300619 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 788 | 09/27/18 | 18:56:27 | 0:30 | 0:19 | 12166457142 | 12163225099 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 789 | 09/27/18 | 18:57:29 | 0:33 | 0:09 | 12166457142 | 12163225099 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 790 | 09/27/18 | 19:03:01 | 0:21 | 0:00 | 12166514953 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 791 | 09/27/18 | 19:03:02 | 0:22 | 0:01 | 12166514953 14403820777(F) | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 792 | 09/27/18 | 19:30:03 | 0:22 | 0:44 | 14406103310 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 793 | 09/27/18 | 19:30:03 | 0:22 | 0:44 | 14406103310 | 12166457142 | 35482909464442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMH] |

**AT&T Proprietary**

ap             The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**

2727965
05/17/2019

| | |
|---|---|
| Run Date: | 05/17/2019 |
| Run Time: | 21:53:50 |
| Voice Usage For: | (216)645-7142 |

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 794 | 09/27/18 | 19:30:26 | 0:07 | 0:31 | 12163225099 | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 795 | 09/27/18 | 19:33:00 | 0:07 | 1:59 | 12163220014 | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 796 | 09/27/18 | 19:33:00 | 0:08 | 1:59 | 12166457142 | 12163220014 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 797 | 09/27/18 | 19:36:54 | 0:14 | 1:07 | 12166455295 | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 798 | 09/27/18 | 19:43:31 | 0:04 | 0:00 | 1303040946 | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 799 | 09/27/18 | 19:43:32 | 0:05 | 0:09 | 1303040946 1440382077(F) | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 800 | 09/27/18 | 19:44:00 | 0:08 | 15:16 | 12166457142 | 1303040946 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 801 | 09/27/18 | 20:00:36 | 0:12 | 1:23 | 1303040946 | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 802 | 09/27/18 | 20:03:32 | 0:07 | 2:47 | 1303040946 | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 803 | 09/27/18 | 20:12:03 | 0:02 | 0:00 | 19792273754 | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 804 | 09/27/18 | 20:12:03 | 0:02 | 0:00 | 19792273754 | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 805 | 09/27/18 | 20:12:03 | 0:02 | 0:13 | 19792273754 1440382077(F) | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 806 | 09/27/18 | 20:14:50 | 0:20 | 0:06 | 12814664763 | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 807 | 09/27/18 | 20:15:35 | 0:16 | 0:20 | 12166455295 | 12166457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 808 | 09/27/18 | 20:16:13 | 0:05 | 0:14 | 12166457142 | 19792273754 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap

AT&T



2727965
05/17/2019

MOBILITY

**Run Date:** 05/17/2019
**Run Time:** 21:53:50
**Voice Usage For:** (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|-----------------|--------------|------|-------------------|--------------------|------|------|------|---------|
| 809 | 09/27/18 | 20:23:02 | 0:09 | 0:32 | 16106150684 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 810 | 09/27/18 | 20:37:55 | 0:12 | 0:00 | 12163225099 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 811 | 09/27/18 | 20:38:35 | 0:14 | 0:00 | 12162889820 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 812 | 09/27/18 | 20:42:49 | 0:03 | 0:00 | 19792273754 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 813 | 09/27/18 | 20:42:52 | 0:05 | 0:00 | 19792273754 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 814 | 09/27/18 | 20:42:53 | 0:06 | 0:12 | 19792273754 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 815 | 09/27/18 | 21:14:32 | 0:00 | 0:00 | 19792273754 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 816 | 09/27/18 | 21:14:33 | 0:01 | 0:13 | 19792273754 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 817 | 09/27/18 | 21:14:34 | 0:03 | 0:00 | 19792273754 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 818 | 09/27/18 | 21:38:34 | 0:21 | 0:00 | 12162157580 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 819 | 09/27/18 | 21:38:36 | 0:23 | 0:02 | 12162157580 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 820 | 09/27/18 | 22:36:47 | 0:08 | 0:40 | 12162058705 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 821 | 09/27/18 | 23:06:56 | 0:01 | 0:00 | 12164161670 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 822 | 09/27/18 | 23:06:57 | 0:02 | 0:04 | 12164161670 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |

AT&T Proprietary

ap          The information contained here is for use by authorized persons only and is not
for general distribution.

Page 55

**MOBILITY**

Run Date:        2727965
Run Time:        05/17/2019
Voice Usage For:

05/17/2019
21:53:50
(216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 823 | 09/28/18 | 00:01:38 | 0:17 | 8:48 | 1419520935 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 824 | 09/28/18 | 02:24:57 | 0:22 | 0:00 | 1419520935 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 825 | 09/28/18 | 02:24:57 | 0:22 | 0:13 | 1419520935 1440382077(E) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 826 | 09/28/18 | 04:40:43 | 0:09 | 1:15 | 1303440946 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 827 | 09/28/18 | 04:47:14 | 0:24 | 0:01 | 1216372263 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 828 | 09/28/18 | 04:47:15 | 0:25 | 0:05 | 1216372263 1440382077(E) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 829 | 09/28/18 | 12:03:27 | 0:01 | 0:00 | 1216262896 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 830 | 09/28/18 | 12:03:28 | 0:02 | 0:03 | 1216262896 1440382077(E) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 831 | 09/28/18 | 12:03:36 | 0:01 | 0:00 | 1216262896 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 832 | 09/28/18 | 12:03:36 | 0:01 | 0:05 | 1216262896 1440382077(E) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 833 | 09/28/18 | 12:03:45 | 0:01 | 0:00 | 1216262896 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 834 | 09/28/18 | 12:03:45 | 0:01 | 0:40 | 1216262896 1440382077(E) | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 835 | 09/28/18 | 12:54:01 | 0:30 | 0:06 | 1216457142 | 1216372263 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 836 | 09/28/18 | 13:01:03 | 0:10 | 3:38 | 1303440946 | 1216457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

ap

**MOBILITY**

**AT&T**

2727965
05/17/2019

Run Date:          05/17/2019
Run Time:          21:53:50
Voice Usage For:   (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Page 57

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|--------------------|--------------------|------|------|------|---------|
| 837 | 09/28/18 | 13:38:23 | 0:00 | 0:00 | 18326375502 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 838 | 09/28/18 | 13:38:23 | 0:02 | 0:00 | 18326375502 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 839 | 09/28/18 | 13:38:24 | 0:01 | 0:43 | 18326375502 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 840 | 09/28/18 | 13:54:10 | 0:22 | 0:00 | 12163729263 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 841 | 09/28/18 | 13:54:10 | 0:22 | 0:16 | 12163729263 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 842 | 09/28/18 | 14:19:45 | 0:22 | 0:00 | 12166429700 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 843 | 09/28/18 | 14:19:45 | 0:22 | 0:37 | 12166429700 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 844 | 09/28/18 | 14:27:38 | 0:21 | 0:00 | 18778254490 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 845 | 09/28/18 | 14:27:39 | 0:22 | 0:06 | 18778254490 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 846 | 09/28/18 | 14:56:29 | 0:02 | 0:00 | 12164161670 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 847 | 09/28/18 | 14:56:30 | 0:03 | 0:12 | 12164161670 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 848 | 09/28/18 | 15:03:22 | 0:21 | 0:00 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 849 | 09/28/18 | 15:03:23 | 0:22 | 0:05 | 13303440946 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 850 | 09/28/18 | 15:06:28 | 0:22 | 0:00 | 12163225099 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not
for general distribution.

ap

**MOBILITY**

2727965
05/17/2019

Run Date:      05/17/2019
Run Time:      21:53:50
Voice Usage For:  (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 851 | 09/28/18 | 15:06:28 | 0:22 | 0:06 | 1216325099 1440382077(F) | 1216645742 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 852 | 09/28/18 | 15:10:07 | 0:07 | 2:51 | 1216645742 | 1216325099 | 354829094642209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 853 | 09/28/18 | 15:13:23 | 0:19 | 11:38 | 1216645742 | 1330340946 | 354829094642209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 854 | 09/28/18 | 16:23:08 | 0:03 | 0:07 | 1216383595 | 1216645742 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 855 | 09/28/18 | 16:41:30 | 0:06 | 0:23 | 1216905081 | 1216645742 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 856 | 09/28/18 | 16:43:56 | 0:28 | 0:21 | 1216645742 | 1216681791 | 354829094642209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 857 | 09/28/18 | 16:45:34 | 0:12 | 1:28 | 1216205870 5 | 1216645742 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 858 | 09/28/18 | 17:05:31 | 0:34 | 0:24 | 1216645742 5445656(D) | 1216545656 | 354829094642209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 859 | 09/28/18 | 17:13:07 | 0:03 | 0:00 | 1312626669 | 1216645742 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 860 | 09/28/18 | 17:13:08 | 0:04 | 0:12 | 1312626669 1440382077(F) | 1216645742 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 861 | 09/28/18 | 17:14:34 | 0:22 | 0:58 | 1216645742 5445656(D) | 1216545656 | 354829094642209 IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 862 | 09/28/18 | 17:19:25 | 0:22 | 0:00 | 1216545656 | 1216645742 | 354829094642209 IPHONE8PLUS | 310410025445332 | MO | [NIOP] |
| 863 | 09/28/18 | 17:19:26 | 0:23 | 0:06 | 1216545656 1440382077(F) | 1216645742 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 864 | 09/28/18 | 17:26:03 | 0:22 | 0:00 | 1216545656 | 1216645742 | 354829094642209 IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

ap

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.



**MOBILITY**

**2727965**
**05/17/2019**

Run Date:        05/17/2019
Run Time:        21:53:50
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|-------------------|--------------------|------|------|------|---------|
| 865 | 09/28/18 | 17:26:04 | 0:23 | 0:11 | 12165445656 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 866 | 09/28/18 | 18:38:00 | 0:09 | 7:08 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 867 | 09/28/18 | 18:42:53 | 0:20 | 0:01 | 12166321775 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 868 | 09/28/18 | 18:42:54 | 0:21 | 0:03 | 12166321775 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 869 | 09/28/18 | 18:54:29 | 0:33 | 0:09 | 12166457142 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 870 | 09/28/18 | 18:54:44 | 0:01 | 0:00 | 12166457142 | 13303440946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 871 | 09/28/18 | 18:55:00 | 0:05 | 13:16 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CMH:VCORR] |
| 872 | 09/28/18 | 18:58:23 | 0:21 | 0:00 | 172157854124 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 873 | 09/28/18 | 18:58:23 | 0:21 | 0:13 | 172157854124 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 874 | 09/28/18 | 19:01:05 | 0:11 | 1:05 | 12162058705 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 875 | 09/28/18 | 19:13:11 | 0:06 | 16:14 | 13303440946 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 876 | 09/28/18 | 19:24:42 | 0:18 | 0:00 | 18006040064 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 877 | 09/28/18 | 19:48:39 | 0:18 | 0:30 | 12165138138 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 878 | 09/28/18 | 19:52:41 | 0:17 | 0:10 | 172157854124 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |

**AT&T Proprietary**

**Page 59**

ap        The information contained here is for use by authorized persons only and is not
for general distribution.

2727965
05/17/2019

Run Date:
Run Time:               05/17/2019
Voice Usage For:        21:53:50
                        (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

**MOBILITY**

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 879 | 09/28/18 | 20:27:13 | 0:08 | 1:58 | 12166457142 | 1390340946 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 880 | 09/28/18 | 20:37:21 | 0:00 | 0:00 | 1216262896 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 881 | 09/28/18 | 20:37:22 | 0:01 | 0:12 | 12162622896 14403820777 (F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB-VM] |
| 882 | 09/28/18 | 20:38:05 | 0:07 | 0:53 | 1216545656 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 883 | 09/28/18 | 20:42:24 | 0:02 | 0:00 | 172157854124 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 884 | 09/28/18 | 20:42:25 | 0:03 | 0:11 | 172157854124 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB-VM] |
| 885 | 09/28/18 | 21:09:16 | 0:02 | 0:00 | 172157854124 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 886 | 09/28/18 | 21:09:17 | 0:03 | 0:12 | 172157854124 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB-VM] |
| 887 | 09/28/18 | 21:51:11 | 0:06 | 0:12 | 12166457142 | 1216321775 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 888 | 09/28/18 | 21:52:04 | 0:03 | 3:39 | 12166457142 | 1216321775 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [CMH:VCORR] |
| 889 | 09/28/18 | 21:52:07 | 0:03 | 3:36 | 1216321775 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 890 | 09/28/18 | 22:03:05 | 0:13 | 0:00 | 1216308870 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 891 | 09/28/18 | 22:11:12 | 0:16 | 1:22 | 12166457142 | 1216533156 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 892 | 09/28/18 | 22:11:12 | 0:16 | 1:22 | 12166457142 5331356(D) | 1216533156 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOP:VCORR] |
| 893 | 09/28/18 | 22:32:13 | 0:22 | 0:00 | 14405038041 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T



**MOBILITY**

2727965
05/17/2019

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:      05/17/2019
Run Time:      21:53:50
Voice Usage For: (216)645-7142

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|----|---------|
| 894 | 09/28/18 | 22:32:14 | 0:23 | 0:01 | 14405038041 14403820777 (F) | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 31041002544 5332 | MT | [NIOP:CFNA:VM] |
| 895 | 09/28/18 | 22:32:14 | 0:23 | 0:01 | 14405038041 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | | MO | [VCORR] |
| 896 | 09/28/18 | 22:32:25 | 0:00 | 0:00 | 12166457142 | 14405038041 | | | MT | [NIOP] |
| 897 | 09/28/18 | 22:32:28 | 0:03 | 0:07 | 12166457142 | 14405038041 | 354829094644 2209 APPLE IPHONE8PLUS | 31041002544 5332 | MO | [VCORR] |
| 898 | 09/28/18 | 22:32:28 | 0:03 | 0:07 | 12166457142 | 14405038041 | | | MT | [NIOP:CFB:VM] |
| 899 | 09/28/18 | 22:32:46 | 0:08 | 1:14 | 12166457142 | 14405038041 | 354829094644 2209 APPLE IPHONE8PLUS | 31041002544 5332 | MO | [VCORR] |
| 900 | 09/28/18 | 22:32:46 | 0:08 | 1:14 | 12166457142 | 14405038041 | | | MT | [NIOP:VCORR] |
| 901 | 09/28/18 | 23:35:58 | 0:18 | 0:01 | 12162058705 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 31041002544 5332 | MT | [NIOP] |
| 902 | 09/28/18 | 23:44:05 | 0:22 | 0:00 | 14406103310 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 31041002544 5332 | MT | [NIOP] |
| 903 | 09/28/18 | 23:44:06 | 0:23 | 0:05 | 14406103310 | 12166457142 | | | MO | [VCORR] |
| 904 | 09/28/18 | 23:44:06 | 0:23 | 0:05 | 14406103310 14403820777 (F) | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 31041002544 5332 | MT | [NIOP:CFNA:VM] |
| 905 | 09/28/18 | 23:44:43 | 0:34 | 0:06 | 12166457142 | 12162058705 | 354829094644 2209 APPLE IPHONE8PLUS | 31041002544 5332 | MO | [VCORR] |
| 906 | 09/28/18 | 23:48:41 | 0:21 | 0:00 | 12162058705 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | | ST | [NIOP] |
| 907 | 09/28/18 | 23:48:41 | 0:21 | 0:04 | 12162058705 14403820777 (F) | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 31041002544 5332 | MT | [NIOP:CFNA:VM] |
| 908 | 09/28/18 | 23:52:24 | 0:21 | 0:00 | 12166308870 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | | ST | [NIOP] |
| 909 | 09/28/18 | 23:52:24 | 0:21 | 0:05 | 12166308870 14403820777 (F) | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | 31041002544 5332 | MT | [NIOP:CFNA:VM] |
| 910 | 09/28/18 | 23:53:23 | 0:21 | 0:00 | 12166308870 | 12166457142 | 354829094644 2209 APPLE IPHONE8PLUS | | ST | [NIOP] |

**AT&T Proprietary**

Page 61

ap        The information contained here is for use by authorized persons only and is not
for general distribution.

2727965
05/17/2019

**MOBILITY**

Run Date:
Run Time:
Voice Usage For:

05/17/2019
21:53:50
(216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 911 | 09/28/18 | 23:53:23 | 0:21 | 0:05 | 1216308870 1403820777(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 912 | 09/29/18 | 00:15:41 | 0:09 | 0:29 | 1216853628 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 913 | 09/29/18 | 01:25:25 | 0:01 | 0:00 | 1216457142 1403820777(F) | 1406103310 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOP] |
| 914 | 09/29/18 | 01:25:25 | 0:01 | 0:00 | 1216457142 | 1406103310 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 915 | 09/29/18 | 01:25:36 | 0:02 | 0:00 | 1406103310 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 916 | 09/29/18 | 01:25:37 | 0:03 | 0:02 | 1406103310 1403820777(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 917 | 09/29/18 | 01:25:37 | 0:04 | 0:02 | 1406103310 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 918 | 09/29/18 | 01:25:44 | 0:01 | 0:00 | 1406103310 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 919 | 09/29/18 | 01:25:45 | 0:02 | 0:05 | 1406103310 1403820777(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 920 | 09/29/18 | 01:25:45 | 0:03 | 0:05 | 1406103310 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOP] |
| 921 | 09/29/18 | 01:25:55 | 0:03 | 0:00 | 1406103310 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 922 | 09/29/18 | 01:25:56 | 0:03 | 0:10 | 1406103310 1406103310 1403820777(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOP:CFB:VM] |
| 923 | 09/29/18 | 01:25:56 | 0:03 | 0:10 | 1406103310 1403820777(F) | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 924 | 09/29/18 | 01:26:38 | 0:05 | 0:00 | 1406103310 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 925 | 09/29/18 | 01:26:39 | 0:06 | 0:02 | 1406103310 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOP:CFB:VM] |
| 926 | 09/29/18 | 01:26:39 | 0:06 | 0:02 | 1216457142 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 927 | 09/29/18 | 02:01:14 | 0:14 | 0:00 | 1212467095 | 1216457142 | 3548290946442209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

ap

Page 62

AT&T



**MOBILITY**

2727965
05/17/2019

Run Date:       05/17/2019
Run Time:       21:53:50
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|-------------------|-------------------|------|------|-----|---------|
| 928 | 09/29/18 | 02:01:14 | 0:14 | 0:11 | 12162467095 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP:CFB:VM] |
| 929 | 09/29/18 | 02:01:14 | 0:16 | 0:11 | 12162467095 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MO | [] |
| 930 | 09/29/18 | 07:52:47 | 0:05 | 0:00 | 13303440946 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP] |
| 931 | 09/29/18 | 14:07:43 | 0:21 | 0:00 | 14406103310 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP] |
| 932 | 09/29/18 | 14:07:44 | 0:22 | 0:03 | 14406103310 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP:CFNA:VM] |
| 933 | 09/29/18 | 14:07:44 | 0:23 | 0:03 | 14406103310 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MO | [VCORR] |
| 934 | 09/29/18 | 14:58:04 | 0:14 | 0:59 | 12162276542 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP:VCORR] |
| 935 | 09/29/18 | 16:47:00 | 0:23 | 0:00 | 12165093279 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP] |
| 936 | 09/29/18 | 16:47:01 | 0:24 | 0:32 | 12165093279 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP:CFNA:VM] |
| 937 | 09/29/18 | 17:33:02 | 0:06 | 0:58 | 13303440946 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP:VCORR] |
| 938 | 09/29/18 | 17:39:37 | 0:07 | 36:56 | 12162058705 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP:CMH:VCORR] |
| 939 | 09/29/18 | 17:43:08 | 0:20 | 0:00 | 12162467095 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP] |
| 940 | 09/29/18 | 17:43:09 | 0:21 | 0:03 | 12162467095 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP:CFNA:VM] |
| 941 | 09/29/18 | 17:43:09 | 0:23 | 0:03 | 12162467095 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MO | [] |
| 942 | 09/29/18 | 18:02:03 | 0:16 | 0:10 | 13303440946 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP:CMH] |
| 943 | 09/29/18 | 18:17:11 | 0:11 | 0:11 | 13303440946 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 31041002544209 | MT | [NIOP:VCORR] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not
for general distribution.



ap

Page 63

MOBILITY

2729565
05/17/2019

Run Date:      05/17/2019
Run Time:      21:53:50
Voice Usage For:  (216) 645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 944 | 09/29/18 | 19:15:22 | 0:19 | 0:07 | 1216415275 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 945 | 09/29/18 | 19:15:58 | 0:07 | 0:21 | 1216457142 | 1216415275 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 946 | 09/29/18 | 19:59:49 | 0:22 | 0:00 | 1440610310 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 947 | 09/29/18 | 19:59:51 | 0:24 | 0:03 | 1440610310 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 948 | 09/29/18 | 19:59:51 | 0:24 | 0:03 | 1440610331 0 / 14403820777(F) | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA.VM] |
| 949 | 09/29/18 | 20:10:27 | 0:15 | 0:02 | 1216205870 5 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 950 | 09/29/18 | 20:10:43 | 0:08 | 1:58 | 1216457142 | 1216205870 5 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 951 | 09/29/18 | 20:35:43 | 0:14 | 0:36 | 1216457142 | 1216205870 5 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 952 | 09/29/18 | 20:47:02 | 0:08 | 0:15 | 1216205870 5 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 953 | 09/29/18 | 20:48:58 | 0:09 | 4:55 | 1330340946 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 954 | 09/29/18 | 21:06:31 | 0:09 | 0:23 | 1216457142 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 955 | 09/29/18 | 21:12:30 | 0:10 | 1:28 | 1330340946 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 956 | 09/29/18 | 21:31:28 | 0:20 | 0:19 | 1216457142 | 1216323571 5 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 957 | 09/29/18 | 22:16:48 | 0:09 | 0:49 | 1216457142 | 1330340946 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 958 | 09/29/18 | 22:28:59 | 0:01 | 0:00 | 1330340946 | 1216457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

ap

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T Proprietary

Page 64


AT&T



**MOBILITY**

2727965
05/17/2019

Run Date:      05/17/2019
Run Time:      21:53:50
Voice Usage For:  (216) 645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Page 65

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 959 | 09/29/18 | 22:28:59 | 0:01 | 0:04 | 13303440946 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 960 | 09/29/18 | 22:29:12 | 0:00 | 0:00 | 13303440946 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 961 | 09/29/18 | 22:29:13 | 0:01 | 0:03 | 13303440946 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 962 | 09/29/18 | 22:29:15 | 0:37 | 0:04 | 12166457142 2530727(D) | 12162530727 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 963 | 09/29/18 | 22:29:50 | 0:28 | 0:12 | 12166457142 2530727(D) | 12162530727 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 964 | 09/29/18 | 22:32:24 | 0:06 | 0:34 | 13303440946 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 965 | 09/29/18 | 22:37:29 | 0:10 | 7:31 | 12166457142 2058705(D) | 12120582705 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MO | [CMR:VCORR] |
| 966 | 09/29/18 | 22:42:22 | 0:13 | 0:38 | 13303440946 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 967 | 09/30/18 | 01:00:41 | 0:23 | 0:00 | 12169256669 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 968 | 09/30/18 | 01:00:42 | 0:24 | 0:04 | 12169256669 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 969 | 09/30/18 | 01:44:06 | 0:22 | 0:00 | 12168495673 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 970 | 09/30/18 | 01:44:06 | 0:22 | 0:05 | 12168495673 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 971 | 09/30/18 | 02:06:17 | 0:22 | 0:00 | 12169256669 | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 972 | 09/30/18 | 02:06:18 | 0:23 | 0:02 | 12169256669 14403820777(F) | 12166457142 | 354829094644209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |

**AT&T Proprietary**

ap

The information contained here is for use by authorized persons only and is not for general distribution.

# MOBILITY

2727965
05/17/2019

Run Date: 05/17/2019
Run Time: 21:53:50
Voice Usage For: (216) 645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 973 | 09/30/18 | 02:32:53 | 0:02 | 0:00 | 1216203765 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 974 | 09/30/18 | 02:32:54 | 0:03 | 0:07 | 1216203765 / 14403820777 (F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFB:VM] |
| 975 | 09/30/18 | 04:26:10 | 0:21 | 0:00 | 1216229998 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 976 | 09/30/18 | 04:26:11 | 0:22 | 0:04 | 1213229998 / 14403820777 (F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 977 | 09/30/18 | 11:43:20 | 0:06 | 0:16 | 1440610310 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 978 | 09/30/18 | 11:43:20 | 0:07 | 0:16 | 1440610310 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 979 | 09/30/18 | 13:27:07 | 0:10 | 4:26 | 1303440946 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [VCORR] |
| 980 | 09/30/18 | 13:36:29 | 0:21 | 8:21 | 1216421734 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [NIOP:VCORR] |
| 981 | 09/30/18 | 14:28:20 | 0:11 | 2:01 | 12162457142 / 2530727 (D) | 12162530727 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 982 | 09/30/18 | 14:29:21 | 0:00 | 0:00 | 1216545656 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 983 | 09/30/18 | 14:29:21 | 0:21 | 0:05 | 1216545656 / 14403820777 (F) | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 984 | 09/30/18 | 14:31:08 | 0:05 | 1:10 | 14405038041 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 985 | 09/30/18 | 14:31:08 | 0:05 | 1:10 | 14405038041 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 986 | 09/30/18 | 14:35:45 | 0:22 | 1:02 | 12166457142 | 12165445656 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 987 | 09/30/18 | 14:36:57 | 0:01 | 0:00 | 1216545656 | 12166457142 | 35482909464422209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |

ap

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T



2727965
05/17/2019

**MOBILITY**

Run Date:      05/17/2019
Run Time:      21:53:51
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 988 | 09/30/18 | 14:36:57 | 0:01 | 0:03 | 12165445656 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 989 | 09/30/18 | 14:41:13 | 0:01 | 0:00 | 12165445656 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 990 | 09/30/18 | 14:41:14 | 0:02 | 0:03 | 12165445656 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNR:VM] |
| 991 | 09/30/18 | 15:51:18 | 0:22 | 0:00 | 12162467095 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 992 | 09/30/18 | 15:51:19 | 0:23 | 0:28 | 12162467095 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 993 | 09/30/18 | 15:51:19 | 0:24 | 0:28 | 12162467095 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [] |
| 994 | 09/30/18 | 17:39:20 | 0:05 | 0:32 | 12166457142 | 12166889426 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 995 | 09/30/18 | 17:53:20 | 0:11 | 1:01 | 12164214734 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 996 | 09/30/18 | 18:02:57 | 0:09 | 2:08 | 14406103310 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 997 | 09/30/18 | 18:02:57 | 0:09 | 2:08 | 14406103310 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:VCORR] |
| 998 | 09/30/18 | 18:05:04 | 0:21 | 0:00 | 12163235715 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP] |
| 999 | 09/30/18 | 18:05:04 | 0:21 | 0:12 | 12163235715 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |
| 1000 | 09/30/18 | 18:05:21 | 0:06 | 0:26 | 12166457142 | 12163235715 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MO | [VCORR] |
| 1001 | 09/30/18 | 18:22:36 | 0:23 | 0:00 | 12164214734 | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | ST | [NIOP] |
| 1002 | 09/30/18 | 18:22:37 | 0:24 | 0:03 | 12164214734 14403820777(F) | 12166457142 | 354829094642209 APPLE IPHONE8PLUS | 310410025445332 | MT | [NIOP:CFNA:VM] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

ap

Page 67

# MOBILITY

```
2727965
05/17/2019
```

Run Date:      05/17/2019
Run Time:      21:53:51
Voice Usage For: (216)645-7142

AT&T has queried for records from 09/21/2018 12:00:00am to 04/15/2019 11:59:00pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | 09/30/18 | 18:23:26 | 0:21 | 0:00 | 12164214734 | 1216457142 | APPLE IPHONE8PLUS | | ST | [NIOP] |
| 1004 | 09/30/18 | 18:23:26 | 0:21 | 0:03 | 12164214734 14403820777(F) | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [NIOP] |
| 1005 | 09/30/18 | 22:57:02 | 0:23 | 0:00 | 12167042286 | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [NIOP] |
| 1006 | 09/30/18 | 22:57:02 | 0:23 | 0:13 | 12167042286 14403820777(F) | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [NIOP:CFNA:VM] |
| 1007 | 09/30/18 | 23:35:43 | 0:31 | 0:00 | 14406103310 | 1216457142 | APPLE IPHONE8PLUS | | ST | [NIOP] |
| 1008 | 09/30/18 | 23:35:44 | 0:32 | 0:02 | 14406103310 | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [NIOP:CFNA:VM] |
| 1009 | 09/30/18 | 23:35:44 | 0:32 | 0:02 | 14406103310 14403820777(F) | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MO | [NIOP:CFNA:VM] |
| 1010 | 09/30/18 | 23:44:26 | 0:10 | 1:14 | 14406103310 | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [NIOP:VCORR] |
| 1011 | 09/30/18 | 23:44:26 | 0:11 | 1:14 | 14406103310 | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [VCORR] |
| 1012 | 10/01/18 | 00:20:06 | 0:21 | 0:00 | 12164203765 | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MO | [NIOR] |
| 1013 | 10/01/18 | 00:20:07 | 0:22 | 0:04 | 12164203765 14403820777(F) | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [NIOR:CFNA:VM] |
| 1014 | 10/01/18 | 00:21:05 | 0:22 | 0:00 | 12164203765 | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [NIOR] |
| 1015 | 10/01/18 | 00:21:06 | 0:23 | 0:08 | 12164203765 14403820777(F) | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [NIOR:CFNA:VM] |
| 1016 | 10/01/18 | 00:25:01 | 0:14 | 1:23 | 12162467095 | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [NIOP:VCORR] |
| 1017 | 10/01/18 | 00:25:01 | 0:16 | 1:23 | 12162467095 | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MO | [] |
| 1018 | 10/01/18 | 00:37:07 | 0:15 | 4:10 | 12164214734 | 1216457142 | 3548290964442209 APPLE IPHONE8PLUS | 3104100254453332 | MT | [NIOP:VCORR] |

The information contained here is for use by authorized persons only and is not for general distribution.

ap

AT&T Proprietary

