THE CITY OF SHAKER HEIGHTS
DEPARTMENT OF POLICE

**GENERAL ORDER:** 8201
**SUBJECT:** Records Security and Privacy
**EFFECTIVE DATE:** August 16, 2010
**REVIEW:** Annually
**AMENDS/SUPERSEDES:** August 15, 2008
**CALEA STDS:** 82.1.1-82.1.2/82.1.7

I. **POLICY**

To establish security and privacy measures for the Records Management Unit which will protect the integrity of the records contained therein and protect the privacy and other rights of individuals who may be on file within the Records Management Unit as required by the Ohio Revised Code.

II. **PURPOSE**

To define the various security and privacy measures for the Shaker Heights Police Department Records Management Unit.

III. **PROCEDURE**

    A. Unauthorized Dissemination of Information Prohibited.

        1. No information is to be released to any person outside of the Department except as may be authorized by procedures established for the Records Management Unit.

        2. Persons releasing information to persons not authorized or in an unauthorized manner will be severely disciplined.

        3. All personnel are responsible to ensure that only public information is released and that non-public information is not released except according to strict procedures.

    B. Unauthorized Destruction or Theft of Records Prohibited.

        1. Both of these offenses are punishable under the law (Ohio Revised Code Section 2913.42, Tampering with Records).

        2. It is the policy of the Shaker Heights Police Department to prosecute persons for this offense.

    C. Access to Records.

**EXHIBIT F**


PLAINTIFF'S DEPOSITION EXHIBIT 10 COLE

SH-000065

1. Only the following personnel are authorized direct access to departmental records stored in the Records Management Unit (All other personnel shall request that the records be accessed by authorized personnel or check the computerized records in RMS):

    a. All Records Management personnel.

    b. All persons assigned to the Watch Office position.

    c. The Chief of Police, Deputy Chief of Police/Uniform Bureau, and Deputy Chief of Police/Auxiliary Services. Other persons as authorized by the Chief of Police.

D. Criminal History Information.

1. This Department utilizes the Ohio Computerized Criminal History (CCH) available through LEADS, the Interstate Identification Index (III) available through NCIC, **and OHLEG available through the Internet.**

2. Criminal History information available through either of these computerized files will only be obtained and disseminated according to procedures and restrictions established by LEADS and NCIC.

3. Any person obtaining or releasing any LEADS, NCIC and/or **OHLEG** computer information to unauthorized parties outside of the department can result in the loss of the computer terminal and possible criminal or civil prosecution. Severe and escalating disciplinary action will be taken against any person found guilty of this offense.

E. Physical Security of the Records Room.

1. The door from the lobby to the record room will be kept locked and closed. Use of this door for access to the record room is restricted to personnel who have authorization to be in the record room. All persons from the public sector will conduct their business at the public window and are not to be admitted to the record room.

2. The door from the police hallway to the record room will be kept closed but unlocked to allow authorized personnel to access the record room.

Approved by the order of

_____
D. Scott Lee
Chief of Police

August 16, 2010                                2                                G.O. 8201