# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MILLER, | ) | CASE NO. 1:19 CV 1080 |
| | ) | |
| Plaintiff | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SHAKER HEIGHTS, OHIO, et al. | ) | DEFENDANT CITY OF SHAKER HEIGHTS' NOTICE OF FILING DEPOSITION TRANSCRIPT OF |
| Defendants | ) | COMMANDER JOHN COLE |

Now comes Defendant City of Shaker Heights, by and through undersigned counsel, hereby gives notice that a true and accurate copy of the deposition transcript of the following deponent has been filed with this Honorable Court:

1. Deposition of Commander John Cole taken on October 30, 2019.

Respectfully submitted,

/s/*Steven D. Strang*
**STEVEN D. STRANG (0085444)**
**GALLAGHER SHARP LLP**
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, OH   44115
(216) 241-5310 Office
(216) 241-1608 Fax
sstrang@gallaghersharp.com
*Attorney for Defendant City of Shaker Heights*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on December 16, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic and/or regular U.S. Mail. Parties may access this filing through the Court's system.

*/s/Steven D. Strang*
**STEVEN D. STRANG (0085444)**
**GALLAGHER SHARP LLP**
*Attorney for Defendant City of Shaker Heights*